FILED
CLERK, U.S. DISTRICT COURT
FILED
DEC 29 2004
12-29-04
CENTRAL DISTRICT OF CALIFORNIA
BY DEPUTY

Priority
Send
Clsd
Enter
JS-5/JS-6
JS-2/JS-3
Scan Only

SCANNED

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation,<br><br>Defendants. | Case No. CV 04-08400 DDP (RZx)<br><br>**ORDER SETTING SCHEDULING CONFERENCE**<br><br>Scheduling Conference as follows:<br><br>Date: March 14, 2005<br>Time: 4:00 p.m. |

This matter is set for a scheduling conference on March 14, 2005, at 4:00 p.m. in Courtroom 3, before the Honorable Dean D. Pregerson, located at 312 North Spring Street, Los Angeles, California 90012. The conference will be held pursuant to Federal Rules of Civil Procedure 16(b). The parties are reminded of their obligations to disclose information and confer on a discovery plan not later than twenty-one (21) days prior to the scheduling

///

///

DOCKETED ON CM
JAN - 3 2005
BY 003

18

conference and file a report with the Court entitled "Rule 26(f) Report", not later than fourteen (14) days after they confer as required by Federal Rule of Civil Procedure 26 and the Local Rules of this Court. Failure to comply may lead to the imposition of sanctions.

IT IS SO ORDERED.

Dated: December 29, 2004

DEAN D. PREGERSON
United States District Judge

Copies to:
All Counsel of Record