**SEND**

FILED
CLERK, U S. DISTRICT COURT

SEP 21 2005

CENTRAL DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual and LAURA SIEGEL LARSON, an individual,<br><div align="right">PLAINTIFF(S)</div><div align="center">v.</div>WARNER BROS. ENTERTAINMENT, INC., a corporation; et al.,<br><div align="right">DEFENDANT(S).</div> | CASE NUMBER<br><br><div align="center">CV 04-08400 DDP (RZx)</div><br><br>**ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224** |

The undersigned Judge, to whom the above-entitled case was assigned, is hereby of the opinion that he or she should not preside over said case, by reason of *(please use additional sheets if necessary)*:

The Court is mindful of the necesity to avoid the appearance of impropriety.  The Court has a social relationship with several executives working for Warner Bros, Inc.

IT IS HEREBY ORDERED that this case be reassigned by the Clerk in accordance with Section 3.2 of General Order 224.

This self-recusal has been Ordered:
        ☐ within 120 days of the Court being assigned said case.
        ☑ after 120 days of the Court being assigned said case.

September 21, 2005
Date

United States District Judge

---

## NOTICE TO COUNSEL FROM CLERK

This case has been reassigned to Judge ___Ronald S.W. Lew___. On all documents subsequently filed in this case, please substitute the initials ___RSWL___ after the case number in place of the initials of the prior Judge so that the case number will read: CV 04-8400 DDP (RZx).

This is very important because documents are routed to the assigned Judge by means of the initials.

The case file, under seal documents, exhibits, docket, transcripts or depositions may be viewed at the:
☑ Western  ☐ Southern  ☐ Eastern Division.

**Subsequent documents must be filed at the  ☑ Western  __ Southern  ☐ Eastern Division.**
**Failure to file at the proper location will result in your documents being returned to you.**

37

---

CV-52 (07/05)    ORDER TO REASSIGN CASE DUE TO SELF-RECUSAL PURSUANT TO SECTION 3.2 OF GENERAL ORDER 224

ENTERED ON CM 9/21/05