Joanne Siegel et al v. Warner Bros Entertainment Inc et al Doc. 9

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | | | |
|---|---|---|---|
| Case No. | CV 04-8400-SGL(RZx) | Date | NOVEMBER 6, 2006 |
| Title | JOANNE SIEGEL, ET AL. v. WARNER BROS. ENTERTAINMENT, INC., ET AL. | | |

Present: The Honorable RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

| Ilene Bernal | | CV 06-22 & CV 06-23 |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Marc Toberoff | Roger L. Zissu<br>Adam Hagen |

**Proceedings:** HRG: DEFENDANTS' MOTION TO COMPEL PLAINTIFFS TO REAPPEAR FOR DEPOSITION

Matter is taken under submission.

Priority ____
Send X
Enter ____
Closed ____
JS-5/JS-6 ____
JS-2/JS-3 ____
Scan Only ____

DOCKETED ON CM
NOV - 8 2006
BY ____ 049

cc: The Honorable Stephen G. Larson
parties

(90)

1 : 25

Initials of Preparer igb



Dockets.Justia.com