# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| | |
|---|---|
| Case No. | CV 04-8400-SGL(RZx) / CV 04-8776-SGL(RZx) |
| Date | APRIL 30, 2007 |
| Title | JOANNE SIEGEL, ET AL. v. TIME WARNER, INC., ET AL |

Present: The Honorable  RALPH ZAREFSKY, U.S. MAGISTRATE JUDGE

| Ilene Bernal | | Recorded on Courtsmart |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:

Marc Toberoff

Attorneys Present for Defendants:

Michael Bergman

**Proceedings:** DISCOVERY MOTIONS

1) Plaintiffs' Motion to Compel Defendants to Answer Plaintiffs' Special Interrogatories: Motion is denied. Both requests for sanctions are denied. No further order will issue.

2) Defendants' Motion to Compel Production of Whistle-Blower Documents: Motion is granted in part. Plaintiff shall submit a declaration re already produced and privileged escrow documents as directed by the court to Defendant no later than May 21, 2007, and documents may be released by the escrow, or returned to Plaintiffs, as stated on the record. No further order will issue.

3) Defendants' Motion to Compel 3rd Parties Kevin Marks and Plaintiff Laura Siegel Larson to Answer Questions at Deposition: Matter is submitted.

4) Defendants' Motion to Compel 3rd Parties Kevin Marks and Gang Tyre, Ramer and Brown, Inc. To Produced Documents Relating to Authority: Matter is submitted.

Priority  
Send    X  
Enter   ___  
Closed  ___  
JS-5/JS-6 ___  
JS-2/JS-3 ___  
Scan Only ___

DOCKETED ON CM
MAY - 2 2007
BY ___ 049

: 45

Initials of Preparer   igb