1  animation, which are also pictures.  Do you agree with

2  that?

3       A.   Do I agree with that?

4       Q.   Yeah.

5       A.   Yes.

6       Q.   But to translate a comic to a live-action

7  series it's probably more challenging than translating it

8  to animation.  Would you agree with that?

9       A.   No.

10      Q.   I'm just trying to focus.  I understand that

11 when you're recommending something it's because you think

12 it's a good idea, but I'm trying to find the reasons why

13 you thought it was a good idea.  I know that you thought

14 it was a good idea, so I'm trying to find out why did you

15 think it was a good idea to do a live-action series based

16 on Superboy.

17      MR. BERGMAN:  Object to the preamble.

18      Q.   If you know.

19      A.   I'm not sure I can answer the question.  It was

20 an instinct that I had that I thought would land with

21 audiences.

22      Q.   Now, over the years in television do you

23 believe you've developed pretty good instincts about what

24 audiences will relate to?

25      A.   Yes.

269

54

1        Q.      Were you disappointed when you couldn't get the

2    rights to Superboy?

3        A.      Yes.

4        Q.      Based on your knowledge of the Superboy comics,

5    we spoke about the setting.  It was set in the small,

6    rural town of Smallville.  What other things do you

7    remember about the Superboy comics?

8        A.      Not much.

9        Q.      Do you remember whether in the Superboy comics

10   he had parents?

11       A.      Yes.

12       Q.      Do you remember whether those parents had

13   adopted him?

14       A.      Yes.

15       Q.      Do you recall that those parents raised him as

16   if he was their own son?

17       A.      Mmh-hmm.  Yes.

18       Q.      Do you recall that even though he's essentially

19   an alien that he's raised as a human being by his parents?

20       A.      Yes.

21       Q.      Do you recall that those parents are simple,

22   moral people?

23       A.      Yes.

24       Q.      Do you recall that his parents guide him as he

25   grew up --

270

55

1    A.    Yes.

2    Q.    -- in Smallville?  And that they counseled him

3  to not let people know that he was different for fear that

4  he would be rejected by the community?

5    A.    Yes.

6    Q.    Do you recall in the Superboy comics that he

7  went to school?

8    A.    I don't recall that.

9    Q.    Do you recall in the Superboy comics that he

10 would go on adventures with other young people?  He would

11 be involved in adventures with other young people?

12    A.    I vaguely remember that.

13    Q.    Do you recall that in the Superboy comics that

14 he would have fun with his superpowers?

15    A.    I vaguely recall that.

16    Q.    Did you recall that he was surprised by his

17 superpowers?

18    A.    I don't recall that.

19    Q.    What I mean by that is things happen where he

20 realizes he has a particular power that he didn't realize

21 that he even had.

22    A.    I don't recall that.

23    Q.    Do you recall in the Superboy comics a sense of

24 him maturing?

25    A.    No.

271

1   hook."  What would you say is the most appealing hook of

2   Superman?

3       MR. BERGMAN:  Objection.  Vague and ambiguous.  Calls

4   for speculation.

5       A.    I think his superpowers are both aspirational

6   and wish fulfilling.

7       Q.    And you believe that's the big draw of

8   Superman?

9       A.    I think that's one of the big draws of

10  Superman.

11      Q.    What do you think the other draws are?  I know

12  we're going into literary territory here, but feel free to

13  wax poetic.  I really want to know what your thinking is

14  about it.

15      A.    I think his journey as a reporter had great

16  value.  His relationship with Lois Lane and Jimmy Olsen

17  and Perry White had great appeal and value.

18      Q.    What is the difference -- I understand that

19  it's believed that Superboy is really the depiction of

20  Clark Kent before he became Superman.  Is that your

21  understanding?

22      A.    Yes.

23      Q.    But between the Superboy comics that you read

24  and the Superman comics, what do you believe are the

25  differences between Superboy and Superman, the character?

                                                        272

                                                        58

1    originated and was the genesis for the series.

2        Q.    Okay.

3        A.    That is inaccurate.

4        Q.    Okay.  And do you know when they talk about

5    pitch, the part that I didn't understand about this

6    statement was are they referring to the pitch of some

7    writers to you or you to writers or producers?

8        A.    I don't know.

9        Q.    At what point was Smallville pitched to a

10   network?

11       A.    To a network?

12       Q.    Yes.

13       A.    In the spring of 2000, I believe.

14       Q.    And which network or networks was it pitched

15   to?

16       A.    Forgive me.  I'm sorry.  It was the Summer of

17   2000.

18       Q.    And which networks or network was it pitched

19   to?

20       A.    Fox and the WB.

21       Q.    And who pitched it to Fox?

22       A.    Al Gough, Miles Millar, and the team that

23   surrounded them.

24       Q.    Who comprised that team?

25       A.    Mike Tollin, Brian Robbins, Joe Davola, and

273

63

1    relationship with our sister network.

2         Q.    Do you remember what the Fox offer was for the

3    show?

4         A.    I don't remember exactly.

5         Q.    What do you remember about it?

6         A.    It might have been a pilot.  I don't remember.

7         Q.    Do you remember what Warner Bros. offered

8    regarding the show?

9         A.    Yes, I do.

10        Q.    What did they offer?

11        A.    Episodic commitment.

12        Q.    How many episodes?

13        A.    12.

14        Q.    And did they commit to a price per license fee

15   per episode?

16        A.    They did, but I don't remember the price.

17        Q.    Do you remember whether Fox gave you a

18   multi-episode commitment?

19        A.    They did not.

20        Q.    So that's why you went with Warner Bros.

21        A.    Yes.  Among other reasons.  Yes.

22        Q.    When you went to pitch Smallville to Fox and

23   Warner Bros. did you have any presentation materials that

24   went along with the pitch?

25        A.    Yes.

                                                        274

A.     There's also a Superman series as you alluded to, Superman movies.

Q.     So do you believe Smallville comes from the Superman series as opposed to the Superman comics?

A.     Does Smallville -- I'm sorry, could you repeat that?

Q.     You said "Superman comics.  I don't think so," and I said why not, and you said, well, there's also the Superman movies and Superman TV series.  Do you believe Smallville is derived from Superman movies?

A.     The origination of Smallville was to do a young Clark Kent.  That was the origination and derivation of the show, a prequel to Clark Kent, the adult.

Q.     Before he becomes Superman.

A.     Correct.

Q.     And I guess my question was:  Now that he's getting older, he's getting closer to becoming Superman.  Is that the reason for introducing these elements that are like Lois Lane, Jimmy Olsen, Perry White that are more traditionally associated with Superman?

A.     Well, they are more traditionally associated with Clark Kent, the adult.  That's my answer.

Q.     Who decided that these elements you say more traditionally associated with Superman the adult that appear in the series?

275

1   issue with Warner Bros. Pictures since -- is it correct

2   that in the mid or late 90s Warner Bros. Pictures is

3   developing a Superman film?

4       A.    I don't know.

5       MR. BERGMAN:   Objection.   Compound.   As you

6   predicted.

7       Q.    We'll start from the beginning.   Are you aware

8   of a film that was released this year called Superman

9   Returns?

10      A.    Yes.

11      Q.    Are you also aware that Warner Bros. Pictures

12  had been trying to launch a Superman film for quite some

13  time?

14      A.    I was vaguely aware of that.

15      Q.    Are you aware that they had been developing a

16  Superman film from the 1990s, mid to late 1990s, and only

17  now have released Superman Returns?

18      A.    I didn't know that.   No.

19      Q.    During the process of developing Smallville and

20  continuing to develop Smallville was it ever an issue

21  between Warner Bros. Pictures and Warner Bros. Television

22  that Warner Bros. Pictures didn't want you to do certain

23  things in the Smallville show that would compete with

24  their desire to exploit Superman on film?

25      A.    Yes.

276

Exh. T

1                    UNITED STATES DISTRICT COURT

2            FOR THE CENTRAL DISTRICT OF CALIFORNIA

3    JOANNE SIEGEL, an individual; and LAURA )
     SIEGEL LARSON, an individual,           )
                                             )
4                       Plaintiffs,          )
                                             ) CV04-8400SJO(RZx)
5            vs.                             ) CV04-8776SJO(RZx)
                                             )
6    TIME WARNER INC., a corporation; WARNER )
     COMMUNICATIONS INC., a corporation;     )
7    WARNER BROS. ENTERTAINMENT INC., a       )
     corporation; WARNER BROS. TELEVISION    )
8    PRODUCTION INC., a corporation; DC      )
     COMICS, a general partnership; and DOES )
9    1-10,                                    )
                                             )
10                      Defendants.          )
     ----------------------------------------)
11                                           )
     DC COMICS,                              )
12                      Counterclaimant,     )
                V.                           )
13                                           )
     JOANNE SIEGEL, an individual; and LAURA )
14   SIEGEL LARSON, an individual,           )
                                             )
15                      Counterdefendants.   )
     ----------------------------------------)

16                       DEPOSITION OF

17                       ALFRED GOUGH

18                   LOS ANGELES, CALIFORNIA

19                    NOVEMBER 16, 2006

20

21   ATKINSON-BAKER, INC.              **CERTIFIED COPY**
     COURT REPORTERS
22   500 North Brand Boulevard, Third Floor
     Glendale, California 91203
23   (818) 551-7300

24   REPORTED BY:   RUBEN GARCIA, CSR NO. 11305

25   FILE NO. A009CBA

277

1                    UNITED STATES DISTRICT COURT

2              FOR THE CENTRAL DISTRICT OF CALIFORNIA

3

4    JOANNE SIEGEL, an individual; and LAURA )
     SIEGEL LARSON, an individual,            )
5                                             )
                     Plaintiffs,              )
6                                             )
             vs.                              ) CV04-8400SJO(RZx)
7                                             ) CV04-8776SJO(RZx)
     TIME WARNER INC., a corporation; WARNER  )
8    COMMUNICATIONS INC., a corporation;      )
     WARNER BROS. ENTERTAINMENT INC., a       )
9    corporation; WARNER BROS. TELEVISION     )
     PRODUCTION INC., a corporation; DC       )
10   COMICS, a general partnership; and DOES  )
     1-10,                                    )
11                                            )
                     Defendants.              )
12   _____)
                                              )
13   DC COMICS,                               )
                     Counterclaimant,         )
14           V.                               )
                                              )
15   JOANNE SIEGEL, an individual; and LAURA  )
     SIEGEL LARSON, an individual,            )
16                                            )
                     Counterdefendants.       )
17   _____)

18

19

20      Deposition of ALFRED GOUGH, taken on behalf of the

21   Plaintiffs, at 2049 Century Park East, Suite 2720,

22   Los Angeles, California, commencing at 9:50 a.m.,

23   Thursday, November 16, 2006, before Ruben Garcia, CSR

24   No. 11305.

25

                                                            278

APPEARANCES

FOR PLAINTIFFS:

TOBEROFF & ASSOCIATES
BY: MARC TOBEROFF
2049 Century Park East
Suite 2720
Los Angeles, California 90067
(310) 246-3333


FOR DEPONENT:

CALDWELL, LESLIE, NEWCOMBE & PETTIT, P.C.
BY: CHRISTOPHER G. CALDWELL
1000 Wilshire Boulevard
Suite 600
Los Angeles, California 90017
(213) 629-9040


FOR DEFENDANT:

WEISSMANN, WOLFF, BERGMAN, COLEMAN, GRODIN & EVALL
BY: ANJANI MANDAVIA
9665 Wilshire Boulevard
9th Floor
Beverly Hills, California 90212
(310) 858-7888

279

3

1   out, it says, "Miles and I were brought in by Peter Roth,

2   the president of Warners Television.  And he always wanted

3   to do Superboy.  We liked the idea of doing Superman in

4   his adolescent years, but didn't want to put him in the

5   suit.  So that's where the 'no flights, no tights' policy

6   comes in.  We also came up with the idea for the meteor

7   shower, which would get Clark to Earth, cause Lex's

8   baldness, and kill Lana's parents.  It also, quite

9   frankly, gave us the franchise week to week, which is

10  'kryptonite mutates people and gives them super powers,'

11  end quote.  Otherwise, who the hell does Clark fight every

12  week?  He is, quote, 'Superboy,' end quote, after all."

13          Why did you state here regarding Peter Roth that

14  he always wanted to do Superboy?

15          MR. CALDWELL:  Objection.  Assumes facts.  Lacks

16  foundation.

17          THE WITNESS:  I don't know.  Do you know when this

18  was -- what year this interview was given?  It says in

19  2001.

20          MR. CALDWELL:  No.

21          THE WITNESS:  Oh, it's in its fourth season.  Okay.

22  BY MR. TOBEROFF:

23      Q    It says in the first paragraph --

24      A    I see that.

25      Q    That the show is currently in its fourth season.

73

280

1    What season is it now?

2        A    We're now in the sixth season.

3        Q    So 2004?

4        A    2004.  The question again?

5        Q    The question is, why did you say with regard to

6    Peter Roth, the president of Warner Television, that he

7    always wanted to do Superboy?

8        MR. CALDWELL:  Objection.  Assumes facts.  Lacks

9    foundation.

10       THE WITNESS:  I honestly don't know.  I would -- I

11   don't know.  I don't actually remember him calling him

12   Superboy either because I never really have.

13       MR. CALDWELL:  Before you ask the next question, let

14   me take a moment.

15       MR. TOBEROFF:  Excuse me.  I have an exhibit pending.

16   After I finish with the exhibit, please take a break.

17       MR. CALDWELL:  No.  I would like to take a break now.

18   You have no question pending.

19       MR. TOBEROFF:  I don't want you telling the witness

20   what to say regarding this exhibit.  It's highly improper

21   for you to take him out of the room to break up my

22   question about a quote.  We're talking about this quote.

23   When I'm finished with this quote, you can take him out of

24   the room.  Let the transcript reflect that the attorney --

25       MR. CALDWELL:  I'm conferring with my client.

281

74

1    'Superboy' after all"?

2         MR. CALDWELL:  Objection.  Assumes facts.

3         THE WITNESS:  When I describe the show, we usually

4    call him teen Superman or we talk about Superman moments

5    in the show.  This time I obviously inadvertently called

6    him Superboy.

7    BY MR. TOBEROFF:

8         Q    Twice.

9         MR. CALDWELL:  Objection.  Misstates the document.

10        THE WITNESS:  Where is the other time?

11   BY MR. TOBEROFF:

12        Q    You start by describing what Peter Roth wanted

13   to do and you mentioned Superboy.  And then you again

14   mention Superboy, describe the character in the show as

15   Superboy.  So it's your testimony today that that was mere

16   inadvertence?

17        A    I would say yes.

18        Q    What did you mean by the statement, "Otherwise,

19   who the hell does Clark fight every week?  He is Superboy

20   after all."  What did you mean?

21        MR. CALDWELL:  Objection.  Assumes facts.  Go ahead.

22        THE WITNESS:  In our conception of the show, it takes

23   place in a small town, it takes place in Smallville.  We

24   needed sort of super power villains for him to fight every

25   week.  So the concept that we brought to the show was that

282

76

1   sentences combined?

2        A    The meaning of the term, yes, it would be he has

3   super powers, therefore, in an action adventure series he

4   needs a formidable villain to go up against on a weekly

5   basis.  So that's what it meant.

6        MR. TOBEROFF:  I would like to mark this as Exhibit

7   83.

8              (Deposition Exhibit 83 was marked for

9              identification by the court reporter.)

10  BY MR. TOBEROFF:

11       Q    Exhibit 83 appears to be another interview.

12  It's entitled, "Southern Maryland Stories, Alfred Gough"

13  dated September 2004.

14             Are you from Southern Maryland?

15       A    Yes, I am.

16       Q    Do you recall giving this interview?

17       A    Yes, I do.

18       Q    Do you recall reading it at some point after the

19  interview?

20       A    Yes, I do.

21       Q    Did you ever ask for retraction regarding this

22  interview?

23       A    Not to my knowledge, no.

24       Q    Have you ever asked them to correct something

25  after reading this interview?

283

1       A    No, not to my knowledge.

2       Q    Do you have any reason to believe you didn't say

3   the things you're quoted to say in this interview?

4       MR. CALDWELL:  Take your time to read it.

5       THE WITNESS:  Let me just look at it again.

6       MR. TOBEROFF:  Should I read back the question?

7           Can you read back the last question, please.

8           (Record read as follows:

9               "Do you have any reason to believe

10          you didn't say the things you're quoted

11          to say in this interview?")

12      THE WITNESS:  No, I said them.

13  BY MR. TOBEROFF:

14      Q    If you look at the last paragraph on the first

15  page, see where it says, quote, "The Strip," end quote,

16  "led Warner Brothers to ask Gough and his partner to

17  develop a TV series about Superboy for the WB Network"?

18      A    Uh-huh, yes, I do.

19      Q    Quote, "We didn't want to do 'flights and

20  tights,' but we liked the idea of Clark Kent in high

21  school."

22          Do you see that?

23      A    Yes.

24      Q    I am not reading the full paragraph.  I am just

25  reading those two sentences.

284

Exh. U

1          UNITED STATES DISTRICT COURT

2          CENTRAL DISTRICT OF CALIFORNIA

3    JOANNE SIEGEL, an individual; and  )    Case Nos:
     LAURA SIEGEL LARSON, an individual )    04-8400 SGL (RZx)
4                                       )    04-8776 SGL (RZx)
                  Plaintiffs,           )
5                                       )
              vs.                       )    **CERTIFIED COPY**
6                                       )
     TIME WARNER, INC., a corporation   )
7    WARNER COMMUNICATIONS, INC., a     )
     corporation; WARNER BROS.          )
8    ENTERTAINMENT, INC., a corporation;)
     WARNER BROS. TELEVISION PRODUCTION,)
9    INC., a corporation; DC COMICS, a  )
     general partnership; and DOES 1-10,)
10                                      )
                  Defendants.           )
11                                      )
     DC COMICS,                         )
12                                      )
              Counterclaimant,          )
13                                      )
              vs.                       )
14                                      )
     JOANNE SIEGEL, an individual; and  )
15   LAURA SIEGEL LARSON, an individual,)
                                        )
16            Counterclaim Defendants.  )
                                        )
17   _____)

18         DEPOSITION OF DAVID ANDREW NUTTER

19            LOS ANGELES, CALIFORNIA

20          THURSDAY, NOVEMBER 9, 2006

21
     ATKINSON-BAKER, INC.
22   COURT REPORTERS
     (800) 288-3376
23   www.depo.com

24   REPORTED BY:   BITIA AFLALO, CSR NO. 10703

25   FILE NO.:     A009DFD

1           UNITED STATES DISTRICT COURT

2           CENTRAL DISTRICT OF CALIFORNIA

3

4    JOANNE SIEGEL, an individual; and  )    Case Nos:
     LAURA SIEGEL LARSON, an individual )    04-8400 SGL (RZx)
5                                       )    04-8776 SGL (RZx)
              Plaintiffs,               )
6                                       )
          vs.                           )
7                                       )
     TIME WARNER, INC., a corporation   )
8    WARNER COMMUNICATIONS, INC., a     )
     corporation; WARNER BROS.          )
9    ENTERTAINMENT, INC., a corporation;)
     WARNER BROS. TELEVISION PRODUCTION,)
10   INC., a corporation; DC COMICS, a  )
     general partnership; and DOES 1-10,)
11                                      )
              Defendants.               )
12   DC COMICS,                         )
                                        )
13            Counterclaimant,          )
                                        )
14        vs.                           )
                                        )
15   JOANNE SIEGEL, an individual; and  )
     LAURA SIEGEL LARSON, an individual,)
16                                      )
              Counterclaim Defendants.  )
17                                      )
     -----------------------------------)
18

19        Deposition of DAVID ANDREW NUTTER, taken on behalf

20   of Plaintiffs, at 2049 Century Park East, Suite 2720

21   Los Angeles, California 90067, commencing at 2:13 P.M.

22   and ending at 4:35 P.M., Thursday, November 9, 2006,

23   before Bitia Aflalo, CSR 10703.

24

25

                                                        2

A P P E A R A N C E S :

FOR THE PLAINTIFFS:

    LAW OFFICES OF TOBEROFF & ASSOCIATES
    BY:  MARC TOBEROFF, ESQ.
    2049 Century Park East
    Suite 2720
    Los Angeles, California 90067
    (310) 246-3333


FOR THE DEFENDANTS:

    WEISSMANN, WOLFF, BERGMAN, COLE, GRODIN & EVALL LLP
    BY: MICHAEL BERGMAN, ESQ.
    9665 Wilshire Boulevard
    Ninth Floor
    Beverly Hills, California 90212
    (310) 858-7888


FOR THE WITNESS:

    CALDWELL, LESLIE, NEWCOMBE & PETTIT, PC
    BY: CHRISTOPHER G. CALDWELL, ESQ.
    1000 Wilshire Boulevard
    Suite 600
    Los Angeles, California 90017-2463
    (213) 629-9040


ALSO PRESENT:    NICHOLAS C. WILLIAMSON, ESQ.

287

3

1    A.    Yes.

2    Q.    Who was your agent?

3    A.    I had so many.  At the time of Superboy, I

4  believe it was the Si (phonetic) Fisher company.

5    Q.    And who at the Si Fisher company?

6    A.    Jerry Adler.

7    Q.    Anybody else?

8    A.    No.

9    Q.    For what period of time did you work on

10  The Adventures of Superboy?

11    A.    '89, '90, and '91.

12    Q.    Possibly '92 as well?

13    A.    Possibly.  I don't remember specifics.

14    Q.    Do you remember how many seasons of the show you

15  worked on?

16    A.    I know I directed 21 episodes.  Seasons, I'm not

17  sure if it was three or four.

18    Q.    And the pilot had already been shot, and the

19  show was already on the air when you came on and started

20  directing that episode?

21    A.    I know several episodes had been shot.  I am not

22  sure it had aired yet.  I don't recall that.

23    Q.    Okay.  And did you receive any -- did you act as

24  a producer on the show?

25    A.    No.

288

1    Q.   Do you know who is distributing the DVD?

2    A.   No.

3    Q.   Are you familiar with the television series

4    called Smallville?

5    A.   Yes.

6    Q.   Is it produced by Warner Brothers Television?

7    A.   Yes.

8    Q.   How many episodes of Smallville have you

9    directed, if any?

10    A.   I directed a pilot and a portion of the first

11    episode.

12    Q.   When you direct a pilot to a series and the

13    pilot is then picked up into an actual series, do you

14    receive a royalty on every episode of the series?

15        MR. CALDWELL:   Are you asking him specifically

16    as to Smallville?

17        MR. TOBEROFF:   I'm asking him first in general.

18        MR. CALDWELL:   Objection.   Assumes facts,

19    overbroad.

20        THE WITNESS:   As a member of Director's Guild of

21    America, you get a percentage of -- you get a royalty of

22    episodes produced.

23    BY MR. TOBEROFF:

24    Q.   So does that pertain to Smallville as well?

25    A.   Yes.

289

54

Exh. V

Case 2:04-cv-08400-ODW-RZ   Document 192-2   Filed 05/08/07 Page 25 of 46   Page ID #:20729





EXHIBIT
82
Gough

## Faster Than A Speeding Bullet

By Blair Marnell
**Print This Item**

I'm running a little behind this week, so let's just get started:

### Meteor Man

In 2001, writers/producers Alfred Gough and Miles Millar re-envisioned the Superman mythos in the television series **Smallville**. The show is currently in its fourth season on the WB network. Earlier this week, Gough took the time to answer a few questions about the series:

**Blair Marnell:** How has **Smallville** evolved beyond its initial premise? And how did you and Miles become involved with the series?

**Alfred Gough:** Miles and I were brought in by Peter Roth, the president of Warner's Television. And he always wanted to do Superboy. We liked the idea of doing Superman in his adolescent years, but didn't want to put him in the suit. So that's where the "no flights, no tights" policy comes in. We also came up with the idea for the meteor shower, which would get Clark to Earth, cause Lex's baldness and kill Lana's parents. It also, quite frankly, gave us the franchise week to week, which is "kyrptonite mutates people and gives them superpowers." Otherwise, who the hell does Clark fight every week? He is "Superboy" after all. And I think it's evolved since then. The characters have evolved. We've been able to flesh out a back-story and point of view about these characters that had never really existed before in the comics or in any other incarnation of Superman. Because in most of the series, if not all of them, Clark is already Superman. There is just a fifteen-minute window in the first film where you see Clark before that, and that's it. Our series is about Clark's journey, but it's also Lex's journey and you see the sort of extreme parenting that's required by both the Luthors and the Kents that's required and goes on to inform Clark's character and Lex's character.

**BM:** What's coming up this season?

**AG:** Much. Much is coming up. We've introduced Lois Lane; that's obviously the big thing. We're also going to meet the Flash and Mr. Mxyzptlk, who will not be an imp from the Fifth dimension, but a really, really hot Eastern European foreign exchange student.

**BM:** How is the Lois and Clark dynamic going to differ from the way it's be portrayed in earlier incarnations of Superman?

**AG:** I think what you're going to see here is that he's not Superman yet and she's not the Lois Lane we know from the comics. She's this military brat who's come to town to investigate her cousin's death and meets up with Clark. You'll see a lot of the qualities that she'll ultimately have when she becomes the "Lois" we know. At



**RON GARNEY**
Amazing
Spider-Man Artist

**MATT HALEY**
Artist of
"Superman
Returns" & "Who
Wants to be a
Superhero?"

**ADAM HUGHES**
DC Comics'
cover artist

**FEEDBACK**
Winner of TV's
"Who Wants to
be a Superhero?"!



New
location!
Battelle Hall
at the
Columbus
Convention
Center

NOV. 25 & 26

290

(82)

Case 2:04-cv-08400-ODW-RZ   Document 192-2   Filed 05/30/07   Page 26 of 46   Page ID #:20730

this point she's not interested in journalism, but she obviously likes to get involved in other people's business. I think she's the only character on our show who doesn't just love Clark to the point of never questioning him. [laughs] And what you'll see from Lois and Clark are a lot of romantic comedy sparks. The two of them have a great chemistry together.

**BM:** Having seen the second episode of this season, we know Chloe isn't dead. So, what are your plans for her this season?

**AG:** She's got her cousin, Lois in town, which is interesting. And there's something really interesting with her, which will happen about midseason, which I can't really talk about yet. But there are definitely some changes with Chloe.

**BM:** It's been rumored that this season is leading up to a possible dark turning point for Clark. Can you elaborate on that?

**AG:** Actually, this season for Clark is more positive and hopeful. Last season was the dark time for Clark. This year is about him embracing himself. But I think you will see Lex take a darker turn this season...

**BM:** Are we going to get a resolution to the Jor-el storyline and insight as to Jor-el's real intentions?

**AG:** That will be on the backburner this year. Ultimately, all of that will be revealed down the road.

**BM:** You're bringing in The Flash and calling him Bart Allen. Why are you using that name?

**AG:** When we had this discussion with DC comics, they told us that was the version we could use. And we actually make allusions to the other Flashes. There's a scene where Clark finds the Flash and sees he has a bunch of IDs with different alias on them, which are all the names of the other Flashes. But it's all one guy. That is something that was mandated by DC Comics.

**BM:** Are there any plans for other DCU characters to appear?

**AG:** It's the same with The Flash, Mr. Mxyzptlk, Perry White, Lois Lane, and so on... If we can find an interesting way to bring them into our show, through our prism, then absolutely. We're always open to it. A lot of times, the right idea comes along and clicks. With Mxyzptlk, it's a high school sports gambling story because Clark's on the football team this year. It's something we always wanted to do, the right story came along and we were able to make it happen.

**BM:** We've heard that there are plans for Season 5 and beyond. Does that mean the sixth season may be the last?

**AG:** The show will run as long as people keep watching it. There's no fixed time period at which the show would end.

**BM:** Is there any truth to the rumors that Tom Welling might play Superman in Bryan Singer's film?

**AG:** His name has been bandied about. But that's pretty much it.

**BM:** Can you give us a brief overview of the story process from script to screen?

**AG:** First, we break the stories in the [writer's] room. Then a writer goes off to write a draft, which Miles [Millar] and I read, along with the other staff. We give notes, then that draft goes to the studio for their notes. Then the network gives notes. And there are production notes as well, in terms of what we can and can't achieve in our schedule. So it goes through a pretty elaborate process before it

11/15/2006 10:35 PM

Case 2:04-cv-08400-ODW-R2   Document 192-2   Filed 05/30/07   Page 27 of 46   Page ID #:20731

gets to the screen.

**BM:** Are there any other comic characters that you'd be interested in writing for film and television?

**AG:** After Superman, Spider-Man and Iron Man, we're sort of "comic booked out." [Laughs] But never say never...

This Has A "Last Son of Kyrpton" Factor of Nine Out of Ten





**SMECO**

CUSTOMER   ACCOUNT   ENERGY   PRODUCTS   BUSINESS   COMMUNITY   SAFETY   CHOICE

SMECO » Community » Southern Maryland Stories : Alfred Gough

## COMMUNITY

# Southern Maryland Stories

## *Alfred Gough*

*(Read the previous stories in the series.)*

September 2004

Years ago, Southern Maryland native son Alfred Gough III produced
plays for the St. Mary's County Department of Recreation and Parks.
Now Gough produces and writes hit television shows and hit movies.

"Smallville," the Superman-inspired TV series that Gough created with
writing partner Miles Millar, is in its fourth season on the WB network.
The duo put words in the mouth of another superhero by helping to write last year's blockbuster
film "Spider-Man 2."

**Alfred Gough**

"It's fun to take these great characters and find the human elements in them," said Gough from
Southern California. "Comic books are our modern mythology. Superheroes are about various
elements of the human condition, just like the heroes in Greek mythology. Superman is about his
quest to fit in to human society, Batman struggles to keep the darkness at bay by fighting evil. And
Spider-Man deals with the guilt over his uncle's death."

Gough was born and raised in Leonardtown, graduating from St. Mary's Ryken High School in 1985.
While living here, he said, he often wished that the area had the amenities usually found in the
suburbs. "Now Leonardtown has changed so much, it's almost like suburbia," Gough said.

He worked in public relations in Manhattan before deciding to try to break into Hollywood. He
enrolled in the University of Southern California's movie producers program, where he met British
writer Millar. Between classes the two wrote their first script, "Mango," about an animal-allergic cop
who gets teamed with an orangutan.

"Mango" paid for Gough and Millar's college tuition when New Line Cinema bought the script for
$400,000. After an article appeared in Variety announcing the sale, Gough sent a copy to his father
Alfred Gough Jr., attaching a Post-It note reading, "To Al the Elder from Al the Richer."

Although the cop-and-orangutan story was never filmed, the script established Gough and Millar's
reputations as screenwriters who could blend action with humor. They scripted two movies for HBO
and Decade Pictures, "Double Tap" and "Made Men," before moving to theatrical features with
"Lethal Weapon 4." That led to Gough and Millar working on Jackie Chan's Old West buddy movie
"Shanghai Noon" and its sequel, "Shanghai Knights."

Both writers were huge fans of Chan and they welcomed the opportunity to work with him. "Jackie
wanted to do a Western, so we pitched it to Jackie and the process went very fast," Gough said.
"We wrote 'Shanghai Noon' in the fall of 1998 and shooting began in the spring of 1999. And we
wrote the sequel before the first movie was released. Both movies were great fun, and we're proud
of both of them."

While establishing a movie career, Gough and Millar also began writing for television. They were
story editors on "Timecop" on ABC and supervising producers on "Martial Law," which ran for two
seasons on CBS. In the fall of 1999 they created "The Strip" for Warner Brothers Television and
served as the executive producers of the show, which aired on UPN.

"The Strip" led Warner Brothers to ask Gough and his partner to develop a TV series about
Superboy for the WB network. "We didn't want to do 'flights and tights,' but we liked the idea of
Clark Kent in high school. No one knew what went on during that time in his life. That story had
never been told," Gough said.



EXHIBIT

83

Gough

293

*83*

http://www.sr~~o.com/community/somdstories/gough.h

As portrayed on "Smallville," the future Superman is still developing his powers while struggling with the transition from boyhood to manhood. He relies on the counsel of his adoptive parents Jonathan and Martha, who are much younger than the elderly couple in the comic books.

"We deliberately made Clark's parents younger so they would have more of an impact. They're more involved in his life," Gough said. "The family element of the show is important. If Clark had crashed somewhere else on Earth he'd be an entirely different person." That type of person is Clark's friend and future archenemy Lex Luthor, whose father Lionel is a ruthless tycoon. "Lex's father represents what Lex will become. It's sort of an essay on extreme parenting. We see how Clark's character was formed by his adoptive parents and how Lex was formed by his parental relationship, or the lack thereof."

"Smallville" convinced the management at Columbia Pictures to hire Gough and Millar to write the sequel to the film "Spider-Man." Although Gough hadn't read the comic books, as a boy he was a devoted viewer of the webslinger's cartoon series.

"The 'Spider-Man' sequel is similar to what we deal with in 'Smallville,' where we're telling not the back story or an origin, but a story," Gough said. "It's the idea that with great power comes great responsibility, and Spider-Man struggles with whether he wants his powers or not. We thought about how you take these characters and take them to the next step, to keep people interested in them." Gough and Millar wrote a movie script for yet another superhero, Marvel's Iron Man, but that project is still in development.

Last year Disney began filming "Herbie Fully Loaded," which Gough and his partner helped write. The story revives the Volkswagen Love Bug in the world of NASCAR and stars Matt Dillon, Michael Keaton, and Lindsay Lohan. "It was fun to do something different, to work on a nonsuperhero story," Gough said.

"I'm very grateful for my career," he said. "I'm in a place I always wanted to be. It's great to be able to do something you love."

**SITE MAP**      **CONTACT US**      **CAREERS**      **MATERIALS**      **ABOUT SMECO**      **SEARCH**      **SUPPLIER**

Southern Maryland Electric Cooperative
15035 Burnt Store Road
P.O. Box 1937
Hughesville, Maryland, 20637-1937
1-888-440-3311
Contact SMECO   Privacy Policy   Diversity Statement

294

11/15/2006 9:24 PM

Exh.W

# LAW OFFICES OF MARC TOBEROFF

A PROFESSIONAL CORPORATION

2049 CENTURY PARK EAST, SUITE 2720
LOS ANGELES, CALIFORNIA 90067

MARC TOBEROFF*
NICHOLAS C. WILLIAMSON
ALEXANDER M. MERINO
* ALSO ADMITTED IN NEW YORK

TELEPHONE
(310) 246-3333

FACSIMILE
(310) 246-3101

December 1, 2006

<u>Via US Mail</u>

Adam Hagen, Esq.
Weissmann Wolff Bergman Coleman Grodin & Evall LLP
9665 Wilshire Blvd., Ninth Floor
Beverly Hills, CA 90212

<u>Re:  Superman/Superboy Litigations, Case Nos. 04-CV-8400, 04-CV-8776 SGL (RZx)</u>

Dear Michael:

Enclosed please find Plaintiffs' further supplemental responses to Defendants' interrogatories no. 3(d) to include the additional "Smallville" television episodes from Season 6 of the "Smallville" series.

Defendants produced the Season 6 episodes after Plaintiffs' responded to interrogatory no. 3, which response Judge Zarefsky ordered to be supplemented.

Please be advised that the Season 6 episodes have a different chapter format than the Season 1-5 episodes provided by Defendants, which unlike Season 6, appear to be in the format commercially released.

Please continue to send us "Smallville" episodes from this season and beyond as they are released.

Very truly yours,

Nicholas C. Williamson

cc: Patrick Perkins, Esq. (via U.S. Mail)
    James Weinberger, Esq. (via U.S. Mail)

295

## PLAINTIFFS' SUPPLEMENTAL RESPONSE TO DEFENDANTS' INTERROGATORY NO. 3(d)

In further response to Defendants' Interrogatory no. 3(d), Plaintiffs have identified below similarities in "Smallville" derivative works produced after November 16, 2004, namely season 4, episode 9 through season 6, episode 7.

The location of each similarity is identified by the season/episode and DVD "chapter" in which such similarity appears.

Examples: "4/20: 2" means season 4, episode 20, chapter 2.

"5/18: 1-6" means season 5, episode 18, chapters 1-6.

1.  Superboy/young Clark rescued from spaceship's flaming wreckage by Kents:
    4/20: 2.

2.  Superboy/young Clark as a child:
    4/19: 1.

3.  Superboy/young Clark Kent as an adolescent:
    4/9: 1-5; 4/10: 1-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-5; 4/14: 1-6; 4/15: 1-6; 4/16: 1-6; 4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-6; 4/22: 1-7; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1-6; 5/5: 1-6; 5/6: 1-6; 5/7: 1-6; 5/8: 1-6; 5/9: 1-4, 6; 5/10: 1-6; 5/11: 1-6; 5/12: 1-6; 5/13: 1-6; 5/14: 1-6; 5/15: 1-6; 5/16: 1-6; 5/17: 1-3, 5-6; 5/18: 1-6; 5/19: 1-2, 4-6; 5/20: 1-6; 5/21: 1-2, 4-6; 5/22: 1-6; 6/1: 1-3, 6, 8, 10-14; 6/2: 1-5, 7-8, 10-14; 6/3: 1-6, 8; 6/4: 1-7; 6/5: 1, 3-8; 6/6: 1-8; 6/7: 1-7.

4.  Superboy/young Clark does not wear glasses:
    4/9: 1-5; 4/10: 1-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-5; 4/14: 1-6; 4/15: 1-6; 4/16: 1-6; 4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-6; 4/22: 1-7; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1-6; 5/5: 1-6; 5/6: 1-6; 5/7: 1-6; 5/8: 1-6; 5/9: 1-4, 6; 5/10: 1-6; 5/11: 1-6; 5/12: 1-6; 5/13: 1-6; 5/14: 1-6; 5/15: 1-6; 5/16: 1-6; 5/17: 1-3, 5-6; 5/18: 1-6; 5/19: 1-2, 4-6; 5/20: 1-6; 5/21: 1-2, 4-6; 5/22: 1-6; 6/1: 1-3, 6, 8, 10-14; 6/2: 1-5, 7-8, 10-14; 6/3: 1-6, 8; 6/4: 1-7; 6/5: 1, 3-8; 6/6: 1-8; 6/7: 1-7.

5.  Superboy/young Clark does not put on a costume:
    4/9: 1-5; 4/10: 1-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-5; 4/14: 1-6; 4/15: 1-6; 4/16: 1-6; 4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-6; 4/22: 1-7; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1-6; 5/5: 1-6; 5/6: 1-6; 5/7: 1-6; 5/8: 1-6; 5/9: 1-4, 6; 5/10: 1-6; 5/11: 1-6; 5/12: 1-6; 5/13: 1-6; 5/14: 1-6; 5/15: 1-6; 5/16: 1-6; 5/17: 1-3, 5-6; 5/18: 1-6; 5/19: 1-2, 4-6; 5/20: 1-6; 5/21: 1-2, 4-6; 5/22: 1-6; 6/1: 1-3, 6, 8, 10-14; 6/2: 1-5, 7-8, 10-14; 6/3: 1-6, 8; 6/4: 1-7; 6/5: 1, 3-8; 6/6: 1-8; 6/7: 1-7.

1

6.  **Superboy/young Clark has adolescent friends:**
    4/9: 1-5; 4/10: 1-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-5; 4/14: 1-6; 4/15: 1-6; 4/16: 1-6; 4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-5; 4/22: 1-7; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1, 3-4, 6; 5/5: 1-6; 5/6: 1-6; 5/7: 1-6; 5/8: 1-6; 5/9: 1-3, 6; 5/10: 1-6; 5/11: 1-6; 5/12: 1-5; 5/13: 1-6; 5/14: 1-5; 5/15: 1-6; 5/16: 1-6; 5/17: 1-6; 5/18: 1-6; 5/19: 1-2, 4-6; 5/20: 1-6; 5/21: 1-2, 4-6; 5/22: 1-2, 4-5; 6/1: 1-3, 6-11, 13-14; 6/2: 2-8, 10-14; 6/3: 1-6, 8; 6/4: 1-7; 6/5: 1, 3-8; 6/6: 1-8; 6/7: 1-7.

7.  **Superboy/young Clark confronts adolescent enemies:**
    4/9:5; 4/10: 1; 4/11: 2-4; 4/12: 3-4; 4/13: 4-5; 4/14: 4-5; 4/15: 4-5; 4/16: 5-6; 4/17: 3-5; 4/18: 1, 2-6; 4/19: 1, 4; 4/21: 2, 4-5; 5/1: 1, 4; 5/2: 1; 5/3: 1; 5/4: 1; 5/5: 1; 5/6: 1; 5/7: 1; 5/8: 1; 5/9: 1-3, 6; 5/10: 1-2, 4-5; 5/11: 1, 5-6; 5/12: 1-5; 5/13: 1, 3-5; 5/14: 1; 5/15: 1, 3-5; 5/16: 1-5; 5/17: 1, 3-6. 5/18: 1-3, 6; 5/19: 1, 3-6; 5/20: 1, 3-5; 5/21: 1, 6; 5/22: 2-6; 6/1: 1-2, 4, 7-8, 10-12; 6/2: 2, 8; 6/3: 1, 3-4; 6/4: 1-2, 4-6; 6/5: 1, 4; 6/6: 1-5, 7; 6/7: 1, 6.

8.  **Superboy/young Clark's super strength:**
    4/9: 1, 4; 4/10: 1-2, 4; 4/11: 1, 4; 4/12: 1, 3-4; 4/13: 1, 4; 4/14: 1, 4-5; 4/15: 1, 4-5; 4/16: 1, 4; 4/17: 1, 4; 4/18: 1, 6; 4/19: 1-2, 5; 4/20: 1, 5; ; 4/21: 1; 4/22: 1, 6; 5/1: 1, 5; 5/2: 1; 5/3: 1, 5; 5/4: 1, 3; 5/5: 1; 5/6: 1, 5; 5/7: 1, 3-5; 5/8: 1, 5; 5/9: 1, 3; 5/10: 1, 5; 5/11: 1; 5/12: 1-3; 5/13: 1, 3-5; 5/14: 1; 5/15: 1, 3; 5/16: 1, 4-5; 5/17: 1; 5/18: 1-2; 5/19: 1, 5; 5/20: 1, 4; 5/21: 1, 4; 5/22: 1, 4-5; 6/1: 2, 10-11; 6/2: 1-2, 11; 6/3: 1; 6/4: 1, 5; 6/5: 1, 6; 6/6: 1, 7; 6/7: 1, 5-6.

9.  **Superboy/young Clark's super speed:**
    4/9: 1-2, 4; 4/10: 4; 4/11: 4; 4/12: 2-3; 4/13: 4; 4/14: 2, 5; 4/15: 5; 4/16: 4-5; 4/17: 1, 5-6; 4/18: 6; 4/19: 1, 3-4; 4/20: 5; 4/21: 5; 4/22: 4, 6; 5/1: 1, 3-5; 5/2: 1; 5/3: 1, 5; 5/4: 1, 3-5; 5/5: 1, 4; 5/6: 1, 5; 5/7: 1, 3, 5; 5/8: 1, 3; 5/9: 1-3; 5/10: 1, 5; 5/11: 1, 5; 5/12: 1-3; 5/13: 1, 3, 5; 5/14: 1, 5; 5/15: 1, 3, 5; 5/16: 1-2; 5/17: 1-2; 5/18: 1-2; 5/19: 1, 5; 5/20: 1, 5; 5/21: 1, 5; 5/22: 1, 5; 6/1: 2, 10-11; 6/2: 1-2, 8, 12-13; 6/3: 1, 3, 5-6; 6/4: 1, 5-6; 6/5: 1, 3, 6; 6/6: 1, 4; 6/7: 1, 6.

10. **Superboy/young Clark's flying/leaping ability:**
    4/9: 1; 4/13: 1; 4/14: 1; 4/15: 1; 4/16: 1, 5; 4/17: 1; 4/18: 1; 4/19: 1; 4/20: 1, 5; 4/21: 1; 4/22: 1; 5/1: 1; 5/2: 1; 5/3: 1, 5; 5/4: 1, 5; 5/5: 1; 5/6: 1, 5; 5/7: 1; 5/8: 1; 5/9: 1-3; 5/10: 1, 5; 5/11: 1; 5/12: 1-3; 5/13: 1, 3, 5; 5/14: 1; 5/15: 1, 3, 5; 5/16: 1; 5/17: 1-2; 5/18: 1; 5/19: 1, 5; 5/20: 1; 5/21: 1; 5/22: 1, 5; 6/1: 2; 6/2: 2; 6/3: 1; 6/4: 1; 6/5: 1; 6/6: 1; 6/7: 1.

11. **Superboy/young Clark's super senses:**
    4/9: 3; 4/10: 4; 4/11: 2; 4/12: 4; 4/13: 2-3; 4/14: 2, 4; 4/15: 4; 4/16: 4-5; 4/17: 6; 4/19: 2; 4/20: 2; 5/2: 5; 5/5: 4; 5/6: 3-4; 5/7: 3-5; 5/12: 1-2; 5/14: 3; 5/15: 2; 5/18: 2, 5; 5/20: 5; 6/2: 8, 11, 13-14; 6/3: 3, 6; 6/4: 6; 6/7: 2.

12. **Superboy/young Clark's tough is skin impervious to harm:**
    4/9: 1; 4/10: 1, 4; 4/11: 1; 4/12: 1; 4/13: 1; 4/14: 1, 5; 4/15: 1, 5; 4/16: 1, 5; 4/17: 1, 4; 4/18: 1; 4/19: 1; 4/20: 1, 5; 4/21: 1, 5; 4/22: 1, 6; 5/1: 1; 5/2: 1; 5/3: 1; 5/4: 1, 3; 5/5: 1; 5/6: 1; 5/7: 1; 5/8: 1; 5/9: 1; 5/10: 1; 5/11: 1; 5/12: 1; 5/13: 1; 5/14: 1; 5/15: 1; 5/16: 1; 5/17: 1; 5/18: 1; 5/19: 1; 5/20: 1, 4-5; 5/21: 1, 4; 5/22: 1, 5; 6/1: 2, 10-11; 6/2: 1-2; 6/3: 1; 6/4: 1; 6/5: 1, 6; 6/6: 1, 4; 6/7: 1.

2

13. <u>Superboy/young Clark does not feel pain:</u>
4/12: 2-4; 4/13: 4; 4/14: 1, 5; 4/15: 1, 5; 4/17: 4; 4/18: 1; 4/19: 1; 4/20: 1, 5; 4/21: 1, 5;
4/22: 6; 5/1: 1-3; 5/3: 6; 5/7: 1; 5/10: 1; 5/11: 5; 5/13: 3; 5/19: 5; 5/20: 1, 4-5; 5/21: 1, 4;
5/22: 1, 5; 6/1: 2, 10; 6/2: 1-2; 6/3: 1; 6/4: 1; 6/5: 1; 6/6: 1; 6/7: 1.

14. <u>A character hurts himself by striking invulnerable Superboy/young Clark:</u>
4/15: 5; 4/21: 5; 5/20: 5.

15. <u>Superboy/young Clark has emerging powers:</u>
4/10: 1; 4/12: 1; 4/19: 2; 5/3: 6; 5/4: 3; 5/5: 4; 5/7: 5; 6/2: 1-4, 11-14; 6/6: 7.

16. <u>Superboy/young Clark grapples emotionally and/or physically with his powers:</u>
4/9: 1; 4/10: 1, 5; 4/11: 2-4; 4/12: 1; 4/13: 1, 5; 4/14: 1-2; 4/16: 1; 4/17: 1;
4/18: 1, 6; 4/19: 1-3, 5-6; 4/20: 1; 4/21: 1; 4/22: 1, 6; 5/1: 3; 5/2: 1; 5/3: 1, 6; 5/4: 1; 5/5:
1; 5/6: 1; 5/7: 1; 5/8: 1; 5/9: 2; 5/10: 1; 5/11: 1; 5/12: 1; 5/13: 1; 5/14: 5; 5/15: 1; 5/16:
5; 5/17: 1; 5/18: 1; 5/19: 1; 5/20: 1; 5/21: 1; 5/22: 1; 6/1: 2; 6/2: 1-4, 10-11; 6/3: 1; 6/4:
1, 7; 6/6: 1; 6/7: 1.

17. <u>Superboy/young Clark gradually learns to master and control his powers:</u>
4/10: 2; 4/12: 3-4; 4/17: 4; 4/19: 2; 6/2: 11-14.

18. <u>Superboy/young Clark enjoys his superpowers:</u>
4/19: 2; 5/6: 5; 5/9: 1; 5/10: 1; 5/11: 1; 5/12: 1; 5/16: 2; 5/18: 2; 6/2: 14.

19. <u>Superboy/young Clark does not understand or appreciate the scope of his powers
leading to awkward/funny situations where his identity could be revealed:</u>
4/19: 2; 5/9: 2-3; 5/16: 2; 6/2: 1-4, 11.

20. <u>Superboy/young Clark conceals his powers from his community:</u>
4/9: 4; 4/10: 2, 4; 4/11: 1-2; 4/12: 3; 4/13: 2, 4-5; 4/14: 2, 4; 4/15: 4-5; 4/16: 5; 4/17: 5-
6; 4/18: 6; 4/19: 2, 4-6; 4/20: 5; 4/21: 5; 5/1: 1-6; 5/2: 1; 5/3: 5-6; 5/4: 1-6; 5/5: 5-6; 5/6:
1, 3-6; 5/7: 1-3, 6; 5/8: 1-2; 5/9: 2-3; 5/10: 5-6; 5/11: 3, 5-6; 5/12: 1-2, 4-5; 5/13: 2;
5/16: 6; 5/18: 2; 5/19: 6; 5/20: 1, 5-6; 5/21: 2, 5-6; 5/22: 4; 6/2: 2-5, 7-8, 10, 12-14; 6/5:
6.

21. <u>Superboy/young Clark grapples with the responsibility of using his powers for good:</u>
4/9: 2-5; 4/12: 2, 4-5; 4/13: 2, 5; 4/15: 1; 4/19: 3; 4/22: 4; 5/1: 2-3; 5/9: 2; 5/10: 6; 5/12:
4-5; 5/13: 4-6; 5/15: 2; 5/16: 2; 5/20: 5, 6; 5/22: 3-4, 6; 6/4: 6-8; 6/6: 6; 6/7: 2-3.

22. <u>Superboy/young Clark comes to a defining decision that he must use his powers for
good:</u>
4/9: 5; 4/12: 4; 4/13: 5; 4/17: 5; 5/1: 3; 5/4: 5; 5/8: 5; 5/9: 2-3; 5/10: 5; 5/13: 4-6; 5/16:
5; 5/17: 2-3; 5/18: 5; 5/20: 5; 5/21: 4; 5/22: 3; 6/1: 6, 11.

23. <u>Superboy/young Clark is impressionable:</u>
4/11: 2-3; 4/12: 1; 4/13: 2-3; 4/16: 2; 4/17: 4; 4/18: 4, 6; 4/19: 2; 5/4: 2; 5/6: 5; 5/7: 2-6;
5/8: 2, 5; 5/10: 3-6; 5/11: 2-4, 6; 5/12: 1-5; 5/13: 1-6; 5/14: 2-4, 6; 5/15: 2-6; 5/16: 2-3,
5-6; 5/17: 2-3, 5-6; 5/18: 2-6; 5/19: 2, 4-6; 5/20: 3; 5/21: 1-2, 4; 5/22: 2; 6/3: 2-4; 6/4: 7-
8; 6/7: 2.

3

24.    Superboy/young Clark uses his powers to foil "bad guys":
       4/9: 4; 4/11: 4; 4/12: 4; 4/13: 4; 4/14: 4-5; 4/15: 5; 4/16: 5; 4/17: 5-6; 4/18: 3, 6; 4/19: 1,
       5; 5/1: 5; 5/2: 5; 5/4: 3; 5/6: 5; 5/7: 3, 5; 5/8: 5; 5/10: 5; 5/11: 5; 5/13: 3-5; 5/14: 5; 5/15:
       3, 5; 5/16: 5; 5/17: 2-3; 5/18: 5; 5/19: 5; 5/20: 4-5; 5/21: 4; 5/22: 4-5; 6/1: 11-12; 6/2:
       10-13; 6/3: 1, 3, 5; 6/4: 4-5; 6/5: 6-7; 6/6: 5, 7.

25.    Superboy/young Clark uses powers to rescue people in his community from
       emergencies:
       4/9: 1-4; 4/10: 2, 4; 4/11: 1, 4; 4/12: 1-4; 4/13: 1-4; 4/14: 1, 4-5; 4/15: 1, 3, 5; 4/16: 1, 4-
       5; 4/17: 1, 4, 6; 4/18: 1, 3, 6; 4/19: 1-2, 5; 4/20: 1, 5; 4/21: 1, 5; 4/22: 4-6; 5/1: 1-3; 5/2:
       1; 5/3: 1, 5; 5/4: 1; 5/5: 1; 5/6: 1, 5; 5/7: 1; 5/8: 1; 5/9: 1, 3; 5/10: 1, 5; 5/11: 1, 5; 5/12:
       1, 4; 5/13: 1, 5; 5/14: 1, 5; 5/15: 1, 3, 5; 5/16: 1; 5/17: 1; 5/18: 1, 5; 5/19: 1, 5; 5/20: 1,
       5; 5/21: 1, 4-5; 5/20: 1; 5/22: 4-5; 6/1: 11-12; 6/2: 1, 8, 11-13; 6/3: 1, 3, 5; 6/4: 1, 4-8;
       6/5: 3, 5-7.

26.    Superboy/young Clark is an anonymous hero, protecting townspeople without
       disclosing his identity:
       4/9: 4-5; 4/10: 2; 4/11: 4; 4/12: 3-4; 4/13: 3-4; 4/17: 6; 4/18: 3, 6; 4/19: 5-6; 4/20: 5; 5/1:
       1, 3; 5/2: 1; 5/3: 1, 5; 5/4: 1; 5/5: 1; 5/6: 1, 5; 5/7: 1; 5/8: 1; 5/9: 3; 5/10: 5; 5/11: 5-6;
       5/12: 1, 4; 5/16: 6; 5/20: 1, 5; 5/21: 5; 6/1: 12; 6/2: 12-13; 6/3: 3; 6/4: 6-7.

27.    Superboy/young Clark is modest:
       4/11: 1; 4/13: 5; 4/15: 6; 4/17: 5; 4/18: 2; 5/1: 3, 6; 5/2: 6; 5/6: 2-6; 5/7: 6; 5/8: 2, 6; 5/9:
       2-4, 6; 5/10: 2, 4-6; 5/11: 2-3, 5-6; 5/12: 1-2, 4-5; 5/13: 1-6; 5/14: 2-6; 5/15: 2-6; 5/16:
       2-3, 5-6; 5/17: 2-3, 5-6; 5/18: 2-6; 5/19: 2, 4-6; 5/20: 2-3.

28.    Superboy/young Clark is sensitive:
       4/9: 1-2, 5; 4/10: 1-5; 4/11: 1, 4-5; 4/12: 2-5; 4/13: 2, 5; 4/14: 6; 4/15: 3, 6; 4/16: 6;
       4/17: 3; 4/18: 3-6; 4/19: 1, 3, 6; 4/20: 2-5; 4/21: 2; 4/22: 2-3; 5/1: 1, 3, 5-6; 5/2: 1-3, 6;
       5/3: 1, 5-6; 5/4: 1; 5/5: 1, 3, 6; 5/6: 1, 3-4, 6; 5/7: 1-2, 6; 5/8: 1-6; 5/9: 2-4, 6; 5/10: 2, 4-
       6; 5/11: 2-6; 5/12: 1-5; 5/13: 1-6; 5/14: 2-6; 5/15: 2-6; 5/16: 2-3, 5-6; 5/17: 2-3, 5-6;
       5/18: 2-6; 5/19: 2, 4-6; 5/20: 2-3, 5-6; 5/21: 1-6; 6/1: 6; 6/2: 7-8; 6/3: 2-3; 6/5: 4-5, 7;
       6/6: 4, 7; 6/7: 5-6.

29.    Superboy/young Clark shown is somewhat of a loner:
       4/10: 4; 4/11: 1-2; 4/12: 5; 4/13: 3, 5; 4/15: 2-3; 4/17: 6; 4/19: 3, 6; 5/1: 3; 5/3: 5-6; 5/7:
       2-6; 5/8: 2-4, 6; 5/9: 3; 5/11: 2, 6; 5/12: 1-4; 5/13: 3-4; 5/15: 2, 6; 5/16: 6; 5/17: 2-3;
       5/18: 2; 5/20: 3, 5; 5/21: 1-6; 6/3: 3; 6/4: 7-8; 6/6: 8; 6/7: 5.

30.    Superboy/young Clark's keeping to himself annoys some of his peers:
       4/11: 1; 4/13: 2; 4/18: 6; 5/5: 3; 6/7: 1-2.

31.    Character(s) with a hidden agenda take advantage of Superboy/young Clark's good and
       trusting nature:
       4/11: 2-4; 4/12: 3; 4/13: 2-4; 4/15: 4; 4/16: 2-5; 4/17: 4; 4/18: 3-6; 4/19: 1; 4/20: 6; 5/7:
       2-6; 5/8: 2-3, 5; 5/9: 2; 5/13: 5; 5/16: 2-4; 5/20: 2-5; 5/21: 1-2, 4; 5/22: 4; 6/1: 2; 6/3: 3.

4

299

32. <u>Superboy/young Clark helps people even if they have been insensitive, cruel or don't deserve help:</u>
4/10: 3-4; 4/11: 2-5; 4/12: 1-3; 4/15: 5-6; 4/16: 6; 4/17: 6; 4/18: 6; 4/19: 3-5; 5/4: 4-5; 5/5: 5; 5/6: 5-6; 5/11: 4-5; 5/13: 4-6; 5/15: 3; 5/18: 5; 5/19: 5-6; 5/20: 5; 5/21: 5; 6/2: 5, 7-8, 12-13; 6/4: 5, 8; 6/5: 6; 6/7: 6-7.

33. <u>Superboy/young Clark attends local school:</u>
4/9: 1-5; 4/10: 1, 3, 5; 4/11: 1; 4/12: 2; 4/13: 1-3, 5; 4/14: 1; 4/15: 1; 4/16: 1, 6; 4/17: 1, 3; 4/18: 1-3, 5-6; 4/19: 1, 3, 6; 4/20: 1-2, 4-5; 4/21: 1-5; 4/22: 1, 3; 5/1: 1; 5/4: 2, 6; 5/5: 2; 5/7: 2, 4; 5/8: 2-3.

34. <u>Superboy/young Clark has school experiences in heightened context of being an alien with superpowers unique from anyone else:</u>
4/9: 2, 4; 4/10: 1-2, 5; 4/11: 1-4; 4/12: 1-2; 4/13: 2-3, 5; 4/14: 1; 4/15: 1; 4/16: 1-3, 6; 4/18: 2-6; 4/19: 1-3, 6; 4/20: 1, 4; 4/21: 1-2; 4/22: 1, 3; 5/5: 2; 5/7: 2; 6/1: 2.

35. <u>Students try to pull pranks/pick on Superboy/young Clark:</u>
4/18: 3-5.

36. <u>Superboy/young Clark hides powers from his fellow students and peers:</u>
4/10: 4, 5; 4/11: 1; 4/13: 4; 4/14: 2, 4; 4/15: 5; 4/16: 5; 4/17: 6; 4/18: 2; 4/19: 4-5; 4/20: 5; 4/21: 5; 5/3: 6.

37. <u>Superboy/young Clark feels different and alienated from fellow students and peers:</u>
4/9: 5; 4/10: 4-5; 4/11: 1-2; 4/12: 1, 5; 4/13: 2; 4/14: 2; 4/15: 3, 6; 4/16: 3, 6; 4/18: 2, 4; 4/19: 2-4; 4/20: 4-6; 5/1: 3; 5/3: 6; 5/5: 2; 5/7: 2-4.

38. <u>Superboy/young Clark desires and struggles to fit in with fellow students and peers:</u>
4/10: 4-5; 4/11: 1-2; 4/12: 1, 5; 4/13: 2; 4/18: 4; 4/19: 2-3.

39. <u>Superboy/young Clark hangs out and interacts with classmates and peers outside of school:</u>
4/10: 3; 4/11: 1-4; 4/12: 1, 3-4; 4/13: 1-5; 4/14: 1-6; 4/15: 1-6; 4/16: 1-6; 4/17: 2-4, 6; 4/18: 3-6; 4/19: 1-6; 4/20: 1-5; 4/21: 1, 5; 4/22: 1, 3; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1, 3; 5/5: 1-6; 5/6: 1, 4-5; 5/7: 1-3, 5-6; 5/8: 1-2, 5-6; 5/9: 1; 5/10: 1; 5/11: 1; 5/12: 1; 5/13: 1; 5/14: 1; 5/15: 1; 5/16: 1; 5/17: 1; 5/18: 1; 5/19: 1; 5/20: 1-6; 5/21: 1-3, 5-6; 5/22: 1-2, 4-5; 6/1: 2; 6/2: 3-4, 7-8, 10-12; 6/3: 2-3; 6/4: 1-2, 4, 6-8; 6/5: 3, 5-6; 6/7: 2, 5.

40. <u>Mr. and/or Mrs. Kent rescue Superboy/young Clark and resolve to protect him:</u>
4/10: 4; 4/12: 2; 4/15: 2; 4/17: 5; 4/18: 4; 4/20: 2, 6; 4/21: 2; 4/22: 4; 6/1: 14; 6/2: 1-3, 5; 6/5: 2.

41. <u>Mr. and/or Mrs. Kent have always wanted a baby, and consider Superboy/young Clark a gift:</u>
4/20: 6; 4/22: 4; 5/8: 4.

42. <u>Mr. and/or Mrs. Kent adopt Superboy/young Clark:</u>
4/20: 6.

5

43.   <u>Mr. and/or Mrs. Kent anticipate that raising Superboy/young Clark will lead to problems due to his alien nature and origin:</u>
4/20: 6; 4/22: 4; 5/12: 5; 5/21: 6.

44.   <u>Mr. and/or Mrs. Kent's relationship with Superboy/young Clark focuses on guiding his development and assimilation:</u>
4/9: 1, 5; 4/10: 1, 3-5; 4/11: 1-2, 5; 4/12: 1-2, 5; 4/13: 1, 5; 4/14: 1-3, 6; 4/15: 1-2, 6; 4/16: 1-2; 4/17: 1-5; 4/18: 1-2, 4, 6; 4/19: 1; 4/20: 1-4, 6; 4/21: 1-3, 6; 4/22: 1, 4; 5/1: 6; 5/2: 2-3, 5; 5/3: 2, 5; 5/6: 2, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/10: 1-6; 5/11: 2; 5/12: 2, 4-6; 5/13: 1-3, 6; 5/17: 5; 5/20: 2; 5/21: 1-2, 4, 6; 6/1: 5-6, 14; 6/2: 1-2, 5; 6/3: 1-2; 6/5: 2; 6/6: 8-9.

45.   <u>Mr. and/or Mrs. Kent are earnest, moral, humble people:</u>
4/9: 1, 5; 4/10: 1, 3, 5; 4/11: 1-2, 5; 4/12: 1-2, 5; 4/13: 1, 5; 4/14: 1-2; 4/15: 1-2, 6; 4/16: 1-2; 4/17: 1; 4/18: 1, 4; 4/19: 1; 4/20: 1-4, 6; 4/21: 1-3, 6; 4/22: 1, 4; 5/1: 6; 5/2: 2-5; 5/3: 2, 4-5; 5/6: 2-4, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/9: 2, 4, 6; 5/10: 1-6; 5/11: 2, 4, 6; 5/12: 2-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2, 4, 6; 5/16: 4, 6; 5/17: 2, 5; 5/18: 2, 4-6; 5/19: 2-6; 5/20: 2, 5-6; 5/21: 1-4, 6; 5/22: 2, 4; 6/1: 5-6, 14; 6/2: 1-2, 5; 6/3: 1, 6; 6/5: 2; 6/6: 8-9.

46.   <u>Mr. and/or Mrs. Kent are of simple means:</u>
4/9: 1; 4/10: 1, 3; 4/11: 1; 4/12: 1-2; 4/13: 1, 5; 4/14: 1-3, 6; 4/15: 1-2; 4/16: 1-2; 4/17: 1; 4/18: 1, 4; 4/19: 1; 4/20: 1, 3-4, 6; 4/21: 1-3, 6; 4/22: 1, 4; 5/1: 6; 5/2: 2-5; 5/3: 2, 4-5; 5/6: 2-4, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/9: 2, 6; 5/10: 1-6; 5/11: 2, 4, 6; 5/12: 2-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2, 6; 5/16: 4, 6; 5/17: 2, 5; 5/18: 2, 4-6; 5/19: 2, 6; 5/20: 2, 6; 5/21: 1-4, 6; 5/22: 2, 4; 6/1: 14; 6/2: 1, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

47.   <u>Mr. and/or Mrs. Kent choose to keep Superboy/young Clark and to raise him as their son despite the realization he is an alien and the attendant problems:</u>
4/9: 1, 3, 5; 4/11: 1-2, 5; 4/12: 1-2, 5; 4/13: 1, 5; 4/14: 1-2, 6; 4/15: 1-2, 6; 4/16: 1-2; 4/17: 1; 4/18: 1, 4; 4/19: 1; 4/20: 1-4, 6; 4/21: 1-2, 6; 4/22: 1, 4; 5/1: 4, 6; 5/2: 2-5; 5/3: 2, 4-5; 5/6: 2, 4, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/10: 2-6; 5/11: 2; 5/12: 2-4, 6; 5/13: 1-2, 6; 5/16: 6; 5/17: 5; 5/18: 2, 4-6; 5/19: 2, 5-6; 5/20: 2; 5/21: 1-2, 4; 6/1: 5-6, 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

48.   <u>Mr. and/or Mrs. Kent raise Superboy/young Clark as if he were human while respecting his alien differences:</u>
4/9: 1, 3, 5; 4/11: 1-2, 5; 4/12: 1-2, 5; 4/13: 1, 5; 4/14: 1-2, 6; 4/15: 1-2, 6; 4/16: 1-2; 4/17: 1; 4/18: 1, 4; 4/19: 1; 4/20: 1-4, 6; 4/21: 1-2, 6; 4/22: 1, 4; 5/1: 4, 6; 5/2: 2-5; 5/3: 2, 4-5; 5/6: 2, 4, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/10: 2-6; 5/11: 2; 5/12: 2-4, 6; 5/13: 1-2, 6; 5/16: 6; 5/17: 5; 5/18: 2, 4-6; 5/19: 2, 5-6; 5/20: 2; 5/21: 1-2, 4; 6/1: 5-6, 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

49.   <u>Mr. and/or Mrs. Kent are small town folk:</u>
4/9: 1, 3, 5; 4/11: 1-2, 5; 4/12: 1-2, 5; 4/13: 1, 5; 4/14: 1-3, 6; 4/15: 1-2; 4/16: 1-2; 4/17: 1, 5; 4/18: 1-2, 4; 4/19: 1; 4/20: 1-4, 6; 4/21: 1-3, 6; 4/22: 1, 3-4; 5/1: 6; 5/2: 2-5; 5/3: 2, 4-5; 5/6: 2-4, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/9: 2, 4, 6; 5/10: 1-2, 4-6; 5/11: 2, 4, 6; 5/12: 2-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2, 4, 6; 5/16: 4, 6; 5/17: 5; 5/18: 2, 4-6; 5/19: 2, 6; 5/20: 2, 6; 5/21: 1-4, 6; 5/22: 2, 4; 6/1: 8-9, 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

6

301

50.   Superboy/young Clark's powers are dramatically revealed to the Kents:
      4/9: 5; 4/13: 5; 4/22: 4; 5/3: 5; 6/1: 14; 6/2: 1-2.

51.   Mr. and/or Mrs. Kent are very sensitive to Superboy/young Clark's uniqueness:
      4/9: 5; 4/10: 5; 4/11: 1-2, 5; 4/12: 2, 5; 4/13: 5; 4/14: 2-3; 4/15: 1-2, 6; 4/16: 1-2; 4/18:
      4; 4/20: 2-4, 6; 4/21: 2, 65/1: 1, 4, 6; 5/2: 1; 5/3: 1, 5; 5/4: 1; 5/5: 1; 5/6: 1; 5/7: 1-3, 6;
      5/8: 1-4, 6; 5/11: 2; 5/12: 2, 6; 5/13: 6; 5/16: 6; 5/17: 5; 5/18: 5; 5/19: 5-6; 5/21: 1-2, 4;
      6/1: 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

52.   Mr. and/or Mrs. Kent are concerned that Superboy/young Clark's powers will make him
      an outcast in their town:
      4/9: 5; 4/10: 5; 4/11: 1-2; 4/13: 5; 4/15: 2; 4/20: 3; 5/7: 2, 6; 5/11: 2; 5/12: 2, 5; 5/15: 6;
      5/19: 6; 5/21: 2.

53.   Mr. and/or Mrs. Kent are concerned that people will fear or envy Superboy/young
      Clark's powers:
      4/9: 5; 4/10: 5; 4/11: 1-2; 4/13: 5; 4/15: 2; 4/20: 3; 5/7: 2, 6; 5/12: 2, 5; 5/15: 6; 5/19: 5-
      6; 5/21: 2.

54.   Mr. and/or Mrs. Kent are concerned that Superboy/young Clark will be misunderstood
      because he is not of this world:
      4/9: 5; 4/10: 5; 4/11: 1-2; 4/13: 5; 4/15: 2; 4/20: 3; 5/7: 2, 6; 5/11: 2; 5/12: 2, 5; 5/15: 6;
      5/19: 5-6; 5/21: 2.

55.   Mr. and/or Mrs. Kent hide Superboy/young Clark's origin and powers:
      4/9: 5; 4/11: 1; 4/13: 5; 4/14: 3; 4/15: 2; 4/20: 4; 5/7: 2, 6; 5/12: 5; 5/15: 6; 5/19: 6; 5/21:
      2.

56.   Mr. and/or Mrs. Kent teach Superboy/young Clark to hide his origin and powers:
      4/9: 5; 4/10: 5; 4/11: 1-2; 4/13: 5; 4/15: 2; 4/17: 5; 4/20: 4; 5/7: 2, 6; 5/8: 2; 5/11: 2; 6/6:
      8-9.

57.   Mr. and/or Mrs. Kent love and nurture Superboy/young Clark:
      4/9: 5; 4/10: 5; 4/11: 1-2, 5; 4/12: 2, 5; 4/13: 1, 5; 4/14: 1, 6; 4/15: 1-2, 6; 4/16: 1; 4/17:
      1; 4/18: 4; 4/19: 1; 4/20: 1-2, 4, 6; 4/21: 2-3, 6; 4/22: 1, 4; 5/1: 4, 6; 5/2: 2; 5/3: 2, 5;
      5/6: 2-6; 5/7: 2-3, 6; 5/8: 2, 4-6; 5/11: 2; 5/12: 2, 4; 5/13: 1, 6; 5/16: 6; 5/17: 5; 5/18: 5-
      6; 5/19: 5-6; 5/20: 2; 5/21: 1; 6/1: 5-6, 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9.

58.   Mr. and/or Mrs. Kent witness Superboy/young Clark's coming of age:
      4/10: 5; 4/13: 5; 4/20: 2, 6; 4/21: 2; 4/22: 4; 5/1: 4; 5/2: 2; 5/3: 5; 5/6: 2; 5/7: 6; 5/8: 4,
      6; 5/12: 2, 4; 5/13: 1, 6; 5/16: 6; 5/17: 5; 5/18: 5-6; 5/19: 5-6; 5/20: 2; 6/1: 5, 14; 6/3: 1.

59.   Mr. and/or Mrs. Kent take pride in Superboy/young Clark's superpowers:
      4/13: 5; 4/22: 4; 5/1: 4; 5/3: 5; 5/8: 4, 6; 5/13: 1, 6; 5/17: 5; 5/19: 5-6.

60.   The small town setting:
      4/9: 1-5; 4/10: 1, 4-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-5; 4/14: 1-6; 4/15: 1-2, 6; 4/16: 1-6;
      4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-6; 4/22: 1-7; 5/1: 1, 3; 5/2: 1; 5/3: 1;
      5/4: 1-2; 5/5: 1-2; 5/6: 1, 6; 5/7: 1; 5/8: 1; 5/9: 1, 4, 6; 5/10: 2, 6; 5/11: 2-4, 6; 5/12: 2, 5-
      6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2-3, 5-6; 5/16: 2-6; 5/17: 5; 5/18: 2-6; 5/19: 1-2, 6;

                                                                                          7

                                                                                        302

5/20: 1-3, 5-6; 5/21: 1-4, 6; 5/22: 1-5; 6/1: 2, 8-14; 6/2: 1-3, 5-8, 13-14; 6/3: 1-8; 6/4: 1, 7-8; 6/5: 1-2, 4-5, 7; 6/6: 1-2, 4-8; 6/7: 1-3, 7-8.

61.  The Kent's rustic home:
4/9: 1, 5; 4/10: 1, 3, 5; 4/11: 1-5; 4/12: 1-3, 5; 4/13: 1-2, 5; 4/14: 1-4, 6; 4/15: 1-2, 6; 4/16: 1-3, 6; 4/17: 1, 4-5; 4/18: 1-2, 4; 4/19: 1-3, 6; 4/20: 1-6; 4/21: 1-3, 6; 4/22: 1-6; 5/1: 1-4, 6; 5/2: 1, 3-6; 5/3: 1-2, 5-6; 5/4: 1, 3-4, 6; 5/5: 1, 4; 5/6: 1-4, 6; 5/7: 1-3, 6; 5/8: 1-6; 5/9: 1-2, 4, 6; 5/10: 2, 6; 5/11: 2, 4, 6; 5/12: 2, 5-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2-3, 5-6; 5/16: 2-6; 5/17: 5; 5/18: 2-6; 5/19: 2, 6; 5/20: 1-3, 5-6; 5/21: 1-4, 6; 5/22: 1-3, 5; 6/1: 8-9, 11, 14; 6/2: 1-3, 5, 13-14; 6/3: 1-2, 8; 6/4: 7-8; 6/5: 2, 7; 6/6: 1-2, 4-7; 6/7: 1-3, 7-8.

62.  A rural environment:
4/9: 1, 5; 4/10: 1, 3-4; 4/11: 1-5; 4/12: 1-5; 4/13: 1-2, 5; 4/14: 1-6; 4/15: 1-2, 6; 4/16: 1-6; 4/17: 1, 4-6; 4/18: 1-2, 4-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-4, 6; 4/22: 1-7; 5/1: 1-4, 6; 5/2: 1-5; 5/3: 1-3, 5-6; 5/4: 1, 4, 6; 5/5: 1; 5/6: 1-2, 4, 6; 5/7: 1-2, 6; 5/8: 1-6; 5/9: 1-2, 4, 6; 5/10: 2, 6; 5/11: 2-4, 6; 5/12: 2, 5-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2-3, 5-6; 5/16: 2-6; 5/17: 5; 5/18: 2-6; 5/19: 1-2, 6; 5/20: 1-3, 5-6; 5/21: 1-4, 6; 5/22: 1-3, 5; 6/1: 8-11, 13-14; 6/2: 1-3, 5-6, 13-14; 6/3: 1-8; 6/4: 7-8; 6/5: 2, 7; 6/6: 1-2, 4-7; 6/7: 1-3, 7-8.

63.  A farming community:
4/9: 1, 5; 4/10: 1, 3-4; 4/11: 1-5; 4/12: 1-5; 4/13: 1-2, 5; 4/14: 1-6; 4/15: 1-2, 6; 4/16: 1-3, 5-6; 4/17: 1, 4-6; 4/19: 1-6; 4/20: 1-6; 4/21: 1-4, 6; 4/22: 1-7; 5/1: 1-4, 6; 5/2: 1-5; 5/3: 1-2, 5-6; 5/4: 1, 4, 6; 5/5: 1; 5/6: 1-2, 4, 6; 5/7: 1-2, 6; 5/8: 1-6; 5/9: 1-2, 4, 6; 5/10: 2, 6; 5/11: 2-4, 6; 5/12: 2, 5-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2-3, 5-6; 5/16: 2-6; 5/17: 5; 5/18: 2-6; 5/19: 1-2, 6; 5/20: 1-3, 5-6; 5/21: 1-4, 6; 5/22: 1-3, 5; 6/1: 8-9, 11, 13-14; 6/2: 1-3, 5-6, 13-14; 6/3: 1-8; 6/4: 7-8; 6/5: 2, 7; 6/6: 1-2, 4-7; 6/7: 1-3, 7-8.

64.  The school setting:
4/9: 1-5; 4/10: 1, 3, 5; 4/11: 1-4; 4/12: 1-2; 4/13: 1-3, 5; 4/14: 1; 4/15: 1; 4/16: 1, 6; 4/17: 1; 4/18: 1-6; 4/19: 1, 3-4, 6; 4/20: 1-2, 4-5; 4/21: 1-6; 4/22: 1, 3; 5/1: 1; 5/4: 2, 6; 5/5: 2; 5/7: 2, 4; 5/8: 2-5.

65.  Small town folk:
4/9: 1-5; 4/10: 1-5; 4/11: 1-5; 4/12: 1-5; 4/13: 1-2, 5; 4/14: 1-6; 4/15: 1-2, 6; 4/16: 1-4, 6; 4/17: 1-6; 4/18: 1-6; 4/19: 1-6; 4/20: 1-2, 4-6; 4/21: 1-6; 4/22: 1, 3-6; 5/1: 1; 5/2: 1-2, 4-5; 5/3: 1; 5/4: 1; 5/5: 1; 5/6: 1, 6; 5/7: 1; 5/8: 1; 5/9: 1-2, 4, 6; 5/10: 2-6; 5/11: 2-4, 6; 2: 5-6; 5/13: 1-2, 6; 5/14: 2, 6; 5/15: 2-3, 5-6; 5/16: 2-6; 5/17: 5; 5/18: 2-6; 5/19: 2, 6; 5/20: 1-3, 5-6; 5/21: 1-2, 4; 5/22: 1-2, 4; 6/1: 2, 8-9, 14; 6/2: 2, 5, 13-14; 6/3: 1-5, 7; 6/5: 2, 4, 7; 6/6: 1-2, 4, 6; 6/7: 1-3, 7-8.

66.  Locals are nosy regarding outsiders and people that are "different":
4/10: 4; 4/12: 1-4; 4/16: 3; 5/10: 2; 5/11: 6.

67.  Superboy/young Clark deals with adolescent angst and attending school while coming to terms with his powers:
4/9: 5; 4/10: 5; 4/11: 1-2, 4-5; 4/12: 1-3; 4/13: 2, 5; 4/14: 4; 4/15: 1; 4/16: 6; 4/17: 4-5; 4/18: 2, 4, 6; 4/19: 1-2; 4/20: 4, 6; ; 4/21: 6; 5/3: 5-6; 5/4: 4; 5/5: 2; 5/6: 3, 5; 5/7: 2-3, 6; 5/8: 2; 5/10: 2-6; 5/11: 5-6; 5/12: 1-6; 5/13: 1-6; 5/15: 6; 5/16: 2, 5-6; 5/17: 6; 5/20: 1-3, 6; 5/21: 6; 6/3: 1-4, 8; 6/4: 7-8; 6/5: 4.

8

68. <u>Superboy/young Clark struggles with being an "outsider" while wanting to be accepted and to fit in:</u>
4/10: 4-5; 4/11: 1-2, 5; 4/12: 1, 3, 5; 4/13: 2-5; 4/14: 4; 4/15: 2-4; 4/16: 2-3, 6; 4/17: 4-6; 4/18: 4, 6; 4/19: 1-4; 4/20: 2, 5-6; 5/1: 3; 5/3: 5-6; 5/7: 2-6; 5/8: 2-3, 5-6; 5/11: 2-4, 6; 5/12: 1-2, 4-5; 5/15: 2, 6; 6/4: 6-8; 6/6: 4, 8-9; 6/7: 1-2.

69. <u>Superboy/young Clark matures under the guidance of loving adoptive parents who anchor him and make him feel accepted:</u>
4/9: 2, 5; 4/10: 5; 4/11: 1-2, 5; 4/12: 2, 5; 4/13: 2, 5; 4/14: 2; 4/15: 1-2, 6; 4/18: 4; 4/20: 4-6; 4/21: 6; 4/22: 4; 5/1: 6; 5/2: 2; 5/3: 2, 5; 5/6: 2, 6; 5/7: 2, 6; 5/8: 2-4, 6; 5/11: 2; 5/12: 2, 5-6; 5/13: 1, 6; 5/16: 6; 5/18: 2, 6; 5/19: 5-6; 5/21: 1, 6; 6/1: 14; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9; 6/7: 1-2, 7-8.

70. <u>Superboy/young Clark's nurturing relationship with his adoptive parents is a central relationship in his story:</u>
4/9: 5; 4/10: 5; 4/11: 1-2, 5; 4/12: 2, 5; 4/13: 2, 5; 4/14: 4; 4/15: 1-2; 4/18: 2, 4; 4/20: 6; 4/21: 6; 4/22: 4; 5/1: 4, 6; 5/2: 2-3, 5; 5/3: 2, 5; 5/6: 2, 6; 5/7: 2-3, 6; 5/8: 1-6; 5/10: 4-5; 5/11: 2; 5/12: 2, 5-6; 5/13: 1-2, 4, 6; 5/15: 6; 5/16: 6; 5/17: 5; 5/18: 2, 5-6; 5/19: 2, 5-6; 5/20: 2; 5/21: 1, 6; 6/2: 1-2, 5; 6/3: 1; 6/5: 2; 6/6: 8-9; 6/7: 1-2, 7-8.

71. <u>The story of Superboy/young Clark is a coming-of-age story of a young man destined for greatness:</u>
4/9: 5; 4/10: 5; 4/11: 1, 4-5; 4/12: 4-5; 4/13: 2, 5; 4/15: 1-2, 6; 4/16: 6; 4/18: 4; 4/20: 4-6; 4/21: 6; 4/22: 2, 4-7; 5/1: 1-6; 5/2: 1-6; 5/3: 1-6; 5/4: 1-6; 5/5: 1-6; 5/6: 1-6; 5/7: 1-6; 5/8: 1-6; 5/9: 2-3, 6; 5/10: 5-6; 5/11: 2-6; 5/12: 1-6; 5/13: 1-6; 5/14: 2-6; 5/15: 2-6; 5/16: 2-6; 5/17: 2-3, 5-6; 5/18: 2-6; 5/19: 2, 4-6; 5/20: 5-6; 5/21: 1; 5/22: 2-5; 6/1: 3, 6, 10-12, 14; 6/3: 1; 6/4: 6-8; 6/5: 7; 6/6: 4-5, 7-9; 6/7: 1-2, 7-8.

72. <u>Superboy/young Clark comes to realize that he is very different from everyone else:</u>
4/10: 5; 4/15: 1-2, 6; 4/19: 2; 4/22: 4-5, 7; 5/1: 1-3; 5/7: 6; 5/8: 5; 5/21: 1; 5/22: 2, 4-5; 6/1: 2-3, 10-12, 14; 6/4: 8; 6/6: 4-5, 9; 6/7: 7-8.

73. <u>Superboy/young Clark battles to keep his true nature a secret while using his unique powers for good:</u>
4/9: 4, 5; 4/10: 2, 4-5; 4/11: 1-2, 4; 4/12: 3-4; 4/13: 2, 5; 4/14: 2; 4/15: 5; 4/16: 4-6; 4/17: 4-6; 4/19: 2; 4/20: 5; 4/21: 6; 5/4: 5-6; 5/6: 5; 5/7: 2, 6; 5/9: 2-3; 5/10: 5-6; 5/11: 2-6; 5/12: 4-6; 5/16: 6; 5/19: 5-6; 5/20: 1, 4-6; 5/21: 5; 5/22: 4-5; 6/1: 12; 6/2: 2, 7-8, 10-11, 13; 6/3: 3; 6/4: 6-8; 6/5: 5-7; 6/6: 8.

74. <u>Superboy/young Clark protects his fellow classmates and townsfolk without taking credit for his heroism:</u>
4/9: 4-5; 4/10: 2, 4-5; 4/12: 2-4; 4/13: 5; 4/14: 5-6; 4/16: 5; 4/17: 4-6; 4/19: 1-2; 4/20: 5; 4/21: 6; 5/1: 3; 5/3: 5; 5/4: 5; 5/6: 5-6; 5/9: 3; 5/10: 5; 5/11: 5-6; 5/12: 4, 6; 5/20: 1, 5; 5/21: 4-5; 6/1: 12; 6/2: 7-8, 10-11, 13; 6/3: 3, 5; 6/4: 6-8; 6/6: 8.

9

Exh. X


Smallville Poster


Fortress of Solitude

Submit Articles


Smallville

Smallville Home
Smallville Cast
Smallville wallpaper
Smallville links
Smallville Episode Guide
Smallville News Archive
Smallville Spoilers
Smallville Articles
Message Board
Smallville Merchandise
Smallville Posters
Fan Videos

Superman quotes from television and the movies

Get your own personal gallery


Superman Movies


George Reeves



 (Search)   

   AND MORE!   

### The History of Smallville
### Lana Lang  Lex Luthor  Baby  Kal-El
### The Story of Superboy


Smallville Sign


Superboy Welcome to Smallville sign

The story of Smallville is really tied to the debut of Superboy in *MORE FUN COMICS #101 1945*. The decision was made to have Clark take on his secret identity as a teenager to create even more sales for Superman. At the time most new super heroes were not selling like the established guys like Superman. **Superboy** soon got his own book with Superboy #1. These issues showed the quiet small town of Superman's youth, and thus began the legend of Smallville and Superman's path to adulthood as the defender of truth, justice, and the American way. The name **Smallville** is first mentioned in 1949 in Superboy #2.


click for larger wallpaper image
Superboy's parents progression

In 1968 the Kents regain their youth thanks to the world Thraxx in Superboy #145. Before then they were always seen as elderly. Here's what happened in the comic book. A proposed television show on a another dimensional world called Thraxx calls for Superboy's parents to be more youthful. The producer Jolax arranges for the Kents to drink a youth potion that brings them into their thirties. Unfortunately, for Jolax he learns his sponsors want a Superman show

The Story of Superboy

## Lois and Clark



1980's Superboy



Superman Animation



Superman Book, t-shirts
Videos, Posters and more



Incredible Hulk VS
Superman



Superman Message Board

Superman Screensavers
Superman Wallpaper
Superman Articles and News
Superman Fan Art
Superman What ifs
Superman movie serials
Superman Comic Books
Superman Links

Other Sites of Interest
Posters
Movie Posters
Tv Collectables
Movie Poster Hobby
Funny Posters
The Incredible Hulk Fan Site
comic book posters
Superman Merchandise
Heroes Home
Spiderman Posters
comic book subscriptions
super hero merchandise
Dukes of Hazzard
Television Trivia

Superman lunchboxes,
costumes, towels, floormats
and much more......
complete your collection
today. Click here for
WBShop.com!

sponsors want a Superman show.

Still the movie Kents in 1978 appeared older, and the Kents from the Lois and Clark tv series were older but were still younger than previous Kents. It wasn't until the WB's Smallville that the Kent's looked much younger. Of course, Jonathan from Smallville could look like the Jonathan Kent from Lois and Clark in another 10 yrs or so, but probably not if John Schneider is still playing him.

The friendship between Lex Luthor and Superboy was only in the early days of comics, as Lex Luthor blames Superboy for his hair loss and becomes his sworn enemy. Lex and Clark had even went to the same school, according to Superman # 292. For more on the origin of Lex Luthor.

In the early comic book days of Superboy, Clark wore the familiar Superman suit and fought crime while living at home with Ma and Pa Kent. In Superboy #78 the Kents move from the farm and buy a store in Smallville. The current Kents still live on the farm. Clark in the old days wore the glasses even as a youth as part of his disguise and performed the mild mannered act for the citizens of Smallville. In the 1986 revamp done by John Byrne (Man of Steel #1), he is shown as a football star. This is probably where the idea for the Smallville tv episodes of Clark's short football career were taken from. Here, Jonathan tells Clark of his alien origin after he is at least 18, but still in High School. Clark had already known he was stronger and had started flying the summer before to his amazement.

The Smallville series has cleverly woven elements from both the Superboy Earth One days, and in a larger portion the John Byrne retelling of the Superman story. Other elements of recent years have been added to the mix as well, like the visions Lex has of the White House. Super writer Jeph Loeb even works on Smallville as a producer.

The series has added it's own elements as well. For instance Superboy's best friend was Pete Ross, and he did find out Clark's secret. Pete was changed from white to African American. The comic book Pete was in love with Lana and didn't leave Smallville until after High School. Whereas the tv Pete has left the show at least for now. In current DC history Pete actually became Vice-President in 2001, when Lex Luthor won the election for President of the United States.

Another change is Metropolis is usually thought of as being quite a distance away from Smallville, but on the show it appears to be only a couple of hours away. Although Kristin Kreuk looks a lot better than the comic book version, Lana is more of a redhead in the comics. Lois Lane has shown up on Smallville, and originally Clark doesn't meet her until he goes to live in Metropolis.

As always tv and movies tend to bring their own unique elements of story to the Superman myth, and in time parts of those stories may work themselves into the comics as well. Just check out the picture below from Superman/Batman #16 and tell me it doesn't remind you of John Schneider and Annette O'Toole as Ma and Pa Kent.

The Story of Superboy

Comic Posters and Art



Dukes of Hazzard Pictures



click for larger image
Jonathan and Martha Kent

Related Article **Superman VS Superboy -** how does Superman meet Superboy in Smallville after the 80's restart when Superboy no longer exists.

1

## PROOF OF SERVICE

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is:  2049 Century Park East, Suite 2720, Los Angeles, California 90067.

4

5

On May 29, 2007, I served the attached documents described as

6

**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

7

8

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT- FILED UNDER SEAL**

9

**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S L.R. 56-2 STATEMENT OF GENUINE ISSUES IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

10

11

**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S EVIDENTIARY OBJECTIONS IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

12

13

**DECLARATION OF MARK EVANIER IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

14

**DECLARATION OF JAMES STERANKO IN OPPOSITION TO MOTION FOR PARTIAL SUMMARY JUDGMENT**

15

16

**DECLARATION OF LAURA SIEGEL LARSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

17

as follows:

18

[X]  :BY HAND:

19

As follows:  I delivered to the address listed above by hand the documents listed herein.

20

Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

21

22

[X]  :BY MAIL:

23

24

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing.  Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.  I placed _____ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

25

26

27

James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.

28

1   866 United Nations Plaza
New York, NY 10017

2

3   [X]   :BY FACSIMILE:

4

5   As follows: I caused the transmission of the above named documents to the fax number set
forth below, or on the attached service list.

6   James D. Weinberger
FROSS ZELNICK LEHRMAN & ZISSU, P.C.

7   866 United Nations Plaza
New York, NY 10017

8   Facsimile No. 212-813-5901

9   Patrick T. Perkins
PERKINS LAW OFFICE, P.C.

10   1711 Route 9D
Cold Spring, NY 10516

11   Facsimile No. 845-265-2819

12   Michael Bergman
WEISSMAN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP

13   9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

14   Facsimile No. 310-550-7191

15   :(STATE) - I declare under penalty of perjury under the laws of the State of California that the
above is true and correct.

16

17   [X]   :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at
whose direction the service was made.

18   I declare under penalty of perjury that the foregoing is true and correct.

19   EXECUTED on May 29, 2007, in Los Angeles, California.

20

21   Nicholas C. Williamson

22

23

24

25

26

27

28