**PRIORITY SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-08400-SGL (RZx)                              Date: August 13, 2007

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

===============================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| C. Sasse | Theresa Lanza |
|---|---|
| Relief Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:        ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff, Esq.                                              Michael Bergman, Esq.

PROCEEDINGS:   1.  Plaintiffs' April 23, 2007, Motion to Compel Production of Documents From Defendants Time Warner, Inc., Warner Bros. Entertainment, Inc. And Warner Bros. Television Production, Inc.

2.  Plaintiffs' April 23, 2007, Motion to Compel Defendant DC Comics Production of Documents.

3.  Plaintiff's April 23, 2007, Motion to Compel Third Party Bryan Singer to Attend Deposition and Produce Documents.

The Court hears oral argument on the first and second motion; all three motions are taken under submission.

The first and second motions are **GRANTED** in part and **DENIED** in part. Specifically, the parties are **ORDERED** to make arrangements for plaintiffs' auditor(s) to conduct, and to conduct at defendants' places of business, a damages-related audit of defendants Time Warner, Inc., Warner Bros. Entertainment, Inc., Warner Bros. Television Production, Inc., and DC Comics to be completed by or before September 17, 2007. Furthermore, counsel for the parties are **ORDERED** to meet and confer in person on or before August 24, 2007, to identify, and attempt in good faith to resolve, any outstanding discovery disputes related to these two motions that are not addressed

MINUTES FORM 90                                                     Initials of Deputy Clerk:
CIVIL -- GEN                                            Page 1
                                                            AUG 15 2007

by the above-ordered audit. Counsel are thereafter afforded leave to file with this Court a Joint Stipulation consistent with the requirements of Local Rule 37-2 identifying any outstanding discovery disputes related to these two motions. Said Joint Stipulation is to be filed before this Court, not Magistrate Judge Zarefksy, on or before September 21, 2007. An untimely-filed joint stipulation will be stricken.

The third motion, through which plaintiffs seek to compel third-party Bryan Singer to attend a deposition and produce documents, is **GRANTED** in part and **DENIED** in part. Bryan Singer is **ORDERED** to sit for his deposition within 30 days of the date of this order at a date, time, and place to be mutually-agreed to by counsel. Counsel are **ORDERED** to telephonically arrange for said deposition on or before August 17, 2007. Counsel are further **ORDERED** to meet and confer in person on or before August 24, 2007, to confirm their mutual understanding of the "narrowed document categories" referred to in Plaintiff's reply; thereafter Bryan Singer is **ORDERED** to produce documents responsive to those "narrowed document categories" on or before September 6, 2007. Counsel are thereafter afforded leave to file with this Court a Joint Stipulation consistent with the requirements of Local Rule 37-2 identifying any outstanding discovery dispute related to this motion. Said Joint Stipulation is to be filed before this Court, not Magistrate Judge Zarefsky, on or before September 21, 2007. An untimely-filed Joint Stipulation will be stricken.

All counsel are admonished that a failure to carefully comply with this order will result in appropriate sanctions and the imposition of costs.

**IT IS SO ORDERED.**

00/21