**SEND**

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
CIVIL MINUTES -- GENERAL

Case No.   CV 04-08400-SGL (RZx); CV 04-8776-SGL (RZx)   Date:  September 17, 2007

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v-
WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a
corporation; DC COMICS INC., a corporation; and DOES 1-10

================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes                             Theresa Lanza
Courtroom Deputy Clerk                 Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:      ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff                          Michael Bergman
                                       Roper L. Zissu
                                       Patrick T. Perkins

PROCEEDINGS:    ORDER RE OUTSTANDING DISCOVERY MATTERS

        At the conclusion of the September 17, 2007, hearing on the parties' cross-motions for
partial summary judgment in the Superman, CV-04-8400-SGL, and the Superboy,
CV-04-8776-SGL, matters, which motions the Court then concurrently took under submission, the
Court heard argument from counsel regarding outstanding discovery issues.  Except as set forth
below, discovery in these matters is **ORDERED** closed:

(1)   Consistent with the September 11, 2007, Joint Stipulation of the parties, Bryan Singer is
      **ORDERED** to sit for a deposition by no later than November 30, 2007;

(2)   Plaintiff Laura Siegel Larson is **ORDERED** to sit for a deposition by no later than October 9,
      2007, said deposition not to exceed two hours in length;

(3)   Defendant DC Comics is **ORDERED** to produce the "reserve account documents" to
      plaintiffs on or before Friday, September 21, 2007;



DOCKETED ON CM

SEP 1 9 2007

BY _____ 044

MINUTES FORM 90                        Initials of Deputy Clerk ___jh___
CIVIL -- GEN                           Time:  3/50

236

(4)     Defendants are **ORDERED** to produce to plaintiffs all requested "ultimates" as referenced in the September 14, 2007, Declaration of Steven Sills at ¶¶ 10-11 by Friday, September 21, 2007;

(5)     Plaintiffs ex parte application for an order modifying the Court's August 13, 2007, discovery order is **GRANTED** in part in that plaintiffs are afforded until October 9, 2007, to complete their damages-related audit of defendants Time Warner, Inc., Warner Bros Entertainment, Inc., Warner Bros Television Production, Inc., and DC Comics.

(6)     The "escrow attorney" referenced at the hearing is directed to submit by Friday, September 21, 2007, to the Court for in camera review the nine documents which plaintiffs had either not previously produced to defendants or were not listed on a privilege log in connection with this litigation.  Counsel for plaintiffs is **ORDERED** to submit a declaration on or before Friday, September 21, 2007, setting forth the grounds for any claims of privilege relating to said documents; defendants may file a response to the declaration on or before Tuesday, September 29, 2007.  The motion to compel which defense counsel informed the Court has been or was being filed with the magistrate judge is hereby rendered **MOOT**.

Finally, the trial date in the Superman matter remains January 22, 2008.  The trial date in the Superboy matter will be set thereafter by the Court.

**IT IS SO ORDERED.**

MINUTES FORM 90
CIVIL -- GEN

2

Initials of Deputy Clerk __jh_____
Time:  3/50