UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES - GENERAL

Case No. **CV 04-08400 SGL (RZx)**     Date **September 20, 2007**

Title    **JOANNE SIEGEL ETC. v. WARNER BROS. ENTERTAINMENT INC., ET AL.**

Present: The Honorable **RALPH ZAREFSKY, UNITED STATES MAGISTRATE JUDGE**

| Ilene Bernal | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

Attorneys Present for Plaintiffs:     Attorneys Present for Defendants:

None     None

**Proceedings:**    (In Chambers)
DEFENDANTS' MOTION TO COMPEL COMPLIANCE WITH THE COURT'S 4/30/07 ORDER AND MOTION FOR SANCTIONS

In accordance with Judge Larson's minute order of September 17, 2007, Defendants' Motions to Compel and for Sanctions, also filed September 17, 2007, is denied as moot. The hearing date of October 15, 2007 is vacated.

Priority
Send    X
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

cc: parties of record


DOCKETED ON CM
SEP 21 2007
BY    049

Initials of Preparer

245