UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA 92501
CIVIL MINUTES -- GENERAL

Case No. CV 04-08400-SGL (RZx)
CV 04-08776-SGL (RZx)

Date: November 16, 2007

Title: JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual *-v-* WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

=================================================================

PRESENT: HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

Jim Holmes
Courtroom Deputy Clerk

None Present
Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:

None present

ATTORNEYS PRESENT FOR DEFENDANTS:

None present

PROCEEDINGS: **(IN CHAMBERS)**
**ORDER RE SCHEDULING OF CASE NO. CV04-8400-SGL (RZx)**

The Court has received and reviewed the parties' stipulation re: scheduling order, filed on November 15, 2007. The parties stipulate and agree to continue certain scheduling dates in Case No. CV 04-8400-SGL (RZx), the "Superman" case. The Court declines to adopt the proposed dates provided by the parties.

On its own motion, the Court hereby sets the following dates in CV 04-8400-SGL (RZx):

| | |
|---|---|
| Settlement Conference Deadline | January 16, 2008 |
| Hearing on Motions in Limine | February 11, 2008, at 11:00 a.m. |
| Final Pretrial Conference | February 25, 2008, at 11:00 a.m. |
| Trial of Case No. CV 04-8400-SGL (RZx) | March 11, 2008, at 9:30 a.m. |
| Trial of Case No. CV 04-8776-SGL (RZx) | Thereafter, as set by the Court |

**IT IS SO ORDERED.**



Initials of Deputy Clerk: jh

Dockets.Justia.com