WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819

Attorneys for Defendants and Counterclaimant

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**STIPULATION RE: SEALED DOCUMENTS PURSUANT TO APRIL 5, 2006 PROTECTIVE ORDER AND LOCAL RULE 79-5** |

Plaintiffs/Counterclaim Defendants JOANNE SIEGEL and LAURA SIEGEL LARSON (collectively, "Plaintiffs"), and Defendants TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., and

1 Defendant/Counterclaimant DC COMICS (collectively, "Defendants"), by and through
2 their attorneys of record, hereby stipulate as follows:
3     WHEREAS on December 10, 2007, Plaintiffs filed an Opposition to Defendants'
4 *Ex Parte* Application to Set Rebuttal Expert Report Date for January 14, 2008 in this
5 Action;
6     WHEREAS the Declaration of Marc Toberoff in support of the Opposition, also
7 filed on December 10, 2007 (the "Toberoff Declaration"), contained an exhibit which
8 includes Confidential Information, namely Exhibit B, (the "Exhibit");
9     WHEREAS the Exhibit of the Toberoff Declaration contains the Expert Report of
10 Steven D. Sills, which was based upon financial documents that were designated as
11 CONFIDENTIAL by Defendants under paragraph 4 of the Protective Order in these
12 actions, entered on April 5, 2006 (the "Protective Order"); and
13     WHEREAS pursuant to paragraph 7 of the Protective Order the parties hereby
14 agree and accordingly request that the Exhibit be re-filed under seal pursuant to Local
15 Rule 79-5.
16     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to
17 the approval of the Court, that:
18     1.    The Exhibit shall be removed from the public file in this action.
19     2.    The Clerk shall replace such exhibit with a copy of the Exhibit in a sealed
20 envelope, submitted concurrently herewith, pursuant to Local Rule 79-5.

Dated: May 12, 2008     Respectfully submitted,

LAW OFFICES OF MARC TOBEROFF, PLC

By: _____
Marc Toberoff

Attorneys for Plaintiffs

WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP
FROSS ZELNICK LEHRMAN & ZISSU, PC
-and-
PERKINS LAW OFFICE, PC

By: _____
Anjani Mandavia

Attorneys for Defendants and Counterclaimant

2