# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| PLAINTIFF(S) | CASE NUMBER |
| v. | |
| DEFENDANT(S). | **ORDER TO STRIKE ELECTRONICALLY FILED DOCUMENTS** |

The Court hereby **ORDERS** the documents listed below be **STRICKEN** for failure to comply with the Local Rules, General Order 05-01 and/or the Court's Case Management Order as indicated:

_____ / _____ / _____
*Date Filed*                *Doc. No.*           *Title of Document*

_____ / _____ / _____
*Date Filed*                *Doc. No.*           *Title of Document*

☐ Local Rule 11-3.1    Document not legible
☐ Local Rule 11-3.8    Lacking name, office address, e-mail address, phone and facsimile numbers
☐ Local Rule 15.1      Proposed amended pleading not attached
☐ Local Rule 11-6      Memorandum/brief exceeds 25 pages
☐ Local Rule 11-8      Memorandum/brief exceeding 10 pages shall contain table of contents
☐ Local Rule 7.1-1     No Certification of Interested Parties
☐ Local Rule 6.1       Written notice of motion lacking or timeliness of notice incorrect
☐ Local Rule 56-1      Statement of uncontroverted facts and/or proposed judgment lacking
☐ Local Rule 56-2      Statement of genuine issues of material fact lacking
☐ Local Rule 7-19.1    Notice to other parties of ex parte application lacking
☐ Local Rule 16-6      Pretrial conference order not signed by all counsel
☐ FRCvP Rule 5(d)      No proof of service attached to document(s) for non-electronically served parties
☐ For non-compliance with the Court's Case Management Order. Any future pleadings or documents must be filed in conformity with the explicit and detailed instructions contained in the Case Management Order.
☐ Other

Dated: _____    By: _____
                                      U.S. District Judge / U.S. Magistrate Judge

**Note:** Please refer to the court's Internet website at www.cacd.uscourts.gov for Local Rules, General Order 05-01 and applicable forms.

Counsel shall e-file all criminal filings for JUDGE LARSON pursuant to General Order 07-08, filed on November, 2007, (Supersedes G.O. Nos. 03-06, 05-01 and 06-07) as follows:

Step 1: All *non-signature* items shall be e-filed in **pdf format**
All *proposed signature* items shall be e-filed as **a separate document** in **pdf format**

Step 2: All proposed *signature* items shall be e-mailed to the chambers mailbox: **sgl(***underscore***)chambers@cacd.uscourts.gov** in **Word** or **Wordperfect format**

Step 3: A paper copy of all e-filed documents shall be delivered to chambers **within 24 hours** of e-filing **or on the same day, if priority processing is being requested.** All copies delivered to chambers shall have the Notice of E-filing attatched.

## FOR UNDER SEAL FILINGS:

Process documents the traditional way, but attach Notice of Manual Filing to the paper copies delivered to chambers. DO NOT SEND THESE DOCUMENTS TO THE CHAMBERS MAILBOX.

**DO NOT OMIT ANY OF THE ABOVE STEPS.**

For any additional questions, please refer to the General Order or call the helpline @ 213-894-0242 or 714-228-2888.