1  WEISSMANN WOLFF BERGMAN
   COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  9665 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212
4  Telephone: 310-858-7888
   Fax:       310-550-7191
5  e-mail: mbergman@wwllp.com

6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted *pro hac vice*)
7  866 United Nations Plaza
   New York, New York 10017
8  Telephone: 212-813-5900
   Fax:       212-813-5901
9
   PERKINS LAW OFFICE, P.C.
10 Patrick T. Perkins (Admitted *pro hac vice*)
   1711 Route 9D
11 Cold Spring, NY 10516
   Telephone: 845-265-2820
12 Fax:       845-265-2819

13 Attorneys for Defendants and Counterclaimant

14              UNITED STATES DISTRICT COURT
      CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
15

16 | JOANNE SIEGEL and LAURA SIEGEL LARSON, | Case Nos. [Consolidated for Discovery]
17 |         Plaintiffs, | CV 04-8400 SGL (RZx)
   |                     | CV 04-8776 SGL (RZx)
18 | vs. | Hon. Stephen G. Larson, U.S.D.J.
   |     | Hon. Ralph Zarefsky, U.S.M.J.
19 | TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER | **STIPULATION RE: SCHEDULING ORDER**
20 | BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION |
21 | PRODUCTION INC., DC COMICS, and DOES 1-10, |
22 |         Defendants. |
23
24
25
26
27 AND RELATED COUNTERCLAIMS.
28

**STIPULATION REGARDING SCHEDULING ORDER**

1  Plaintiffs/counterclaim-defendants Joanne Siegel and Laura Siegel Larson
2  (collectively "Plaintiffs"), and defendants Warner Bros. Entertainment Inc., Time
3  Warner Inc., Warner Communications Inc. and Warner Bros. Television
4  Production Inc. and defendant/counterclaimant DC Comics (collectively
5  "Defendants"), by and through their respective counsel of record, and subject to
6  the order of this Court, hereby stipulate and agree as follows:

7  WHEREAS, on March 31, 2008, the Court issued its Order providing, in
8  relevant part, as follows:

> "[T]he Court hereby **ORDERS** the parties to devote the next sixty (60) days to engaging in a good faith effort to settle their dispute in the Superman and Superboy litigation before the JAMS mediator [Hon. Daniel Weinstein (Ret.)]. At the conclusion of this period, on June 1, 2008, the parties are to file a joint report, outlining the efforts that they have taken in furtherance of settlement and the results of those efforts."

WHEREAS, immediately after receiving the Court's Order, the parties contacted Mr. Weinstein's office to arrange mediation dates, and reserved the first mediation date available, May 8, 2008, and the next two available mediation dates available, May 28 and May 29, 2008;

WHEREAS, the May 29 date later became unworkable because of scheduling conflicts, and the parties reserved the next two available mediation dates, June 18 and June 19, 2008;

WHEREAS, under the current pre-trial schedule, the parties are required to file their joint report regarding their mediation efforts on June 1, 2008, by which time they will only have completed two of their four scheduled mediation dates;

WHEREAS, the parties believe that extending the deadline to file the joint report regarding their settlement efforts to allow the parties to complete all four

1  scheduled mediation dates prior to filing their joint report and will enable the more
2  orderly and efficient preparation of the joint report;
3      WHEREAS, counsel for each party certifies to the Court that the requested
4  extension is necessary to the orderly preparation these matters, and is not sought
5  for any improper purpose;
6      NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
7  subject to the approval of the Court, that the following pre-trial date shall be
8  applicable to these matters:
9
10      Deadline to File Joint Report re Mediation efforts: <u>June 27, 2008</u>
11
12  Respectfully submitted,
13  DATED: May 27, 2008      WEISSMANN WOLFF BERGMAN
14           COLEMAN GRODIN & EVALL LLP
15           FROSS ZELNICK LEHRMAN & ZISSU, P.C.
16           PERKINS LAW OFFICE, P.C.
17
18           By: /s/ Michael Bergman
19           Michael Bergman
         Attorneys for Defendants
20
21  DATED: May 27, 2008      LAW OFFICES OF MARC TOBEROFF, PLC
22
23           By: /s/
24           Marc Toberoff
         Attorneys for Plaintiffs
25
26
27
28

3

**STIPULATION REGARDING SCHEDULING ORDER**