1 | WEISSMANN WOLFF BERGMAN
   COLEMAN GRODIN & EVALL LLP
2 | Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
3 | 9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
4 | Telephone:  310-858-7888
Fax:          310-550-7191
5 |
6 | FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
7 | 866 United Nations Plaza
New York, New York 10017
8 | Telephone:  212-813-5900
Fax:          212-813-5901

9 | PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
10 | 1711 Route 9D
Cold Spring, NY 10516
11 | Telephone:  845-265-2820
Fax:          845-265-2819

12 | Attorneys for Defendants and Counterclaimant

13 | UNITED STATES DISTRICT COURT
14 | CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, | ) Case Nos.[Consolidated for<br>) Discovery]<br>) CV 04-8400 SGL (RZx)<br>) CV 04-8776 SGL (RZx) |
|     Plaintiffs, | ) Hon. Stephen G. Larson, U.S.D.J.<br>) Hon. Ralph Zarefsky, U.S.M.J. |
|     vs. | ) |
| TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10, | ) **[PROPOSED] ORDER**<br>) **EXTENDING DEADLINE TO**<br>) **FILE JOINT REPORT RE**<br>) **MEDIATION EFFORTS**<br>) |
|     Defendants. | ) |
| | ) |
| AND RELATED COUNTERCLAIMS. | ) |

## <u>ORDER</u>

Based on the Stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that the following pre-trial date shall be applicable to these matters:

Deadline to File Joint Report re Mediation efforts:  <u>June 27, 2008</u>

Dated:_____

_____
Hon. Stephen G. Larson
Judge, United States District Court

[PROPOSED] ORDER EXTENDING DEADLINE TO FILE JOINT REPORT RE MEDIATION EFFORTS