Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
LAW OFFICES OF MARC TOBEROFF, PLC
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> TIME WARNER INC., a corporation; WARNER COMMUNICATIONS `INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, <br><br> Defendants. <br><br> DC COMICS, <br><br> Counterclaimant, <br><br> vs. <br><br> JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Counterclaim Defendants. | Case No.:  CV 04-08400 SGL (RZx) <br><br> Honorable Stephen G. Larson, U.S.D.J. <br> Honorable Ralph Zarefsky, U.S.M.J. <br><br> **DECLARATION OF NICHOLAS WILLIAMSON IN SUPPORT OF PLAINTIFFS' MEMORANDUM OF POINTS AND AUTHORITIES ON PRE-TRIAL ISSUES FILED PURSUANT TO THE COURT'S JULY 3, 2008 ORDER** <br><br> [Complaint filed: October 8, 2004] <br><br> Date:     August 11, 2008 <br> Time:     3:00 p.m. <br> Place:    Courtroom 1 <br><br> [Declaration of Marc Toberoff and Notices of Lodging Filed Manually; Memorandum of Points and Authorities and Declaration of Keith Adams Filed Electronically] |

I, Nicholas Williamson, declare as follows:

1.    I am an attorney at the Law Offices of Marc Toberoff, PLC, counsel of record for plaintiffs Joanne Siegel and Laura Siegel Larson. I am a member in good standing of the State Bar of California and submit this declaration in support of Plaintiffs' Memorandum of Points and Authorities on Pre-Trial Issues filed Pursuant to the Court's July 3, 2008 Order. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.    Attached hereto and lodged herewith as Exhibit "A" is a true and correct original of the *Superman: The Movie* DVD, released May 1, 2001, purchased from Amazon.com.

3.    Attached hereto and lodged herewith as Exhibit "B" is a true and correct original of the *Superman: The Movie - Four-Disc Special Edition* DVD, released November 28, 2006, purchased from Amazon.com.

4.    Attached hereto and lodged herewith as Exhibit "C" is a true and correct original of the *Superman II* DVD, released May 1, 2001, purchased from Amazon.com.

5.    Attached hereto and lodged herewith as Exhibit "D" is a true and correct original of the *Superman II: The Richard Donner Cut* DVD, released November 28, 2006, purchased from Amazon.com.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on July 21, 2008 in Los Angeles, California.

Nicholas Williamson

1

# EXHIBIT A

# EXHIBIT A
# LODGED SEPARATELY

# EXHIBIT B

# EXHIBIT B
# LODGED SEPARATELY

# EXHIBIT C

# EXHIBIT C
# LODGED SEPARATELY

# EXHIBIT D

# EXHIBIT D
# LODGED SEPARATELY