EXHIBIT A

# DETECTIVE COMICS
## INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

December 19, 1939

Jerome Siegel and Joseph Shuster,
New York, N. Y.

Dear Sirs:

We have discussed with you certain changes of procedure and compensation which we feel it advisable to set forth in a written modification so as to bring our agreement of September 22, 1938 down to date.

In the 1938 agreement we had agreed to pay both of you for the art work and continuity for the comic strips entitled "SUPERMAN," "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN" at certain rates per page. Since that time, however, while both of you have continued to furnish art work and continuity for "SUPERMAN", only Mr. Siegel has continued to furnish the continuity for the remaining comic strips. Mr. Shuster no longer furnishes the art work for "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN". Also, we have discussed with both of you a change of your page rate compensation with respect to "SUPERMAN".

Effective, therefore, upon the signing of this modification, we agree to pay to both of you for all art work and continuity for "SUPERMAN" at the rate of $20. per page, and both of you agree that you will at such rate continue to furnish all art and continuity work for "SUPERMAN" to us in accordance with the agreement of September 22, 1938. As to the remaining comic strips, we shall be free to make other arrangements with Mr. Siegel personally as to the furnishing of continuity for them and also make other arrangements for the furnishing of art work for them in view of the fact that Mr. Shuster no longer furnishes the same.

We have also informed you of our activities in promoting the commercial exploitation of "SUPERMAN" in other fields in addition to magazine publication and newspaper syndication. Such other fields include radio, motion pictures, the toy and novelty field and others and we have indicated to you our willingness that both of you receive some portion of the proceeds which may be realized from these additional activities. We, therefore, hereby agree to pay to you 5% of all net proceeds which may be derived by us from all commercial exploitation of "SUPERMAN" outside of magazine and book publication and newspaper syndication. Such net proceeds shall be arrived at by deducting from the gross proceeds from any such additional sources (except magazine and book publication and newspaper syndication) all expenses incurred by us in the course of such promotion and exploitation.

By your signatures below, you hereby confirm the foregoing arrangements and you hereby further confirm the following:

1. That we, Detective Comics, Inc., are the sole and exclusive owners of the comic strip entitled "SUPERMAN" and the other comic strips entitled as above mentioned, and to all rights of reproduction of all said comic strips and/the titles

Exhibit "A"

2

000002138

# DETECTIVE COMICS INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE
NEW YORK, N. Y.

Jerome Siegel & Joseph Shuster

December 19, 1939

-2-

and characters contained therein and the continuity thereof, including but not limited to the fields of magazine or other book publication, newspaper syndication, radio broadcasts, television, motion picture reproduction and all other forms of reproduction. We have all right of copyright and all rights to secure copyright registration in respect of all such forms of reproduction either in our own names or others at our exclusive option.

2. That you have not done or permitted any act or thing which might impair any of our aforesaid rights with respect to any of the aforesaid comic strips and that so far as you are concerned our full and complete ownership thereof and of all reproduction rights in connection therewith are vested in us free and clear of the rights of any other persons or parties whatsoever.

3. That we have the unrestricted right to adapt, arrange, change, transpose, add to and otherwise deal with any or all said comic strips and the titles, characters and continuity thereof as we in our sole discretion may deem it necessary or advisable to do so.

4. That we have the unrestricted right to grant to others upon such bases as we in our sole discretion shall determine, any of the foregoing rights of reproduction with respect to any of the aforesaid comic strips and the titles, characters and continuity thereof.

You hereby agree to execute any and all further instruments which may at any time be necessary or advisable in connection with any of the foregoing rights and property now vested in us and for that purpose and for all other purposes hereunder you hereby designate us and our successors and assigns your agents and attorneys in fact irrevocably.

This modification shall become effective immediately upon your signing the same below and continue in full force and effect throughout the life of the agreement dated September 22, 1938 as the same has been modified hereby. Both you and ourselves hereby ratify and confirm the foregoing agreement dated September 22, 1938 as the same has been modified by this letter.

APPROVED AND ACCEPTED:

*Jerome Siegel*
Jerome Siegel

*Joseph Shuster*
Joseph Shuster

Very truly yours,
DETECTIVE COMICS, INC.

By *Harry Donenfeld*

Pres.

000002139

# DETECTIVE COMICS
## INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

December 19, 1939

Mr. Jerome Siegel,
New York, N. Y.

Dear Sir:

We have just joined with you and Joseph Shuster in signing a modification of our agreement with both of you dated September 22, 1938. The modification agreement dated December 19, 1939 refers to the fact that while both you and Mr. Shuster are continuing to furnish all art work and continuity for the comic strip entitled "SUPERMAN", Mr. Shuster no longer does the art work for the comic strips "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN", but that you are to continue in accordance with said agreement to furnish all continuity for these comic strips. We agree to pay you on publication for all continuity furnished by you for the four last mentioned strips, the following rates:

| | |
|---|---|
| "SLAM BRADLEY" | $4.00 per page |
| "SPY" | $4.00 per page |
| "RADIO SQUAD" | $4.00 per page |
| "FEDERAL MEN" | $4.00 per page |

Your furnishing of the foregoing continuity work for these comic strips shall be in accordance with all of the terms and provisions of the agreement dated September 22, 1938 as modified by letter dated December 19, 1939.

We would appreciate your confirming the above arrangement at the foot of this letter and at the same time, we would appreciate your having Mr. Shuster consent to this arrangement in view of the fact that he was a party to the original agreement referring to the four comic strips to which this arrangement refers.

Very truly yours,
DETECTIVE COMICS, INC.

By _Harry Donenfeld_
Pres.

APPROVED AND ACCEPTED:

_Jerome Siegel_
Jerome Siegel

I hereby consent to the making of the foregoing arrangement.

_Joseph Shuster_
Joseph Shuster

000002140

# EXHIBIT B

PLAZA 3-0741

# DETECTIVE COMICS
### INCORPORATED

Publishers of
DETECTIVE COMICS
MORE FUN COMICS
NEW ADVENTURE COMICS
ACTION COMICS
NEW BOOK COMICS

480 LEXINGTON AVE.
NEW YORK, N. Y.

April 8, 1938

Mr. Jerome Siegel,
Siegel & Schuster,
10622 Kimberly Ave.,
Cleveland, Ohio.

Dear Mr. Siegel:

I am enclosing a check for $430.00 in payment of your July material that you wrote in your letter of April 1st amounts to $424.00 and I am also including $6.00 as payment for that cover used on the June ACTION COMICS.

With regards to your back account, believe me when I say that I've not had the time to analyze your statement. As you know, we have taken over the publishing of MORE FUN and NEW ADVENTURE COMICS beginning with the May issue and I would appreciate your breaking down your statement to show what material of yours appeared in the May and subsequent issues, for which you have not been paid. I will then be in a better position to check with our records.

Vin Sullivan is sending you a letter in criticism of the material that you have been sending us lately. Of course, we have loaded you up with 45 pages a month, which to our way of thinking seems to be a physical impossibility for one man to turn out. Of course, you have had to utilize your ingenuity in cutting corners to save time. That is, the fine detail which has formerly characterized your drawings has been sadly lacking.

After all, the success of the magazine is dependent on the type of work done by yourself and other contributing artists and it is for all our benefits to see to it that your best efforts be put into making the material as near perfect as possible. We are building for the future and the chances of your making more money is bound up with the success of the magazine. I'm looking for your complete cooperation for our mutual benefit.

Very truly yours,
DETECTIVE COMICS, INC.

J. S. LIEBOWITZ

JSL:MN

000002277

Exhibit "B"

EXHIBIT C

```
 1                UNITED STATES DISTRICT COURT

 2               CENTRAL DISTRICT OF CALIFORNIA

 3                      EASTERN DIVISION

 4                           - - -

 5      HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                           - - -

 7   JOANNE SIEGEL, ET AL.,        )
                                   )
 8                  PLAINTIFFS,    )
                                   )
 9        VS.                      )  NO. CV 04-08776-SGL
                                   )
10   TIME WARNER, INC., ET AL.,    )
                                   )  CROSS MOTIONS FOR
11                  DEFENDANTS.    )  PARTIAL SUMMARY JUDGEMENT
                                   )
12   _____)
                                   )
13   AND RELATED CASES,            )
     _____)

14

15          REPORTER'S TRANSCRIPT OF PROCEEDINGS

16                 RIVERSIDE, CALIFORNIA

17             MONDAY, SEPTEMBER 17, 2007

18                      1:38 P.M.

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
              FEDERAL OFFICIAL COURT REPORTER
24            3470 12TH STREET, RM. 134
              RIVERSIDE, CALIFORNIA  92501
25                 (951) 274-0844
              CSR11457@SBCGLOBAL.NET
```

CERTIFIED COPY

Exhibit "C"

1  IT'S STILL RELEVANT TO ASSESS THE COPYRIGHTABLE CONTRIBUTIONS

2  OF SUPERBOY TO AN APPORTIONMENT ACTION FOR SOMETHING LIKE

3  SMALLVILLE, WHICH BEARS A LOT OF COMPARISONS TO THE OVERALL

4  EXPRESSIONS IN THE SUPERBOY MATERIAL THAT WAS WRITTEN BY

5  JERRY SIEGEL.                                                    01:57

6         SO TO THAT EXTENT, I SUBMIT IT'S MOST RELEVANT.

7         **THE COURT:** AS FAR AS THE SUPERBOY MATERIAL, WHAT DO

8  YOU MAKE OF THIS SCRIPT AND PRESCRIPT ISSUE?

9         **MR. TOBEROFF:** THE SCRIPT -- I THINK THE

10 DEFENDANTS -- THROUGH THE DISCUSSION, I THINK THERE HAS BEEN AN   01:58

11 ADMISSION THAT IT IS COPYRIGHTABLE.  THEY SAY THE ONLY THING

12 COPYRIGHTABLE IS HIS DEPICTION AS A TODDLER, A PRESCHOOLER, AND

13 THEN GOING TO GRADE SCHOOL.  BUT THAT'S WHAT THE WHOLE STORY IS

14 ABOUT.

15        I DON'T AGREE THAT SUPERBOY IS MERELY SUPERMAN.  HE'S     01:58

16 NOT, IF YOU REALLY LOOK CLOSELY AT IT.  AND I THINK YOU DO HAVE

17 TO LOOK CLOSELY, PARTICULARLY WHEN YOU'RE DEALING WITH COMIC

18 BOOK MATERIAL.  THE DECISION OF THE WORDS IN THE LITTLE BUBBLES

19 AND THE DECISION OF WHAT PICTURES TO SHOW IS, BY DEFINITION,

20 EXTREMELY LIMITED, PRIMITIVE, REPRESENTATIONAL; SO A LOT OF       01:59

21 THINGS ARE DONE SYMBOLICALLY AND A LOT OF THINGS ARE DONE TO

22 FORESHADOW EVENTS THAT WILL HAPPEN AFTER.

23        THIS IS PARTICULARLY TRUE IN THE COMIC BOOK SERIES,

24 AND IT'S PARTICULAR TRUE IN JERRY SIEGEL'S FIRST STORY, BECAUSE

25 THAT STORY WAS INTENDED, IF YOU WILL, TO BE THE PILOT OF THE      01:59

SEPTEMBER 17, 2007                       SIEGEL V. WARNER, ET AL.

22

1    **THE COURT:** THAT'S WHAT I WAS AFRAID OF.

2    **MR. TOBEROFF:** AND IT MEETS THE THRESHOLD TO BE

3  COPYRIGHTABLE. AND A JURY WILL LOOK AT THOSE ELEMENTS

4  CONTAINED IN THAT MATERIAL, WHEN THEY ARE IN THE FULL TOTALITY

5  OF ANY APPORTIONMENT ARGUMENT, TO ASSESS ANY APPORTIONMENT

6  ARGUMENT OF DEFENDANT. IT'S JUST ONE OF ANY OTHER PIECES OF

7  MATERIAL THAT PLAINTIFFS HAVE RECAPTURED.

8      IF YOU SAY IT WAS A JOINT WORK, THEY WOULD HAVE

9  RECAPTURED A 50-PERCENT SHARE OF THAT, AND THEY'RE ENTITLED TO

10 THAT, TO BE COMPARED TO SMALLVILLE AND OTHER SUPERBOY WORKS

11 WHICH ARE DIRECTLY SUPERBOY, TO SEE HOW MUCH OF WHAT HE DID IS

12 IN WHAT THEY'RE CURRENTLY EXPLOITING, AND, THEREFORE, HOW THE

13 PROFIT FROM THAT SHOULD BE APPORTIONED.

14     AND DEFENDANTS WILL USE APPORTIONMENT VERY HEAVILY.

15 THEY'RE TRYING TO REDUCE WHAT IS PAYABLE TO PLAINTIFFS IN

16 PROFIT. THE REVERSE IS TRUE. PLAINTIFFS SHOULD BE ENTITLED TO

17 USE WHATEVER COPYRIGHTS THEY HAVE GOTTEN BACK TO SHOW THE

18 ELEMENTS IN TODAY'S EXPLOITATION AND WHY THEY'RE ENTITLED TO

19 PROFITS FROM THE EXPLOITATION OF THOSE ELEMENTS.

20    **THE COURT:** OKAY.

21    **MR. BERGMAN:** YOUR HONOR, MAY I BRIEFLY SUPPLEMENT

22 WHAT MY CO-COUNSEL --

23    **THE COURT:** I'M GOING TO GIVE YOU AN OPPORTUNITY.

24     I THINK YOU HAVE A FEW MORE WORDS.

25    **MR. TOBEROFF:** I HAVE A FEW MORE WORDS, BUT I'D JUST

SEPTEMBER 17, 2007                         SIEGEL V. WARNER, ET AL.

```
1                        CERTIFICATE
2
3   I HEREBY CERTIFY THAT PURSUANT TO SECTION 753, TITLE 28, UNITED
    STATES CODE, THE FOREGOING IS A TRUE AND CORRECT TRANSCRIPT OF
4   THE STENOGRAPHICALLY RECORDED PROCEEDINGS HELD IN THE ABOVE-
    ENTITLED MATTER AND THAT THE TRANSCRIPT PAGE FORMAT IS IN
5   CONFORMANCE WITH THE REGULATIONS OF THE JUDICIAL CONFERENCE OF
    THE UNITED STATES.
6
7   _____           9-21-07
    THERESA A. LANZA, CSR., RPR          _____
8   FEDERAL OFFICIAL COURT REPORTER        DATE
9
10
...
25
```

SEPTEMBER 17, 2007                    SIEGEL V. WARNER, ET AL.

9