# EXHIBIT D
## Part 2













31

















34

THE CALL CAME TWO MINUTES AGO.

FROM MAGNUS.

I COULD HEAR THE FEAR IN HIS VOICE

WITHOUT THE METAL FEET, I DON'T MAKE A SOUND.

OUT THE SKYLIGHT IN THE KITCHEN.

JOHN, WHERE'RE YOU GOING?

THAT'S NOT WHAT I--

WAIT... WHAT'S WRONG? YOU OKAY?

AND FOR THE FIRST TIME...

THEN STOP YOUR HAND FROM SHAKING.

...I MISS THE GYROSCOPES.

I HAVE TO GO, KATHY. I DO. BUT I SWEAR...

JUST NERVES.

I NEED TO FIND OUT WHAT HAPPENED.

SOMEONE STOLE MY BODY.

NO, JOHN...

35



























THE TORNADO'S PATH

CHAPTER TWO:

TORNADO-RED / TORNADO-BLUE

WRITER    BRAD MELTZER    •    PENCILLER    ED BENES

INKER    COVERS    LETTERER    COLORIST    ASST. EDITOR    EDITOR
SANDRA HOPE    MICHAEL TURNER &    PHIL JIMENEZ, ANDY LANNING    ROB LEIGH    ALEX SINCLAIR    JEANINE SCHAEFER    EDDIE BERGANZA
PETER STEIGERWALD    & JEROMY COX

42




52 THE COMIC.COM
FOR SPECIAL NEWS, DOWNLOADS, SURPRISES!
29

October 4, 2006

Here we are, ready to finish up our three-week tour of DC Editorial (who knew a walk down the hall would take this long!). And after a week of waiting, Editor Stephen Wacker finally opened his door and let us peek into the sanctum of all things 52.

Let me tell you, Rip Hunter's chalkboard seems simplistic compared to the complex array of schedules, story beats and covers that are plastered all over the walls of Steve's office. So while Steve mumbles 52, 52, 52 over and over again, I get to admire some pages of an upcoming issue where Nightwing meets Batwoman for the first time. Let's get out of here before he accidentally blurts out the identity of Supernova and ruins the surprise for all of us.

Across the hall, Associate Editor Michael Siglain is working hard to get a special issue of Jonah Hex, set in the Civil War, out on time. No problem there. But it does look like he is creating some trouble for Firestorm as he works with special guest writer Dwayne McDuffie to bring our hero face to face with the New Gods in an upcoming three-part story.

Besides providing our second daily dose of candy snacks (well, it did take three weeks to get here), Senior Group Editor Mike Carlin does an incredible job juggling a wide array of projects from Hawkgirl to Atom, Green Arrow to Shazam, and all

things confidential and classified in between. Not bad for a guy whose prize possession is a set of Three Stooges finger puppets. He started to tell me the connection between Batgirl and the new heroine, Misfit, running around in the current issues of Birds of Prey, but was interrupted by a phone call. Maybe I can get him to finish that thought later.

Our last stop is the office of Group Editor Eddie Berganza. Or in his case, I should say Team Editor since he handles the teams supreme with Justice League of America, Teen Titans and Superman/Batman. Before you get anywhere near his desk, you have cut your way through a pile of *Star Wars* memorabilia that would make George Lucas jealous. And just like the other editors, Eddie's constantly working the phones. In this case he is rushing through an issue of Supergirl with the "Terra" team of Jimmy Palmiotti, Justin Gray and Amanda Conner. No surprise, this book features the first appearance of the All New Terra.

There you go, a complete tour of DCU Editorial. Great people making great comics; and the best is yet to come.

To be continued.        dan didio

# DC NATION

For a complete list of this week's titles, sneak peeks, breaking news and more, visit us at dccomics.com



Next in...
**JUSTICE LEAGUE OF AMERICA #3**
Against the Multiple Vortex!

**THE HOT LIST THIS WEEK**


NIGHTWING #125


52 #22


MYSTERY IN SPACE #2

DC COMICS  DAN DIDIO, Senior VP-Executive Editor  PAUL LEVITZ, President & Publisher  GEORG BREWER VP-Design & DC Direct Creative  RICHARD BRUNING, Senior VP-Creative Director  PATRICK CALDON, Executive VP-Finance & Operations  CHRIS CARAMALIS, VP-Finance  JOHN CUNNINGHAM, VP-Marketing  TERRI CUNNINGHAM, VP-Managing Editor  STEPHANIE FIERMAN, Senior VP-Sales & Marketing  ALISON GILL, VP-Manufacturing  HANK KANALZ, VP-General Manager, WildStorm  LILLIAN LASERSON, Senior VP & General Counsel  JIM LEE, Editorial Director-WildStorm  PAULA LOWITT, Senior VP - Business & Legal Affairs  DAVID McKILLIPS, VP - Advertising & Custom Publishing  JOHN NEE, VP - Business Development  GREGORY NOVECK, Senior VP - Creative Affairs  CHERYL RUBIN, Senior VP-Brand Management  JEFF TROJAN, VP Business Development, DC Direct  BOB WAYNE, VP-Sales

43





IT'S LIKE A

# BODYGUARD
## FOR YOUR BIKE.

### ONE A RAP STAR WOULD HIRE.

#### WHO'S DONE HARD TIME.

AND LIKED IT

SEND A CLEAR MESSAGE
TO THIEVES

KRYPTONITE

© 2006 KRYPTONITE   kryptonite.com

45