# EXHIBIT E
## Part 2









Justice League and all related characters and elements are TM and © DC COMICS. All Rights Reserved.
Product may vary from image shown.
(207)

























# BATMAN BLACK and WHITE STATUE

Authentic Collectibles
Direct from the Source!

Designed by
**ALEX ROSS**
Sculpted by
**KAREN PALINKO**

**In Stores
JULY 2007**

LIMITED EDITION, HAND-PAINTED,
COLD-CAST PORCELAIN STATUE

Measures approximately
7.5" tall x 5.5" wide x 3" deep

The latest in a series
of statues inspired by
comics' hottest artists!

**BURSTING** from the pages of
the **BATMAN BLACK AND
WHITE** graphic novels

Batman Black
and White Vol. 1

Batman Black
and White Vol. 2

Each statue is sold separately and features
a logo-shaped base and is packaged in a
black and white box.

## COLLECT THE ENTIRE SERIES

Tim Sale — AVAILABLE NOW

Steve Rude — AVAILABLE NOW

Kelley Jones — AVAILABLE NOW

## ORDER YOURS TODAY!

Paul Pope — AVAILABLE NOW

Matt Wagner — IN STORES APRIL 2007

Call 1-888-COMIC BOOK or visit www.dccomics.com to locate your nearest comics shop
Batman and all related characters and elements are a TM and © DC COMICS. All rights reserved. Product may vary from image shown.
(s07)

VISIT WWW.DCDIRECTONLINE.COM FOR A COMPLETE CATALOG
OF ACTION FIGURES, COLLECTIBLES AND MORE!

93





*From Bruce Wayne's private files in the Batcomputer*

# GREEN LANTERN

Hal Jordan is a test pilot for Ferris Aircraft who has gone faster, farther and higher than anything he could ever hope or dream. Of all the members of the Justice League, of all of those who wield strange powers and abilities, he concerns me the most.

Years ago, he was given a ring by a dying alien. The ring was powered by another world's energy source. It allows Jordan to create, through imagination alone, whatever he desires. With it, he can fly, form giant objects to be used as weapons or tools, or survive the rigors of space. His is not the only ring. He is a member of the Green Lantern Corps. This alien league polices the universe, and they are led by a race known as the Guardians.

The ring's charge lasts only about twenty-four hours. This, Jordan admits, is his only weakness. But he forgets that Jordan himself is a weakness. Superman tells me that Jordan is a hero who has saved this world many times. But his will power to form things according to his whim is not the result of discipline. It is not the result of testing or wisdom. When the alien gave him the ring, it chose Jordan because he was fearless.

It has been my experience that fear is a necessary trait in those who would do what we do. Fear of loss. Fear of corruption. Fear of what the world will become if we don't succeed.



*From Bruce Wayne's private files in the Batcomputer*

# SINESTRO

Sinestro is what will happen to Hal Jordan if he is not kept in check. Power corrupts. And these Green Lantern rings seem to be the closest any of us could have to absolute power. Sinestro was chosen by the Green Lantern Corps to police the specified region of his home planet. He was judged to be fearless.

But over time, the power of the ring changed him. Sinestro began to rule and abuse the worlds he was charged to protect. The Guardians stopped him. They took away his ring. In their desire to teach him a lesson, they banished him to a world of terrible cruelty and despotism. But for someone like Sinestro, it was like coming home. The race that lived in that place hated the Guardians and their intergalactic police force. They created a weapon for Sinestro, one not without its own brand of irony. They gave him a ring that operated exactly like those of the Green Lantern Corps. Except his ring did not rely upon power from the central Green Lantern Corps battery. And it was capable of breaking through any form generated by a Green Lantern ring.

It is more than a desire for revenge against the Green Lantern Corps that has caused Sinestro to especially hate and strike at Hal Jordan. It is far more personal. Jordan was not corrupted by the ring as Sinestro was. Jordan was hailed as the greatest Green Lantern of them all. So, despite having a superior power ring, a weakness is revealed: Sinestro's pride.

86



52THECOMIC.COM
FOR SPECIAL NEWS, DOWNLOADS, SURPRISES!

# MARSHALL ROGERS

## JANUARY 22, 1950 - MARCH 25, 2007

Gotham City is a major character within the best supporting cast in comics, with a life of its own, as vital as any villain or sidekick in the chronicles of Batman.

Few artists understood this better than Marshall Rogers. One of our field's most painstaking artists, his detail-obsessed pages made Gotham real. He meticulously delineated crowded sidewalks and bustling boulevards lined with heavy traffic, bordered by glossy skyscrapers inhabited by benevolent billionaires in splendorous boardrooms.

And of course, he was best at depicting night on Gotham's rooftops: illustrating an entire city above the city where shadowy justice preys on the guilty. Marshall brought his architectural expertise to fog-shrouded clock towers, the fire escape canopies on Crime Alley tenements, and the evocative silhouettes of the Bat Cave. Marshall's draftsmanship gave Gotham City a new depth and dimension readers never saw before, a world they could virtually walk into.

# DC NATION

For a complete list of this week's titles, sneak peeks, breaking news and more, visit us at dccomics.com



Next in...
JUSTICE #12
Nothing can possibly prepare you for the conclusion!
An all out, all star finale!

## THE HOT LIST THIS WEEK



AMAZONS ATTACK #1



BLUE BEETLE #14



GREEN LANTERN #19

DC COMICS  DAN DIDIO, Senior VP-Executive Editor  PAUL LEVITZ, President & Publisher  GEORG BREWER, VP-Design & DC Direct Creative  RICHARD BRUNING, Senior VP-Creative Director  PATRICK CALDON, Executive VP-Finance & Operations  CHRIS CARAMALIS, VP-Finance  JOHN CUNNINGHAM, VP-Marketing  TERRI CUNNINGHAM, VP-Managing Editor  ALISON GILL, VP-Manufacturing  HANK KANALZ, VP-General Manager, WildStorm  JIM LEE, Editorial Director-WildStorm  PAULA LOWITT, Senior VP-Business & Legal Affairs  MARYELLEN McLAUGHLIN, VP - Advertising & Custom Publishing  JOHN NEE, VP - Business Development  GREGORY NOVECK, Senior VP - Creative Affairs  SUE POHJA, VP - Book Trade Sales  CHERYL RUBIN, Senior VP-Brand Management  JEFF TROJAN, VP-Business Development, DC Direct  BOB WAYNE, VP-Sales



