EXHIBIT F
Part 1



Exhibit "_E_"





Case 2:04-cv-08400-ODW-RZ   Document 340-7   Filed 07/21/08   Page 5 of 18   Page ID #:2001









95


























