EXHIBIT K



|  Home | Ordering | Shipping/Tracking | Returns | vie |





**CALL TOLL FREE:**
1-888-484-9560
or (516)484-6497
M-F: 8:30AM-6PM ET

Search

Browse our Departments
Browse by Brand

TODAY'S BARNBURNER!
ONE ITEM...IMPOSSIBLY LOW PRICE!
LIMITED QUANTITY! CLICK HERE

LOOKING FO
AUTO PARTS
click button to sea



**ON DOMESTIC ORDERS OVER $150**

Home > Accessories > Interior Accessories > Floor Mats & Cargo Mats > Car Logo & Novelty Floor Mats >

■ **Accessories**
Mobile Video & Sound
Interior Accessories
Exterior Accessories
Auto Repair Manuals
Tools & Equipment
Safety & Security
Repair Acc's & Chems.
Garage Accessories

■ **Auto Parts** ■
OE Replacement Horns
Alternators
Starters
Engine Sensors
Brakes
Batteries
Mufflers & Exhaust Tips
Mirrors
Lighting
Filters-Intakes-Cooling
Shocks & Struts
Wiper Blades
Tune-Up Parts
Tires & Wheels
Water Pumps
Fuel Pumps
Make/Model Lookup
OEM Parts Lookup
Brute Power Clutches
Dorman OE Solutions

■ **Car Care Products** ■
Car Wash & Acc's.
Car Wax & Polish
Interior Care
Glass Care
Wheel & Tire Care
Shop Car Care By Brand
Cleaners & Protectants
Oils & Additives

 **Oils & Additives** ■



# PlastiColor Superman Car Floor Mats
**Blog This!** Whats This?

Code: PLA727
Availability: Usually ships the next business day.
Est. Total Shipping: $8.5*
Everyday Price: $25.95
Sale Price: **$24.95**

Add to Cart

Click Here For
LIVE HELP

Add some personal style to your vehicle. The heavy-duty rubberized construction with recessed grid patter r
and durability. Set includes (2) black, universal size front floor mats to fit most cars and small trucks. Size: 2

*Estimated Ground Shipping within the Continental United States when this item is added to the cart

**Blog This!** Whats This?     **Click Here to view other customers comments**

Please enter in your comments about this item, your past experience with this item,
or any other general comments in regards to this item.

**Motor Oil & Additives**
**Fuel System Additives**
**Radiator Additives**
**Power Steering Add's.**
**Transmission Additives**
**Hydraulic Additives**
**LubeGard Store**

**Performance Store**

**Performance**
**American Performance**
**Import Performance**

**The Tool Chest**

**Air Conditioning**
**Autobody Repair**
**Buff and Polish Pads**
**Flashlights**
**General Supplies**
**Hand Tools**
**Hooks, Chains, Clamps**
**Lube**
**Novelties**
**Paint Curing Systems**
**Paint Prep. & Masking**
**Paint Spray Guns**
**Personal Safety**
**PowerTools**
**Scan & Measure Tools**
**Shop Equipment**
**Stud Welders**
**Tool Storage**
**Vehicle Repair**
**Meguiars Pro Care**
**Abrasives**

**Customer
Testimonials**

"Website was easy
to navigate and
product was priced
competitively."
**Oct 23, 2007**

In-Store Boutiques

New & Used Cars

Cheap Gas Prices

Get an Auto Loan

Affiliate Program

Winter Specials

Type your name here        Name (required)

                          E-Mail (will not be published) (required)

                                                      Submit Comment


**Superman Utility Mat**
$8.99


**Superman Logo Steering Wheel Cover**
$12.95

**Can we improve something on this page?**

If we're missing any information about this item which would be helpful or if you
have found something that is confusing or in error, please tell us so we can
improve our site.

Sorry, we are not able to respond to comments entered above.

SUBMIT

**Subscribe Today To Receive Special Offers!**    

Sales and Support Hours
Monday - Friday: 8:30AM - 6:00PM ET
**CALL TOLL FREE:**
**1-888-484-9560**
or (516)484-6497



SECURE SHOP
Shop with confid
Every transactio
make at AutoBar
protected and gu
100% safe!
See Details

   



—TOP SERVICE—

Click here to see what our customers are saying about us! ©AutoBarn.com 2008

Clearance    Best Sellers    Wholesale Deals    Blog

Site Map         Index              Privacy Policy  About Us  Contact Us  In Store Sale
Employment   XHTML  RSS 2.0         Links        Parts      Deals      Locations

Exh. K Page 41
7/18/2008

EXHIBIT L



Sign in or register

Search | Advanced Search     Buy   Sell   My eBay | Community | Help

Site Map

Categories ▼   Motors   Express   Stores

eBay Security & Resolution Center

⬅ Back to home page     Listed in category: Sports Mem, Cards & Fan Shop > Fan Apparel & Souvenirs > Other Sports > Other

## Superman Chrome Frame

Item number: 320050393025

Buyer or seller of this item? Sign in for your status

Watch this item in My eBay



View larger picture

| | |
|---|---|
| ⍚Buy It Now price: | **US $25.00**     Buy It Now > |
| Shipping costs: | **US $5.00** (discount available)<br>Standard Flat Rate Shipping Service<br>Service to United States |
| Ships to: | United States |
| Item location: | Melbourne, FL, United States |
| Quantity: | 5 available |
| History: | Purchases |
| You can also: | [ Watch This Item ]<br>Get SMS or IM alerts \| Email to a friend |

**Meet the seller**

Seller:     custom_engraving_co ( 2223 ⭐ )
             me
Feedback: **97.4 % Positive**
Member:   since Jan-15-00 in United States

▪ See detailed feedback
▪ Ask seller a question
▪ Add to Favorite Sellers
▪ View seller's other items: Store | List
▪ Visit seller's Store:
   🏬 Custom Engraving Company

**Buy safely**

1. **Check the seller's reputation**
   Score: 2223 | 97.4% Positive
   See detailed feedback

2. **Check how you're protected**
   **PayPal** Up to $200 in buyer
   protection. See eligibility

   Returns:     Seller accepts returns.

   30 Days Money Back

**Listing and payment details: Show**

Get 0% APR until Jan 2009 on all your purchases made through July 31 with a new eBay
MasterCard! U.S. Residents Only See Details | Apply Now

## Description

### Custom Engraving Company



Visit my eBay Store: 🏬 Custom Engraving Company

About Me

Store Search

☐ in titles & descriptions

**sportsteamflags.com**

Superman Chrome Frame - eBay (item 320050393025 end time Aug-08-08 08:52:26 PDT)    Page 2 of 5

Search

Store Categories

Store home
NBA
NFL
NCAA
NHL
MLB
NASCAR
Countries
Automotive
Other Items

# Custom Engraving Com

# License Plates & Sports Men



Although rareSome items may not be our possession at the time of the
may take up to 30 days to process and ship from date of purcha

- Please feel free to contact us via email or by phone 888-605-2572 to see if the i

Feel free to email us with any questions, or to see more photos.
(Don't Wait) Take Advantage of this Cheap Offer & 'Buy it Now' whi

Buy up to 100 pieces! (Email us for large quanti
ebaysales@autoplates.com

Here is our store address:Custom Engraving (

### Payment, Shipping, and Customer Service

I accept payments through PayPal, the safe and secure online payment service.

International buyers, please email for shipping charges to your destination.

NOTE: I answer email on business days within 24 hours, usually much sooner.I am available for c

Case 2:04-cv-08400-ODW-RZ   Document 341-3   Filed 07/21/08   Page 8 of 46   Page
ID #:2091
Superman Chrome Frame - eBay (item 320050393025 end time Aug-08-08 08:52:26 PDT)     Page 3 of 5

Saturday 9-6 p.m Eastern Time.

SHIPPING. Some items are not on site and can take up to 30 days to ship. This is rare, but please understand th
products.

On Mar-09-05 at 22:44:30 PST, seller added the following information:

**After purchasing, pay instantly with your credit card throug**







Powered by eBay Turbo Lister



Save on shipping  This seller offers shipping discounts on combined purchases.

| | | |
|---|---|---|
| Adult 5.6 oz. Heavyweight 50/50 Cotton/Poly T-Shirt | Adult 5.6 oz. Heavyweight 50/50 Cotton/Poly T-Shirt | Roland MPX-70 Photo Impact Printer Brand New!! In Box!! | Jolly Flag |
| ≡Buy It Now   US $10.00 | ≡Buy It Now   US $10.00 | ≡Buy It Now   US $1,995.00 | ≡Buy |

 Visit seller's Store

## Shipping and handling

**Ships to**
United States

| Country:  United States | Quantity:  1 | Update |
|---|---|---|

| Shipping and Handling | Each Additional Item | To | Service | Insurance |
|---|---|---|---|---|
| US $5.00 | + $0.50 | United States | Standard Flat Rate Shipping Service | None |

## Return policy

| Item must be returned within: | 30 Days |
|---|---|
| Refund will be given as: | Money Back |
| Return Policy Details: | Some items are not in our possession and may take up to 30 days to ship out to you. I accept payments through PayPal, the safe and secure online payment service. Shipping is a Flat $500 and .50 cents for each additional item bought. If you live anywhere besides the United States I will contact you with additional shipping costs. |

## Payment details

Case 2:04-cv-08400-ODW-RZ    Document 341-3    Filed 07/21/08    Page 10 of 46    Page
ID #: 2093
Superman Chrome Frame - eBay (item 320050393025 end time Aug-08-08 08:52:26 PDT)    Page 5 of 5

**Payment method**    **Preferred/Accepted**    **Buyer protection on** eBay



Accepted

**PayPal** Up to $200 in buyer
protection. See eligibility

Learn about payment methods

**Seller's payment instructions**
items are not in our possession and may take up to 30 days to ship out to you. I accept payments through PayPal , the safe and secure online payment_service_. Shipping is a Flat $5.00 and .50 cents for each additional itembought. If you live anywhere besides the United States I will contact youwith additional shipping costs.

### Take action on this item                                                            Help

Item title: **Superman Chrome Frame**

**Buy It Now**

≡Buy It Now price:**US $25.00**

Your Quantity: **x** 1

Buy It Now >    You will confirm in the next step.

Purchase this item now without bidding. Learn about Buy It Now.

### Other options

 Back to home page | Report this item | Printer Version | Sell one like this

Seller assumes all responsibility for listing this item.

eBay Pulse | eBay Reviews | eBay Stores | eBay Express | Reseller Marketplace | Austria | France | Germany | Italy | Spain | United Kingdom | Popular Searches
Half.com | Tickets | Kijiji | PayPal | ProStores | Apartments for Rent | Shopping.com | Skype

About eBay | Announcements | Security Center | eBay Toolbar | Policies | Government Relations | Site Map | Help

Copyright © 1995-2008 eBay Inc. All Rights Reserved. Designated trademarks and brands are the property of their respective owners. Use of this Web site constitutes acceptance of the eBay User Agreement and Privacy Policy.

eBay official time
.

# EXHIBIT M




Search



Home | Shop by Property | Shop by Product Type | New Items | Privacy | Contact | FAQ | Sho
News & Updates | Size Chart | Customer Reviews | Reminder Service | Affiliates | Deal:

GIFT CERTIFICATES
AVAILABLE NOW!


128 BIT ENCRYPTION


TESTED    17-JUL

[ Home > Products > Plus Sizes > DC Comics T-Shirts Plus Sizes > Superman Kryptonite T-Shirt ]



## DC Comics Superman Say No to Kryptonite T-Shirt

**Superman Kryptonite T-Shirt**

**This is an officially licensed DC Comics Superman t-shirt in wl
Superman shirts have been screen printed with a Superman i
Superman tshirts are usually made from heavyweight preshri
tee shirt blanks.**

**Be sure to check out our SIZE CHART to get an idea of the aver
dimensions of this Superman tshirt style.**

**Check back often for some of our new Superman clothing and
Merchandise at great prices only at - www.StylinOnline.com.**

**Superman Kryptonite T-Shirt**
**TS SUPERMAN NO KRYPTONITE  $16.98, 2/$30.00  Size:** Small      Add to Cart

Superman Kryptonite T-Shirt

 

Superman Kryptonite T-Shirt XXL    Superman Kryptonite T-Shirt XXXL
**$18.98**                          **$19.98**

## Related Items:

  

**Superman T-Shirt**          **Superman Bizzaro T-Shirt**       **Superman Fly T-Shirt Sheer**
Price: $16.98                  Price: $16.98                      Price: $18.00

| MUSIC PROPERTIES | | SHOP BY PROPERTIES | | SHOP BY PRODUCT |
|---|---|---|---|---|
| +44 | 4:20 | Flags | Peanuts | New T-Shirt |
| 50 Cent | 24 | Flash | Peeps | New Music T-Shirt |
| A Perfect Circle | 40 Year-Old Virgin | Flash Gordon | Peter Pan | New Products |
| The Academy Is | 300 | Flintstones | Piggly Wiggly | Big Sizes |
| AC DC | 2001 Space Odyssey | Fresh Prince | Pike Apparel | Baby Tees |
| Aerosmith | Beverly Hills 90210 | Friday the 13th | Pillsbury | Music Baby Tees |
| AFI | Adult Swim | Friskey Dingo | Pink Panther | Onesies |
| Angels and Airwaves | Afro Samurai | Frogger | Pinky and the Brain | Toddler and |
| Alan Jackson | Al Capone | Fruts Basket | Pirates of the Caribbean | Juvenile |
| Alice in Chains | Alex Ross | Full Metal Alchemist | Plastik | Youth |
| Alice Cooper | Alfred Hitchcock Movies | Full Metal Panic | Playboy | Hoodies |
| Allman Brothers Band | Alice in Wonderland | Funny | Pokemon | Music Hoodies |
| All American Rejects | American Dad | Futurama | Poker | Jackets |
| Animosity | American Fighter | Galaxian | Polar Express | Cycling Jerseys |
| Anthrax | American Psycho | Garbage Pail Kids | Popeye | Messenger Bag |
| Arctic Monkeys | American Werewolf in | Garfield | Pow Entertainment | Shorts |
| As I Lay Dying | London | Gears Of War | Power Rangers | Baseball Jerseys |
| Atreyu | Amityville Horror | Get Smart | Price is Right | Football Jerseys |
| Audioslave | Angel | Ghostbusters | Princess Ai | Basketball Jerseys |
| Avenged Sevenfold | Animal House | Ghost in the Shell | Princess Bride | Club Shirts |
| Avril Lavigne | Animaniacs | Ghost Recon | Pulp Fiction | Workshirts |
| Bad Religion | Anime | Ghost Rider | Punisher | Tank Top |
| Beastie Boys | Annoying Thing | G.I. Joe | Psycho | Boxers and |
| Beatles | Apprentice | The Godfather | Rainbow Brite | Panties |
| Billy Talent | Army of Darkness | God of War | Rambo | Hats |
| Black Dahlia Murder | Aquaman | Godzilla | Reboot | Visors |
| Black Label Society | Aqua Teen Hunger Force | Goodfellas | Red Vs Blue | Accessories |
| Black Sabbath | Assassins Creed | Goonies | Ren and Stimpy | Belts |
| Bleeding Through the Truth | Astro Boy | Greatest American Hero | Reservoir Dogs | Belt Buckles |
| Blink 182 | Atari | Green Lantern | Resident Evil | Gloves |
| Bob Dylan | A-Team | Gremlins | Robot Chicken | Wallets |
| Bob Marley | Atom Man | Grindhouse | Rock Band | Wristbands |
| Bob Seger | Avengers | Guardians of Steel | Rocky | Lighters |

Superman Kryptonite T-Shirt

Bon Jovi
Boston
Breaking Benjamin
Bruce Springsteen
Buckcherry
Bullet For My Valentine
Calling
Cannibal Corpse
Chevelle
Children of Bodom
Cinderella
CKY
Clapton
The Clash
Coheed and Cambria
Cold
Coldplay
Counting Crows
Cradle of Filth
The Cult
Cure
D12
Damageplan
Danzig
De La Soul
Dead Kennedys
Death
Death Cab For Cutie
Def Leppard
Deftones
Deicide
Despairs Ray
Dimmu Borgir
Dir En Grey
Disturbed
Dio
Donnas
Doors
Down
Dragonforce
Drowning Pool
The Eagles
Elvis
EMINEM
Emperor
Evanescence
Every Time I Die
Fall Out Boy
Filter
Finch
Flogging Molly
Foo Fighters
From A Second Story Window
From First To Last
Godsmack
Good Charlotte
Goo Goo Dolls
Grateful Dead
Green Day
Guns N Roses
H2O
Hatebreed
Headbangers Ball
Heaven and Hell
Hed
Hell Yeah
HIM

Back to the Future
Barney and Friends
Batgirl
Batman
Batman Begins
Battle Of The Planets
Battlestar Galactica
Baywatch
Beavis & Butthead
Beer
Beetlejuice
Ben 10
Bettie Page
Betty Boop
Beowulf
Big Lebowski
Bill and Ted
Billy Madison
Bionicle
Black Cat 13
Bleach
Bloodrayne
Bloom County
Blues Brothers
Blues Clues
Boondocks
Borat
Brak Show
Brady Bunch
Bruce Lee
Buffy
Burger King
Burst Angel
Cabbage Patch Kids
Caddyshack
Cadillac
Candy
Capcom
Captain America
Captain Morgan
Car
Carmen Sandiego
Cars
Care Bears
Carnage
Carrie
Casper the Friendly Ghost
Castlevania
Cheech and Chong
Che Guevara
Chicken Little
Child's Play
Chipmunks
Choppers
Christmas Story
Chuck Norris
Clerks
Clifford
Coca Cola
Coastal Concepts
Code Lyoko
Comedians
Conan the Barbarian
Conkers
Contra
Corpse Bride
Corona

Guinness
Guitar Hero
Gundam
Gungrave
Gunslinger Girl
Haibane Remei
Halloween
Half Baked
Halo
Halo 3
Hand Maid May
Hanna Barbera
Hanna Montana
Happy Bunny
Happy Days
Happy Gilmore
Happy Tree Friends
Harley Quinn
Harry Potter
Harvey Birdman
Heat Guy J
Hellboy
Hell Girl
Hello Kitty
Hellraiser
Hellsing
He - Man
Heroes
High School Musical
Hitchhiker's Guide
Hogans Heroes
Home Movies
Horror
Hostess
Hot Fuzz
House M.D.
House 1000 Corpses
Hulk
ICEE
Indiana Jones
International Fight
League
Incredibles
Initial D
Inuyasha
Invader Zim
Irish
Iron Man
Jack Daniels
James Bond
James Dean
Jaws
Jay and Silent Bob
Jeffersons
Jill Kelly
Junk Food Mens
Junk Food Juniors
Justice League
Karate Kid
Kellogg's
Kevin Smith
Kiddy Grade
Kill Bill
King Kong
King of The Hill
Konami
Knight Rider

Rock 'Em Sock 'Em Robots
Rocky and Bullwinkle
Rocky Horror
Rurouni Kenshin
Samurai 7
Samurai Jack
Samurai Champloo
Sanford and Son
Saved By The Bell
Saturday Night Fever
Saturday Night Live
Saw
Scarface
Scooby Doo
Sealab 2021
Secret of Nimh
Seinfeld
Serenity
Sesame Street
Sex and the City
Shaun of the Dead
Shazam
Shin Chan
Shrek
Silence of the Lambs
Silent Hill
Silver Surfer
Simpsons
Sin City
Sinestro
Six Million Dollar Man
Sixteen Candles
Smallville
Smokey and the Bandit
Smokey the Bear
Smurfs
Snakes on a Plane
Snapple
Snow White
Soda Pop
Sonic the Hedgehog
Sopranos
Soultaker
South Park
Space Ghost
Spam
Spearmint Rhino
Speed Racer
Spiderman
Spongebob Squarepants
Stan Lee
Stoopid Monkey
Stargate SG-1
Star Trek
Star Wars
Strawberry Shortcake
Street Fighter
Superbad
Supergirl
Superman
Superman Returns
Sweeney Todd
Tattoo
Team America
Teen Titans
Tenchi
Tequila

Patches
Buttons
Keychain
Stickers
Head Knockers
Gift Certificates

Hinder
Hives
Iced Earth
Incubus
In Flames
Insane Clown Posse
Iron Maiden
Jimi Hendrix
Johnny Cash
Journey
Judas Priest
Justin Timberlake
Kid Rock
Killers
Killswitch Engage
Kiss
Kittie
KMDFM
Korn
Kottonmouth Kings
Lamb of God
Led Zeppelin
Limp Bizkit
Linkin Park
Lordi
Loudness
Lynyrd Skynyrd
Marilyn Manson
Maroon 5
Mars Volta
Matisyahu
Meatloaf
Megadeth
Metallica
Misfits
Motorhead
Motley Crue
Mudvayne
My Chemical Romance
Nickelback
Nine Inch Nails
Nirvana
No Doubt
NOFX
Norma Jean
Notorious BIG
NWA
Offspring
Opeth
OTEP
Ozzy
Panic! At the Disco
Pantera
Payable By Death
Pearl Jam
Pink Floyd
Plain White Tees
Poison
The Police
Puddle of Mudd
Queen
Radiohead
Rage Against the Machine
Rammstein
Ramones
Ratt
Red Hot Chili Peppers

Costume Ideas
Cowboy Bebop
Crow
Cry Baby
CSI
Curious George
Danny Trejo
D.C. Comics
DARE
Daredevil
David Hasslehoff
Da Vinci Code
Dazed and Confused
Death Jr.
Death Note
Delta Force
Dennis the Menace
Destroy All Humans
Dethklok
Devil May Cry
Devils Rejects
Die Harder
Disney
Dodgeball
Domo-Kun
Donkey Kong
Dora the Explorer
Dragonball
Dr. Seuss
Dr. Who
Dude Where's My Car
Dukes of Hazzard
Dungeons & Dragons
Dumb and Dumber
ET
Edward Scissorhands
ELF
Emily The Strange
Ergo Proxy
Eureka Seven
Evangelion
Evil Dead
Exile
Fairies
Family Guy
Fantastic Four
Fast and the Furious
Fast Times at Ridgemont High
Fat Albert
Felix the Cat
Fight Club
Final Fantasy
Finding Nemo
Firefly

Kraft Foods
Land Before Time
Last Unicorn
Lilo and Stitch
Lion King
Little Mermaid
Little Miss
Little Rascals
Living Dead Series
Looney Tunes
Lord Of The Rings
Lost
Lost Boys
Lucy Daughter of the Devil
M & M
Magic the Gathering
Magnum PI
Mallrats
Manga
Marilyn Monroe
Mar
Mario
Married With Children
Marvel
Marvel Civil War
Marvel Zombies
Mash
Mashimaro
Matchbox Cars
Matrix
Max Headroom
McDonalds
Mega Man
Meany Doodles
Metalocalypse
Miami Ink
Mickey Mouse
Micronauts
Mighty Mouse
Miller
Milton Bradley
Monty Python
Mr. Bubble
Mr. Potato Head
Mr. Rogers
Muppets
My Little Pony
Namco
My Name is Earl
Napoleon Dynamite
Narnia
Naruto
Negima
Nightmare Before Christmas
Nightmare on Elm Street
Nightwolf
Ninja Turtles
Nintendo
The O.C.
NBC Office
Office Space
Pac Man
Paranoia Agent

Terminator
Texas Chainsaw Massacre
Thomas the Train
Thor
Thundercats
Tiny Toon
Toy Story
Transformers
Trigun
Trinity Blood
Troll
Tron
Tsubasa
Twilight Zone
Ugly Betty
Ultimate Fighting Championship
Underdog
Unreal Tournament
V For Vendetta
Vampire hunter D
Venom
Venture Bros
Versus
Vices
Vivid Ladies
Voltron
Wall-e
War Games
Warrior Wear
Wes Benscoter
Weird Science
White Castle
Wicked Nursery Rhymes
Wiener Dog
Wiggles
Willy Wonka
Winnie the Pooh
Witch Hunter Robin
Wolfs Rain
Wonder Woman
Woody Woodpecker
World of Warcraft
WWE
X Anime
X Box
X-Files
X-Men
Yugioh
Zelda

Superman Kryptonite T-Shirt

Page 5 of 6

Red Chord
Red Jumpsuit Apparatus
Rob Zombie
Rolling Stones
Run D.M.C.
Rush
Santana
Saosin
Selena
Senses Fail
Sex Pistols
Shadows Fall
Skinny Puppy
Slayer
Slipknot
Smashing Pumpkins
Social Distortion
Soulfly
Stevie Ray Vaugh
Staind
Static X
Stone Sour
Strokes
Sublime
Sum 41
Sword
System of a Down
Taking Back Sunday
Tantric
Ted Nugent
Tenacious D
Thrice
Thursday
Tony Danza Tapdance
Extravaganza
Tool
Tribe Called Quest
Trivium
Tupac
Twiggy
Twisted Sister
Twiztid
Type O Negative
Underoath
Used
Van Halen
Velvet Revolver
Vines
Weezer
Whitesnake
White Zombie
Who
Willie Nelson
Wolfmother
ZZ Top



We accept all major credit cards.

Superman Kryptonite T-Shirt

Stylinonline - Shop for T Shirts, tshirts, T-shirts, Hoodies, Hats and More! Stylin Online is your number one source for T Shirts and Pop Culture clothing. carry funny, pop culture, retro, 80s tees, vintage, comic book, music, superhero - all kinds of T-shirts. Check us out for these cool things: Shirt, shirts tshirts, tshirt, T-shirts, T shirts, T Shirt, hoodies, jerseys, big sizes, hats, shop, vintage, comic book, sweatshirts, button down.

# EXHIBIT N



 Search     www.stylinonline.com

Home | Shop by Property | Shop by Product Type | New Items | Privacy | Contact | FAQ | Shopping Cart

News & Updates | Size Chart | Customer Reviews | Reminder Service | Affiliates | Deals and Sale Items

GIFT CERTIFICATES
AVAILABLE NOW!




HACKER SAFE
TESTED  18-JUL

[ Home > Products > Toddler and Juvenile > Superman Juvenile T-Shirt ]

## DC Comics Superman Juvenile T-Shirt

**Superman Juvenile T-Shirt**

This is an officially licensed DC Comics Superman Juvenile t-shirt in which these Superman Juvenile shirts have been screen printed with a Superman image. These Superman Juvenile tshirts are usually made from heavyweight preshrunk 6oz. cotton tee shirt blanks.

Be sure to check out our SIZE CHART to get an idea of the average size and dimensions of this Superman Juvenile tshirt style.

Check back often for some of our new Juvenile Superman clothing and other Juvenile Superman Merchandise at great prices only at - www.StylinOnline.com.

Superman Juvenile T-Shirt
**JUVY SUPERMAN POSE FLAME NAVY  $14.99  Size:** Out-Of-Stock ▾

| MUSIC PROPERTIES | 4:20 | SHOP BY PROPERTIES | | SHOP BY PRODUCT |
|---|---|---|---|---|
| +44 | 24 | Flags | Peanuts | New T-Shirt |
| 50 Cent | 40 Year-Old Virgin | Flash | Peeps | New Music T-Shirt |
| A Perfect Circle | 300 | Flash Gordon | Peter Pan | New Products |
| The Academy Is | 2001 Space Odyssey | Flintstones | Piggly Wiggly | Big Sizes |
| AC DC | Beverly Hills 90210 | Fresh Prince | Pike Apparel | Baby Tees |
| Aerosmith | Afro Samurai | Friday the 13th | Pillsbury | Music Baby Tees |
| AFI | Al Capone | Friskey Dingo | Pink Panther | Onesies |
| Angels and Airwaves | Alfred Hitchcock Movies | Froggey | Pinky and the Brain | Toddler and Juvenile |
| Alan Jackson | Alice in Wonderland | Fruits Basket | Pirates of the Caribbean | Youth |
| Alice in Chains | Alex Ross | Funny | Plastik | Hoodies |
| Alice Cooper | American Dad | Futurama | Playboy | Music Hoodies |
| Allman Brothers Band | American Fighter | Galaxian | Pokemon | Jackets |
| All American Rejects | American Psycho | Garbage Pail Kids | Poker | Cycling Jerseys |
| Animosity | American Werewolf in London | Garfield | Polar Express | Messenger Bag |
| Anthrax | Amityville Horror | Gears Of War | Popeye | Shorts |
| Arctic Monkeys | Angel | Get Smart | Price is Right | Baseball Jerseys |
| As I Lay Dying | Animal House | Ghostbusters | Princess Al | Football Jerseys |
| Atreyu | Animaniacs | Ghost in the Shell | Princess Bride | Basketball Jerseys |
| Audioslave | Anime | Ghost Recon | Pulp Fiction | Club Shirts |
| Avenged Sevenfold | Annoying Thing | Ghost Rider | Punisher | Workshirts |
| Avril Lavigne | Apprentice | G.I. Joe | Psycho | Tank Top |
| Bad Religion | Army of Darkness | The Godfather | Rainbow Brite | Boxers and Panties |
| Beastie Boys | Aquaman | God of War | Rambo | Hats |
| Beatles | Aqua Teen Hunger Force | Godzilla | Reboot | Visors |
| Billy Talent | Assassins Creed | Goodfellas | Red Vs Blue | Accessories |
| Black Dahlia Murder | Astro Boy | Goonies | Ren and Stimpy | Belts |
| Black Label Society | Atari | Greatest American Hero | Reservoir Dogs | Belt Buckles |
| Black Sabbath | A-Team | Green Lantern | Resident Evil | Gloves |
| Bleeding Through the Truth | Atom Man | Gremlins | Robot Chicken | Wallets |
| Blink 182 | Avengers | Grindhouse | Rock Band | Wristbands |
| Bob Dylan | Back to the Future | Guardians of Steel | Rocky | Lighters |
| Bob Marley | Barney and Friends | Guinness | Rock 'Em Sock 'Em Robots | Patches |
| Bob Seger | Batgirl | Guitar Hero | Rocky and Bullwinkle | Buttons |
| Bon Jovi | Batman | Gundam | Rocky Horror | Keychain |
| Boston | Batman Begins | Gungrave | Rurouni Kenshin | Stickers |
| Breaking Benjamin | Battle Of The Planets | Gunslinger Girl | Samurai 7 | Head Knockers |
| Bruce Springsteen | Battlestar Galactica | Haibane Renei | Samurai Jack | Gift Certificates |
| Buckcherry | Baywatch | Halloween | Samurai Champloo | |
| Bullet For My Valentine | Beavis & Butthead | Half Baked | Sanford and Son | |
| Calling | Beer | Halo | Saved By The Bell | |
| Cannibal Corpse | Beetlejuice | Halo 3 | Saturday Night Fever | |
| Chevelle | Ben 10 | Hand Maid May | Saturday Night Live | |
| Children of Bodom | Bettie Page | Hanna Barbera | Saw | |
| Cinderella | Betty Boop | Hanna Montana | Scarface | |
| CKY | Beowulf | Happy Bunny | Scooby Doo | |
| Clapton | Big Lebowski | Happy Days | Sealab 2021 | |
| The Clash | Bill and Ted | Happy Gilmore | Secret of Nimh | |
| Coheed and Cambria | Billy Madison | Happy Tree Friends | Seinfeld | |
| Cold | Blondie | Harley Quinn | Serenity | |
| Coldplay | | | | |
| Counting Crows | | | | |
| Cradle of Filth | Black Cat 13 | Harry Potter | Sesame Street | |

Superman Juvenile T-Shirt

Page 2 of 3

The Cult
Cure
D12
Damageplan
Danzig
De La Soul
Dead Kennedys
Death
Death Cab For Cutie
Def Leppard
Deftones
Deicide
Despairs Ray
Dimmu Borgir
Dir En Grey
Disturbed
Dio
Donnas
Doors
Down
Dragonforce
Drowning Pool
The Eagles
Elvis
EMINEM
Emperor
Evanescence
Every Time I Die
Fall Out Boy
Filter
Finch
Flogging Molly
Foo Fighters
From A Second Story Window
From First To Last
Godsmack
Good Charlotte
Goo Goo Dolls
Grateful Dead
Green Day
Guns N Roses
H2O
Hatebreed
Headbangers Ball
Heaven and Hell
Hed
Hell Yeah
HIM
Hinder
Hives
Iced Earth
Incubus
In Flames
Insane Clown Posse
Iron Maiden
Jimi Hendrix
Johnny Cash
Journey
Judas Priest
Justin Timberlake
Kid Rock
Killers
Killswitch Engage
Kiss
Kittie
KMDFM
Korn
Kottonmouth Kings
Lamb of God
Led Zeppelin
Limp Bizkit
Linkin Park
Lordi
Loudness
Lynyrd Skynyrd
Marilyn Manson
Maroon 5
Mars Volta
Matisyahu
Meatloaf
Megadeth
Metallica
Misfits
Motorhead
Motley Crue
Mudvayne
My Chemical Romance
Nickelback
Nine Inch Nails
Nirvana
No Doubt
NOFX
Norma Jean
Notorious BIG
NWA
Offspring
Opeth
OTEP
Ozzy
Panic! At the Disco
Pantera
Payable By Death
Pearl Jam
Pink Floyd
Plain White Tees
Poison
The Police
Puddle of Mudd
Queen
Radiohead
Rage Against the Machine
Rammstein
Ramones
Ratt
Red Hot Chili Peppers
Red Chord
Red Jumpsuit Apparatus
Rob Zombie
Rolling Stones
Run D.M.C.

Bleach
Bloodrayne
Bloom County
Blues Brothers
Blues Clues
Boondocks
Borat
Brak Show
Brady Bunch
Bruce Lee
Buffy
Burger King
Burst Angel
Cabbage Patch Kids
Caddyshack
Cadillac
Candy
Capcom
Captain America
Captain Morgan
Car
Carmen Sandiego
Cars
Care Bears
Carnage
Carrie
Casper the Friendly Ghost
Castlevania
Cheech and Chong
Che Guevara
Chicken Little
Child's Play
Chipmunks
Choppers
Christmas Story
Chuck Norris
Clerks
Clifford
Coca Cola
Coastal Concepts
Code Lyoko
Comedians
Conan the Barbarian
Conkers
Contra
Corpse Bride
Corona
Costume Ideas
Cowboy Bebop
Crow
Cry Baby
CSI
Curious George
Danny Trejo
D.C. Comics
DARE
Daredevil
David Hasslehoff
Da Vinci Code
Dazed and Confused
Death Jr.
Death Note
Delta Force
Dennis the Menace
Destroy All Humans
Dethklok
Devil May Cry
Devils Rejects
Die Harder
Disney
Dodgeball
Domo-Kun
Donkey Kong
Dora the Explorer
Dragonball
Dr. Seuss
Dr. Who
Dude Where's My Car
Dukes of Hazzard
Dungeons & Dragons
Dumb and Dumber
ET
Edward Scissorhands
ELF
Emily The Strange
Ergo Proxy
Eureka Seven
Evangelion
Evil Dead
Exile
Fairies
Family Guy
Fantastic Four
Fast and the Furious
Fast Times at Ridgemont High
Fat Albert
Felix the Cat
Fight Club
Final Fantasy
Finding Nemo
Firefly

Harvey Birdman
Heat Guy J
Hellboy
Hell Girl
Hello Kitty
Hellraiser
Hellsing
He - Man
Heroes
High School Musical
Hitchhiker's Guide
Hogans Heroes
Home Movies
Horror
Hostess
Hot Fuzz
House M.D.
House 1000 Corpses
Hulk
ICEE
Indiana Jones
International Fight League
Incredibles
Initial D
Inuyasha
Invader Zim
Irish
Iron Man
Jack Daniels
James Bond
James Dean
Jaws
Jay and Silent Bob
Jeffersons
Jill Kelly
Junk Food Mens
Junk Food Juniors
Justice League
Karate Kid
Kellogg's
Kevin Smith
Kiddy Grade
Kill Bill
King Kong
King of The Hill
Konami
Knight Rider
Kraft Foods
Land Before Time
Last Unicorn
Lilo and Stitch
Lion King
Little Mermaid
Little Miss
Little Rascals
Living Dead Series
Looney Tunes
Lord Of The Rings
Lost
Lost Boys
Lucy Daughter of the Devil
M & M
Magic the Gathering
Magnum PI
Mallrats
Manga
Marilyn Monroe
Mar
Mario
Married With Children
Marvel
Marvel Civil War
Marvel Zombies
Mash
Mashimaro
Matchbox Cars
Matrix
Max Headroom
McDonalds
Mega Man
Meany Doodles
Metalocalypse
Miami Ink
Mickey Mouse
Micronauts
Mighty Mouse
Miller
Milton Bradley
Monty Python
Mr. Bubble
Mr. Potato Head
Mr. Rogers
Muppets
My Little Pony
Namco
My Name is Earl
Napoleon Dynamite
Narnia
Naruto
Negima
Nightmare Before Christmas
Nightmare on Elm Street
Nightwolf
Ninja Turtles
Nintendo
The O.C.
NBC Office
Office Space
Pac Man
Paranoia Agent

Sex and the City
Shaun of the Dead
Shazam
Shin Chan
Shrek
Silence of the Lambs
Silent Hill
Silver Surfer
Simpsons
Sin City
Sinestro
Six Million Dollar Man
Sixteen Candles
Smallville
Smokey and the Bandit
Smokey the Bear
Smurfs
Snakes on a Plane
Snapple
Snow White
Soda Pop
Sonc the Hedgehog
Sopranos
Soultaker
South Park
Space Ghost
Spam
Spearmint Rhino
Speed Racer
Spiderman
Spongebob Squarepants
Stan Lee
Stoopid Monkey
Stargate SG-1
Star Trek
Star Wars
Strawberry Shortcake
Street Fighter
Superbad
Supertgirl
Superman
Superman Returns
Sweeney Todd
Tattoo
Team America
Teen Titans
Tenchi
Tequila
Terminator
Texas Chainsaw Massacre
Thomas the Train
Thor
Thundercats
Tiny Toon
Toy Story
Transformers
TriGun
TrinRy Blood
Troll
Tron
Tsubasa
Twilight Zone
Ugly Betty
Ultimate Fighting Championship
Underdog
Unreal Tournament
V For Vendetta
Vampire hunter D
Venom
Venture Bros
Versus
Vices
Vivid Ladies
Voltron
Wall-e
War Games
Warrior Wear
Wes Benscoter
Weird Science
White Castle
Wicked Nursery Rhymes
Wiener Dog
Wiggles
Willy Wonka
Winnie the Pooh
Witch Hunter Robin
Wolfs Rain
Wonder Woman
Woody Woodpecker
World of Warcraft
WWE
X Anime
X Box
X-Files
X-Men
Yugioh
Zelda

http://www.stylinonline.com/juvysupermanposeflamenavy.html

Superman Juvenile T-Shirt

Page 3 of 3

Rush
Santana
Saosin
Selena
Senses Fail
Sex Pistols
Shadows Fall
Skinny Puppy
Slayer
Slipknot
Smashing Pumpkins
Social Distortion
Soulfly
Stevie Ray Vaugh
Staind
Static X
Stone Sour
Strokes
Sublime
Sum 41
Sword
System of a Down
Taking Back Sunday
Tantric
Ted Nugent
Tenacious D
Thrice
Thursday
Tony Danza Tapdance Extravaganza
Tool
Tribe Called Quest
Trivium
Tupac
Twiggy
Twisted Sister
Twiztid
Type O Negative
Underoath
Used
Van Halen
Velvet Revolver
Vines
Weezer
Whitesnake
White Zombie
Who
Willie Nelson
Wolfmother
ZZ Top

   

We accept all major credit cards.

Stylinonline - Shop for T Shirts, tshirts, T-shirts, Hoodies, Hats and More! Stylin Online is your number one source for T Shirts and Pop Culture clothing. We carry funny, pop culture, retro, 80s tees, vintage, comic book, music, superhero - all kinds of T-shirts. Check us out for these cool things: Shirt, shirts, tshirts, tshirt, T-shirts, T shirts, T Shirt, hoodies, jerseys, big sizes, hats, shop, vintage, comic book, sweatshirts, button down.

# EXHIBIT O

Skip Page Navigation



All Products 

Sign In  |  New Guest?

fab500          Save $50–$100 on 500+ bestsellers ›                     Sale ends 7/19/08

**‹‹ Previous Page**

**Browse Similar Items**

Boys
Superheroes
TV + Movies
All Kids' Parties
Boys' Birthday Party Kits
Superheroes
All Party Kits
3 - 5
6 - 12
Superheros
TV + Movie Characters
Boy
Party Kits
6-12
3-5

**Recently Viewed Items**



Superman Talking Bank

clearance
Our Price: **$11.19**



Superman: The Man of
Steel for Xbox

**ESRB Rating:** Teen

Our Price: **$17.99**



**Superman Party Supplies**

**$44.99 - $78.99**

⊕ **VIEW LARGER IMAGE**

FEATURES  |  DESCRIPTION    ADDITIONAL INFO    SHIPPING INFO

See Description and Additional info for more details.

**Collection Items**
Enter quantity, then add to your cart
or one of your gift lists.

+ Add to Club Wedd
+ Add to Target Baby      OR      **+ Add to Cart**
+ Add to TargetLists

|  | size: | usually ships in: | price: | quantity: |
|---|---|---|---|---|
|  **Superman Deluxe Party Kit** | | | $44.99 | qty: 0 |

**Superman Returns**

**Exh. O Page 56**





**Deluxe Party Kit – Plus 8 Favor Kits**

$78.99    qty: 0

BUSlink I-Rocks Superman USB 2.0 Hub – Silver

Our Price: **$14.99**

**Collection Items**
Enter quantity, then add to your cart or one of your gift lists.

+ Add to Club Wedd

+ Add to Target Baby

+ Add to TargetLists

OR



**Guest Reviews**

Write an online review and share your thoughts with other guests.



Sababa Toys Superman Magic 8 Ball

Our Price: **$11.99**

---

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address:    GO

**Gifting**

Gift Giving          Club Wedd Registry      Gift Wrap
TargetLists          Target Baby Registry

---

**The REDcards**



**Save 10%** Upon Credit Approval ▸

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Info**

About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

**Help**

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

---

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

EXHIBIT P



Skip Page Navigation

All Products  GO

Sign In | New Guest?

fab500    Save $50–$100 on 500+ bestsellers ›    Sale ends 7/19/08

‹‹ Previous Page

**Browse Similar Items**

All Action Figures + Toys
Banks + Safes
4-5 Action Figures + Toys
4-5 Boys' Shop by Price
6-7 Action Figures + Toys
6-7 Boys' Shop by Price
Action Figures + Toys
Boys' Tech Toys
Toys
Tech Toys + Electronics
Superman

**Recently Viewed Items**



Superman: The Man of Steel for Xbox

**ESRB Rating:** Teen

Our Price: **$17.99**



BUSlink I-Rocks Superman USB 2.0 Hub - Silver

Our Price: **$14.99**



 VIEW LARGER IMAGE

# Superman Talking Bank

clearance
**$11.19**
List price: ~~$27.98~~
You Save: **$16.79 (60%)**

**Quantity:** 1

**+ Add to Cart**

OR
Sign-in for 1-Click

**+ Add to TargetLists**

**Availability :**
Usually ships within 24 hours.
This item is available online, but is not available in stores.

Prices, promotions, styles and availability may vary by store and online.

FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

• Insert a coin or press a button to watch Superman come to life with voice, light-up emblem, flowing cape and sound effects
• Open receptacle underneath to retrieve coins
• Requires 4 AA batteries (demonstration batteries included; replace with fresh batteries for regular use)
• A great gift for any Superman fan
• For ages 4 yrs. and up
• For 1 Person

 SEE MORE INFORMATION

**Better Together**



Buy this Superman Talking Bank with Spider-Man Web Blasting Bank today!

Total List Price: $52.97

Sababa Toys Superman
Magic 8 Ball

Our Price: **$11.99**



Superman Talking Bank
Our Price: **$11.19**



Spider-Man Web Blasting
Bank
Our Price: **$14.99**

**Buy Together Today:**
**$26.18**

BUY BOTH NOW



BUSlink I-Rocks
Superman Mouse - Red

Our Price: **$14.99**

Guests Who Bought This Item Also Bought



Spider-Man Web
Blasting Bank

clearance
Our Price: **$14.99**



Interactive Talking Spider-Man
with Room Guard Feature

clearance
Our Price: **$8.49**

Mattel Superman
Inflato Suit

clearance
Our Price: **$9.99**



Sababa Toys
Superman Magic 8
Ball

Our Price: **$11.99**

Guest Reviews

Write an online review and share your thoughts with other guests.

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address:                    GO

**Gifting**

Gift Giving               Club Wedd Registry          Gift Wrap
TargetLists               Target Baby Registry

**The REDcards**



Save 10% Upon
Credit Approval ▸

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Info**

About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

**Help**

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

Privacy + Security | Terms + Conditions
California Privacy Rights | About This Site

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

# EXHIBIT Q



Home

Toll

### THE LARGEST FRIGGIN' SUPERHERO STORE

BROWSE HERO MERCHANDISE - CLICK HEROES

 SUPERMAN   BATMAN   DARK KNIGHT   JOKER   CAPTAIN AMERICA

**DARK KNIGHT MERCHANDISE**

**BROWSE BY PRODUCT TYPE**

SUPERHERO T-SHIRTS

WOMEN'S T-SHIRTS

YOUTH T-SHIRTS

VIDEO GAME T-SHIRTS

OTHER HERO T-SHIRTS

XXXL T-SHIRTS (3X)

BASEBALL CAPS / HATS

BELT BUCKLES

LUNCHBOXES & TINS

ACTION FIGURES

MUGS & GLASSES

MAGNETS

KEYCHAINS

POSTERS

STATUES & BANKS

STICKERS

PATCHES

COMICS & BOOKS

OTHER MERCHANDISE

## Superman Lunchboxes, Tins Cookie Jars and Clocks

Superman Lunchboxes, Cookie jars and other tin things th.
Business Card Holders, cookie jars and cl
**To view details, click on images. Turn off your ant**

### Superman Lunchboxes



**Superman Rockbox
Alex Ross Collector's Set
$295.00**

Ring Size 12

pre    ea



**Superman Vintage
Tin Tote
$8.99**

In Stock

add



**Superman Lunchbox
Large Tin Tote
$9.99**

In Stock

add



**Superman Lunchbox
Force of Good
$13.99**

In Stock

add

Case 2:04-cv-08400-ODW-RZ    Document 341-3    Filed 07/21/08    Page 30 of 46    Page
ID #:2113
Superman lunchboxes                                                                    Page 2 of 6

SUPERHERO BLOG

SUPERHERO MOVIES

SUPERHERO BIOS

SCREENSAVERS

WALLPAPER

NEWSLETTERS

MORE STUFF



**Superman Lunchbox
Blue Dome**
$9.99
In Stock

add



**Supergirl Purse
Cylinder Tin Tote**
$52.99
In Stock

add

## Superman Wastebaskets



**Superman Chains
Wastebasket**
$9.99
In Stock

add



**Superman Blue
Wastebasket**
$9.99
In Stock

add



**Superman Red
Wastebasket**
$9.99
In Stock

add



**Superman Ring
Wastebasket**
$9.99
In Stock

add



**Superman Changing
Wastebasket**
$9.99
Sold Out

sold out

## Other Cool Superman Merchand



**Superman
Playing Cards**
$12.99
In Stock

add



**Superman Symbol
Mini Tin**
$1.99
In Stock

add



**Superman Money
Cigarette, ID Case**
$21.99
In Stock

add



**Superman Image
License Plate**
$7.99

In Stock 

add



**Superman Symbol
License Plate**
$7.99

In Stock 

add



**Superman
Ceramic Box**
$16.95

In Stock 

add

### Discontinued Superman Lunchb



**Superman Lunchbox
Fighting Doomsday**
$8.99

Back Ordered 

backordered



**Superman Lunchbox
Flying Blood**
$8.99

Back Ordered

backordered



**Superman Bend
Steel Lunchbox**
$8.99

Back Ordered

backordered



**Superman Blue
Symbol Lunchbox**
$8.99

Sold Out

sold out



**Superman Reaching
Lunchbox**
$8.99

Sold Out

sold out



**Superman Tin
Pencil Holder**
$4.45

Sold Out

sold out

.... Site Map ...

**SuperHero Magnet**
**Multi Pack Magnet**
**Aquaman Magnets**
**Batman Magnets**
**Captain America M**
**Catwoman Magnet**
**Daredevil Magnets**
**Fantastic Four Mag**
**Flash Magnets**
**Ghost Rider Magne**
**G.I. Joe Magnets**

**SITE MAP**

**SuperHero Movies!!**

SuperHero Movies List
Iron Man Movie - May 2nd
Speed Racer Movie - May 9th
Batman Dark Knight Movie - July 18th
Tribute to Heath Ledger

Cool Stuff
Our Friggen Blog
Cool Affiliate Dudes!
Hate Mail (Love Mail Too)
SuperHero Newsletters

Comic Book Conventions
Comic Book Conventions

Digital Wallpaper
Heroine Wallpaper

Superhero Merchandise Homepages
Superman Merchandise
Punisher Merchandise
Batman Merchandise
Green Lantern Merchandise
The Flash Merchandise
Spiderman Merchandise
Wonder Woman Merchandise
Captain America Merchandise
X-Men Merchandise
Silver Surfer Merchandise
Star Wars Merchandise

Superhero Costume T-Shirts
Superhero Costume T-Shirts

3XLarge (XXXL) Superhero T-Shirts
3XL (XXXL) Superhero T-Shirts for Big Boys

Superhero T-Shirts, Clothing & Apparel – Comic Heroes
Aquaman T-Shirts, Clothing & Apparel
Avengers JLA T-Shirts, Clothing & Apparel
Juniors T-Shirts, Clothing & Apparel
Batgirl T-Shirts, Clothing & Apparel
Batman Logo T-Shirts, Clothing & Apparel
Batman Image T-Shirts, Clothing & Apparel
Batman Joker T-Shirts, Clothing & Apparel
Batman Movie Dark Knight T-Shirts, Clothing & Apparel
Captain America, Clothing & Apparel
Catwoman T-Shirts, Clothing & Apparel
DareDevil T-Shirts, Clothing & Apparel
Fantastic Four T-Shirts, Clothing & Apparel
The Flash T-Shirts, Clothing & Apparel
Ghost Rider T-Shirts, Clothing & Apparel
Greatest American Hero, Clothing & Apparel
Green Arrow T-Shirts, Clothing & Apparel

Green Arrow Magn
Green Lantern Mag
Hawkman Magnets
Hellboy Magnets
Hulk Magnets
Ironman Magnets
JLA Magnets
Other Magnets
Punisher Magnets
Silver Surfer Magn
Speed Racer Magn
Spiderman Magnet
Supergirl Magnets
Superman Magnet:
Thor Magnets
Transformer Magn
Wonder Woman M
X-Men Magnets

SuperHero Belt Bu
Batman Belt Buckl
Captain America B
Fantastic Four Belt
The Flash Belt Buc
GI Joe / Cobra Bel
Green Lantern Belt
HULK Belt Buckles
Joker Belt Buckles
Punisher Belt Buck
Silver Surfer Belt E
Speed Racer Belt E
Spiderman Belt Bu
Superman Belt Buc
Thor Belt Buckles
Thundercats Belt E
Transformers Belt
Wonder Woman B(
X-Men Belt Buckle:

Mugs & Glasses
Batman Mugs
Superman Mugs
Marvel Mugs/Glas:
Spiderman Mugs/(
Superhero Shot Gl
Wonder Woman M
Other Mugs
Old Pint Glasses
Speed Racer Mugs
Underdog Pint Gla

Other Cool Stuff!
DVD-Rom Comics
Antenna Balls
Candy
Light Switch Cover
Clocks
Bobble heads
Games
Mirrors
Mousepads

Exh. Q Page 63
7/18/2008

Green Lantern T-Shirts, Clothing & Apparel
Grendel T-Shirts, Clothing & Apparel
Hellboy T-Shirts, Clothing & Apparel
Heroes NBC TV Show, Clothing & Apparel
The Hulk T-Shirts, Clothing & Apparel
Iron Man T-Shirts, Clothing & Apparel
Madman T-Shirts, Clothing & Apparel
Other Superhero T-Shirts, Clothing & Apparel
Punisher I T-Shirts, Clothing & Apparel
Punisher II T-Shirts, Clothing & Apparel
Shazam T-Shirts, Clothing & Apparel
Silver Surfer T-Shirts, Clothing & Apparel
Sin City T-Shirts, Clothing & Apparel
Spiderman I T-Shirts, Clothing & Apparel
Spiderman II T-Shirts, Clothing & Apparel
Spiderman Youth T-Shirts, Clothing & Apparel
Supergirl T-Shirts, Clothing & Apparel
Superman Logo / Symbol T-Shirts, Clothing & Apparel
Superman Image T-Shirts, Clothing & Apparel
Thor T-Shirts, Clothing & Apparel
Wolverine T-Shirts, Clothing & Apparel
Wonder Woman, Clothing & Apparel
X-Men T-Shirts, Clothing & Apparel
Youth Superhero T-Shirts, Clothing & Apparel
Other Superhero T-Shirts, Clothing & Apparel

Other T-Shirts
Buddy Jesus and Anti-Bush T-Shirts, Clothing & Apparel
300 T-Shirts, Clothing & Apparel
Americana Pop T-Shirts, Clothing & Apparel
Aqua Teen Hunger Force T-Shirts, Clothing & Apparel
Archie T-Shirts, Clothing & Apparel
Astro Boy T-Shirts, Clothing & Apparel
Battlestar Galactica T-Shirts, Clothing & Apparel
Dr. Seuss T-Shirts, Clothing & Apparel
Family Guy T-Shirts, Clothing & Apparel
Flash Gordon T-Shirts, Clothing & Apparel
Futurama T-Shirts, Clothing & Apparel
G.I. Joe T-Shirts, Clothing & Apparel
God of War T-Shirts, Clothing & Apparel
Godzilla T-Shirts, Clothing & Apparel
Harry Potter T-Shirts, Clothing & Apparel
Harvey Birdman, Clothing & Apparel
Masters of the Universe T-Shirts, Clothing & Apparel
Mighty Mouse T-Shirts, Clothing & Apparel
Nintendo T-Shirts, Clothing & Apparel
Popeye T-Shirts, Clothing & Apparel
Rambo T-Shirts, Clothing & Apparel
Resident Evil T-Shirts, Clothing & Apparel
Sealab T-Shirts, Clothing & Apparel
Simpsons T-Shirts, Clothing & Apparel
Snoopy T-Shirts, Clothing & Apparel
South Park T-Shirts, Clothing & Apparel
Space Ghost T-Shirts, Clothing & Apparel
Speed Racer T-Shirts, Clothing & Apparel
Stargate T-Shirts, Clothing & Apparel
Star Trek T-Shirts, Clothing & Apparel
Star Wars T-Shirts, Clothing & Apparel
Superhero Tank Tops, Clothing & Apparel
Thundercats T-Shirts, Clothing & Apparel
Transformers T-Shirts, Clothing & Apparel
Venture Brothers T-Shirts, Clothing & Apparel

Salt & Pepper Shal
Key Chains
Lava Lamps
JLA Kryptonite Loc
Nite Lights
SuperHero Necklac
SuperHero Rings
Green Lantern Rin
Superman Rings
Spiderman Party
Party Crafts and K
Stationary and Cal
Tattoos
Hero Wallpaper
Superhero Wallets
Superhero Wristba

Comic Books
Adam Strange
Alan Moore
Batman
Captain America
Conan
DC Universe
Fantastic Four
Green Lantern
Other
Punisher
Spiderman
Superman
Superman Batman
The Ultimates
Wonder Woman

Biographies
Batman Biography
Batman Dark Knigl
The Batmobile Bio
Captain America B
Superman Biograp
DareDevil Biograpl
Fantastic Four Bio
The Flash Biograpl
Ghost Rider Biogra
Green Lantern Bio
Iron Man Biograph
Punisher Biograph
Silver Surfer Biogr
Spiderman Biograp
Thor Biography
X-Men Biography
Batman Back Issue

Baseball Caps
Aquaman Caps
Batman Caps
GI Joe / Cobra Cap
The Flash Caps
Green Lantern Cap
Shazam Caps
Superman Caps

Superman lunchboxes

World Of Warcraft T-Shirts, Clothing & Apparel
X-Files T-Shirts, Clothing & Apparel

Women's (Juniors) Superhero T-Shirts, Clothing &
Apparel
Batgirl T-Shirts, Clothing & Apparel
Catwoman T-Shirts, Clothing & Apparel
Supergirl T-Shirts, Clothing & Apparel
Wonder Woman T-Shirts, Clothing & Apparel
Other Women's Superhero T-Shirts, Clothing & Apparel

Youth, Kids SuperHero T-Shirts, Clothing & Apparel
Youth, Kids SuperHero T-Shirts, Clothing & Apparel
Spiderman Youth, Kids T-Shirts, Clothing & Apparel

Superhero Movies
SuperHero Movies 2008
Iron Man Movie 2008
Speed Racer Movie 2008
Batman Dark Knight Movie 2008

Superman Beanies
Thundercats Caps
Transformers Caps
Wonder Woman Ca

SuperHero Action I
Aquaman Action Fi
Batman Action Fig
Black Widow Actio
Captain America A
Fantastic Four/Do
The Flash Action F
Green Lantern Acti
Hawk Girl Action F
Hellboy Action Figu
HULK & She Hulk
Ironman Action Fic
Kingdom Come Act
Martian Manhunter
Minimates Action I
Punisher Action Fic
Shazam Action Fig
Spiderman
Star Wars Action F
Superman
Thanos
Thor
Wonder Woman
X-Men
Other Action Figur

Affiliate Program | Site Map | Prices | Shipp
email us at admin@superherostu

Dial    (503) 248-4753
Toll Free(866) SUP-HERO
(866) 787-4376

SuperHeroStuff.com
SuperHero t-shirts, clothing, apparel, mer
Seattle | Portland | Philadelphia

Warehouse:   .
231 E. Penn Ave.
Robesonia, PA 19551

Thank you for visiting our site and checking out our Su
Please come back and see how our Superhero merchandise and lun
We look forward to meeting all of your Superh

Exh. Q Page 65
7/18/2008



# EXHIBIT R



Skip Page Navigation

All Products [ ] GO                              Sign In | New Guest?

fab500   Save $50–$100 on 500+ bestsellers ›                   Sale ends 7/19/08

<< Previous Page

**Browse Similar Items**

Boys' Bikes
Licensed Bikes
10"-12" Wheel Size
Boys' Bikes
Licensed Bikes
Shop by Age 2-3 Years
Shop by Age 4-5 Years
Lil' Sport



🔍 VIEW LARGER IMAGE

**Avg. Guest Rating:** ★★★★★
**Availability :**
Usually ships within 24 hours.
This item is available online, but is not
available in stores.

Prices, promotions, styles and availability
may vary by store and online.

## Superman 12" Bike - Blue

### $59.99

Quantity: 1

**+ Add to Cart**

OR
Sign-in for 1-Click

+ Add to Club Wedd
+ Add to Target Baby
+ Add to TargetLists

FEATURES  | DESCRIPTION   ADDITIONAL INFO | SHIPPING INFO

- Coaster brakes and spring saddle seat provide comfort and control
- Includes training wheels
- For ages 3–6 yrs.
- Assembly required
- 27Hx18Wx32L"

**Guests Who Viewed This Item Also Viewed**



Boys' Tonka Mighty Tough Bike - 12"

Our Price: **$71.84**

Boys' Huffy Go, Diego, Go! Bike - 12"

Our Price: **$69.99**

Boys' Cosmic Racer Bicycle - 12"

Our Price: **$66.99**



Kawasaki Mono Bicycle - Red (12")

Our Price: **$79.99**

**Guest Reviews**

Write an online review and share your thoughts with other guests.

7 of 7 people found the following review helpful:

★★★★★ **Great first bike!**, January 24, 2008
Reviewer: **Mom to twins** (MD) - See all my reviews

My twin boys love their bikes. We got this for as a 3rd b-day gift and it lasted till 5yrs. We are getting bigger bikes now but it was a great starter bike. Sturdy, easy to put together, stylish, and holds up great if kept indoors; ours... read complete review

Was this review helpful to you?  

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address:                    

**Gifting**

Gift Giving              Club Wedd Registry           Gift Wrap
TargetLists              Target Baby Registry

**The REDcards**

 

**Save 10%** Upon Credit Approval ›

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Info**

About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

**Help**

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

EXHIBIT S

Superman: The Man of Steel for Xbox : Target                                                        Page 1 of 2

Skip Page Navigation



All Products  GO                                                    Sign In | New Guest?

fab500     Save $50–$100 on 500+ bestsellers ›                                   Sale ends 7/19/08

‹‹ Previous Page

**Browse Similar Items**

All Xbox Games
Xbox Action + Adventure
Xbox T-Rated
Superman

**Recently Viewed Items**



BUSlink I-Rocks
Superman USB 2.0 Hub –
Silver

Our Price: **$14.99**



Sababa Toys Superman
Magic 8 Ball

Our Price: **$11.99**



BUSlink I-Rocks
Superman Mouse - Red

Our Price: **$14.99**



🔍 VIEW LARGER IMAGE

**Availability :**

Usually ships within 1 to 2 business days.
This item is available online, but is not
available in stores.

Prices, promotions, styles and availability
may vary by store and online.

FEATURES | DESCRIPTION | ADDITIONAL INFO | SHIPPING INFO

• Platform: Xbox
• ESRB Rating: Teen
• Genre: Action/Adventure

**Related Items**

# Superman: The Man of Steel for Xbox



**$17.99**

Quantity:  1

**+  Add to Cart**

OR

Sign-In for 1-Click

+  Add to Club Wedd

+  Add to Target Baby

+  Add to TargetLists

Superman 12" Bike - Blue

Case 2:04-cv-08400-ODW-RZ     Document 341-3     Filed 07/21/08     Page 41 of 46     Page
ID #:2124
Superman: The Man of Steel for Xbox : Target                                    Page 2 of 2

Our Price: **$59.99**



Step 2 Rock 'n Fold Chair

Our Price: **$59.99**

**Guest Reviews**

Write an online review and share your thoughts with other guests.

**E-mail Exclusives**
Sign up to receive special offers and promotions from Target.

E-mail address:                          

**Gifting**

| | | |
|---|---|---|
| Gift Giving | Club Wedd Registry | Gift Wrap |
| TargetLists | Target Baby Registry | |

**The REDcards**

 

**Save 10%** Upon
Credit Approval ▸

Apply Now
Manage My Account
Card Benefits
Target Business Card

**Target Stores**

Find a Store
Weekly Ad
SuperTarget Coupons + Specials
Target Photo
Portrait Studio
Optical
Health
Pharmacy
See All

**Company Info**

About Target
Our Values
Careers
Community
News
Investors
Diversity
Affiliates
Team Member Services

**Help**

Track an Order
Return an Item
Contact Us
Shipping
Product Recalls
My Account
See All

© 2008 Target.com. All rights reserved.
The Bullseye Design and Bullseye Dog are trademarks of Target Brands, Inc.
Powered by Amazon.com

**Privacy + Security | Terms + Conditions**
**California Privacy Rights | About This Site**

**Exh. S Page 70**

EXHIBIT T

Amazon.com: Superman 10-inch Action Figure: Toys & Games

Page 1 of 4

**amazon**.com

Hello. Sign in to get personalized recommendations. New customer? Start here

Got schooled in college essentials
Sponsored by Microsoft

Your Amazon.com | Today's Deals | Gifts & Wish Lists | Gift Cards

Your Account | Help

**Shop All Departments** | Search | Toys & Games | | GO | Cart | Your Lists

Toys & Games | Browse Categories & Characters | Bestsellers | Hot New Releases | Building Sets | Dolls | Electronics For Kids | Games | Preschool | Baby | Toys Outlet

This item is not eligible for Amazon Prime, but millions of other items are. Join Amazon Prime today. Already a member? Sign in.



**Superman 10-inch Action Figure**
Other products by Mattel
★★★★★ (4 customer reviews)

Price $29.99

In Stock.
Ships from and sold by BlackSheepDeals

**$29.99** + $5.10 shipping
In Stock. Ships from and sold by
**BlackSheepDeals**

**Quantity:** 1

Add to Shopping Cart
or
Sign in to turn on 1-Click ordering.

**More Buying Choices**
Get it for less! Order it used
Have one to sell? Sell yours here

Add to Wish List
Add to Shopping List
Add to Wedding Registry
Add to Baby Registry
Tell a friend

See larger image

See 1 customer image
Share your own customer images

**Better Together**
Buy this item with Superman Inflato Suit by Mattel today!

Total List Price: $46.98
Buy Together Today: $39.98

Add both to Cart

**Customers Who Bought This Item Also Bought**

Page 1 of 15

     

DC Comics Ultra Blast Batman
★★★★★ (13) $27.99

Ultimate Powers Superman Figure
★★★★★ (11) $24.99

Superman Playset
★★★★☆ (4) $57.98

EXP Batmobile Vehicle
★★★★☆ (4) $32.99

Superman Returns Rock Em Sock Em
★★★★☆ (11) $16.34

Superman Dress Up Set
★★★★★ (3) $15.12

**Product Features**

- Approximately 10" Superman roto-cast figure is lightweight and easily transforms from a heroic position to an iconic flying pose
- Actually measures over 13" in flying mode
- Poseable and adjustable
- Protect the world with this Superman action figure

**Product Details**

**Product Dimensions:** 1.3 x 5.6 x 12 inches ; 7.2 ounces
**Shipping Weight:** 7.2 ounces (View shipping rates and policies)
**Shipping:** Currently, item can be shipped only within the U.S. and to APO/FPO addresses. For APO/FPO shipments, please check with the manufacturer regarding warranty and support issues.
**ASIN:** B000B6MKG0
**Item model number:** J2096
**Our Recommended Age:** 5 - 10 years
**Manufacturer Recommended Age:** 5 - 10 years
**Amazon.com Sales Rank:** #1,732 in Toys & Games (See Bestsellers in Toys & Games)
Popular in this category: (What's this?)
#95 in Toys & Games > Action Figures
**Average Customer Review:** ★★★★★ (4 customer reviews)

Would you like to give feedback on images?

Exh. T Page 71

## Product Description

**Product Description**
This cool approximately 10" Superman roto-cast figure is lightweight and easily transforms from a heroic position to an iconic flying pose! It measures over 13" in "flying" mode.

## Customers Who Viewed This Item Also Viewed


Ultimate Powers Superman Figure
★★★★☆ (11) $24.99


Superman Returns Clark-To-Superman Superman
★★★★★ (6)


DC Superheroes Justice League Unlimited: Superman
★★★☆☆ (2) $19.99


SUPERMAN RETURNS Kryptonite SMASH SUPERMAN Figure
★★★★★ (1) $8.99


Superman Last Son Series 1 - Superman 7.5" Figure
★★★★★ (1) $12.67

## Customers Viewing This Page May Be Interested in These Sponsored Links (What's this?)

**Superman Action Figures**
www.toyrocket.com » Huge Selection of **Superman** Toys In Stock, Fast Shipping Today

**Superman Comic Books**
NewKadia.com » 327,000 back-issues. Free shipping. Safe packaging. Strict grading.

**McFarlane Sports Figures**
www.mcfigures.com » NFL, NBA, NHL, Baseball & NASCAR **Action Figures** start at $3.95.

See a problem with these advertisements? Let us know                              Advertise on Amazon

## Tags Customers Associate with This Product ( What's this?)
Click on a tag to find related items, discussions, and people.

action figure dc (1)

See all 2 tags...

**Your tags:** Add your first tag

**Help others find this product - tag it for Amazon search**
No one has tagged this product for Amazon search yet. Why not be the first to suggest a search for which it should appear?

### Search Products Tagged with

[                    ] 

› >e most
popular Tags

## Rate This Item to Improve Your Recommendations

Sign in to rate this item

I own it

## Customer Reviews

**4 Reviews**

| | | |
|---|---|---|
| 5 star: | | (3) |
| 4 star: | | (1) |
| 3 star: | | (0) |
| 2 star: | | (0) |
| 1 star: | | (0) |

**Average Customer Review**
★★★★☆ (4 customer reviews)

Share your thoughts with other customers:

[ Create your own review ]

### Most Helpful Customer Reviews

3 of 3 people found the following review helpful:
★★★★☆  **Good buy for price**, January 17, 2007
By **Denise Hanson** ✉ (Kingston 6 Jamaica) - See all my reviews
REAL NAME™

Santa put this in my son's stocking for Christmas because it was what he wanted. He loves it and in his attempt to make Superman fly he keeps throwing him in the air so as a result Superman broke one of his legs and now wears a bandage (smile). My son still loves him though and is just a little upset that his leg does'nt bend as well as it used to. Good enough for the price.

Comment | Permalink | Was this review helpful to you? [Yes] [No]  (Report this)

7 of 7 people found the following review helpful:
★★★★★  **A Gift for my grandson**, July 31, 2006
By **Norma D. Watson** ✉ (Goodyear, Arizona United States) - See all my reviews
REAL NAME™

My grandson was so happy he got Superman for his birthday that I became a hit with him, so if he is happy, I am thrilled.

Comment | Permalink | Was this review helpful to you? [Yes] [No]  (Report this)

2 of 3 people found the following review helpful:

### Most Recent Customer Reviews

★★★★★  **The Best Superman Toy Ever!!!!!!!!!!!!!!!!!!!!!!!!!**
I got this superman toy yesterday and when I brought it home.I opened it.it was so cool it was better than the animated superman I have.I bought it at target for $8.48. Read more
Published on July 7, 2006

### Search Customer Reviews

[                    ] [Go]

☑ Only search this product's reviews

See all 4 customer reviews...

Exh. T Page 72

Amazon.com: Superman 10-inch Action Figure: Toys & Games

★★★★★ **Fun! Fun! Fun!**, January 13, 2007
By **ishop4fun "" I Shop therefore I AM""** ✉ (New Jersey) - See all my reviews
VINE™ VOICE

I was so happy to buy this for my son. Finally something fun that's not electronic. Well, almost....it does talk and the eyes light up with "laser vision". But it inspires his imagination as Superman flies around the house and fights the Power Rangers. The best part is that it cost me less than 10 bucks! A winner!!!!!!!!!

Comment | Permalink | Was this review helpful to you? (Yes) (No)    (Report this)

Share your thoughts with other customers: [ Create your own review ]
**See all 4 customer reviews...**

**MKS**

---

## Customer Discussions Beta (What's this?)
New! See recommended Discussions for You

This product's forum (0 discussions)

| Discussion | Replies | Latest Post |
|---|---|---|
| No discussions yet | | |

Ask questions, Share opinions, Gain insight
**Start a new discussion**

Topic:

**Active discussions in related forums**

| Discussion | Replies | Latest Post |
|---|---|---|
| toys Create Your Own Critter - custom plush dolls from your child's drawing! | 5 | 3 hours ago |
| toys Greatest toys of all time | 16 | 1 day ago |
| toys Plush Toy Survey | 1 | 2 days ago |
| toys Favourite Toy Growing Up | 2 | 3 days ago |
| toys Recall | 7 | 4 days ago |

**The Toys community**

Latest activity 3 hours ago

3,937 customers have contributed 4,279 products, 247 lists & guides and more...
**Explore the community**

**The Action Figure community**

Latest activity 7 hours ago

484 customers have contributed 1,085 products, 4 discussions and more...
**Explore the community**

**Explore related forums**
[ action figure (4 discussions) ▼ ] (GO)

---

**Product Information from the Amapedia Community** Beta (What's this?)

Be the first person to **add an article about this item at Amapedia.com.**

> See featured Amapedia.com articles

---

**Listmania!**

Haven's Toy Shoppe: A list by Haven Raven ✉

Toys, and Things!: A list by Robert ✉

Star Wars, Superman And Beyond: A list by Pip ✉

Create a Listmania! list

Search Listmania
[ ] (GO)

---

**So You'd Like to..**

Ring in the New Year with your Favorite Stuff!: A guide by Knight's Lady ✉

Create a guide

Search Guides
[ ] (GO)

---

**Look for Similar Items by Category**
Action Figures

---

**Check Out
Amazon.com's
Birthday Store**

**Stay Connected with
Toys**

**Check Out
Amazon.com's Toy
Blog**

**Save on Toys**
Today's
Deals

Exh. T Page 73

Amazon.com: Superman 10-inch Action Figure: Toys & Games



Find the perfect gift at our Birthday Store. Whether you're shopping for boys or girls, Amazon.com has all the best toys in the world.

Want updates on our best sales and deals? Sign up for our monthly Toy Store News.

Read Our Blog

If you are as crazy about toys as we are, you will definitely want to read Amazon.com's Toy Blog. Discover the latest on everything from Action Figures to Webkinz.

Want to see our newest deals on toys? Check out Today's Deals for specials on toys.



**Feedback**
▶ If you need help or have a question for Customer Service, **contact us**.
▶ Would you like to **give feedback on images**?
▶ Is there any other feedback you would like to provide? **Click here**

| BlackSheepDeals Privacy Statement | BlackSheepDeals Shipping Information | BlackSheepDeals Returns & Exchanges |
|---|---|---|

**Where's My Stuff?**
Track your recent orders.
View or change your orders in Your Account.

**Shipping & Returns**
See our shipping rates & policies.
Return an item (here's our Returns Policy).

**Need Help?**
Forgot your password? Click here.
Redeem or buy a gift certificate/card.
Visit our Help department.

Search  Amazon.com  ▼  [            ]  GO!

**Your Recent History** (What's this?)

**You have no recently viewed items or searches.**

After viewing product detail pages or search results, look here to find an easy way to navigate back to pages you are interested in.

**amazon**.com®   Amazon.com Home  |  Directory of All Stores

International Sites: Canada | United Kingdom | Germany | Japan | France | China

Business Programs: Sell on Amazon | Build an eCommerce Site | Advertise With Us | Developer Services | Self Publish with Us

Help | View Cart | Your Account | 1-Click Settings

Investor Relations | Press Release | Careers at Amazon | Join Associates | Join Advantage | Join Honor System

Conditions of Use | Privacy Notice © 1996-2008, Amazon.com, Inc. or its affiliates