# EXHIBIT W

THE LIBRARY OF CONGRESS

U. S. COPYRIGHT OFFICE

CATALOG

OF

# COPYRIGHT ENTRIES

PART 1

BOOKS, GROUP 2

NEW SERIES, VOLUME 36

FOR THE YEAR 1939

NOS. 1–12

LOS ANGELES COUNTY
LAW LIBRARY

Published by authority of the Acts of Congress of March 3, 1891,
of June 30, 1906, and of March 4, 1909

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1940

KB159
A12U5
s

LIBRARY OF CONGRESS

COPYRIGHT OFFICE

CATALOG

OF

# COPYRIGHT ENTRIES

PUBLISHED BY AUTHORITY OF THE ACTS OF CONGRESS OF MARCH 3, 1891,
OF JUNE 30, 1906, AND OF MARCH 4, 1909

PART 1, GROUP 2

PAMPHLETS, LEAFLETS, CONTRIBUTIONS TO
NEWSPAPERS OR PERIODICALS, ETC.
LECTURES, SERMONS, ADDRESSES FOR ORAL DELIVERY
MAPS

1939

NEW SERIES, VOLUME 36

No. 1

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1939

1—4888

Case 2:04-cv-08400-ODW-RZ    Document 347-10    Filed 07/28/08    Page 4 of 47    Page ID #:2309

Selmer, H. & A., inc.,• Elkhart, Ind.
25748–25763
Contest autographs.• © Apr. 3, 1939;
AA 300581.
Glen Gray's Casa Loma reed section
doubling chart. © Apr. 15, 1939;
AA 300586.
Seing suits for musical salesmen.
v. 4, nos. 1, 2. © Jan. 15, Apr. 5,
1939; AA 300582, 300583.
give him the only lifetime pen.
© June 13, 1939; A 98440.

Step up!• © May 25, 1939; AA
300584.
Take a trip to trumpet heaven.
Apr. 10, 1939; AA 300585.

Seneca Lake, N. Y. Seneca Lake direc-
tory of the owners of cottages and
homes. © June 14, 1939; AA
302496.• John V. Stark, Penn
Yan, N. Y.

Sentry co.• Foxboro, Mass. Instruc-
tions for the Sentry, diamond black
method of hardening tempered block
© May 25, 1939; AA 302123.

Senz, Melvin John,• Port Angeles,
Wash. Three point rules [and
illustration]. © May 2, 1939; AA
301844.

Servel, inc.,• Evansville, Ind.
25757–25761
By popular demand . . . © May 12,
1939; AA 301690.
Free. Win this beautiful Servel
Electrolux (new 1939 Duchess
model) in the P & G white naphtha
soap contest. © May 12, 1939;
AA 301692.
Free; cash and prizes totaling more
than $101,000. © May 12, 1939;
AA 301691.
How to win prospects and make sales.
Keep the crowd coming ! © May 12,
1939; AA 301682.

Settles, J. Calvin,• Oakland, Calif.
God's edict is law made manifest.
© Apr. 27, 1939; AA 301736.

Severson, Albert,• St. Paul. Adjustable
paring knife. © May 25, 1939; A
138526.

Shamokin, Pa. Polk's Shamokin (Nor-
thumberland County, Pa.) directory,
1939. v. 27. © May 25, 1939; A
126823; I. L. Polk & co., inc., Boston

Shapiro, Edward & Kaufer, Sam,•
Brooklyn. Citizenship up-to-the-min-
ute. © May 24, 1939; AA 289495.

Shasta water co.,• San Francisco.
Sparkling news ! Shasta water now
bonded ! © May 23, 1939; AA
Sheaf, v. 17, 1939.
AA 300507; William C. Ralke, Shasta
Ill.

Sheaffer, W. A. pen co.,• Fort Madison,
Ia. Mark dad's lifetime devotion—

Sheffield, Herman B.,• New York.
Israel. [pt. 2] © May 22, 1939;
AA 301675.

Shell chemical co.,• San Francisco.
Shell carbon. Its properties and
in the rubber industry. © May 1,
1939; AA 300783.

Shell oil co., inc.,• New York.
25771–25775
Oil burner owner's savings book.
May 19; AA 301640.
History and tour tips, 1939.
25771–25773
Middle Atlantic and Southeastern
states, including Pennsylvania
and New Jersey. © May 19,
1939; AA 301648.
New England and New York.
May 19; AA 301646.

Shelton, Fredonia. Puzzle page.
1, by Fredonia Shelton and Lotta
Tate; illustrated by Ethel Hays.
2, 1939. © May 1, 1939; AA

[Shelton, Sam J.] Inside story.
O'Malley's bold effort to collect
100 from General American
Pulitzer pub. co., St. Louis.

Shepard's citations, May, 1939.
Alabama. v. 24, no. 1 ;
A 128960.
Arizona. v. 22, no. 1.
A 128852.
Atlantic reporter. v. 24, no. 1
Apr. 18; A 128962.
California. pt. 1, Cases
no. 3. © Apr. 20; A 128
California. pt. n. Statutes
20, no. 3. © Apr. 20; A 1
Federal reporter. Advance
ed. v. 6, no. 1. © May

Shepard's Oklahoma classified topical
index and table of cases.
27; A 128868.
Southwestern reporter. v. 32, no. 2.
© Apr. 14; A 128863.
Tennessee. Special issue.
28; A 128855.
Washington. v. 32, no. 1
27; A 128858.

Sherwin, Arnold, inc.,• New York.
© Apr. 20,
sweatshirt

Howard Underwood,• Breath-
ing.• Md. How to read blue-
Apr. 1st ed. © Apr. 25, 1939; AA
28801

beauty shops.• Camden, N. J.
Data guarantee with every perma-
nent wave . . . ©
1939; AA 98163.

Idaho. v. 26, no. 2.
128857.
Iowa. v. 31, no. 2
A 128861.
Maine. v. 24, no. 2
A 128851.
Massachusetts. v. 32, no. 2
© Apr. 27; A 128854.
Michigan. v. 6, no. 1
May 27;
Montana. v. 27, no. 1
A 128856.
New Jersey. v. 3, no. 3.
© May
Oklahoma. v. 31, no. 2.
2; A 128865.
Oregon. v. 32, no. 1
© June 9;
Pacific reporter. v. 32, no. 2.
© Apr. 18; A 128854.
Rhode Island. v. 24, no. 2

Shissler, Frances Isabella,• Lewiston,
Id. Story of Indian uprising is told
by Mrs. Shissler.
v. 99123.
Shodee co.,• Detroit. You will find en-
closed sample copies and illustrated
listing service. © June 7, 1939; AA
304207.

Shoen, Harriet H. 23905, 23906
Key to workbook for The American
nation yesterday and today. pt. 1,
new ed. Book I. © Mar. 29, 1939;
304084.
Workbook to be used with. Tryon,
Lingley and Morehouse's The
American nation yesterday and to-
day, pt. 2, new ed. Book 2, by H.
H. Shoen, Frances Morehouse.
May 19, 1939; AA 303060.
© Ginn & co., Boston.

Short, Byron E. Heat transfer and
pressure drop in heat exchangers.
v. 1, 1938 ; AA 301086.
Rural jays (Hencorporated)
© Wetmore declamation bureau,
Sioux City, Ia.

Shupp, Simon E.,• Springfield, O. Geog-
raphy work and study manual.
Based on How the world lives and
works.

Siegel, Jerome. Superman, by Jerome
Siegel and Joe Shuster. © May 18,
1939; AA 298871; Detective comics,
inc., New York.

Sigaloff, Leon,• Denver. Astrology.
Wheel of celestial correspondence and
facts. © May 1, 1939 ; AA 300472.

Silbert, Myron S.,• Newton, Mass. New
and significance of fashion.
18, 1938; AA 300091.

Silman, Sanford,• Brooklyn.

Lorraine candlewick rugs and mats
crocheted in jiffy over clothes
line. v. 12 © May 23, 1939 ; AA
301900.
Superior quality Lorraine stamped
needlework creations designed or
F. W. Woolworth co. © May 23,

Sheeler, Harold Franklin. * Chicago. 32500-32502

[Shelton, Samuel J.]
Omnilarchic party. 1939.
T. O. P. special instruction, 5th issue. © Aug. 3; AA 307353.
T. O. P. examination questions. © Aug. 14, 1939; AA 306700.

$17,000,000 state building program contracts checked up by grand jury. © Aug. 21, 1939; A 100280.
Union electric made up deficit in election fight. © Aug. 14, 1939; A 100182.
© Pulitzer pub. co., St. Louis.

Shepard, Frank co.* New York. 32505-32615
Shepard's citations.
California. Statutes, 5th ed, supplement (1919-1939) © July 21, 1939; A 131468.
Connecticut. v. 33, no. 2, July, 1939. © July 16, 1939; A 131466.
Federal reporter. v. 29, no. 3, July, 1939; A 131467.
Illinois. v. 4, no. 2, July, 1939. © July 19, 1939; A 131450.
Kansas. 2d ed., supplement (1923-1939) © July 21, 1939; A 131451.
Michigan. v. 31, no. 1, July, 1939. © June 27, 1939; A 131464.
New Jersey. v. 24, no. 3, July, 1939. © July 11, 1939; A 131465.
New York supplement. v. 33, no. 4, July, 1939. © July 7, 1939; A 131446.
Northeastern reporter. v. 31, no. 3, July, 1939. © July 12, 1939; A 131473.
Ohio. v. 5, no. 4, July, 1939. © July 21, 1939; A 131451.
Pennsylvania Superior and lower court. v. 24, no. 3, July, 1939. © June 15, 1939; A 131462.
Pennsylvania. Supreme court. v. 24, no. 3, July, 1939. © June 21, 1939; A 131469.
Southern reporter. v. 33, no. 2, July, 1939. © June 14, 1939; A 131460.
United States. v. 38, no. 2, July, 1939. © June 28, 1939; A 131460.

Virginia. v. 28, no. 2, July, 1939. © June 20, 1939; A 131457.
West Virginia. v. 27, no. 2, July, 1939. © June 21, 1939; A 131455.
Shepard's New Jersey classified topical index and table of cases. v. 14, no. 3, July, 1939. © June 26, 1939; A 131458.
Shepard's New York Court of appeals. July, 1939. © July 11, 1939; A 131463.
Shepard's New York miscellaneous. July, 1939. © July 11, 1939; A 131462.
Shepard's New York Supreme court and statutory advance sheet edition. July, 1939. © July 11, 1939; A 131454.
Shepard's Pennsylvania classified topical index and table of cases. v. 15, no. 3, July, 1939. © July 19, 1939; A 131461.

Sherlock & Arnold, inc.* New York. New car sales analysis by towns and villages. June, July, 1939. © July 24, Aug. 18, 1939; AA 306488, 306526.

Sherman, Charles Q. corp.* New York. Quick frozen foods merchandising manual. © July 26, 1939; AA 306266.

Shodex co.* Detroit. Shodex co. for sale of Detroit multiple listings of real estate. © June 22, 1939; AA 306777.

Shoe and leather reporter annual, 1939. 1939) yearly ed. © May 31, 1939; A 32520. Shoe & leather reporter co., Boston.

Shoe and leather reporter, directory of leather manufacturers. 1939. © Mar. 17, 1939; AA 306565; Shoe & leather reporter co., Boston.

Shoe and leather reporter trade marks and trade names. v. 215, no. 1, sec. 2. Directory issue. © July 1, 1939; AA 305998; Shoe & leather reporter co., Boston.

Shoenecker, Edgar A. Your child's health. © July 15, 1939; AA 305937; Leader printing co., inc., Lake Mills, Wis.

Shonnard, Muriel W.* Montclair, N. J. Exclusively yours. © Aug. 28, 1939; AA 307772.

Siegel, D. co.,* New York. Saddle cloth, the western golden fleece. July 24, 1939; AA 305674. 32525

Siegel, Jerry. Superman, by Jerry Siegel and Joe Shuster. © Jan. 1-5, 7-12, 14-19, 21-26, 28, 1939; AA 100941, 101005, 100942, 101006, 101031, 101132, 101169, 101170, 101190, 100232, 101191, 101201, 101214, 100231, 101328, 101333, 101318, 100278, 100910, 101333, 100273, 100910. 32454-32503

Silver, Burdett co.,* New York. How the Catholic music hour series helps the teacher to meet the requirements of the course of study prescribed for the elementary schools of the Archdiocese of New York by the Catholic school boards, ed. 1938. © July 11, 1939; AA 305504.

Simmons, T. v. L.* Grand Rapids, Mich. Twins in Indian languages. © June 30, 1939; AA 304972. 32651

Simmons hardware co.,* St. Louis. Simmons toy and gift show, Christmas, 1939. © Aug. 1, 1939; AA 307464. 32652

Simons, Jane Kealhofer. Guide to city, by Jane Kealhofer Simons; ed. by Margaret Batchelder Merwether and The Columbia sesquicentennial historical marker committee. © July 12, 1939; A 306311; Columbia sesquicentennial comm., Columbia, S. C. 32653

Simons-Michelson co.* Detroit. 32654-32656
A newspaper advertising service for jewelers. Aug. © July 20, 1939; AA 308352.
AA newspaper ad service for credit jewelers. Aug. © July 26, 1939; AA 308351.
Greatest fur coat contest ever held!

Simplex brooder stove co.,* Grand Rapids, Mich. Catalog no. 38. Jan. 13, 1939; AA 304940. 32657

Simpson, Charles A.* Medway, Mass. Spectrum puzzle and game. 18, 1939; AA 306900. 32658

Simpson, Studwell & Swick, ltd.* New York. These Quukkee rounds have been sent to you with ... ments of ... © Aug. 8, 1939; AA 309381. 32659

Sinclair, Upton.* Pasadena, Calif. Expect no peace! © Mar. 22, 1939; AA 300268. 32690

Sinclair refining co., inc.* New York. 32591-32594
Driving in traffic gives lots of folks the jitters. © Aug. 9, 1939; AA 100282.
Here's our special combination price to Sinclair-ize your car winter. © Aug. 15, 1939; AA 306398.
I've always had to stretch my family's money a long way. © July 26, 1939; A 101266.
Jean Parker, star of the Republic picture, She married a cop ... © July 11, 1939; A 101275.
New York state distributor records ... © Aug. 2, 1939; A 100287.

Singer mfg. co.* Elizabethport, N. J. 32595-32610
And now—88 years of Singer skill bring you a new achievement—The anniversary model. © Aug. 15, 1939; A 100818.
Handy pocket book guide to New York for World's fair visitors. © June 20, 1939; A 306952.
Help from Singer! © June 10, 1939; A 100814.
Pretty Helen Reese often rides across Chicago's famous Michigan Avenue bridge. © July 17, 1939; A 101265.
Singer's economy budget electric. © Aug. 1, 1939; A 100815.

Singo enterprises.* Ripon, Wis. Singo (or) Singo (or) Binnit. [Instructions] © Aug. 4, 1939; AA 308372. 32671

Sipes, Leon.* El Dorado, Ark. Little red schoolhouse. © July 25, 1939; AA 309000. 32672

Sirene (Die) nr. 12, erstes Juniheft, 1939. © June 19, 1939; A 44079; Deutscher verlag, Berlin. 32673

Sisalkraft co.* Chicago. 32674-32676
How to build a Sisalkraft temporary silo. © July 12, 1939; AA 307384.
Yes sir! You can build a silo for as little as $18.50. © July 17, 1939; AA 307385.
Yes sir! You can build a Sisalkraft silo with ... © July 17, 1939; AA 307386.

Sisters of the poor of St. Francis,* Warwick, N. Y. Bridegroom cometh. © July 17, 1939; AA 305890. 32677

Stoxford, John R. Sprauling a continent. © June 27, 1939; 306721; Ia. Friendship press, inc., New York. 36411

Scott, Henry Fletcher. Latin book three, by H F. Scott, Annabel Horn, John Flagg Gummere. Text and key. © Aug. 31, 1939; AA 308982; Scott, Foresman & co., Chicago. 36412

Scrap book. 10th ed. © Sept. 1, 1939; AA 308986; Barnes-Ross co., Indianapolis. 36413

Seagram-distillers corp.* New York. 36414-36428
America's finest. 1939.
Salute to Pennsylvania. © May 24; A 101506.
Salute to Tennessee. © July 5; A 101502.
Salute to the New York world's fair. © July 10; June 10; A 101504, 101509.
Picture of our business depends upon your good-will. © Apr. 14, 1939; A 101500.
Good will is the mightiest practical force in the universe. © June 8, 1939; A 101500.
It's up to us to win your good-will. © May 11, 1939; A 101505.
Seagram's good will campaign applauded by America's finest bars and stores. © Apr. 1, 1939; A 101507.
$800,000 to build good-will for you! Your favorite bartender is a moderne. © June 8, 1939; A 101508.

Sender, Ruolf H. Principles of logn. Lesson nos. 1-4. 1939; AA 308940; Flora M. Jones, Spokane, Wyoming. v. 21, no. 2, Aug. © July 21; A 182392.

Servel, inc.* Evansville, Ind.
4-H club program can and will increase your Servel Electrolux rural business if you will let it! © Aug. 22, 1939; AA 308873.
Maintenance manual. 1939; AA 308974.

Seegriss, Walter H.* Chicago. © Aug. 7, 1939; AA 308782.

Sharp, Elizabeth.* Stockton, Calif. Story with a secret. © Aug. 31, 1939; AA 308763. co., Chicago. 36428

Sheafer, W. A. pen co.* Fort Madison, Ia.
Sheaffer's, the only lifetime pen . . .
Sheaffer's—the only pen continuously guaranteed-for-life since its inception for 16 years ago. © Sept. 15, 1939; A 101816. 36429

Shepard's citations. 1939. 36431-36449
Arkansas. v. 25, no. 2, Aug. © July 26; A 182400.
Atlantic reporter. v. 25, no. 1, Aug. © July 14; A 182398.
California. (In two parts) pts. 1, 2, v. 20, no. 4, Aug. © July 19; A 182395, 182396.
Colorado. v. 32, no. 2, Aug. © July 27; A 182401.
Dakota. v. 28, no. 2, Aug. © July 7; A 182391.
Federal reporter. Advance sheet ed. v. 6, no. 2, Aug. © Sept. 11; A 182387.
Florida. v. 28, no. 2, Aug. © July 17; A 182390.
Georgia. v. 31, no. 2, Aug. © July 27; A 182401.
Indiana. v. 31, no. 2, Aug. © July 25; A 182397.
Kansas. v. 32, no. 2, Aug. © July 21; A 182388.
Massachusetts. v. 32, no. 3, Aug. © July 21; A 182402.
Michigan. v. 32, no. 2, Aug. Advance sheet ed. © Sept. 15; A 182386.
Pacific reporter. v. 32, no. 3, Aug. © July 14; A 182394.
Southwestern reporter. v. 32, no. 3, Aug. © July 12; A 182393.
West Virginia. West Virginia acts, regular session. Special addendum. © July 27; A 182386.
Wyoming. v. 21, no. 2, Aug. © July 21; A 182392.

Shepard's Indiana classified topical index and table of cases. v. 12, no. 3, Aug., 1939. © July 26, 1939; A 182402.

Shepard's United States quarterly intervening advance sheet ed. v. 15, no. 3, Aug. 1939. © Aug. 31, 1939; A 182384.

---

Shure bros.* Chicago. 36451-36463
Look at these new Shure streamline mikers. © Aug. 5, 1939; AA 308896.
New dynamic Shure rocket moving condenser type microphone-microphone. © Aug. 5, 1939; AA 308897.
Free planning folders! 1939; A 101755.
Shure catalog. Microphones, phono pickups, accessories. © Sept. 10, 1939; A 101818.

Siegel, Jerry. Superman, by Jerry Siegel and Joe Shuster.* New York.
Sept. 2, 4-9, 11-15, 1939. © Sept. 2, 4-9, 11-15, 1939; AA 100408, 100428, 100481, 100396, 100474, 100601, 100504, 100505, 100500, 101754, 101757; McClure newspaper syndicate, New York.

Sievering, Philip, inc.* New York. 36470
Fifty years of floor plating. © Sept. 1, 1939; AA 308891.

Sinkins, Denber.* Syracuse, N. Y.
Sinkins, Greater Syracuse. © Sept. 12, 1939; A 310170.

Simler, Henry.* New York. Forty plus. © Aug. 31, 1939; AA 308911. 36472

Simons-Michelson co.,* Detroit. 36473, 36475
A newspaper ad service for credit jewelers. Sept. 1939. © Aug. 26, 1939; AA 308976.
AA newspaper ad service for credit jewelers. 1939; AA 308977.

Sign animation corp. of California.* Los Angeles. Sign action for attraction. © July 22, 1939; AA 308985; New York. 36471

Sinclair refining co., inc.* New York. 36476-36482
Constance Moore, featured in Johnny Downs in the new Universal picture, Hawaiian nights. © Aug. 29, 1939; A 100595.
My husband and I like to take a motor trip every weekend . . . © Aug. 16, 1939; A 100593.
Richard Arlen, star of the new Universal picture, Mutiny on the Blackhawk . . . © Aug. 15, 1939; A 103570.
To me driving is a real pleasure. © Aug. 23, 1939; A 100592.
Too old to drive in traffic? © Aug. 30, 31, 1939; A 100594, 100595.
Tops 11 years steady progress with new gallonage record. © Aug. 30, 1939; A 100592.

Gee! Where did you get those keen clothes? 101757.
Improved high speed unison feed machine. Rail top needle plate. © Aug. 8, 1939; AA 308844.
Instructions for oiling machine 157-3 for . . . © Aug. 11, 1939; AA 308848.
Instructions for using and adjusting. 1939.
Singer sewing machine 157-3 for making bags, automatic oiling system. © July 21; AA 308849.
Singer sewing machines 231-7 and 231-8 two needles and two loopers. © Aug. 14; AA 308846.
Instructions for using the Singer bias binder 121787 for single needle machines of classes 31, 44, 95, 94 and 1800. © Aug. 11, 1939; AA 308850.
List of parts. 1939. Machine no. 47v-71. © Aug. 16; July 21; AA 308847.
Machines nos. 96-81 and 96-84. © July 21; AA 308847.
1000 R. P. M. increase in speed with 112v147 or-needle lock stitch Singer sewing machine 155-38. © Aug. 21; AA 308856.
Singer machine 1115v108 for automatically embroidering the loops. © Aug. 11, 1939; AA 308843.
Spring balancer for 140-machines. © Aug. 16, 1939; AA 308851.
3 free lessons at your Singer sewing center, no purchase—no obligation. © Sept. 1, 1939; A 101756.

[Siple, Walter H.] Catalogue of the Taft museum. © Sept. 15, 1939; A 1322967; Taft museum, Cincinnati institute of fine arts, Cincinnati. 36496

Sirene (Die) nr. 13, 14. © June 29, July 4, 1939; A. for. 44404, 44401; Deutscher verlag, Berlin. 36497

Sisalkraft co.* Chicago. Sisalkraft silos built of American steel silo fabric (welded wire) 1939; AA 309942. © Aug. 24; 36498

Sisters of St. Joseph, Brentwood, N. Y. Sixth book in reading. © Sept. 6, 1939; A 132254; Schwartz, Kirwin & Fauss, New York. 36500

732

Washington. (State) Road map of Washington. [1940 ed.] © May 1, 1940; F 14624; H. M. Gousha co., Chicago. 27718

Washington, D. C. © May 11, 1940; F 14771; Mapcraft, Boston. 27719

— AAA official road map, the National Capital area. © May 17, 1940; F 14781; American automobile assn., Washington. 27720

— Yesterday in Washington, D. C., 1790–1900. © Apr. 16, 1940; F 14601; Thelma E. Fryer, Washington. 27721

Wayne County, Mich. Road map of Wayne County, Mich. © Apr. 17, 1940; F 14641; Board of county road commissioners of the county of Wayne, Detroit. 27722

Willimantic, Conn. New map of Willimantic & Windham, Conn. © June 7, 1940; F 14773; Price & Lee co., New Haven. 27723

Wisconsin. © June 1, 1940; F 14784; School products bureau, Chicago. 27724

World. © ... ian Wolff, ...

Hammond's ... gazetteer of the ... 1940; A ... co., New York. ...

Le plus petit ... Feb. 20, 1940; ... Editions I A ...

— Pan American ... June 1, 1940; ... can airways, ...

— World, 1940 ... F 14720; Consolidated ... ice, Austin, Tex.

Wyoming. Road ... [1940 ed.] ... H. M. Gousha ...

Yosemite national ... to Yosemite ... 10, 1940; F 14 ... automobile assn. ...

Number of entries of maps included in the catalog since ...



27732–31117

THE LIBRARY OF CONGRESS
COPYRIGHT OFFICE

CATALOG

OF

# COPYRIGHT ENTRIES

PUBLISHED BY AUTHORITY OF THE ACTS OF CONGRESS OF MARCH 3, 1891, OF JUNE 30, 1906, AND OF MARCH 4, 1909

PART 1, GROUP 2

PAMPHLETS, LEAFLETS, CONTRIBUTIONS TO NEWSPAPERS OR PERIODICALS, ETC.; LECTURES, SERMONS, ADDRESSES FOR ORAL DELIVERY; MAPS

1940

NEW SERIES, VOLUME 37

No. 7

UNITED STATES
GOVERNMENT PRINTING OFFICE
WASHINGTON : 1940

165

15

**CATALOG OF**

Schmidt brewing co.• Detroit. 30310-30313
For a grand and glorious 4th look for
that red, white, and blue label. ©
July 3, 1940; A 114570.
Schmidt's say: Look for this sign
when you're looking for draught
beer, at its best. © July 8, 1940;
A 113705.
What every June bride should know.
© June 24, 1940; A 113582.
What is Schmidt's beer? © July 4,
1940; A 114571.

Schour, I. Chronology of tooth de-
velopment, by I. Schour and H. G.
Poncher. © June 6, 1940; AA
340006; Mead Johnson & co., Evans-
ville, Ind.

Schreuder, C. N.• Chicago. Atten-
tion—all those who can typewrite.
© Oct. 10, 1939; AA 335940.

Schulz, Herbert G.• New York. How
not to play the horses. © June 27,
1940; AA 338738.

Schwabacher & co.• Los Angeles, Bal-
6, 1940; AA 338791.
annual investment account. ©
June 27,
1940; AA 338736.

Schwalbenbach, Lewis R. American
forum: Shall we declare an embargo
against Japan? Yes! By Ernest L. H.
Schwalbenbach. No.! By Elsie Jum-
dien. © June 13, 1940; AA 114700;
United feature syndicate, inc., New
York.

Scientific model airplane co.• Newark,
N.J. 2 Scientific catalog co, il. ©
June 29, 1940; AA 337788.

Scott, Elmer—• Chicago. 30319
© May 13, 1940; AA 338082;
Wanger productions, inc; Hollywood.

Scott, Elmer F.
[Serial]
1940; AA
book co., ;

Screen write Economic
ing condit
screen wri
28, 1940;

Screeno and
Screeno. ;

---

Screen Institute.• New York. 30324, 30325
Facts about a new science. © June
25, 1940; AA 336683.

Sealey, William C. Efficiency tests
[Serial] 5440. Ed. 1.
Learn what your handwriting re-
veals. © June 6, 1940; AA 338690.

Sealtest, inc.• New York. 30326
Sealtest
food adviser—spring, 1940.
© Mar. 1, 1940; AA 337520.

Sease, Rosalyn Summer. March
emissions, 1940. 30328
Lender's ed. © June 28; AA 337926.
Student's ed. © June 28; AA 337926.
Board of publication of the United
Lutheran church in America, Phil-
adelphia.

Sensenig's greetings and best wishes from
American culture co, 1940. © Aug.
I, 1939; AA 335810; American calen-
dar co., Greeneville, Tenn.

Sears, Roebuck & co.• Chicago. New

Securities tabulating corp.• New York. 30331
Callable bond survey. July, 1940.
© July 2, 1940; AA 338862.
Corporate bond handbook, June,
1940. © June 6, 1940; AA 335618.

Security supervisors, inc.• Chicago.
Associated gas & electric system, Re-
vised su. © July 1, 1940; AA 335618.

Seeforth service.• Chicago. 30335-30337
Seeforth service monthly supplement
no. 10, June 1940. © June 15,
1940; AA 335576.
Trusts for employees, 1940.
© June 6, 1940; AA 335681.
Report no.8. Forms for creation
of pension trust plan. © June
21; AA 335580.
Report no. 9. Forms for creation
of stock bonus trust plan. ©
July 6; AA 337860.
Seiberling rubber co.• Akron, O. So
tough it eats nails! © June 27, 1940;
A 113531.

[Seigel, Jerry] 30338, 30340
Superman coloring book [by Jerry
Seigel and Joe Shuster] © June
17, 1940; AA 386586.

---

**no. 7, 1940**

Superman cut-outs [by Jerry Seigel
and Joe Shuster]
AA 386587.
© Superman, inc., New York.

Selchow & Righter co.• New York.
We wow wang. Directions for play-
ing. © Apr. 1, 1940; AA 337516.

Selling, Lowel S. & Vaughn, Charles
L.• Detroit.
Self-administering life
history form. © July 1, 1940; AA
337543.

Selmer, H & A. inc.• Elkhart, Ind.
Selmer finest-class sax strap.
© June 28, 1940; AA 335734.

Sembrich memorial assn.• Lake George,
N.Y. Outline of the career of
Madame Marcella Sembrich.
© June 20, 1940; AA 337382.

Serrell, Lemuel Wright.• Portland, Or.
Rebirth of a great democracy. Under
the Equalization program.
© July 17, 1940; AA 335650.

Servel, inc.• Evansville, Ind. 30340-30352
Addition to pur. 7, maintenance man-
ual—removing and replacing parts.
Form SV1-C53. © June 26, 1940;
AA 335623.
Addition to pur. 33-7, maintenance
manual—Servel gas refrigerator—
operation analysis and occasional
maintenance. © June 25, 1940; AA
335637.
Here's the refrigerator that meets
farm requirements ... © June 26,
1940; AA 335609.
Servel's adaptability are met with
Servel's adaptability. © June 24,
1940; AA 336008; co., Dallas.

Increase your sales of Servel Electro-
lux beyond the gas mains!
© June 11, 1940; AA 337647.
How farm requirements are met with
Servel's adaptability. © June 24;
AA 336008.
Now for less than 1¼ cent each
blanket every home beyond the
gas mains in your territory with this
tested sales-producer. © June
14, 1940; AA 337640.
Servel all year gas-operated air con-
ditioner. © June 13, 1940; AA
337543.

Severance, George Sawyer.• Chicago.
Social time recorder. © June 18,
1940; AA 335900.
Shadduck, R. B. H.• Ashtabula, O.
takes God did not make the ...
June 10, 1940; AA 335500.

---

Shaklee, F. C.• Oa...
Shaklee free en
Shaklee free v
June 7, 1940; A...

Shartle, Edward
ville, Pa. Leas
1940; AA 336552.

Shell oil co., inc.• New Y
Oil burner owner's guid
23, 1940; AA 338438.
Story of Shell fuel oil.
1940; AA 337414.

Shenefield, Hale T. Asses
In appraising value of r
Apr. 25, 1940; AA 338
administration service, C

Shepard, Frank co.• New Y
ard's citations.
New York citations. 2d ed.
New York supplement,
© June 27, 1940; A 122
Oregon, 4th ed., v. 1 (193
4, 1387; A 1421123.

Sherlock & Arnold, inc.•
New passenger car sales
towns and cities
June 28, 1940; AA 338

Sherwood, Robert E. Rebec
May 15, 1940; AA 338
international pictures,
York.

Shimon, Louis C.• Milwauke
something good about you
18, 1920; AA 340055.

Shipley, Walter C. Shiple
scale for measuring intel...
pairment. Manual of di
March 22, 1940; AA 338
psychiatric institute of the
retreat, Hartford.

Shupp-o, inc.• Chicago. Thi
Shupp-o stamp book. For
© May 27, 1940; AA 33872

ROC II

Case 2:04-cv-08400-ODW-RZ Document 347-10 Filed 07/28/08 Page 9 of 47 Page ID #:2314

**[Siegel, Jerry]** Superman coloring book [by Jerry Siegel and Joe Shuster] © June 24, 1940; AA 387731; Superman, inc., New York.

Selavision co.• Greensboro, N.C. If your present salary, which supports you and your family were to stop... © Feb. 12, 1939; AA 342402.

Seiden, Arzeno E.• Lansing, Mich. 1940. AA 342942. 34651

Seiden the stratosphere man. Selected as the feature. Free attraction. © June 25; AA 11510l.

Sellers, Horace R.• Mt. Morris, Mich. Industry. Instructions. © July 16, 1940; AA 342255. 34054

Semefelder co.• New York. Aviation press, Sun Francisco.

Serrel, Inc.• Evansville, Ind. Use and lubrication of rubber parts in the modern automobile. © July 16, 1940; AA 344045. 34055

Sentry co.• Foxborough, Mass. Sentry diamond back of atmospheric control for hardening high-speed steel. © June 13, 1940; AA 34188. 34056

Serrallés, Juan Klein. Manual de dinámica. © Aug. 2, 1940; A 142807; Aviation press, Sun Francisco.

Service analysts, inc.• New York. Bulletin no. 4000N. © July 19, 1940; AA 344044. 34058

Seven up bottling co.• St. Louis. Don't blame the camel, he can't help guzzling! A 114980. Sky's the limit when camel's start guzzling. © June 12, 1940; A 114980. 34004

Seven-up co.• St. Louis. 7-up sales manual. © July 20, 1940; AA 342032. 34064

Sheehan, Michael, ed. Automotive observations, 1940. No. 113. © July 18, 1940; AA 342246; Northwestern press, Minneapolis. 34974

Shen, Mildred G. Letter writing, by M. G. Shen, Isabelle S. live M. Stirk. © June 21, 1940; AA 340108; Dominic William Baccaro, Shrewsbury, Mass.

Sheaffer, W. A pen co.• Fort Madison, Ia. Sheaffer's Skrip, the airplane special. © July 29, 1940; A 115056. 34989

Sheboygan, Wis. Wright's Sheboygan directory, 1940, including city directory, Sheboygan Falls and Plymouth. © July 30, 1940; A 142116. 34969

Sheldon, George E. Amateur magician. © July 18, 1940; AA 342246; Northwestern press, Minneapolis.

Shepard, Frank co.• New York. Shepard's citations, June, 1940. California. 34975-34985 ... Illinois, v. 35, no. 2. © May 28; Kentucky. A 142113, v. 4, no. 1. © June 4; Louisiana, v. 22, no. 2. © June 6; A 142115. ... Massachusetts, v. 7, no. 4. © June 2; A 142102. Minnesota, v. 40, no. 2. © June 11; Missouri, v. 80, no. 2. © June 11; A 142116.

Seymour, F. P.• Chicago. Here's how to win customers and influence... Aug. 2, 1940; AA 344635.

Shattinger, Ada Cora. Fragments. Aug. 1, 1940; AA 342450; Charles Shattinger, Los Angeles. 34968

Shattuck, Marquis E. Beacon lights of literature, Book 6. © Aug. 5, 1940; Iroquois pub. co., Inc., Syracuse. 34967

no. 12, 1940

Sifton, Edith.• Seattle. Criteria for the construction and interpretation of graphs. © Nov. 12, 1940; AA 352052.

Sigmal, Sonderausgabe der Berliner Illustrirten zeitung. nr. 6–11. © July 1, 15, 25, Aug. 10, 25, Sept. 10, 1940 for 46773–46782, 46988 : Deutscher verlag, Berlin.

Silex co.• Hartford. Exclusive Silex features. © July 15, 1940; AA 351750. Restaurant equipment, electric and gas models. © Aug. 30, 1940; AA 351700.

Silverman, Hirsch Lazaar. Commentary on life from Pavana to the universe. © Nov. 1, 1940; AA 349889. Century house publishers, New York.

Simons, Michelson co.• Detroit.

A newspaper advertising service for credit jewelers. © Dec. 7, 1940; AA 351053. A newspaper ad service for credit jewelers. © Oct. 14, 1940; AA 352080. © Nov. 15, 1940; AA 351960.

Singer mfg. co.• Elizabeth, N. J. Instrucciones y lista de piezas del Oilslider Singer no. 121705. © Nov. 15, 1940; AA 351417. Instructions for using and adjusting Singer sewing machines. © Nov. 2, 1940; AA 349804. Instructions for using Singer machine 111w117. © Aug. 29, 1940; AA 352080. Instructions for using the Singer hemstitcher and picot edger for lockstitch family sewing machines. © Oct. 30, 1940; AA 349886. List of parts. Machine. No. 70–101. © Nov. 15, 1940; AA 351421. No. 70–102, 352081. © Nov. 30, 1940; AA 352081.

Sisters of Saint Joseph of Boston. Sixth renJur manual of the Sisters of Saint Joseph of Boston, with Arthur I. Gates as adviser in reading method. © Dec. 10, 1940; A 147383: Macmillan co., New York.

Sixth annual register of the organizations of Pasadena and vicinity. © Oct. 10, 1940; AA 351815: Turner & Stevens co., Pasadena, Calif.

Skinner, Richard Dana. Trend reports. Weekly service. Weeks ended Oct. 23, 30, Nov. 6, 13, 1940. Prepared and edited by Richard Dana Skinner and E. Carroll Skinner. © Nov. 6, 13, 20, 27, 1940; AA 351618–351619, 352633: Townsend Skinner & co., inc, New York.

[Smith, Evelyn] Frame-a-puzzle cut-out book. © Dec. 6, 1940; A 352744. Ourang. © Nov. 8, 1940; AA Gretmell lithographic co, inc, New York.

Shorn, LeRoy Hendrick. Acute appendicitis. [To be inserted in] The's practice of medicine. © Dec. 9, 1940; A 352604 : W. F. Prior co, inc, Hagerstown, Md.

CATALOG OF COPYRIGHT ENTRIES    BOOKS, GROUP II

158    159    169

**[Siegel (Jerry)]** Superman coloring book. [By] Jerry Siegel and Joe Shuster] © Aug. 2, 1941; AA 356348; Superman, inc., New York. 6990

R660848 (con.)
Super.  © 22Jun49;  A33819.  Donald E.
Super (A);  6Apr77;  R660848.

R660849.
Dechies are male.  By Bernard DeVoto.
(In Woman's day, Nov. 1949)  © 10Oct49;
B213326.  Avis DeVoto (W);  27May77;
R660849.

R660851.
Husbands and lovers.  Editor: Elizabeth
Abell & Joseph Greene.  NM: anthology.
© 7Dec49;  A41484.  Elizabeth Abell (A);
25Apr77;  R660851.

R660854.
Roosevelt and Hopkins; an intimate
history.  By Robert E. Sherwood.  NM:
foreword, additions & revisions.
© 18Mar50;  A41914.  Madeline Sherwood
(Mrs. Robert E. Sherwood) (W);  13Apr77;
R660854.

R660872.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 1, 1949)  © 1Aug49;
B5-15462.  DC Comics, Inc. (PWH);
18May77;  R660872.

R660873.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 2, 1949)  © 2Aug49;
B5-15463.  DC Comics, Inc. (PWH);
18May77;  R660873.

R660874.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 3, 1949)  © 3Aug49;
B5-15464.  DC Comics, Inc. (PWH);
18May77;  R660874.

R660875.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 4, 1949)  © 4Aug49;
B5-15465.  DC Comics, Inc. (PWH);
18May77;  R660875.

R660876.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 5, 1949)  © 5Aug49;
B5-15466.  DC Comics, Inc. (PWH);
18May77;  R660876.

R660877.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 6, 1949)  © 6Aug49;
B5-15467.  DC Comics, Inc. (PWH);
18May77;  R660877.

R660878.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
New York Sunday mirror, Aug. 7, 1949)
© 7Aug49;  B5-15468.  DC Comics, Inc.
(PWH);  18May77;  R660878.

R660879.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 8, 1949)  © 8Aug49;
B5-15469.  DC Comics, Inc. (PWH);
18May77;  R660879.

R660880.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 9, 1949)  © 9Aug49;
B5-15470.  DC Comics, Inc. (PWH);
18May77;  R660880.

R660881.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 10, 1949)
© 10Aug49;  B5-15471.  DC Comics, Inc.
(PWH);  18May77;  R660881.

R660882.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 11, 1949)
© 11Aug49;  B5-15472.  DC Comics, Inc.
(PWH);  18May77;  R660882.

R660883.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 12, 1949)
© 12Aug49;  B5-15473.  DC Comics, Inc.
(PWH);  18May77;  R660883.

R660884.
Superman.  By National Comics Pub-
lications, Inc. & Harry Donenfeld.  (In
Lovell) (NA) sun, Aug. 13, 1949)
© 13Aug49;  B5-15474.  DC Comics, Inc.
(PWH);  18May77;  R660884.

R660885.
Cooperative literary comprehension and
appreciation test.  Form A.  © 3Mar50;
AA143832.  Educational Testing Service
(PWH);  16May77;  R660885.

R660886.
Cooperative English test.  Test B1;
effectiveness of expression (lower level)
Form Y.  © 3Mar50;  AA143833.  Educational
Testing Service (PWH);  16May77;  R660886.

R660887.
Cooperative English test.  Test C1;
reading comprehension (lower level)  Form
R.  © 3Mar50;  AA143834.  Educational
Testing Service (PWH);  16May77;  R660887.

R660888.
United States Military Academy aptitude
test.  Form YWP-1950.  © 7Mar50;
AA144420.  Educational Testing Service
(PWH);  16May77;  R660888.

R660889.
United States Military Academy special
examination in United States history.
Form YWP-1950.  © 7Mar50;  AA144421.
Educational Testing Service (PWH);
16May77;  R660889.

R660890.
United States Military Academy regular
and validating examination in mathematics.
Form YWP-1950.  © 8Mar50;  AA144422.
Educational Testing Service (PWH);
16May77;  R660890.

R660891.
United States Military Academy regular
and validating examination in English.
Form YWP-1950.  © 8Mar50;  AA144423.
Educational Testing Service (PWH);
16May77;  R660891.

R660892.
Advanced examination in chemistry.  Form
YXC.  © 8Mar50;  AA144424.  Educational
Testing Service (PWH);  16May77;  R660892.

R660893.
Advanced examination in mathematics.
Form YXC.  © 8Mar50;  AA144425.
Educational Testing Service (PWH);
16May77;  R660893.

R660894.
Advanced examination in biology.  Form
YXC.  © 8Mar50;  AA144426.  Educational
Testing Service (PWH);  16May77;  R660894.

R660895.
Advanced examination in physics.  Form
YXC.  © 8Mar50;  AA144427.  Educational
Testing Service (PWH);  16May77;  R660895.

R660896.
College Entrance Examination Board
English composition, YXC2.  © 11Mar50;
AA144456.  Educational Testing Service
(PWH);  16May77;  R660896.

R660897.
College Entrance Exa...
Italian and Greek test
© 11Mar50;  AA144457.
Service (PWH);  16May...

R660898.
College Entrance Exa...
achievement tests.  Fo...
AA144458.  Educational...
Service (PWH);  16May...; R660...

R660899.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144459.  Educational...
(PWH);  16May77;  R660...

R660900.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144460.  Educational...
(PWH);  16May77;  R660...

R660901.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144461.  Educational...
(PWH);  16May77;  R660...

R660902.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144462.  Educational...
(PWH);  16May77;  R660...

R660903.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144463.  Educational...
(PWH);  16May77;  R660...

R660904.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144464.  Educational...
(PWH);  16May77;  R660...

R660905.
College Entrance Exa...
scholastic aptitude te...
mathematical sections...
AA144465.  Educational...
(PWH);  16May77;  R660...

R660906.
College Entrance Ex...
scholastic aptitude te...
mathematical sections...
AA144466.  Educational...
(PWH);  16May77;  R66...

R660907.
College Entrance Ex...
scholastic aptitude te...
mathematical sections...
AA144467.  Educationa...
(PWH);  16May77;  R660...

R660908.
College Entrance Ex...
scholastic aptitude te...
mathematical sections...
© 11Mar50;  AA144468.
Service (PWH);  16May...

R660909.
College Entrance Ex...
scholastic aptitude te...
mathematical sections...
© 11Mar50;  AA144469.
Service (PWH);  16May...

R660910.
College Entrance E...
scholastic aptitude t...
mathematical section...

3314

AA122232.    West Publishing Company (PWH);
7Jul76;   R640378.

R640379.
Atlantic digest.  Vol. 1-35.  1949
cumulative annual pocket part.  © 29Jun49;
AA122233.  West Publishing Company (PWH);
7Jul76;  R640379.

R640380.
West's Ohio digest, 1803 to date.  Vol.
5.  © 24Jun49;  AA122234.  West Publishing
Company (PWH);  7Jul76;  R640380.

R640381.
Iowa rules of civil procedure.  1949
cumulative pocket part.  By Warne G. Cook.
© 30Jun49;  AA122427.  West Publishing
Company (PWH);  7Jul76;  R640381.

R640382.
Smith-Hurd Illinois annotated statutes;
permanent ed.  June 1949 cumulative
pamphlet.  By West Publishing Company &
Burdette Smith Company, employer for
hire.  © 24Jun49;  AA122428.  West
Publishing Company (PWH);  7Jul76;
R640382.

R640383.
New Jersey statutes annotated; permanent
ed.  June 1949 cumulative pamphlet.
© 28Jun49;  AA122429.  West Publishing
Company (PWH);  7Jul76;  R640383.

R640384.
Purdon's Pennsylvania legislative
service, 1949.  No. 4.  © 23Jun49;
AA122430.  West Publishing Company (PWH);
7Jul76;  R640384.

R640385.
Waltzinger's New Jersey practice under
the rules.  1949 pocket part.  By
Fredrick J. Waltzinger.  © 3May49;
AA123548.  West Publishing Company (PWH);
7Jul76;  R640385.

R640386.
Federal digest; cumulative table of
cases affirmed, reversed or modified.  NM:
revisions & additions.  © 31May49;
AA121569.  West Publishing Company (PWH);
7Jul76;  R640386.

R640387.
Corpus Juris 1949 annotations.  By the
American Law Book Company, employer for
hire.  © 13Jun49;  AA123842.  West
Publishing Company (PWH);  7Jul76;
R640387.

R640548.
Little Squire Jim.  By Robert K.
Marshall.  © 8Mar49;  A30788.  Robert K.
Marshall (A);  1Sep76;  R640548.

R640549.
Basic theory: administration and
application of activity vector analysis.
By Walter Vernon Clarke.  © 15Jan49;
A34268.  Walter Vernon Clarke (A);
1Sep76;  R640549.

R640558.
Sun Valley recipe book.  By John K.
Donabedian.  © 20Aug49;  AA129358.  John
K. Donabedian (A);  2Sep76;  R640558.

R640559.
This same flower.  By Jeannette Covert
Nolan.  © 30Sep48;  A25879.  Val Nolan,
Jr., Kathleen Nolan Lobley & Alan T.
Nolan (C);  2Sep76;  R640559.

R640597.
Uniform buttons.  Vol. 1-2.  By David P.
Johnson.  © 10ct49;  A27925.  Century
House (PWH);  9Sep76;  R640597.

R640601.
ABC's of childbearing.  By Donita

---

Ferguson...[woman, Oct. 1949]
© 28Sep48;  B157902.  Donita Ferguson (A);
30Jul76;  R640601.

R640602.
The Golden trumpet.  By Aaron Kramer.
© 22Aug49;  AA133543.  Aaron Kramer (A);
13Sep76;  R640602.

R640603.
The Rose book of trees and shrubs; a
complete guide to the design, care, and
planting of the home grounds, with
information on lawns, etcetera.  By J. J.
Levison.  NM: revisions & additions.
© 12Apr49;  A31863.  Myrtle Powell Lader
Levison (W);  10Sep76;  R640603.

R640604.
Macoy's Star songs set to familiar
tunes.  By William L. Wissenson.
© 12Apr48;  AA79809.  Macoy Publishing and
Masonic Supply Company, Inc. (PWH);
1Apr76;  R640604.

R640605.
The Lost art of profanity.  By Burgess
Johnson, foreword by Henry Louis Mencken,
illustrator Orson Lowell.  © 13Sep48;
A25719.  Mercantile-Safe Deposit and Trust
Company (E of Henry Louis Mencken);
2Sep76;  R640605.

R640606.
Verbs new and old.  By Henry Louis
Mencken.  (In American speech, Feb. 1948)
© 2Sep48;  B154272.  Mercantile-Safe
Deposit and Trust Company (E);  23Aug76;
R640606.

R640607.
Postscripts to the American language.
By Henry Louis Mencken.  (In The New
Yorker, Sept. 25, 1948)  © 23Sep48;
B154854.  Mercantile-Safe Deposit and
Trust Company (E);  23Aug76;  R640607.

R640608.
Mencken in gloomy mood, view of
candidates leaves him uninspired.  By
Henry Louis Mencken.  (In The Baltimore
sun, Sept. 22, 1948)  © 22Sep48;  B5-7247.
Mercantile-Safe Deposit and Trust Company
(E);  23Aug76;  R640608.

R640614.
Back in town.  By Frederick Nebel.  (In
Liberty, Oct. 1948)  © 200ct48;  B159619.
Dorothy B. Nebel (W);  27Jul76;  R640614.

R640640.
You can call it a day.  The Man nobody
saw.  By Peter Cheyney.  © 20Apr49;
AI-2304; 25Aug49, A35296.  William
Collins (E);  1Sep76;  R640640.

R640656.
Vogue patterns.  Pamphlet, Aug. 15
collection.  By Ruth Sedar Cooke.
© 8Jul49;  AA122465.  The Conde Nast
Publications, Inc. (PWH);  2Aug76;
R640656.

R640657.
Junior Vogue patterns.  Catalogue, Sept.
1949.  By Ruth Sedar Cooke.  © 25Jul49;
AA123811.  The Conde Nast Publications,
Inc. (PWH);  2Aug76;  R640657.

R640658.
Vogue patterns.Catalogue, Sept. 1949.
By Ruth Sedar Cooke.  © 25Jul49;
AA123812.  The Conde Nast Publications,
Inc. (PWH);  2Aug76;  R640658.

R640659.
Vogue patterns.  Pamphlet, Sept. 1
collection.  By Ruth Sedar Cooke.
© 25Jul49;  AA123823.  The Conde Nast
Publications, Inc. (PWH);  2Aug76;
R640659.

---

DEC. 1976

R640671.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 28,
1949)  © 28Feb49;  B5-11381.  DC Comics,
Inc. (PWH);  3Sep76;  R640671.

R640672.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 26,
1949)  © 26Feb49;  B5-11383.  DC Comics,
Inc. (PWH);  3Sep76;  R640672.

R640673.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 25,
1949)  © 25Feb49;  ≤5-11384.  DC Comics,
Inc. (PWH);  3Sep76;  R640673.

R640674.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 24,
1949)  © 24Feb49;  B5-11385.  DC Comics,
Inc. (PWH);  3Sep76;  R640674.

R640675.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 22,
1949)  © 22Feb49;  B5-11387.  DC Comics,
Inc. (PWH);  3Sep76;  R640675.

R640676.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 21,
1949)  © 21Feb49;  B5-11388.  DC Comics,
Inc. (PWH);  3Sep76;  R640676.

R640677.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Sunday mirror, New York,
Feb. 20, 1949)  © 20Feb49;  B5-11389.  DC
Comics, Inc. (PWH);  3Sep76;  R640677.

R640678.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 19,
1949)  © 19Feb49;  B5-11390.  DC Comics,
Inc. (PWH);  3Sep76;  R640678.

R640679.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 18,
1949)  © 18Feb49;  B5-11391.  DC Comics,
Inc. (PWH);  3Sep76;  R640679.

R640680.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 17,
1949)  © 17Feb49;  B5-11392.  DC Comics,
Inc. (PWH);  3Sep76;  R640680.

R640681.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 16,
1949)  © 16Feb49;  B5-11393.  DC Comics,
Inc. (PWH);  3Sep76;  R640681.

R640682.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 15,
1949)  © 15Feb49;  B5-11394.  DC Comics,
Inc. (PWH);  3Sep76;  R640682.

R640683.
Superman.  By National Comics Pub-
lications, Inc., Harry Donenfeld,
president.  (In Lowell (MA) sun, Feb. 14,
1949)  © 14Feb49;  B5-11395.  DC Comics,
Inc. (PWH);  3Sep76;  R640683.

R640684.
Superman.  By National Comics Pub-

R 640684 (con.)
lications, Inc., Harry Donenfeld,
president. (In Sunday mirror, New York,
Feb. 13, 1949) © 13Feb49; B5-11396. DC
Comics, Inc. (PWH); 3Sep76; R640684.

R640685.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Feb. 12,
1949) © 12Feb49; B5-11397. DC Comics,
Inc. (PWH); 3Sep76; R640685.

R640686.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Feb. 11,
1949) © 11Feb49; B5-11398. DC Comics,
Inc. (PWH); 3Sep76; R640686.

R640687.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Oakland (CA) post-
enquirer, Feb. 10, 1949) © 10Feb49;
B5-11399. DC Comics, Inc. (PWH); 3Sep76;
R640687.

R640688.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Feb. 09,
1949) © 9Feb49; B5-11400. DC Comics,
Inc. (PWH); 3Sep76; R640688.

R640689.
Superman. (In San Bernardino (CA)
telegram, Jan. 01, 1949) © 1Jan49;
B5-9579. National Periodical Publi-
cations, Inc. (PWH); 11Aug76; R640689.

R640690.
Superman. (In Sunday mirror, New York,
Jan. 02, 1949) © 2Jan49; B5-9580.
National Periodical Publications, Inc.
(PWH); 11Aug76; R640690.

R640691.
Superman. (In Lowell (MA) sun, Jan. 03,
1949) © 3Jan49; B5-9581. National
Periodical Publications, Inc. (PWH);
11Aug76; R640691.

R640692.
Superman. (In Lowell (MA) sun, Jan. 04,
1949) © 4Jan49; B5-9582. National
Periodical Publications, Inc. (PWH);
11Aug76; R640692.

R640693.
Superman. (In Lowell (MA) sun, Jan. 05,
1949) © 5Jan49; B5-9583. National
Periodical Publications, Inc. (PWH);
11Aug76; R640693.

R640694.
Superman. (In Lowell (MA) sun, Jan. 06,
1949) © 6Jan49; B5-9584. National
Periodical Publications, Inc. (PWH);
11Aug76; R640694.

R640695.
Superman. (In Lowell (MA) sun, Jan. 07,
1949) © 7Jan49; B5-9585. National
Periodical Publications, Inc. (PWH);
11Aug76; R640695.

R640696.
Superman. (In Lowell (MA) sun, Jan. 08,
1949) © 8Jan49; B5-9586. National
Periodical Publications, Inc. (PWH);
11Aug76; R640696.

R640697.
Superman. (In Sunday mirror, New York,
Jan. 09, 1949) © 9Jan49; B5-9587.
National Periodical Publications, Inc.
(PWH); 11Aug76; R640697.

R640698.
Superman. (In Lowell (MA) sun, Jan. 10,
1949) © 10Jan49; B5-9588. National

Periodical Publications, Inc. (PWH);
11Aug76; R640698.

R640699.
Superman. (In Lowell (MA) sun, Jan. 11,
1949) © 11Jan49; B5-9589. National
Periodical Publications, Inc. (PWH);
11Aug76; R640699.

R640700.
Superman. (In Lowell (MA) sun, Jan. 12,
1949) © 12Jan49; B5-9590. National
Periodical Publications, Inc. (PWH);
11Aug76; R640700.

R640701.
Superman. (In Lowell (MA) sun, Jan. 13,
1949) © 13Jan49; B5-9591. National
Periodical Publications, Inc. (PWH);
11Aug76; R640701.

R640702.
Superman. (In Lowell (MA) sun, Jan. 14,
1949) © 14Jan49; B5-9592. National
Periodical Publications, Inc. (PWH);
11Aug76; R640702.

R640703.
Superman. (In Lowell (MA) sun, Jan. 15,
1949) © 15Jan49; B5-9593. National
Periodical Publications, Inc. (PWH);
11Aug76; R640703.

R640704.
Superman. (In Sunday mirror, New York,
Jan. 16, 1949) © 16Jan49; B5-9594.
National Periodical Publications, Inc.
(PWH); 11Aug76; R640704.

R640705.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 31,
1949) © 31Jan49; B5-11409. National
Periodical Publications, Inc. (PWH);
11Aug76; R640705.

R640706.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Sunday mirror, New York,
Jan. 30, 1949) © 30Jan49; B5-11410.
National Periodical Publications, Inc.
(PWH); 11Aug76; R640706.

R640707.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 29,
1949) © 29Jan49; B5-11411. National
Periodical Publications, Inc. (PWH);
11Aug76; R640707.

R640708.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 28,
1949) © 28Jan49; B5-11412. National
Periodical Publications, Inc. (PWH);
11Aug76; R640708.

R640709.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 27,
1949) © 27Jan49; B5-11413. National
Periodical Publications, Inc. (PWH);
11Aug76; R640709.

R640710.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 26,
1949) © 26Jan49; B5-11414. National
Periodical Publications, Inc. (PWH);
11Aug76; R640710.

R640711.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan. 25,
1949) © 25Jan49; B5-11415. National

Periodical Publications, Inc. (PWH);
11Aug76; R640711.

R640712.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 24Jan49; B5-11416. National
Periodical Publications, Inc. (PWH);
11Aug76; R640712.

R640713.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Sunday mirror, New York,
Jan. 23, 1949) © 23Jan49; B5-11417.
National Periodical Publications, Inc.
(PWH); 11Aug76; R640713.

R640714.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 22Jan49; B5-11418. National
Periodical Publications, Inc. (PWH);
11Aug76; R640714.

R640715.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 21Jan49; B5-11419. National
Periodical Publications, Inc. (PWH);
11Aug76; R640715.

R640716.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 20Jan49; B5-11420. National
Periodical Publications, Inc. (PWH);
11Aug76; R640716.

R640717.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 19Jan49; B5-11421. National
Periodical Publications, Inc. (PWH);
11Aug76; R640717.

R640718.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 18Jan49; B5-11422. National
Periodical Publications, Inc. (PWH);
11Aug76; R640718.

R640719.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Jan.
1949) © 17Jan49; B5-11423. National
Periodical Publications, Inc. (PWH);
11Aug76; R640719.

R640720.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Feb.
1949) © 8Feb49; B5-11401. National
Periodical Publications, Inc. (PWH);
3Sep76; R640720.

R640721.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Lowell (MA) sun, Feb.
1949) © 7Feb49; B5-11402. National
Periodical Publications, Inc. (PWH);
3Sep76; R640721.

R640722.
Superman. By National Comics Pub-
lications, Inc., Harry Donenfeld,
president. (In Sunday mirror, New York,
Feb. 06, 1949) © 6Feb49; B5-11403.
National Periodical Publications, Inc.
(PWH); 3Sep76; R640722.

R640723.
Superman. By National Comics Pub-

R640723 (con.)
lications, Inc. Harry Donenfeld,
president. (In Lowell) (NA) sun, Feb. 05,
1949.  1Feb49;  B5-11404.  National
Periodical Publications, Inc. (PWH);
3Sep76;  R640723.

R640724.
Superman.  By National Comics Pub-
lications, Inc. Harry Donenfeld,
president. (In Lowell) (NA) sun, Feb. 04,
1949)  4Feb49;  B5-11405.  National
Periodical Publications, Inc. (PWH);
3Sep76;  R640724.

R640725.
Superman.  By National Comics Pub-
lications, Inc. Harry Donenfeld,
president. (In Lowell) (NA) sun, Feb. 03,
1949)  3Feb49;  B5-11406.  National
Periodical Publications, Inc. (PWH);
3Sep76;  R640725.

R640726.
Superman.  By National Comics Pub-
lications, Inc. (In Lowell) (NA) sun, Feb.
02, 1949)  2Feb49;  B5-11407.  National
Periodical Publications, Inc. (PWH);
3Sep76;  R640726.

R640727.
Superman.  By National Comics Pub-
lications, Inc. (In Lowell) (NA) sun, Feb.
01, 1949)  1Feb49;  B5-11408.  National
Periodical Publications, Inc. (PWH);
3Sep76;  R640727.

R640728.
A circus of our own.  By Irmengarde
Eberle.  7Sep48;  A25409.  Irmengarde
Eberle (A);  1Sep76;  R640728.

R640729.
The Flesh and Mary Duncan.  By Monte
Sohn.  7Sep48;  A25412.  Mrs. Monte Sohn
(W);  1Sep76;  R640729.

R640730.
Royal gorge.  By Peter Dawson, pseud. of
Jonathan H. Glidden.  7Sep48;  A25413.
Dorothy Ewing (W of Peter Dawson, pen name
of Jonathan H. Glidden);  1Sep76;
R640730.

R640731.
Mostly California.  By Don Blanding.
7Sep48;  A25414.  Security-First
National Bank of Los Angeles (E);  1Sep76;
R640731.

R640743.
Tom and English.  Tory heaven.  By
Marghanita Laski (Marghanita Laski Howard)
Feb. abroad 29Apr48, AI-1733.  26Apr49;
A32327.  Marghanita Laski Howard (A);
9Aug76;  R640743.  (Both reg. entered
under British Proclamation of 10Mar49)

R640758.
Tomorrow is war comes.  By Frank
O'Rourke.  (In Saturday evening post, Jan.
01, 1949)  29Dec48;  B172752.  Frank
O'Rourke (A);  7Apr76;  R640758.

R640759.
Cold water and cherry pie.  By Frank
O'Rourke.  (In Esquire, Feb 1949)
73mar49;  B176442.  Frank O'Rourke (A);
7Apr76;  R640759.

R640760.
The last pitch.  By Frank O'Rourke.  (In
Saturday evening post, Mar. 19, 1949)
16Mar49;  B182646.  Frank O'Rourke (A);
7Apr76;  R640760.

R640762.
Keep the wagons moving.  By West
Lathrop, pseud. of Dorothy West Lathrop,
illustrator: Douglas Duer.  20Jan49;
A29315.  Hartford National Bank and Trust
Company (E of West Lathrop) & Random

House, Inc. (PWH of Douglas Duer);
25Jun76;  R640762.

R640763.
House of storm.  By Mignon G. Eberhart.
Condensed version prev. pub. in Ladies
home journal, Mar. 1949 issue.  NM:
revisions & additions.  16Apr49;
A32240.  Mignon G. Eberhart (A);  25Jun76;
R640763.

R640764.
A Mencken chrestomathy.  Edited &
annotated by Henry Louis Mencken.
13Jan49;  A33402.  Mercantile-Safe
Deposit and Trust Company (E);  25Jun76;
R640764.

R640765.
House of storm.  By Mignon G. Eberhart.
(In Ladies' home journal, Mar. 1949)
25Feb49;  B179664.  Mignon G. Eberhart
(A);  25Jun76;  R640765.

R640766.
Pleasure island.  By W. H. Auden.  (In
Commentary, May 1949)  29Apr49;
B189024.  Maurice K. Spears & William
Meredith (E);  25Jun76;  R640766.

R640767.
The Managers.  By W. H. Auden.  (In The
Reporter, May 10, 1949)  3May49;
B191112.  Maurice K. Spears & William
Meredith (E);  25Jun76;  R640767.

R640768.
Theologia Germanica.  Translation of
introd. & notes by Willard Trask.  NM:
translation of introd. & notes.
12Mar49;  A32690.  Random House, Inc.
(PWH);  9Aug76;  R640768.

R640769.
New day.  By Victor Stafford Reid.
14Feb49;  A30141.  Victor Stafford Reid
(A);  9Aug76;  R640769.

R640770.
The Track of the cat.  By Walter Van
Tilburg Clark.  8May49;  A32604.  Robert
Morse Clark (C);  9Aug76;  R640770.

R640771.
A Rage to live.  By John O'Hara.
28Jun49;  A34607.  Wylie O'Hara Doughty
(C);  9Aug76;  R640771.

R640772.
French self-taught.  By Francisco Ibarra
& Armand Gregoire.  22Jun49;  A34395.
Francisco Ibarra & Armand Gregoire (A);
9Aug76;  R640772.

R640773.
The Wisdom of Catholicism.  Pref.,
introd., notes, translation, various
selections by Anton C. Pegis.  24Jun49;
A34397.  Anton C. Pegis (A);  9Aug76;
R640773.

R640774.
Love in a cold climate.  By Nancy
Mitford (Mrs. Peter Rodd)  21Jun49;
A34398.  Nancy Mitford (A);  9Aug76;
R640774.

R640775.
Second rater.  By Lee Knight.  (In
American girl, July 1949)  22Jun49;
B197863.  Random House, Inc. (PWH);
9Aug76;  R640775.

R640776.
Plow culture and hoe culture: a study in
contrasts.  By Oscar Lewis.  (In Rural
sociology, June 1949)  28Jun49;
B198578.  Ruth B. Lewis (W);  9Aug76;
R640776.

R640785.
Marriage '48.  By Vera Caspary.  (In
Collier's magazine, Sept. 18, 1948)

10Sep48;  B153444.  Vera Caspary (A);
2Sep76;  R640785.

R640786.
Marriage '48.  By Vera Caspary.  (In
Collier's magazine, Sept. 25, 1948)
17Sep48;  B154469.  Vera Caspary (A);
2Sep76;  R640786.

R640787.
Marriage '48.  By Vera Caspary.  (In
Collier's magazine, Oct. 02, 1948)
24Sep48;  B154689.  Vera Caspary (A);
2Sep76;  R640787.

R640788.
Marriage '48.  By Vera Caspary.  (In
Collier's magazine, Oct. 09, 1948)
10Oct48;  B155928.  Vera Caspary (A);
2Sep76;  R640788.

R640789.
Marriage '48.  By Vera Caspary.  (In
Collier's magazine, Oct. 16, 1948)
8Oct48;  B158489.  Vera Caspary (A);
2Sep76;  R640789.

R640799.
Bugs Bunny, super sleuth.  By Warner
Brothers Cartoons, Inc.  14Sep48;
AA100626.  Warner Brothers, Inc. (PWH);
3Sep76;  R640799.

R640800.
Bugs Bunny and Klondike gold.  By Warner
Brothers Cartoons, Inc.  17Sep48;
AA102568.  Warner Brothers, Inc. (PWH);
3Sep76;  R640800.

R640801.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Sept. 06, 1948)  6Sep48;  B5-7679.
Warner Brothers, Inc. (PWH);  3Sep76;
R640801.

R640802.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Sept. 13, 1948)  13Sep48;  B5-7680.
Warner Brothers, Inc. (PWH);  3Sep76;
R640802.

R640803.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Sept. 20, 1948)  20Sep48;  B5-7681.
Warner Brothers, Inc. (PWH);  3Sep76;
R640803.

R640804.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Sept. 27, 1948)  27Sep48;  B5-7682.
Warner Brothers, Inc. (PWH);  3Sep76;
R640804.

R640805.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Oct. 04, 1948)  4Oct48;  B5-7683.
Warner Brothers, Inc. (PWH);  3Sep76;
R640805.

R640806.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Oct. 11, 1948)  11Oct48;  B5-7684.
Warner Brothers, Inc. (PWH);  3Sep76;
R640806.

R640807.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Oct. 18, 1948)  18Oct48;  B5-7685.
Warner Brothers, Inc. (PWH);  3Sep76;
R640807.

R640808.
Bugs Bunny.  By Warner Brothers
Cartoons, Inc.  (In NEA service weekly,
Oct. 25, 1948)  25Oct48;  B5-7686.

# EXHIBIT X

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - x

JEROME SIEGEL and JOSEPH SHUSTER,    :

                        Plaintiffs,  :    <u>69 Civ. 1429</u>

          -against-          :

NATIONAL PERIODICAL PUBLICATIONS,    :    <u>AFFIDAVIT</u>
INC., JACOB S. LIEBOWITZ, IRWIN
DONENFELD and PAUL H. SAMPLINER,     :

                  Defendants.  :

- - - - - - - - - - - - - - - - - x

STATE OF CALIFORNIA    )
                 : ss.:
COUNTY OF LOS ANGELES  )

        JEROME SIEGEL, being duly sworn, deposes and says:
I am one of the plaintiffs and submit this affidavit in opposition
to the defendants' motion for summary judgment.

<u>Superman In Years Prior To Our Association With Detective Comics</u>

        In 1933 Joe Shuster, my co-plaintiff, and I, put
Superman in form suitable for comic book publication.  In about
mid-1934 we directed our attention to the newspaper comic strip
market.  More particularly, we prepared one week of daily strips,
the art work for which was completely inked.  These strips, suf-
ficient for a six day newspaper run, were in all respects ready
for reproduction and ultimate publication.

        We also prepared three additional weeks of "Super-
man" newspaper comic strip material.  These differed from the
first week's material only in that the art work, dialogue and
the balloons in which the dialogue appeared had not been inked,

EXHIBIT H

DCC00003479

a step essential for reproduction. In all other respects the additional three weeks of strips were ready for publication. In all material the characters were drawn and the story continuity and dialogue were set.

In addition, I prepared a synopsis of the story continuity appearing in the three weeks of penciled daily strips. Because we did not want to risk the loss of all the art work we had done, either through the mails or a failure to return it, the synopsis was sent to prospective out-of-town newspaper syndicates and publishers, in lieu of the three weeks of penciled strips, together with the first week of inked strips. The synopsis just described is annexed as Exhibit A.

All of this had been done more than three years before Joe Shuster and I had any contact with the defendant's predecessor, Detective Comics, Inc.

The Superman material was taken by us to a number of prospective purchasers. It is not true as the defendants state, that the property was uniformly rejected. In 1935 Malcolm Wheeler-Nicholson, a publisher of comic books, expressed interest in Superman and tried to persuade us that the property would be more successful if published in comic book form where it would be seen in color, than it would be in a black and white daily strip. Our experience with him had been such that we did not consider him the publisher to entrust with the property and his proposal was rejected. A copy of his proposal is annexed as Exhibit B.

Our Association With Detective Comics

In 1936 and 1937 Joe Shuster was doing the art work and I was writing the continuity for several comic strips

-2-

DCC00003480

two of which in 1937 appeared in Detective Comics. This arrange-
ment called for the strips upon which we collaborated to be sub-
mitted to the publisher of Detective Comics, Mr. Wheeler-Nicholson,
and we were paid by him. In 1937 Mr. Wheeler-Nicholson had an
interest in Detective Comics.

Toward the end of 1937 the publisher fell behind
in its payments for the strips we supplied. Early in December
of 1937 I received a letter from Mr. Liebowitz, who introduced
himself as the half owner and treasurer of Detective Comics. Mr.
Liebowitz proposed that Detective Comics assume the publisher's
obligation of paying the money due us for the strips we furnished
for publication in Detective Comics. In return he wanted us to
sign a contract which would assure him of receiving art work
and continuity for these specific features for a length of time
to be agreed upon.

In response I came to New York and executed the
agreement annexed to the defendants' answer as Exhibit "B". The
agreement related specifically to two features we were doing
which were published by Detective called "Slam Bradley" and "The
Spy". I was told to return to Cleveland, have Joe Shuster
execute the agreement, and then mail it to Mr. Liebowitz in New
York. With the agreement I enclosed a letter, a copy of which
has been annexed to Mr. Wallace's affidavit as Exhibit 1. Con-
trary to his suggestion, my letter does not indicate that we
regarded Detective as our employer whose direction we would
follow with respect to any new strip. I would have written and
had in the past written, the same type of letter to any publisher
I was trying to interest in my work. I considered Detective as a
potential market only.

-3-

Later on in December of 1937 I wrote to a Mr. Gaines at McClure Syndicate (McClure was a newspaper syndicate to whom I submitted properties, including Superman) and referred to two strips I was submitting for consideration by McClure: "Snoopy and Smiley" and "Reggie Van Twerp". In that same letter I asked Mr. Gaines to consider as well certain features I had submitted to Detective for possible use in Action Comics. I told Mr. Gaines that he should feel free to visit Detective's offices and examine this material himself. A copy of this letter is annexed as Exhibit "C".

Detective, I am sure, was aware of the foregoing but never expressed any reservation or took exception to it. Clearly, neither we nor Detective regarded our relationship as one of employer-employee.

Earlier in this affidavit I stated that "Superman" had been submitted to McClure. McClure did not, as Mr. Wallace states, reject Superman, rather it decided not to proceed at that time with its proposed syndicated newspaper.

Early in 1938 Mr. Gaines informed me that it might be a good idea to furnish Detective with the "Superman" material I left with him. This, to my best recollection, consisted of the one week's supply of inked daily strips and three weeks of penciled strips. Mr. Gaines sought my permission to furnish this Superman material to Detective and I gave that permission.

At no time did Detective direct or even request that this material be revised. In fact it was published as we submitted it. The Wallace affidavit makes much of the fact that the number of panels per page were of interest to editor

-4-

DCC00003482

Vin Sullivan. This was the most inconsequential of considerations, his only concern being that there be enough panels per page to make a thirteen page feature. Detective had its own internal policy regarding the number of panels that were to appear on each page and may have been concerned by the "Superman" format we submitted. Some of our panels were narrow and others rather large. But in any event the number of panels per page assumed but minor importance.

It must be remembered, too, that we had no responsibility to Detective regarding "Superman". We could well have ignored its requests and placed the property elsewhere. Indeed, we were under no obligation to submit it to Detective in the first instance.

The Sullivan letters, to which Mr. Wallace makes constant reference, merely reflect normal editorial correspondence and this the defendants know. There simply can be no question about that.

Upon receiving word from Detective that we could proceed, Joe Shuster, under my supervision, inked the illustrations, lettering and dialogue balloons in the three weeks of daily strips that had been previously penciled. In addition, he trimmed certain pictures to meet Detective's panel specifications and extended others. To assure ourselves of having the proper number of panels we added several pictures to illustrate the story continuity, I had already written. Added as well for this reason was the scientific explanation on page 1 of the release and the last panel at the foot of page 13. These minor additions were done on our initiative without any assistance or direction from Detective.

-5-

Because we were under the pressure of an early deadline, Mr. Shuster had time only to retouch or cover the chemically produced Ben Day dots effect on Superman's costume with a fine line shading. These darker tones were clearly evident when "Superman" first appeared in Action Comics. This should be conclusive proof that "Superman" was published in the form it was submitted to Detective. How the defendants can say, as they do at pages 17 and 18 of their memorandum of law, that drawings of Superman made by plaintiffs before they became involved with Detective were never used or published is something I just cannot understand.

My attorneys advise me that to an affidavit prepared by them there will be annexed a copy of the thirteen page "Superman" release which appeared in the first issue of Action Comics. This can be compared with the first week of inked daily strips which was marked as an exhibit at my examination before trial and compared with the synopsis, Exhibit "A" to the affidavit, and it will readily be seen that Superman as rendered by Joe Shuster and I, years before our association with Detective, was in fact used in that first issue of Action Comics.

Following the inking, trimming, etc. Mr. Shuster cut the panels prepared for newspaper form and pasted them in a form suitable for a comic magazine. These were then returned to Detective.

The events just narrated have been previously reported in certain national media. For example, in "Up, Up and Awa-a-y!" an article by John Kobler published in the June 21, 1941 issue of the Saturday Evening Post, the author stated:

> Without great enthusiasm Donenfeld
> asked Siegel and Shuster to paste
> up their original strips into a
> single thirteen-page story and
> offered them ten dollars a page.

-6-

DCC00003484

180
27

Reference is made to this article lest it be thought that our version is of but recent vintage.

### The March 1, 1938 Release

This document, Exhibit A to the defendants' answer, was sent to us for execution after "Superman" had been submitted to Detective for publication but prior to its actual publication. Accompanying the document was a letter dated March 1, 1938 from Mr. Liebowitz which in part read as follows: I am also enclosing a form of release for your feature entitled "Superman", which is scheduled for our new book ACTION COMICS. Will you please have same signed by yourself and Mr. Schuster and return to us. As soon as we can get ourselves adjusted, I will prepare releases for all your features now appearing in our magazines. I have no knowledge of what releases you may have signed for Major Nicholson and as long as we have taken over these magazines, we would like them conducted in a more business-like manner. Therefore, I think you will agree that releases are necessary.

I think these magazine properly managed can grow and the artists will be in a position to better themselves. I would therefore like you to give our work your best efforts."

A transcript of this letter was marked as an exhibit at my examination before trial.

At the time I was twenty-three years old. Prior to that I had dealings with the Nicholson publishing firm, the principal of which, Mr. Wheeler-Nicholson, was associated with Mr. Liebowitz at Detective Comics. He had written to me that I should not be concerned with the effect of language of release included on the back of checks given me in payment for features

-7-

DCC00003485

I wrote.  Indeed he assured me that such language did not divest me of my rights in these features except for first serial rights. Annexed as Exhibit "D" is a copy of such a letter dated May 13, 1936.

I believed that the March 1, 1938 agreement would be given the same effect and never consulted an attorney or spoke to anyone else, except Mr. Shuster, before signing it.  Mr. Liebowitz at this time was constantly assuring us that we would be fairly treated and Detective seemed to us to be a responsible firm.  We signed for these reasons; not merely to see "Superman" in print, an opportunity afforded us by Mr. Wheeler-Nicholson in the past.

### The Westchester Action

The Westchester action was in no way concerned with the ownership of the renewal copyright to "Superman".  It resulted in a finding that a feature I had created and submitted to Detective Comics, "Superboy" had been illegally appropriated and published by the defendants.  The Court ruled that because of that illegal appropriation the defendants were obligated to pay such actual damages as were sustained, render an accounting as to the income derived from the publication of "Superboy", and, the Court enjoined the defendants from further publishing Superboy.

In addition, the Court ruled that the defendants were obligated to account to Joe Shuster and me for all moneys received by them from the exploitation of "Superman" in radio and motion pictures and from the licensing of "Superman" to third parties for merchandising purposes.

-8-

DCC00003486

Although I understand that a Notice of Appeal was served and filed, the matter was ultimately settled when the defendants paid $94,013.16 to Joe and I. According to exhibits filed in the Westchester action, prepared, I believe, by the defendants, the net profits derived from the use of Superman in radio and for licensing purposes only during the years 1942-1945 inclusive only was in excess of $94,000.

In addition "Superboy" was a very valuable property in its own right.

The settlement sum paid by the defendants in the Westchester action was solely referable to "Superboy" and the use of "Superman" in radio, motion pictures and for licensing purposes.

That we were enjoined from using "Superman" or seeking to exploit Superman is entirely consistent with the defendants' interest in the property for the initial term of copyright. But this has nothing to do with the renewal copyright, a subject that is not even raised in all of the papers annexed to the defendants' answer in this case.

Finally, Superman at the time was an overwhelming success, an established success, and surely, if the renewal copyright to the property were an element, the amount of the settlement would have been substantially higher and the words "renewal copyright" would have specifically been mentioned in the settlement documents.

### The Leo Rosen Letter

To his affidavit Mr. Wallace has appended Exhibit 7, a letter dated April 15, 1952 from Mr. Leo Rosen of the firm of

-9-

DCC00003487

**183**
30

Greenbaum, Wolf and Ernst to Mr. Gabriel Kaslow of the firm of
Weil, Gotshal & Manges, attorneys for the defendants.

Contrary to Mr. Wallace's statement in paragraph
22 of his affidavit, I did not retain the firm of Greenbaum, Wolf
and Ernst to represent me in any claim I might have against the
defendants. In 1952 I was, as the defendant well knows, literally
financially destitute. I wrote to National for assistance but was
turned down. I then wrote a veritable blitzkrieg of letters to
publishers, etc., openly informing them of my situation. Soon
I was contacted by a lawyer who had done some work for National
at one time, a Mr. Alterbaum. He told me to stop writing letters
and gave me enough money to last two weeks. He later told me
this money had come from National.

When this was spent I called Mr. Liebowitz who told
me to call Mr. Kaslow. Mr. Kaslow suggested I work through an
intermediary and I approached the Greenbaum firm which had per-
formed some services at the conclusion of the Westchester action.

Given my then financial situation and my inability
to provide even necessities for my family, I signed the letter.
However, I went to that firm not to prosecute any claim, nor to
seek their assistance or advice on any claim I might have. I
went there solely because it was an avenue that offered hope of
receiving some financial assistance.

<u>Income received from exploitation of Superman</u>

Although Joe Shuster and I did receive something
in the area of $400,000 from all sources on account of the ex-
ploitation of Superman, some $200,000 of this amount was derived
solely from the newspaper syndication of the property. Income
from Detective's employment of the character in its comic books

-10-

probably amounted to something like $200,000 over a nine year period, or an average of $11,000 a year for each of us.  Out of his share Joe Shuster had to compensate his art staff.

Although Mr. Wallace seeks to make much of the fact that I was paid for releases, I did not write while I was away in the Army, it was while I was so engaged that the defendants appropriated "Superboy".

It may be that Joe Shuster after 1943 could not meet all the demands of his work but this was due to failing eyesight. Although he did receive compensation he had, in turn, to compensate artists working for him.

For all of the foregoing reasons, I respectfully request that the motion for summary judgment be in all respects denied.

_Jerome Siegel_
Jerome Siegel

Sworn to before me this
1st. day of March , 1913.

_Azquau Molina_
Notary Public

-11-

DCC00003489

# EXHIBIT Y



SUPERMAN

THE SUNDAY CLASSICS

Strips 1-183 • 1939-1943

Created by
Jerry Siegel and Joe Shuster

DC COMICS
New York, New York

KITCHEN SINK PRESS
Northampton, Massachusetts

This book would not have been possible without these professionals who were, in one way or another, originally involved with the Superman comic strip:

**Jerry Siegel, Joe Shuster, Paul Cassidy, Wayne Boring, John Sikela, Jack Schiff, Whitney Ellsworth, and Harry Donanfeld and Vincent Sullivan.**

The editors would like to thank the following individuals for lending rare source material, without which this collection would not have been possible:

**Mitch Itkowitz, Calvin Slobodian, Dr. David Anderson, Jeffrey Lindenblatt, Bill Blackbeard (Director) and the San Francisco Academy of Comic Art, Rick Norwood.**



### Kitchen Sink Press

Denis Kitchen
Publisher

Peter Poplaski, Dave Schreiner, Christopher Couch
Editors

Peter Poplaski
Cover Art, Cover Color Design

C. Evan Metcalf
Art Director

Chris Shadoian
Book Design, Cover Colorist

Ali Karasic, Tom Martin
Assistant Designers

James Kitchen
Vice President

Jamie Riehle
Senior Director, Sales and Marketing

Ryan O. Eagan
National Sales Director

Karen Lowman
Director of Customer Service

Robert Boyd
Managing Editor

John Wills
Production Manager

Dwight Jackson
Warehouse Manager

Visit the KSP Web site at www.kitchensink.com.

### DC Comics

Jenette Kahn
President & Editor-in-Chief

Paul Levitz
Executive Vice President & Publisher

Bob Kahan and Rick Taylor
Consulting Editors

Jim Spivey
Associate Editor

Georg Brewer
Design Director

Amie Brockway
Art Director

Richard Bruning
VP-Creative Director

Patrick Caldon
VP-Finance & Operations

Dorothy Crouch
VP-Licensed Publishing

Terri Cunningham
VP-Managing Editor

Joel Ehrlich
Senior VP-Advertising & Promotions

Lillian Laserson
VP & General Counsel

Bob Rozakis
Executive Director-Production

Bob Wayne
VP-Direct Sales

Visit the DC Comics Web site at www.dccomics.com.

**Library of Congress Cataloging-In-Publication Data**

Siegel, Jerry, 1914–
    Superman : the Sunday classics / created by Jerry Siegel and Joe Shuster.
        p.            cm.
    ISBN 1-56389-463-7 (softcover : alk. paper). — ISBN 1-56389-472-6 (hc. : alk. paper)
    I. Shuster, Joe.  II. Superman (Comic strip)  III. Title.
PN6728.S9S5478 1998                                          98-39501
741.5'973—dc21                                                    CIP

First Printing: December 1998 Printed in Hong Kong.
10 9 8 7 6 5 4 3 2 1

SUPERMAN The Sunday Classics 1939–1943. Copublished by DC Comics, 1700 Broadway, NY, New York 10019, and Kitchen Sink Press, 76 Pleasant Street, Northampton, MA 01060. All strips in this volume were originally syndicated and copyrighted by DC Comics in 1939–1943. The covers, introduction, chapter heads, and this compilation © 1998 DC Comics. Kitchen Sink Press is an imprint of Disappearing Inc." Kitchen Sink Press and the Kitchen Sink Press logo are registered trademarks of Disappearing Inc. Superman and all related characters, their distinctive likenesses, and all related indicia are trademarks of DC Comics. All Rights Reserved. The publishers have tried to identify and locate all writers, pencilers and inkers of the comic strips featured in this volume; however, this information was not always readily available and the publishers apologize to any person misidentified or not identified and invite such persons to inform the publishers of the error.

**189**

# CONTENTS

Introduction by Roger Stern ........................ ix

Episode 1    THE MAN OF TOMORROW ........................ 2
             Strip 1A, 1939

Episode 2    TWENTY-FOUR HOURS TO RUIN ................... 3
             Strips 1–8, 1939

Episode 3    THE MINDLESS SLAVES OF DR. GROUT ........... 11
             Strips 9–14, 1939

Episode 4    GIANTS OF DOOM VALLEY ...................... 17
             Strips 15–18, 1940

Episode 5    ASSASSINS AND SPIES ....................... 21
             Strips 19–30, 1940

Episode 6    THE CHOSEN ................................ 33
             Strips 31–38, 1940

Episode 7    THE DANGEROUS INHERITANCE ................. 41
             Strips 39–51, 1940

Episode 8    THE BANDIT ROBOTS OF METROPOLIS ........... 54
             Strips 52–59, 1940

Episode 9    LUTHOR, MASTER OF EVIL .................... 62
             Strips 60–70, 1941

Episode 10   DEATH RACE ................................ 73
             Strips 71–85, 1941



Episode 11   THE COMMITTEE FOR A NEW ORDER . . . . . . . . . . . . . . 88
             Strips 86–103, 1941

Episode 12   DESTROY ALL TRUCKS . . . . . . . . . . . . . . . . . . . . 106
             Strips 104–118, 1941

Episode 13   THE IMAGE . . . . . . . . . . . . . . . . . . . . . . . . . 121
             Strips 119–124, 1942

Episode 14   ARSON EVIDENCE . . . . . . . . . . . . . . . . . . . . . . 127
             Strips 125–134, 1942

Episode 15   THE CHAMPION OF DEMOCRACY . . . . . . . . . . . . . 137
             Strips 135–136, 1942

Episode 16   THE SUPERMAN TRUCK . . . . . . . . . . . . . . . . . . . 139
             Strips 137–151, 1942

Episode 17   THE BLAZE . . . . . . . . . . . . . . . . . . . . . . . . . 154
             Strips 152–162, 1942

Episode 18   HOLLYWOOD VICTORY CARAVAN . . . . . . . . . . . . . 165
             Strips 163–177, 1943

Episode 19   CADET TRAINING . . . . . . . . . . . . . . . . . . . . . . 180
             Strips 178–183, 1943

             HOW SUPERMAN WOULD END WORLD WAR II . . . . . . 186
             1940

             SUPERMAN PINUP . . . . . . . . . . . . . . . . . . . . . . 191
             1942

# INTRODUCTION
*by Roger Stern*



Cover of *Action Comics* no. 1, June 1938.

On November 5, 1939, a new hero flew onto the pages of Sunday newspapers across the country. Superman—secretly newspaper reporter Clark Kent—dived from the top of a Metropolis skyscraper to save a man from certain death. Superman was the up-and-coming star of the day. He had made his first public appearance just the year before as the lead feature of the premiere issue of *Action Comics* (cover-dated June 1938). The Man of Steel was the first real star feature of the fledgling comic-book industry and his debut in the more established newspaper comic pages was just the first step in his conquest of the other media. In another year, Superman's radio program would begin its long run. He would go on

ix

**192**

to star in animated cartoons, in movie serials and features, on television and the Broadway stage.

Today, of course, Superman is a cultural icon, recognized around the world, his stories translated into virtually every language on Earth. As of this writing, Superman's adventures appear regularly in four monthly——and one quarterly——comic book titles. And one of those titles is *Action Comics*, which has remained in publication for over half a century, all thanks to Superman. But in 1939, he was still the new kid on the block.

Superman's successful newspaper debut was the culmination of years of hard work and perseverance on the part of his two young creators—writer Jerome Siegel and artist Joseph Shuster. To work on a newspaper comic strip had long been Jerry's and Joe's goal. In fact, the story of Superman really begins twenty-five years earlier, with the births of those two young men who would grow up to change the world.

Joseph Shuster was born July 10, 1914 in Toronto; on October 17, 1914, Jerry Siegel was born in Cleveland. Jerry and Joe were about sixteen when they first met at Glenville High School in Cleveland, and they immediately hit it off. "When Joe and I first met, it was like the right chemicals coming together."¹ Both young men wore glasses and were shy around the pretty girls who passed them in

Cover of *Action Comics* no. 27, August

**193**



Cover of *Action Comics* no. 26, July 1940

the school halls. Moreover, Jerry and Joe shared a love of science fiction and fantasy, of movies and of the comics. Virtually from the day they first met, Siegel and Shuster began collaborating on a long string of proposed comic strips . . . and receiving an equally long string of rejection notices.

In 1933, as high school graduation approached for Jerry and Joe, a new sort of publication was starting to appear . . . the comic book. *Funnies on Parade*, a comic book reprinting several comic strips as a giveaway premium, was published and the package proved highly successful. Meanwhile, a Chicago publisher produced a black-and-white comic book of original material, *Detective Dan: Secret Operative No. 48*, and when Jerry and Joe saw it on a Cleveland newsstand, they were inspired to develop a book of their own.

Putting their heads together, they produced a complete comic book titled *The Superman*, based in part on a short story about a mastermind with enhanced mental powers who manipulated ordinary mortals that Jerry had written for their own science-fiction fanzine the year before. Superman was rejected for the first time—though not the last.

Late one hot summer night in 1934, Jerry tossed and turned in his bed. Unable to fall asleep, he stared at the ceiling trying to come up with a new idea for a newspaper comic strip. As he lay awake, the idea of a superman came back to him, and his mind played with variations on the theme. Superman, he thought,

xi

**194**

# EXHIBIT Z



# SUPERMAN

## THE DAILIES

Strips 1-966, 1939-1942

—— Created by ——
Jerry Siegel and Joe Shuster

DC COMICS
New York, New York

KITCHEN SINK PRESS
Northampton, Massachusetts

197

This book would not have been possible without these professionals who were, in one way or another, originally involved with the Superman comic strip:

**Jerry Siegel, Joe Shuster, Paul Cassidy, Wayne Boring, John Sikela, Jack Schiff, Whitney Ellsworth, and Harry Donenfeld and Vincent Sullivan.**

The editors would like to thank the following individuals for lending rare source material, without which this collection would not have been possible:

**Mitch Itkowitz, Bill Blackbeard (Director) and the San Francisco Academy of Comic Art, Rick Norwood, Jeffrey Lindenblatt.**

## Kitchen Sink Press

Denis Kitchen
Publisher

Peter Poplaski, Dave Schreiner, Christopher Couch
Editors

Peter Poplaski
Cover Art, Cover Color Design

C. Evan Metcalf
Art Director

Chris Shadoian
Book Design, Cover Colorist

Ali Karasic
Assistant Designer

Tom Martin
Art Intern

James Kitchen
Vice President

Jamie Riehle
Senior Director, Sales and Marketing

Ryan O. Eagan
National Sales Director

Karen Lowman
Director of Customer Service

Robert Boyd
Managing Editor

John Wills
Production Manager

Dwight Jackson
Warehouse Manager

## DC Comics

Jenette Kahn
President & Editor-in-Chief

Paul Levitz
Executive Vice President & Publisher

Bob Kahan and Rick Taylor
Consulting Editors

Jim Spivey
Associate Editor

Georg Brewer
Design Director

Amie Brockway
Art Director

Richard Bruning
VP-Creative Director

Patrick Caldon
VP-Finance & Operations

Dorothy Crouch
VP-Licensed Publishing

Terri Cunningham
VP-Managing Editor

Joel Ehrlich
Senior VP-Advertising & Promotions

Lillian Laserson
VP & General Counsel

Bob Rozakis
Executive Director-Production

Bob Wayne
VP - Direct Sales

Library of Congress Cataloging-in-Publication Data

Siegel, Jerry, 1914–
    Superman : The Dailies : featuring strips 1 through 966, January 16, 1939 to February 4, 1942 / created by Jerry Siegel and Joe Shuster.
    p.         cm.
    ISBN 1-56389-471-8
    I. Shuster, Joe.  II. Superman (Comic strip)  III. Title.
PN6728.S9S54775 1998                                          98-38710
741.5'973—dc21                                                      CIP

First Printing: 1998    Printed in Canada.    Visit the KSP and DC Comics Web sites at www.kitchensink.com & www.dccomics.com!

SUPERMAN: The Dailies: 1939–1942. Copublished by DC Comics, 1700 Broadway, New York, NY 10019, and Kitchen Sink Press, 76 Pleasant Street, Northampton, MA 01060. The covers, introduction, chapter heads, and this compilation copyright © 1998, 1999 DC Comics. All Rights Reserved. All strips in this volume were originally syndicated and copyrighted by DC Comics in 1939–1942. Superman and all related characters, their distinctive likenesses, and all related indicia are trademarks of DC Comics. Kitchen Sink Press is an imprint of Disappearing Inc.™ Kitchen Sink Press and the Kitchen Sink Press logo are registered trademarks of Disappearing Inc. All Rights Reserved. The publishers have endeavored to identify and locate all writers, pencillers and inkers of the comic strips featured in this volume; however, this information was not always readily available and the publishers apologize to any person misidentified or not identified and invite such persons to inform the publishers of the error.

# CONTENTS
## V O L U M E   I

A JOB FOR SUPERMAN ................................................................. 6
by James Vance

EPISODE 1. SUPERMAN COMES TO EARTH .................................. 12
Strips 1 to 12. January 16-January 28, 1939

EPISODE 2. WAR AGAINST CRIME ............................................... 20
Strips 13 to 30. January 30-Febraury 18, 1939

EPISODE 3. THE COMEBACK OF LARRY TRENT ............................. 29
Strips 32 to 54. February 20-March 18, 1939

EPISODE 4. JEWEL SMUGGLERS ................................................. 42
Strips 55 to 66. March 20-April 1, 1939

EPISODE 5. SKYSCRAPER OF DEATH .......................................... 49
Strips 67 to 90. April 3-April 29, 1939

EPISODE 6. THE MOST DEADLY WEAPON ..................................... 62
Strips 91 to 126. May 1-June 10, 1939

EPISODE 7. SUPERMAN AND THE RUNAWAY ................................ 81
Strips 127 to 162. June 12-July 22, 1939

EPISODE 8. ROYAL DEATHPLOT ................................................ 100
Strips 163 to 258. July 24-November 11, 1939

EPISODE 9. UNDERWORLD POLITICS ......................................... 149
Strips 259 to 288. November 13-December 16, 1939

EPISODE 10. UNNATURAL DISASTERS ........................................ 165
Strips 289 to 306 December 18, 1939-January 6, 1940

# A JOB FOR SUPERMAN

### *James Vance*



Jerry Siegel (top) & Joe Shuster

**W**hen Paul Cassidy answered a "help wanted" advertisement in 1938, all he wanted was a way to make a few extra bucks. Money was scarce in that Depression year, and the prospect of a steady supplement to his art instructor's income was worth the gamble of a trip from Milwaukee to Cleveland.

His prospective employers turned out to be a pair of young men in their early twenties. They were running a no-frills operation—the interview took place in an apartment where one of the young men lived with his parents—but their money was real enough, and the supply of work was steady. His trip a success, Cassidy returned home with those few extra bucks secure . . . little realizing that he had just gotten in on the ground floor of comics history.

The job was "ghosting" artwork for "Slam Bradley," "Spy," "Federal Men" and "Radio Squad," serialized stories created for the infant comic book field. His new employers were Jerry Siegel and Joe Shuster, an ambitious writer-artist team who had been contributing features to such titles as *More Fun, Detective,* and *Adventure Comics* for three years. By 1938, it had become clear that Shuster needed some help in the art department, and so they took out the ad which brought Paul Cassidy to the Shuster family home.

As it turned out, the ambitious young Clevelanders were going to need all the help they could get, for another of their creations had just debuted in the first issue of *Action Comics* (cover-dated June 1938, the same month as Cassidy's interview). Siegel and Shuster were optimistic about the new feature, but they had no idea just how busy they were about to become. No one could have predicted the colossal success of Superman.

Only a year later, when the strips reprinted in this volume first appeared in daily newspapers, the Man of Steel had already captured the public's imagination. Simply by virtue of appearing in comic books (and spawning a succession of imitators that continues to the present day), Superman had put that struggling industry on the map. Within another two years, he would be a star of radio and silver screen, and a merchandising bonanza—but more than any other incarnation, it was as a newspaper strip that Superman fulfilled his creators' dreams of success.



The appeal may be lost on younger readers these days, but there was a time when newspaper syndication was the Big Time for adventure cartoonists. Until Superman came along, imaginative action heroes like Flash Gordon, The Phantom, and Buck Rogers had few peers outside of the daily paper. It was the logical place to find a Man of Steel.

It was also a respectable place. "The media" have taken their lumps in recent years, treated with contempt by high-placed scoundrels trying to cover their own moral lapses by tarnishing the images of the agencies that report them—but in 1939, the

6

**200**

press was respected by the public and feared by the corrupt. Decades before Woodward and Bernstein brought the notion back into vogue with their exposure of the Watergate scandal, journalists were seen as heroes who battled social injustice---a conviction and a concern obviously shared by Siegel and Shuster.

Their enthusiasm was clear and nearly palpable: not only was the early Superman the ultimate social reformer, he was also a reporter. In a day when radio, movies, and the printed page were virtually overrun by fearless fictional journalists, the nation's children knew that the most heroic reporters of them all were Clark Kent and Lois Lane.

To be sure, it was Kent's exploits as the last Son of Krypton that gave the stories their high-voltage excitement—but even when the Man of Steel wasn't around, it seemed that Clark and Lois were forever being threatened, kidnapped, and nearly murdered by gangsters and lowlifes in high places . . . *just because they were reporters*. What red-blooded American kid could resist a lifestyle like that?

It was an enthusiasm that the youthful creators of Superman shared with their readers. Long before the famous costume was designed, even before the Kryptonian origin was conceived, one fact was already firm in the mind of writer Jerry Siegel: Superman would also be known as Clark Kent, reporter. In the years leading up to the feature's debut in *Action Comics*, Siegel and Shuster occasionally flirted with the notion of submitting their creation to the fledgling comic book industry---but both were firmly convinced that the proper home for Superman was in the pages of the nation's newspapers.

Friends since their high school days, Siegel and Shuster had spent the Depression decade trying to sell comic strip ideas to newspaper syndicates. Typical apprentice work, "Reggie Van Twerp," "Goober, The Mighty," "Interplanetary Police," and other concepts were either overly ambitious or too reflective of their inspirations, and were rejected.

However, despite its roots in such science fiction novels as Philip Wylie's *Gladiator* and, later, John W. Campbell's *The Mightiest Machine*, *Superman* was an original; and though it seemed that he couldn't sell it to save his life, Siegel never lost faith in the power of the concept.

It isn't generally known that before embarking on their legendary string of rejections, Siegel and Shuster actually put together a comic book version of *Superman* in 1933. That was the year they saw the debut of the magazines traditionally called the first true comic books: *Funnies on Parade*, *Famous Funnies*, and *Century of Comics*, pioneer publications that offered reprinted adventures of Joe Palooka, Mutt and Jeff, and other newspaper characters.

And then there was *Detective Dan*, which managed to be a true curiosity in a field that had only just come into being. *Detective Dan* measured 9 1/2 by 12 inches while the competition was a handier 7 1/2 by 10 inches, and offered thirty-six black and white

CLARK KENT          SUPERMAN

ONE AND SAME !

7

pages, as opposed to the brightly colored interiors of *Famous Funnies* and company. What made it a true anomaly in the field, though, was the fact that its contents had never been seen before. *Detective Dan*, featuring the adventures of a plainclothesman who bore a suspicious resemblance to Dick Tracy, was the first comic book to offer original material.

Siegel and Shuster sold *Detective Dan's* publisher, Humor Publishing Company, on the idea of bringing out a comic book devoted to their fantastic brainchild. Titled *The Superman* and featuring the exploits of a physical marvel who performed his amazing feats clad in slacks and a T-shirt, the entire comic book was drawn and submitted—but at the last minute, Humor Publishing backed out of the arrangement. *Detective Dan* hadn't sold well, and the publisher was too smart to lose more money by printing anything as commercially dubious as a comic book about a superhero.

It's possible that this 1933 *Superman* might have made the same kind of history as the version that finally saw the light of day in 1938; it's more likely, however, that neither the tiny comic book market nor the talents of Siegel and Shuster were sufficiently developed for the same kind of lightning to have struck five years earlier. Had the 1933 version seen print, it might have become nothing more than a small footnote in the history of publishing, and the comic book field might have developed in an entirely different direction than it has since the appearance of *Action Comics* no. 1.

At this point, it's impossible to do more than speculate on the subject, for upon receiving the rejection, a despondent Shuster tore up his original art and threw it into the fireplace. Today only the cover for that aborted version of *Superman* remains.



A SCIENCE FICTION STORY in CARTOONS

The SUPERMAN

THE MOST ASTOUNDING FICTION CHARACTER OF ALL TIME

10¢

rescued by Siegel at the last moment from fiery oblivion.

With no future for Superman in comic books, Siegel turned his ambitions again to the syndicated strip. He approached several artists as possible collaborators, but ultimately returned to Shuster. They turned out several weeks of continuity, and began the long and heartbreaking process of getting rejected by every syndicate in the business. It must have been particularly galling to receive letters advising them, as Bell Syndicate's did, that *Superman* lacked "extraordinary appeal" or, as United Features summarized, that it was "a rather immature piece of work"—especially when the clumsily written and crudely drawn knockoff *Detective Dan* was now appearing in daily newspapers under the title *Dan Dunn.*

If the young collaborators were bitter, though, it didn't slow them down. While continuing to wallpaper their bedrooms with rejections slips, they began developing other features, and some of them actually sold.

It was comic books where they finally broke into print with the pulpy supernatural adventures of "Dr. Occult," which began appearing in *New Fun* (later *More Fun*) *Comics* no. 6, dated October 1935. That one-page strip (it would soon double in length) debuted in the same issue as another Siegel & Shuster production, the swashbuckling "Henri Duval"—which ran for only a few installments before its creators abandoned it for the more commercial uniformed cop saga "Radio Squad."

On a roll at last, the boys created "Federal Men" for the second issue of *New* (later *New Adventure*, and finally simply *Adventure*) *Comics.*

Superman hadn't been forgotten in this busy time, but a look at Siegel and Shuster's 1935–38 output indicates that they were beginning to cannibalize him for parts. The

8



Doctor Occult

adventures of brawling private eye Slam Bradley borrowed the dynamic approach the team had planned for the Man of Steel, resulting in eye-popping action sequences that opened up the comic book page as never before. Dr. Occult not only had Superman's face, he had become a superhero himself in a 1936 storyline, receiving magical powers and trading in his tuxedo and trench coat for a pair of tights and a cape. Even the adventures of Steve Carson in "Federal Men" began to reflect the fantastic milieu in which Superman would have operated: in addition to more prosaic menaces, the G-Man had to contend with a giant robot, and encountered a character named Jor-L.

Before the entire concept could be ground up like sausage, however, there was a lucky break. *Superman* had been submitted several times to the McClure Syndicate, only to be returned on each occasion. While in the syndicate offices, it came to the attention of young cartoonist Sheldon Mayer, who was assisting M. C. Gaines in the production of comic books which were printed for various publishers on presses owned by McClure.

After several tries, Mayer convinced Gaines that the outlandish feature had merit.

Gaines could have tried to influence the syndicate to give the strip a try, but he was a businessman, not a philanthropist—so he pitched the project to one of his clients. Stories differ about whether the publisher Harry Donenfeld or editor Vincent Sullivan made the decision, but the bottom line is that *Superman* was sold at last . . . to the company that had been publishing Siegel and Shuster all along.

Siegel and Shuster chopped up their syndicate submission, cropping some panels, expanding others, and pasting the whole thing up into a thirteen-page story. Gaines got the printing business, and Detective Comics, Inc. (now DC Comics) was the owner of a gold mine that would spin off into other comic books and every kind of merchandise imaginable——including a newspaper strip issued by the McClure Syndicate.



*Superman* first appeared in the newspapers on January 16, 1939. The *Houston Chronicle* was the first subscriber, followed immediately by the *Milwaukee Journal* and the *San Antonio Express*. By the end of the year, sixty papers were carrying the feature, and there were more to come.

Back in Milwaukee, Paul Cassidy found his evenings and weekends devoted more and more to the adventures of Superman. In addition to comic book pages featuring Slam, "Spy," and the gang, he produced 149 daily installments of the *Superman* strip before his bosses asked him to move to Cleveland and work full-time. They offered him sixty-four dollars a week, an offer you couldn't refuse in 1939.

He was joined there by Wayne Boring, a young man who'd been turning out advertising art for the Norfolk *Virginia Pilot*. Boring had answered the 1938 ad, too, and had arrived in Cleveland a couple of weeks before Cassidy. Eventually, they would be joined by Leo Novak and John Sikela in the tiny office space that housed the Siegel and Shuster shop.

The shop, according to Cassidy, was "a small setup. We had a reception room and a main office; Joe worked in there, and Wayne Boring and myself.

"Wayne was a very pleasant fellow," Cassidy recalled in a 1994 interview, "and Siegel

9

and Shuster were polite and good company, but everybody was too busy to do much chatting or socializing.

"Joe was in every day, but he wasn't a talkative fellow. He'd spend most of his time inking in the faces and eating candy bars. So Wayne and I came in every day, got our scripts, kept our noses to the drawing board and turned in our jobs. I was doing thirteen pages a week and some of the dailies, so we couldn't have had much time off if we'd wanted it.

"I did all kinds of stuff, from pencilling to lettering to inking everything but the faces." Shuster's vision was pretty bad then, but he still inked all the faces."

Character faces, in fact, were just about the only aspect of the artwork created in the studio that Shuster kept under tight personal control. In some shops, the assistants were forced to slavishly imitate a house style, but Shuster and Siegel gave their artists much more autonomy. The result, as a perusal of this volume will reveal, was that the strips signed by Shuster were a stylistic hodgepodge—but it indicates that Siegel and Shuster hadn't let their hard-won success swell their heads.

"They were very easy to work with," said Cassidy. "They didn't interfere in any way with how we interpreted the script. It was just at the beginning then, and I'm not sure they realized in the early days what they had going on for them, that *Superman* was going to become as big a deal as it did."

Siegel, of course, didn't have a bullpen of writers, and he was still scripting all of the older features in addition to the *Superman* dailies and comic books. Wayne Boring recalled that the publishers tried to persuade Siegel to drop everything else and concentrate on *Superman*, but Siegel refused; not only did he want to continue taking advantage of the great opportunities that he had been given in the post-Depression era, they were *all* his characters, and he wanted to keep on controlling their destinies.

But Siegel was no prima donna. "Jerry did most of his writing at home," said Cassidy, "and would come in every once in a while with his scripts. The scripts would indicate what the action was and, of course, what the conversation was, but there

was not too much guidance. The picturization of the script was basically up to Wayne and me. We were never asked to do anything over or change it."



With six installments a week of daily strip continuity to fill, plus well over fifty pages of comic books a month, Siegel may have wondered what he'd gotten himself into; certainly, a few of these early newspaper adventures seem to be less the product of inspiration than the need to meet deadlines.

The earliest sequences bore a marked resemblance to material that had already appeared in comic books. Here and there panels can be spotted that are redrawn versions of some used in *Action Comics*, and the earliest storylines are clearly reworkings of previously published material.

The daily strip was more than just a hack job, though. Its serial format and more leisurely pacing allowed Siegel to tell stories for which the comic book was unsuitable—and when the young writer was on a roll, he turned out continuities that were not only exciting, but heartfelt. At times, they even contributed elements to the property's basic framework that endure to this day.

The most notable example is the strip's opening sequence, a two-week continuity which marked the first detailed account of the famous origin story. *Action Comics* no. 1 had disposed of the subject in a single panel that read, "As a distant planet was destroyed by old age, a scientist placed his infant son within a hastily devised space-ship, launching it toward Earth!" Not until the daily strip appeared did its readers learn that the scientist was named Jor-L, that our hero was born of an amazing race of supermen, and that the "distant planet" was called Krypton.

When these strips first saw print, many of the details were still being worked out. For instance, the familiar figure of *Daily Planet* editor Perry White would not appear in the comic books until late 1940, and even later than that in the daily strips. In the beginning, Clark Kent and Lois Lane reported to George Taylor of the *Daily Star* (and once, in the second issue of *Action Comics*, the *Cleveland Evening News*). Without

10

explanation, Taylor became the editor of the *Daily Planet* in the November 20, 1939 strip (and in the April 1940 issue of *Action Comics*). It was a minimal difference, really, but also a clear indicator to latter-day readers that even as he was beginning to take the nation by storm, the Superman we know today was still in the process of being born.

As noted, the Superman of the comic books wasn't shy about tackling social problems, nor was he subtle: at times it seemed that wife-beaters, slumlords, and war profiteers who felt his wrath were lucky to escape with their lives—and some didn't. Siegel would soon begin exploring the same themes with greater sophistication—largely because DC editor Whitney Ellsworth would impose a moral code that forbade Superman from using his powers to kill anyone, even a villain. The strips reprinted in this volume, however, reflect the earlier approach: a distinctive combination of escapist fantasy that was particularly appealing to young readers, plus vigilante social reform for their parents—America's working men and women.

Fighting graft and corruption, ending wars and reviving faded careers, rescuing orphans and princesses—all the while crashing through walls, defying bombs and bullets, and outracing natural disasters . . . *that's* the essential Superman of Siegel and Shuster, the original genuine article whose adventures fill this volume.



Paul Cassidy, whose work appears throughout these early sequences, remained with the shop until August 1940, when he returned to Milwaukee about the same time his colleagues were packing up and relocating the shop to New York; he continued to work through the mail until early 1942. He resumed his teaching job until 1944, when he joined the *World Book Encyclopedia* staff, eventually becoming its art director.

With the exception of a six-week continuity which he wrote for the *Red Ryder* daily strip and a one-shot comic book feature called "Hemisphere Patrol," the years with Siegel and Shuster constituted his entire comics career, a total output of 173 daily *Superman* strips and eight Sunday pages, plus 630 comics pages and seven covers—by his estimate, "about 8800 pictures or panels" in all.

"I could see that comics was not really a future for me," said Cassidy, "so I came back to Milwaukee. I haven't regretted it."

Nor did he regret the time he'd spent with Siegel and Shuster; after all, he'd met some interesting people and contributed to the creation of one of the most enduring popular characters of the twentieth century.

And he'd made those few extra bucks that he'd needed so badly in the first place. Having been given a helping hand by the Man of Steel himself, Paul Cassidy knew the true value of a job for Superman.

11

205