1  WEISSMANN WOLFF BERGMAN
     COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  9665 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212
4  Telephone: (310) 858-7888
   Fax: (310) 550-7191
5
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
6  Roger L. Zissu (Admitted *pro hac vice*)
   James D. Weinberger (Admitted *pro hac vice*)
7  866 United Nations Plaza
   New York, New York 10017
8  Telephone: (212) 813-5900
   Fax: (212) 813-5901
9
   PERKINS LAW OFFICE, P.C.
10 Patrick T. Perkins (Admitted *pro hac vice*)
   1711 Route 9D
11 Cold Spring, New York 10516
   Telephone: (845) 265-2820
12 Fax: (845) 265-2819

13 Attorneys for Defendants and Counterclaimant

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>TIME WARNER INC., WARNER COMMUNICATIONS INC. WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SA CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**DEFENDANTS' REQUEST FOR LEAVE TO FILE OBJECTIONS TO PLAINTIFFS' SEPTEMBER 23, 2008 FILINGS** |

1   Defendants respectfully request leave pursuant to the Court's Order dated
2   September 22, 2008 to file objections, in the form annexed hereto as Exhibit 1, to
3   the declarations of plaintiffs' counsel Marc Toberoff and plaintiff Joanne Siegel,
4   both dated and filed September 23, 2008.

5   Defendants request such leave in order to (a) preserve their rights, (b) not to
6   be held to have waived such rights, and (c) in the interests of justice in order that
7   the rulings to be made by the Court rest on a sound evidentiary and legal basis.
8   *Pfingston v. Ronan Eng'g Co.*, 284 F.3d 999 (9th Cir. 2002) ("In order to preserve
9   . . . objection [on summary judgment], a party must either move to strike the
10  affidavit or otherwise lodge an objection with the district court"); *Federal Deposit*
11  *Ins. Corp. v. New Hampshire Ins. Co.*, 953 F.2d 478, 484 (9th Cir. 1991) ("Defects
12  in evidence submitted in opposition to a motion for a summary judgment are
13  waived 'absent a motion to strike or other objection'"), *quoting Scharf v. United*
14  *States Attorney General*, 597 F.2d 1240, 1243 (9th Cir. 1979).

17  Dated: September 26, 2008          Respectfully submitted,

18                                     WEISSMANN WOLFF BERGMAN
                                       COLEMAN GRODIN & EVALL, LLP
19                                             -and-
                                       FROSS ZELNICK LEHRMAN ZISSU, LLP
20                                             -and-
                                       PERKINS LAW FIRM, PLC

22                                     By /s/ Anjani Mandavia
                                              Anjani Mandavia
23                                     Attorneys for Defendants and Counterclaimant

{F0352980.1} 1
REQUEST FOR LEAVE TO FILE OBJECTIONS