Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

O

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>             Plaintiffs,<br>   vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation;  TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>             Defendants.<br><br>DC COMICS,<br><br>             Counterclaimant,<br>   vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>             Counterclaim Defendants. | Case No. CV 04-8400 SGL (RZx)<br><br>Honorable Stephen G. Larson<br>Honorable Ralph Zarefsky<br><br>**ORDER GRANTING PLAINTIFFS LEAVE TO FILE SECOND AMENDED COMPLAINT** |

[PROPOSED] ORDER GRANTING PLAINTIFFS LEAVE TO AMEND

# ORDER

Based on the stipulation of the parties and pursuant to Federal Rule of Civil Procedure 15(a)(2), **IT IS HEREBY ORDERED**:

1. Plaintiffs are granted leave to file the Second Amended Complaint attached as Exhibit "A" to the Stipulation Granting Plaintiffs Leave to File Second Amended Complaint, filed September 25, 2008, deleting and dismissing Plaintiffs' fifth claim for relief, (Waste) and sixth claim for relief, (Lanham Act) currently set for trial on November 4, 2008.

2. Plaintiffs' withdrawal of their fifth and sixth claims for relief shall have no effect on the remaining causes of action in their Second Amended Complaint.

3. Defendants waive any claim to any costs or legal fees in connection with said withdrawn fifth and sixth claims for relief.

**IT IS SO ORDERED.**

DATED:   October 06, 2008

Hon. Stephen G. Larson