Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation;  TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　Defendants. | Case No. CV 04-8400 SGL (RZx)<br><br>[Consolidated for Discovery with Case No. 04-8776 SGL (RZx)]<br><br>Honorable Stephen G. Larson<br>Honorable Ralph Zarefsky<br><br>**PLAINTIFFS' REQUEST FOR LEAVE TO FILE A RESPONSE TO DEFENDANTS' OCTOBER 16, 2008 OBJECTIONS TO PLAINTIFFS' SEPTEMBER 29, 2008 FILING** |
| DC COMICS,<br><br>　　　　Counterclaimant,<br>　　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Counterclaim Defendants. | |

1. Due to yet another filing by Defendants on Thursday, October 16, 2008
2. regarding the parties' briefing on "additional issues," Plaintiffs respectfully
3. request leave to file a response to Defendants' "Objections to Plaintiffs'
4. September 29, 2008 Filings," in the form attached hereto as Exhibit "1".
5. Plaintiffs request such leave *if and only if* the Court grants Defendants'
6. requested leave, as Plaintiffs must have the opportunity to respond to
7. Defendants' improper objections and arguments.
8.     Plaintiffs request such leave in order to ensure that the Court has a full
9. record before it with respect to Defendants' proposed "objections," and does not
10. exclude evidence on the basis of Defendants' erroneous claims.

DATED: October 17, 2008        TOBEROFF & ASSOCIATES, P.C.

By           /s/
     Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL
and LAURA SIEGEL LARSON