Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>  Plaintiffs,<br>  vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>  Defendants. | Case No: CV 04-08400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**DECLARATION OF KEITH ADAMS IN SUPPORT OF PLAINTIFFS' MOTIONS** *IN LIMINE* **NOS. 1-4**<br><br>[Plaintiffs' Motions *in Limine* Nos. 1-4, Declaration of Marc Toberoff filed electronically; Declaration of Nicholas Williamson filed manually]<br><br>Date: January 26, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br><br>Trial Date: February 3, 2009 |
| DC COMICS,<br><br>  Counterclaimant,<br>  vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>  Counterclaim Defendants. | |

DECLARATION OF KEITH ADAMS IN SUPPORT OF PLAINTIFFS' MOTIONS *IN LIMINE*

## DECLARATION OF KEITH ADAMS

I, Keith Adams, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for plaintiffs Laura Siegel Larson and Joanne Siegel ("Plaintiffs"). I am a member in good standing of the State Bar of California and submit this declaration in support of Plaintiffs' motions *in limine* nos. 1-4. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of the "Inflation-Adjusted Box Office List" article published by the-numbers.com, as retrieved by me on December 17, 2008, and as available at: http://www.widescreen.org/aspect_ratios.shtml

3. Attached hereto as "Exhibit B" is a true and correct copy of the "Company: Timeline" article published by Dark Horse Comics, Inc., as retrieved by me on December 17, 2008, and as available at: http://www.darkhorse.com /Company /Timeline

4. Attached hereto as "Exhibit C" is a true and correct copy of the Internet Movie Database ("imdb.com") listing for the animated television series *Robotech* (1985), as retrieved by me on December 17, 2008, and as available at: http://www.imdb.com/ title/tt0088595/

5. Attached hereto as "Exhibit D" is a true and correct copy of the imdb.com "Movie Connections" page for the animated television series *Robotech* (1985), as retrieved by me on January 4, 2009, and as available at: http://www.imdb.com/title/tt0088595/movieconnections

6. Attached hereto as "Exhibit E" is a true and correct copy of the "Swamp Thing" article published by Don Markstein's Toonopedia.com, as retrieved by me on December 17, 2008, and as available at: http://www.toonopedia.com/swamp_th.htm

7. Attached hereto as "Exhibit F" is a true and correct copy of the "Global

Frequency" article published by comicvine.com, as retrieved by me on December 17, 2008, and as available at: http://www.comicvine.com/global-frequency/49-18041/

8. Attached hereto as "Exhibit G" is a true and correct copy of the "Rejected TV Pilot Thrives on P2P" article by Michael Grebb, published by Wired, as retrieved by me on December 17, 2008, and as available at: http://www.wired.com/entertainment/music/news/2005/06/67986

9. Attached hereto as "Exhibit H" is a true and correct copy of the "Human Target" article published by Don Markstein's Toonopedia.com, as retrieved by me on December 17, 2008, and as available at: http://www.toonopedia.com/humntarg.htm

10. Attached hereto as "Exhibit I" is a true and correct copy of the "Doc Savage Publishing Record" article published by urbin.net, as retrieved by me on December 17, 2008, and as available at: http://www.urbin.net/EWW/SF/PULP/doc_list.html

11. Attached hereto as "Exhibit J" is a true and correct copy of the "Witchblade Cover Gallery" article published by comicvine.com, as retrieved by me on December 17, 2008, and as available at: http://www.comicvine.com/witchblade/49-7300/?page=3

12. Attached hereto as "Exhibit K" is a true and correct copy of the results of a search for "Witchblade" on imdb.com as retrieved by me on December 17, 2008, and as available at: http://www.imdb.com/find?s=all&q=witchblade

13. Attached hereto as "Exhibit L" is a true and correct copy of the "Robin, Nightwing, Birds of Prey to End in February" article by Matt Brady published by Newsarama.com, as retrieved by me on December 18, 2008, and as available at: http://www.newsarama.com/comics/110804-GothamCancellations.html

14. Attached hereto as "Exhibit M" is a true and correct copy of the "Fall shows put nets in limbo" article by Rick Kissell and Michael Schneider, published by *Variety* on December 15, 2002, as retrieved by me on December 17, 2008, and as available at: http://www.variety.com/index.asp?layout=print_story&articleid=

1  VR1117877441&categoryid=-1

2      15.    Attached hereto as "Exhibit N" is a true and correct copy of the "How to
3  Teach Filthy Rich Girls" publication listing from Powell's Books' website, as
4  retrieved by me on December 17, 2008, and as available at: http://www.powells.com/
5  cgi-bin/biblio?isbn=9780446697187#product_details

6      16.    Attached hereto as "Exhibit O" is a true and correct copy of the
7  "Development Update: August 21-25 (Weekly Round-Up)" article published by
8  futoncritic.com, as retrieved by me on December 18, 2008, and as available at:
9  http://www.thefutoncritic.com/news.aspx?id=7202

10     17.    Attached hereto as "Exhibit P" is a true and correct copy of the "Robert
11 E. Howard" article published by sffaudio.com, as retrieved by me on December 17,
12 2008, and as available at: http://www.sffaudio.com/?page_id=3150

13     18.    Attached hereto as "Exhibit Q" is a true and correct copy of the Box
14 Office Mojo ("boxofficemojo.com") listing for the live-action film *Conan the*
15 *Barbarian* (1982), as retrieved by me on December 18, 2008, and as available at:
16 http://www.boxofficemojo.com/movies/?id=conanthebarbarian.htm

17     19.    Attached hereto as "Exhibit R" is a true and correct copy of the
18 boxofficemojo.com listing for the live-action film *Conan the Destroyer* (1984), as
19 retrieved by me on December 18, 2008, and as available at: http://www.
20 boxofficemojo.com/movies/?id=conanthedestroyer.htm

21     20.    Attached hereto as "Exhibit S" is a true and correct copy of the
22 imdb.com listing for the live-action television series *Conan the Adventurer* (1992-
23 1993), as retrieved by me on December 18, 2008, and as available at: http://www.
24 imdb.com/title/tt0315429/combined

25     21.    Attached hereto as "Exhibit T" is a true and correct copy of the tv.com
26 listing for the animated television series *Conan and the Young Warriors* (1994), as
27 retrieved by me on December 18, 2008, and as available at: http://www.tv
28 .com/conan-and-the-young-warriors/show/17730/summary.html?q=conan%20and

1 %20the%20young%20warriors&tag=search_results;title;1

22. Attached hereto as "Exhibit U" is a true and correct copy of the imdb.com listing for the live-action television series *Conan* (1997-1998), as retrieved by me on December 18, 2008, and as available at: http://www.imdb.com/title/tt0120569/combined

23. Attached hereto as "Exhibit V" is a true and correct copy of the imdb.com listing for the animated television series *G.I. Joe: A Real American Hero* (1985-1991), as retrieved by me on December 18, 2008, and as available at: http://www.imdb.com/title/tt0086719/combined

24. Attached hereto as "Exhibit W" is a true and correct copy of the imdb.com listing for the animated television series *G.I. Joe: Extreme* (1995-1997), as retrieved by me on December 17, 2008, and as available at: http://www.imdb.com/title/tt0086719/combined

25. Attached hereto as "Exhibit X" is a true and correct copy of the imdb.com listing for the direct-to-video animated movie *G.I. Joe: The Movie* (1987), as retrieved by me on December 18, 2008, and as available at: http://www.imdb.com/title/tt0093066/

26. Attached hereto as "Exhibit Y" is a true and correct copy of the results of an imdb.com search for "G.I. Joe" as retrieved by me on December 17, 2008, and as available at: http://www.imdb.com/find?s=all&q=G.I.+Joe&x=0&y=0

27. Attached hereto as "Exhibit Z" is a true and correct copy of the "Ten Years Later, Harry Potter Vanishes From the Best-Seller List" article by Dwight Garner electronically published by *The New York Times* on May 1, 2008, as retrieved by me on December 17, 2008, and as available at: http://papercuts.blogs.nytimes.com/2008/05/01/ten-years-later-harry-potter-vanishes-from-the-best-seller-list/?scp=1&sq=harry%20potter%20bestseller%20list&st=cse

28. Attached hereto as "Exhibit AA" is a true and correct copy of the "Meet Author J.K. Rowling" article published by Scholastic, Inc., as retrieved by me on

December 17, 2008, and as available at: http://www.scholastic.com/harrypotter/books/author/index.htm

29. Attached hereto as "Exhibit BB" is a true and correct copy of the TV.com listing for the animated television series *The Marvel Super-Heroes* (1966), as retrieved by me on December 17, 2008, and as available at: http://www.tv.com/the-marvel-superheroes/show/29637/summary.html

30. Attached hereto as "Exhibit CC" is a true and correct copy of the TV.com listing for the animated television series *Iron Man* (1994-1996), as retrieved by me on December 17, 2008, and as available at: http://www.tv.com/show/3848/summary.html

31. Attached hereto as "Exhibit DD" is a true and correct copy of the "A super battle over 'Watchmen'" article by John Horn, published by the *Los Angeles Times* on November 16, 2008, as retrieved by me on December 17, 2008, and as available at: http://www.latimes.com/entertainment/news/movies/la-ca-watchmen16-2008nov16,0,5337353.story

32. Attached hereto as "Exhibit EE" is a true and correct copy of the main page of ERBVille, a website devoted to Edgar Rice Burroughs, as retrieved by me on December 17, 2008, and as available at: http://www.angelfire.com/zine2/erbville/erbpdf.htm

33. Attached hereto as "Exhibit FF" is a true and correct copy of the boxofficemojo.com listing for the live-action film *Greystroke: The Legend of Tarzan* (1984), as retrieved by me on December 17, 2008, and as available at: http://www.boxofficemojo.com/movies/?id=greystoke.htm

34. Attached hereto as "Exhibit GG" is a true and correct copy of the boxofficemojo.com listing for the live-action film *Tarzan and the Lost City* (1998), as retrieved by me on December 17, 2008, and as available at: http://www.boxofficemojo.com/movies/?id=tarzanandthelostcity.htm

35. Attached hereto as "Exhibit HH" is a true and correct copy of the

TV.com listing for the live-action television series *Tarzan* (1966-1968), as retrieved by me on December 17, 2008, and as available at: http://www.tv.com/tarzan1966/show/10319/summary.html?q=tarzan&tag=search_results;title;2

36.   Attached hereto as "Exhibit II" is a true and correct copy of the imdb.com listing for TV movie *Tarzan in Manhattan* (1989), as retrieved by me on December 18, 2008, and as available at: http://www.imdb.com/title/tt0098444/combined

37.   Attached hereto as "Exhibit JJ" is a true and correct copy of the TV.com listing for the syndicated live-action series *Tarzan: The Epic Adventures* (1996-1997), as retrieved by me on December 17, 2008, and as available at: http://www.tv.com/tarzan-the-epic adventures/show/10322/summary.html?q=tarzan%20epic%20adventures&tag=search_results;title;1

38.   Attached hereto as "Exhibit KK" is a true and correct copy of the "In the 'Phantom' Movie, Over-the-Top Goes Higher" article by Phoebe Hoban, published by *The New York Times* on December 24, 2004, as retrieved by me on December 18, 2008, and as available at: http://www.nytimes.com/2004/12/24/movies/24phan.html?_r=1&sq=&st=cse%22%20film%20broadway%20webber%20rossum=&scp=2%22PHantom%20of%20the%20Opera=&pagewanted=print&position=

39.   Attached hereto as "Exhibit LL" is a true and correct copy of the "Demon Barber, Meat Pies and All, Sings on Screen" article by Sylviane Gold, published by *The New York Times* on November 4, 2007, as retrieved by me on December 18, 2008, and as available at: http://www.nytimes.com/2007/11/04/movies/moviesspecial/04gold.html?sq=sweney%20todd%20sondheim%20burton&st=cse&scp=1&pagewanted=print

40.   Attached hereto as "Exhibit MM" is a true and correct copy of the "CRITIC'S NOTEBOOK; Legal Thrillers Obey Laws of Commerce" article by Walter Goodman, published by *The New York Times* on February 29, 2000, as retrieved by me on December 18, 2008, and as available at: http://query.nytimes.com/

gst/fullpage.html?res=9507E6D91539F93AA15751C0A9669C8B63&sec=&spon=&pagewanted=print

41. Attached hereto as "Exhibit NN" is a true and correct copy of the "Clooney, Grisham team on 'Innocent Man'" article by Michael Fleming and Pamela McClintock, published by *Variety* on December 5, 2006, as retrieved by me on December 18, 2008, and as available at: http://www.variety.com/index.asp?layout=print_story&articleid=VR1117955143&categoryid=1236

42. Attached hereto as "Exhibit OO" is a true and correct copy of the "Forbes Faces: Michael Crichton" article published by *Forbes* on December 1, 2000, as retrieved by me on December 18, 2008, and as available at: http://www.forbes.com/ 2000/12/01/1201faces_print.html

43. Attached hereto as "Exhibit PP" is a true and correct copy of the "About Carl Sagan" article published by Penguin Group USA, as retrieved by me on December 18, 2008, and as available at: http://us.penguingroup.com/nf/Author/AuthorPage/0,,1000028433,00.html

44. Attached hereto as "Exhibit QQ" is a true and correct copy of the imdb.com listing for the motion picture *Never Say Never Again* (1983), as retrieved by me on January 4, 2009, and as available at: http://www.imdb.com/title/tt0086006/combined

45. Attached hereto as "Exhibit RR" is a true and correct copy of the imdb.com listing for the motion picture *The Green Mile* (1999), as retrieved by me on January 4, 2009, and as available at: http://www.imdb.com/title/tt0120689/combined

46. Attached hereto as "Exhibit SS" is a true and correct copy of the "Newly Created Warner Bros. Interactive Entertainment Inc. Dedicated to Interactive Gaming Business to Be Headed by Technology Executive Jason Hall" article published by Businesswire.com, as retrieved by me on December 18, 2008, and as available at: http://www.businesswire.com/news/google/20040114005527/en

47. Attached hereto as "Exhibit TT" are true and correct copies of relevant

excerpts of the "2007 Annual Report" of the publicly traded company, Warner Music Group.

48. Attached hereto as "Exhibit UU" is a true and correct copy of the "Time Warner Consolidates Filmed Entertainment Businesses" press release, dated February 28, 2008, issued by Time Warner, Inc., as retrieved by me on January 4, 2009, and as available at: http://www.timewarner.com/corp/newsroom/pr/0,20812,1718092,00.html

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 5, 2009 in Los Angeles, California.

_____
Keith Adams