WEISSMANN WOLFF BERGMAN
    COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819

Attorneys for Defendants and Counterclaimant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><hr>AND RELATED COUNTERCLAIMS | Case No. SA CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF DEFENDANTS' MOTIONS IN LIMINE NOS. 1, 2, 3, AND 4** |

1  I, MICHAEL BERGMAN, declare under penalty of perjury:

2      1.      I am a member of Weissmann Wolff Bergman Coleman Grodin &

3  Evall LLP, counsel for Defendants.  This Declaration is made in support of

4  Defendants' Motions In Limine Nos. 1, 2,3 & 4...  I have personal knowledge of the

5  facts contained within this declaration, and, if called upon as a witness, I could and

6  would testify competently thereto.

7      2.      During the parties' conference of counsel pursuant to Local Rule 16

8  and their meet and confer concerning *in limine* motions, Plaintiffs' counsel Marc

9  Toberoff refused to explain what areas of testimony Plaintiffs expect the disclosed

10  witnesses to testify about or how their testimony is related to the issues in the

11  February 3, 2009 Trial.

12      3.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs'

13  Local Rule 16 Exhibit List.

14      4.      Attached hereto as Exhibit 2 is a true and correct copy of Plaintiffs'

15  Local Rule 16 Brief.

16      5.      Attached hereto as Exhibit 3 is a true and correct copy of the Second

17  Amended Complaint.

18      6.      Attached hereto as Exhibit 4 is a true and correct copy of relevant

19  sections of Defendants' Motion for Summary Judgment.

20      7.      Attached hereto as Exhibit 5 is a true and correct copy of relevant

21  sections of Defendants' Reply in Support of Motion for Partial Summary Judgment.

22      8.      Attached hereto as Exhibit 6 is a true and correct copy of relevant

23  sections of Plaintiffs' Opposition to Defendants' Motion for Partial Summary

24  Judgment.

25      9.      Attached hereto as Exhibit 7 is a true and correct copy of excerpts of

26  the September 17, 2007 Hearing Transcript.

27      10.     Attached hereto as Exhibit 8 is a true and correct copy of a letter I

28  received from Marc Toberoff dated December 3, 2008.

11.     Attached hereto as Exhibit 9 is a true and correct copy of Plaintiffs' Exhibit 2 described as "Collision Course: Tentpole tactics put to test" (article dated February 22, 2006 from Weekly Variety).

12.     Attached hereto as Exhibit 10 is a true and correct copy of Plaintiffs' Exhibit 5 described as "Hollywood's Popcorn Recipe" (article dated April 7, 2006 from The Wall Street Journal).

13.     Attached hereto as Exhibit 11 is a true and correct copy of Plaintiffs' Exhibit 6 described as "It's a bird. It's plain: It's super." (article dated July 14, 2005 from the Los Angeles Times).

14.     Attached hereto as Exhibit 12 is a true and correct copy of Plaintiffs' Exhibit 10 described as "Pic Rocks the Warners Boat" (article dated May 23, 2006 from Weekly Variety).

15.     Attached hereto as Exhibit 13 is a true and correct copy of Plaintiffs' Exhibit 11 described as "Pow! Take that, Hollywood" (article dated February 15, 2005 from The Washington Post).

16.     Attached hereto as Exhibit 14 is a true and correct copy of Plaintiffs' Exhibit 31 described as "Tights in a Twist" (article dated April 2, 2006 from Variety).

17.     Attached hereto as Exhibit 15 is a true and correct copy of Plaintiffs' Exhibit 32 described as "Tug of Wares" (article dated April 5, 2006 from Variety.com).

18.     Attached hereto as Exhibit 16 is a true and correct copy of Plaintiffs' Exhibit 33 described as "Vertically Challenged" (article dated May 2003 from Los Angeles Lawyer).

19.     Attached hereto as Exhibit 17 is a true and correct copy of Plaintiffs' Exhibit 34 described as "Warner's Men in Tights" (article dated February 23, 2006 from Variety).

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

20.     Attached hereto as Exhibit 18 is a true and correct copy of Plaintiffs' Exhibit 35 described as "WB draws new DC logo".

21.     Attached hereto as Exhibit 19 is a true and correct copy of Plaintiffs' Exhibit 59 described as Burt Metcalf, "Self-Dealing: Studios' way of denying the deserving" (article dated May 27, 2008 from The Sacramento Bee).

22.     Attached hereto as Exhibit 20 is a true and correct copy of Plaintiffs' Exhibit 142 described as "Teen Titans growing up at Warners" (article dated May 31, 2007 from Hollywood Reporter).

23.     Attached hereto as Exhibit 21 is a true and correct copy of Plaintiffs' Exhibit 143 described as "Warners puts a 'Hex' on comic" (article dated July 24, 2007 from Hollywood Reporter).

24.     Attached hereto as Exhibit 22 is a true and correct copy of Plaintiffs' Exhibit 144 described as "WB mulls redraw of DC Comics plan" (article dated July 11, 2008 from Hollywood Reporter).

25.     Attached hereto as Exhibit 23 is a true and correct copy of Plaintiffs' Exhibit 145 described as "WB ponders redraw of its DC Comic plan" (article dated July 11, 2008 from Hollywood Reporter).

26.     Attached hereto as Exhibit 24 is a true and correct copy of Plaintiffs' Exhibit 146 described as "The WB to be revived with new site" (article dated March 9, 2008 from Hollywood Reporter).

27.     Attached hereto as Exhibit 25 is a true and correct copy of Plaintiffs' Exhibit 162 described as LAT, "Will & Grace: In Court, It's a Drama" (article dated April 28, 2007 from Los Angeles Times).

28.     Attached hereto as Exhibit 26 is a true and correct copy of Plaintiffs' Exhibit 205 described as "Inside the World of Warner Premiere Motion Comics" (article dated July 22, 2008 from Newsrama).

29.     Attached hereto as Exhibit <u>27</u> is a true and correct copy of Plaintiffs' Exhibit 206 described as "Making Sense of DC's Film Projects (or trying to)" (article dated August 28, 2008 from Newsrama).

30.     Attached hereto as Exhibit <u>28</u> is a true and correct copy of Plaintiffs' Exhibit 212 described as People, 200 Greatest Pop Culture Icons.

31.     Attached hereto as Exhibit <u>29</u> is a true and correct copy of Plaintiffs' Exhibit 256 described as "Berlanti lights up 'Green Lantern'" (article dated October 28, 2007 from Variety).

32.     Attached hereto as Exhibit <u>30</u> is a true and correct copy of Plaintiffs' Exhibit 257 described as "Both Sides Settle in 'Grace' Case" (article dated April 29, 2007 from Variety).

33.     Attached hereto as Exhibit <u>31</u> is a true and correct copy of Plaintiffs' Exhibit 258 described as "Brad Ingelsby writing 'Sleeper'" (article dated October 15, 2008 from Variety).

34.     Attached hereto as Exhibit <u>32</u> is a true and correct copy of Plaintiffs' Exhibit 259 described as "CW Tosses Plans for 'Graysons'" (article dated November 6, 2008 from Variety).

35.     Attached hereto as Exhibit <u>33</u> is a true and correct copy of Plaintiffs' Exhibit 260 described as "George Mill to lead 'Justice League'" (article dated September 20, 2007 from Variety).

36.     Attached hereto as Exhibit <u>34</u> is a true and correct copy of Plaintiffs' Exhibit 261 described as "Josh Brolin eyes WB's 'Jonah Hex'" (article dated October 9, 2008 from Variety).

37.     Attached hereto as Exhibit <u>35</u> is a true and correct copy of Plaintiffs' Exhibit 262 described as "Justice prevails for Warner Bros." (article dated February 22, 2007 from Variety).

38.     Attached hereto as Exhibit <u>36</u> is a true and correct copy of Plaintiffs' Exhibit 263 described as "Marvel v. D.C." (article from Variety).

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

39.     Attached hereto as Exhibit 37 is a true and correct copy of Plaintiffs' Exhibit 264 described as "Next summer let up on super films" (article dated July 18, 2008 from Variety).

40.     Attached hereto as Exhibit 38 is a true and correct copy of Plaintiffs' Exhibit 265 described as "Sour on Sweethearts" (article dated February 26, 2008 from Variety).

41.     Attached hereto as Exhibit 39 is a true and correct copy of Plaintiffs' Exhibit 266 described as "Sylvain White to Direct 'The Losers'" (article dated November 6, 2008 from Variety).

42.     Attached hereto as Exhibit 40 is a true and correct copy of Plaintiffs' Exhibit 267 described as "Warner Bros. still committed to women" (article dated October 9, 2007 from Variety).

43.     Attached hereto as Exhibit 41 is a true and correct copy of Plaintiffs' Exhibit 268 described as "Warner Bros. to serve 'Justice' in '09" (article dated February 26, 2008 from Variety).

44.     Attached hereto as Exhibit 42 is a true and correct copy of Plaintiffs' Exhibit 269 described as "Warner toys with Mattel" (article dated June 28, 2007 from Variety).

45.     Attached hereto as Exhibit 43 is a true and correct copy of Plaintiffs' Exhibit 270 described as "Warner's Hall exists with deal" (article dated February 6, 2007 from Variety).

46.     Attached hereto as Exhibit 44 is a true and correct copy of Plaintiffs' Exhibit 271 described as "WB inks directors for 'Flash,' 'Green Lantern'" (article from dated October 28, 2007 from Variety).

47.     Attached hereto as Exhibit 45 is a true and correct copy of Plaintiffs' Exhibit 272 described as "WB synergy in full force" (article dated January 25, 2006 from Variety).

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

48.     Attached hereto as Exhibit <u>46</u> is a true and correct copy of Plaintiffs' Exhibit 273 described as "WB taps into ties at DC Comics" (article dated August 15, 2008 from Variety).

49.     Attached hereto as Exhibit <u>47</u> is a true and correct copy of Plaintiffs' Exhibit 274 described as "WB's hero hunt heats up" (article dated August 15, 2008 from Variety.

50.     Attached hereto as Exhibit <u>48</u> is a true and correct copy of Plaintiffs' Exhibit 275 described as "WGA Bill makes it to CA Senate" (article dated April 8, 2008 from Variety).

51.     Attached hereto as Exhibit <u>49</u> is a true and correct copy of Plaintiffs' Exhibit 276 described as "Warner Bets on Fewer, Bigger Movies" (article dated August 22, 2008 from Wall Street Journal).

52.     Attached hereto as Exhibit <u>50</u> is a true and correct copy of Plaintiffs' Exhibit 299 described as "Protect Your Residuals" (article from Writers Guild of America, West).

53.     Attached hereto as Exhibit <u>51</u> is a true and correct copy of Plaintiffs' Exhibit 46 described as Agreement Letter dated July 13, 1998, "as of February 15, 1996".

54.     Attached hereto as Exhibit <u>52</u> is a true and correct copy of Plaintiffs Exhibit 50 described as Amendment to Co-Production Agreement as of January 28, 2005.

55.     Attached hereto as Exhibit <u>53</u> is a true and correct copy Plaintiffs' Exhibit 60 described as Cartoon Network Agreement as of November 13, 2000.

56.     Attached hereto as Exhibit <u>54</u> is a true and correct copy of Plaintiffs' Exhibit 151 described as Kids WB! Dort-Lewis LetterLetter of April 20, 2006.

57.     Attached hereto as Exhibit <u>55</u> is a true and correct copy of Plaintiffs' Exhibit 158 described as Krypto Agreement as of March 1, 2005.

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

1    58.    Attached hereto as Exhibit <u>56</u> is a true and correct copy of Plaintiffs'
2  Exhibit 55 described as Appendix of Exhibits filed by New Line Cinema Corp.,
3  *Zaentz v. New Line* with exhibit.

4    59.    Attached hereto as Exhibit <u>57</u> is a true and correct copy of Plaintiffs
5  Exhibit 62 described as Complaint, *Cussler v. Crusader Ent., <u>LCC.</u>*

6    60.    Attached hereto as Exhibit <u>58</u> is a true and correct copy of Plaintiffs'
7  Exhibit 63 described as Complaint, *Kohan v. NBC Studios, Inc.*

8    61.    Attached hereto as Exhibit <u>59</u> is a true and correct copy of Plaintiffs'
9  Exhibit 64 described as Complaint, *Ladd v. Warner Bros. Ent., Inc.*

10    62.    Attached hereto as Exhibit <u>60</u> is a true and correct copy of Plaintiffs'
11  Exhibit 65 described as Complaint, *The Producer Circle Film, Co. v. Miramax Film*
12  *Corp.*

13    63.    Attached hereto as Exhibit <u>61</u> is a true and correct copy of Plaintiffs'
14  Exhibit 66 described as Complaint, *The Saul Zaentz Company v. New Line Cinema*
15  *Corp.*

16    64.    Attached hereto as Exhibit <u>62</u> is a true and correct copy of Plaintiffs'
17  Exhibit 67 described as Complaint, *Tolkien v. New Line Cinema Corp.*

18    65.    Attached hereto as Exhibit <u>63</u> is a true and correct copy of Plaintiffs'
19  Exhibit 120 described as Declaration of Albert Bendich, *Zaentz v. New Line*, June 3,
20  2005 with exhibits.

21    66.    Attached hereto as Exhibit <u>64</u> is a true and correct copy of Plaintiffs'
22  Exhibit 121 described as Declaration of Albert Bendich, *Zaentz v. New Line*, with
23  exhibits.

24    67.    Attached hereto as Exhibit <u>65</u> is a true and correct copy of Plaintiffs'
25  Exhibit 122 described as Declaration of Dennis Mandell, *Zaentz v. New Line*, with
26  Exhibit A (Resume).

27

28

68.    Attached hereto as Exhibit <u>66</u> is a true and correct copy of Plaintiffs' Exhibit 123 described as Declaration of James Perry, *Ladd v. Warner Bros. Ent. Inc.* with exhibit.

69.    Attached hereto as Exhibit <u>67</u> is a true and correct copy of Plaintiffs' Exhibit 125 described as Declaration of John Gatti, *Ladd v. Warner Bros. Ent. Inc.*, with exhibits.

70.    Attached hereto as Exhibit <u>68</u> is a true and correct copy of Plaintiffs' Exhibit 126 described as Declaration of Julie B. Ephraim, *Ladd v. Warner Bros. Ent.* with exhibits.

71.    Attached hereto as Exhibit <u>69</u> is a true and correct copy of Plaintiffs' Exhibit 128 described as Declaration of Norman G. Rudman, *Zaentz v. New Line* with exhibits.

72.    Attached hereto as Exhibit <u>70</u> is a true and correct copy of Plaintiffs' Exhibit 201 described as Motion in Limine, *Cussler v. Crusader Ent. LLC* (-1)- Declaration of Elizabeth Moriarity with exhibits.

73.    Attached hereto as Exhibit <u>71</u> is a true and correct copy of Plaintiffs' Exhibit 218 described as Request for Judicial Notice, *Zaentz v. New* Line with exhibits.

74.    Attached hereto as Exhibit <u>72</u> is a true and correct copy of Plaintiffs' Exhibit 163 described as Legislative Analysis of SB 1765.

75.    Attached hereto as Exhibit <u>73</u> is a true and correct copy of Plaintiffs' Exhibit 171 described as Letter in Support of SB 1765.

76.    Attached hereto as Exhibit <u>74</u> is a true and correct copy of Plaintiffs' Exhibit 202 described as MPAA Letter in Opposition to SB 1765.

77.    Attached hereto as Exhibit <u>75</u> is a true and correct copy of Plaintiffs' Exhibit 219 described as Senate Bill No. 1765.

78.    Attached hereto as Exhibit <u>76</u> is a true and correct copy of Plaintiffs Exhibit 280 described as Warner Bros. Letter in Opposition to SB 1765.

344663_1.DOC
DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

1    79.    Attached hereto as Exhibit <u>77</u> is a true and correct copy of Plaintiffs'

2    Exhibit 75 described as Daily Variety: Wayne Lewellen: Lifetime Achievement

3    Award.

4    80.    Attached hereto as Exhibit <u>78</u> is a true and correct copy of Plaintiffs'

5    Exhibit 213 described as Plaintiffs' Expert Rebuttal Witness Disclosure of Wayne

6    Lewellen and attached report dated February 9, 2007.

7    81.    Attached hereto as Exhibit <u>79</u> is a true and correct copy of Plaintiffs'

8    Exhibit 214 described as Plaintiffs' Initial Designation of Expert Witness Wayne

9    Lewellen and attached report dated January 12, 2007.

10    82.    Attached hereto as Exhibit <u>80</u> is a true and correct copy of Plaintiffs'

11    Exhibit 215 described as Plaintiffs' Joanne Siegel And Laura Siegel Larson's Initial

12    Designation of Expert Witness Mark Evanier and attached report.

13    83.    Attached hereto as Exhibit <u>81</u> is a true and correct copy of Plaintiffs'

14    Exhibit 216 described as Plaintiffs' Joanne Siegel And Laura Siegel Larson's Initial

15    Designation of Expert Witness James Steranko and attached report.

16    84.    Attached hereto as Exhibit <u>82</u> is a true and correct copy of Plaintiffs'

17    Exhibit 229 described as Superman Lives by Dan Gilroy dated January 31, 1997

18    85.    Attached hereto as Exhibit <u>83</u> is a true and correct copy of Plaintiffs'

19    Exhibit 230 described as Superman Lives by Kevin Smith dated January 31, 1997

20    86.    Attached hereto as Exhibit <u>84</u> is a true and correct copy of Plaintiffs'

21    Exhibit 231 described as Superman Lives by William Wisher dated February 3,

22    2000.

23    87.    Attached hereto as Exhibit <u>85</u> is a true and correct copy of Plaintiffs'

24    Exhibit 234 described as Superman Reborn by Gregory Poirier dated December 12,

25    2005.

26    88.    Attached hereto as Exhibit <u>86</u> is a true and correct copy of Plaintiffs'

27    Exhibit 235 described as Superman Reborn by Gregory Poirier dated December 20,

28    2005.

344663_1.DOC

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

89.     Attached hereto as Exhibit <u>87</u> is a true and correct copy of Plaintiffs' Exhibit 236 described as Superman Reborn by Gregory Poirier dated February 22, 1996.

90.     Attached hereto as Exhibit <u>88</u> is a true and correct copy of Plaintiffs Exhibit 237 described as Superman Reborn by Jonathan Lemkin dated March 24, 1995.

91.     Attached hereto as Exhibit <u>89</u> is a true and correct copy of Plaintiffs' Exhibit 139 described as Hanna-Barbera Licensee Audit.

92.     Attached hereto as Exhibit <u>90</u> is a true and correct copy of Plaintiffs' Exhibit 165 described as Letter from Jeffrey M. Fortney to Richard D. Parsons dated July 16, 2004.

93.     Attached hereto as Exhibit <u>91</u> is a true and correct copy of Plaintiffs' Exhibit 168 described as Letter from Kevin Tsujihara to Jeffrey M. Fortney dated August 4, 2004.

94.     Attached hereto as Exhibit <u>92</u> is a true and correct copy of Plaintiffs Exhibit 74 described as Creation of Warner Bros Entertainment Inc. Charts (Q'2-2003).

95.     Attached hereto as Exhibit <u>93</u> is a true and correct copy of Plaintiffs' Exhibit 81 described as DC Comics Executive Management Charts (Q'2-2003).

96.     Attached hereto as Exhibit <u>94</u> is a true and correct copy of Plaintiffs' Exhibit 109 described as DC Comics Senior Management Charts (proposed 2005).

97.     Attached hereto as Exhibit <u>95</u> is a true and correct copy of Plaintiffs' Exhibit 124 described as Declaration of Janice Cannon in Support of Defendants' Motion for Partial Summary Judgment.

98.     Attached hereto as Exhibit <u>96</u> is a true and correct copy of Plaintiffs' Exhibit 127 described as Declaration of Julie Spencer in Support of Defendants' Motion for Partial Summary Judgment.

344663_1.DOC

10

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

99.     Attached hereto as Exhibit <u>97</u> is a true and correct copy of Plaintiffs Exhibit 240 described as Time Warner Management Chart.

100.    Attached hereto as Exhibit <u>98</u> is a true and correct copy of Plaintiffs' Initial Disclosures.

101.    Attached hereto as Exhibit <u>99</u> is a true and correct copy of Plaintiffs' Initial Designation of Expert Witness Mark Evanier and report.

102.    Attached hereto as Exhibit <u>100</u> is a true and correct copy of Plaintiffs' Expert Rebuttal Witness Disclosure of Mark Evanier and report.

103.    Attached hereto as Exhibit <u>101</u> is a true and correct copy of Plaintiffs' Initial Designation of Expert Witness James Steranko and report.

104.    Attached hereto as Exhibit <u>102</u> is a true and correct copy of Plaintiffs' Expert Rebuttal Witness Disclosure of James Steranko and report.

105.    Attached hereto as Exhibit <u>103</u> is a true and correct copy of  Plaintiffs' Supplemental Expert Report of Steve D. Sills dated January 22, 2008, with portions redacted.

106.    Attached hereto as Exhibit <u>104</u> is a true and correct copy of excerpts of Wayne Lewellen's Deposition Transcript dated April 9, 2007.

107.    Attached hereto as Exhibit <u>105</u> is a true and correct copy of Plaintiffs Initial Designation of Expert Witness Wayne Lewellen and report.

108.    Attached hereto as Exhibit <u>106</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to Artists Management Group LLC dated December 22, 2008.

109.    Attached hereto as Exhibit <u>107</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to Twentieth Century Fox Film Corp. dated December 22, 2008.

110.    Attached hereto as Exhibit <u>108</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to Dino De Laurentiis Co. dated December 23, 2008.

111.  Attached hereto as Exhibit <u>109</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to International Creative Management LLC dated December 23, 2008.

112.  Attached hereto as Exhibit <u>110</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to Sony Pictures Entertainment dated December 23, 2008.

113.  Attached hereto as Exhibit <u>111</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to T. Asset Acquisition Co. LLC dated December 23, 2008.

114.  Attached hereto as Exhibit <u>112</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to William Morris Agency LLC dated December 23, 2008.

115.  Attached hereto as Exhibit <u>113</u> is a true and correct copy of Plaintiffs' Subpoena for Documents to John Wells Productions dated December 23, 2008.

116.  Attached hereto as Exhibit <u>114</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to Artists Management Group LLC dated December 22, 2008.

117.  Attached hereto as Exhibit <u>115</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to Twentieth Century Fox Film Corp. dated December 22, 2008.

118.  Attached hereto as Exhibit <u>116</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to Dino De Laurentiis Co. dated December 23, 2008.

119.  Attached hereto as Exhibit <u>117</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to International Creative Management LLC dated December 23, 2008.

120.  Attached hereto as Exhibit <u>118</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to Sony Pictures Entertainment dated December 23, 2008.

121.  Attached hereto as Exhibit <u>119</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to T. Asset Acquisition Co. LLC dated December 23, 2008.

122.  Attached hereto as Exhibit <u>120</u> is a true and correct copy of Plaintiffs' Subpoena for Trial to William Morris Agency LLC dated December 23, 2008.

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3

1     123.   Attached hereto as Exhibit <u>121</u> is a true and correct copy of Plaintiffs'

2  Subpoena for Trial to John Wells Productions dated December 23, 2008.

3     124.   Attached hereto as Exhibit <u>122</u> is a true and correct copy of a letter

4  from Marc Toberoff to James Weinberger dated December 29, 2008.

5     125.   Attached hereto as Exhibit <u>123</u> is a true and correct copy of Plantiffs'

6  Ex. 1 described as Batman Option Purchase Agreement dated May 31, 2002.

7     126.   Attached hereto as Exhibit <u>124</u> is a true and correct copy of Plantiffs'

8  Ex. 57 described as Batman Agreement as of May 31, 2002.

9     127.   Attached hereto as Exhibit <u>125</u> is a true and correct copy of Plantiffs'

10  Ex. 300 described as "My Fair Lady" Purchase Agreement dated January 19, 1962.

11     128.   Attached hereto as Exhibit <u>126</u> is a true and correct copy of Plantiffs'

12  Ex. 303 described as "Guys and Dolls" Agreement dated June 24, 1954.

13     129.   Attached hereto as Exhibit <u>127</u> is a true and correct copy of a letter

14  from James Weinberger to Marc Toberoff dated December 24, 2008.

15     130.   I declare under penalty of perjury of the laws of the United States of

16  America that the foregoing is true and correct.

17     Dated this _5_ th day of January, 2009 at Beverly Hills, California.

18

19

20

21                              Michael Bergman

22

23

24

25

26

27

28

DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF MIL NOS. 1, 2, AND 3