UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

| | | |
|---|---|---|
| Case No. | CV 04-08400-SGL (RZx) | Date:  January 9, 2009 |

Title:      JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

=======================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| | |
|---|---|
| Jim Holmes | None Present |
| Courtroom Deputy Clerk | Court Reporter |

| ATTORNEYS PRESENT FOR PLAINTIFFS: | ATTORNEYS PRESENT FOR DEFENDANTS: |
|---|---|
| None present | None present |

PROCEEDINGS:   ORDER GRANTING PLAINTIFFS' EX PARTE APPLICATION (DOCKET # 390; ORDER GRANTING DEFENDANTS' EX PARTE APPLICATION (DOCKET # 394); ORDER SETTING HEARING ON PARTIES' MOTIONS TO COMPEL

   Plaintiffs' <u>ex</u> <u>parte</u> application (docket # 390) and defendants' <u>ex</u> <u>parte</u> application (docket # 394) are both **GRANTED**.  The Court will conduct a hearing on plaintiffs' motion to compel and defendants' motion to compel on January 14, 2009, at 1:00 p.m. in Courtroom One.

   IT IS SO ORDERED.