1  WEISSMANN WOLFF BERGMAN
       COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  Adam Hagen (SBN 218021)
   9665 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212
   Telephone: (310) 858-7888
5  Fax: (310) 550-7191

6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted *pro hac vice*)
7  James D. Weinberger (Admitted *pro hac vice*)
   866 United Nations Plaza
8  New York, New York 10017
   Telephone: (212) 813-5900
9  Fax: (212) 813-5901

10 PERKINS LAW OFFICE, P.C.
   Patrick T. Perkins (Admitted *pro hac vice*)
11 1711 Route 9D
   Cold Spring, New York 10516
12 Telephone: (845) 265-2820
   Fax: (845) 265-2819

13

14 Attorneys for Defendants and Counterclaimant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, | Case No. SA CV 04-8400 SGL (RZx) |
| | Hon. Stephen G. Larson, U.S.D.J. |
| Plaintiffs, | |
| vs. | **DECLARATION OF MICHAEL BERGMAN IN OPPOSITION TO PLAINTIFFS' MOTIONS *IN LIMINE* NOS. 1, 2, 3, AND 4** |
| WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10, | |
| Defendants. | Date: January 26, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1 |
| | Trial Date: February 3, 2009 |
| AND RELATED COUNTERCLAIMS | |

DECLARATION OF MICHAEL BERGMAN IN OPPOSITION TO MIL NOS. 1, 2, 3, AND 4

1  I, MICHAEL BERGMAN, declare under penalty of perjury:

2      1.      I am a member of Weissmann Wolff Bergman Coleman Grodin &

3  Evall LLP, counsel for Defendants.  This Declaration is made in support of

4  Defendants' Oppositions to Plaintiffs' Motions *in Limine* Nos. 1, 2, 3 & 4.  I have

5  personal knowledge of the facts contained within this declaration, and, if called

6  upon as a witness, I could and would testify competently thereto.

7      2.      Attached hereto as Exhibit 1 is a true and correct copy of Plaintiffs'

8  Complaint in the Superman Case (Case No. CV 04-8400) dated October 8, 2004.

9      3.      Attached hereto as Exhibit 2 is a true and correct copy of Defendants'

10  initial disclosures, dated April 15, 2005.

11      4.      Attached hereto as Exhibit 3 is a true and correct copy of a letter I sent

12  to Marc Toberoff on December 9, 2008.

13      5.      Attached hereto as Exhibit 4 is a true and correct copy of a letter I

14  received from Marc Toberoff, dated December 10, 2008.

15      I declare under penalty of perjury of the laws of the United States of America

16  that the foregoing is true and correct.

17      Dated this 12 th day of January, 2009 at Beverly Hills, California.

18

19

20

21                                              Michael Bergman

22

23

24

25

26

27

28

DECLARATION OF MICHAEL BERGMAN IN OPPOSITION TO MIL NOS. 1, 2, AND 3