TOBEROFF & ASSOCIATES P.C.
Marc Toberoff (SBN 188547)
Nicholas C. Williamson (SBN 231124)
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone: (310) 246-3333
Facsimile: (310) 24603101
MToberoff@ipwla.com

Attorneys for Plaintiffs

WEISSMANN WOLFF BERGMAN
 COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191
mbergman@wwllp.com

FROSS ZELNICK LEHRMAN &
 ZISSU, P.C.
Roger L. Zissu (*pro hac vice*)
James D. Weinberger (*pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901
rzissu@frosszelnick.com

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (*pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819
pperkins@ptplaw.com

Attorneys for Defendants and
Counterclaimant

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br>Defendants.<br>AND RELATED COUNTERCLAIMS | Case No. SA CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**JOINT WITNESS LIST**<br><br>F.R.C.P. 26; Local Rule 16-5 |

{F0400085.2} {F0396688.3}

JOINT WITNESS LIST

344154v1

1  Pursuant to Local Rule 16-5, Fed. R. Civ. P. 26 and this Court's Scheduling
2  Order, the parties respectfully submit a joint list of witnesses which they presently
3  expect to call at the initial trial of this matter currently scheduled to commence on
4  February 3, 2009, a copy of which is attached hereto as Exhibit A.

6  DATED: January 12, 2009           TOBEROFF & ASSOCIATES. P.C.

7                                                         By _____
                                                                   Marc Toberoff

   Attorneys for Plaintiffs,
9  JOANNE SIEGEL and LAURA SIEGEL
   LARSON

10 DATED:  January 12, 2009          WEISSMANN WOLFF BERGMAN
11                                                         COLEMAN GRODIN & EVALL LLP

12                                                         -and-

13                                                         FROSS ZELNICK LEHRMAN & ZISSU, P.C.

14                                                         -and-

15                                                         PERKINS LAW OFFICE, P.C.

17                                                         By: _____
                                                                   Michael Bergman

18                                                         Attorneys for Defendants and Counterclaimant

{F0400085.2} 1
JOINT WITNESS LIST

344154v1

**EXHIBIT A**

EXHIBIT A

## Joint Trial Witness Estimate Form

Case: *Siegel v. Warner Bros. Entertainment, Inc.*, Case No. CV 04-8400 SGL (RZx)     Trial Date: February 3, 2009

|   | WITNESS NAME | PARTY CALLING AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 1 | Caldon, Patrick | Plaintiffs, 1-1.5 hours | 0.5 hour | Financial relationship between DC Comics and Warner Bros. Entertainment Inc. | |
| 2 | Caldon, Patrick | Defendants, 1-2 hours | 1 hour | DC Comics corporate organization | If need arises. |
| 3 | Cannon, Janice | Plaintiffs, .5-1 hour | 0.5 hour | Time Warner Inc.'s corporate structure | If need arises. |
| 4 | Cannon, Janice | Defendants, 1-2 hours | 0.5 hour | Time Warner Inc. corporate organization | If need arises. |
| 5 | Edwards, Mike | Plaintiffs, 2-3 hours | 0.5 hour | Payments made to DC Comics pursuant to relevant Superman agreements | |
| 6 | Emanuel, Ariel | Plaintiffs, 1-2 hours | 0.5-1 hours | Television and film agreements of which he has personal knowledge | |
| 7 | Evanier, Mark | Plaintiffs, 1-2 hours | 0.5 hour | Expert on history of Superman's commercial exploitation; and exploitation of comic book superheroes in film and television | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 8 | Gardiner, Nairi | Plaintiffs, 1 hour | 0.5 hour | Superman agreements (Warner Bros. Consumer Products) | If need arises. |
| 9 | Gardiner, Nairi | Defendants, 0.5 hours | 0.5 hour | Superman agreements (Warner Bros. Consumer Products), Warner Bros. corporate organization | If need arises. |

1

EXHIBIT A

| | WITNESS NAME | PARTY CALLING AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 10 | Harpur, Reginald | Plaintiffs, 1-1.5 hours | 0.5 hour | Warner Bros. Entertainment Inc.'s and DC Comics' financial reporting | If need arises. |
| 11 | Harpur, Reginald | Defendants, 0.5 hour | 0.5 hour | Warner Bros. Entertainment Inc. corporate organization | If need arises. |
| 12 | Horn, Alan | Plaintiffs, 1-2 hours | 0.5 hour | Warner Bros. Entertainment Inc.'s relationship with DC Comics; importance of Superman as a franchise | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 13 | Immerman, William | Plaintiffs, 2-2.5 hours | 0.5 hours | Superman Film Option/ Purchase agreement; *Sahara* / Clive Cussler Agreement | If need arises. See parties' briefs re: Plaintiffs' Motion in Limine No. 2. |
| 14 | Immerman, William | Defendants, 1.5 hours | 2-3 hours | Expert on Superman film agreement | See parties' briefs re: Plaintiffs' Motion in Limine No. 2. |
| 15 | Kogan, Jay | Plaintiffs, 1-2 hours | 0.5 hour | Negotiations of Superman Film Option/ Purchase agreement | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 16 | Laserson, Lillian | Plaintiffs, 1-2 hours | 0.5 hour | Superman agreements; Relationship between DC Comics and Warner Bros. Entertainment Inc. | If need arises. |
| 17 | Laserson, Lillian | Defendants, 0.5 hour | 0.5-1 hours | Superman agreements (DC Comics), DC Comics corporate organization | If need arises. |
| 18 | Levitz, Paul | Plaintiffs, 3-4 hours | 1-2 hours | Superman agreements, Relationship between DC Comics and Warner Bros. Entertainment Inc. | |

EXHIBIT A

| | WITNESS NAME | PARTY CALLING AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 19 | Levitz, Paul | Defendants, 2-3 hours | 2-3 hours | Superman agreements (DC Comics), DC Comics corporate organization, other DC Agreements | See parties' briefs re: Plaintiffs' Motion in Limine No. 3. |
| 20 | Lewellen, Wayne | Plaintiffs, 2-3 hours | 1-1.5 hours | Expert on intra-corporate relationships in entertainment business; Superman Film Option/Purchase Agreement and Smallville Television Agreement | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 21 | Marks, Richard | Plaintiffs, 1-2 hours | 0.5 hour | Smallville Television Agreement | If need arises. See parties' briefs re: Plaintiffs' Motion in Limine No. 2. |
| 22 | Marks, Richard | Defendants, 1.5-2 hours | 1.5-2 hours | Expert on Smallville television Agreement | See parties' briefs re: Plaintiffs' Motion in Limine No. 2. |
| 23 | Meyer, Barry | Plaintiffs, 1 hour | 0.5 hour | Warner Bros. Entertainment Inc.'s relationship with DC Comics | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 24 | Miller, Bradley Scott | Plaintiffs, 0.5-1 hours | 0.5 hour | Negotiations of Smallville Television Agreement | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 25 | Noveck, Gregory | Plaintiffs, 1-2 hours | 0.5 hour | Warner Bros. Entertainment Inc.'s corporate/creative relationship with DC Comics | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 26 | Paul, Brett | Plaintiffs, 1.5-2 hours | 0.5 hours | Warner's Superman television agreements | |

3

EXHIBIT A

| | WITNESS NAME | PARTY CALLING AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 27 | Paul, Brett | Defendants, 1-1.5 hours | 1-1.5 hours | Superman agreements (Warner Bros. Television Production), Other Warner television agreements | See parties' briefs re: Plaintiffs' Motion in Limine No. 3. |
| 28 | Robinov, Jeff | Plaintiffs, 1-1.5 hours | 0.5 hour | Warner Bros. Entertainment Inc.'s relationship with DC Comics; importance of Superman as a franchise | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 29 | Roth, Peter | Plaintiffs, 1 hour | 0.5 hour | Warner Bros./ DC Comics relationship re: Superman television | If need arises. |
| 30 | Rubin, Cheryl | Defendants, 1-2 hours | 0.5-1 hours | Superman agreements (DC Comics) | If need arises. See parties' briefs re: Plaintiffs' Motion in Limine No. 3. |
| 31 | Schulman, John | Plaintiffs, 1-2 hours | 0.5-1 hour | Superman agreements, Warner Bros. Entertainment Inc.'s corporate organization and practices | |
| 32 | Schulman, John | Defendants, 1-2 hours | 1-2 hours | Superman agreements (Warner Bros. Entertainment Inc.); Warner Bros. corporate organization and practices | If need arises. |
| 33 | Sills, Steve | Plaintiffs, 3-4 hours | 1-2 hours | Expert on Warner Bros. accounting to DC Comics under various Superman Agreements | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 34 | Spencer, Julie | Plaintiffs, 1 hour | 0.5 hour | Warner Bros. Entertainment Inc.'s and DC Comics' corporate structure | If need arises. |

4

EXHIBIT A

| | WITNESS NAME | PARTY CALLING AND ESTIMATE | X-EXAMINER'S ESTIMATE | DESCRIPTION OF TESTIMONY | COMMENTS |
|---|---|---|---|---|---|
| 35 | Spira, Steven | Defendants, 1-1.5 hours | 1-1.5 hours | Superman agreements (Warner Bros. Pictures), Other Warner film agreements | See parties' briefs re: Plaintiffs' Motion in Limine No. 3. |
| 36 | Steranko, James | Plaintiffs, 1 hour | 1 hour | Expert on the history of Superman and other comic book superheroes in film and television | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 37 | Todd, Marsha | Plaintiffs, 1-2 hours | 1 hour | Negotiation of Superman Film Option/Purchase Agreement | See parties' briefs re: Defendants' Motion in Limine No. 2. |
| 38 | Tsujihara, Kevin | Plaintiffs, 1-2 hours | 0.5 hour | Warner Bros. Entertainment Inc.'s integrated relationship with DC Comics and other affiliates; new media. | See parties' briefs re: Defendants' Motion in Limine No. 2. |

TOTAL ESTIMATES:

WILL CALL: 23 witnesses, 31-48.5 hours direct, 19-26 hours cross

MAY CALL: 15 witnesses, 14-21.5 hours direct, 8-10.5 hours cross

5