Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, <br><br> Defendants. <br><br> DC COMICS, <br><br> Counterclaimant, <br> vs. <br><br> JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Counterclaim Defendants. | Case No: CV 04-08400 SGL (RZx) <br><br> Hon. Stephen G. Larson, U.S.D.J. <br><br> **DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE* NOS. 1-4** <br><br> [Plaintiffs' Oppositions to Motions *in Limine* Nos. 1-4 filed electronically; Unredacted Opposition No. 4 and Declaration of Nicholas Williamson filed manually] <br><br> Date: January 26, 2009 <br> Time: 11:00 a.m. <br> Place: Courtroom 1 <br><br> Trial Date: February 3, 2009 |

DECLARATION OF MARC TOBEROFF IN OPPOSITION TO DEFENDANTS' MOTIONS *IN LIMINE*

**DECLARATION OF MARC TOBEROFF**

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for plaintiffs Laura Siegel Larson and Joanne Siegel ("Plaintiffs"). I am a member in good standing of the State Bar of California and submit this declaration in support of Plaintiffs' oppositions to Defendants' motions *in limine* nos. 1-4. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of the Court's October 6, 2008 order.

3. Attached hereto as "Exhibit B" is a true and correct copy of letter from Defendants' Counsel Michael Bergman to me dated December 9, 2008.

4. Attached hereto as "Exhibit C" is a true and correct copy of an article from *Variety* entitled "Warner/DC hold superhero summit," dated July 10, 2008, that I caused to be printed.

5. Attached hereto as "Exhibit D" is a true and correct copy if an article from the *Wall Street Journal* entitled "Warner Bets on Fewer, Bigger Movies," dated August 22, 2008, that I caused to be printed.

6. Attached hereto as "Exhibit E" is a true and correct copy of a document entitled "Superman Brand Merchandising" produced by Defendants in this action.

7. Attached hereto as "Exhibit F" is a true and correct copy of a *New York Times* article entitled "Times Topics: Ariel Z. Emauel" that I caused to be printed.

8. Attached hereto as "Exhibit G" is a true and correct copy of a press release from Time Warner entitled entitled "Jeff Robinov Promoted to President, Warner Bros. Pictures Group," dated November 26, 2007, which I caused to be printed.

9. Attached hereto as "Exhibit H" is a true and correct copy of an article from the *Hollywood Reporter* entitled "Dialogue with Jeff Robinov" dated October

11-17, 2005 produced by Defendants in this action.

10. Attached hereto as "Exhibit I" is a true and correct copy of an article from *Variety* entitled "Noveck is DC's Hollywood Hero," dated December 9, 2003.

11. Attached hereto as "Exhibit J" is a true and correct copy of an article from *Variety* entitled "Leaps Tall Ratings," dated January 25, 2006.

12. Attached hereto as "Exhibit K" is a true and correct copy of the online biography of Barry Meyer that I caused to be printed from Warner Bros.' website.

13. Attached hereto as "Exhibit L" is a true and correct copy of the online biography of Alan Horn that I caused to be printed from Warner Bros.' website.

14. Attached hereto as "Exhibit M" is a true and correct copy of the online management chart for Warner Bros. Entertainment Inc. that I caused to be printed from Warner Bros.' website.

15. Attached hereto as "Exhibit N" is a true and correct copy of an online press release regarding Kevin Tsujihara, dated October 25, 2005, that I caused to be printed from Warner Bros.' website.

16. Attached hereto as "Exhibit O" are true and correct copies of excerpts from the April 9, 2007 deposition of Wayne Lewellen which I defended.

17. Attached hereto as "Exhibit P" is a true and correct copy of the listing for Batman on the Internet Movie Database ("imdb.com") which I caused to be printed.

18. Attached hereto as "Exhibit Q" is a true and correct copy of the online listing for Spiderman from Boxofficemojo.com, which I caused to be printed.

19. Attached hereto as "Exhibit R" is a true and correct copy the online listing for X-Men from Boxofficemojo.com, which I caused to be printed.

20. Attached hereto as "Exhibit S" is a true and correct copy of the judgment in the matter of *Ladd, et al v. Warner Bros. Entertainment Inc.*, Los Angeles Superior Court Case No. BC300043 filed September 25, 2007.

21. Attached hereto as "Exhibit T" is a true and correct copy of the

1  imdb.com listing for Annie which I caused to be printed.

2  22. Attached hereto as "Exhibit U" is a true and correct copy of an article from the *Providence Business News* entitled "Hasbro Inks 6-year Deal with Universal Pictures" dated February 20, 2008, which I caused to be printed.

23. Attached hereto as "Exhibit V" are true and correct copies of listings for Terminator films from Boxofficemojo.com, which I caused to be printed.

24. Attached hereto as "Exhibit W" is a true and correct copy of the imdb.com listing for Tom Clancy, which I caused to be printed.

25. Attached hereto as "Exhibit X" are true and correct copies of the imdb.com listings for the films Hannibal and The Silence of the Lambs, which I caused to be printed.

26. Attached hereto as "Exhibit Y" is a true and correct copy of the imdb.com listing for Michael Crichton, which I cause to be printed.

27. Attached hereto as "Exhibit Z" is a true and correct copy of an article from Entertainment Weekly entitled "A Line in the Record Books" dated April 28, 1990, which I caused to be printed.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 12, 2009 in Los Angeles, California.

_____
Marc Toberoff