UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-08400-SGL (RZx)                                                                 Date:  January 14, 2009

Title:    JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

==========================================================================

PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

| Jim Holmes | Theresa Lanza |
| Courtroom Deputy Clerk | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:            ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff                                                                  Michael Bergman

PROCEEDINGS:    **ORDER GRANTING PLAINTIFFS' JOINT STIPULATION RE MOTION TO COMPEL (Docket No. 390);**

**ORDER DENYING DEFENDANTS' MOTION TO COMPEL (Docket No. 394)**

   For the reasons set forth on the record, defendants' motion to compel production of withheld document is **DENIED**.

   Plaintiffs' motion to compel defendants' supplementation of discovery is **GRANTED** to the extent it is not moot.  Towards that end, defendants are hereby **ORDERED** to file with the Court by January 21, 2009, a declaration re-affirming that, as of January 14, 2009, they have supplemented all the discoverable material (<u>see</u> Fed. R. Civ. P. 26(b)(1) (noting that "[r]elevant information [for purposes of discovery] need not be admissible at the trial" but also includes material that "appears reasonably calculated to lead to the discovery of admissible evidence") responsive to the document production requests (not the exemplars provided by plaintiffs in their motion, or in their correspondence with defense counsel, of types of documents that would be responsive) identified by plaintiffs' in their motion to compel (<u>see</u> Joint Stipulation Re: Pls' Mot. Compel Defs' Supplementation of Discovery at pg. 5, lines 22-27), and if they have not, that they have so supplemented their responses to said document production requests on or by January 21, 2009.  All documents produced by defendants after January 14, 2009, shall not be admissible at the February 3, 2009, trial if offered by defendants.

   **IT IS SO ORDERED.**