1  WEISSMANN WOLFF BERGMAN
     COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  Adam Hagen (SBN 218021)
   9665 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212
   Telephone: (310) 858-7888
5  Fax: (310) 550-7191

6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted *pro hac vice*)
7  James D. Weinberger (Admitted *pro hac vice*)
   866 United Nations Plaza
8  New York, New York 10017
   Telephone: (212) 813-5900
9  Fax: (212) 813-5901

10 PERKINS LAW OFFICE, P.C.
   Patrick T. Perkins (Admitted *pro hac vice*)
11 1711 Route 9D
   Cold Spring, New York 10516
12 Telephone: (845) 265-2820
   Fax: (845) 265-2819

13
   Attorneys for Defendants and Counterclaimant
14
                    **UNITED STATES DISTRICT COURT**
15
                    **CENTRAL DISTRICT OF CALIFORNIA**
16

| | |
|---|---|
| 17  JOANNE SIEGEL and LAURA SIEGEL LARSON, | Case No. SA CV 04-8400 SGL (RZx) |
| 18 | Hon. Stephen G. Larson, U.S.D.J. |
| 19           Plaintiffs, | |
| 20       vs. | **REPLY DECLARATION OF MICHAEL BERGMAN IN SUPPORT OF DEFENDANTS' *IN LIMINE* MOTIONS** |
| 21  WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10, | |
| 22 | Date: January 26, 2009 |
| 23           Defendants. | Time: 11:00 a.m. Place: Courtroom 1 |
| 24 | Trial Date: February 3, 2009 |
| 25  AND RELATED COUNTERCLAIMS | |
| 26 | |

27

28

---

REPLY DECLARATION OF MICHAEL BERGMAN

1  I, MICHAEL BERGMAN, declare under penalty of perjury:

2       1.     I am a member of Weissmann Wolff Bergman Coleman Grodin &

3  Evall LLP, counsel for Defendants.  This Declaration is made in support of

4  Defendants' Reply Memoranda in Support of Defendants' *in Limine* Motions.  I

5  have personal knowledge of the facts contained within this declaration, and, if called

6  upon as a witness, I could and would testify competently thereto.

7       2.     Attached hereto as Exhibit 1 is a true and correct copy of the Pretrial

8  Conference Order in this matter.

9       3.     Attached hereto as Exhibit 2 is a true and correct copy of the deposition

10  transcript of Ariel Emanuel.

11       4.     Attached hereto as Exhibit 3 is a true and correct copy of relevant

12  portions of the deposition transcript of Peter Roth.

13       5.     Attached hereto as Exhibit 4 is a true and correct copy of relevant

14  portions of the deposition transcript of Mark Evanier.

15       6.     Attached hereto as Exhibit 5 is a true and correct copy of relevant

16  portions of the deposition transcript of James Steranko.

17       7.     Attached hereto as Exhibit 6 is a true and correct copy of Defendants'

18  subpoena to Ariel Emanuel, with exhibits thereto omitted.

19       8.     Attached hereto as Exhibit 7 is a true and correct copy of Defendants'

20  subpoena to Endeavor Agency, LLC, with exhibits thereto omitted.

21

22

23

24

25

26

27

28

344920_1.DOC

1

REPLY DECLARATION OF MICHAEL BERGMAN

1    9.    Attached hereto as Exhibit <u>8</u> is a true and correct copy of e-mail

2  correspondence sent between James Weinberger and Nick Williamson on January

3  14 and 15, 2009.

4    I declare under penalty of perjury of the laws of the United States of America

5  that the foregoing is true and correct.

6    Dated this _16_ th day of January, 2009 at Beverly Hills, California.

7

8    Michael Bergman

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28