WEISSMANN WOLFF BERGMAN
  COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819

Attorneys for Defendants and Counterclaimant

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SA CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**DEFENDANTS' NOTICE OF LODGING [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>Trial Date: February 3, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1 |

1  TO THE CLERK OF COURT AND ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:
3     Defendants Warner Bros. Entertainment Inc. ("WBEI"), Time Warner Inc.
4  ("TWI"), and defendant and counterclaimant DC Comics ("DC") (collectively
5  "Defendants") hereby lodge the following document, attached herewith as Exhibit
6  "A."
7     DEFENDANTS' [PROPOSED] FINDINGS OF FACT AND
8     CONCLUSIONS OF LAW.
9  DATED: January 20, 2008     Respectfully submitted,
10                              WEISSMANN WOLFF BERGMAN
                                 COLEMAN GRODIN & EVALL LLP
11
                                FROSS ZELNICK LEHRMAN & ZISSU, P.C.
12                                        -and-
                                PERKINS LAW OFFICE, P.C.
13

16  By: /s/ Michael Bergman
        Michael Bergman
17
    Attorneys for Defendants and Counterclaimant

1

NOTICE OF LODGING OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW