Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants,
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>        Plaintiffs,<br>  vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br>        Defendants.<br><br>DC COMICS,<br><br>        Counterclaimant,<br>  vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>        Counterclaim Defendants. | Case No: CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**NOTICE OF LODGING OF PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>**Final Pre-Trial Conference**<br>Date: January 26, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br><br>**Trial**<br>Date: February 3, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1 |

NOTICE OF LODGING OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

| | |
|---|---|
| 1 | TO THE CLERK OF COURT AND ALL PARTIES AND THEIR |
| 2 | COUNSEL OF RECORD: |
| 3 |     Plaintiffs Joanne Siegel and Laura Siegel Larson hereby lodge the |
| 4 | following document, a <u>redacted</u> version of which is attached herewith as |
| 5 | "Exhibit A": |
| 6 |     PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S |
| 7 | [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW. |

DATED: January 20, 2009

TOBEROFF & ASSOCIATES, P.C.

By _____
     Marc Toberoff

Attorneys for Plaintiffs,
JOANNE SIEGEL and LAURA SIEGEL LARSON