UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-08400-SGL (RZx)                                      Date:  January 26, 2009

Title:         JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10
=======================================================================

PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                           None Present
    Courtroom Deputy Clerk                     Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                    None present

PROCEEDINGS:    IN CHAMBERS  (no proceedings held)

**ORDER REGARDING FINAL PRE-TRIAL CONFERENCE;**

**ORDER VACATING FEBRUARY 3, 2009, TRIAL AND RESCHEDULING SAME;**

**ORDER VACATING MARCH 24, 2009, ACCOUNTING TRIAL AND RESCHEDULING SAME**

**HEARING ON MOTIONS IN LIMINE (Plaintiff's One through Four and Defendants' One through Four)**

   Final pre-trial conference was held.

   Due to health issues related to one of plaintiff's main expert witnesses, the February 3, 2009, "alter ego" trial is continued to April 21, 2009, at 9:30 a.m. in Courtroom One.  Plaintiffs are to disclose their substitute expert and submit his or her expert report by February 16, 2009. Defendants thereafter have until February 27, 2009, to depose plaintiffs' substitute expert. Defendants shall have until March 16, 2009, to disclose their rebuttal expert and submit his or her

MINUTES FORM 90                                                                                      Initials of Deputy Clerk:  jh
CIVIL -- GEN                                                      1

CV 04-08400-SGL (RZx)
JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual v WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10
MINUTE ORDER of January 26, 2009

rebuttal expert report. Plaintiffs shall have until March 27, 2009, to depose defendants' rebuttal expert.

     The Court will conduct a status conference on April 6, 2009, at 11:00 a.m. in Courtroom One.

     Each party is to file by January 30, 2009, a separate revised witness list identifying who they will actually call to testify at the April 21, 2009, trial, an estimate of the length of time each said witness will be on direct examination, and a summary of each witness' testimony. The Court thereafter will issue the Final Pretrial Conference Order governing the April 21, 2009, trial.

     In light of the postponement of the February 3, 2009, trial, the Court hereby vacates the March 24, 2009, accounting trial and re-sets the trial for June 9, 2009, at 9:30 a.m. in Courtroom One.

     The rulings on the motions in limine were set forth on the record and will be recorded in the Final Pretrial Conference Order to be issued shortly.

     IT IS SO ORDERED.