UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.    CV 04-08400-SGL (RZx)                                      Date:  January 26, 2009

Title:    JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10
=====================================================================
PRESENT:  HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

    Jim Holmes                                              Theresa Lanza
    Courtroom Deputy Clerk                          Court Reporter

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

Marc Toberoff                                                    Michael Bergman
Nick Williamson                                                James D. Weinberger
Keith Adams                                                      Ajani Mandavia

PROCEEDINGS:         (1)  FINAL PRETRIAL CONFERENCE **[Link & Term re: Minutes, No. 388]**

                            **(2)    RE:  Various Pending Motions-In-Limine [Link Motions below]**
                            **Doc #400, Defendants' No. 1**
                            **Doc #401, Defendant's No. 2**
                            **Doc #402, Defendant's No. 3**
                            **Doc #403, Defendant's No. 4**
                            **Doc #404, Plaintiff's No. 1**
                            **Doc #405, Plaintiff's No. 2**
                            **Doc #406, Plaintiff's No. 3**
                            **Doc #407, Plaintiff's No. 4**


    A Final pretrial conference (PTC) was held.   A final PTC order will issue separately.

    The Court heard and considered oral argument on the above-mentioned motions-in-limine and thereafter took the matter under submission.  A ruling will issue.