1  Marc Toberoff (CA State Bar No. 188547)
   Nicholas C. Williamson (CA State Bar No. 231124)
2  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 2720
3  Los Angeles, CA 90067
   Telephone: (310) 246-3333
4  Facsimile: (310) 246-3101
   MToberoff@ipwla.com
5
   Attorneys for Plaintiffs and Counterclaim Defendants,
6  JOANNE SIEGEL and LAURA SIEGEL LARSON

7              UNITED STATES DISTRICT COURT

8        CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　　　Plaintiffs,<br>　　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　　　　Defendants. | Case No: CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**NOTICE OF LODGING OF PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW**<br><br>**Final Pre-Trial Conference**<br>Date: January 26, 2009<br>Time: 11:00 a.m.<br>Place: Courtroom 1<br><br>**Trial**<br>Date: April 21, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1 |
| DC COMICS,<br><br>　　　　　　　Counterclaimant,<br>　　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　　　Counterclaim Defendants. | |

NOTICE OF LODGING OF [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Plaintiffs Joanne Siegel and Laura Siegel Larson hereby lodge the following document, a <u>redacted</u> version of which is attached herewith as "Exhibit A":

PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S [PROPOSED] FINDINGS OF FACT AND CONCLUSIONS OF LAW.

DATED: April 7, 2009         TOBEROFF & ASSOCIATES, P.C.

By _____
    Marc Toberoff

Attorneys for Plaintiffs,
JOANNE SIEGEL and LAURA SIEGEL LARSON