1  WEISSMANN WOLFF BERGMAN
   COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  9665 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California  90212
4  Telephone:  310-858-7888
   Fax:        310-550-7191
5
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
6  Roger L. Zissu (Admitted *pro hac vice*)
   James. D Weinberger (Admitted *pro hac vice*)
7  866 United Nations Plaza
   New York, New York  10017
8  Telephone:  212-813-5900
   Fax:        212-813-5901
9
   PERKINS LAW OFFICE, P.C.
10 Patrick T. Perkins (Admitted *pro hac vice*)
   1711 Route 9D
11 Cold Spring, NY  10516
   Telephone:  845-265-2820
12 Fax:        845-265-2819

13 Attorneys for Defendants and Counterclaimant

14              UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
15

16 JOANNE SIEGEL and LAURA      ) Case No. CV 04-8400 SGL (RZx)
   SIEGEL LARSON,               )
17                              ) Hon. Stephen G. Larson, U.S.D.J.
              Plaintiffs,       ) Hon. Ralph Zarefsky, U.S.M.J.
18                              )
        vs.                     ) **ORDER RE STIPULATION**
19                              ) **REQUESTING RE-FILING OF**
   WARNER BROS. ENTERTAINMENT   ) **PLAINTIFFS' JANUARY 12,**
20 INC., TIME WARNER INC., DC   ) **2009 MEMORANDUM OF**
   COMICS, and DOES 1-10,       ) **CONTENTIONS OF FACT AND**
21                              ) **LAW PURSUANT TO**
              Defendants.       ) **PROTECTIVE ORDER**
22                              )
   _____)
23                              )
   AND RELATED COUNTERCLAIMS.   )
24 _____)

{F0438466.2}                      1
**[PROPOSED] ORDER RE STIPULATION**

## ORDER

Based on the Stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that Plaintiffs' Memorandum of Contentions of Fact & Law (Docket No. 430) filed on January 12, 2009 shall be removed from the public file in this action, and replaced with the document attached as Exhibit A.

Dated: April 16, 2009

　　　　　　　　　　　　　　　　　　　*/s/ S.G. Larson*
　　　　　　　　　　　　　　　　　　　Hon. Stephen G. Larson
　　　　　　　　　　　　　　　　　　　Judge, United States District Court