WEISSMANN WOLFF BERGMAN
  COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California  90212
Telephone:  310-858-7888
Fax:            310-550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James. D Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York  10017
Telephone:  212-813-5900
Fax:            212-813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, NY  10516
Telephone:  845-265-2820
Fax:            845-265-2819

Attorneys for Defendants and Counterclaimant

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>          Plaintiffs,<br><br>     vs.<br><br>WARNER BROS. ENTERTAINMENT INC., TIME WARNER INC., DC COMICS, and DOES 1-10,<br><br>          Defendants.<br><br>AND RELATED COUNTERCLAIMS. | Case No. CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**ORDER RE STIPULATION REQUESTING RE-FILING OF PLAINTIFFS' JANUARY 12, 2009 MEMORANDUM OF CONTENTIONS OF FACT AND LAW PURSUANT TO PROTECTIVE ORDER** |

{F0438466.2 }

1

**[PROPOSED] ORDER RE STIPULATION**

1  **ORDER**

2  Based on the Stipulation of the parties, and for good cause shown,

3  **IT IS HEREBY ORDERED** that Plaintiffs' Memorandum of Contentions

4  of Fact & Law (Docket No. 430) filed on January 12, 2009 shall be removed from

5  the public file in this action, and replaced with the document attached as Exhibit A.

6  Dated: April 24, 2009_____ /s/ S.G. Larson

7  _____

8  Hon. Stephen G. Larson
   Judge, United States District Court

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

{F0438466.2}