1  WEISSMANN WOLFF BERGMAN
     COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  Adam Hagen (SBN 218021)
   9665 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212
   Telephone: (310) 858-7888
5  Fax: (310) 550-7191

6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted *pro hac vice*)
7  James D. Weinberger (Admitted *pro hac vice*)
   866 United Nations Plaza
8  New York, New York 10017
   Telephone: (212) 813-5900
9  Fax: (212) 813-5901

10 PERKINS LAW OFFICE, P.C.
   Patrick T. Perkins (Admitted *pro hac vice*)
11 1711 Route 9D
   Cold Spring, New York 10516
12 Telephone: (845) 265-2820
   Fax: (845) 265-2819

13

14 Attorneys for Defendants and Counterclaimant

15        **UNITED STATES DISTRICT COURT**

16        **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  JOANNE SIEGEL and LAURA | Case No. CV 04-8400 SGL (RZx) |
| 18  SIEGEL LARSON, | |
| 19 | Hon. Stephen G. Larson, U.S.D.J. |
|     Plaintiffs, | |
| 20 | **DEFENDANTS' NOTICE OF** |
|    | **LODGING DEPOSITION** |
| 21      vs. | **TRANSCRIPTS FOR TRIAL** |
| 22 | |
|    WARNER BROS. ENTERTAINMENT | |
| 23  INC.; TIME WARNER INC.; DC | |
|    COMICS; and DOES 1-10, | |
| 24 | Trial Date: April 28, 2009 |
|    | Time: 9:30 a.m. |
| 25 | Place: Courtroom 1 |
|          Defendants. | |
| 26 | |
| 27  AND RELATED COUNTERCLAIMS | |
| 28 | |

TO THE CLERK OF COURT AND ALL PARTIES AND THEIR COUNSEL OF RECORD:

Defendants Warner Bros. Entertainment Inc. ("WBEI"), Time Warner Inc. ("TWI"), and defendant and counterclaimant DC Comics ("DC") (collectively "Defendants") hereby lodge the following deposition transcripts for use at trial in the above captioned matter:

1.  Ariel Emanuel dated November 2, 2006;

2.  Brett Paul dated November 3, 2006;

3.  Paul Levitz dated November 6 & 7, 2006;

4.  Lillian Laserson dated November 8, 2006;

5.  John Schulman dated November 10, 2006;

6.  Michael Edwards, dated November 13, 2006;

7.  Nairi Gardiner dated November 14, 2006;

8.  Richard Marks dated February 23, 2007 and April 1, 2009;

9.  William Immerman dated March 28, 2007, and

10. Jon Gumpert dated April 3, 2009.

DATED: April 28, 2009          Respectfully submitted,

WEISSMANN WOLFF BERGMAN
    COLEMAN GRODIN & EVALL LLP

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
    -and-
PERKINS LAW OFFICE, P.C.

By:_____
        Michael Bergman

Attorneys for Defendants and Counterclaimant

1

NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS FOR TRIAL