Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT
APR 28 2009
CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION
BY DEPUTY

Attorneys for Plaintiffs and Counterclaim Defendants,
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Plaintiffs,<br>　　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　Defendants.<br><br>―――――――――――<br><br>DC COMICS,<br><br>　　　　Counterclaimant,<br>　　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Counterclaim Defendants. | Case No: CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**<br><br>**Trial**<br>Date: April 28, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1 |

1  TO THE CLERK OF COURT AND ALL PARTIES AND THEIR
2  COUNSEL OF RECORD:
3      Pursuant to paragraph 12 of the Court's Scheduling Order, Plaintiffs
4  Joanne Siegel and Laura Siegel Larson hereby lodge the following deposition
5  transcripts:
6      1.    Deposition Transcript of Mark Evanier, dated March 30, 2007
7      2.    Deposition Transcript of Mark Halloran dated March 5, 2009

DATED: April 28, 2009        TOBEROFF & ASSOCIATES, P.C.

                                          By _____
                                                Marc Toberoff

Attorneys for Plaintiffs,
JOANNE SIEGEL and LAURA SIEGEL LARSON

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On April 28, 2009, I served the attached document described as

**PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF LODGING OF DEPOSITION TRANSCRIPTS**

as follows:

[X]  :BY HAND:

As follows: I delivered to the address listed above by hand the documents listed herein.

Adam Hagen
WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 28, 2009, in Los Angeles, California.

Nicholas C. Williamson