Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

APR 28 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION  BY DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Plaintiffs,<br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　　Defendants. | Case Nos. CV 04-8400 SGL (RZx)<br><br>Honorable Stephen G. Larson, U.S.D.J.<br><br>**PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S WITNESS LIST**<br><br>Date:　April 28, 2009<br>Time:　9:30 a.m.<br>Place:　Courtroom 1 |
| DC COMICS,<br><br>　　　　　Counterclaimant,<br>vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Counterclaim Defendants. | |

1

PLAINTIFFS' WITNESS LIST

Pursuant to paragraph 12 of the Court's Scheduling Order, Plaintiffs Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs") respectfully submit the following list of witnesses, which they presently expect to call at the trial currently scheduled to commence on April 28, 2009.

| Witness | Dates of Testimony |
|---|---|
| Mark Evanier | |
| Alan Horn | |
| Gregory Noveck | |
| Paul Levitz | |
| Custodian of Records – Artists Rights Management LLC | |
| Mark Halloran | |
| Steven Sills | |
| Ariel Emanuel | |
| John Schulman | |

DATED: April 28, 2009        TOBEROFF & ASSOCIATES P.C.

By _____
Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL and LAURA SIEGEL LARSON

PLAINTIFFS' WITNESS LIST

Case 2:04-cv-08400-ODW -RZ   Document 496   Filed 04/28/09   Page 3 of 3   Page ID
#:10831


## PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 2049 Century Park East, Suite 2720, Los Angeles, California 90067.

On April 28, 2009, I served the attached document described as

**PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S WITNESS LIST**

as follows:

[X]  :BY HAND:

As follows: I delivered to the address listed above by hand the documents listed herein.

Michael Bergman
WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

:(STATE) - I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

[X]  :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on April 28, 2009, in Los Angeles, California.

Nicholas C. Williamson