1 | Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
2 | TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
3 | Los Angeles, CA 90067
Telephone: (310) 246-3333
4 | Facsimile: (310) 246-3101
MToberoff@ipwla.com
5
Attorneys for Plaintiffs and Counterclaim Defendants
6 | JOANNE SIEGEL and LAURA SIEGEL LARSON

**ORIGINAL**

FILED
CLERK, U.S. DISTRICT COURT

APR 2 8 2009

CENTRAL DISTRICT OF CALIFORNIA
EASTERN DIVISION      BY DEPUTY

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, | Case No: CV 04-8400 SGL (RZx) |
| Plaintiffs, | Hon. Stephen G. Larson, U.S.D.J. |
| vs. | **PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S EXHIBIT LIST** |
| WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, | **[Local Rule 16-6.1]** |
| Defendants. | **Trial** Date:  April 28, 2009 Time:  9:30 a.m. Place:  Courtroom 1 |
| DC COMICS, | |
| Counterclaimant, | |
| vs. | |
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, | |
| Counterclaim Defendants. | |

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

Pursuant to Local Rule 16-6.1 of the Local Rules of Central District of California and paragraph 12 of the Court's Scheduling Order, plaintiffs Joanne Siegel and Laura Siegel Larson hereby respectfully submit their Exhibit List. An asterisk (*) is placed next to exhibits plaintiffs may offer if the need arises.

**Plaintiffs' Exhibits**:

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 1 | "Batman" Option Purchase Agreement" | | |
| 2 | "Collision Course: Tentpole tactics put to the test" (article dated February 22, 2006 from Weekly Variety) | | |
| 3 | "Dialogue with Jeff Robinov" (article dated October 11-17, 2005 from The Hollywood Reporter) | | |
| 4 | "FlyBy" Director Loanout Agreement-Brett Ratner | | |
| 5 | "Hollywood's Popcorn Recipe" (article dated April 7, 2006 from The Wall Street Journal) | | |
| 6 | "It's a bird.  It's plain: It's super." (article dated July 14, 2005 from the Los Angeles Times) | | |
| 7 | "Jerry Siegel, Creator of Superman, Dead at 81"* | | |
| 8 | "Looking Backward and Forward with Levitz" | | |
| 9 | "Paul Levitz: Living in an Amazing World" | | |
| 10 | "Pic Rocks the Warners Boat" (article dated May 23, 2006 from Weekly Variety) | | |
| 11 | "Pow! Take that, Hollywood!" (article dated February 15, 2005 from The Washington Post) | | |
| 12 | "Red Sun" Director Loanout Agreement-Bryan Singer | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 13 | "Red Sun" Producer Loanout Agreement- Gil Adler | | |
| 14 | "Relevant Notes and Correspondence" | | |
| 15 | "Superboy" Agreement as of June 15, 1987 | | |
| 16 | "Superman and Batman" Writer Loanout Agreement- Andrew Kevin Walker | | |
| 17 | "Superman Lives" Actor Loanout Agreement- Nicolas Cage | | |
| 18 | "Superman Lives" Director Loanout Agreement- Joseph McGinty | | |
| 19 | "Superman Lives" Writer Loanout Agreement- Dan Gilroy | | |
| 20 | "Superman Lives" Writer Loanout Agreement- Jeffrey Abrams | | |
| 21 | "Superman Lives" Writer Loanout Agreement- Wesley Strick | | |
| 22 | "Superman Lives" Writer Loanout Agreement- William Wisher | | |
| 23 | "Superman Reborn" Writer Loanout Agreement- Gregory Poirier | | |
| 24 | "Superman Reborn" Writer Loanout Agreement- Kevin Smith | | |
| 25 | "Superman" Assignment | | |
| 26 | "Superman" Option Agreement | | |
| 27 | "Superman" Option Letter of February 26, 2001 (Kogan-Schulman) | | |
| 28 | "Superman" Option Letter of January 3, 2002 | | |
| 29 | "Superman" Option Letter of November 17, 1999 (Kogan-Schulman) | | |
| 30 | "The Woman of Steel" (article dated February 2005 from http://www.insidecounsel.com) | | |
| 31 | "Tights in a Twist" (article dated April 2, 2006 from Variety) | | |

2
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 32 | "Tug of Wares" (article dated April 5, 2006 from Variety.com) | | |
| 33 | "Vertically Challenged" (article dated May 2003 from Los Angeles Lawyer magazine) | | |
| 34 | "Warner's Men in Tights" (article dated February 23, 2006 from Daily Variety) | | |
| 35 | "WB draws new DC logo" | | |
| 36 | "Who Is Superman?"* | | |
| 37 | 2nd Amended Co-Financing Agreement | | |
| 38 | Active Media Deals List (chart) | | |
| 39 | Activision Proposal* | | |
| 40 | Agreement as of Nov. 4, 1999 | | |
| 41 | Agreement as of Nov. 4, 1999 | | |
| 42 | Agreement Letter as of January 19, 1982 | | |
| 43 | Agreement Letter as of January 19, 1982 | | |
| 44 | Agreement Letter as of March 27, 1978 | | |
| 45 | Agreement Letter as of November 16, 1976 | | |
| 46 | Agreement Letter dated July 13, 1998, "as of February 15, 1996" | | |
| 47 | Agreement Letter of February 27, 1985 | | |
| 48 | Amended Co-Financing Agreement | | |
| 49 | Amendment No. 1 to Co-Financing Agreement | | |
| 50 | Amendment to Co-Production Agreement as of January 28, 2005 | | |
| 51 | Amendment to Rights Agreement | | |

3

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | "Smallville" | | |
| 52 | Animation Agreement as of January 1, 2000 | | |
| 53 | Animation Agreement as of January 1, 2004 | | |
| 54 | Animation Agreement as of September 21, 1995 | | |
| 55 | Appendix of Exhibits filed by New Line Cinema Corp., *Zaentz v. New Line* (-1)-Unredacted Theme Park Agreement [Ex. D] | | |
| 56 | August 11, 1998 Letter w March 7, 1994 Deal | | |
| 57 | Batman Agreement as of May 31, 2002 | | |
| 58 | Batman/Superman Video Game Proposals | | |
| 59 | Burt Metcalf, "Self-Dealing" | | |
| 60 | Cartoon Network Agreement as of November 13, 2000 | | |
| 61 | Chart of Superhero-Themed Movies Box Office | | |
| 62 | Complaint, *Cussler v. Crusader Ent.,LLC* | | |
| 63 | Complaint, *Kohan v. NBC Studios, Inc.* | | |
| 64 | Complaint, *Ladd v. Warner Bros. Ent. Inc.* | | |
| 65 | Complaint, *The Producer Circle Film. Co. v. Miramax Film Corp.* | | |
| 66 | Complaint, *The Saul Zaentz Company v. New Line Cinema Corp.* | | |
| 67 | Complaint, *Tolkien v. New Line Cinema Corp.* | | |
| 68 | Contract Digest | | |
| 69 | Contract Digest | | |

4
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 70 | Contract Digest (Salkind) | | |
| 71 | Contract Digest for Hanna-Barbera | | |
| 72 | Contract Digest re Lorimar | | |
| 73 | Contract Digest re Superman Option Purchase Agreement | | |
| 74 | Creation of Warner Bros. Entertainment Inc. Charts (Q'2-2003) | | |
| 75 | Daily Variety : Wayne Lewellen: Lifetime Achievement Award * | | |
| 76 | DC animation document | | |
| 77 | DC Comics 2004 Business Review/2005 Budget | | |
| 78 | DC Comics 2005 Business Review/ 2006 Budget | | |
| 79 | DC Comics 2005/2006 Made for Video Greenlight Recommendations August 12, 2004 | | |
| 80 | DC Comics 2006 Business Review/ 2007 Budget | | |
| 81 | DC Comics Executive Management Charts (October 1, 2006) | | |
| 82 | DC Comics Financial Report, Nine Months Ended September 30, 2008 | | |
| 83 | DC Comics Financial Report, Twelve Months Ended December 31, 1999 | | |
| 84 | DC Comics Financial Report, Twelve Months Ended December 31, 2000 | | |
| 85 | DC Comics Financial Report, Twelve Months Ended December 31, 2001 | | |
| 86 | DC Comics Financial Report, Twelve Months Ended December 31, 2002 | | |
| 87 | DC Comics Financial Report, Twelve Months Ended December 31, 2003 | | |

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 88 | DC Comics Financial Report, Twelve Months Ended December 31, 2004 | | |
| 89 | DC Comics Financial Report, Twelve Months Ended December 31, 2005 | | |
| 90 | DC Comics Financial Report, Twelve Months Ended December 31, 2006 | | |
| 91 | DC Comics Financial Report, Twelve Months Ended December 31, 2007 | | |
| 92 | DC Comics Made for Video Proposal | | |
| 93 | DC Comics Media Status Report as of April 28, 2003 | | |
| 94 | DC Comics Media Status Report as of August 29, 2003 | | |
| 95 | DC Comics Media Status Report as of August 30, 2002 | | |
| 96 | DC Comics Media Status Report as of August 30, 2002 (two pages) | | |
| 97 | DC Comics Media Status Report as of December 12, 2002 | | |
| 98 | DC Comics Media Status Report as of February 11, 2003 | | |
| 99 | DC Comics Media Status Report as of January 2, 2003 | | |
| 100 | DC Comics Media Status Report as of July 15, 2003 | | |
| 101 | DC Comics Media Status Report as of July 23, 2002 | | |
| 102 | DC Comics Media Status Report as of June 18, 2002 | | |
| 103 | DC Comics Media Status Report as of June 29, 2003 | | |
| 104 | DC Comics Media Status Report as of March 28, 2003 | | |
| 105 | DC Comics Media Status Report as of May 28, 2003 | | |
| 106 | DC Comics Media Status Report as of November 4, 2002 | | |
| 107 | DC Comics Media Status Report as of | | |

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | October 3, 2002 | | |
| 108 | DC Comics Media Status Report as of October 3, 2003 | | |
| 109 | DC Comics Senior Management Charts (proposed 2005) | | |
| 110 | DC Comics Videogames 5-Year Plan | | |
| 111 | DC Comics: 1st Quarter 1999 – Marginal Contribution Analysis* | | |
| 112 | DC Core Fan Made for Video: Creative Discussion April 28, 2006 | | |
| 113 | DC Direct Premiums April 26, 2006 | | |
| 114 | DC Media History | | |
| 115 | DC Note to Brett Paul of August 22, 2001 | | |
| 116 | DC Partnership Agreement dated June 30, 1992 | | |
| 117 | DC Presents: Warner Bros. Animation DC Comics Made-for-Video Business Plan June 2004 | | |
| 118 | DC/Mad Mass Media Adaptations Revised 8/26/05 | | |
| 119 | DCComics.com – Initial Strategic Overview: Positioning and Opportunities, May 2006 | | |
| 120 | Declaration of Albert Bendich, *Zaentz v. New Line*, June 3, 2005 and Exhibits | | |
| 121 | Declaration of Albert Bendich, *Zaentz v. New Line*, May 6, 2005 (-1)-Option Agreement [Ex. A] ( (-3)-Merchandising Agreement [Ex. A] (-5)-Miramax/New Line Agreement [Ex. B] | | |
| 122 | Declaration of Dennis Mandell, *Zaentz v. New Line*, with Exhibit A (Resume) | | |
| 123 | Declaration of James Perry, *Ladd v. Warner Bros. Ent. Inc.* | | |

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | (-1)-Hacker Douglas Audit of WB | | |
| 124 | Declaration of Janice Cannon in Support of Defendants' Motion for Partial Summary Judgment dated April 27, 2007 | | |
| 125 | Declaration of John M. Gatti, *Ladd v. Warner Bros. Ent. Inc.* (-1)-WB/Bravo License [Ex. E] (-2)-WB/Fx License [Ex. F] (-3)-WB/French License [Ex. G] (-4)-WB/Nine Television [Ex. H] (-5)-WB/Telerey License [Ex. I] (-6)-WB/Turner Ent. Net. License [Ex. J] (-7)-WB/Wharf Cable License [Ex. K] (-8)-WB-Canal Jimmy License [Ex. M] (-9)-WB/Superchannel License [Ex. O] (-10)-WB/Tohokushinsha License [Ex. R] (-11)-Hacker Douglas Audit of WB [Ex. S] (-12)-WB/Turner Broad. License [Ex. T] | | |
| 126 | Declaration of Julie B. Ephraim, *Ladd v. Warner Bros. Ent. Inc.* (-1)-WB/Turner License [Ex. F] (includes *Superman* I-II Licenses) | | |
| 127 | Declaration of Julie Spencer in Support of Defendants' Motion for Partial Summary Judgment dated April 25, 2007 | | |
| 128 | Declaration of Norman G. Rudman, *Zaentz v. New Line* (-1)-Negotiation Letter [Ex. A] (-2)-Option Letter with Paid Totals [Ex. C] (-3)-Unredacted License Agreement [Ex. C] | | |
| 129 | Declaration of Paul Levitz in Support of Motion for Partial Summary Judgment with Exhibit A dated April 26, 2007 | | |
| 130 | Defendants Local Rule 56.1 Statement filed April 30, 2007 | | |
| 131 | Defendants' Expert Rebuttal Witness Disclosure of William J. Immerman dated February 9, 2007 and attached report | | |
| 132 | Defendants' Expert Witness Disclosure of | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | Richard Marks dated January 12, 2007 and attached report |  |  |
| 133 | Defendants' Expert Witness Disclosure of William J. Immerman dated January 12, 2007 and attached report |  |  |
| 134 | Defendants' Notice of Motion and Motion for Partial Summary Judgment; Memorandum of Points and Authorities and Schedules A& B in Support Therein dated April 30, 2007* |  |  |
| 135 | Document from Dave Adams to Pat Caldon dated June 11, 2002 |  |  |
| 136 | Extension of Salkind Agreement |  |  |
| 137 | Final Publicity Report |  |  |
| 138 | Goldammer-Levitz Letter of September 12, 2001 |  |  |
| 139 | Hanna-Barbera Licensee Audit |  |  |
| 140 | Hanna-Barbera May 22, 1990 Letter |  |  |
| 141 | Hanna-Barbera November 16, 1976 Agreement |  |  |
| 142 | Hollywood Reporter, "Teen Titans growing up at Warners" |  |  |
| 143 | Hollywood Reporter, "Warners puts 'Hex' on comic" |  |  |
| 144 | Hollywood Reporter, "WB mulls redraw of DC Comics plan" |  |  |
| 145 | Hollywood Reporter, "WB ponders redraw of its DC Comics plan" |  |  |
| 146 | Hollywood Reporter, "The WB to be revived with new site" |  |  |
| 147 | International Superman-Related Titles Catalog and Non-Theatrical Releases |  |  |
| 148 | July 19, 2004 Letter re Superman (2004)/Bryan Singer |  |  |
| 149 | July 27, 1983 Term Deal |  |  |

9

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 150 | June 9, 2006: "Superman Returns" Press Junket | | |
| 151 | Kids WB! Dort-Lewis Letter of April 20, 2006 | | |
| 152 | Kogan-Kritzman E-mails of March 13, 2002 | | |
| 153 | Kogan-Levitz E-mail of November 30, 1999 | | |
| 154 | Kogan-Levitz Memo re Superman Option of January 14, 2002 | | |
| 155 | Kogan-Todd E-mail of February 15, 2002 | | |
| 156 | Kogan-Todd E-mail of March 15, 2002 | | |
| 157 | Kogan-Todd E-mails of February 11, 2002 | | |
| 158 | Krypto Agreement as of March 1, 2005 | | |
| 159 | Laserson-Miller E-mail of February 5, 2001 | | |
| 160 | Laserson-Miller E-mail of January 30, 2001 | | |
| 161 | Laserson-Miller Letter of January 10, 2001 | | |
| 162 | LAT, "Will & Grace: In Court, It's a Drama" | | |
| 163 | Legislative Analysis of SB 1765 | | |
| 164 | Letter from Gerald M. Levin to the Siegels dated June 16, 1993 | | |
| 165 | Letter from Jeffrey M. Fortney to Richard D. Parsons dated July 16, 2004 | | |
| 166 | Letter from John A. Schulman to Jerome Siegel dated September 13, 1995 | | |
| 167 | Letter from John A. Schulman to the Siegels dated June 25, 1993 | | |
| 168 | Letter from Kevin Tsujihara to Jeffrey M. Fortney dated August 4, 2004 | | |
| 169 | Letter from Paul Levitz to Joanne Siegel | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | dated July 12, 2006 | | |
| 170 | Letter from Richard D. Parsons to Joanne Siegel dated May 21, 2002 | | |
| 171 | Letters in Support of SB 1765 | | |
| 172 | Levitz-Hunegs Memo re Deal Terms of July 18, 2002 | | |
| 173 | Levitz-Kogan E-mail of February 11, 2002 | | |
| 174 | Levitz-Paul Letter of December 5, 2000 | | |
| 175 | Levitz-Zucker Letter of November 1, 2006 | | |
| 176 | Levitz-Zucker Letter of September 22, 2006 | | |
| 177 | Levitz-Zucker Letter of September 22, 2006 | | |
| 178 | Licensing Corp. of America Agreement | | |
| 179 | Live Action Television Rights/Acquisition Information | | |
| 180 | Live Action Theatrical Rights / Acquisition Information | | |
| 181 | Lorimar Agreement as of September 30, 1991 | | |
| 182 | March 29, 1989 Amendment | | |
| 183 | MarketCast Reducing Uncertainty Report Sept/Oct. 2005 | | |
| 184 | Master Agreement as of November 29, 1973 | | |
| 185 | Media Deals (chart) | | |
| 186 | Media Deals Key List | | |
| 187 | Media Development / Creative Affairs Department First Annual Report | | |
| 188 | Memo from Dan DiDio to Paul Levitz dated March 21, 2002 | | |

PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 189 | Memo from DC Comics dated August 12, 2005 | | |
| 190 | Memo from DC Comics dated November 21, 2005 | | |
| 191 | Memo from Gregory Noveck dated May 2, 2006 | | |
| 192 | Memo Jerry Gottlieb to The Files dated February 2, 2001 | | |
| 193 | Memo re Lois & Clark dated June 11, 1993 | | |
| 194 | Memorandum and draft agreement dated November 1, 1993 | | |
| 195 | Memorandum from Cheryl Rubin dated July 27, 1993 | | |
| 196 | Memorandum from Paul Levitz to Carol Simkin dated July 15, 1998 | | |
| 197 | Memorandum from Sandy Krizman dated January 26, 2005 | | |
| 198 | Miller-Laserson E-mail of February 1, 2001 | | |
| 199 | Miller-Laserson Letter of February 21, 2001 | | |
| 200 | Miller-Laserson Letter of September 5, 2002 | | |
| 201 | Motion in Limine, *Cussler v. Crusader Ent., LLC*<br>(-1)-Declaration of Elizabeth Moriarity<br>(-2)-Sahara Option Agreement [Ex. C]<br>(-3)-Memo re: Option Price [Ex. D]<br>(-4)-Memo re: Option Price [Ex. E]<br>(-5)-Memo re: Franchise Movies [Ex. J.] | | |
| 202 | MPAA Letter in Opposition to SB 1765 | | |
| 203 | National Periodical Publications – Film Export Deal | | |
| 204 | National Periodical Publications – Film Export Deal- Amendments and Notes | | |
| 205 | Newsrama, "Inside the World of Warner Premiere Motion Comics"* | | |

12
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 206 | Newsrama, "Making Sense of DC's Film Projects (or trying to)"* | | |
| 207 | November 16, 1989 Settlement Agreement | | |
| 208 | October 14, 1993 Cantharus Agreement | | |
| 209 | Paul Levitz Memo of August 30, 2002 | | |
| 210 | Paul Levitz Memo of June 18, 2002 | | |
| 211 | Paul Levitz Memo of September 17, 2002 | | |
| 212 | People, 200 Greatest Pop Culture Icons | | |
| 213 | Plaintiffs' Expert Rebuttal Witness Disclosure of Wayne Lewellen and attached report dated February 9, 2007* | | |
| 214 | Plaintiffs' Initial Designation of Expert Witness Wayne Lewellen and attached report dated January 12, 2007* | | |
| 215 | Plaintiffs' Joanne Siegel And Laura Siegel Larson's Initial Designation of Expert Witness Mark Evanier and attached report | | |
| 216 | Plaintiffs' Joanne Siegel And Laura Siegel Larson's Initial Designation of Expert Witness James Steranko and attached report | | |
| 217 | Plaintiffs' Supplemental Expert Report of Steven D. Sills, dated January 22, 2008 | | |
| 218 | Request for Judicial Notice, *Zaentz v. New Line* (-1)-Tolkien/UA/GAU Agreement [Ex. 1] (-2)-Tolkien/UA/Sassoon Agreement [Ex. 2] | | |
| 219 | Senate Bill No. 1765 | | |
| 220 | September 6, 1989 Amendment | | |

13
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 221 | Settlement Agreement dated August 11, 1986 | | |
| 222 | Smallville Agreement as amended September 5, 2002 | | |
| 223 | Smallville Agreement as of December 5, 2000 | | |
| 224 | Steckelman-Laserson Letter of June 28, 2005 | | |
| 225 | Steckelman-Laserson Letter of September 25, 2006 | | |
| 226 | Steel Purchase Agreement as of August 2, 1996 | | |
| 227 | Superman "Red Sun" Amendment as of December 15, 2004 | | |
| 228 | Superman Brand Merchandising | | |
| 229 | Superman Lives by Dan Gilroy dated February 24, 1998 | | |
| 230 | Superman Lives by Kevin Smith dated January 31, 1997 | | |
| 231 | Superman Lives by William Wisher dated February 3, 2000 | | |
| 232 | Superman Option Purchase Agreement (Executed) | | |
| 233 | Superman Property Overview April 7, 2006 | | |
| 234 | Superman Reborn by Gregory Poirier dated December 12, 2005 | | |
| 235 | Superman Reborn by Gregory Poirier dated December 20, 2005 | | |
| 236 | Superman Reborn by Gregory Poirier dated February 22, 1996 | | |
| 237 | Superman Reborn by Jonathan Lemkin dated March 24, 1995 | | |
| 238 | Superman Returns – DC/WBCP Licensed Publishing: Formats and Timing | | |
| 239 | Susannah Scott E-Mail of February 27, 2008 with attached Brand Integration Strategy | | |
| 240 | Time Warner Management Chart | | |

14
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 241 | TimeWarner, "DC Comics and Warner Bros. Unveil a New Company Logo for DC Comics, The Publisher of Superman, Batman and Wonder Woman" | | |
| 242 | TimeWarner, "EA, Warner Bros. Interactive Entertainment and DC Comics Announce Superman Returns: The Videogame" | | |
| 243 | TimeWarner, "JUSTICE LEAGUE Superheroes Answer Call to Join Cartoon Network" | | |
| 244 | TimeWarner, "Nearly One-Third of TV Guide's '50 Greatest Cartoon Character of All Time' Come From Warner Bros." | | |
| 245 | TimeWarner, *Superman Returns* Springs Into Action at the Box Office | | |
| 246 | TimeWarner, "Warner Bros. Pictures' *Superman Returns* Takes Off with a $21.04 Million Domestic First Day Opening" | | |
| 247 | Todd-Kogan E-mail of April 30, 2002 | | |
| 248 | Todd-Kogan E-mail of June 13, 2002 | | |
| 249 | Todd-Kogan E-mail of March 26, 2002 | | |
| 250 | Todd-Sowerwine E-mail of December 20, 2001 | | |
| 251 | Undated Drafts of "Superman" Option Purchase Agreement | | |
| 252 | Undated Notes for Superman Option | | |
| 253 | Undated Salkind Memo | | |
| 254 | Untitled Document re Superman Media History | | |
| 255 | Untitled Report re Superman | | |
| 256 | Variety, "Berlanti lights up 'Green | | |

15
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| | Lantern'" | | |
| 257 | Variety, "Both Sides Settle in 'Grace' Case" | | |
| 258 | Variety, "Brad Ingelsby writing 'Sleeper'" | | |
| 259 | Variety, "CW Tosses Plans for 'Graysons'" | | |
| 260 | Variety, "George Miller to lead 'Justice League'" | | |
| 261 | Variety, "Josh Brolin eyes WB's 'Jonah Hex'" | | |
| 262 | Variety, "Justice prevails for Warner Bros." | | |
| 263 | Variety, "Marvel v. D.C." | | |
| 264 | Variety, "Next summer to let up on super films" | | |
| 265 | Variety, "Sour on Sweethearts" | | |
| 266 | Variety, "Sylvain White to Direct 'The Losers'" | | |
| 267 | Variety, "Warner Bros. still committed to women" | | |
| 268 | Variety, "Warner Bros. to serve 'Justice' in '09" | | |
| 269 | Variety, "Warner toys with Mattel" | | |
| 270 | Variety, "Warner's Hall exits with deal" | | |
| 271 | Variety, "WB inks directors for 'Flash,' 'Green Lantern'" | | |
| 272 | Variety, "WB synergy in full force" | | |
| 273 | Variety, "WB taps into ties at DC Comics" | | |
| 274 | Variety, "WB's hero hunt heats up" | | |
| 275 | Variety, "WGA Bill Makes it to CA Senate" | | |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 276 | Wall Street Journal, "Warner Bets on Fewer, Bigger Movies" | | |
| 277 | Warner Bros. Animation DC Comics- TV Series Production | | |
| 278 | Warner Bros. Brand Council: Introduction to the DC Brands – May 2003 | | |
| 279 | Warner Bros. Company Overview June 2003 | | |
| 280 | Warner Bros. Letter in Opposition to SB 1765 | | |
| 281 | Warner Bros. Statement to DC Comics re: Aquaman, Batman & Superman | | |
| 282 | Warner Bros. Statement to DC Comics re: Justice League | | |
| 283 | Warner Bros. Statement to DC Comics re: Krypto | | |
| 284 | Warner Bros. Statement to DC Comics re: Smallville | | |
| 285 | Warner Bros. Statement to DC Comics re: Superman I | | |
| 286 | Warner Bros. Statement to DC Comics re: Superman II | | |
| 287 | Warner Bros. Statement to DC Comics re: Superman III | | |
| 288 | Warner Bros. Statement to DC Comics re: Superman IV | | |
| 289 | Warner Bros. Statement to DC Comics re: Superman Returns | | |
| 290 | Warner Bros. Statement to DC Comics re: Superman Returns | | |
| 291 | Warner Bros. Statement to J.P. Organization re: Superman Returns | | |
| 292 | Warner Bros. Statement to Legendary Pictures Funding re: Superman Returns | | |
| 293 | Warner Cross. Superman Cross-Divisional Meeting September 19, 2005 | | |
| 294 | WBCP Agreement – As of January 1, 2006 | | |
| 295 | WBCP Agreement – Fax dated July 24, | | |

17
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
|  | 1992 |  |  |
| 296 | WBCP Agreement – Memo dated October 15, 1993 (Duplicate w/ additional notes) |  |  |
| 297 | Webisode Agreement dated January 26, 2005 |  |  |
| 298 | Webisode License Agreement dated April 1, 2003 |  |  |
| 299 | WGA-West, "Protect Your Residuals" |  |  |
| 300 | "My Fair Lady" Purchase Agreement dated January 19, 1962 |  |  |
| 301 | "My Fair Lady" Story Purchase Digest |  |  |
| 302 | "My Fair Lady" Press Release |  |  |
| 303 | "Look up in the Sky" |  |  |
| 304 | Warner Bros. Entertainment Group (Major Business Units, Key Domestic Entities & Domestic Production Entities as of June 6, 2008 |  |  |
| 305 | DC Comics Executive Management Charts (October 1, 2008) |  |  |
| 306 | Film & Television Projects List dated December 9, 2008 |  |  |
| 307 | *Hannibal* Rights Acquisition Agreement |  |  |
| 308 | *Terminator* Distribution Agreement |  |  |
| 309 | WBCP Agreement with Electronic Arts as of February 3, 2003 |  |  |
| 310 | Amendment No. 1 to License Agreement as of November 5, 2003 |  |  |
| 311 | Letter from Debra Baker to Joel Lizner dated January 24, 2008 |  |  |
| 312 | DC Comics 2007 Business Review/ 2008 Budget |  |  |
| 313 | DC Comics 2008 Business Review/ 2009 Budget |  |  |

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 314 | Declaration of Valerie W. Ho in Support of Plaintiff T Asset Acquisition Company LLC's Motion to Specially Set Trial (-1) Deal memos and correspondence (-2) Deal memo | | |
| 315 | *Annie* Agreement | | |
| 316 | *Terminator* Rights Acquisition Agreement | | |
| 317 | Letter re: *Smallville* dated August 4, 2008 | | |
| 318 | Mattel/DC Agreement | | |
| 319 | DC/WBCP Signed Agreement | | |
| 320 | "The Office" Rights Agreement | | |
| 321 | Fuzzy Door Productions Agreement | | |
| 322 | Declaration of James H. Ellis | | |
| 323 | Declaration of Sherry J. Pehjan | | |
| 324 | *Bochco v. Twentieth Century Fox* Opposition to Motion for Summary Judgment (-1) Rohner Declaration (-2) *NYPD Blue* Agreement | | |
| 325 | Agreement dated October 22, 1999 re: "Timeline" | | |
| 326 | Agreement dated July 7, 1999 re: "Rainbow Six" | | |
| 327 | Agreement dated August 9, 2002 re: "Red Rabbit" | | |
| 328 | "Guys and Dolls" agreement | | |
| 329 | Declaration of Stuart Boros | | |

19
PLAINTIFFS' EXHIBIT LIST

| Ex. No. | Description | Date Identified | Date Admitted |
|---|---|---|---|
| 330 | Declaration of Randy Paul | | |
| 331 | "Neopets" Option/Co-Financing/Production Agreement dated as of August 31, 2004 | | |
| 332 | Plaintiffs' Expert Witness Disclosure of Mark Halloran | | |

DATED:  April 28, 2009        TOBEROFF & ASSOCIATES, P.C.


By _____
        Marc Toberoff

Attorneys for Plaintiffs JOANNE SIEGEL
and LAURA SIEGEL LARSON

PLAINTIFFS' EXHIBIT LIST

1

## **PROOF OF SERVICE**

2

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

3

     I am employed in the County of Los Angeles, State of California.  I am over the age of eighteen years and not a party to the within action; my business address is:  2049 Century Park East, Suite 2720,

4

Los Angeles, California 90067.

5

     On April 28, 2009, I served the attached document described as

6

**PLAINTIFFS' JOANNE SIEGEL AND LAURA SIEGEL LARSON'S EXHIBIT LIST**

7

as follows:

8

  [X]  :BY HAND:

9

     As follows:  I delivered to the address listed above by hand the documents listed herein.

10

    Adam Hagen
WEISSMANN WOLFF BERGMAN COLEMAN GRODIN & EVALL LLP

11

9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, CA 90212

12

     :(STATE) - I declare under penalty of perjury under the laws of the State of California that the

13

above is true and correct.

14

  [X]  :(FEDERAL) – I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

15

     I declare under penalty of perjury that the foregoing is true and correct.

16

     EXECUTED on April 28, 2009, in Los Angeles, California.

17

18

19

                         Nicholas C. Williamson

20

21

22

23

24

25

26

27

28