1  WEISSMANN WOLFF BERGMAN
     COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  Adam Hagen (SBN 218021)
   9665 Wilshire Boulevard, Ninth Floor
4  Beverly Hills, California 90212
   Telephone: (310) 858-7888
5  Fax: (310) 550-7191

6  FROSS ZELNICK LEHRMAN & ZISSU, P.C.
   Roger L. Zissu (Admitted *pro hac vice*)
7  James D. Weinberger (Admitted *pro hac vice*)
   866 United Nations Plaza
8  New York, New York 10017
   Telephone: (212) 813-5900
9  Fax: (212) 813-5901

10  PERKINS LAW OFFICE, P.C.
    Patrick T. Perkins (Admitted *pro hac vice*)
11  1711 Route 9D
    Cold Spring, New York 10516
12  Telephone: (845) 265-2820
    Fax: (845) 265-2819

13
14  Attorneys for Defendants and Counterclaimant

15              **UNITED STATES DISTRICT COURT**

16              **CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| 17  JOANNE SIEGEL and LAURA SIEGEL LARSON, | Case No. CV 04-8400 SGL (RZx) |
| 18              Plaintiffs, | Hon. Stephen G. Larson, U.S.D.J. |
| 19          vs. | **NOTICE OF LODGING AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN PHASE I TRIAL EXHIBITS AND RELATED TESTIMONY PLACED UNDER SEAL** |
| 20  WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10, | |
| 21 | |
| 22              Defendants. | |
| 23 | |
| 24  AND RELATED COUNTERCLAIMS | |

25
26
27
28

1    TO THE CLERK OF COURT AND ALL PARTIES AND THEIR

2  COUNSEL OF RECORD:

3    Defendants Warner Bros. Entertainment Inc. ("WBEI"), Time Warner Inc.

4  ("TWI"), and defendant and counterclaimant DC Comics ("DC") (collectively

5  "Defendants") hereby lodge the following document attached herewith as Exhibit

6  "A":

7    **AMENDED [PROPOSED] ORDER GRANTING DEFENDANTS'**

8    **APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN PHASE**

9    **I TRIAL EXHIBITS AND RELATED TESTIMONY PLACED**

10   **UNDER SEAL**

11

12  DATED:  May 26, 2009          Respectfully submitted,

13                               WEISSMANN WOLFF BERGMAN
                                   COLEMAN GRODIN & EVALL LLP
14
                                 FROSS ZELNICK LEHRMAN & ZISSU, P.C.
15                                 -and-
                                 PERKINS LAW OFFICE, P.C.
16

17                               By: _____

18                                   Michael Bergman
                                 Attorneys for Defendants and Counterclaimant
19

20

21

22

23

24

25

26

27

28