WEISSMANN WOLFF BERGMAN
  COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819

Attorneys for Defendants and Counterclaimant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**ORDER GRANTING DEFENDANTS' APPLICATION UNDER L.R. 79-5.1 TO HAVE CERTAIN PHASE I TRIAL EXHIBITS AND RELATED TESTIMONY PLACED UNDER SEAL** |

{F0456706.1 }

**AMENDED [PROPOSED] ORDER GRANTING
DEFENDANTS' L.R. 79-5.1 APPLICATION**

## ORDER

For the reasons set forth in Defendants' Application Pursuant to Local Rule 79-5.1 to Seal Certain Trial Exhibits and Related Testimony, pursuant to Local Rule 79-5.1 and for good cause shown,

**IT IS HEREBY ORDERED** that Exhibits 1125, 1097, 1098 and 1099 and trial transcript pages 1085:19-1086:1 (relating to Exhibit 1125), 402:12-18, 510:24-511:17, 526:22-527:11, 529:6-530:8, 530:15-24, 771:18-773:22, 1126:2-6, 1128:3-10, 1514:24-1515:3 and 1578:16-1579:4 (relating to Exhibits 1097-1099) be sealed and removed from the public record in this Action.

Dated: May 27, 2009 _____

Hon. Stephen G. Larson
U.S. District Judge

{F0456706.1 }

**AMENDED [PROPOSED] ORDER GRANTING
DEFENDANTS' L.R. 79-5.1 APPLICATION**