Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
Keith G. Adams (CA State Bar No. 240497)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL AND LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>    Plaintiffs,<br><br>  vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation;  TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>    Defendants. | Case No. CV 04-8400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br>Hon. Ralph Zarefsky, U.S.M.J.<br><br>**STIPULATION REQUESTING CONTINUANCE OF PHASE TWO TRIAL AND PRE-TRIAL DEADLINES PURSUANT TO LOCAL RULE 16-9**<br><br>**Trial (Phase II)**<br>Date: October 20, 2009<br>Time: 9:30 a.m.<br>Place: Courtroom 1 |
| DC COMICS,<br><br>    Counterclaimant,<br>  vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>    Counterclaim Defendants. | |

Pursuant to Local Rule 16-9, plaintiffs/counterclaim-defendants Joanne Siegel and Laura Siegel Larson (collectively "Plaintiffs"), and defendant Warner Bros. Entertainment Inc., and defendant/ counterclaimant DC Comics (collectively "Defendants"), by and through their respective counsel of record, hereby stipulate and agree as follows:

WHEREAS, the first phase of the trial in this matter commenced on April 28, 2009 and concluded on May 19. 2009 (the "Phase One Trial");

WHEREAS, the second phase of the trial in this matter is presently set to commence on October 20, 2009 (the "Phase Two Trial"), and the Final Pre-trial Conference in the Phase Two Trial has been set for September 14, 2009;[1]

WHEREAS, with respect to the second phase of trial, Plaintiffs' Supplemental Financial Expert Report is due on or before July 2, 2009, and Defendants' Supplemental Financial Rebuttal Report is due on or before August 3, 2009;

WHEREAS, the Court's determination of the issues presented in the Phase One Trial will have a substantial and material impact on the Phase Two Trial and the aforesaid supplemental expert reports, including, *inter alia*, which Defendants will be the subject of the accountings at issue in the Phase Two Trial;

WHEREAS, also of potentially substantial and material impact on the Phase Two Trial are unresolved issues pertaining to:  the "work for hire" issues as to which works Plaintiffs have recaptured through their termination; the impact, if any, that Defendants' pre-*Action Comics No. 1* "advertisements" have on the scope of Plaintiffs' recaptured copyrights; the unresolved question of "should principles of apportionment be applied," and if so, what approach and procedures should be followed; "who bears the burden of proof on what issues";

---

[1] This schedule was set in response to a prior stipulation, filed April 2, 2009 (Docket Entry #480) regarding the scheduling of Phase Two Trial in this matter.

STIPULATION RE SCHEDULING OF PHASE II TRIAL

"how broad or narrow is the scope of the 'mixed copyright/ trademark' products and merchandise to which an accounting is required"; and "how much or little is needed to transform the post-termination sale of a pre-termination derivative work into a post-termination derivative work so as to require an accounting" (see Order dated October 6, 2008 at 10)(collectively, the "Additional Issues");

WHEREAS, the parties have conferred regarding their preparation for the Phase Two Trial and determined that they cannot meet their respective obligations under Local Rule 16, the Federal Rules of Civil Procedure and this Court's Standing Order, absent advance determination of the issues presented in the Phase One Trial, as well as the Additional Issues (collectively, the "Outstanding Issues"), since determination of the Outstanding Issues goes to fundamental and foundational questions for the Phase Two Trial, including, *inter alia*, which parties are to account, which works shall serve as the basis for such accounting and which parties bear what evidentiary burdens on which issues;

WHEREAS, at the April 6, 2009 Status Conference in this matter, the Court stated, with respect to the pre-trial preparations for Phase Two of the trial, that "I think it would value both the Court and the parties to have both the benefit of the result of this Phase 1 trial, as well as the Court's order on the various outstanding issues related to the work-for-hire issue," and stated that the Court's intent "was to release both at the same time, I would imagine sometime in early to mid May, depending on when the trial was completed."  Transcript of April 6, 2009 Status Conference at 12:14-21.

WHEREAS, as of the filing of this stipulation on June 5, 2009, no such Order has been issued;

WHEREAS, having the benefit of the Court's decision on the Outstanding Issues and Phase One Trial will enable the parties and their experts to properly focus on the issues and defendant(s) at issue in the Phase Two Trial, and comport with the underlying intent of the current schedule that the supplemental

expert reports and pre-trial preparations be conducted with the benefit of the Court's decision on the Outstanding Issues;

WHEREAS, the parties believe that extending the pre-trial and trial dates of the Phase Two Trial as set forth below so as to coincide with and following in an orderly fashion the Court's rulings on the Outstanding Issues will permit for their most efficient and effective preparation for and organization of the Phase Two Trial;

WHEREAS, the dates stipulated to below are consistent with those found in the Court's Order of April 6, 2009, setting the current schedule for the Phase Two Trial in this matter;

WHEREAS, counsel for the parties certify to the Court that the requested extensions are necessary to the orderly preparation and trial of these matters, and are not sought for any improper purpose;

NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED, subject to the approval of the Court, that the following pre-trial and trial dates in the Phase Two Trial shall be applicable to these matters:

| **Event** | **Deadline** |
|---|---|
| Plaintiffs Supplemental Financial Expert Report, with "as of" date of Defendants' supplemental financial disclosures | 30 days from determination of Outstanding Issues |
| Defendants Supplemental Financial Rebuttal Report | 60 days from determination of Outstanding Issues |
| Supplementation of non-financial and financial discovery | 60 days from determination of Outstanding Issues |
| Local Rule 16-2 Conference | 65 days from determination of Outstanding Issues |
| Pre-Trial Conference and Hearing on Motions *in Limine* | 105 days from determination of Outstanding Issues |

STIPULATION RE SCHEDULING OF PHASE II TRIAL

| Event | Deadline |
|-------|----------|
| Trial | Thereafter, as set by the Court |

DATED:  June 5, 2009

Respectfully submitted,
TOBEROFF & ASSOCIATES, P.C.

By: _____

Marc Toberoff
Attorneys for Plaintiffs

DATED:  June 5, 2009

WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP
FROSS ZELNICK LEHRMAN & ZISSU,
P.C.
          -and-
PERKINS LAW OFFICE, P.C.

By: _____ by AU

Michael Bergman
Attorneys for Defendants

STIPULATION RE SCHEDULING OF PHASE II TRIAL