UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
3470 Twelfth Street, Riverside, CA  92501
<u>CIVIL MINUTES -- GENERAL</u>

Case No.   CV 04-08400-SGL (RZx)                                                              Date:  June 4, 2009

Title:   JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON; an individual -v- WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS INC., a corporation; and DOES 1-10

===============================================================
PRESENT:   HONORABLE STEPHEN G. LARSON, UNITED STATES DISTRICT JUDGE

|  |  |
|---|---|
| Cindy Sasse | None Present |
| Courtroom Deputy | Court Reporter |

ATTORNEYS PRESENT FOR PLAINTIFFS:         ATTORNEYS PRESENT FOR DEFENDANTS:

None present                                                          None present

PROCEEDINGS:   **IN CHAMBERS (NO PROCEEDINGS HELD) ORDER MODIFYING COURT'S MAY 29, 2009**

    In preparing its decision for the trial that has just ended, the Court has reassessed its balancing of the interests with respect to the sealing of certain testimony offered at trial.  Finding that the testimony in question is based on the witnesses' recollection and not a definitive statement as to what is actually in the document in question, the Court's Order of May 29, 2009, is hereby **MODIFIED** so as to lift the sealing of trial transcripts 1085:19 - 1086:1.

    In all other respects, the Court's May 29, 2009, Order remains unchanged.

    **IT IS SO ORDERED.**