```
 1                  UNITED STATES DISTRICT COURT

 2                 CENTRAL DISTRICT OF CALIFORNIA

 3                        EASTERN DIVISION

 4                             - - -

 5         HONORABLE STEPHEN G. LARSON, JUDGE PRESIDING

 6                             - - -

 7  JOANNE SIEGEL and                  )
    LAURA SIEGEL LARSON,               )
 8                    Plaintiffs,      )
                                       )
 9            vs.                      ) No. CV 04-08400-SGL
                                       )
10  WARNER BROTHERS ENTERTAINMENT INC.;)
    TIME WARNER, INC.; DC COMICS;      )
11  and DOES 1-10,                     )
                      Defendants.      ) Status conference
12  _____)

13

14
                 Reporter's Transcript of Proceedings
15
                       Riverside, California
16
                       Monday, July 6, 2009
17
                            3:39 P.M.
18

19

20

21

22

23            THERESA A. LANZA, RPR, CSR
              Federal Official Court Reporter
24              3470 12th Street, Rm. 134
              Riverside, California  92501
25                   (951) 274-0844
                  WWW.THERESALANZA.COM
```

Monday, July 6, 2009                                CV 04-08400-SGL

```
 1
      APPEARANCES:
 2

 3    On Behalf of Plaintiffs:

 4
                         LAW OFFICES OF MARC TOBEROFF
 5                       BY:  Marc Toberoff
                         BY:  Nicholas C. Williamson
 6                       2049 Century Park East,
                         Suite 2720
 7                       Los Angeles, California  90067
                         310-246-3100
 8

 9
      on Behalf of Defendants/Counterclaimant:
10

11                       WEISSMANN WOLFF BERGMAN COLEMAN
                          GRODIN & EVALL LLP
12                       BY:  Michael Bergman
                         BY:  Anjani Mandavia
13                       9665 Wilshire Boulevard,
                         Ninth Floor
14                       Beverly Hills, California  90212
                         310-858-7888
15

16
      On Behalf of DC Comics:
17
                         PERKINS LAW OFFICE, P.C.
18                       BY:  Patrick T. Perkins
                         1711 Rt. 9D
19                       Cold Spring, New York  10516
                         845-265-2820
20

21

22

23

24

25
```

Monday, July 6, 2009                              CV 04-08400-SGL

1                              I N D E X

2                                                             Page

3   STATUS CONFERENCE.................................   4

Monday, July 6, 2009                              CV 04-08400-SGL

```
 1         Riverside, California; Monday, July 6, 2009; 3:39 P.M.
 2                              -oOo-
 3              THE CLERK:  Calling Item Number 23 on calendar,
 4   Case Number CV 04-08400-SGL, Joanne Seigel, et cetera, versus
 5   Warner Bros. Entertainment, Inc., et cetera.                    03:39
 6              Counsel, please come forward and state your
 7   appearances for the record.
 8              MR. TOBEROFF:  Marc Toberoff for the plaintiffs.
 9              MR. WILLIAMSON:  Nicholas Williamson for plaintiffs.
10              MR. BERGMAN:  Michael Bergman for the defendants.    03:39
11              MS. MANDAVIA:  Anjani Mandavia for defendants.
12              THE COURT:  Good afternoon, counsel.  I apologize to
13   you as well for the delay this afternoon.
14              I put this on as a status conference.  You had
15   submitted a stipulation concerning our Phase 2 trial.  I did    03:40
16   vacate the current dates, which had trial scheduled for
17   October 20th, and I scheduled this status conference.
18              The Court has finished both its opinion on the bench
19   trial on Phase 1, as well as its opinion concerning the
20   work-for-hire and other issues.  I will be publishing the       03:40
21   latter this week; my chambers is doing the final proofreading
22   on that; it's a 72-page opinion, which will be the last in the
23   installment, as it were, on the termination and the scope of
24   the termination.
25              And then simultaneous with that, as I indicated      03:40
```

1  before, I'm issuing my opinion on the trial, the fair market
2  value issue.
3       I called the status conference for two reasons, not
4  just to announce the pending opinions.  One of the most
5  disconcerting aspects of the trial -- and this is fleshed out                03:41
6  in great detail in the Court's decision on the trial -- was the
7  Court's dissatisfaction, frankly, with the expert witnesses, on
8  both sides; I'm not limiting this to one side; so disappointing
9  that the Court believes that it needs to take the extraordinary
10 measure for the final trial of perhaps appointing its own                     03:41
11 expert, or special master, to assess the evidence and
12 ultimately testify at trial.
13      Frankly, as you'll see from the Court's opinion, I
14 did not rely much on either expert witness in reaching the
15 opinion.  I just do not want to find myself in that same                      03:42
16 position at the bench trial on this final phase.
17      One of the biggest problems that I had in reaching a
18 decision on the fair market value is that what the Court used
19 were not the most relevant agreements that could have been
20 introduced or relied upon or utilized by the experts.  Instead,               03:42
21 I had agreements presented by both sides that, while favoring
22 the respective positions, did little to shed light on the
23 question before the Court.  So I wanted to advise counsel that
24 in addition to issuing the Court's opinion on the fair market
25 value -- the work-for-hire and other related termination rights               03:42

1   issues, as well as the opinion on the fair market value
2   trial -- the Court will also be submitting to counsel proposed
3   names of individuals that the Court might consider designating
4   as court-appointed experts in this case, or a court-appointed
5   special master.  I would also, of course, invite counsel, if       03:43
6   they could agree on somebody, to submit that to the Court.  But
7   failing that, the Court will be looking for any objections that
8   counsel might have to individuals suggested by the Court.
9           That was the first thing that I wanted to raise with
10  you at the status conference.  The second thing is scheduling.    03:43
11          While I agree that with the opinions coming out only
12  this week, and particularly in light of the Court's tentative
13  thought to have its own expert or a special master review and
14  ultimately submit a recommendation or testify at the trial, to
15  give that person time to review the discovery material, that a    03:43
16  trial date much later in the year would be necessary.  But I
17  wanted to hear from counsel and get a sense of what their
18  schedules were like in the November/December time frame.
19          So let me hear from you on that.
20          **MR. TOBEROFF:**  Your Honor, I'm free in November and     03:44
21  December for trial.
22          **MR. BERGMAN:**  We are free and would be available at
23  any time, Your Honor.  I think November or December might be
24  rushing it, but I think we'll be in a much better position to
25  know after Your Honor has decided the additional issues.          03:44

Monday, July 6, 2009                              CV 04-08400-SGL

1          **THE COURT:**  The Court has decided them; you just
2   don't have them in your possession yet.
3          Very well.  All right.
4          The Court will, along with the orders, then, submit a
5   new revised scheduling order.
6          I'm simply going to set the trial date and the
7   pretrial conference date.  I'm not going to set any other
8   dates.  I know that you had a series of dates that you had
9   essentially agreed to amongst yourselves in terms of
10  disclosures and that type of thing; and that's all fine.  It
11  doesn't need the Court's input on that.  But I will give you a
12  new trial date and a new pretrial conference date, and we'll go
13  from there.
14         Anything further at this time?
15         **MR. TOBEROFF:**  Yes, Your Honor.  One housekeeping
16  point.
17         For accounting purposes, another quarter has passed,
18  which ended on June 30th; and we would like, as part of the
19  order now, that defendants update their financial discovery as
20  of the last quarter, June 30th.
21         **THE COURT:**  Well, what we probably should have is --
22  once the Court has set a trial date, I trust that the
23  defendants will continue to honor their discovery obligations
24  up through the time of trial, or at least some time period
25  reasonably in advance of trial so that we have the most current

Monday, July 6, 2009                              CV 04-08400-SGL

1  data that we can have.
2         **MR. TOBEROFF:**  What we did the last time is, we sort
3  of fixed the accounting at a certain point so that the experts
4  could revise their expert reports based on sort of a fixed
5  accounting date.                                                  03:46
6         **THE COURT:**  Do you have a date that you had proposed?
7         **MR. TOBEROFF:**  The date is simply that enough time be
8  afforded, like 30 days after your order, for them to submit the
9  updated financials for their last quarter that has just passed.
10        **MR. PERKINS:**  Your Honor, logistically, that creates   03:46
11 an issue.  Generally, the end-of-quarter reports are going to
12 take no less than 60 days to get all of those numbers together;
13 you're generally one quarter behind to do it.  And ending
14 June 30th, I don't see -- it's really September until those
15 numbers can be put together and provided to the plaintiffs.       03:46
16        **MR. TOBEROFF:**  Actually, Your Honor, we took a look
17 at that precise issue, and it's historically been 45 days.
18        **THE COURT:**  Okay.
19        I will have a date for disclosure in the Court's
20 scheduling order.                                                 03:46
21        Anything else from the plaintiffs' perspective?
22        **MR. TOBEROFF:**  No, Your Honor.
23        **THE COURT:**  Anything from the defense?
24        **MR. BERGMAN:**  Nothing, Your Honor.
25        **THE COURT:**  All right.  Thank you.  Good afternoon.    03:47

Monday, July 6, 2009                              CV 04-08400-SGL

```
 1

 2

 3                              CERTIFICATE

 4

 5   I hereby certify that pursuant to section 753, title 28, United
     States Code, the foregoing is a true and correct transcript of
 6   the stenographically recorded proceedings held in the above-
     entitled matter and that the transcript page format is in
 7   conformance with the regulations of the Judicial Conference of
     the United States.
 8

 9   _____          _____
     THERESA A. LANZA, CSR, RPR                      Date
10   Federal Official Court Reporter

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Monday, July 6, 2009                                    CV 04-08400-SGL