1  WEISSMANN WOLFF BERGMAN
    COLEMAN GRODIN & EVALL LLP
2  Michael Bergman (SBN 37797)
   Anjani Mandavia (SBN 94092)
3  9665 Wilshire Boulevard, Ninth Floor
   Beverly Hills, California 90212
4  Telephone: 310-858-7888
   Fax:        310-550-7191
5
   FROSS ZELNICK LEHRMAN & ZISSU, P.C.
6  Roger L. Zissu (Admitted *pro hac vice*)
   James. D Weinberger (Admitted *pro hac vice*)
7  866 United Nations Plaza
   New York, New York 10017
8  Telephone: 212-813-5900
   Fax:        212-813-5901
9
   PERKINS LAW OFFICE, P.C.
10 Patrick T. Perkins (Admitted *pro hac vice*)
   1711 Route 9D
11 Cold Spring, NY 10516
   Telephone: 845-265-2820
12 Fax:        845-265-2819

13 Attorneys for Defendants and Counterclaimant

14              UNITED STATES DISTRICT COURT
       CENTRAL DISTRICT OF CALIFORNIA – EASTERN DIVISION
15

16 JOANNE SIEGEL and LAURA           ) Case No. CV 04-8400 SGL (RZx)
   SIEGEL LARSON,                    )
                                     ) Hon. Stephen G. Larson, U.S.D.J.
17         Plaintiffs,               ) Hon. Ralph Zarefsky, U.S.M.J.
                                     )
18    vs.                            ) **ORDER RE: STIPULATION**
                                     ) **REGARDING COURT-**
19 WARNER BROS. ENTERTAINMENT        ) **APPOINTED SPECIAL**
   INC., a corporation; TIME WARNER  ) **MASTER/EXPERT SCHEDULE**
20 INC., a corporation; DC COMICS, a )
                                     )
21 general partnership; and DOES 1-10,)
                                     )
22         Defendants.               )
                                     )
23                                   )
   AND RELATED COUNTERCLAIMS.        )
24                                   )

25

26

27

28

{F0438466.2}                    1
              **[PROPOSED] ORDER RE STIPULATION**

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

## ORDER

Based on the Stipulation of the parties, and for good cause shown,

**IT IS HEREBY ORDERED** that that the following date pertains to the Court appointed special master/expert schedule shall be applicable to these matters:

| Event | Deadline |
|---|---|
| Status conference re Court-appointed special master/expert(s) | 14 days from determination of Additional Issues |

Dated:__August 06, 2009_____/s/ S.G. Larson_____

_____
Hon. Stephen G. Larson
Judge, United States District Court

{F0438466.2}

2

**[PROPOSED] ORDER RE STIPULATION**