Marc Toberoff (CA State Bar No. 188547)
Nicholas C. Williamson (CA State Bar No. 231124)
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: MToberoff@ipwla.com

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA-EASTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Plaintiffs,<br>　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　Defendants. | Case No: CV 04-08400 SGL (RZx)<br><br>Hon. Stephen G. Larson, U.S.D.J.<br><br>**DECLARATION OF NICHOLAS WILLIAMSON IN SUPPORT OF PLAINTIFFS' OPPOSITION TO DEFENDANTS' MOTION FOR RECONSIDERATION OF THE COURT'S AUGUST 12, 2009 ORDER**<br><br>Date:　October 19, 2009<br>Time:　11:00 a.m.<br>Place:　Courtroom 1 |
| DC COMICS,<br><br>　　　　Counterclaimant,<br>　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　Counterclaim Defendants. | |

DECLARATION OF NICHOLAS WILLIAMSON

# DECLARATION OF NICHOLAS WILLIAMSON

I, Nicholas Williamson, declare as follows:

1.  I am an attorney at Toberoff & Associates, P.C., counsel of record for plaintiffs Laura Siegel Larson and Joanne Siegel ("Plaintiffs").  I am a member in good standing of the State Bar of California and submit this declaration in support of Plaintiffs' Opposition to Defendants' Motion for Reconsideration of the Court's August 12, 2009 Order.  I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2.  On October 8, 2009, I visited the central branch of the Los Angeles Public Library in downtown Los Angeles to conduct research regarding the initial and renewal copyright registrations for the "Son of Tarzan" story by Edgar Rice Burroughs.

3.  The central branch of the Los Angeles Public Library serves as a depository for the Copyright Office of the Library of Congress and contains hard bound volumes of the Copyright Office's *Catalog of Copyright Entries* ("Catalog" or "Catalogs") for copyright registrations through 1978.

4.  The volumes are segregated by categories, such as "Periodicals" or "Books."  Each volume bears a volume number and the year covered therein.

5.  I searched the "Periodicals" Catalogs for the initial copyright registrations for "Son of Tarzan" as it appeared in the serial All-Story Weekly between December 4, 1915 through January 8, 1916 in issues dated December 4, 11, 18, 25, 1915 and January 1, 8, 1916 ("Serials").  Each of these issues appeared in the Catalogs as having been registered with the Copyright Office.

6.  I also searched the "Books" Catalogs for the initial copyright registration for the "Son of Tarzan" as it appeared in the book ("Book") of the same title published in March 1917.  This book also appeared in the Catalogs as having been registered with the Copyright Office.

7. I then checked to see if the Serials were renewed. I checked the volumes representing the years 1943 and 1944. Neither of these Catalogs contained renewal registration listings for any of the Serials, though the Catalogs did contain renewals for other issues of All-Story Weekly published in 1915 and 1916.

8. I also checked to see if the volume representing the year 1945 for "Books" contained a renewal registration for the Book. I was unable to locate any renewal registration for the Book in this Catalog.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on October 9, 2009 in Los Angeles, California.

*Nicholas Williamson*