WEISSMANN WOLFF BERGMAN
COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
Anjani Mandavia (SBN 94092)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: (310) 858-7888
Fax: (310) 550-7191

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (Admitted *pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: (212) 813-5900
Fax: (212) 813-5901

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: (845) 265-2820
Fax: (845) 265-2819

Attorneys for Defendants and Counterclaimant

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>Plaintiffs,<br><br>vs.<br><br>WARNER BROS. ENTERTAINMENT INC.; TIME WARNER INC.; DC COMICS; and DOES 1-10,<br><br>Defendants.<br><br>AND RELATED COUNTERCLAIMS | Case No. SA CV 04-8400 ODW (RZx)<br><br>Hon. Otis D. Wright, U.S.D.J.<br><br>**NOTICE OF MOTION AND MOTION BY FROSS ZELNICK LEHRMAN & ZISSU, P.C., TO WITHDRAW AS COUNSEL FOR DEFENDANTS; DECLARATION OF JAMES D. WEINBERGER IN SUPPORT THEREOF; PROPOSED ORDER THEREON** |

TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE THAT, pursuant to Local Rule 83-2.9.2.1, Fross Zelnick Lehrman & Zissu, P.C. hereby moves this Court, by the Honorable Otis D. Wright II for an order permitting it to withdraw as counsel of record in this action.

{F0584346.1 }

**MOTION OF FROSS ZELNICK LEHRMAN & ZISSU, P.C. TO WITHDRAW AS COUNSEL**

DATED: February 17, 2010          FROSS ZELNICK LEHRMAN & ZISSU, P.C.

By: _____
James D. Weinberger

## DECLARATION OF JAMES D. WEINBERGER

JAMES D. WEINBERGER, under penalty of perjury, declares as follows:

1. I am a member of the Bar of this Court *pro hac vice* and of Fross Zelnick Lehrman & Zissu, P.C. ("FZLZ"), attorneys for defendants Warner Bros. Entertainment Inc. and Time Warner Inc. and defendant and counterclaimant DC Comics (collectively, "Defendants") in the above captioned action. I make this declaration in support of FZLZ's motion to withdraw as attorneys of record. I have personal knowledge of the matters stated herein.

2. FZLZ has been counsel in this action since Defendants appeared on November 22, 2004. On February 16, 2010, Defendants filed substitutions of counsel in this action, adding new lead counsel, Daniel Petrocelli of O'Melveny & Myers, LLP in lieu of Weissmann Wolff Bergman Coleman Grodin & Evall LLP. In connection with this substitution, Defendants have requested that FZLZ withdraw from its representation of Defendants in this action.

3. In view of the foregoing, FZLZ respectfully requests that the Court enter an Order granting FZLZ's motion to withdraw as attorneys of record in this action.

I declare, under penalty of perjury, that the foregoing is true and correct. Executed on February 17, 2010 at New York, New York.

_____
James D. Weinberger

2

**MOTION OF FROSS ZELNICK LEHRMAN & ZISSU, P.C. TO WITHDRAW AS COUNSEL**

# [PROPOSED] ORDER

Attorneys for defendants Warner Bros. Entertainment Inc. and Time Warner Inc. and defendant and counterclaimant DC Comics, Fross Zelnick Lehrman & Zissu, P.C. ("FZLZ"), have moved pursuant to Local Rule 83-2.9.2.1 to withdraw as attorneys of record in this action.  FZLZ has submitted the declaration of James D. Weinberger in support of its motion.  FZLZ's motion is hereby GRANTED.

Dated: Los Angeles, California
        February __, 2010

_____
U.S.D.J.