```
 1  DANIEL M. PETROCELLI (S.B. #97802)
       dpetrocelli@omm.com
 2  MATTHEW T. KLINE (S.B. #211640)
       mkline@omm.com
 3  CASSANDRA L. SETO (S.B. #246608)
       cseto@omm.com
 4  O'MELVENY & MYERS LLP
    1999 Avenue of the Stars, 7th Floor
 5  Los Angeles, CA 90067-6035
    Telephone:  (310) 553-6700
 6  Facsimile:  (310) 246-6779

 7  (continued on next page)

 8  Attorneys for Defendants and Counterclaimant
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br><br>    Defendants and Counterclaimant. | Case No. CV-04-8400 ODW (RZx)<br>Case No. CV-04-8776 ODW (RZx)<br><br>**JOINT STIPULATION REQUESTING STATUS CONFERENCE ON AUGUST 13, 2010**<br><br>**[PROPOSED] ORDER FILED CONCURRENTLY HEREWITH**<br><br>The Hon. Otis D. Wright II |
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,<br><br>    Defendants and Counterclaimant. | |

1. (continued from previous page)
2. PATRICK T. PERKINS (admitted *pro hac vice*)
   pperkins@ptplaw.com
3. PERKINS LAW OFFICE, P.C.
   1711 Route 9D
4. Cold Spring, NY 10516
   Telephone: (845) 265-2820
5. Facsimile: (845) 265-2819
6. Attorneys for Defendants and Counterclaimant

1  Plaintiffs Joanne Siegel and Laura Siegel Larson ("Plaintiffs") and
2  Defendants Time Warner Inc., Warner Communications Inc., Warner Bros.
3  Entertainment Inc., Warner Bros. Television Production Inc., and DC Comics
4  ("Defendants"),[1] by and through their respective counsel of record, hereby
5  stipulate and agree as follows:
6      WHEREAS, a new judicial officer (the Hon. Otis D. Wright II) has been
7  assigned to the above-entitled cases;
8      WHEREAS, Defendants have retained new lead counsel (O'Melveny &
9  Myers LLP, and Daniel M. Petrocelli);
10     WHEREAS, the parties agreed to request jointly that the Court set a status
11 conference in the above-entitled cases to discuss establishing a schedule and
12 procedure for resolving various outstanding issues in the above-entitled cases, as
13 well as potential dates for remaining trial proceedings;
14     WHEREAS, the Court's staff has indicated to counsel for Plaintiffs that the
15 Court is available for a status conference in the above-entitled cases on August 13,
16 2010 at 2:00 p.m. and has directed the parties to file a joint request seeking the
17 same;
18     WHEREAS, the Court's staff also indicated that the parties should file an
19 updated joint status report in the above-entitled cases one week in advance of the
20 proposed status conference;
21     NOW THEREFORE, IT IS HEREBY STIPULATED AND AGREED,
22 subject to the Court's approval, that the parties will submit an updated joint status
23 report in the above-entitled cases on or before August 6, 2010, and will appear for
24 a status conference in the above-entitled cases on August 13, 2010 at 2:00 p.m.
25
26
27
28     [1] In May 2009, the Court dismissed defendant Time Warner Inc. from Case No. CV-04-8400 ODW (RZx). *See* Docket No. 554 at 2 n.1.

- 1 -     JOINT STIPULATION REQUESTING STATUS CONFERENCE AUGUST 13, 2010

| | | |
|---|---|---|
| 1 | Dated: July 21, 2010 | O'MELVENY & MYERS LLP |
| 2 | | |
| 3 | | By: _____ |
| 4 | | Daniel M. Petrocelli |
| 5 | | Attorneys for Defendants |
| 6 | Dated: July 21, 2010 | TOBEROFF & ASSOCIATES, P.C. |
| 7 | | |
| 8 | | By: _____ |
| 9 | | Marc Toberoff |
| 10 | | Attorneys for Plaintiffs |