| | |
|---|---|
| 1 | MARC TOBEROFF (S.B. #188547) |
|   |   mtoberoff@ipwla.com |
| 2 | NICHOLAS C. WILLIAMSON (S.B. #231124) |
|   |   nwilliamson@ipwla.com |
| 3 | KEITH G. ADAMS (S.B. #240497) |
|   |   kgadams@ipwla.com |
| 4 | TOBEROFF & ASSOCIATES, P.C. |
|   | 2049 Century Park East, Suite 2720 |
| 5 | Los Angeles, CA 90067 |
|   | Telephone:  (310) 246-3333 |
| 6 | Facsimile:  (310) 246-3101 |
| 7 | Attorneys for Plaintiffs and Counterdefendants |
| 8 | (continued on next page) |

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, | Case No. CV-04-8400 ODW (RZx) |
| | Case No. CV-04-8776 ODW (RZx) |
| Plaintiffs and Counterdefendants, | **STIPULATION RE: RELEVANT BRIEFING AND DOCKET ENTRIES PURSUANT TO COURT'S AUGUST 13, 2010 MINUTE ORDERS** |
| v. | |
| WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10, | The Hon. Otis D. Wright II |
| Defendants and Counterclaimant. | |
| JOANNE SIEGEL and LAURA SIEGEL LARSON, | |
| Plaintiffs and Counterdefendants, | |
| v. | |
| TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10, | |
| Defendants and Counterclaimant. | |

| | |
|---|---|
| 1 | (continued from previous page) |
| 2 | DANIEL M. PETROCELLI (S.B. #097802) |
| | dpetrocelli@omm.com |
| 3 | MATTHEW T. KLINE (S.B. #211640) |
| | mkline@omm.com |
| 4 | CASSANDRA L. SETO (S.B. #246608) |
| | cseto@omm.com |
| 5 | O'MELVENY & MYERS LLP |
| | 1999 Avenue of the Stars, 7th Floor |
| 6 | Los Angeles, CA  90067-6035 |
| | Telephone:   (310) 553-6700 |
| 7 | Facsimile:    (310) 246-6779 |
| 8 | PATRICK T. PERKINS (admitted *pro hac vice*) |
| 9 | pperkins@ptplaw.com |
| | PERKINS LAW OFFICE, P.C. |
| 10 | 1711 Route 9D |
| | Cold Spring, NY 10516 |
| 11 | Telephone:   (845) 265-2820 |
| 12 | Facsimile:    (845) 265-2819 |
| 13 | Attorneys for Defendants and Counterclaim Plaintiff |

STIPULATION RE: COURT'S
AUGUST 13, 2010 MINUTE ORDERS

Pursuant to the Court's August 13, 2010 minute orders, the parties hereby submit the following docket entries for the Court's review:

A. **Superman Action – Case No. CV 04-8400**

| Agreed Entries | Plaintiffs' Additional Suggestions | Defendants' Additional Suggestions |
| --- | --- | --- |
| **Briefing** | | |
| Docket Nos. 336, 339, 348, 349, 602, 617 | Docket Nos. 584, 587 | None |
| **Court Orders** | | |
| Docket Nos. 293, 560 | Docket No. 595 | None |

B. **Superboy Action – Case No. CV 04-8776**

| Agreed Entries | Plaintiffs' Additional Suggestions | Defendants' Additional Suggestions |
| --- | --- | --- |
| **Briefing** | | |
| Docket Nos. 52, 56, 67, 70, 76, 78, 155, 166 | Docket Nos. 116 (at 43-75), 132, 135, 141, 144; Docket No. 186 (at 65-101) in CV 04-8400 | None |
| **Court Orders** | | |
| Docket No. 151; Transcript of the Sept. 17, 2007 hearing | Docket No. 85 | Docket No. 175 |

Dated: August 25, 2010

TOBEROFF & ASSOCIATES. P.C.

By: _____
Marc Toberoff

Attorneys for Plaintiffs and Counterdefendants

Dated: August 25, 2010

O'MELVENY & MYERS LLP

By: _____
Daniel M. Petrocelli

Attorneys for Defendants and Counterclaimant