# EXHIBIT A

# BRAND NEW!

## AND JUST WHAT YOU'VE BEEN WAITING FOR - -



Look for this dandy new magazine filled with original adventure features and pictures in

## Color!

Written and drawn especially for you by your favorite artists!

You'll miss the treat of a lifetime if you fail to buy a copy!

### 10c at all Newsstands

# SPECIAL PRIZES AND AWARDS!

---

## MORE FUN COMICS

*The National Comics Magazine*

**VINCENT A. SULLIVAN**
*Editor*

MORE FUN COMICS, published monthly by Detective Comics, Inc., 480 Lexington Ave., New York, N. Y. Entered as second class matter at Post Office, New York, N. Y. under the Act of March 3, 1879. Subscription rates: 12 issues by mail in the United States, its possessions, and Mexico, South America and Spain, $1.50; elsewhere $2.60. The Publisher accepts no responsibility for unsolicited material. Entire contents copyright 1938 by Detective Comics, Inc. For advertising rates address

GILMAN, NICOLL & RUTHMAN, 19 West 44th St., N. Y.
Branches—Boston, Philadelphia, Chicago, Detroit, San Francisco, Seattle