**EXHIBIT B**

Case 2:04-cv-08400-ODW -RZ   Document 623-2    Filed 08/30/10   Page 2 of 15   Page ID #:13490



Exhibit B9

















Case 2:04-cv-08400-ODW -RZ Document 623-2 Filed 08/30/10 Page 4 of 15 Page ID #:13492

Exhibit B11


























































































