UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

## CIVIL MINUTES - GENERAL

| Case No. | CV 04-8400 ODW (RZx) | Date | Nov. 29, 2010 |
|---|---|---|---|
| Title | *Joanne Siegel, et al. v. Warner Bros. Entm't, Inc., et al.* | | |

Present: The Honorable Otis D. Wright II, United States District Judge

| Raymond Neal | Not Present | n/a |
|---|---|---|
| Deputy Clerk | Court Reporter | Tape No. |

Attorneys Present for Plaintiff(s):  Attorneys Present for Defendant(s):

Not Present  Not Present

**Proceedings (In Chambers):    Order Re: Scheduling Conference**

After reviewing the parties' submissions regarding case management and scheduling issues, the Court finds it necessary to discuss the matter with counsel.  And, while the Court certainly appreciates the respective partners' input, it is essential that those in attendance at the contemplated conference include **only** those attorneys (presumably associates) who are not only responsible for the case management proposals [Dkt No. 631], but also keenly knowledgeable of the issues.

The Court sets an in chambers hearing on the matter for **Wednesday, December 15, 2010 at 2:30 p.m.**

**SO ORDERED**

---- : 00

Initials of Preparer    RGN