UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES - GENERAL**

| Case No. | CV 04-8400 ODW(RZx) | Date | December 15, 2010 |
|---|---|---|---|
| Title | Joanne Siegel et al v. Warner Bros Entertainment Inc et al | | |

| Present: The Honorable | Otis D. Wright II, United States District Judge | |
|---|---|---|
| Raymond Neal | Not reported | |
| Deputy Clerk | Court Reporter | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| K. Adams; M. Toberoff | M. Kline; P. Perkins; D. Petrocelli; C. Seto |

**Proceedings:**     **Status Conference**

The hearing is conducted off the record. The Court confers with counsel.

Counsel are to agree upon a formula for apportionment on or before **Monday, February 14, 2011** with the assistance of a third party mediator, as noted.

The Court sets a Further Status Conference on the matter for **Monday, February 28, 2011 at 1:30 p.m.**

|  | 1 hr | : | 15 mins |
|---|---|---|---|
|  | Initials of Preparer | RGN | |