Marc Toberoff (State Bar No. 188547)
*mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
*nwilliamson@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax: (310) 246-3101

Attorneys for Plaintiffs and Counterclaim Defendants
JOANNE SIEGEL and LAURA SIEGEL LARSON

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

Plaintiffs,

vs.

WARNER BROS. ENTERTAINMENT INC., a corporation; TIME WARNER INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,

Defendants.

DC COMICS,

Counterclaimant,

vs.

JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,

Counterclaim Defendants.

Case No: CV 04-8400 ODW (RZx)

Hon. Otis D. Wright II, U.S.D.J.
Hon. Ralph Zarefsky, U.S.M.J.

**DECLARATION OF MARC TOBEROFF IN SUPPORT OF PLAINTIFFS' NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15 AND 16**

Time: 1:30 p.m.
Date: February 7, 2011
Place: Courtroom 11

Trial Date: None Set

[Complaint filed: October 8, 2004]

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for plaintiffs Joanne Siegel and Laura Siegel Larson ("Plaintiffs"). I am a member in good standing of the State Bar of California and submit this declaration in support of Plaintiffs' Notice of Motion and Motion for Leave to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15 and 16 ("Motion"). I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Attached hereto as "Exhibit A" is a true and correct copy of a "redlined" draft of the "Third Amended Complaint" in this action that Plaintiffs would be prepared to file should the Court grant Plaintiffs leave to file same.

3. Attached hereto as "Exhibit B" is a true and correct copy of the final "clean" version of Plaintiffs' proposed "Third Amended Complaint."

4. Attached hereto as "Exhibit C" is a true and correct copy of Plaintiffs' Second Amended Complaint in this action (Docket No. 378).

5. At the December 15, 2010 status conference I attended on behalf of Plaintiffs, the Court indicated to the parties' counsel that appellate review of this case at this juncture might be appropriate.

6. Attached hereto as "Exhibit D" is a true and correct copy of a letter from me to Defendants' counsel, Daniel Petrocelli, dated December 19, 2010.

7. Attached hereto as "Exhibit E" is a true and correct copy of a letter from me to Daniel Petrocelli dated December 21, 2010.

8. On December 21, 2010, I met and conferred telephonically with Defendants' counsel, Matthew Kline, regarding the instant motion. Mr. Kline indicated that he would need to review any proposed changes to the complaint, and invited Plaintiffs to send him a proposed "redlined" complaint.

9. Attached hereto as "Exhibit F" is a true and correct copy of an December 22, 2010 e-mail from Plaintiffs' counsel Keith Adams to Defendants'

counsel, and attachments thereto: a December 22, 2010 letter from me to Defendants' counsel, as well as a proposed Stipulation and Order that would grant Plaintiffs leave to file a third amended complaint. A copy of the "redlined" complaint attached to this declaration as "Exhibit A" was also attached to that e-mail.

10. Attached hereto as "Exhibit G" is a true and correct copy of a letter from me to Matthew Kline, dated January 3, 2011.

11. Attached hereto as "Exhibit H" is a true and correct copy of a letter from Daniel Petrocelli to me, dated January 5, 2011.

12. Attached hereto as "Exhibit I" is a true and correct copy of the First Amended Complaint filed by defendant DC Comics on September 3, 2010, in the related case of *DC Comics v. Pacific Pictures Corp.*, *et al.*, Case No. 10-CV-03633 ODW (RZx), which is also before this Court.

13. I supervised the drafting and amendment of the complaints in this action. Sub-paragraphs 54(c) and (d) of the Second Amended Complaint were intended as a mere lead-in or introduction to the complaints' subsequent accounting claims, and to enhance the reader's understanding of the complaint and why Plaintiffs were entitled to an accounting. These subparagraphs were never intended to supplant or incorporate Plaintiffs' Second and Third Claims (seeking declaratory relief as to the principles to be applied in an accounting) or Fourth Claim (the accounting itself).

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on January 10, 2011, in Los Angeles, California

______________________________

Marc Toberoff