DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Defendants and Counterclaimant

(continued on next page)

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

JOANNE SIEGEL and LAURA SIEGEL LARSON,

Plaintiffs and Counterdefendants,

v.

WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,

Defendants and Counterclaimant.

Case No. CV-04-8400 ODW (RZx)

**ORDER GRANTING JOINT STIPULATION TO EXTEND TIME TO OPPOSE PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15 AND 16**

**Judge**: Hon. Otis D. Wright II
**Magistrate**: Hon. Ralph Zarefsky

(continued from previous page)

MARC TOBEROFF (S.B. #188547)
mtoberoff@ipwla.com
NICHOLAS C. WILLIAMSON (S.B. #231124)
nwilliamson@ipwla.com
KEITH G. ADAMS (S.B. #240497)
kgadams@ipwla.com
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 2720
Los Angeles, California 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101

Attorneys for Plaintiffs and Counterdefendants

The parties having stipulated, and good cause appearing, IT IS HEREBY ORDERED that Defendants' deadline to file an Opposition to Plaintiffs Joanne Siegel and Laura Siegel Larson's Notice of Motion for Leave to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15 and 16 ("Motion") shall be continued from January 14, 2011 to January 18, 2011 at 6:00 p.m. The deadline for Plaintiffs' reply in support of their Motion shall remain the same.

IT IS SO ORDERED.

Dated: January 13, 2011

Honorable Otis D. Wright II
Judge, United States District Court

CC1:842566