DANIEL M. PETROCELLI (S.B. #97802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone: (845) 265-2820
Facsimile: (845) 265-2819

Attorneys for Defendants and Counterclaimant

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>    Plaintiffs and Counterdefendants,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br><br>    Defendants and Counterclaimant. | Case No. CV-04-8400 ODW (RZx)<br><br>**DECLARATION OF JASON H. TOKORO IN SUPPORT OF DEFENDANTS' OPPOSITION TO PLAINTIFFS JOANNE SIEGEL AND LAURA SIEGEL LARSON'S NOTICE OF MOTION AND MOTION FOR LEAVE TO FILE THIRD AMENDED COMPLAINT PURSUANT TO FED. R. CIV. P. 15 AND 16**<br><br>**Judge**:    Hon. Otis D. Wright II<br>**Magistrate**: Hon. Ralph Zarefsky<br><br>**Hearing Date**:  February 7, 2011<br>**Hearing Time**: 1:30 p.m. |

TOKORO DECLARATION ISO OPP. TO
MOTION FOR LEAVE TO FILE THIRD
AMENDED COMPLAINT

# TABLE OF CONTENTS

| Exhibit | Document | Page |
|---|---|---|
|  | Declaration of Jason H. Tokoro | 1 |
| A | Email from Marc Toberoff to representatives for Paramount Pictures dated April 29, 2010 | 3 |
| B | Email from Mr. Toberoff to representatives for Paramount Pictures dated April 29, 2010 | 4 |
| C | Email from Daniel Ferleger, a representative for Paramount Pictures, to Mr. Toberoff dated April 30, 2010 | 78 |
| D | Email from Mr. Toberoff to representatives for Paramount Pictures dated April 30, 2010 | 79 |
| E | Order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated October 21, 2010 | 116 |
| F | Letter from Matthew T. Kline to Mr. Toberoff dated December 29, 2010 | 118 |
| G | Order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 4, 2011 | 123 |
| H | Order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-73851, dated January 7, 2011 | 125 |
| I | Order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated January 11, 2011 | 126 |
| J | Order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 13, 2011 | 128 |

## DECLARATION OF JASON H. TOKORO

I, Jason H. Tokoro, declare and state:

1.     I am an associate at O'Melveny & Myers LLP, counsel of record for defendants Warner Bros. Entertainment Inc. and DC Comics in the above-entitled action. I make this declaration in support of Defendants' Opposition to Plaintiffs Joanne Siegel and Laura Siegel Larson's Notice of Motion and Motion for Leave to File Third Amended Complaint Pursuant to Fed. R. Civ. P. 15 and 16. I have personal knowledge of the matters set forth in this declaration, and if called to testify to the facts stated herein, I could and would do so competently.

2.     Attached hereto as Exhibit A is a true and correct copy of an email from Marc Toberoff to representatives for Paramount Pictures dated April 29, 2010.

3.     Attached hereto as Exhibit B is a true and correct copy of an email from Mr. Toberoff to representatives for Paramount Pictures dated April 29, 2010.

4.     Attached hereto as Exhibit C is a true and correct copy of an email from Daniel Ferleger, a representative for Paramount Pictures, to Mr. Toberoff dated April 30, 2010.

5.     Attached hereto as Exhibit D is a true and correct copy of an email from Mr. Toberoff to representatives for Paramount Pictures dated April 30, 2010.

6.     Attached hereto as Exhibit E is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated October 21, 2010.

7.     Attached hereto as Exhibit F is a true and correct copy of a letter from Matthew T. Kline to Mr. Toberoff dated December 29, 2010.

8.     Attached hereto as Exhibit G is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 4, 2011.

9.     Attached hereto as Exhibit H is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific*

- 1 -

*Pictures Corp. v. DC Comics*, Appeal No. 10-73851, dated January 7, 2011.

10.    Attached hereto as Exhibit I is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56594, dated January 11, 2011.

11.    Attached hereto as Exhibit J is a true and correct copy of an order issued by the United States Court of Appeals for the Ninth Circuit in *Pacific Pictures Corp. v. DC Comics*, Appeal No. 10-56980, dated January 13, 2011.

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct and that this declaration is executed this 18th day of January, 2011 at Los Angeles, California.

Jason H. Tokoro

CCI:842814

-2-