1  Marc Toberoff (State Bar No. 188547)
     *mtoberoff@ipwla.com*
2  Nicholas C. Williamson (State Bar No. 231124)
     *nwilliamson@ipwla.com*
3  Keith G. Adams (State Bar No. 240497)
     *kgadams@ipwla.com*
4  TOBEROFF & ASSOCIATES, P.C.
   2049 Century Park East, Suite 3630
5  Los Angeles, California, 90067
   Telephone: (310) 246-3333
6  Fax:         (310) 246-3101

7  Attorneys for Plaintiff,
   Laura Siegel Larson

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Plaintiffs,<br>　　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　　Defendants. | Case No: CV 04-8400 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**<br><br>Complaint filed: October 8, 2004<br>Trial Date: None Set<br><br>Date:　March 21, 2011<br>Time:　1:30 p.m.<br>Place:　Courtroom 11 |
| DC COMICS,<br><br>　　　　　Counterclaimant,<br>　　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Counterclaim Defendants. | |

JUDGMENT

**JUDGMENT**

Based upon this Court's Orders dated March 26, 2008 (Docket No. 293), August 12, 2009 (Docket No. 560), and October 30, 2009 (Docket No. 595), and the Court's March 15, 2011 order granting Plaintiff's Motion For Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b),

IT IS ORDERED AND ADJUDGED that pursuant to the Copyright Act, 17 U.S.C.§ 304(c), Plaintiffs validly terminated on April 16, 1999 all prior grants, assignments or transfers to any of the Defendants and any of their predecessors-in-interest, of the renewal copyrights in and to *Action Comics*, No. 1, as well as *Action Comics,* No. 4, *Superman,* No. 1 (pages 3-6), and the first two weeks of Superman newspaper strips, and that as of April 17, 1999, Plaintiff owned and continues to own fifty percent (50%) of the aforesaid recaptured copyrights.

IT IS FURTHER ORDERED AND ADJUDGED that counterclaimant DC Comics' First Counterclaim, which sought to invalidate the Termination, is DENIED for the reasons set forth in the Court's March 26, 2008 order. .

IT IS FURTHER ORDERED AND ADJUDGED that the Second Counterclaim is DENIED, as Plaintiff's claims for declaratory relief were brought within the relevant statute of limitations period.

IT IS FURTHER ORDERED AND ADJUDGED that the Third and Fourth Counterclaims are DENIED, as the parties did not enter into a settlement agreement.

IT IS ORDERED AND ADJUDGED that, finding no just reason for delay, the Court's Orders dated March 26, 2008 (Docket No. 293), August 12, 2009 (Docket No. 560), and October 30, 2009 (Docket No. 595) are CERTIFIED AS FINAL, and JUDGMENT IN THIS ACTION IS HEREBY ENTERED PURSUANT TO FED. R. CIV. P. 54(b) on the First Claim of the Third Amended Complaint, and the First, Second, Third and Fourth Counterclaims of the Second Amended Counterclaims.

Dated: March 15, 2011        _____

Hon. Otis D. Wright II