Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:          (310) 246-3101

Attorneys for Plaintiff,
Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Plaintiffs,<br><br>　vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>　　　　　Defendants.<br><br>DC COMICS,<br><br>　　　　　Counterclaimant,<br><br>　vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>　　　　　Counterclaim Defendants. | Case No: CV 04-8400 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**DECLARATION OF MARC TOBEROFF IN OPPOSITION TO DEFENDANTS' MOTION TO AMEND PARTIAL FINAL JUDGMENT UNDER FED. R. CIV. P. 59**<br><br>Complaint filed: October 8, 2004<br>Trial Date: None Set<br><br>Date:  May 16, 2011<br>Time:  1:30 p.m.<br>Place: Courtroom 11 |

DECLARATION OF MARC TOBEROFF

I, Marc Toberoff, declare as follows:

1. I am an attorney at Toberoff & Associates, P.C., counsel of record for plaintiff Laura Siegel Larson ("Plaintiff"). I am a member in good standing of the State Bar of California and submit this declaration in opposition to Defendants' Motion to Amend Partial Final Judgment Under Fed. R. Civ. P. 59. I have personal knowledge of the facts set forth in this declaration and, if called as a witness, could and would testify competently to such facts under oath.

2. Plaintiff sent on April 12, 2011 a draft of a proposed stipulation to defendants. This draft was attached to the Declaration of Patrick Perkins as "Exhibit 3" (Docket No. 661-6).

3. Attached hereto as "Exhibit A" is a true and correct copy of an April 19, 2011 e-mail from defendants' counsel Patrick Perkins to me, along with DC's attached draft stipulation.

4. DC's April 19, 2011 draft stipulation did not show the changes made to Plaintiff's April 12, 2011 draft stipulation. Accordingly, attached hereto as "Exhibit B" is a "redlined" version of the April 19, 2011 stipulation that shows the changes made to Plaintiff's April 12, 2011 stipulation.

5. Attached hereto as "Exhibit C" is a true and correct copy of an April 22, 2011 e-mail from me to Patrick Perkins.

I declare under penalty of perjury of the laws of the United States of America that the foregoing is true and correct.

Executed on April 25, 2011, in Los Angeles, California

_____
Marc Toberoff