# EXHIBIT A

# YAHOO!® SMALL BUSINESS

**59(e) Stipulation**        Tuesday, April 19, 2011 11:42 AM

**From:** "Patrick Perkins" <pperkins@ptplaw.com>
**To:** "'Marc Toberoff'" <mtoberoff@ipwla.com>, "'Keith Adams'" <kgadams@ipwla.com>
**Cc:** "'Petrocelli, Daniel'" <DPetrocelli@OMM.com>, "'Kline, Matthew'" <MKline@OMM.com>
1 File (69KB)



59(e) Stip -

Dear Marc:

Attached is a revised version of our proposed Rule 59(e) Stipulation. We have attempted to simplify it, and to remove the advocacy from the document, while providing you with the elements you originally asked for. Please let us know whether you are prepared to sign the stipulation.

Regards,

Patrick T. Perkins
Perkins Law Office, PC
1711 Route 9D
Cold Spring, New York 10516
Tel: (845) 265-2820
Fax: (845) 265-2819
e-mail: pperkins@ptplaw.com

CONFIDENTIALITY NOTICE: The information in this electronic mail transmission is confidential, intended only for the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from disclosure under applicable law. If you have received this message in error, or are not the named recipient(s), please immediately notify the sender at (845) 265-2820 and delete this email message from your computer.

**03**

DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
Facsimile:    (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:   (845) 265-2820
Facsimile:    (845) 265-2819

Attorneys for Defendants Warner Bros.
Entertainment Inc. and DC Comics

## UNITED STATES DISTRICT COURT

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>                    Plaintiffs,<br><br>        v.<br><br>WARNER BROS ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br>                    Defendants. | Case No. CV 04-8400 ODW (RZx)<br><br>**JOINT APPLICATION TO MODIFY ORDER GRANTING MOTION FOR ENTRY OF A PARTIAL JUDGMENT UNDER FED. R. CIV.P. 54(B) AND FOR STAY OF REMAINING CLAIMS AND JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**<br><br>**[Proposed] Order Filed Herewith**<br><br>The Hon. Otis D. Wright II |
| DC COMICS,<br>                    Counterclaimant<br>        v.<br><br>JOANNE SIEGEL and LAURA SIEGEL LARSON,<br>                    Counterdefendants. | |

JOINT APPLICATION TO AMEND ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 58(e)

Marc Toberoff (State Bar No. 188547)
  *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
  *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
  *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:   (310) 246-3333
Fax:            (310) 246-3101

Attorneys for Plaintiffs Joanne Siegel
and Laura Siegel Larson

1    Defendant Warner Bros. Entertainment Inc. and defendant-counterclaimant

2    DC Comics (collectively, "Defendants") and plaintiff Laura Siegel Larson

3    ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and

4    agree as follows and do hereby make the following joint application:

5    WHEREAS, on March 15, 2011, the Court entered an Order Granting Motion

6    For Entry Of A Partial Judgment Under Fed. R. Civ. P. 54(b) And For Stay Of

7    Remaining Claims Pending Appeal ("Order") (Docket No. 659) and Judgment

8    Pursuant to Fed. R. Civ. P. 54(b) ("Judgment") (Docket No. 660);

9    WHEREAS, the Order and Judgment provide, in part, that DC Comics' First

10   Counterclaim has been "fully resolved" and judgment has been entered thereon; and

11   WHEREAS, the Parties agree that the allegations in DC Comics' First

12   Counterclaim regarding Superboy, at paragraphs 77-85, have not been "fully

13   resolved" by the Court, but that the allegations in paragraphs 68-76 and 86-89 of DC

14   Comics' First Counterclaim were addressed and ruled on as part of Plaintiff's First

15   Claim;

16   WHEREAS, under Fed. R. Civ. P. 54(b), partial final judgment can only be

17   entered as to an entire claim;

18   WHEREAS, on April 12, 2011, Defendants accordingly served and filed a

19   motion to amend judgment pursuant to Fed. R. Civ. P. 59(e) (the "Motion") (Docket

20   No. 661) to strike the First Counterclaim from the Judgment; and

21   WHEREAS, both parties wish to resolve the Motion without burdening the

22   Court.

23   NOW, THEREFORE, THE PARTIES DO HEREBY AGREE AND

24   STIPULATE AS FOLLOWS:

25   1.    Pursuant to Fed. R. Civ. P. 59(e), the Parties hereby respectfully request

26   that the Order and Judgment be amended to remove any reference to DC Comics'

27   First Counterclaim.  (Docket No. 659 at 1:21-23, 2:20-24; Docket No. 660 at 1:13-

28   15, 1:25-26).

2.     The parties reserve all of their rights with regard to the Order and Judgment, including but not limited to, the right to raise any and all arguments on any appeal of the Order and Judgment or, in the case of Defendants, to move to dismiss any such appeal.


Dated:  April __, 2011                    O'MELVENY & MYERS LLP


By: _____
     Daniel M. Petrocelli
     Attorneys for Defendants

Dated:  April  __, 2011                    TOBEROFF & ASSOCIATES, P.C.


By _____
     Marc Toberoff
     Attorneys for Plaintiffs

# EXHIBIT B

1 | DANIEL M. PETROCELLI (S.B. #97802)
    dpetrocelli@omm.com
2 | MATTHEW T. KLINE (S.B. #211640)
    mkline@omm.com
3 | CASSANDRA L. SETO (S.B. #246608)
    cseto@omm.com
4 | O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
5 | Los Angeles, CA 90067-6035
Telephone:   (310) 553-6700
6 | Facsimile:    (310) 246-6779

7 | PATRICK T. PERKINS (admitted *pro hac vice*)
    pperkins@ptplaw.com
8 | PERKINS LAW OFFICE, P.C.
1711 Route 9D
9 | Cold Spring, NY 10516
Telephone:   (845) 265-2820
10 | Facsimile:    (845) 265-2819

11 | Attorneys for Defendants Warner Bros.
Entertainment Inc. and DC Comics

12 | **UNITED STATES DISTRICT COURT**

13 |

14 |

15 | JOANNE SIEGEL and LAURA SIEGEL LARSON,

16 |        Plaintiffs,

17 |     v.

18 | WARNER BROS ENTERTAINMENT INC., DC

19 | COMICS, and DOES 1-10,

20 |        Defendants.

21 |

22 |

23 | DC COMICS,

       Counterclaimant

24 |     v.

25 | JOANNE SIEGEL and LAURA

26 | SIEGEL LARSON,

       Counterdefendants.

27 |

28 |

Case No. CV 04-8400 ODW (RZx)

**JOINT APPLICATION TO MODIFY ORDER GRANTING MOTION FOR ENTRY OF A PARTIAL JUDGMENT UNDER FED. R. CIV.P. 54(B) AND FOR STAY OF REMAINING CLAIMS AND JUDGMENT PURSUANT TO FED. R. CIV. P. 54(B)**

**[Proposed] Order Filed Herewith**

The Hon. Otis D. Wright II

JOINT APPLICATION TO AMEND ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Nicholas C. Williamson (State Bar No. 231124)
 *nwilliamson@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone:  (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Plaintiffs Joanne Siegel and Laura Siegel Larson

JOINT APPLICATION TO AMEND ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

10

Defendant Warner Bros. Entertainment Inc. and defendant-counterclaimant DC Comics (collectively, "Defendants") and plaintiff Laura Siegel Larson ("Plaintiff"), by and through their respective counsel of record, hereby stipulate and agree as follows and do hereby make the following joint application:

WHEREAS, on March 15, 2011, the Court entered an Order Granting Motion For Entry Of A Partial Judgment Under Fed. R. Civ. P. 54(b) And For Stay Of Remaining Claims Pending Appeal ("Order") (Docket No. 659) and Judgment Pursuant to Fed. R. Civ. P. 54(b) ("Judgment") (Docket No. 660);

WHEREAS, the Order and Judgment provide, in part, that DC Comics' First Counterclaim has been "fully resolved" and judgment has been entered thereon; and

WHEREAS, the Parties agree that the allegations in DC Comics' First Counterclaim regarding Superboy, at paragraphs 77-85, have not been "fully resolved" by the Court, but that the allegations in paragraphs 68-76 and 86-89 of DC Comics' First Counterclaim were addressed and ruled on as part of Plaintiff's First Claim;

WHEREAS, under Fed. R. Civ. P. 54(b), partial final judgment can only be entered as to an entire claim;

WHEREAS, on April 12, 2011, Defendants accordingly served and filed a motion to amend judgment pursuant to Fed. R. Civ. P. 59(e) (the "Motion") (Docket No. 661) to strike the First Counterclaim from the Judgment; and

WHEREAS, both parties wish to resolve the Motion without burdening the Court.

NOW, THEREFORE, THE PARTIES DO HEREBY AGREE AND STIPULATE AS FOLLOWS:

1.    Pursuant to Fed. R. Civ. P. 59(e), the Parties hereby respectfully request that the Order and Judgment be amended to remove any reference to DC Comics' First Counterclaim.  (Docket No. 659 at 1:21-23, 2:20-24; Docket No. 660 at 1:13-15, 1:25-26).

1
JOINT APPLICATION TO AMEND ORDER AND JUDGMENT PURSUANT TO FED. R. CIV. P. 59(e)

Deleted: WHEREAS, Defendants' position is that the Court should not have found that DC Comics' First Counterclaim was "fully resolved" by the Court and the judgment should not have been entered thereon, due to the presence of "Superboy" allegations in paragraphs 77-85 of that counterclaim; ¶ WHEREAS, Plaintiff's position is that (i) Defendants could have brought this up in their opposition to Plaintiffs' Rule 54(b) motion, but did not; (ii) that such "Superboy" allegations in paragraphs 77-85 of the First Counterclaim relate to the "Superboy" notice of termination and the "Superboy" action, *Siegel v. Time Warner Inc., et al.*, Case No. 04-CV-08776 ODW (RZx); (iii) such allegations were improperly brought by DC Comics as part of *consolidated* and duplicative counterclaims in both this "Superman" action (Case No. 04-CV-08400) and the "Superboy" action (Case No. 04-CV-08776), and should have been brought solely in the "Superboy" action; (iv) that on March 14, 2005, the Court denied Defendants' motion to consolidate the two cases; and (v) that, given the above, no court would view the consolidated "Superboy" allegations in paragraphs 77-85 as relating to this "Superman" action; ¶ WHEREAS, notwithstanding this disagreement, both parties wish to avoid burdening the Court with unnecessary motion practice; ¶ WHEREAS, DC Comics' First Counterclaim, which seeks to invalidate the "Superman" notices of termination, is, in that respect, a "mirror image" of Plaintiff's First Claim, which seeks to validate the "Superman" notices of termination, and therefore any issues pertinent to the "Superman" notices of termination raised in the First Counterclaim were necessarily decided and fully adjudicated as part of Plaintiff's First Claim; and¶ WHEREAS, the Parties thus agree that, in deciding Plaintiff's First Claim, the Court fully adjudicated and necessarily decided in Plaintiff's favor the allegations in paragraphs 68-76 and 86-89 (sub-parts #1, #2, and #5) of DC Comics' First Counterclaim, but did not decide in this action the "Superboy" allegations in paragraphs 77-85 of the First Counterclaim. ¶

Deleted:  from

1    2.    The parties reserve all of their rights with regard to the Order and

2   Judgment, including but not limited to, the right to raise any and all arguments on

3   any appeal of the Order and Judgment or, in the case of Defendants, to move to

4   dismiss any such appeal.

5

6   Dated:  April ___, 2011          O'MELVENY & MYERS LLP

7

8

9                    By: _____

10                        Daniel M. Petrocelli
                          Attorneys for Defendants

11

12  Dated:  April ___, 2011          TOBEROFF & ASSOCIATES, P.C.

13

14                   By _____
                        Marc Toberoff
15                      Attorneys for Plaintiffs

16

17

18

19

20

21

22

23

24

25

26

27

28

# EXHIBIT C

Case 2:04-cv-08400-ODW -RZ   Document 662-2   Filed 04/25/11   Page 13 of 14   Page ID
#:14613

**YAHOO!**®SMALL BUSINESS

| | |
|---|---|
| **Re: 59(e) Stipulation** | Friday, April 22, 2011 6:21 PM |
| **From:** "Keith Adams" <kgadams@ipwla.com> | |
| **To:** "Patrick Perkins" <pperkins@ptplaw.com> | |
| **Cc:** "Cassandra Seto" <cseto@OMM.com>, "Matthew Kline" <MKline@OMM.com>, "Daniel Petrocelli" <dpetrocelli@omm.com> | |

Patrick --

Please see the following e-mail from Marc Toberoff.

* * *

Patrick -

Your draft clearly does <u>not</u> "provide us with the elements [we] originally asked for" and effectively reverts the stipulation to your original one-sided stipulation.

As drafted, the stipulation is unacceptable, for at least three reasons:  (1) our position is that the "Superboy" allegations pertaining to the Superboy Notice of Termination, the subject of the Superboy case (CV 04-8776), are moot (an improper vestige of defendants' consolidated pleadings) and clearly not part of this Superman action (CV-04-8400) in which the 54(b) Judgment issued; (2) DC refuses to commit in the stipulation that the portions of its First Counterclaim relating to Superman were fully adjudicated and necessarily decided as part of Plaintiffs' First Claim, which was central to Plaintiffs' compromise proposal; and (3)  the stipulation is drafted to effectively convey that Plaintiff agrees that DC's motion is proper, when Plaintiffs have always maintained that DC's motion is burdensome and entirely unnecessary, particularly as DC and its counsel had a full and fair opportunity to raise the points it now makes in its 59(e) motion, but chose not to do so .

Sincerely,

Marc Toberoff

* * *

Keith G. Adams
Toberoff & Associates, P.C.
2049 Century Park East, Suite 2720
Los Angeles, CA 90067
Telephone: (310) 246-3333
Facsimile: (310) 246-3101
Email: kgadams@ipwla.com
http://www.ipwla.com

This message and any attached documents may contain information from
Toberoff & Associates, P.C. that is confidential and/or privileged. If you are not the intended recipient, you may not
read, copy, distribute or use this information. If you have received this transmission in error, please notify the sender
immediately by reply e-mail and then delete this message.

--- On **Tue, 4/19/11, Patrick Perkins <*pperkins@ptplaw.com*>** wrote:

> From: Patrick Perkins <pperkins@ptplaw.com>
> Subject: 59(e) Stipulation

**14**

Case 2:04-cv-08400-ODW -RZ   Document 662-2   Filed 04/25/11   Page 14 of 14   Page ID
#:14614

To: "'Marc Toberoff'" <mtoberoff@ipwla.com>, "'Keith Adams'" <kgadams@ipwla.com>
Cc: "'Petrocelli, Daniel'" <DPetrocelli@OMM.com>, "'Kline, Matthew'" <MKline@OMM.com>
Date: Tuesday, April 19, 2011, 11:42 AM

Dear Marc:

Attached is a revised version of our proposed Rule 59(e) Stipulation.  We have attempted to simplify it, and
to remove the advocacy from the document, while providing you with the elements you originally asked for.
Please let us know whether you are prepared to sign the stipulation.

Regards,

Patrick T. Perkins
Perkins Law Office, PC
1711 Route 9D
Cold Spring, New York 10516
Tel:  (845) 265-2820
Fax: (845) 265-2819
e-mail: pperkins@ptplaw.com

CONFIDENTIALITY NOTICE:  The information in this electronic mail transmission is confidential, intended only for
the named recipient(s), and may contain information that is privileged, attorney work product, or exempt from
disclosure under applicable law.  If you have received this message in error, or are not the named recipient(s), please
immediately notify the sender at (845) 265-2820 and delete this email message from your computer.

**15**