# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>             Plaintiffs,<br>    vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>             Defendants.<br><br>DC COMICS,<br><br>             Counterclaimant,<br>    vs.<br><br>JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual,<br><br>             Counterclaim Defendants. | Case No: CV 04-8400 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**ORDER GRANTING RENEWED MOTION FOR ENTRY OF A PARTIAL JUDGMENT UNDER FED. R. CIV. P. 54(B) AND FOR STAY OF REMAINING CLAIMS PENDING APPEAL PURSUANT TO THE COURT'S MAY 5, 2011 ORDER**<br><br>Complaint filed: October 8, 2004<br>Trial Date: None Set |

[PROPOSED] ORDER GRANTING MOTION FOR PARTIAL FINAL JUDGMENT

# ORDER

As established by the Court's decisions of March 26, 2008 (Docket No. 293), August 12, 2009 (Docket No. 560), October 30, 2009 (Docket No. 595), March 15, 2011 (Docket No. 659) and May 5, 2011 (Docket No. 664), the First Claim of Plaintiffs' Third Amended Complaint and the First, Second, Third and Fourth Counterclaims of Defendant DC Comics' Second Amended Counterclaims have been fully resolved.  As set forth in the Court's March 15, 2011 order, there is no just reason for delay entering judgment in this case.  Accordingly, for the reasons set forth in the above-referenced orders, as well as plaintiff's motion papers and all of the pleadings and records on file in this action, plaintiff's Renewed Motion for Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) is hereby GRANTED.

IT IS HEREBY ORDERED that:

1. Plaintiff's Renewed Motion for Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) and For Stay of Remaining Claims Pending Appeal Pursuant to the Court's May 5, 2011 order is GRANTED.

2. Judgment in this action shall be entered on the First Claim of the Third Amended Complaint, and the First, Second, Third and Fourth Counterclaims of the Second Amended Counterclaims (as stricken in part by the Court's May 5, 2011 order), and the Court's March 26, 2008 order (Docket No. 293), August 12, 2009 order (Docket No. 560), and October 30, 2009 order (Docket No. 595) are hereby CERTIFIED AS FINAL PURSUANT TO FED. R. CIV. P. 54(b).

3. Further proceedings in this case are hereby stayed pending appeal.

4. Instead of the status reports referred to in the Court's March 15, 2011 order, plaintiffs are ordered to file a status report on or before **Wednesday, June 8, 2011,** and every 60 days thereafter, until further order of the Court.

IT IS SO ORDERED. May 17, 2011          U.S. District Judge