# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Plaintiffs, <br> vs. <br><br> WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, <br><br> Defendants. | Case No: CV 04-8400 ODW (RZx) <br><br> Hon. Otis D. Wright II, U.S.D.J. <br><br> [~~PROPOSED~~] JUDGMENT PURSUANT TO FED. R. CIV. P. 54(b) <br><br> Complaint filed: October 8, 2004 <br> Trial Date: None Set |
| DC COMICS, <br><br> Counterclaimant, <br> vs. <br><br> JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, <br><br> Counterclaim Defendants. | |

[PROPOSED] JUDGMENT

## [PROPOSED] JUDGMENT

Based upon this Court's orders dated March 26, 2008 (Docket No. 293), August 12, 2009 (Docket No. 560), and October 30, 2009 (Docket No. 595), which resolved certain of the claims and counterclaims in this case; the Court's March 15, 2011 order which granted Plaintiff's Motion For Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) (Docket No. 659); the Court's May 5, 2011 order which denied Defendants' Motion to Amend Partial Final Judgment Under Fed. R. Civ. P. 59(e) (Docket No. 664), struck certain "superfluous, redundant and improper allegations" from DC's counterclaims, and directed Plaintiffs to renew their Rule 54(b) motion; and the Court's May 17, 2011 order granting Plaintiff's Renewed Motion for Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) and For Stay of Remaining Claims Pending Appeal Pursuant to the Court's May 5, 2011 order (Docket No. 667):

IT IS ORDERED AND ADJUDGED that pursuant to the Copyright Act, 17 U.S.C.§ 304(c), Plaintiffs validly terminated on April 16, 1999 all prior grants, assignments or transfers to any of the Defendants and any of their predecessors-in-interest, of the renewal copyrights in and to *Action Comics*, No. 1, as well as *Action Comics*, No. 4, *Superman*, No. 1 (pages 3-6), and the first two weeks of the Superman newspaper strips, and that as of April 17, 1999, Plaintiffs owned and continue to own fifty percent (50%) of the aforesaid recaptured copyrights.

IT IS FURTHER ORDERED AND ADJUDGED that counterclaimant DC Comics' First Counterclaim, which sought to invalidate the termination, is DENIED for the reasons set forth in the Court's March 26, 2008 order.

IT IS FURTHER ORDERED AND ADJUDGED that the Second Counterclaim is DENIED, as Plaintiffs' claims for declaratory relief were brought within the relevant statute of limitations period.

IT IS FURTHER ORDERED AND ADJUDGED that the Third and Fourth Counterclaims are DENIED, as the parties did not enter into a settlement agreement.

IT IS ORDERED AND ADJUDGED that, finding no just reason for delay, the



1. Court's orders dated March 26, 2008 (Docket No. 293), August 12, 2009 (Docket
2. No. 560), and October 30, 2009 (Docket No. 595) are CERTIFIED AS FINAL, and
3. JUDGMENT IN THIS ACTION IS HEREBY ENTERED PURSUANT TO FED. R.
4. CIV. P. 54(b) on the First Claim of the Third Amended Complaint, and the First,
5. Second, Third and Fourth Counterclaims of the Second Amended Counterclaims.

Dated: 5/17/11

OTIS D. WRIGHT

Hon. Otis D. Wright II