1
2
3
4
5
6
7

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON, Plaintiffs and Counterdefendants,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10, Defendants and Counterclaimant.<br><br>AND RELATED COUNTERCLAIMS | Case No. CV-04-8400 ODW (RZx)<br><br>[~~PROPOSED~~] ORDER GRANTING JOINT STIPULATION TO SUBSTITUTE LAURA SIEGEL LARSON FOR JOANNE SIEGEL PURSUANT TO FED. R. CIV. P. 25(A)<br><br>The Hon. Otis D. Wright II |

1  Good cause appearing, and pursuant to Federal Rule of Civil Procedure
2  25(a), IT IS HEREBY ORDERED that Laura Siegel Larson, as Personal
3  Representative of the Estate of Joanne Siegel, is substituted for Joanne Siegel as a
4  plaintiff and counter-defendant in Case No. CV-04-8400.

6  IT IS SO ORDERED.

8  Dated: 5/23/11

OTIS D. WRIGHT

Honorable Otis D. Wright II
Judge, United States District Court

- 1 -