Marc Toberoff (State Bar No. 188547)
 *mtoberoff@ipwla.com*
Keith G. Adams (State Bar No. 240497)
 *kgadams@ipwla.com*
TOBEROFF & ASSOCIATES, P.C.
2049 Century Park East, Suite 3630
Los Angeles, California, 90067
Telephone: (310) 246-3333
Fax:  (310) 246-3101

Attorneys for Plaintiff,
Laura Siegel Larson

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, <br><br> Plaintiff, <br><br> vs. <br><br> WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, <br><br> Defendants. <br><br> DC COMICS, <br><br> Counterclaimant, <br><br> vs. <br><br> LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL, <br><br> Counterclaim Defendants. | Case No: CV 04-8400 ODW (RZx) <br><br> Hon. Otis D. Wright II, U.S.D.J. <br><br> **STATUS REPORT PURSUANT TO THE COURT'S MAY 17, 2011 ORDER** <br><br> Complaint filed: October 8, 2004 <br> Trial Date: None Set |

Pursuant to the Court's May 17, 2011 order granting Plaintiff's Renewed Motion for Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) and For Stay of Remaining Claims Pending Appeal (Docket No. 667), and the Court's May 20, 2011 entry of judgment (Docket No. 669), Plaintiff submits the following status report:

- Plaintiff timely filed her noticed of appeal on May 27, 2011 (Docket No. 671).
- Defendants DC Comics and Warner Bros. Entertainment Inc. have not yet filed a cross-appeal pursuant to F.R.A.P. 4(a)(3).
- The Ninth Circuit has set the following briefing schedule:  Appellant's opening brief is due on November 7, 2011; Appellee's answering brief is due on December 7, 2011; Appellant's reply brief is due fourteen (14) days after service of the answering brief.

Dated:  June 8, 2011

RESPECTFULLY SUBMITTED,

_____
Marc Toberoff
TOBEROFF & ASSOCIATES, P.C.

Attorneys for Plaintiff
Laura Siegel Larson