DANIEL M. PETROCELLI (S.B. #97802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

PATRICK T. PERKINS (admitted *pro hac vice*)
  pperkins@ptplaw.com
PERKINS LAW OFFICE, P.C.
1711 Route 9D
Cold Spring, NY 10516
Telephone:  (845) 265-2820
Facsimile:   (845) 265-2819

Attorneys for Defendants and Counterclaimant

# UNITED STATES DISTRICT COURT FOR THE
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL and LAURA SIEGEL LARSON,<br><br>                    Plaintiffs and Counterdefendants,<br><br>    v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br><br>                    Defendants and Counterclaimant. | Case No. CV-04-8400 ODW (RZx)<br><br>**DEFENDANTS' NOTICE OF CROSS-APPEAL TO THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT**<br><br>The Hon. Otis D. Wright II |

1    PLEASE TAKE NOTICE that defendants Warner Bros. Entertainment Inc. and DC Comics hereby cross appeal to the United States Court of Appeals for the Ninth Circuit from the Judgment Pursuant To Fed. R. Civ. P. 54(b) dated May 17, 2011 (Docket No. 669) ("Judgment"), which purported to certify as final the Court's orders dated March 26, 2008 (Docket No. 293), August 12, 2009 (Docket No. 560), and October 30, 2009 (Docket No. 595) (collectively, "Interlocutory Orders"), and enter judgment on plaintiff's First Claim for Relief and defendants' First, Second, Third, and Fourth Counterclaims.  Plaintiff's notice of appeal was filed on May 27, 2011 (Docket No. 671), and this notice of cross appeal is timely pursuant to Federal Rule of Appellate Procedure 4(a)(3).

To be clear, defendants dispute the finality of the Judgment on the ground that, *inter alia*, the Interlocutory Orders do not fully and finally dispose of any claim as required for partial final judgment under Federal Rule of Civil Procedure 54(b).  *See* Docket Nos. 624, 624-1-624-4; 655, 655-1-655-7; 661, 661-1-661-9; 663.  Defendants will therefore move to dismiss plaintiff's appeal for lack of jurisdiction.

Defendants file this cross-appeal to preserve their rights to appeal all adverse rulings in the Interlocutory Orders, in the event the Ninth Circuit does not dismiss plaintiff's appeal for lack of jurisdiction.  Defendants will voluntarily dismiss this cross-appeal if their motion to dismiss plaintiff's appeal is granted.

Dated:    June 15, 2011              Respectfully Submitted,

                                     O'MELVENY & MYERS LLP

                                     By:  /s/ Daniel M. Petrocelli
                                          Daniel M. Petrocelli
                                          Attorneys for Defendants