1  Marc Toberoff (State Bar No. 188547)
   *mtoberoff@ipwla.com*
2  Keith G. Adams (State Bar No. 240497)
   *kgadams@ipwla.com*
3  TOBEROFF & ASSOCIATES, P.C.
   22631 Pacific Coast Highway #348
4  Malibu, California 90265
   Telephone:  (310) 246-3333
5  Fax:             (310) 246-3101

6  Attorneys for Plaintiff,
   Laura Siegel Larson

7

8 **UNITED STATES DISTRICT COURT**

9 **CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION**

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br><br>        Plaintiff,<br>  vs.<br><br>WARNER BROS. ENTERTAINMENT INC., a corporation; DC COMICS, a general partnership; and DOES 1-10,<br><br>        Defendants. | Case No: CV 04-8400 ODW (RZx)<br><br>Hon. Otis D. Wright II, U.S.D.J.<br><br>**STATUS REPORT PURSUANT TO THE COURT'S MAY 17, 2011 ORDER**<br><br>Complaint filed: October 8, 2004<br>Trial Date: None Set |
| DC COMICS,<br><br>        Counterclaimant,<br>  vs.<br><br>LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br><br>        Counterclaim Defendants. | |

STATUS REPORT PURSUANT TO THE COURT'S MAY 17, 2011 ORDER

Pursuant to the Court's May 17, 2011 order granting Plaintiff's Renewed Motion for Entry of a Partial Judgment Under Fed. R. Civ. P. 54(b) and For Stay of Remaining Claims Pending Appeal (Docket No. 667), and the Court's May 20, 2011 entry of judgment (Docket No. 669), Plaintiff Laura Siegel Larson ("Plaintiff") submits the following status report:

- On May 27, 2011, Plaintiff timely filed her noticed of appeal (Docket No. 671).
- On June 15, 2011, Defendants DC Comics and Warner Bros. Entertainment Inc. ("Defendants") filed a notice of cross-appeal pursuant to F.R.A.P. 4(a)(3), *Laura Larson v. Warner Bros. Entertainment, et al.*, Case No. 11-56034.
- On June 20, 2011, the Ninth Circuit set the following briefing schedule: Plaintiff's first cross-appeal brief was due on November 7, 2011; Defendants' second cross-appeal brief was due on December 7, 2011; Plaintiff's third cross-appeal brief was due on January 6, 2012; Defendants' optional reply cross-appeal brief was due fourteen (14) days after service of the third cross-appeal brief.
- On June 28, 2011, Defendants filed a motion to dismiss Plaintiff's appeal for lack of jurisdiction. That motion was fully briefed on July 21, 2011. On September 22, 2011, the Ninth Circuit denied Defendants' motion without prejudice.
- On October 28, the Ninth Circuit granted Plaintiff's unopposed motion for an extension of time and set the following briefing schedule: Plaintiff's first cross-appeal brief is due on December 22, 2011; Defendants' second cross-appeal brief is due on January 23, 2012; Plaintiff's third cross-appeal brief is due on February 23, 2012; Defendants' optional reply cross-appeal brief is due fourteen (14) days after service of the third cross-appeal brief.

///
///

| | |
|---|---|
| Dated: December 9, 2011 | RESPECTFULLY SUBMITTED, |
| | *[signature]* |
| | Marc Toberoff |
| | TOBEROFF & ASSOCIATES, P.C. |
| | |
| | Attorneys for Plaintiff |
| | Laura Siegel Larson |