**FILED**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

MAR 01 2012

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>    Plaintiff-counter-claim-defendant - Appellant,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation; et al.,<br><br>    Defendants-counter-claimants - Appellees. | No. 11-55863<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER  |
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>    Plaintiff-counter-claim-defendant - Appellee,<br><br>v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation and DC COMICS,<br><br>    Defendants-counter-claimants - Appellants. | No. 11-56034<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>Central District of California,<br>Los Angeles |

GS   App. Comm.  02/27/12/Pro Mo

Nos. 11-55863 & 11-56034

Before: Peter L. Shaw, Appellate Commissioner.

Appellees Warner Bros., et al.'s opposed motion for an extension of time to file the second cross-appeal brief is granted. The second cross-appeal brief for appellees Warner Bros., et al. is due March 23, 2012.

Appellant Larson's motion for an extension of time to file the third cross-appeal brief is granted. The third cross-appeal brief for appellant Larson is due May 10, 2012. The fourth cross-appeal brief is due within 14 days after service of the second cross-appeal brief.

GS App. Comm. 02/27/12/Pro Mo