**FILED**

UNITED STATES COURT OF APPEALS

OCT 26 2012

FOR THE NINTH CIRCUIT

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>  Plaintiff - Counter-claim Defendant - Appellant,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation; DC COMICS, a New York General Partnership,<br><br>  Defendants - Counter-claimants - Appellees. | No. 11-55863<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>Central District of California,<br>Los Angeles<br><br>ORDER |



RECEIVED
CLERK, U.S. DISTRICT COURT

OCT 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                                DEPUTY

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel,<br><br>  Plaintiff - Counter-claim-Defendant - Appellee,<br><br>  v.<br><br>WARNER BROS. ENTERTAINMENT, INC., a corporation; DC COMICS,<br><br>  Defendants - Counter-claimants - Appellants. | No. 11-56034<br><br>D.C. No. 2:04-cv-08400-ODW-RZ<br>Central District of California,<br>Los Angeles |

Defendants move to lodge an original *Detective Comics #15* comic book in the record. Neither party contests the authenticity of this comic book, the salient portion of which was reproduced in the district judge's decision. *Seigel v. Warner Bros. Entertainment, Inc.*, 542 F. Supp. 2d. 1098, 1109 (C.D. Cal. 2008). In any case, the comic book is the proper subject of judicial notice. Fed. R. Evid. 201(b); *see Von Saher v. Norton Simon Museum of Art at Pasadena*, 592 F.3d 954, 960 (9th Cir. 2010). The motion is therefore granted.

Defendants may send the comic book to:

> Eve Fisher, Senior Deputy Clerk
> United States Court of Appeals for the Ninth Circuit
> The Richard H. Chambers Courthouse
> 125 South Grand Ave.
> Pasadena, CA 91105-1643

Defendants are encouraged to insure the comic book before mailing.

FOR THE COURT:

MOLLY C. DWYER
CLERK OF COURT

By: Samantha Miller
Deputy Clerk

2