# EXHIBIT 1

AGREEMENT OF EMPLOYMENT entered into the Fourth
day of December, 1937, by and between DETECTIVE COMICS, INC.,
a domestic corporation having its offices at 480 Lexington
Avenue, New York City, hereinafter referred to as the Employer,
and Jerome Siegel and Joe Shuster residing at Cleveland, Ohio,
hereinafter referred to as the Employees.

1. The Employer hereby agrees to employ, and does hereby
employ the Employees as Artists, for a period of two years,
commencing with December 4, 1937 and terminating December 3, 1939,
and to pay them for such services and for all of the matters
hereinafter set forth, the sum of Ten Dollars ($10) per page.

2. The Employees agree to give their exclusive services
as artists in producing features known as "Slam Bradley " and
"The Spy " during said period of employment , to the Employer,
and agrees that all of these products and work done by said
Employee for said Employer during said period of employment,
shall be and become the sole and exclusive property of the
Employer, and the Employer shall be deemed the sole creator
thereof, the Employee acting entirely as the Employer's employee.

3. In the event that the Employee leaves the service of
the Employer prior to the termination date set forth in this
Agreement or subsequent thereto, and for any reason whatsoever,
the Employees agree that they will not, directly or indirectly,
and through any means whatsoever, use, duplicate, simulate or
bring into being any of the products or work or creations or
characters or plots used, made or created by him while in the
employ of the Employer.

DCC00045543

EXHIBIT 1
10

--2--

d. It is understood that any new and additional features which the Employees produce for use in a comic magazine are to be first submitted to the Employer, who reserves the right to accept or reject same within a period of Sixty days.

IN WITNESS WHEREOF, the parties hereto have set their hands and seals the day and year first above written.

In Presence of:                    DETECTIVE COMICS, INC.

_Jerome M. Siegel_                 BY _[signature]_ _____
                                        Employer

_Herbert M. Siegel_                _Jerome Siegel_ L.S.
Witness                                 Employee

_____          _____ L.S.
Witness                                 Employee

DCC00045544

**EXHIBIT 1**
**11**

# EXHIBIT 2

# DETECTIVE COMICS, Inc.

## 480 LEXINGTON AVENUE
### NEW YORK, N. Y.

February 22nd.

Dear Jerry:-

Washington's birthday and here I am in the office trying to catch up on some mail. With these four magazines coming one upon the other, it's getting pretty busy.

I'm enclosing a silverprint of the cover of Action Comics. You'll note that we already used one of those panel drawings of SUPERMAN, as you suggested in your recent letter. For the time being, SUPERMAN is the only feature of yours that will appear in the new magazine; however, there may be other changes made in the very near future.

The reason for dropping DOCTOR OCCULT from the FUN schedule was that several critics thought it too grussome and morbid for a kid to read. At times it did run a close second to the famous Dracula, so perhaps it might be best to stick to the clean, two-fisted, red-blooded features like Slam Bradley and Radio Squad.

Here's something that may be right up your alley, Jerry: have you any continuities or scripts, or could you handle the writing of one or two of these a month for some of our other artists? Say, for example, a six or an eight page feature of some of the characters now appearing in the magazines? Kindly let me know just how many you could write (besides the material you're already doing now) without over-taxing the old brain cells.

I haven't received the pages you mentioned but I suppose they'll be here in the morning. Keep up the good work (and 8 panels per page, too) and why not submit some pencil sketches of fast-action pictures for covers? I think we may be able to use some.

Regards to Joe,

vin

000000526

**EXHIBIT 2**
**12**

# EXHIBIT 3

EXHIBIT 2 4

U. S. Dist. Court
S. D. of N. Y.
APR 6 1939

Detective Comics, Inc.
480 Lexington Avenue
New York, N. Y.

       I, the undersigned, am an artist or author and have performed work for strip entitled "SUPERMAN"

       In consideration of $130.00 agreed to be paid me by you, I hereby sell and transfer such work and strip, all good will attached thereto and exclusive right to the use of the characters and story, continuity and title of strip contained therein, to you and your assigns to have and hold forever and to be your exclusive property and I agree not to employ said characters or said story in any other strips or sell any like strip or story containing the same characters by their names contained therein or under any other names at any time hereafter to any other person, firm or corporation, or permit the use thereof by said other parties without obtaining your written consent therefor. The intent hereof is to give you exclusive right to use and acknowledge that you own said characters or story and the use thereof, exclusively. I have received the above sum of money.

Accepted:

DETECTIVE COMICS, INC.

By

Confidential

WB005794

**EXHIBIT 3**

**13**

# EXHIBIT 4

JEROME SIEGEL President

*American Artists League*

10622 Kimberley Avenue
CLEVELAND, OHIO

November 30, 1938.

Mr. J. S. Liebowitz,
DETECTIVE COMICS, Inc.,
480 Lexington Avenue,
New York, N. Y.

Dear Jack:

Enclosed herewith please find a letter from DORRANCE & COMPANY, INC., concerning the publication of HOW TO BE FUNNY. If you people would put up the advance amount required to start off publication for the sale of HOW TO BE FUNNY as a book in book stores, Frank Shuster and I would be pleased to offer you a percentage of any royalties we receive on the book. Of course, if you could arrange to have the book published under your company imprint, sell it in bookstores, and offer us a royalty, such an arrangement would be acceptable by us. Please return the DORRANCE letter with your reply. And let me have your ideas on how we could work together on the HOW TO BE FUNNY proposition.

Now here's an idea that may sound a little screwy to you, but nevertheless, here goes. How about a comic strip in one of the magazines, entitled MOVIE COMICS(the strip, not the magazine). The idea is that every month I would write a complete story, illustrated in the comic, which would make a good movie.

000000466

**EXHIBIT 4**
**14**

JEROME SIEGEL, President

*American Artists League*
10622 Kimberley Avenue
CLEVELAND. OHIO

— 2 —

Every story would have different characters
and each would be entirely unrelated to the
previous release. The leading character of
each strip would be built around the movie
characterization of a well-known movie star;
the artist would draw the leading character so
that he (or she) resembled the actor, but a dif-
ferent name would be given the character — the
likeness, tho, would be obvious. It is a well
known facts that film companies consider mater-
ial only which has appeared in print. Copies
of each of these well-done comic strips would
be turned over to agents who would attempt to
sell them to the studios. I'd do my best to
develop good stories and have the characteriza-
tions strong and in the customary line usually
followed by these actors. If sales weren't
made to the movies, the magazine would still
have a good strip with plenty of variety, in-
asmuch as each story would be of an entirely
different type. However, if any movie sales
should be made, we would split the remuneration.
Let me know whether you care at all for this
idea or whether I should toss it into the ashcan.

Another suggestion. While talking to
Mr. Nimis the subject came up of what "top" strip
to use on the Sunday page of SUPERMAN. I sugges-
ted to him that we use a strip named SUPERBOY,
which would relate the adventures of Superman as
a youth. The appearance of SUPERMAN in ACTION
COMICS has developed the character very much so
that we now know how to handle him for syndica-
tion. Now don't you think that it might be a good
idea for me to do a strip entitled SUPERBOY for one

000000467

**EXHIBIT 4**
**15**

JEROME SIEGEL, President

*American Artists League*
10622 Kimberley Avenue
CLEVELAND, OHIO

-- 3 --

of our other magazines, possibly NEW ADVENTURE
COMICS, or perhaps MORE FUN COMICS. I'd like the
strip to have a large number of pages, such as 13
so that I could develop it as well as SUPERMAN.
However, how many pages you wish it to carry would
be up to you. Since SUPERMAN is doing well with
the readers of ACTION COMICS, I think that a strip
like SUPERBOY would be well received in NEW ADVEN-
TURE COMICS, and help the circulation as well as
make readers buy the magazine from issue to issue.
Tho the strip would feature super-strength it would
be very much different from the SUPERMAN strip in-
asmuch as SUPERBOY would be a child and the type of
adventures very much different. There'd be lots of
humor, action, and the characters would be mainly
children of about 12-years rather than adults.
Also, inasmuch as this strip will probably be used
as a newspaper feature, I should think that you
would want to own all rights to it by having it
first appear in your magazines.

The last seven pages of SUPERMAN are en-
closed herewith under separate cover. SLAM BRADLEY,
much improved, will follow soon. If we do not get
ahead much during the next month, it will only be
because Joe is going to have a tonsil-removal opera-
tion. As a result, his work and speed of working
should improve remarkably, as his infected tonsils
caused re-current headaches during the last six
months.

Best wishes to all from Joe and myself...

Cordially,

Jerry.

000000468

**EXHIBIT 4**
**16**

# EXHIBIT 5

From:
Jerry Siegel,
3402 Clendon Road,                                              Page One
University Heights, Ohio.

SUPERBOY
I.

1.  (Panel occupies full page.  Contains the title, SUPERBOY, the by-line, By Jerry

    Siegel and Joe Shuster, a script box, and an illustration showing SUPERBOY leap-

    ing high over the city at great speed alongside SUPERMAN)

    Script Box:    It has to happen!    So many faithful followers of today's leading

        adventure comic strip, SUPERMAN, wrote in demanding the adventures

        of Clark Kent as a youth that the creation of this newest and

        most promising magazine comic strip character was inevitable! And

        so here he is at last...the answer to your requests...America's

        outstanding boy hero:    SUPERBOY!!

••••••••••••••••••••••••••••••••••••
II.

1.   Caption:    You will recall that as the distant planet, Krypton, burst into frag-

        ments, superscientist Jor-L and his wife Lora, launched their infant

        son toward the planet Earth in a trial space-ship...!

     (SCENE:    Shows the space-ship hurtling up from the surface of Krypton into

        space as the planet blows to bits)

2.   Caption:    As the solitary vessel hurtled thru interplanetary space, it nar-

        rowly dodged oblivion in the form of comets, meteors, and other

        stellar obstacles....

     (SCENE: illustrates)

3.   Caption:    Alighting upon Earth, it burst into flames.  Its tiny passenger

        was saved from a fiery death by a passing motorist....

     Man(lifting child from flaming vessel in horror):  Why — it's a BABY!

4.   Caption:    He immediately turned it over to the officials of the Crestwood

        Orphanage....

     Man:    You'll see that it's — er — well taken care of?

     Stout Woman Attendant in Charge:    As well as can be expected!

EXHIBIT 5
17

000000478

SUPERBOY (Release No. One)

5. Caption:    But the motorist — Charles Kent — finds he can't forget the infant....

 Charles(at home,in armchair,to wife):    I can't get that little rascal out of my mind, Mary!

 Mary Kent(his wife):    Then why not adopt him, Charles?  You know we've always wanted a son of our own!

6. Caption:    Meanwhile — at the Crestwood Orphanage.....

 Woman Attendant(running from room into hall,screaming):    EEEEeeee!

 Doctor:    Tell me, Nurse!  What is it?

7. Woman Attendant(pointing in terror at room):    In the nursery, Doctor! IN THERE!

 Doctor:    What can be ailing you?

8. Doctor(entering, pince-nez glasses falling from nose in amazement as sights baby lifting armchair overhead in one hand):    ULP!!

 Woman Attendant(triumphantly):    NOW what do you say!

.........................................................

III.

1. Doctor(advancing toward child):    This is amazing — incredible!  A child — possessed of such strength!  I still can't believe it!

 Nurse:    Don't go near him, Doctor!

2. Doctor(as baby drops armchair on his foot):    OUCH!  My foot!

 Nurse:    See!  I warned you!

3. Caption:    Puzzled at his surroundings, the infant lifts empty metal cribs, smashes them together in thoughtful contemplation.....

 Doctor:    He's wrecked the equipment!

 Nurse:    This is TOO MUCH!  I'm going to the Director of the Orphanage!

4. Director(suspiciously):    A child — smashing up the contents of the nursery?  Nurse Jacobs — are you sure you — er — haven't imbibed?

 Nurse(indignantly):    Come see for yourself!

5. Sound from nursery):    CRASH!

 Director(as he and nurse hurry toward it):    What's THAT?

 Nurse(grimly):    You'll see!

EXHIBIT 5
18

000000479

6.  Director(amazed to see doctor up on chandelier):  Doctor Calvin!  What are you doing up there on that chandelier?  Come down here at once!

    Doctor(up on chandelier,gasping):  At once — right away — but keep that little savage away from me!

7.  Director(as Doctor stands besides him):  And now — your explanation, please!

    Doctor(pointing to baby playing on floor):  That infant threw me up there!

8.  Director(heatedly):  Pardon my saying so, my dear Doctor Calvin, but I think you're a cockeyed liar!  Surely, you don't expect me to BELIEVE that!

    Nurse(shouting):  LOOK OUT!

    (SCENE:  Baby is waddling toward the director)

    ............................................
                        IV.

1.  Director(as seized, lifted by baby):  Hey!  Wha ——— ?

    Baby:  Da!

2.  (SCENE:  Shows the Director being hurled up toward the chandelier)

3.  Director(hanging from chandelier):  HELP!  Get me down from here!

    Doctor(triumphantly):  Still think it's impossible?

4.  Director(on floor again, gazing at baby astonished as it whirls crib overhead):  Amazing — beyond all belief!  This infant actually possesses the strength of many men!

    Nurse:  But you've got to get rid of the little monster at once!  He'll wreck the establishment!  There'll be nothing left of the Orphanage, then where'll WE be!

    Doctor:  There's a lot in what the nurse says!

5.  Another nurse(coming into room):  A Mr. and Mrs. Charles Kent to see you, Director.

    Director:  Kent...Kent.  Say, that's the fellow who wished this miniature hurricane on us!  I'll see him at once.

    Doctor:  Do you think he's come to....

    Nurse:  If only he HAS!

EXHIBIT 5
19

000000480

Page Four

6.    Director(rubbing hands delightedly):    And what can I do for you, please?

Charles:    Err — we've come about the youngster I brought here.

Mary:    You see — we'd like to....

7.    Director(holding out pen and form-sheet):    ...adopt the infant?  Why, nothing
        could be simpler!  Just sign this paper, and he's yours!

Charles(reaching for pen, jubilantly):    You hear that, Mary?

Mary:    Oh! – Oh! – OH–HH!!!!

8.    Caption:    Several minutes later, the Kents depart with the newly acquired
        member of their family.....

Mary(holding child, as they walk toward their car):    Doesn't it seem strange
        that we secured custody of the child so quickly?  I always thought
        there was a lot of red tape attached to adopting a child.

Charles:    So did I.  But let's not look a gift horse in the mouth!
        ...........................................

1.    Mary(as they drive along, baby asleep in her arms):    Fast asleep!  Isn't he
        adorable?  I still can't believe our wonderful luck!  He's all ours!

Charles:    The car...we're not moving!

2.    Charles(out of car,looking at it in dismay,wheel is stuck in muddy ditch):    Talk
        about your bad luck!  Here we are stuck in a ditch, and miles from a
        service station, or a telephone!

Mary(out of car,baby left in car):    Here comes an auto. Maybe they'll help!

3.    Charles(as car speeds swiftly by):    They wouldn't stop!

Mary:    Let's try to push it!

4.    Caption:    Together, husband and wife shove, and pant, and strain — but without
        any luck!

Charles:    (Puff!)  Can't budge it!

Mary:    I'm exhausted!

5.    Caption:    Within the car...the tiny passenger awakens in the midst of a yawn...

        (SCENE:    Shows the baby awakening, sleepily)

EXHIBIT 5
20

000000481

SUPERBOY    (Release No. One)

6.  Caption:    ...then...clambers out and thoughtfully observes his foster-parents' labor....

    (SCENE: illustrates, baby is unnoticed)

7.  Caption:    The infant acts.  Stepping in, it calmly lifts the auto out of the ditch and sets it back on the road....

    Charles(not noting child):  It's moving!

    Mary(ditto):   We've done it!!

8.  Charles(abruptly noting child holding rear end of car off of road):  Mary — L-LOOK!

    Mary:    I am! — And I still don't believe my eyes!

    ...........................................

VI.

1.  Charles(closeup of the two,gasping):   The baby — lifted the car off the road — with one hand....IMPOSSIBLE!

    Mary:    But — we can't be dreaming — because — we BOTH SAW IT!!

2.  Charles:    Careful, Mary!   Keep away from it!

    Mary(avoiding his restraining hands,approaching child):    Put it down!

    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx
    xxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxxx

3.  Caption:    In response to Mary's command, the child obediently lowers the car, then toddles toward her....

    Mary:    You see, it did as I said!

    Charles:    The strength of a dozen elephants — and yet, it still possesses the instincts of a normal child!

4.  Caption:    Shortly after....as they proceed on their way....

    Mary(holding sleeping baby):    See...she's fallen asleep again.

    Charles:    Mary! I'm just beginning to realise! We've a problem child on our hands! And in more ways than one!

5.  Mary:    I see what you mean.  Our boy's extraordinary strength may make him the object of everyone's envy and fear....cause him to become an outcast. We mustn't let THAT happen!

    Charles:    Only one way to safeguard against it. No one must learn of his super-strength!

000000482

EXHIBIT 5
21

Page Six

6.  Mary:    But how came we train an infant,who doesn't understand a word of English, what to do and what not to do?

    Charles:  That's up to us to figure out!  And somehow, I've a feeling that we'll succeed!

7.  Caption:  That evening....

    Mary(in home,before fireplace,watching infant playing on floor):  I wonder what his history is, Charles?  Where he came from?  Where he gets his tremendous strength?

    Charles:  We may never know, Mary.  But one thing we DO know.  He's our son, now and forever!

8.  Mary:    Our son — and we haven't even named him!

    Charles:  You know what name we'd always planned to give our boy — if we ever had one! — Clark!

9.  Mary:    Then —— "Clark" it is!

    Charles(lifting infant):  You hear that, Clark?  Clark Kent!  How do you like the sound of your new name?

    Clark:  Da!  Da!

    ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ● ●
                              VII.

1.  Caption:  The task of teaching the infant Clark to conceal his tremendous strength proceeds....

    Mary(working in kitchen,to Clark,as he tries to lift refrigerator):  No, Clark! You mustn't do that! — Or we won't have any nice ice cream for desert!

    (SCENE:  Shows question marks over Clark's head)

2.  Charles(to Mary):  Well, how are the lessons in will-power coming along?

    Mary(discouraged):  I'm very discouraged, Charles.  It's hard — but — I think I'm making slight progress. — Answer the doorbell.

    (SCENE:  Clark is playing on floor with electric train)

000000483

EXHIBIT 5
22

SUPERBOY      (Release No. One)                                    Page Seven

3.   Mrs. Doyle(entering with Mickey, her brattish eight year old son): I've heard
            so much about your adopted child, I just HAD to come and see him. And I've
            brought Mickey along to play with him!

     Mickey:   Aw, who wants to play with a baby?

     Mary:   Mrs. Doyle! I haven't seen you in AGES!

4.   Mrs. Doyle(pinching Clark's cheek):   Cute little fellow! My, how hard his cheeks
            are!

     Charles(whispering to Mary):   Ps—st! Get her away from Clark before she dis—
            covers something!

     Mary(to Mrs. Doyle):   Would you care to come upstairs and see my new sewing-machine?

5.   Mrs. Doyle(as climbs upstairs, beaming back to Mickey as Charles and Mary
            accompany her):   Play with Clark, Mickey dear!

     Mickey:   Me play with that infant? Not on your life!

6.   Mickey(when they are alone):   Toy trains! Phooey! I outgrew that long ago!

     (SCENE:   Mickey is kicking the train off the track.  Clark grimaces in displeasure)

7.   Mickey(leaning down to Clark, smirking):   Well, diaper—pants! Wottaya say to THAT?

     (SCENE:   Clark's wrath is rising)

8.   (SCENE:   Shows Clark striking up at Mickey with terrific right that knocks him
            off his feet.)
                        ●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●●
                                          VIII.

1.   Shout:   WA—AAAaaaa!

     Mrs. Doyle(turning, startled, as hears shout):   That's Mickey!

     Mary:   What can be the matter?

2.   Mrs. Doyle(taking Mickey's arm, shaking him):   What happened?

     Mickey(bawling, pointing at black eye):   All I did was kick his train — an' —
            an' he HIT ME!

000000484

EXHIBIT 5
23

Page Eight

3.  Mrs. Doyle(dragging Mickey out thru front door by ear):  Telling me such a

        ridiculous story!  When we get home, your dad will warm the seat of

        your trousers!

    Mickey:  But he DID hit me!!

    Mary(shouting anxiously after them):  Don't be too harsh on him, Mrs. Doyle!

4.  Mary(lifting Clark):  Shame on you, Clark! Picking on a boy four years older

        than yourself!

    Charles(chuckling,Clark is grinning):  Sorry, Mary — but I can't help being

        proud of MY SON!  He sure gave that brat what he deserved!

5.  Caption:  One day — the inevitable occurs....

    Mary:    Charles, I've been dreading this for a long time, but...I believe the

        time has come when we're obliged to place Clark in school!

    Charles:  We've tried to teach him to control his strength, but what happens

        from here on is in the hands of fate alone!

6.  Mary(to teacher,as takes Clark to kindergarten):  You'll take good care of him,

        won't you, Miss Lemon?

    Miss Lemon(sourpuss kindergarten teacher):  Have no fear, Mrs. Kent.  Clark's

        personality will be developed in this class. You'll be surprised how

        it blooms!

    Charles:  (*—You may be in for some surprised yourself, Old Gal—*)

7.  Caption:  No sooner does Clark seat himself in the kindergarten class, than....

    Brat(aiming spitball in rubber band at Clark from rear,to little girl seated

        beside him):  WATCH THIS!

    Girl beside him:  Tee Hee!

8.  Caption:  The serenity of Clark's features changes not one whit as the

        spitball bounces, unnoticed, off the rear of his neck....

    (SCENE: illustrates)

    Girl:  Tee Hee!  He didn't even feel it!

    Brat:  Yeah?  Well, he'll feel this TACK!

    (NOTE: Brat raises tack meaningly)

000000485

EXHIBIT 5

24

IX.                                        Page Nine

1.  Caption:  Surreptitiously, the class brat slips the tack beneath Clark....

Brat(to himself,as does so):  ("—Ho! Ho! — When he moves back in the chair, this
                will be FUNNY!—")

2.  Caption:  But again, Clark's expression is maddeningly impassive!

Girl:  Tee Hee!  It doesn't even bother him!

Brat(face darkening):  It don't, eh?  Well, I'll fix him during recess!

3.  Caption:  Recess time...

Brat(stopping Clark):  Wait a minute, you!  I don't like your face!

Clark:  Aw! — Let him alone!

4.  Brat(socking Clark):  I'll show you!

5.  Brat(dancing with pain,holding fist):  Ouch!  My fist!  My fist!

Girl:  Let that be a lesson to you!

6.  Caption:  After that, Clark is left alone. But when he reaches the fifth grade.. .
                the members of the Thick-and-Thin Club hold a conference in which he
                is vitally concerned....

Tom:  This kid Clark Kent always keeps off by himself.  Let's pretend we want him
      to join the club an' give him th' works. It oughta be a lot of fun.

Bob:  Sounds like a good idea!

Dick:  All in favor, says aye!

Others(meeting in garage):  Aye!

7.  Tom(to Clark,in school):  Want to join the Thick-and-Thin Club?

Clark(pleased):  Oh, yes!

Dick:  Good!  Then come to the meeting tonight in Tom's father's garage!

8.  Mary(as Clark leaves house):  Where are you going, Clark?

Clark:  Just out to see some fellows.

Charles(reading newspaper):  Be back early, son.

..............................................

X.

1.  Tom(to the others):  Here's the set-up! We get Clark to enter the old haunted
                house. Then we scare the dickens out of him. Good idea?

Bob:  Swell!

Dick:  This ought to be a riot!

EXHIBIT 5
25

000000486

2. Tom(to Clark,as he enters):    So you want to be a member of the <u>Thick-and-Thin Club</u>,
eh?  You realise that you can't join our club unless
you've got the courage of a lion and always help
your friends?

Clark:  I realise that!

Bob:   Then you're going to have a chance to prove if you qualify!

3. Tom:  You're to beter the old haunted house on <u>Hudson Street</u> and stay there for
a full hour.

Clark:  Is that all?  It'll be a cinch!

Bob:  ("-HE thinks!  But he doesn't know what we got planned for him!-")

4. Caption:  Racing swiftly, the members of the club reach the house before Clark...
Tom(as they enter thru rear door;they're carrying sheets, etc.):  Got everything?
Bob:  Yeah.  Hurry.  He'll be here any minute!

5. Caption:   The boys hide, chuckling in anticipation of the fun that lies ahead...
Tom(on floor):   Sh-hh!  Lay low!
Bob:  I hear someone coming!
Dick:   Boy!  Wait'll I put on my spook outfit!

6. Caption:  The front door opens and closes with a slam.  But instead of Clark,
several hard-faced individuals enter....
Croy(thug in lead):   Remember where you hid the stolen jewelry?
Jim:   Naturally.  In the cupboard.  Think I'd be dumb enough to forget where
I salted away fifty grand!

7. Tom(gasping,looking thru slightly ajar door):  Gee!  It ain't Clark!
Bob:  It's some men!
Dick:  And they look like DESPERATE CROOKS!

8. Jim(opening cupboard,taking out bag):  Here they are!
Croy(whirling,snatching out gun):  A noise → from the next room!
• • • • • • • • • • • • • • • • • • • • • • • • • • • • • • • •
II.

1. Croy(throwing open door, sighting cowering boys):  It's some kids!
Jim:  They heard everything!  Cover 'em!
Tom(quaking):  D-don't sh-shoot us!
Bob:  W-we won't squeal on you!

000000487

EXHIBIT 5
26

SUPERBOY    (Release No. One)

2.    Jim(as Croy ties them up):  Too bad for you kids, but you know what we look like
        and we can't risk a rap right now!

    Croy:  If we was turned in, it would mean life for us. — There!  That fixes 'em!
        Shall I take them out to the car?

3.    Caption:  In the darkness outside the house, Clark pauses alert as his keen
        eyes penetrate the blackness to reveal his bound friends being placed
        in the rear....

    Clark:  The boys...in trouble...

4.    Caption:  As the car drives off, Clark takes a flying leap after it...

    Clark:  Maybe I can help them!

5.    Caption:  ...that lands him noiselessly atop the rear-tire!

    Clark:  Made it!

6.    Caption:  The thieves stop the car at the top of a steep incline. Clark leaps
        to hiding behind a nearby rock:....

    Croy(standing beside):  But the kids will be killed!

    Jim(shoving at rear of car):  It's either them or us!

7.    Caption:  Propelled by the criminals, the auto commences to speed down the
        mountainside with its helpless captives....

    (SCENE: illustrates car speeding down mountain road haphazardly at terrific speed)

8.    Clark(springing to top of rock):  Got to act — now!

    Croy(looking up, amazed):  Hey!  Lookit the kid!

    Jim(firing at Clark):  Get him!

        ..........................................
                        XII.

1.    Caption:  Down springs Clark in the very face of the firing weapons. The
        bullets careen harmlessly off his super-tough skin, but due to
        the darkness the crooks believe they have missed....

    Clark(cracking their heads together as he streaks down):  Let's see how thick-
        skulled you are!

000000488

EXHIBIT 5
27

Page Twelve

2. Caption: Leaving the unconscious thugs behind him, Clark races down the incline after the rocketing car....

Clark(running at terrific speed): Another few seconds, and they're done for!

3. Caption: ...overtaking it in a few moments! He leaps to the running board!

Clark: Now to get in!

4. Caption: Climbing in, Clark desperately applies the brakes....

Tom(shouting): It's Clark!

Clark: Pray, boys — pray!!

5. Caption: ....so that the auto skids to a stop x bare inches from a cliff's brink!

(SCENE: illustrates)

6. Caption: Clark unties his friends....

Tom(emerging from car): Whew! That was a close call!

Bob(to Clark): How did you happen to show up in time?

Clark: I saw those crooks take you fellows into the car and hid on the running board! But let's drive back up the incline and tie up those crooks before they come to. I saw them lying unconscious!

7. Newspaper Headline: BOYS CAPTURE CRIMINALS!!

(SCENE: Pictures of boys on front page)

8. Caption: Clark is made a permanent member of the Thick-and-Thin Club....

Tom(at meeting): The crooks claimed a young kid jumped at them out of the darkness. But it was too dark to see who he was.

Bob: Probably a made-up story.

Dick: Wouldn't it be strange if there was young kid like us playing at being Robin Hood and helping people in trouble?

Clark: ("—That's an IDEA!—")

.........................

III.

1. Mary(to Clark): You're quite a hero, Clark, aren't you, since that writeup in the paper?

Clark: I didn't do much.

Charles: ("—I WONDER!—")

000000489

EXHIBIT 5

28

2. Caption:    That evening...                                    Page Thirteen

Clark(on his bed in bedroom):  A young kid — venturing out to help people in need
...gee...that sounds like a grand idea...I could put my hidden
strength to work for a good purpose!

3.  Clark:  But I'd have to hide my true identity from everybody while I was out
playing at being Robin Hood. — I get it!  A masquerade costume!

4.  Caption:  Surreptitiously, the lad designs a strange costume of his own entin...
(SCENE: Shows Clark making costume)

5.  Caption:  As he tries it on for the first time, he feels a strange premonition
come over him....

Clark(wearing costume):  Strange — but I feel almost as tho I were MADE to wear
this costume — always....!

6.  Caption:  That night he springs out into the darkness in search of adventure,
and someone to help...
(SCENE:  Shows SUPERBOY streaking over city at night)

7.  Caption:  And so was launched the career of SUPERBOY, youthful Champion of
Righteousness!  In later years he was to become the might figure known
as SUPERMAN!  But the story of SUPERBOY's amazing and often humorous
adventures is a series of astonishing narratives in itself...!  Don't
miss a single adventure of the comic page's newest sensation:
SUPERBOY!

(SCENE: Shows portrait of SUPERBOY)

Small script box in lower right hand corner of panel:  The End.
..................................

From:
Jerry Siegel,
2402 Glendon Road,
University Heights, Ohio.

000000490

EXHIBIT 5
29

# EXHIBIT 6

39th Special Service Co.,
% Postmaster,
Elkins, West Virginia,
January 1, 1944.

Mr. J. S. Liebowitz,
DETECTIVE COMICS, Inc.,
480 Lexington Ave.,
New York, N. Y.

Dear Jack:

        Thanks a lot for the swell Xmas gifts. Two checks
totalling $3000.00 are very welcome, especially to a fellow
in the Army. I spoke to Bella on the telephone today and she
told me a $1400 check had arrived for 7 magazine releases.
And no doubt a syndicate check will soon reach her. All
in all you people have really helped usher in a swell New
Year for me. I hope this will be the beginning of a Happy
New Year.

        Returned herewith, please find that copy of
IN FACT. I was very interested to read its contents, and
hope that McClure's subversive activities are a thing
of the past. Also returned herewith is that clipping refering
to the character, SUSIE. I'm glad you like the character
Susie, who was first referred to in that list of plots I
handed in. By the way, one of my plots on that list, referring
to a time-hoax (I believed I titled the plot "Trouble In
Utopia") was appropriated a few months ago by a BATMAN release
of BATMAN.

        In regard to the boatride, the company I'm with
is an entertainment unit whose eventual function is to supply
such entertainment in person to soldiers overseas. If I return
to Ft. Meade after leaving this Maneuver Area, there's a chance
of my transferring to the Post newspaper there, if my CO doesn't
refuse to give me permission. Soon after I entered the Army,
they wanted me on the Post newspaper -- it would have been
a pleasant duration-length assignment -- but my CO wouldn't
let me transfer, saying he wanted me to remain in the 39th to
do certain writing assignments. Those assignments are now a
thing of the past. He said, at the time, if any good connections
were to come my way in the future he wouldn't prevent me from
taking them. But, if I don't return to Meade, I don't sight
any such connections in view. And even if we do return to
Meade, which we probably won't, I don't know if the position
on the newspaper would still be open. --- Murray is certainly
lucky to have been transferred to a writing job in Washington.
That's the goal of every Army writer. I wonder how he did it,
and if there's any chance of a connection there for yours truly.
I'd appreciate it if you'd look into it.

DCC00045428

**EXHIBIT 2**
**5**
**EXHIBIT 6**
**30**

.S.   SUPERMAN ain't bad lately, but I'm conceited enough to feel that I could
do better.

-- 2 --

I've a number of unusual plot-ideas jotted down
which I will soon assemble and mail to Whit.  I may have
a furlough coming up either at the end of this month or
sometime in February, and I hope to have a chance to do
some writing in the peaceful and clean environment of
my own home.

By the way, I write a weekly column (about 1500
words per release) for the local small town Elkins Inter-
Mountain newspaper, dealing with the activities of the
Special Service outfit with which I am connected.  About
5 releases have appeared to date. I also collaborated on
an article on the PX distribution set-up in this Maneuver
Area.

It's very rugged here...lots of oozy mud, tent-
latrines with running icycles, and we live in squad tents,
five to a tent.  --- I hope I'll be able to see you in
a few weeks.

By the way, here's something important. Our
company recently was ousted from the Infantry, tho we still
wear Infantry insignia, and we are in DEML -- Detached
Enlisted Men's List -- or, as "DEML" is known thruout the
Army -- "Damn Easy Military Life". Only, since we entered
DEML, our existence has grown tougher, instead of
easier. The guys in the company would, as a gag, like
to put some new insignia on. I've had stacks of requests
for SUPERMAN pins, so that the entire company can fall
out some morning with everyone wearing SUPERMAN pins as
insignia.  Enclosed herewith please find a copy of the
Company's roster.  Will you please have SUPERMAN pins,
memberships cards, secret codes, etc. sent to every
individual on the list % 39th Special Service Company,
% Postmaster, Elkins, West Virginia.  This should be
quite a stunt.  If you wish, you may defray the cost
by deducting the expense for this from one of my checks.
There are about 131 names on this list, and I believe
your costumary charge is ten cents per member. I'd appreciate
it very much if you'd have this done right away.

Best personal wishes to Harry, Bob, Duke, Herb,
Charlie, Whit, Miss Heath, Frank Armer and of course Joe
and yourself, from Bella and I. Tell Joe I appreciate the
gifts he sent me recently, and I'll write to him soon...

Cordially,

DCC00045429

EXHIBIT 2
6
EXHIBIT 6
31

# EXHIBIT 7

# Superman's Old Man Here



**EVERY WEEK**

## Midpacifican
### The Armed Forces' Newspaper In The Pacific Ocean Areas

**5¢**

Vol. III, No. 18        HONOLULU, AUGUST 26, 1944—993 Days Since Pearl Harbor        FIVE CENTS

# Japs Hole Up In Guam Cave For Debauch As End Nears

## GI Hollywood Star Here

### Dickie Moore And Jerry Siegel With New S. S. Company

**By SGT. WALLY WACHTER**
**Midpacifican Staff Writer**

Superman is in the Pacific Area!

The fabulous character arrived in the brain which is behind his superhuman exploits . . . a GI now stationed on Oahu.

Superman's creator, Cpl. Jerry Siegel, arrived here for duty as part of a large made-to-order Army Special Service Company which also includes in its personnel roster Dickie Moore, one of Hollywood's best known boy-stars who has grown into a rugged soldier, and several other top names in theatrical and sports fields.

Siegel is attached to the library and publications branch of the company. Since he has been in the Army, he has been too busy thinking up ways to get out of routine GI details to be able to spend a lot of time on his comic-strip ace. His artist collaborator, Joe Schuster, is keeping the strip going with a library of ideas that Siegel left behind and several that he sends via the mails.

Superman may be an unquestionable hero to his millions of fans, but to Siegel . . . "he's just my baby."

"I thought up Superman when I was still just a kid in high school in Cleveland," he recalls. "My pal, Joe Schuster, and I started to work him out. It took us six years to finally sell the

(Continued on Page 12)

### Political News To GI's Now OK

WASHINGTON (ANS) — President Roosevelt has signed S o l dier Vote Law amendments relaxing restrictions on dissemination of political news and opinion among members of the armed forces, according to Associated Press.

Sponsors said the effect of the amendments would be to o p p e the way for the sale and distribution through A r m y post exchanges and Navy stores of any changes and Navy stores of any newspapers, magazines, a n d b o o k s in general circulation among civilians . . . within the limits of available transportation.

**Equal Radio Time**

In case of radio broadcasts, the only limitation applied is that if political speeches are rebroadcast to troops over Government-operated stations, equal time shall be allowed to any political party having a Presidential candidate in six or more States.

### Sad Sack And Superman



Signal Corps Photo by Pvt. Robert J. Fernandes

**CPL. JERRY SIEGEL**, creator of Superman, who has made his character perform unbelievable feats, wishes he could make the "Man of Tomorrow" come to his rescue at a time like this. Superman has left him holding the bag.

### Jerry Siegel Tells Why His Superman Won't End The War

**By CPL. JERRY SIEGEL**
**Exclusive To Midpacifican**

As the creator and continuity writer of "Superman," the muscular wonder of the comic sections, I'm often heckled with embarrassing questions that would tax even the sagacity of the Sphinx.

Topping all these brain puzzlers, is the sly, apparently casual, yet carefully-calculated-to-crush query:

"Why doesn't Superman win the war?"

### Rescues Superman

In my capacity as the "Man of Tomorrow's" mentor, I've maneuvered him out of many an apparently hopeless dilemma. I've had him boisterously juggle juggernauts in his two capable mitts, swallow a sizzling stream of streaking bullets, wrestle with prehistoric pterodactyls, imbibe cocktails composed of acid, arsenic and ground glass with nonchalant equanimity, and constantly pull the wool over Lois' eyes whenever that inquisitive Miss was on the verge of discovering his true identity.

Always, he popped out of the most desperate difficulty, completely composed and with nary a

(Continued on Page 2)

## No Big Climax At Battle's End; It Just Petered Out; Fighting Colonel Mourned

**By S/SGT. AL MOHAN**
**Exclusive to Midpacifican**

To a newspaperman the August 10th headline announcing the end of organized Japanese resistance was good copy.

But to make sense to the infantryman who slugged his way from Alifan to Mount Santa Rosa, the headline should have faded away in an unreadable blur of small type.

That is the way the battle itself ended.

On Guadalcanal, the fighting had toward a slow, but definite close. The Marshalls campaign ended as emphatically as a slammed door. On Saipan, the "banzai charge" lashed out like a violent death throe. But on Guam, because of tactics and terrain, the Japanese seemed to evaporate, to fray into nothingness.

**No More Japples**

On A u g u s t 10 a rifleman

(Continued on Page 3)

### Benz Reports Japs Are Not Organized

**By T/SGT. DAVID A. BENZ**
**Exclusive to Midpacifican**

Saipan tonight GI Joe several aces lessons in killing more Japs faster. It also showed up the Jap military machine as being much less than it was cracked up to be.

That, at any rate, was the reaction of 27th Division infantrymen whom I saw in action and with whom I had many a bull session in the canefields of Saipan.

After the campaign was over, the soldiers were practically unanimous in the opinion that, while the individual Jap may be a devil to dig out of his cave hideout, a battalion or regiment of Japs just doesn't seem to know the score in modern warfare.

**Have To Be Dug Out**

In effect, war against the Japs becomes a painful mopping-up

(Continued on Page 3)

## Cesar Romero Tells How He Felt On Saipan

**By PVT. CHARLES AVEDON**
**Midpacifican Staff Writer**

A big, raw-boned guy climbed to the platform. He wore the white uniform of a Coast Guardsman.

The Navy was running a star-studded show for the men of the submarine base. They had erected an out-door stage at their Royal Hawaiian recreation center.

"I want you to meet another star," said Lt. Cmdr. Eddie Peabody. "Boaun's Mate, 3d Class, Cesar Romero, just back from Saipan and Tinian. He started as an apprentice seaman and came up the hard way."

**Familiar Grin**

White teeth flashed beneath a black mustache in the familiar Romero grin. For almost two decades this 38-year-old actor had faced stage and motion picture audiences.

Now he was onstage again, after eight months of sea duty.

And he seemed stage-struck.

The audience, including three or four lady guests, applauded politely.

"Thank you very much, Commander," the big guy began.

(Continued on Page 12)

## Midpacifican Writer Gets The Nod

### Five GIs To Train For West Point

**By PVT. BO LAWRENCE**
**Exclusive to Midpacifican**

Well, it finally came through. And I'm not kidding, it had me sweating. I've got the ticket for Hamilton right here in my pocket. Hamilton Field, California, U. S. A!

This all started in June when a notice appeared on the bulletin board that applications for West Point would be accepted, and that any man in the AUS was eligible if he met the require-

(Continued on Page 2)



**BO LAWRENCE**
Signal Corps Photo

Five Pacific GIs have been designated to attend West Point. The five are S/Sgt. Lewis R. Morre, Pfc. Lawrence M. Rosow, Pvt. Robert Sigafoos, Pfc. William Wishnick and Cpl. Robert Lawrence, former Midpacifican writer.

Prior to their entrance at West Point, the five GIs will take a preparatory course, either at Cornell University or Lafayette College, for six months.

All of the men appeared before a board recently and are considered qualified for West Point training.

EXHIBIT 3
7

EXHIBIT 7
32



## Guam Casualty On Army Hour

### First-Hand Account

On the "Army Hour" yesterday, Sgt. William S. Fiedler of Brooklyn recited his battle experiences on Guam through an Army microphone from his bed in an Oahu Army hospital. Fiedler is a mortar squad leader in the Army's 77th Division which found that side by side with Marine Corps units to recapture Guam. He was slightly wounded in the operation. He is being interviewed by Lt. Frank Solan, public relations officer.

*U. S. Army Signal Corps photo*

### Dickie Moore & Jerry Siegel On Oahu With New Company

(Continued from Page 1)

idea, then it zoomed to popularity. He's been on the market for six years now."

Besides the man of tomorrow, Siegel and Schuster are collaborating on several other comics and novelties.

Dickie Moore needs no introduction to ardent movie fans. He has appeared in roles since he was eleven months old. At the age of six, he is already a veteran of some 150 movies. He starred in child-roles for years until adolescence crept up on him.

Among his more recent successes was "Heaven Can Wait." The last movie in which he appeared was "Sweet and Low-down," a musical featuring Benny Goodman, Jack Oakie and Linda Darnell.

"I played the role of a general in a boys' military school in that picture," Dickie confided, "... a couple days after the picture was finished, I was a private in the Army. That's a pretty big bust to take."

Plans are as yet indefinite for the Special Service Company in which Siegel and Moore appear. It is the only company of its type ever to be assigned to duty here.



DICKIE MOORE, 18, and veteran of almost 18 years experience on the screen, has grown from Hollywood's versatile boy-actor into a versatile young soldier. Here he demonstrates his talents with a GI rake.

*Signal Corps photo by Pvt. Robert J. Fernandez*

### Even The Cooks

Nazis taken in Italy by Japanese-American soldiers insist on thinking their captors are Chinese, Indians, or even Eskimos, Pfc. Isamu Nakasato of Hawaii reports.

They just can't conceive of men of Japanese descent fighting on our side.

At Cassino, even the cooks of the 100th Infantry Battalion... a Japanese - American outfit... abandoned their stoves and went into battle.

## 12 EM Get Commissions



**The 12 GIs** and warrant officers above, and a heroic soldier now on Saipan, received the first 13 direct commissions as second lieutenants given by General Richardson under authority of new War Department regulations.

*Signal Corps Photo*

## It Says Here: Buck Privates Make More $ $ $ Than Civilian Bachelors

OMAHA, NEB. (ANS) — Seventh Service Command figures showed that the average Army private, if unmarried, is making more net earned income than the single civilian male who gets $3,600 a year.

Army authorities said the private has $426 left annually after paying essential expenses, or a total more than the civilian bachelor has after paying taxes and living expenses and buying the same incidentals that the soldier gets free.

Comparison for married men is less favorable but pay and allotment provides a standard of living equal to that of a home-front family making up to $3,400 yearly.

### Why Superman Won't Win War

(Continued from Page 1)

lock of his many mane disturbed.

But now, when real life drama dwarfs fiction's wildest improvisations, I find myself in, to put it frankly, one helluva fix. No comic strip heroics can hope to compete with the everyday feats of plain, ordinary GI Joe. Faced by a really more pregnant with suspense than any yarn I could fathom, I must take a shame-faced back seat.

Not the honor of Superman must be defended, and so I offer explanation for what some might take as my character's apparently lackadaisical attitude in the midst of the greatest fight of all time.

Here's my story—and I hope I won't be too maudlin.

#### No Glory Hog

Superman realizes it would be an imposition for him to barge in brazenly and singlehandedly win democracy's battle for survival against tyranny and fascism. He understands that freedom is a precious commodity; that both individuals and nations should have the right to earn their own salvation.

Further, he has the utmost confidence in the ability of the United Nations to emerge triumphant from the conflict. Positive of our eventual victory, he confines his war-time activities to aiding servicemen and servicewomen in their private difficulties.

This activity is known as "Superman's Super-Service For Servicemen."

#### Aid To Lovelorn

No problem is too large or small to merit this super-Dorothy Dix's aid. Whether it concerns lowly KP or lofty love, Superman is in there pitching. And according to the very latest reports, he always scores.

I hope the above thoroughly explains why Superman hasn't ended the war overnight.

You may be interested to know Most Embarrassing Question Number Two:

"Since Superman's hair is invulnerable to destruction, how in thunea does he manage to shave?"

I imagine the razor-blade people would like to know the answer to that one. As for me, I consider that a personal question, and I ain't talkin'!

### 16 SHOWS OVERSEAS

NEW YORK (ANS)—Urgent requests from the War and Navy Departments have resulted in the USO temporarily laying aside other theatrical activities to concentrate on getting nine plays and seven musical comedies for the overseas "foxhole circuit."

Peggy Wood will leave soon on a six-month tour in "Blithe Spirit" and two companies will put on "Three Men On a Horse."

Other Broadway hits booked for overseas include "Over Twenty-one," "Junior Miss," "The First Year," "The Male Animal," "Ten Little Indians," "The Firefly," "Mexican Hayride," "Star and Garter," "Irene," "Porgy and Bess," and "Oklahoma."

**14 GIRLS, THEN A HIM**

BATON ROUGE, La. (CNS)—Happiest man in Baton Rouge is Harvey Hiller. His wife just gave birth to a son. Other members of the Hiller family: Thirteen

### Leg, Arm Injuries Less In This War

WASHINGTON (ANS) — The number of wounds to arms and legs, which constitute the major battle injuries, are no greater in this war than they were in any other war in America's history, despite increasing ferocity of World War II, medical officers' reports indicate, the War Department announced.

Such wounds constituted 70 per cent of wounds in the Civil War and 76 per cent in World War I. Leg and arm wounds constitute 70 per cent of battle wounds received in World War II.

Doctors thus know that in total of the wounds, the chances are about seven out of ten wounds will be in the arm or leg. The medical officers' report did not "minimize dangers," the announcement said, but added that better surgery, plasma, penicillin, combine to produce the excellent recovery record.

### C. Romero Back From Saipan

(Continued from Page 1)

"Thank you, ladies, God bless you."

Then he stopped short. It seemed as if he didn't know quite what to say.

#### Leaves Platform

He told them he didn't want to offend with a lot of corny jokes.

He said he didn't want to shoot the breeze to guys who had been through a lot more than he had.

In another 30 seconds, he was off the platform.

The audience applauded again, this time more than politely.

Stage-struck or not, the big bronzed guy still knew how to handle an audience.

#### What He Intended

They weren't applauding him as much as they were honoring the men he had mentioned. Which is what he had intended in the first place.

Back in the audience, he took the last seat on the aisle. Far beyond the out-door stage a thousand stars were pin-dotting the Pacific. Romero stared at them, seemed determined not to talk.

The reactions of a former Hollywood make-believe hero facing the real thing for the first time sounded like a story.

#### Won't Talk

But it was like pulling teeth to draw it out of him.

One way was to ask questions. How did real combat compare with the studio version?

A slight, disapproving smile was the only reply. It was the kind of answer the audience deserved. Finally Romero decided to speak.

"I can tell you one thing," he said. "My first emotions were pretty terrifying. Then I looked at the guys around me and saw they were scared, too. Only they were doing their jobs. I found myself doing the same thing. By the time we went through it again at Tinian, it was pretty routine."

#### His Job

Romero is stationed on an assault transport.

"What's my job?" he smiled in embarrassment. It was almost as if he felt he was doing a great deal less than everyone else.

"I'm in charge of loading and unloading landing craft from Number 2 hatch," he explained. "Once they're on their way, we get the supplies in."

It took another 10 minutes to draw him out again. He spent those minutes listening to the Navy band and staring at the surf.

#### Ship Attacked

Yes, he admitted, his ship had been under attack at Saipan.

He related, "About half of our troops had been unloaded when the air-raid alarm sounded. Every ship in the harbor made for sea. There were about 100 Jap planes but only seven got through to us."

But, he added, the Saipan beachhead was small. So they had to cruise around in submarine-rifled waters while one or

### Beautiful Bibliophile



GIs WILL BET on anything, even on beautiful bibliophiles. This is Miss Beatrice Wright, Ft. Kam's pulchritudinous librarian, called "sweet, soft and lithesome" by her adherents. The opposition insisted no librarian could look like that. The Ft. Kam boys, producing Beatrice as evidence, collected.

two ships went in at a time.

#### The Wounded

"We evacuated the wounded to Eniwetok," he continued. "Then we returned and took some Marines to Tinian. We moved to within about 300 yards of land. Jap shore batteries sniped at us but didn't hit anything."

Romero's transport came back to Hawaii with some of the wounded.

"I'll never forget them," he said. "I managed to get ashore at Saipan when most of the fighting was finished. But all you have to do is talk to those wounded to realize the landing forces deserve everything you can write about them."

#### Back to Mainland

Romero planned to return to the mainland the following morning.

Orders originally came through for him to go back last May. But he managed to obtain a postponement.

He and his shipmates had been rehearsing for something big for a long time. And he didn't want to miss it.

"Now that it's over," he admitted, "I'm not a big enough liar to say I'm sorry to be going home. It's been a pretty long time."

#### Sailor Pants

Someone interrupted to ask if it was tough for an actor to get used to sailor pants after a life-time of English drape suits.

That ended the interview. Coast Guardsman Romero shut up like a clam.



CESAR ROMERO, dashing Hollywood actor now in the Coast Guard, and Don Senick, Fox Movietone cameraman, talk it over after Saipan. This picture was taken just after Romero and Senick had returned from the invasion of the Marianas base.

*Official U. S. Navy Photo*

EXHIBIT 3
8

EXHIBIT 7
33

# EXHIBIT 8

SUPREME COURT : WESTCHESTER COUNTY

- - - - - - - - - - - - - - - - - x

JEROME SIEGEL AND JOSEPH SHUSTER,

                              Plaintiffs,

      - against -

NATIONAL COMICS PUBLICATIONS, INC.,
INDEPENDENT NEWS CO., INC. THE MC
CLURE NEWSPAPER SYNDICATE, HARRY
DONENFELD, JACOB LIEBOWITZ, and
PAUL H. SAMPLINER, and WAYNE BORING,
                              Defendants.

- - - - - - - - - - - - - - - - - x

   Plaintiffs, by their attorneys, SLONIM, WEKSTE

& FRIEDMAN, for their complaint, respectfully show to the

court and allege:-

### FOR A FIRST CAUSE OF ACTION

   FIRST:  That the defendant, NATIONAL COMICS

PUBLICATIONS, INC., was and still is a domestic corporatic

duly organized and existing under and by virtue of the lav

of the State of New York.

   SECOND:  That the defendant, INDEPENDENT NEWS

CO., INC., was and still is a domestic corporation duly or

ganized and existing under and by virtue of the laws of th

State of New York.

   THIRD:  That the defendant, THE MC CLURE NEWS-

PAPER SYNDICATE was and still is a domestic corporation du

organized and existing under and by virtue of the laws of

the State of New York.

   FOURTH:  That Detective Comics, Inc. was a cor

poration duly organized and existing under and by virtue o

the laws of the State of New York.

   FIFTH:  Upon information and belief Superman, I

was a corporation duly organized and existing under and by

virtue of the laws of the State of New York and that the

said corporation was organized by Detective Comics, Inc.

and the defendants, HARRY DONENFELD, JACOB LIEBOWITZ and

PAUL H. SAMPLINER, and at all the times hereinafter mentio

(1)

**EXHIBIT 8**
**34**

000000192

the officers and directors of Superman, Inc. were the same persons who were the officers and directors of Detective Comics, Inc., and that all facts known to Detective Comics Inc., were known to Superman, Inc. and that at all times hereinafter mentioned Superman, Inc. was completely controlled by Detective, Comics, Inc. and the defendants, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL H. SAMPLINER.

SIXTH: That on or about the 22nd day of September, 1938, for a valuable consideration Detective Comics, Inc., and the defendant, THE MC CLURE NEWSPAPER SYNDICATE, entered into a contract in writing with the plaintiffs, a true copy of which is hereto annexed and marked Exhibit "A and made part of this complaint as if here incorporated at length.

SEVENTH: That on or about the 19th day of December, 1939, for a valuable consideration, Detective Comic Inc. entered into an agreement with the plaintiffs to modif the contract hereinabove set out in paragraph "SIXTH" and whereby the said contract was modified, and the said agree- ment was in writing and a true copy of the same is hereto annexed and marked Exhibit "B" and made part of this com- plaint as if here incorporated at length.

EIGHTH: That on or about August 30, 1943, De- tective Comics, Inc. did notify each of the plaintiffs in writing of its election to extend the existence of the con- tract hereinabove set forth according to the terms thereof for an additional five year period from September 22, 1943, of which said notices in writing true copies are hereto an- nexed, marked Exhibit "C" and "D" and made part of this complaint as if here incorporated at length.

NINTH: Upon information and belief, that the de fendant, THE MC CLURE NEWSPAPER SYNDICATE, did notify Detec tive Comics, Inc. of its election to extend for five years from June 1, 1944, its participation in the contract herein

(2)

EXHIBIT 8
35

000000193

above set forth according to the terms thereof.

TENTH: That on or about June 21, 1943, Detect
Comics, Inc. for a valuable consideration did enter into
agreement with the plaintiffs whereby the contract herein
above set forth was modified, in that in place of the  ra
of compensation therein provided for material furnished by
the plaintiffs and accepted by Detective Comics, Inc., fo
magazine publication, as previously modified from time to
time theretofore, the said Detective Comics, Inc. agreed
pay to each of the plaintiffs five hundred ($500.00) doll
for each group of cartoon strips and continuity, of the s
and nature known in the comic magazine trade as a "releas

ELEVENTH: That heretofore and on or about Jun
21, 1943, Detective Comics, Inc., for a valuable consider
tion entered into an agreement with the plaintiffs whereby
the contract hereinabove set forth was modified so as to
provide that in the event that the plaintiffs or either of
them should for any reason be unable to supply continuity
or cartoons or to supply sufficient continuity or cartoons
for the requirements of Detective Comics, Inc., in magazine
publication, and Detective Comics, Inc., should hire write
or artists or both, for the above reason or any other reas
to supply continuity or cartoons or both relating to carto
features of which the plaintiffs are or were the originato
the said Detective Comics, Inc. would pay to the plaintiff
the current agreed compensation per release paid to the
plaintiffs for material completely furnished by the plain-
tiffs, less a fixed amount agreed upon to be applied as
compensation for artists or writers hired by the said Dete
tive Comics, Inc. to supply material as above, the said fi
sum being one hundred ($100.00) dollars per release for con
tinuity and one hundred fifty ($150.00) dollars per release
for cartoons.

TWELFTH: That the plaintiffs have duly performe

(3)

EXHIBIT 8    45
36

000000194

all the terms and conditions of the contract hereinabove set forth and each and every obligation on their part to performed.

THIRTEENTH: That the plaintiffs are the exclus originators and authors of the cartoon character "Superma: and of the title Superman and first created cartoon mater in which the said character and title first appeared in 1' and have created such cartoon material ever since, and th the plaintiffs are the authors and originators of all of other cartoon characters which have appeared in the cartoc strip entitled Superman, chief among which are "Superman" also known as "Clark Kent", "Lois Lane"and "Perry White" that the plaintiffs are universally and in the various na-tions of the world known to the public as the authors and creators of all cartoon material in which the character "Superman" appears and of the character "Superman" and of all other cartoon characters which appear and have appeare in cartoons entitled Superman.

FOURTEENTH: That Detective Comics, Inc., Super man, Inc. and the defendants have, since the execution and delivery of the contract hereinabove set forth, published, sold and distributed, and are now publishing, selling and distributing to the public in large volume serially in mont ly and bi-monthly magazines and in the daily press numerou comic strips other than Superman in which the conception, characters, idea, plot and action are deliberate imitation of the character and conception of Superman and of the plo and actionof comic or cartoon strips in which Superman ap-pears and has appeared, and that the said comic strips pub lished in imitation of Superman are entitled Batman, Super boy, Lois Lane, Girl Reporter, Johnny Quick, The Flash, Green Lantern, Aquaman, Airwaive, and there are many other and that the defendants have not engaged the plaintiffs to write the continuity or draw the cartoons for any of the s:

(4)

EXHIBIT 8    46
37

000000195

comic strips other than Superman, and have not paid plain-
tiffs anything on account of the sale of the said various
comic strips and have not permitted the plaintiffs to shar
the profits thereof, except that the plaintiff, JOSEPH
SHUSTER, has created certain cartoon material for the comi
strip Superboy and has been paid therefor.

FIFTEENTH:  That the publication of the said
divers comic strips other than Superman is publication in
direct competition with Superman and the publication of th
said comic strips has lessened and will continue to lessen
the market for the plaintiffs' comic strip Superman.

SIXTEENTH:  That the said publication by Detecti
Comics, Inc. and Superman, Inc. and the defendants of the
various comic strips in close and deliberate imitation of
Superman as herein set forth did divert and is now diverti;
from the plaintiffs revenue and profits belonging to them :
the authors and originators of Superman and belonging to tl
under the contract hereinabove set forth and that the said
diversion of profits was in violation of the duty of the de
fendant, THE MC CLURE NEWSPAPER SYNDICATE, and of Detective
Comics, Inc. under the contract to sell and distribute the
comic strip Superman for the mutual benefit of the plaintif
and the said defendant and the said Detective Comics, Inc.;
and is in violation of the relationship of trust existing
between the plaintiffs and the said defendant, THE MC CLURE
NEWSPAPER SYNDICATE, and the said Detective Comics, Inc.
arising out of the contract hereinabove set forth.

SEVENTEENTH:  That heretofore and on or about the
1st day of October, 1946, Detective Comics, Inc.,All Ameri-
can Comics, Inc., Superman, Inc., Jolaine Publications, Inc
Wonderwoman Publishing, Inc., Hop Harrigan Enterprise, Inc.
Gainlee Publishing Co., Inc., J. R. Publishing Co., Inc.,
Worlds Best Comics, Inc., Trafalgar Printing Co., Inc., dul
consolidated into a single corporation pursuant to the prov
sions of Sections 85 to 90 of the Stock Corporation/or the Law

(5)

EXHIBIT 8    47
38

000000196

State of New York, the same being the defendant, NATIONAL
COMICS PUBLICATIONS, INC.

EIGHTEENTH:  That the defendant, NATIONAL COMICS
PUBLICATIONS, INC. from the 1st day of October, 1946, did
continue the wrongful publication, sale and distribution
theretofore carried on by Detective Comics, Inc. and Super
man, Inc. of the various comic strips in violation of the
rights of the plaintiffs as heretofore alleged, and is at
present carrying on the said wrongful publication, sale ar
distribution and threatens to carry on the same in the fu-
ture.

NINETEENTH:  That the acts of Superman, Inc., De
tective Comics, Inc., and the defendants as hereinabove se
forth have caused, and are causing and will hereafter cont
ue to cause the plaintiffs irreparable loss, injury and da
mage for which the plaintiffs have no adequate remedy at l

FOR A SECOND CAUSE OF ACTION

TWENTIETH:  Plaintiffs repeat and reallege each .
every allegation contained in the paragraphs of this compla
marked, "FIRST", "SECOND", "THIRD", "FOURTH", "FIFTH", "SI:
"SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH
"THIRTEENTH" and "SEVENTEENTH" as if they were herein full;
set forth, and incorporate the same in this second cause of
action.

TWENTY-FIRST:  That the defendants, HARRY DONENFE
JACOB LIEBOWITZ, PAUL H. SAMPLINER and INDEPENDENT NEWS CO.
INC., at all times herein mentioned had due notice andknowl
edge of aforesaid agreement between the plaintiffs and the
Detective Comics, Inc., and the defendant, THE MC CLURE NEW
PAPER SYNDICATE, and of all modifications thereof, as the
said contract and modifications are hereinabove set forth.

TWENTY-SECOND:  That heretofore and after the tim
of the execution of the contract hereinabove set forth, the
defendants, HARRY DONENFELD, JACOB LIEBOWITZ, PAUL H. SAM-
PLINER and INDEPENDENT NEWS CO.INC., conspired together wit

(6)

EXHIBIT 8    48
39

000000197

each other and with Detective Comics, Inc., Superman, Inc. and THE MC CLURE NEWSPAPER SYNDICATE, and entered into an agreement wrongfully, corruptly and maliciously to injure the plaintiffs by depriving them of their rights under the contract as hereinabove set forth and to interfere with, hinder and impair the performance of the said contract by the said Detective Comics, Inc., and THE MC CLURE NEWSPAPE SYNDICATE.

TWENTY-THIRD:  That pursuant to the said wrongfu corrupt and malicious conspiracy the said defendants, HARR DONENFELD, JACOB LIEBOWITZ and PAUL H. SAMPLINER did induc the said Detective Comics, Inc., Superman, Inc., and THE MC CLURE NEWSPAPER SYNDICATE wrongfully to publish, sell and distribute to the public the comic strips, Batman, Superboy, Lois Lane, Girl Reporter, Johnny Quick, The Flas Green Lantern, Aquaman, Airwave and many others, as herein above set out, and did procure and induce the defendant, INDEPENDENT NEWS CO., INC., to market, advertise and distr bute the said comic strips in violation of the rights of the plaintiffs, and that all of the said defendants did advert: and represent to the public that the said comic strips pub lished in derogation of the plaintiffs' rights, were the sa as the plaintiffs' comic strip Superman, and did deceive th public thereby, and did market the said comic strips in co petition with the said comic strip Superman.

TWENTY-FOURTH:  That the acts of Detective Comics Inc., Superman, Inc., and the defendants as aforesaid have caused and are causing, and will hereafter continue to caus the plaintiffs irreparable loss, injury and damage for whic the plaintiffs have no adequate remedy at law.

FOR A THIRD CAUSE OF ACTION

TWENTY-FIFTH:  Plaintiffs repeat and reallege eac and every allegation contained in the paragraphs of this co

(7)

EXHIBIT 8    49

40

000000198

plaint marked "FIRST", "FOURTH", "FIFTH", "SIXTH", "SEVEN-
"EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIR-
TEENTH" and SEVENTEENTH" with the same force and effect as
if they were herein fully set forth, and incorporate the
in this third cause of action.

TWENTY-SIXTH:  That during the year 1938 and aft
the execution and delivery of the contract hereinabove set
forth the plaintiff, SIEGEL, pursuant to the terms of the
said contract delivered to Detective Comics, Inc., for it
consideration a scenario or synopsis containing the con-
tinuity plan and dialogue for the first "release" of a new
comic strip known as Superboy.

TWENTY-SEVENTH:  That the said synopsis contained
within itself the entire plan for the future publication o
the said comic strip Superboy, and the conception of the
character, Superboy, all set forth with detail and particu
larity.

TWENTY-EIGHTH:  That Detective Comics, Inc., did
not within six weeks indicate its election to publish the
said comic strip Superboy, as required by the contract her
inabove set forth.

TWENTY-NINTH:  That Detective Comics, Inc. on or
about December 2, 1938, by its letter in writing to the
plaintiffs did declare that it elected not to publish the
said comic strip Superboy under the terms of the contract
hereinabove set forth.

THIRTIETH:  That thereafter and during January, 19
Detective Comics, Inc., did publish without the consent of
the plaintiff, SIEGEL, a certain comic strip release entitl
Superboy, which release was based entirely upon the synops
submitted to the said Detective Comics, Inc., by the plain
tiff, SIEGEL, and contained in detail the same characters,
incidents and plot.

THIRTY-FIRST:  That from January, 1945, until Oc-
tober, 1st, 1946, the said Detective Comics, Inc., without
the consent of the plaintiff, SIEGEL, did publish serially

(8)

EXHIBIT 8   50
41

000000199

sell and distribute numerous releases of a comic strip en
titled Superboy, which said serial comic strip appeared b
monthly in magazines until February, 1946, and monthly
thereafter, which said comic strip did use and was based
upon the conception and idea as submitted in writing and
detail by the plaintiff, SIEGEL, and submitted as aforesa

THIRTY-SECOND:  That from October 1, 1946, until
the present, the defendant, NATIONAL COMICS PUBLICATIONS,
INC., did without the consent of the plaintiff, SIEGEL,
publish serially in monthly magazines and sell and distri-
bute numerous releases of the said comic strip Superboy i
violation of the rights of the plaintiff, SIEGEL, as afor
said, and the defendant does propose to and will continue
in the future to publish numerous releases of the said co
strip Superboy.

THIRTY-THIRD:  That the plaintiff, SIEGEL, has
never consented to the publication of the said comic stri
Superboy, as aforesaid, and has never been paid, received
accepted anything of value or consideration therefor.

THIRTY-FOURTH:  That the acts of Detective Comic
Inc., and the defendants as aforesaid have caused, and are
causing, and will hereafter continue to cause the plaintif
SIEGEL, irreparable loss, injury and damage for which the
plaintiffs have no adequate remedy at law.

### FOR A FOURTH CAUSE OF ACTION

THIRTY-FIFTH:  Plaintiffs repeat and reallege eac
and every allegation contained in the paragraphs of this
complaint marked "FIRST, "FOURTH", "FIFTH", "SIXTH",
"SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFT
"THIRTEENTH", and "SEVENTEENTH", with the same force and e
fect as if they were herein fully set forth, and incorpora
the same in this fourth cause of action.

THIRTY-SIXTH: That Detective Comics, Inc. from
January 1945 until October 1, 1946, did without the consen

(9)

000000200

**EXHIBIT 8**
51
**42**

the plaintiff, SIEGEL, publish serially, sell and distribu
numerous releases of a comic strip entitled Superboy, whic
said serial comic strip appeared bi-monthly in magazines u
til February,1946 and monthly thereafter and that the prin
pal character of the said comic strip was represented to b
Superman as a child, and whose plot, conception and incide
were based upon and copied from the plot, conception and i
cidents of the plaintiff's comic strip Superman and that t
said Detective Comics, Inc. did intend by the said publica
tion to deceive the public and did by the said publication
deceive the public in that the public was led to believe
that the plaintiff, SIEGEL, was the author of the continui
dialogue and action of each of the individual releases of
the said comic strip whereas in truth the plaintiff, SIEGE
was not the author of each of the individual releases and
not invited nor permitted by the said Detective Comics, In
to create the continuity for each of the individual releas

THIRTY-SEVENTH:  That Detective Comics, Inc. from
May 1945 until October 1, 1946 did, without the consent or
the plaintiff, SIEGEL, as aforesaid, publish, sell and dis-
tribute the said comic strip Superboy and did affix to the
individual releases of the said comic strip the name of the
plaintiff, SIEGEL, as author of the said releases, and that
the said Detective Comics, Inc. did represent to the public
and advertise that the plaintiff, SIEGEL, was the author of
the individual releases of the said comic strip Superboy whe
as in truth and in fact the plaintiff, SIEGEL, was not the
author of the individual releases of the said comic strip a
was not invited nor permitted by the said Detective Comics,
Inc. to create the continuity for said individual releases.

THIRTY-EIGHTH:  That thereafter from October 1, 1
to the present the wrongful publication, sale and distribu-
tion of monthly magazine releases of the said comic strip
Superboy as aforesaid were continued by the defendant,
NATIONAL COMICS PUBLICATIONS, INC., in violation of the

(10)

000000201

EXHIBIT 8
43

52

plaintiff, SIEGEL, and with intent to injure the said plai
tiff; and that the said defendant, by its publication of t
said comic strip Superboy, which it represented to be
Superman as a child, and by its affixing to the said indiv
dual releases of the said comic strip the name of the plai
tiff, SIEGEL, as author, when in fact the said plaintiff w
not the author of the said releases, did deceive the publi
to the grave and irreparable injury of the plaintiff, SIEG
and that the said defendant is continuing and proposes to
continue in the future to so deceive the public to the inj
of the plaintiff, SIEGEL.

THIRTY-NINTH:  That the acts of Detective Comi
Inc. and the defendants as aforesaid have caused, and are
causing, and will hereafter continue to cause the plaintif
SIEGEL, irreparable loss, injury and damage, for which the
plaintiffs have no adequate remedy at law.

### FOR A FIFTH CAUSE OF ACTION

FORTIETH:  Plaintiffs repeat and reallege as
part of this cause of action each and every allegation con-
tained in paragraphs marked "FIRST", "THIRD", "FOURTH",
"FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH",
"ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEENTH" of t
complaint, and like effect as if herein fully realleged and
plaintiffs incorporate herein all the facts therein set fo

FORTY-FIRST:  That Superman, Inc., Detective
Comics, Inc., and the defendants, THE MC CLURE NEWSPAPER
SYNDICATE, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL H.
SAMPLINER, with full knowledge of the rights of the plainti
under the contract hereinabove set forth, and with malice a
intent to deprive the plaintiffs of their rights under the
said contract did from the latter part of 1943 until October
1, 1946, without the consent of the plaintiffs, publish
serially, sell and distribute in monthly and bi-monthly maga
zines and in the daily press numerous releases of a comic
strip entitled Lois Lane, Girl Reporter and that the princi

(11)

000000202

**EXHIBIT 8**
**44**

pal characters of the said cartoon were and are Clark Ken
also known as <u>Superman</u>, Lois Lane, and Perry White, all of
which characters are the chief characters in the plaintif
comic strip <u>Superman</u> as is hereinabove set forth, and tha
the plot, conception and incidents presented in the said
comic strip <u>Lois Lane, Girl Reporter</u> were and are based u
copied and taken from the comic strip originated and crea
by the plaintiffs, known as <u>Superman</u>, and that the said
Superman, Inc., Detective Comics, Inc., and the defendant
THE MC CLURE NEWSPAPER SYNDICATE, HARRY DONENFELD, JACOB
LIEBOWITZ and PAUL H. SAMPLINER did intend by the said pu-
blication to deceive the public and did by said publicatic
deceive the public in that the public was led to believe
that the plaintiffs were the authors and creators of the c
tinuity, dialogue and action of each of the individual re-
leases of the said comic strips, whereas in fact and in tr
the plaintiffs were not the authors of each of the individ
releases, and the plaintiffs were not invited nor permitte
by the said Superman, Inc. or the defendants, THE MC CLURE
NEWSPAPER SYNDICATE, HARRY DONENFELD, JACOB LIEBOWITZ and
PAUL H. SAMPLINER to create the said individual releases.

FORTY-SECOND:  That Superman, Inc., Detective
Comics, Inc. and the defendants, THE MC CLURE NEWSPAPER
SYNDICATE, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL H.
SAMPLINER from the latter part of 1943 until October 1, 194
did, without the consent of the plaintiffs, publish, sell
and distribute the said comic strip <u>Lois Lane, Girl Reporte</u>
and did affix to the individual releases thereof the names
of the plaintiffs as authors of the said releases, and the
said Superman, Inc., Detective Comics, Inc., and the defen-
dants, THE MC CLURE NEWSPAPER SYNDICATE, HARRY DONENFELD,
JACOB LIEBOWITZ and PAUL H. SAMPLINER did represent to the
public and advertise that the plaintiffs were the authors
of the individual releases of the said <u>Lois Lane, Girl Re-
porter</u>, whereas in truth and in fact the plaintiffs were not

(12)

authors of the individual releases as heretofore set forth

FORTY-THIRD:  That thereafter and from October 1, 1946, to the present the wrongful publication, sale and distribution of further releases of the said Lois Lane, Girl Reporter, were continued by the defendants, NATIONAL COMIC PUBLICATIONS, INC., THE MC CLURE NEWSPAPER SYNDICATE, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL H. SAMPLINER, in violation of the rights of the plaintiffs as aforesaid and with intent to injure the said plaintiffs; and that the said defendants, by their publication of the said releases of the said comic strip in close imitation of the plaintiffs' comic strip Superman, and by affixing to the said releases the names of the plaintiffs as authors thereof, when in fact the plaintiffs were not the authors thereof, did deceive the public to the grave and irreparable injury of the plaintiffs and that the said defendants are continuing and propose to continue in the future to so deceive the public to the injury of the plaintiffs.

FORTY-FOURTH:  That the acts of the said defendants and of Detective Comics, Inc., and Superman, Inc., has caused and are causing and will hereafter continue to cause the plaintiffs irreparable loss, injury and damage, for which the plaintiffs have no adequate remedy at law.

FOR A SIXTH CAUSE OF ACTION

FORTY-FIFTH:  Plaintiffs repeat and reallege as part of this cause of action each and every allegation contained in paragraphs marked "FIRST", "FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEENTH" of the complaint, with like effect as if herein fully realleged, and plaintiff incorporate herein all the facts therein set forth.

FORTY-SIXTH:  From July 1, 1943, to the present Detective Comics, Inc., published in magazines 120 releases of the comic strip Superman for which the plaintiff, SIEGEL did not create the continuity.

(13)

EXHIBIT 8 55
46

000000204

FORTY-SEVENTH:  That the said Detective Comics, Inc., has paid to the plaintiff, SIEGEL, the sum of $200.00 per release although there was due and owing under the contract above set forth the sum of $400.00 per release.

FORTY-EIGHTH:  That though the plaintiff, SIEGEL has duly demanded payment of the said additional sums of $200.00 per release, the said Detective Comics, Inc., and the defendant, NATIONAL COMICS PUBLICATIONS, INC., have neglected to and refuse to pay any portion of the said sums.

### FOR A SEVENTH CAUSE OF ACTION

FORTY-NINTH:  Plaintiffs repeat and reallege as part of this cause of action each and every allegation contained in paragraphs marked "FIRST", "FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH," "TENTH", "ELEVENTH" TWELFTH", THIRTEENTH", and "SEVENTEENTH" of the complaint, with like effect as if herein fully realleged, and plaintiffs incorporate herein all the facts therein set forth.

FIFTIETH:  From July 1, 1943 to the present, Detective Comics, Inc., published in magazines 130 releases of the comic strip Superman for which the plaintiff, SHUSTER, did not create the "art work".

FIFTY-FIRST:  That the said Detective Comics, Inc., has paid to the plaintiff, SHUSTER, the sum of $150.00 per release for 80 of the said releases and the sum of $200.00 for the remaining 50 of the said releases although there was due and owing under the contract hereinabove set forth the sum of $350.00 per release.

FIFTY-SECOND:  That although the plaintiff, SHUSTER, has duly demanded payment of the additional sums due under the said contract, the said Detective Comics, Inc and the defendant, NATIONAL COMICS PUBLICATIONS, INC. have neglected to and refuse to pay any portion of the said sums

(14)

**EXHIBIT 8**
**47**

000000205

<u>FOR AN EIGHTH CAUSE OF ACTION</u>

FIFTY-THIRD:  The plaintiffs repeat and realleg as part of this cause of action each and every allegation contained in paragraphs marked "FIRST", "FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH" "TWELFTH", "THIRTEENTH" and "SEVENTEENTH" of the complaint with like effect as if herein fully realleged and plaintif incorporate herein all the facts therein set forth.

FIFTY-FOURTH:  That pursuant to the terms of th contract hereinabove set forth, Superman, Inc., Detective Comics, Inc., and the defendant, NATIONAL COMICS PUBLICATI INC , from the date of the said contract to the present, h acquired and received large sums of money by the productio of radio features and moving pictures entitled <u>Superman</u>, based upon the characters, conception, plot and incidents created by the plaintiffs, and by the sale of licenses to various persons engaged in commercial enterprises permitti the said persons to affix to their products and to use in furtherance of the said commercial enterprises, the name a pictorial representation of "Superman".

FIFTY-FIFTH:  That, upon information and belief Superman, Inc., Detective Comics, Inc. and the defendant, N TIONAL COMICS PUBLICATIONS, INC. have derived large profit above all costs and expenses from the motion picture and radio production and from the sale of licenses as hereinabo set forth and that they have failed and refused to make any payments to the plaintiffs on account thereof though the same have been duly demanded.

FIFTY-SIXTH:  That Superman, Inc., Detective Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATION INC, have had during the term of the contract hereinabove set forth and have at present control of all books, records and papers relating to the matters set forth in this cause of action, and have in the past and do now refuse to permit

(15)

the plaintiffs to examine the said books, records and paper and that the plaintiffs therefor have no access to the infc mation contained in the said books, records and papers.

FIFTY-SEVENTH:  That from the inception of the cc tract herein set forth, the plaintiffs repeatedly demanded Superman, Inc., Detective Comics, Inc. and the defendant, N TIONAL COMICS PUBLICATIONS, INC, an account of the income a expenditures relating to the matters set forth in this caus of action and that the said Superman, Inc., Detective Comic Inc., and the defendant, NATIONAL COMICS PUBLICATIONS, INC. did neglect and refuse to furnish such an account until on about July 8, 1946, at which time the said persons did furn what purported to be an account of the said matters for the years 1942, 1943, 1944, 1945, and that thereafter and durin January, 1947, the said persons furnished what purported to be an account for the said matters for 1946.

FIFTY-EIGHTH:  Upon information and belief the sa. purported statements of account furnished by the said Super Inc., Detective Comics, Inc. and NATIONAL COMICS PUBLICATIO! INC. were false and fraudulent and contained numerous de- liberate intentional and fraudulent mis-statements as to the income and expenditures relating to production of motion pic tures and radio features and the sale of licenses as herein- above set forth.

FIFTY-NINTH:  That although the same have been dul demanded the said Detective Comics, Inc., Superman, Inc. and the defendant NATIONAL COMICS PUBLICATIONS, INC., have ne- glected and refused and do now neglect and refuse to furnish to the plaintiffs an account of income and expenditures re- lating to production of motion pictures and radio features and the sale of licenses for the years 1940 and 1941.

SIXTIETH:  That the acts of Superman, Inc., Detectiv Comics, Inc. and NATIONAL COMICS PUBLICATIONS, INC. as afore said have caused, and are causing and will hereafter continu to cause the plaintiffs irreparable loss, injury and damage, for which the plaintiffs have no adequate remedy at law.

(16)

000000207

EXHIBIT 8
49

58

## FOR A NINTH CAUSE OF ACTION

SIXTY-FIRST:  The plaintiffs repeat and realle,
as part of this cause of action each and every allegation
contained in paragraphs marked "FIRST", "FOURTH", "FIFTH",
"SIXTH," SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH",
"TWELFTH", "THIRTEENTH", "SEVENTEENTH" ~~XXXXXXXXXXXXXXXXX~~
of the complaint, with like effect as if herein fully re-
alleged, and plaintiffs incorporate herein all the facts
therein set forth.

SIXTY-SECOND:  Upon information and belief that
Random House, Inc. is a domestic corporation organized and
existing under and by virtue of the laws of the State of Ne
York.

SIXTY-THIRD:  Upon information and belief that
during 1942, Superman, Inc. and Detective Comics, Inc. for
valuable consideration entered into an agreement with Randc
House, Inc., granting the said Random House, Inc. the right
to publish, and whereby the said Superman, Inc., Detective
Comics, Inc., and Random House, Inc. agreed mutually and in
cooperation with each other to publish a work of fiction
bearing the name Superman and based upon the character, con
ception and incidents created and originated by the plainti

SIXTY-FOURTH:  That upon information and belief
pursuant to the said agreement, the said Superman, Inc., De.
tective Comics, Inc. and Random House, Inc. did publish, se:
and distribute a work of fiction entitled The Adventures of
Superman, which was based upon the character, conception anc
incidents created and originated by the plaintiffs, and whic
said book bears upon the outside cover thereof the statement
"Based on the famous character created by Joe Shuster and
Jerry Siegel" and which said book bears upon the title page
thereof the statements "Based on the cartoon character creat
by Jerry Siegel and Joe Shuster" and "Illustrations by Joe
Shuster".

SIXTY-FIFTH:  That the said Superman, Inc., De-

(17)

**EXHIBIT 8**
**50**

000000208

tective Comics, Inc. did not invite or permit the plaintif

to work on or create any portions of the said book, and th

plaintiffs did not work on or create any portions of the s

book or any illustrations therein, except that the plainti

SHUSTER, was invited to and did create four color illustra

tions included therein.

SIXTY-SIXTH:  That upon information and belief

that Detective Comics, Inc., Superman, Inc., and the defen

NATIONAL COMICS PUBLICATIONS, INC. have received large sum

of money on account of the said agreement and on account o

the publication of the said work of fiction, no part of

which has been paid to the plaintiffs.

SIXTY-SEVENTH:  That Superman, Inc., Detective

Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATIO

INC., have had during the term of the contract hereinabove

set forth and have at present control of all books, record

and papers relating to the matters set forth in this cause

of action, and have in the past and do now refuse to permi

the plaintiffs to examine the said books, records and pape

and that the plaintiffs therefor have no access to the info

mation contained in the said books, records and papers.

SIXTY-EIGHTH:  That although the same have beer

duly demanded, the said Detective Comics, Inc., Superman,

Inc. and the defendant, NATIONAL COMICS PUBLICATIONS, INC.

have neglected and refused and do now neglect and refuse to

furnish to the plaintiffs an account of income and expendi-

tures relating to the publication and sale of the said work

of fiction, The Adventures of Superman.

SIXTY-NINTH:  That the acts of the said Superma

Inc., Detective Comics, Inc. and the defendant, NATIONAL

COMICS PUBLICATIONS, INC., as aforesaid, have caused, and s

causing and will hereafter continue to cause the plaintiffs

irreparable loss, injury and damage, for which the plaintif

have no adequate remedy at law.

(18)

000000209

**EXHIBIT 8**

**51**

## FOR A TENTH CAUSE OF ACTION

SEVENTIETH: That the plaintiffs repeat and re-allege as part of this cause of action each and every allegation contained in paragraphs of the complaint marked, "FIRST", "THIRD", "FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEENTH" with like effect as if herein fully realleged, and plaintiffs incorporate herein all the facts therein set forth.

SEVENTY-FIRST: That on or about the 1st day of February, 1940, the plaintiff, SHUSTER, entered into a contract with the defendant, WAYNE BORING, a copy of which is hereto annexed marked Exhibit "E" and made a part of this complaint as if here incorporated at length.

SEVENTY-SECOND: That the plaintiff, SHUSTER, ha duly performed all the conditions of the said contract on his part to be performed.

SEVENTY-THIRD: That the defendant, BORING, during July of 1943, left the employ of the plaintiff, SHUSTE and entered the employ of Detective Comics, Inc. and Superman, Inc., on whose behalf he drew without the consent of the plaintiff, SHUSTER, cartoons for comic strips entitled Superman and Batman and many others based upon the conception, idea, plot, incidents and character of the plaintiff comic strip Superman which said employment and furnishing cartoons continued until October 1, 1946.

SEVENTY-FOURTH: That on and after October 1, 19 the said defendant entered the employ of the defendant, NATIONAL COMICS PUBLICATIONS, INC., and there continued to d the cartoons for comic strips entitled Superman and Batman and others in violation of the plaintiff, SHUSTER'S, rights under the contract hereinabove set forth, and threatens to continue in the future to draw the said cartoons in violation of the rights of the plaintiff, SHUSTER.

SEVENTY-FIFTH: That the acts of the defendant,

(19)

EXHIBIT 8    61
52

000000210

BORING, have caused and are causing and will hereafter co
tinue to cause to the plaintiff irreparable loss, injury
damage, in that the said wrongful furnishing of cartoons
in competition with the plaintiff's cartoons and uses up
and lessens the market therefor; and that the preparation
of cartoons by the defendant, BORING, which were and are
sold to the public as the cartoons of the plaintiff, SHUS
which said cartoons were and are prepared without any su-
pervision and control by the plaintiff, SHUSTER, has re-
sulted in inferior and unskillful work being passed off a
the work of the plaintiff, SHUSTER, and has injured and i
now injuring the reputation of the plaintiff, SHUSTER,

SEVENTY-SIXTH:  That the plaintiff, SHUSTER, h
no adequate remedy at law.

FOR AN ELEVENTH CAUSE OF ACTION

SEVENTY-SEVENTH:  That the plaintiffs repeat a
reallege as part of this cause of action each and every a
legation contained in paragraphs of the complaint marked
"FIRST", "THIRD", "FOURTH", "FIFTH", "SIXTH", " SEVENTH",
"EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIR-
TEENTH", "SEVENTEENTH", "SEVENTY-FIRST" and "SEVENTY-SECON
with like effect as if herein fully realleged, and plainti
incorporate herein all the facts therein set forth.

SEVENTY-NINTH:  During June and July of 1943 the
defendants, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL H.
SAMPLINER, Detective Comics, Inc. and Superman, Inc. con-
spired to and with each other to injure the plaintiff,
SHUSTER, by inducing the defendant, BORING, to break his a-
greement with the plaintiff, SHUSTER, and to interfere with
the performance of the said agreement.

EIGHTIETH: That during June and July of 1943 the
said defendants, HARRY DONENFELD, JACOB LIEBOWITZ and PAUL
SAMPLINER, Detective Comics, Inc. and Superman, Inc. did in
duce the said defendant, BORING, to break and repudiate his
obligations under his agreement with the plaintiff, SHUSTER

(20)

**EXHIBIT 8**  62
53

000000211

and did interfere with and render impossible the performar
of the said agreement in that they induced the said defend
BORING to leave the employ of the plaintiff, SHUSTER, and
enter the employ of Detective Comics, Inc. and Superman, I
in whose employ the said defendant, BORING, engaged in cop
ing, composing, editing and drawing comic strips based on
themes similar to Superman, to wit; the preparation of car
toons for the comic strips, Superman, Batman and many othe
which are based upon the conception, idea, plot, incidents
and character of the plaintiff's comic strip, Superman.

EIGHTY-FIRST:  That the said interference with
the contractual rights of the plaintiffs' by the defendant
DONENFELD, LIEBOWITZ and SAMPLINER, Detective Comics, Inc.
and Superman, Inc. was continued until October 1, 1946, an
was thereafter continued in like manner thereafter by the
said defendants and the defendant, NATIONAL COMICS PUBLICA
TIONS, INC., by whom the defendant, BORING, is now employe
and is continued by them at the present time, and that the
threaten to continue the same in the future.

EIGHTY-SECOND:  That the aforementioned acts o
the part of Detective Comics, Inc., Superman, Inc., and the
defendants, NATIONAL COMICS PUBLICATIONS, INC., DONENFELD,
LIEBOWITZ and SAMPLINER were wrongful, corrupt and malicio
and were known so to be by them at the time they were com-
mitted, and were committed by them in pursuance of their
plan and conspiracy as aforementioned, and with full knowl-
edge of the agreement between the plaintiff, SHUSTER, and
the defendant, BORING.

EIGHTY-THIRD:  That the said acts of Detective
Comics, Inc., Superman, Inc. and the said defendants have
caused and are causing and will continue to cause the plain
tiff, SHUSTER, irreparable loss, injury and damage, in that
the said wrongful furnishing of cartoons is in competition
with the plaintiff's cartoons and uses up and lessens the
market therefor; and that the preparation of cartoons by th

(21)

EXHIBIT 8 63
54

000000212

defendant, BORING, which were and are sold to the public a

the cartoons of the plaintiff, SHUSTER, which said cartoon

were and are prepared without any supervision and control

the plaintiff, SHUSTER, has resulted in inferior and unski

ful work being passed off as the work of the plaintiff,

SHUSTER, and has injured and is now injuring the reputatio

of the plaintiff, SHUSTER.

EIGHTY-FOURTH:  That the plaintiff, SHUSTER, ha

no adequate remedy at law.

### FOR A TWELFTH CAUSE OF ACTION

EIGHTY-FIFTH:  The plaintiffs repeat and realle

as part of this cause of action each and every allegation

contained in paragraphs of the complaint marked "FIRST",

"FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH",

"TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEE

of the complaint with like effect as if herein fully real-

leged and plaintiff incorporates herein all the facts there

set forth.

EIGHTY-SIXTH:  That Detective Comics, Inc.,

Superman, Inc., and the defendant, NATIONAL COMICS PUBLICA-

TIONS, INC. have wrongfully and unlawfully from the date of

the contract hereinbefore set forth to the present, publish

numerous releases of the comic strip Superman and numerous

releases of other comic strips created by the plaintiffs fo

Detective Comics, Inc.,Superman, Inc. and the defendant,

NATIONAL COMICS PUBLICATIONS, INC., which said releases wer

created by the servants and employees of the said "Detectiv

Comics, Inc., Superman, Inc. and NATIONAL COMICS PUBLICATIO

INC., and were published by the said corporations secretly

and without any notice to the plaintiffs and without the pe

mission of the plaintiffs, and that the defendant, NATIONAL

COMICS PUBLICATIONS, INC., and Detective Comics, Inc. and

Superman, Inc., have not paid the plaintiffs any money

or thing of value on account of the publication of the said

releases.

(22)

EXHIBIT 8[64]

55

000000213

EIGHTY-SEVENTH:  That Superman, Inc., Detective Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATION INC , have had during the term of the contract hereinabove set forth and have at present control of all books, records and papers relating to the matters set forth in this cause of action and have in the past and do now refuse to permit the plaintiffs to examine the said books, records and papers.

EIGHTY-EIGHTH:  That the plaintiffs know of their own knowledge of divers comic strip releases wrongfully and secretly published without any notification of the plaintiffs, but upon information and belief that there are many more of such releases so wrongfully and secretly published concerning which the plaintiffs have no definite information and concerning which they can acquire no such definite information since as has been alleged above the plaintiffs have no access to the above mentioned books, records and papers.

EIGHTY-NINTH: That the acts of the said Superman Inc., Detective Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATIONS, INC., as aforesaid have caused, and are causing and will hereafter continue to cause the plaintiffs, irreparable loss, injury and damage, for which the plaintiffs have no adequate remedy at law.

FOR A THIRTEENTH CAUSE OF ACTION

NINETIETH: Plaintiffs repeat and reallege each and every allegation contained in paragraphs of the complaint marked "FIRST", "FOURTH", "FIFTH","SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEENTH" as part of this cause of action, with the same force and effect as if herein fully realleged and plaintiffs incorporate herein all the facts therein set forth.

NINETY-FIRST: That from November 1945 to the present, Detective Comics, Inc., Superman, Inc. and the defendant, NATIONAL COMICS PUBLICATIONS, INC., have published 20 releases of comics strips for which the plaintiff, SHUSTER,

(23)

EXHIBIT 8   65
56

000000214

created and executed the art work, and for which the said

Detective Comics, Inc., Superman, Inc. and NATIONAL COMICS

PUBLICATIONS, INC. had paid the plaintiff, SHUSTER, the sum

of $380.00 per release.

NINETY-SECOND:  That though the same have been

duly demanded payment of the additional sums due under the

contract has been refused by the said Detective Comics, Inc.

Superman, Inc. and the defendant, NATIONAL COMICS PUBLICA-

TIONS, INC.

FOR A FOURTEENTH CAUSE OF ACTION

NINETY-THIRD:  That the plaintiffs repeat and

allege as part of this cause of action each and every alle-

gation contained in paragraphs of the complaint marked

"FIRST", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH",

"TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVEN-

TEENTH" with the same force and effect as if herein fully

realleged and plaintiffs incorporate herein all the facts

therein set forth.

NINETY-FOURTH:  That during 1946 Detective

Comics, Inc. pursuant to the contract hereinabove set forth

published four certain releases of the comic strip, Superman

upon which the plaintiff, SIEGEL, did not furnish the con-

tinuity and on account of which the said Detective Comics,

Inc. has made no payment whatsoever.

NINETY-FIFTH:  That though the plaintiff,

SIEGEL, has duly demanded the same the said Detective Comics

Inc. has failed, neglected and refused to pay the sum due

under the contract for the said four releases.

FOR A FIFTEENTH CAUSE OF ACTION

NINETY-SIXTH:  Plaintiffs repeat and realleged

as part of this cause of action each and every allegation

contained in paragraphs of the complaint marked "FIRST","SE

"THIRD",

"FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH",

"TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH" and "SEVENTEEN

with like effect as if fully realleged, and plaintiffs in-

corporate herein all the facts therein set forth.

(24)

000000215

**EXHIBIT 8**

**57**

NINETY-SEVENTH:  Upon information and belief that on or about March 1, 1938, Detective Comics, Inc. and the plaintiffs entered into an agreement which purported to grant to the said Detective Comics, Inc. certain rights of the plaintiffs with respect to the comic strip <u>Superman</u>, which agreement is not in the possession of the plaintiffs and whose exact terms are unknown to the plaintiffs.

NINETY-EIGHTH:  That previous to March 1, 1938, there was due and owing by Detective Comics, Inc. to the plaintiffs the sum of One Hundred Thirty ($130.00) Dollars.

NINETY-NINTH:  That the agreement entered by the plaintiffs on or about March 1, 1938, as hereinabove alleged was for the sole purpose of procuring the payment to the plaintiffs of the above mentioned sum of One Hundred Thirty ($130.00) Dollars and for no other consideration whatsoever

ONE-HUNDREDTH:  That on or about September 22,193 the plaintiffs entered into an agreement in writing with De tective Comics, Inc. and the defendant, THE MC CLURE NEWS-PAPER SYNDICATE, as is hereinabove set forth, which agreement is hereto annexed and marked Exhibit "A".

ONE HUNDRED FIRST:  That thereafter from time to time the plaintiffs entered into numerous modifications of the said agreement as hereinabove set forth.

ONE HUNDRED SECOND:  That to induce the plaintiffs to enter into the agreement of 1938 and the various modifications thereof and to induce the plaintiffs to continue to perform the said agreement in the face of numerous vital breaches thereof by the said Detective Comics, Inc. and THE MC CLURE NEWSPAPER SYNDICATE, the said Detective Comics, Inc and the defendants, HARRY DONENFELD and JACOB LIEBOWITZ falsely and fraudulently stated and represented that under the agreement of March 1, 1938, the said Detective Comics, Inc. had the sole and exclusive right to publish cartoon material to be originated in the future entitled <u>Superman</u> and depicting the character <u>Clark Kent</u>, and that under said

(25)

EXHIBIT 8 [67]

58

000000216

agreement the plaintiffs had lost all right to ever again
create comic strips entitled <u>Superman</u> and depicting the
character <u>Clark Kent</u>, except as specifically permitted by
Detective Comics, Inc. and that the said Detective Comics, I
could terminate the employment of the plaintiffs at any tim
and continue to publish the said comic strip <u>Superman</u>, de-
picting the character <u>Clark Kent</u>, and that the plaintiffs
would thereafter be unable to create or publish any cartoon
material bearing said title and depicting said character.

ONE HUNDRED THIRD:  That the said statements and
representations so made were false and were known to Detec-
tive Comics, Inc., the defendants, HARRY DONENFELD and JACO
LIEBOWITZ, to be false when made.

ONE HUNDRED FOURTH:  That the said Detective Com
Inc. did not acquire by the instrument of March 1, 1938, th
sole and exclusive right as against the plaintiffs or as a-
gainst the public at large to create and publish future com
strip material entitled <u>Superman</u> and depicting the characte
<u>Clark Kent</u>, and the plaintiffs did not by the said instrumer
lose the rights which they had heretofore had with respect t
such rights.

ONE HUNDRED FIFTH:  That plaintiffs relied upon
said statements and representations and believed them to be
true, and as a result thereof were induced and did enter int
the agreement aforesaid of September 22, 1938, and did enter
divers modifications thereof and did continue to perform the
same despite numerous vital breaches thereof by Detective
Comics, Inc.

ONE HUNDRED SIXTH:  That plaintiffs elect to re-
scind the said contract and hereby offer to release and dis-
charge the said Detective Comics, Inc., THE MC CLURE NEWS-
PAPER SYNDICATE and the defendant, NATIONAL COMICS PUBLICA-
TIONS, INC., from any further obligation to perform the same
and to return to the said Detective Comics, Inc., THE MC CLU
NEWSPAPER SYNDICATE and the defendant, NATIONAL COMICS PUBLI

(26)

EXHIBIT 8[68]

59

000000217

CATIONS, INC. rightfully become theirs upon such a rescissi

ONE HUNDRED SEVENTH:  Plaintiffs have no adequate remedy at law.

### FOR A SIXTEENTH CAUSE OF ACTION

ONE HUNDRED EIGHTH:  That the plaintiffs repeat ar realloge as part of this cause of action each and every allegation contained in paragraphs marked "FIRST", "SECOND", "THIRD", "FOURTH", "FIFTH", "SIXTH", "SEVENTH", "EIGHTH", "NINTH", "TENTH", "ELEVENTH", "TWELFTH", "THIRTEENTH", and "SEVENTEENTH" of this complaint with like effect as if here in fully realleged, and plaintiffs incorporate herein all t facts therein set forth.

ONE HUNDRED NINTH:  That the agreement of Septembe 22, 1938, as modified, provides that the same may be cancel led and terminated by Detective Comics, Inc. at its sole opti

ONE HUNDRED TENTH:  That the plaintiffs elect to rescind the said contract as illusory, and as a contract lacking mutuality, and offer to release and discharge the said Detective Comics, Inc. and THE MC CLURE NEWSPAPER SYN- DICATE from any further obligation to perform the same and to return to the said Detective Comics, Inc. and THE MC CLUI NEWSPAPER SYNDICATE all things which rightfully become thei: upon such a rescission.

ONE HUNDRED ELEVENTH:  Plaintiffs have no adequate remedy at law.

### FOR A SEVENTEENTH CAUSE OF ACTION

ONE HUNDRED TWELFTH:  That the plaintiffs repeat and realloge as part of this cause of action each and every allegation contained in paragraphs marked in the complaint, "FIRST" through "ONE HUNDRED ELEVENTH" inclusive, with like effect as if herein fully realleged, and plaintiff incor- porate herein all the facts therein set forth.

ONE HUNDRED THIRTEENTH:  That the defendant, NA- TIONAL COMICS PUBLICATIONS, INC. and Detective Comics, Inc.

(27)

EXHIBIT 8[69]

60

000000218

have further failed and refused to perform the conditions of the aforementioned contract in that after the return of the plaintiff, SIEGEL, from two and one half years in the United States Army, they refused and do still refuse to permit the plaintiffs to undertake and carry on the full production of continuity and cartoon material for all the needs of newspaper and magazine publishing of the cartoon feature Superman as the plaintiffs had previously done.

ONE HUNDRED FOURTEENTH: That the plaintiffs have repeatedly demanded of the said Detective Comics, Inc. and of the defendant, NATIONAL COMICS PUBLICATIONS, INC. that the plaintiffs be permitted to carry on the entire production of material for publication of Superman as aforesaid, but the said defendant and the said Detective Comics, Inc. have refused to permit the same.

ONE HUNDRED FIFTEENTH: That Detective Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATIONS, INC. have without the consent of the plaintiffs hired their own servants and employees to create a major portion of the material published under the title Superman, despite the fact that the plaintiffs are capable of producing sufficient material for all the needs of magazine and newspaper publishing.

ONE HUNDRED SIXTEENTH: That in furtherance of the unlawful and corrupt scheme to prevent the plaintiffs from producing all of the material necessary for publication under the title Superman as aforesaid, as is their right under the contract as aforesaid, and in order therefor to cause it to falsely appear that the plaintiffs are unable to produce all the necessary material, Detective Comics, Inc. and the defendant, NATIONAL COMICS PUBLICATIONS, INC. have since the return of the plaintiff, SIEGEL, from the Army adopted a course of conduct whereby they have rejected under the guise of editorial supervision the major portion of the material created by the plaintiffs, and that the said rejections are corruptly, falsely, and maliciously made without right or

(28)

EXHIBIT 8
70
61

000000219

reason, and solely to injure the production of the said ma-
terial by the plaintiffs and pursuant to the scheme as abo
set out to prevent the plaintiffs resuming full supervisio
and control of the production of the comic strip Superman.

ONE HUNDRED SEVENTEENTH:  That the continuity an
cartoons created by the servants and employees were and ar
inferior to continuity and cartoons created by the plainti
and that the publication of such inferior material with the
representation that the said material is the work of the
plaintiffs has injured and is injuring and will continue t
injure in the future the reputation of the plaintiffs in t
trade and with the general public, and has lessened and de-
preciated the sale of the comic Superman and will continue
in the future to do so.

ONE HUNDRED EIGHTEENTH:  That the plaintiffs ele
to rescind the said contract, because of the numerous vital
and material breaches thereof, failure of consideration
therein, and numerous frauds in the inducement, the incepti
and performance thereof, as hereinabove set forth, and here
by offer to release and discharge the said Detective Comics
Inc., THE MC CLURE NEWSPAPER SYNDICATE, and the defendant
NATIONAL COMICS PUBLICATIONS, INC. from any further obliga-
tion to perform the same and to return to the said Detectiv
Comics, Inc., THE MC CLURE NEWSPAPER SYNDICATE, and the de-
fendant, NATIONAL COMICS PUBLICATIONS, INC., all things
which rightfully become theirs upon such a rescission.

ONE HUNDRED NINETEENTH:  Plaintiffs have no
adequate remedy at law.

WHEREFORE, plaintiffs demand judgment:-

1. That the defendants, their agents, servants an
employees be perpetually  enjoined and restrained from crea
ing, publishing, selling or distributing any comic strip ma-
terial of the nature now and heretofore sold under the
titles Batman, Superboy, Lois Lane, Girl Reporter, Johnny
Quick, The Flash, Green Lantern, Aquaman, Airwave, or any

(29)

EXHIBIT 8 71
62

000000220

other comic strip material made in imitation of the conception, character, nature, incidents, action or plot of the plaintiffs' comic strip <u>Superman</u>, or in competition with the said <u>Superman</u>, and from using any title so imitative of <u>Superman</u> as to be calculated to deceive the public so that it would believe the so entitled material to have been created by the plaintiffs.

2. That the plaintiffs have an accounting of income, expenditures and profits of the defendants, derived from the publication, sale and distribution of <u>Batman</u>, <u>Superboy</u>, <u>Lois Lane,Girl Reporter</u>, <u>Johnny Quick</u>, <u>The Flash</u>, <u>Green Lantern</u>, <u>Aquaman</u>, <u>Airwave</u> and any other comic strip material made in imitation of conception, character, nature, incidents, action or plot of the plaintiffs' comic strip <u>Superman</u> or in competition with the said Superman, and that the profits derived from the said publication, sale and distribution be divided according to law and that the plaintiffs have their just share thereof.

3. That the plaintiffs have an accounting of the income, expenditures and profits acquired by the defendants through the production of radio features and moving picture entitled <u>Superman</u>, and by the sale of commercial licenses of all kinds and the receipt of commercial royalties of all kinds, and that the profits derived from the said publication, sale and distribution be divided according to law, and that the plaintiffs have their just share thereof.

4. That the plaintiffs have an accounting of the income, expenditures, and profits acquired by the defendant as a result of the publication, sale and distribution by Random House, Inc., or the defendants, of the book <u>The Adventures of Superman</u>, and that the profits derived from the said publication, sale and distribution be divided according to law and that the plaintiffs have their just share thereof.

5. That the plaintiffs have an accounting of all cartoon or comic strip material published under the title of any comic strip feature created by the plaintiffs or furnish

(30)

000000221

EXHIBIT 8    72
63

by the plaintiffs pursuant to contract, and of all material
published in imitation of any of the said comic strip fea-
tures, and of the income, profits and expenditures relating
to such publication and that the profits thereof be divided
according to law, and that the plaintiffs have their just
share thereof.

6. That the Court declare the rights and other le
relations of the plaintiffs and the defendants by reason of
the written instrument dated March 1, 1938; and that the
Court declare the said instrument void; and that the Court
declare the said instrument ineffectual to convey to the de
fendants any property in, or the future rights to publish,
the comic strip feature <u>Superman</u>, or any property in the us
of the title thereto or of the comic strip character "Clark
Kent" also known as <u>Superman</u>.

7. That the Court declare the rights and other
legal relations of the plaintiffs and the defendants by rea
son of the written instrument dated September 22, 1938 and
the modifications thereof; that the Court declare that the
plaintiffs have the right to rescind the said contract; and
that the plaintiffs have the sole right hereafter to the us
of the title <u>Superman</u>, and to create and cause to be pub-
lished cartoon or comic strip material containing the char-
acter "Clark Kent" also known as "Superman", "Lois Lane", an
"Perry White", and containing the conception and idea of th
cartoon feature <u>Superman</u>.

8. That the defendants, their agents, servants an
employees be perpetually enjoined and restrained from creat
ing, publishing, selling or distributing any comic strip
material under the title <u>Superman</u>, or any material contain-
ing the idea, conception, plot or in any wise resembling th
comic strip feature heretofore published as <u>Superman</u>, or
containing any of the characters hereinbefore presented in
the said feature <u>Superman</u> or resembling the said characters
and from making, selling, licensing, or distributing any
radio, or motion picture or talking picture features, or an

(31)

EXHIBIT 8 73
64

000000222

dramatic or stage features and from granting any commercial licenses of any kind or nature whatsoever, and from accepting hereafter any money or consideration on account of any licenses heretofore granted, and from using the names of Superman or of the plaintiffs for any commercial purpose whatsoever.

9. That the plaintiffs have judgment against th defendants for all sums of money due to the plaintiffs pursuant to the terms of the contract of September 22, 1938, as modified and otherwise due and owing.

10. That the plaintiffs may have such other and further relief as to the court may seem just and proper.

SLONIM, WEKSTEIN & FRIEDMAN
Attorneys for Plaintiffs
Office & P. O. Address
20 South Broadway
Yonkers, New York (2)

(32)

<u>EXHIBIT "A"</u>

Sept. 22. 193

Jerome Siegel and Joseph Shuster
c/o American Artists League
10622 Kimberly Avenue
Cleveland, Ohio

Gentlemen:-

This letter, when signed by you, will serve as our agreemen

We, Detective Comics, Inc., are the exclusive owners of com
strips known by the titles "Superman", "Slam Bradley", "Spy
"Radio Squad" and "Federal Men", and to the rights to publi
comics carrying said titles and characters contained therei
and continuity thereof.

You have been doing the art work and continuity for said
comics for us. We wish you to continue to do said work and
hereby employ and retain you for said purposes for the peri
of this contract.

You agree that you will supply us each and every month here
after, in sufficient time for publication in our monthly
magazines, sufficient copy and art for each of said features
each month hereafter.

All of said comic features consist of approximately 46 page
per month. The standard of the said comics shall be equal
to the present standards.

You shall also furnish in sufficient time to properly perfo
the terms of an agreement we are executing together with yo
with the McClure Newspaper Syndicate, all of the art and
continuity for the newspaper strip entitled "Superman" call
for by said agreement.

You agree that you will not hereafter at any place in the
United States or in any foreign country, furnish to any oth
person, firm, corporation, newspaper or magazines any art o
copy for any comics to be used in any strip or comic or new
paper or magazine containing the above titles or the charac
ters or continuity thereof or in any wise similar thereto,
but you shall furnish such material exclusively to us for th
duration of this agreement as such matter may be required b
us or as designated by us in writing.

In the event you shall do or make any other art work or con
tinuity suitable for use as comics or comic strips, you sha
first give us the right to first refusal thereof by submit-
ting said copy and continuity ideas to us. We shall have th
right to exercise that option for six weeks after submissio
to us at a price no greater than offered to you by any othe
party.

We agree to pay you on publication, for any and all of said
comics published by us and supplied by you, the following
rates:

| | |
|---|---|
| Superman | $10.00 per page |
| Slam Bradley | $10.00 per page |
| Spy | $10.00 per page |
| Radio Squad | $ 9.00 per page |
| Federal Men | $ 9.00 per page |

You agree that the number of panels to each monthly feature
shall be approximately equal to the panels contained in pre-
vious publications of the comics.

(1)

000000224

EXHIBIT 8[75]

66

We further agree to pay you for the McClure Newspaper Syndicate strips which you may hereafter furnish pursuant to the abovementioned contract with McClure, on the following basis:

> When we receive payment from McClure on the 40% basis mentioned in the contract, we shall retain 7½% and pay you 32½% of the "net proceeds" as defined in the McClure contract.
> When we receive payment from McClure on the 45% basis mentioned in the contract, we shall retain 9% and pay you 36% of the "net proceeds" as defined in the McClure contract.
> When we receive payment from McClure on the 50% basis mentioned in the contract, we shall retain 10% and pay you 40% of the "net proceeds" as defined in the McClure contract.

All material, art and copy shall be owned by us and at our option, copyrighted or registered in our name or in the names of the parties designated by us.

This agreement shall be for a period of five years from the date hereof and shall thereafter be continued for an additional five years at our option. However, if at any time the art and continuity of any feature shall not be up to the standard required for the magazines, we at our option, then may terminate this agreement as to and substitute other artists for the unsatisfactory feature or features but not otherwise.

According to the above mentioned McClure contract, we shall have the right to use the material furnished for syndicate purposes without charge by McClure. However, in the event we shall use any of said syndicate matter in our magazines, you shall be compensated at the above mentioned page rate less the percentage which McClure receives for said syndication. When using such syndicate matter we shall of course not be required to use original copy as called for by this contract.

At any time, if we believe any feature is economically unsuccessful, we may discontinue the further publishing of said feature.

We shall have the right to reasonably supervise the editorial matter of all features.

Your signature to this agreement is one of the inducements us to execute the above mentioned McClure contract and we agree to use our best efforts to continue the publishing of magazines containing the above mentioned features.

Very truly yours,

DETECTIVE COMICS, INC.

BY:   __Harry Donenfeld__
Pres.

Jerome Siegel

Joseph Shuster

(2)

EXHIBIT 8
76
67

000000225

EXHIBIT "A"

Sept. 22. 1938

Detective Comics, Inc.
480 Lexington Avenue
New York City

Jerome Siegel and Joseph Shuster
c/o American Artists League
10622 Kimberley Avenue
Cleveland, Ohio

Gentlemen:

This letter, when signed by each of you, will serve as our agreement.

Hereafter, Detective Comics, Inc., is called "Detective" and Messers. Siegel and Shuster are called the "Artists".

In line with our discussions, we are prepared to go ahead with newspaper syndication of a daily strip, six days a week entitled "Superman" and owned by Detective Comics, on the following terms and conditions:

We are to have an eight month option from Detective, dating from October 1, 1938, to enable us to make a preliminary survey of the newspaper field in relation to this specific feature, which survey we agree to make at our own expense and to furnish Detective with a report thereof.

If this preliminary canvass indicates the possibility for successful newspaper syndication of this feature, as we anticipate it will, and providing we give Detective notice in writing by registered mail before June 1, 1939, of our exercise of said option, Detective agrees to permit the Artis to supply "Superman" strip exclusively to us for syndication in newspapers in the United States, Canda, and all other par of the world, for a minimum period of five years from June 1 1939, in consideration of the payment to Detective of forty (40%) per cent of the net proceeds from such syndication during the first year, forty-five (45%) per cent during the second year and fifty (50%) per cent thereafter. "Net proce is hereby defined to mean gross receipts for the feature from newspapers using the feature, less cost of cuts, mats, and proofs. All other expenses, including billing, promotion and selling expenses, are ours and are not deductible in arriving at net proceeds.

If during the third year and continuing to the end of the above mentioned initial five year period, the weekly net share of Detective from the proceeds reaches $100. or more, per week, we shall have the option to renew this agreement for a further period of five years beginning June 1, 1944, on the same terms as procided above, for the final three years of the 1939-1944 period, providing, however, we give Detective notice in writing by registered mail before Februa 1, 1943, of our renewal.

We are to have reasonable editorial supervision of the feature which the Artists agree to maintain at the standard shown in the sample submitted. In turn, we agree to our best efforts to sell this feature to as large a list of newspapers as possible, and at the best prices obrainable in each case.

Detective and Artists agree to cooperate with us in our sales efforts by supply on request, any information and assis-

(1)

000000226

EXHIBIT 8[77]

68

tance, without cost to you however, that we may require for promotion purposes.

Statements will be made to Detective and a copy to Artists tween the 25th and 30th of each month, covering sales of th month previous and will be accompanied by check for its abo mentioned share of the amount collected to the date of the statement. Detective and the Artists or their authorized r presentatives may inspect our books of account in reference to the feature, at any reasonable time.

The material contained in the feature which we syndicate wil be copyrighted in our name, but copyright reverts to Detecti at the termination of this contract. The title "Superman" shall always remain the property of Detective and the featu may be used by Detective for any other purpose except daily or weekly newspaper publication. Our agreement covers news- paper right only. Radio, motion picture, silent and talkie book and all other rights are retained and owned by Detecti

The Artists agree to supply the feature required for the ne paper syndicate publications to us, on an advanced schedule of at least six weeks, or such other reasonable period as m be determined by us to insure amply time for distribution prior to release dates. In the event the Artists shall at time fail to furnish the feature, and so breach this agree- ment, in addition to any other remedies Detective may appoi other artists to do the feature and strip.

It is agreed that should it be determined at any time durin the life of this contract, that it would be advisable to re lease a Sunday feature of "Superman" strip, we are to have exclusive rights to such a Sunday feature, on the same terms as outlined herein for the daily strip.

The Artists are to be paid for their work solely by Detecti

Detective agrees that during the life of this contract, be- fore it shall submit any other comics for newspaper syndicat purposes, it shall offer said comics to us for first refusal for a six week period.

We agree to provide Detective with all the original drawing of the "Superman" strip, so that said drawings may be used by Detective in the publication "Action Comics" six months after newspaper release, without charge or for any substi- tuted magazines.

This agreement does not prohibit Detective from selling to foreign country newspapers rights to use any material which may appear in any magazines published by Detective containin and including "Superman".

It is understood that in the event of an outbreak of a European war, in which Great Britain should become involved during the period of October 1, 1938 to February 1, 1939, th McClure Newspaper Syndicate has the right to cancel this agreement.

Very truly yours,

THE MC CLURE NEWSPAPER SYNDICATE

By:    Richard H. Waldo, Pres.

DETECTIVE COMICS, INC.

By:    HARRY DONENFELD

JEROME Siegel

JOseph Shuster                    (2)

000000227

EXHIBIT 8
69

DETECTIVE COMICS
INCORPORATED

EXHIBIT "B"

480 Lexington Ave.
New York, N.Y.

December 19, 1939

Jerome Siegel and Joseph Shuster,
New York, N.Y.

Dear Sirs:

We have discussed with you certain changes of procedure and compensation which we feel it advisable to set forth in written modification so as to bring our agreement of September 22, 1938 down to date.

In the 1938 agreement we had agreed to pay both of you for the art work and continuity for the comic strips entitled "SUPERMAN", "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN" at certain rates per page. Since that time, however, while both of you have continued to furnish art work and continuity for "SUPERMAN", only Mr. Siegel has continued to furnish the continuity for the remaining comic strips. Mr. Shuster no longer furnishes the art work for "SLAM BRADLEY", "SPY", "RADIO SQUAD" and "FEDERAL MEN". Also, we have discussed with both of you a change of your page rate compensation with respect to "SUPERMAN".

Effective therefore, upon the signing of this modification, we agree to pay to both of you for all art work and continuity for "SUPERMAN" at the rate of $20. per page, and both of you agree that you will at such rate continue to furnish all art and continuity work for "SUPERMAN" to us in accordance with the agreement of September 22, 1938. As to the remaining comic strips, we shall be free to make other arrangements with Mr. Siegel personally as to the furnishing of continuity for them and also make other arrangements for the furnishing of art work for them in view of the fact that Mr. Shuster no longer furnishes the same.

We have also informed you of our activities in promoting the commercial exploitation of "SUPERMAN" in other fields in addition to magazine publication and newspaper syndication. Such other fields include radio, motion pictures, the toy and novelty field and others and we have indicated to you our willingness that both of you receive some portion of the proceeds which may be realized from these additional activities. We, therefore, hereby agree to pay to you 5% of all net proceeds which may be derived by us from all commercial exploitation of "SUPERMAN" outside of magazine and book publication and newspaper syndication. Such net proceeds shall be arrived at by deducting from the gross proceeds from any such additional sources (except magazine and book publication and newspaper syndication) all expenses incurred by us in the course of such promotion and exploitation.

By your signature below, you hereby confirm the following arrangements and you hereby further confirm the following

1. That we, Detective Comics, Inc., are the sole and exclusive owners of the comic strip entitled "SUPERMAN" and the other comic strips entitled as above mentioned, and to all rights of reproduction of all said comic strips and the title and characters contained therein and the continuity thereof, including but not limited to the fields of magazine or other book publication, newspaper syndication, radio broadcast, television, motion picture reproduction and all other forms of reproduction. We have all right of copyright and all rights to secure copyright registration in respect of all such forms of reproduction either in our own name of others

(1)

000000228

EXHIBIT 8 79

70

at our exclusive option.

2. That you have not done or permitted any act or thing which might impair any of our aforesaid rights with respect to any of the aforesaid comic strips and that so far as you are concerned our full and complete ownership thereof and of all reproduction rights in connection therewith are vested in us free and clear of the rights of any other persons or parties whatsoever.

3. That we have the unrestricted right to adapt, arrange change, transpose, add to and otherwise deal with any or all said comic strips and the titles, characters and continuity thereof as we in our sole discretion may deem it necessary or advisable to do so.

4. That we have the unrestricted right to grant to othe upon such bases as we in our sole discretion shall determin any of the foregoing rights of reproduction with respect to any of the aforesaid comic strips and the titles, character and continuity thereof.

You hereby agree to execute any and all further instruments which may at any time be necessary or advisable in connection with any of the foregoing rights and property no vested in us and for that purpose and for all other purpose hereunder you hereby designate us and our successors and as signs your agents and attorneys in fact irrevocably.

This modification shall become effective immediately upon your signing the same below and continue in full force and effect throughout the life of the agreement dated September 22, 1938 as the same has been modified hereby. Both you and ourselves hereby ratify and confirm the foregoing agreement dated September 22, 1938 as the same has been modified by this letter.

Very truly yours,

DETECTIVE COMICS, INC.

By:   Harry Donenfeld
         Pres.

APPROVED AND ACCEPTED:

Jerome Siegel

Joseph Shuster

000000229

EXHIBIT 8    80
71

EXHIBIT "C"

DETECTIVE COMICS
INCORPORATED

480 Lexington Ave.
New York, N.Y.

August 30, 1943

Pvt. Jerome Siegel
39th Special Service Company
Fort George G. Meade, Md.

Dear Mr. Siegel:

      As provided in our agreement of September 22,
1938, wherein we agree to employ and retain you for the pur-
poses mentioned therein, we hereby advise you that we have
decided to and do hereby exercise our option mentioned in
said agreement to continue said agreement for an additional
five year period on all the terms and conditions mentioned
therein.

      Very truly yours,

      DETECTIVE COMICS, INC.

      By: ___ J. B. Liebowitz ___
          (Treasurer)

JSL*DS

- - - - - - - - - - - - - - - - - - - - - - - - -

EXHIBIT "D"

DETECTIVE COMICS
INCORPORATED

480 Lexington Ave.
New York, N.Y.

September 8, 1943
One day closer to Victory.

Mr. Joseph Shuster
98-120 Queens Boulevard
Forest Hills, N.Y.

Dear Mr. Shuster:

      As provided in our agreement of September 22,
1938, wherein we agree to employ and retain you for the pur-
poses mentioned therein, we hereby advise you that we have
decided to and do hereby exercise our option mentioned in
said agreement to continue said agreement for an additional
five year period on all the terms and conditions mentioned
therein.

      Very truly yours

      DETECTIVE COMICS, INC.

      By: ___ J. B. Liebowitz ___
          (Treasurer)

JSL*DS

000000230

**EXHIBIT 8**    81

72

EXHIBIT "E"                    A G R E E M E N T

      This Agreement, made at Cleveland, Ohio this
first day of February 1940 by and between Joseph Shuster
hereinafter called the party of the first part and Wayne
Boring, hereinafter called party of the second part.

      WITNESSETH, for and in consideration of the mu-
tual promises and mutual terms contained herein, the parti
hereto do agree as follows:

      1. Party of the first part agrees to employ
party of the second part, and party of the second part agr
to be employed by party of the first part as artist for a
period of two (2) years and seven (7) months from the date
of this contract.  It is further understood and agreed tha
said party of the first part shall and hereby does, have th
option to renew this agreement for an additional period of
five (5) years after the expiration of the two (2) year
seven (7) month period and under the same terms and condi-
tions as herein set forth.  Said party of the first part
shall notify said party of the second part of his intentio
to exercise said option and renew said contract by written
notice to said party of the second part at least thirty (30
days prior to the expiration of the original term of this
contract.

      2. It is understood and agreed that said party
of the second part shall devote all of his time to the work
and business of said party of the first part; and said party
of the second part, shall at all times, maintain a good sta
dard of work; that during the term of this contract, or any
renewal period, said party of the second part shall devote
his entire time and skill to the work of the party of the
first part and shall not engage in any other work of any ki
or nature whatsoever without first obtaining the written co
sent of said party of the first part.

      3. It is understood and agreed that said party o
the second part shall not in any way publicise or take com-

mercial advantage of his employment or connection with the comic strip work of said party of the first part and agrees that upon leaving the employment of the party of the first part, he will not engage in the copying, composing, editing or similar work in any comic strip, which is based on a theme or motive similar to "Superman" or any other comic strip produced by said party of the first part.

4. It is understood and agreed that all of the work as artist and assistant to said party of the first part shall be performed at the office of said party of the first part now located at 10609 Euclid Avenue or any other place designated by said party of the first part.

5. For and in consideration of the services rendered by said party of the second part, to said party of the first part, it is understood and agreed that the salary of said party of the second part shall be as follows: Fifty Dollars ($50.00) per week as long as the percentage of the Syndicate work paid to said party of the first part is less than Two Hundred Fifty Dollars ($250.00) per week. That when said percentage received by said party of the first part is Two Hundred Fifty Dollars ($250.00) per week, party of the second part shall receive Ninety Dollars ($90.00) per week; when said percentage reaches Three Hundred Fifty Dollars ($350.00) per week, then party of the second part shall receive One Hundred Ten Dollars ($110.00) per week; when said percentage reaches Four Hundred Fifty Dollars ($450.00) per week, then party of the second part shall receive One Hundred Thirty Dollars ($130.00) per week; when said percentage reaches Five Hundred Dollars ($500.00) per week, then party of the second part shall receive One Hundred Forty Dollars ($140.00) per week.

It is understood and agreed that the above salary arrangement has reference only to the amount received by party of the first part as his share or percentage of the

EXHIBIT 8
74

000000232

Syndicate work only; that it refers to original or first appearances only as distinguished from reprints and that it does not include, and is not intended to include, income from any other sources.

6. It is further understood and agreed that party of the second part, as artist, shall produce not less than six (6) daily and one (1) Sunday comic strip each week and in addition, thereto, he shall produce two (2) thirteen (13) page "Superman" magazine releases per month in time to meet deadlines. It is understood and agreed that in addition to the salary provided in Section 5 of this Agreement, party of the second part shall receive One Hundred Dollars ($100.00) per month for said magazine releases providing two (2) releases are produced each month and in the event only one (1) release is produced in any month, then in that even said party of the second part shall receive Forty Dollars ($40.00) for said one (1) release.

7. It is understood and agreed that upon the violation of any of the terms of this agreement, or if at any time during the term of this agreement, or any renewal period, the work of said party of the second part shall, in the judgment of said party of the first part, and Jerome Siegel, continuity writer for said comic strip, "Superman", become below the good standard of work necessary and requir. in the production of said comic strip, then in that event, said party of the first part may terminate this agreement upon thirty (30) days written notice to said party of the second part. In the event of such termination, this contra. or any renewal thereof, shall become null and void and of no effect whatsoever.

IN WITNESS WHEREOF, the parties hereto sign the: names the day and year first above written.

Witnesses:

JOE SHUSTER
Party of the first part

Leo N. Ascherman

Jerome Siegel

WAYNE BORING
Party of the second part

000000233

84

EXHIBIT 8
75

STATE OF NEW YORK        )
COUNTY OF WESTCHESTER    )        SS.

      JOSEPH SHUSTER, being duly sworn, deposes and says that he is one of the plaintiffs in the within action; that he has read the foregoing Complaint and knows the contents thereof; that the same is true to his own knowledge, except as to the matters therein stated to be alleged on information and belief, and that as to those matters he believ it to be true.

                        JOSEPH SHUSTER

Sworn to before me this
5th day of March, 1947.

        MORTON N. WEKSTEIN
      Notary Public, State of New York
       I Reside in Westchester County
    My Commission Expires March 30, 1948

000000234

**EXHIBIT 8**
**76**

# EXHIBIT 9

Jack Schiff

(re-direct examination)


A   Once a month for a few hours, and in the afternoon he would come in and I would ask him to fix up some of this work.


F R E D E R I C K   W H I T N E Y   E L L S W O R T H, a witness called in behalf of the defendants, being duly sworn, testified as follows:

DIRECT-EXAMINATION BY MR. MANGES:

Q   Where do you live, Mr. Ellsworth?

A   12 Hendry Avenue, Riverside, Connecticut.

Q   Are you employed by the defendant National Comics Publications, Inc.?

A   I am.

Q   In what capacity?

A   Editorial director.

Q   Prior to the consolidation on September 30, 1946, did you occupy the same position for Detective Comics, Inc.?

A   I did.

Q   How long prior to September 30, 1946, did you occupy that position?

A   Since January of 1940.

Q   Before January of 1940, what was your professional

000003205

EXHIBIT 9
77

Frederick Whitney Ellsworth

(direct-examination)

McClure Newspaper Syndicate was engaged in the general syndication of newspaper features, including comics and columns.

BY MR. MANGES:

Q  Mr. Ellsworth, during the last half of the year 1943 and the first half of the year 1944, Mr. Siegel was in the office of Detective Comics, Inc., a few times on furlough, was he not?

A  That is correct.

Q  On those occasions or any of them did he make any comment with respect to the Superman continuity being then written for the newspapers?

A  Yes, he did.  He said, in effect, that he was pleased with the way the strip was looking and the way it was going as an overall picture.

Q  Did he say anything about the Superman magazine releases?

A  Yes.  In effect he said that he considered that the whole operation was moving along apace.

Q  I don't know what you mean by that.

A  Everything was all right, Mr. Manges.

Q  Mr. Shuster has testified that in the middle of 1944 he had a talk with you in which you stated that he

EXHIBIT 9
78

000003238

Frederick Whitney Ellsworth

(direct-examination)

shouldn't bother with the magazine art and that he should
work on his own features instead.  Did you have any such
conversation with him at that time or any other time?

A  Not to my best recollection.

Q  Mr. Shuster states that from then on he worked on
his own work.  Have you any recollection with respect to
that?

A  No, sir.

Q  How much time did Mr. Shuster spend in the Detective
Comics office after he came to New York, around the time Mr.
Siegel went in the Army?

A  Very little.

Q  What do you mean by that?

A  Well, he might appear for brief periods on widely-
separated times; possibly once a month; maybe twice a month
sometimes.

Q  For how long at a time, once or twice a month?

A  A few hours, possibly.

Q  Did he look at any of the art work, to your know-
ledge?

A  Not to my knowledge.

Q  From February, 1946, what has been your experience
with both plaintiffs?  Will you describe the operation of

Frederick Whitney Ellsworth

(direct-examination)

their work?

A   That would coincide pretty much with the time Mr.
Siegel returned from the Army?   Isn't that right?

Q   That is correct.

A   Well, Mr. Siegel resumed the production of the syndi-
cate material and also of magazine material, so far as the
script is concerned.

BY THE REFEREE:

Q   On Superman?

A   On Superman, yes, sir.   And he did supply the syndi-
cate material in total.

BY MR. MANGES:

Q   That is, through himself or assistants?

A   Yes.   I am virtually certain that he did it himself,
knowing his style as I do.   His production of scripts for
magazine purposes was not nearly sufficient to take care of
our production needs, which necessitated our buying scripts
from ghosts, as per our arrangement.

Q   During the latter part of 1945 or the early part of
1946, did you have a conversation with Mr. Shuster concern-
ing increased work as affected by the return of Mr. Siegel?

A   Yes, sir.

Q   Will you tell us what that was?

Frederick Whitney Ellsworth

(direct-examination)


A  Mr. Shuster said that, due to the fact that his for-
mer employee had returned from the armed services some time
around that time - the exact date I can't remember - that he
would, of course, be able to increase his production of the
feature Superman.

Q  Did an increase take place after Mr. Siegel returned?

A  Yes, it did.

Q  Mr. Siegel has testified at pages 114 and 115 of the
record that upon his return from the Army he had a conversa-
tion at the office of Detective Comics, Inc., at which you
were present and Mr. Liebowitz also being present, at which
he said:  "I think that a very poor job has been done in my
absence, both in continuity and art.  I think that the
feature has been greatly harmed, and I am very anxious to
take back active production of the feature, and I would
like to have both Joe and I turn out all the material for
the Superman comic books," and that you said "Not a chance."
Is that an accurate statement of what transpired at that
time?

A  No, sir.

Q  Will you tell us what did take place?

A  Well, I can't remember the date - you placed it,
I believe - but Mr. Shuster, due to the fact that he had

Frederick Whitney Ellsworth

(direct-examination)

this assistant of his back, was in a position to turn out
more material, and at some date somewhere through there he
told me that he would like to take over production, and, as
a matter of fact, I believe Mr. Siegel also injected himself
into this conversation, with the end in view of putting pro-
ducting back under Mr. Shuster.  I said, to the best of my
recollection, that naturally, if the work could be done sat-
isfactorily by Mr. Shuster and people whose work had been
satisfactory to him and to us in the past, that that, was per-
fectly all right with us.

    Q  Did Mr. Siegel send his syndicate scripts after he
came from the Army?

    A  He sent them directly to me.

    Q  What did you do with them?

    A  I edited them, corrected them, as a matter of course,
and on some occasions sent them back for revision - on very
few occasions; but, in general practice, I sent the scripts
directly to Mr. Boring at Larchmont.

    Q  As I understand it, Mr. Shuster never objected to
this procedure until February of 1947, when he requested a
change?

    A  That is correct.

    Q  And that change took place as per his request?  Is

Frederick Whitney Ellsworth

(direct-examination)

that right?

A   That is right.

Q   In the rejection of any scripts at the office of the
National Comics Publications, and before that at the office
of Detective Comics, Inc., do I understand that a rejection
only took place after two editors decided that the script
should not be accepted?

A   That is correct.

Q   So that a rejection never took place upon the say-
so of one editor?

A   That is correct.

Q   The approximately six synopses of Mr. Siegel that
were rejected after his return from the Army were rejected,
therefore, only after two of your editors had decided so to
do?

A   A minimum of two of our editors, I will state.

Q   Mr. Siegel has testified that the entire context,
as well as pieces of exact wording, that he wrote were used
in the first appearance of Superboy.  Will you tell us who
wrote the continuity for the material used in the first ap-
pearance of Superboy?

A   Yes.

Q   Who did?

000003243

EXHIBIT 9
83

Frederick Whitney Ellsworth

(direct-examination)

A  I did.

Q  Tell us how you wrote it - whether it was original or whether you copied it on the basis of any material of Mr. Siegel.

A  I took the basis for the story - that is, the background theme - from the first episode of Superman that we had published in Action Comics.

Q  In other words, the June, 1938, Action Comics issue?

A  That is correct.  That issue of Superman delineated the origin of Superman - how he came to come from the planet Crypton to the planet Earth.

Q  And Superboy was mentioned in that first - - - -

MR. WEKSTEIN:  I object to this.  The exhibit is in evidence and speaks for itself.

THE REFEREE:  Objection overruled.

A  The story followed very much the pattern of the original Superman story, because it was my concept, in writing it, that it was the same feature, only in this particular story, instead of letting Superman grow up to somewhere in his middle twenties, which we presumed the age to be, we kept him, for the purposes of story-telling, somewhere in his early teens.

Q  Had you ever seen any script submitted by Mr. Siegel

EXHIBIT 9
84

000003244

Frederick Whitney Ellsworth

(direct-examination)

covering Superboy before you wrote this continuity?

A  Not to the best of my recollection, Mr. Manges.

Q  Do you know whether you copied this first script
from any script that Mr. Siegel submitted?

A  I certainly didn't copy it.  I wrote it completely
out of the air, so to speak.

Q  Has any comic character published by your organiza-
tion since January 1, 1940, appeared with any greater fre-
quency? *than Superman?*

A  No, sir.

Q  Has any comic character published by any other organ-
ization since January 1, 1940, to your knowledge, appeared
with any greater frequency than Superman?

A  Yes, sir.

Q  What was that?

A  It was Captain Marvel, which was a product of the
Fawcett Publishing Company, one of our competitors.  Fawcett,
during the war period curtailment of paper, issued Captain
Marvel I believe as often as twice monthly.  That would be
a bi-weekly basis for a comparatively short period of time.
They were forced to abandon that rate of issuance.

Q  In your opinion, is there a frequency saturation
point beyond which it isn't profitable to publish a comic

000003245

EXHIBIT 9
85

# EXHIBIT 10

Joseph Shuster

(direct examination)

BY THE REFEREE:

Q  Was that after you had written this letter dated February 9, 1947?

A  Yes.

Q  It was after you sent that letter?

A  Yes.

BY MR. WEKSTEIN:

Q  I show you this letter and ask you what it is.

A  That is a letter from Wayne Boring dated February 27, 1947.

Q  Is that Wayne Boring's signature?

A  Yes.

Q  Do you recognize it?

A  Yes.

MR. WEKSTEIN:  I offer it in evidence as against Boring, of course.

(The paper is received in evidence and marked Plaintiff's Exhibit 139.)

Q  Did Mr. Boring thereafter work for you, after the date of that letter?

A  No.

Q  Did anyone during 1944 from Detective Comics speak to you on the subject of Superboy?

A  Yes.  Mr. Ellsworth did.

000002864

EXHIBIT 10

56

## Joseph Shuster

### (direct-examination)

Q  When?

A  I should say some time in September or October, I believe, of 1944.

Q  What did he say to you and what did you say to him?

A  He said "I have an assignment for you to do on Superboy," and I said "Superboy was one of Jerry's ideas and I think I should consult with Jerry before I draw it up."

Q  By Jerry you mean Mr. Siegel?

A  Jerry Siegel, yes.

Q  Go ahead.

A  And he said "There is no need to do that. This is an assignment, and you will do it."

Q  Now, did you speak to anybody else about that?

A  Yes.  I spoke to Mr. Liebowitz a few days later.

Q  How many days?

A  A few days later.

Q  Did you approach him?

A  Yes.

Q  What did he say to you and what did you say to him?

000002865

A  I asked him if he had informed Jerry of his inten-

EXHIBIT 10

87

Joseph Shuster

(direct-examination)

tion of putting out Superboy in magazines, and he said yes.

Q  And did he say anything else or did you say any-
thing else?

A  Yes.  He said there was nothing to worry about it,
because Superboy wouldn't be published until after the war,
and Jerry would be back by then.

Q  Did you go ahead and work on Superboy?

A  Yes.

Q  Did you have any discussion with anybody about
the prices you were to be paid for Superboy?

A  Yes.  When I completed the first release of
Superboy, I turned it in to Jack Schiff, and he offered
me $5 per page.

Q  What did you say to him?

A  Well, I said "That is ridiculous.  I have been
getting $500 a release on Superman."  And he said he
would speak to Whit.

Q  Did he say anything else before he said he would
speak to Whit?

A  Yes.  He said "Well, $5 per page is all we can
afford to pay right now, because this is a new feature
and it is not established, like Superman."  Then he went
in to speak to Whit.

000002866

EXHIBIT 10
88

Joseph Shuster

(direct-examination)

Q  After he spoke to Whit did he speak to you again?

A  Yes.

Q  Or did Whit speak to you?

A  Whit said "Here is a check for $210, which will be payment for Superboy, seven pages."

Q  At how much a page?

MR. MANGES:  What is the date of these conversations?

MR. WEKSTEIN:  Well, he started with September or October, and he says this was a few days later.

THE WITNESS:  It amounts to $30 a page.

Q  When it appeared did it have your name on it?

MR. MANGES:  What year?

MR. WEKSTEIN:  1944.

Q  Was your name on the first appearance of Superboy?

A  No.

Q  Did you speak to anybody about that?

A  Yes.  I spoke to Mr. Liebowitz and told him that I would like to have my name appearing on Superboy, so I could get credit.

Q  Did your name thereafter appear?

A  Yes.

Q  Did anyone else's name appear at the head of Super-

000002867

EXHIBIT 10
89

Joseph Shuster

(direct-examination)

boy?

A  Yes.  Jerry Siegel.

Q  Did you ever mention, before that first appearance of Jerry Siegel's name, anything about Jerry Siegel's name?

A  No.

Q  Did you ever mention to anybody from Detective Comics anything about Jerry Siegel's name?

A  No.

Q  In December of 1945 did you have a conference with anybody from Detective Comics on the subject of the commercial royalty payments?

A  In 1946, about Christmas, I was called in to - - - -

Q  Now, I want you to think.  What date was this that you had this conference?  December of what year?  You had a conference with Mr. Liebowitz, you said, about some commercial royalty payments.  Now, when was it?

A  This was before Jerry come out of the Army.  In 1945, about Christmas.

Q  What day was it?

A  It was some time near Christmas.  I would say probably December 23d.

Q  What was the occasion?

000002868

EXHIBIT 10
90