# EXHIBIT 11

# Part 3 of 3

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **ART:** | | | |
| Superman Comic Strip | National Periodical Publications, Inc. | Jun. 7, 1963 | K68628 |
| " | " | Jun. 14, 1963 | K68627 |
| " | " | Jun. 21, 1963 | K68626 |
| " | " | Jun. 28, 1963 | K68625 |
| " | " | Jul. 5, 1963 | K68680 |
| " | " | Jul. 19, 1963 | K68679 |
| " | " | Jul. 26, 1963 | K68678 |
| " | " | Aug. 2, 1963 | K68677 |
| " | " | Aug. 2, 1963 | K68941 |
| " | " | Aug. 9, 1963 | K68942 |
| " | " | Aug. 15, 1963 | K68943 |
| " | " | Aug. 23, 1963 | K68944 |
| **PRINTS:** | | | |
| Superman Comic Strip | National Periodical Publications, Inc. | Aug. 30, 1963 | K70039 |
| " | " | Sep. 6, 1963 | K70038 |
| " | " | Sep. 13. 1963 | K70037 |
| " | " | Sep. 20, 1963 | K70036 |
| " | " | Sep. 27, 1963 | K70035 |
| " | " | Oct. 4, 1963 | K70034 |
| " | " | Oct. 11, 1963 | K70033 |
| " | " | Oct. 18, 1963 | K70032 |
| " | " | Oct. 25, 1963 | K70031 |
| " | " | Nov. 1, 1963 | K70030 |
| " | " | Nov. 8, 1963 | K70029 |
| " | " | Nov. 15, 1963 | K70028 |
| " | " | Nov. 22, 1963 | K70027 |
| " | " | Nov. 29, 1963 | K71341 |
| " | " | Dec. 6, 1963 | K71342 |
| " | " | Dec. 13, 1963 | K71343 |
| " | " | Dec. 20, 1963 | K71344 |
| " | " | Dec. 27, 1963 | K71345 |
| " | " | Jan. 3, 1964 | K71346 |
| " | " | Jan. 10, 1964 | K71347 |
| " | " | Jan. 17, 1964 | K71348 |
| " | " | Jan. 24, 1964 | K71350 |
| " | " | Jan. 31, 1964 | K71349 |
| " | " | Feb. 7, 1964 | K71351 |
| " | " | Feb. 14, 1964 | K71352 |
| " | " | Feb. 21, 1964 | K71353 |

519

**EXHIBIT 11**
**609**

000001841

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| PRINTS:<br>Superman<br>Comic Strip | Nationa Periodical<br>Publications, Inc. | Feb. 28, 1964 | K71637 |
| " | " | Mar. 6, 1964 | K71638 |
| " | " | Mar. 13, 1964 | K71639 |
| " | " | Mar. 20, 1964 | K71640 |
| " | " | Mar. 27, 1964 | K71641 |
| " | " | Apr. 3, 1964 | K71642 |
| " | " | Apr. 10, 1964 | K71643 |
| " | " | Apr. 16, 1964 | K71644 |
| " | " | Apr. 24, 1964 | K71645 |
| " | " | May 1, 1964 | K71646 |
| " | " | May 8, 1964 | K71647 |
| " | " | May 15, 1964 | K71648 |
| " | " | May 22, 1964 | K71636 |
| " | " | May 29, 1964 | K72968 |
| " | " | Jun. 5, 1964 | K72969 |
| " | " | Jun. 12, 1964 | K72970 |
| " | " | Jun. 19, 1964 | K72971 |
| " | " | Jun. 26, 1964 | K72972 |
| " | " | Jul. 3, 1964 | K72973 |
| " | " | Jul. 10, 1964 | K72974 |
| " | " | Jul. 17, 1964 | K72975 |
| " | " | Jul. 24, 1964 | K72976 |
| " | " | Jul. 31, 1964 | K72977 |
| " | " | Aug. 7, 1964 | K72978 |
| " | " | Aug. 14, 1964 | K72979 |
| " | " | Aug. 21, 1964 | K72980 |
| " | " | Sep. 9, 1964 | K73942 |
| " | " | Sep. 23, 1964 | K73941 |
| " | " | Sep. 23, 1964 | K73940 |
| " | " | Oct. 2, 1964 | K73939 |
| " | " | Oct. 13, 1964 | K73938 |
| " | " | Oct. 2, 1964 | K73835 |
| " | " | Oct. 13, 1964 | K73937 |
| " | " | Oct. 29, 1964 | K73936 |
| " | " | Oct. 29, 1964 | K73945 |
| " | " | Nov. 6, 1964 | K73946 |
| " | " | Nov. 12, 1964 | K73944 |
| " | " | Nov. 19, 1964 | K73943 |
| " | " | Nov. 30, 1964 | K73935 |
| " | " | Dec. 3, 1964 | K73934 |

520

EXHIBIT 11
610

000001842

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| PRINTS:<br>Superman<br>Comic Strip | National Periodical<br>Publications, Inc. | Dec. 11, 1964 | K73933 |
| " | " | Dec. 16, 1964 | K73932 |
| " | " | Dec. 23, 1964 | K73917 |
| " | " | Dec. 29, 1964 | K73918 |
| " | " | Jan. 7, 1965 | K73919 |
| " | " | Jan. 25, 1965 | K73920 |
| " | " | Jan. 8, 1965 | K73836 |
| " | " | Jan. 25, 1965 | K73921 |
| " | " | Jan. 28, 1965 | K73922 |
| " | " | Feb. 5, 1965 | K73923 |
| " | " | Feb. 23, 1965 | K73924 |
| " | " | Feb. 23, 1965 | K73925 |
| " | " | Feb. 26, 1965 | K73927 |
| " | " | Mar. 4, 1965 | K73926 |
| " | " | Mar. 4, 1965 | K73928 |
| " | " | Mar. 17, 1965 | K73931 |
| " | " | Mar. 24, 1965 | K73930 |
| " | " | Mar. 31, 1965 | K73929 |
| " | " | Aug. 28, 1964 | K73473 |
| " | " | Sep. 4, 1964 | K73472 |
| " | " | Sep. 11, 1964 | K73471 |
| " | " | Sep. 18, 1964 | K73470 |
| " | " | Sep. 25, 1964 | K73469 |
| " | " | Oct. 9, 1964 | K73468 |
| " | " | Oct. 16, 1964 | K73467 |
| " | " | Oct. 23, 1964 | K73466 |
| " | " | Oct. 30, 1964 | K73465 |
| " | " | Nov. 6, 1964 | K73464 |
| " | " | Nov. 13, 1964 | K73463 |
| " | " | Nov. 20, 1964 | K73462 |
| " | " | Nov. 27, 1964 | K73461 |
| " | " | Dec. 4, 1964 | K73460 |
| " | " | Dec. 11, 1964 | K73459 |
| " | " | Dec. 18, 1964 | K73458 |
| " | " | Dec. 25, 1964 | K73457 |
| " | " | Jan. 1, 1965<br>("In notice: 1964") | K73456 |
| " | " | Jan. 15, 1965 | K73455 |
| " | " | Jan. 22, 1965 | K73454 |
| " | " | Apr. 8, 1965 | K75153 |

521

EXHIBIT 11
611

000001843

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| PRINTS: | | | |
| Superman Comic Strip | National Periodical Publications, Inc. | Apr. 15, 1965 | K75152 |
| " | " | Apr. 16, 1965 | K75151 |
| " | " | Apr. 26, 1965 | K75150 |
| " | " | May 6, 1965 | K75149 |
| " | " | May 12, 1965 | K75148 |
| " | " | May 20, 1965 | K75147 |
| " | " | May 27, 1965 | K75146 |
| " | " | Jun. 2, 1965 | K75145 |
| " | " | Jun. 11, 1965 | K75144 |
| " | " | Jun. 17, 1965 | K75143 |
| " | " | Jun. 23, 1965 | K75142 |
| " | " | Jun.25, 1965 | K75141 |
| " | " | Jun. 30, 1965 | K75140 |
| " | " | Jul. 8, 1965 | K75139 |
| " | " | Jul. 12, 1965 | K75138 |
| " | " | Jul. 26, 1965 | K75137 |
| " | " | Jul. 30, 1965 | K75136 |
| " | " | Aug. 6, 1965 | K75135 |
| " | " | Aug. 16, 1965 | K75134 |
| " | " | Aug. 30, 1965 | K75133 |
| " | " | Aug. 30, 1965 | K75132 |
| " | " | Jan. 29, 1965 | K75474 |
| " | " | Feb. 5, 1965 | K75475 |
| " | " | Feb. 12, 1965 | K75476 |
| " | " | Feb. 19, 1965 | K75477 |
| " | " | Feb. 26, 1965 | K75478 |
| " | " | Mar. 5, 1965 | K75479 |
| " | " | Mar. 12, 1965 | K75480 |
| " | " | Mar. 19, 1965 | K75481 |
| " | " | Mar. 26, 1965 | K75482 |
| " | " | Apr. 2, 1965 | K75483 |
| " | " | Apr. 9, 1965 | K75484 |
| " | " | Apr. 16, 1965 | K75485 |
| " | " | Apr. 23, 1965 | K75486 |
| " | " | Apr. 30, 1965 | K75487 |
| " | " | May 7, 1965 | K75488 |
| " | " | May 14, 1965 | K75489 |
| " | " | May 28, 1965 | K75506 |
| " | " | Jun. 4, 1965 | K75505 |
| " | " | Jun. 11, 1965 | K75504 |

522

**EXHIBIT 11**
**612**

000001844

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| PRINTS: Superman Comic Strip | National Periodical Publications, Inc. | Jun. 18, 1965 | K75499 |
| " | " | Jun. 21, 1965 | K75500 |
| " | " | Jul. 2, 1965 | K75501 |
| " | " | Jul. 9, 1965 | K75502 |
| " | " | Jul. 16, 1965 | K75503 |
| " | " | Jul. 23, 1965 | K75494 |
| " | " | Jul. 30, 1965 | K75495 |
| " | " | Aug. 6, 1965 | K75496 |
| " | " | Aug. 13, 1965 | K75497 |
| " | " | Aug. 20, 1965 | K75498 |
| " | " | Aug. 27, 1965 | K75490 |
| " | " | Sep. 3, 1965 | K75491 |
| " | " | Sep. 10, 1965 | K75492 |
| " | " | Sep. 17, 1965 | K75493 |
| " | " | Sep. 24, 1965 | K75470 |
| " | " | Oct. 1, 1965 | K75471 |
| " | " | Oct. 8, 1965 | K75472 |
| " | " | Oct. 14, 1965 | K75473 |
| " | " | Sep. 7, 1965 | K76174 |
| " | " | Oct. 16, 1965 | K76175 |
| " | " | Sep. 16, 1965 | K76176 |
| " | " | Sep. 24, 1965 | K76177 |
| " | " | Oct. 5, 1965 | K76178 |
| " | " | Oct. 11, 1965 | K76179 |
| " | " | Oct. 18, 1965 | K76180 |
| " | " | Oct. 22, 1965 | K76181 |
| " | " | Nov. 12, 1965 | K76182 |
| " | " | Nov. 12, 1965 | K76183 |
| " | " | Nov. 12, 1965 | K76184 |
| " | " | Nov. 30, 1965 | K76185 |
| " | " | Dec. 3, 1965 | K76186 |
| " | " | Dec. 9, 1965 | K76187 |
| " | " | Dec. 15, 1965 | K76663 |
| " | " | Dec. 22, 1965 | K76662 |
| " | " | Dec. 30, 1965 | K76661 |
| " | " | Jan. 6, 1966 | K76660 |
| " | " | Jan. 11, 1966 | K76659 |
| " | " | Jan. 19, 1966 | K76658 |
| " | " | Jan. 25, 1966 | K76657 |
| " | " | Feb. 2, 1966 | K76656 |

523

EXHIBIT 11
613

000001845

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| PRINTS: Superman Comic Strip | National Periodical Publications, Inc. | Feb. 11, 1966 | K76655 |
| " | " | Feb. 16, 1966 | K76654 |
| " | " | Feb. 24, 1966 | K76653 |
| " | " | Mar. 1, 1966 | K76652 |
| " | " | Mar. 3, 1966 | K76651 |
| " | " | Mar. 16, 1966 | K76650 |
| " | " | Oct. 22, 1965 | K76538 |
| " | " | Oct. 29, 1965 | K76537 |
| " | " | Nov. 5, 1965 | K76539 |
| " | " | Nov. 12, 1965 | K76540 |
| " | " | Nov. 19, 1965 | K76541 |
| " | " | Nov. 26, 1965 | K76542 |
| " | " | Dec. 2, 1965 | K76543 |
| " | " | Dec. 10, 1965 | K76544 |
| " | " | Dec. 17, 1965 | K76545 |
| " | " | Dec. 24, 1965 | K76546 |
| " | " | Dec. 31, 1965 | K76547 |
| " | " | Jan. 7, 1966 ("In notice: 1965") | K76548 |
| " | " | Jan. 14, 1966 ("In notice: 1965") | K76549 |
| " | " | Jan. 21, 1966 | K76550 |
| " | " | Jan. 28, 1966 | K76551 |
| " | " | Feb. 4, 1966 | K76837 |
| " | " | Feb. 11, 1966 | K76838 |
| " | " | Feb. 18, 1966 | K76839 |
| " | " | Feb. 25, 1966 | K76840 |
| " | " | Mar. 4, 1966 | K76841 |
| " | " | Mar. 11, 1966 | K76842 |
| " | " | Mar. 18, 1966 | K76843 |
| " | " | Mar. 25, 1966 | K76844 |
| " | " | Apr. 1, 1966 | K76845 |

OTHER ARTWORK:

| Superboy | Linn Cohen-Cole | Jun. 28, 1982 (DREG) | VAu-40-278 |
|---|---|---|---|
| Namrepus (Superman backwards) | Robert A Zeedick | Aug. 21, 1995 (DREG) | VAu-342-011 |

524

**EXHIBIT 11**
**614**

000001846

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| OTHER ARTWORK: Myths:Superman (Print) | D C Comics/ Andy Warhol | 1981 | Not available |
| "Superman Is Back" Bronze Sculpture | DC Comics/ James Skoop | 1993 | Not available |
| Superman Sculpture: Metropolis | DC Comics/ Ron Lee | 1993 | " |
| Superman Sculpture: Meteor Moment | " | 1993 | " |
| Superman Sculpture: Help Is On The Way | " | 1993 | " |
| Superman Sculpture: Proudly We Wave | " | 1993 | " |
| Superman Sculpture: Quick Change | " | 1993/1994 | " |
| Superman Sculpture: Good and Evil | " | 1993/1994 | " |
| Superman Sculpture: More Powerful | " | 1993/1994 | " |
| Superman Sculpture: To The Rescue | " | 1993/1994 | " |
| Superman Shield with Red Body by SAK (Oil Painting-Limited Ed.) | DC Comics/ Steven A. Kaufman | 1995 | " |
| Superman Shield with Blue Body by SAK (Oil Painting-Limited Ed.) | " | 1995 | " |
| Superman Shield with Yellow Body by SAK (Oil Painting-Limited Ed.) | " | 1995 | " |

525

EXHIBIT 11
615

000001847

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| OTHER ARTWORK: | | | |
| Black Metal Sculpture: Superman Silhouette | DC Comics | 1995 | Not available |
| "S" Insignia Super Hero Accent Lamp | DC Comics/ Godley Schwan | 1996 | " |
| Warner Brothers Limited Edition Cels From the Animated Series | Warner Bros. | 1997 | " |

526

EXHIBIT 11
616

000001848

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| DRAMATIC WORKS: | | | |
| Superman Bit | Al Lewin | Sep. 7, 1945 | D95522 |
| The Adventures of Superman TV Series Scripts: | | | |
| By Hook Or Crook | Dick Hamilton/ National Comics Publications, Inc./ Superman, Inc. | Jun. 21, 1951 | DU28002 |
| The Birthday Letter | Dennis Cooper/ National Comics Publications, Inc./ Superman, Inc. | Sep. 14, 1951 | DU28872 |
| Black Magic | Dick Hamilton/ National Comics Publications, Inc./ Superman, Inc. | Sep. 14, 1951 | DU28873 |
| The Case of the Talkative Dummy | Dennis Cooper/ Lee Backman/ National Comics Publications, Inc./ Superman, Inc. | Jul. 9, 1951 | DU28242 |
| Crime Wave | Ben Peter Freeman/ National Comics Publications, Inc./ Sueprman, Inc. | Oct. 9, 1951 | DU28920 |
| Death Rides the Sky Chaser | Doris Gilbert/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28238 |
| The Deserted Village | Dick Hamilton/ Ben Peter Freeman/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28237 |

527

EXHIBIT 11
617

000001849

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Adventures of Superman TV Series Scripts: | | | |
| Engine of Death | Dennis Cooper/ Lee Backman/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28240 |
| The Evil Three | Ben Peter Freeman/ Superman, Inc./ National Comics Publications, Inc. | Oct. 9, 1951 | DU28917 |
| The Ghost Wolf | Dick Hamilton/ Superman, Inc./ National Comics Publications, Inc./ | Jul. 9, 1951 | DU28244 |
| The Haunted Lighthouse | Eugene Solow/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28876 |
| The Human Bomb | Richard Fielding/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28880 |
| The Million Dollar Mystery | Eugene Solow/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28241 |
| Murder on Stage 13 | " | Oct. 9, 1951 | DU28918 |
| Mystery In Wax | Ben Peter Freeman/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28875 |

528

EXHIBIT 11
618

000001850

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------|------------------------|--------------------|

The Adventures of Superman TV Series Scripts:

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------|------------------------|--------------------|
| Mystery of the Broken Statues | William C. Joyce/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28245 |
| Night of Terror | Ben Peter Freeman/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28874 |
| Nightmare | Richard Fielding/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28236 |
| No Holds Barred | Peter Dixon/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28871 |
| Rescue | Monroe Manning/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28878 |
| Riddle of the Chinese Jade | Richard Fielding/ Superman, Inc./ National Comics Publications, Inc. | Oct. 9, 1951 | DU28919 |
| The Secret of Superman | Wells Root/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28239 |
| Secret of the Incas | Howard Green/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28879 |

529

EXHIBIT 11
619

000001851

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Adventures of Superman TV Series Scripts: | | | |
| The Stolen Costume | Ben Peter Freeman/ Superman, Inc./ National Comics Publications, Inc. | Sep. 14, 1951 | DU28877 |
| Superman On Earth | Richard Fielding/ Superman, Inc./ National Comics Publications, Inc. | Jul. 9, 1951 | DU28243 |
| The Big Squeeze | Superman, Inc./ D C Comics, Inc. | Jul. 2, 1953 | DU34519 |
| The Defeat of Superman | " | Jul. 2, 1953 | DU34520 |
| Five Minutes To Doom | " | Jul. 2, 1953 | DU34521 |
| Superman In Exile | " | Jul. 2, 1953 | DU34522 |
| The Man Who Could Read Minds | " | Jul. 2, 1953 | DU34523 |
| The Face and The Voice | " | Jul. 2, 1953 | DU34524 |
| Panic In The Sky | " | Jul. 2, 1953 | DU34525 |
| Blackout | " | Jul. 2, 1953 | DU34526 |
| Shot In The Dark | " | Jul. 2, 1953 | DU34527 |
| My Friend Superman | " | Jul. 2, 1953 | DU34664 |
| Jungle Devil | " | Jul. 2, 1953 | DU34665 |
| The Man In The Lead Mask | " | Jul. 2, 1953 | DU34666 |
| A Ghost for Scotland Yard | " | Jul. 2, 1953 | DU34667 |
| Beware The Wrecker | " | Jul. 2, 1953 | DU34668 |
| The Dog Who Knew Superman | " | Jul. 2, 1953 | DU34670 |
| The Machine That Could Plot Crimes | " | Jul. 2, 1953 | DU34669 |
| The Clown Who Cried | " | Aug. 18, 1953 | DU34762 |
| The Killer Mountain | " | Aug. 18, 1953 | DU34763 |
| Perry White's Scoop | " | Aug. 18, 1953 | DU34764 |
| Semi-Private Eye | " | Aug. 18, 1953 | DU34765 |
| The Boy Who Hated Superman | " | Aug. 18, 1953 | DU34766 |
| The Star of Fate | " | Sep. 22, 1953 | DU35060 |
| Jimmy Olsen, Boy Editor | " | Sep. 22, 1953 | DU35066 |

530

**EXHIBIT 11**
**620**

000001852

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Adventures of Superman TV Series Scripts: | | | |
| The Golden Vulture | Superman, Inc. D C Comics, Inc. | Sep. 22, 1953 | DU35067 |
| The Lady In Black | " | Sep. 22, 1953 | DU35068 |
| The Whistling Bird | " | Nov. 18, 1953 | DU35502 |
| Around The World With Superman | " | Nov. 18, 1953 | DU35503 |
| The Seven Souvenirs | " | Nov. 15, 1954 | DU38406 |
| Clark Kent, Outlaw | " | Nov. 15, 1954 | DU38407 |
| Through The Time Barrier | " | Nov. 15, 1954 | DU38408 |
| The Bully of Dry Gulch | " | Nov. 15, 1954 | DU38409 |
| Great Caesar's Ghost | " | Nov. 15, 1954 | DU38410 |
| King For A Day | " | Nov. 15, 1954 | DU38411 |
| Flight To The North | " | Nov. 15, 1954 | DU38412 |
| The Magic Necklace | " | Nov. 15, 1954 | DU38414 |
| The Lucky Cat | " | Nov. 15, 1954 | DU38425 |
| Superman Week | " | Nov. 15, 1954 | DU38426 |
| The Talking Clue | " | Nov. 15, 1954 | DU38427 |
| Test of a Warrior | " | Nov. 15, 1954 | DU38428 |
| Olsen's Millions | " | Dec. 6, 1954 | DU38739 |
| Topsy-Turvy | Superman, Inc. | Oct. 28, 1955 | DU41057 |
| The Big Freeze | " | Oct. 28, 1955 | DU41058 |
| The Unlucky Number | " | Oct. 28, 1955 | DU41059 |
| Peril by Sea | " | Oct. 28, 1955 | DU41060 |
| The Girl Who Hired Superman | " | Oct. 28, 1955 | DU41061 |
| Joey | " | Oct. 28, 1955 | DU41062 |
| The Jolly Roger | " | Oct. 28, 1955 | DU41063 |
| The Wedding of Superman | " | Oct. 28, 1955 | DU41064 |
| The Deadly Rock | " | Oct. 28, 1955 | DU41065 |
| Blackmail | " | Oct. 28, 1955 | DU41066 |
| Dagger Island | " | Oct. 28, 1955 | DU41067 |
| The Phantom Ring | " | Oct. 28, 1955 | DU41068 |
| Jimmy The Kid | " | Oct. 28, 1955 | DU41069 |
| The Town That Wasn't | " | Oct. 19, 1956 | DU43500 |
| Tin Hero | " | Oct. 19, 1956 | DU43501 |
| Money To Burn | " | Oct. 19, 1956 | DU43502 |
| The Man Who Made Dreams Come True | " | Oct. 19, 1956 | DU43503 |
| The Tomb of Zaharan | " | Oct. 19, 1956 | DU43504 |
| Peril in Paris | " | Oct. 19, 1956 | DU43505 |
| Phoney Alibi | " | Oct. 19, 1956 | DU43506 |

531

**EXHIBIT 11**
**621**

000001853

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|

The Adventures of Superman TV Series Scripts:

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Whatever Goes Up | Superman, Inc. | Oct. 19, 1956 | DU43507 |
| The Purloined Pachyderm | " | Oct. 19, 1956 | DU43508 |
| Disappearing Lois | " | Oct. 19, 1956 | DU43562 |
| The Prince Albert Coat | " | Oct. 19, 1956 | DU43563 |
| Close Shave | " | Nov. 7, 1956 | DU43668 |
| Mister Zero | " | Nov. 7, 1956 | DU43669 |
| All That Glitters | " | Dec. 20, 1957 | DU46052 |
| The Perils of Superman | " | Dec. 20, 1957 | DU46053 |
| The Brainy Burro | " | Dec. 20, 1957 | DU46054 |
| Three In One | " | Dec. 20, 1957 | DU46055 |
| Superman's Wife | " | Dec. 20, 1957 | DU46056 |
| The Gentle Monster | " | Dec. 20, 1957 | DU46057 |
| The Big Forget | " | Dec. 20, 1957 | DU46058 |
| The Atomic Captive | " | Dec. 20, 1957 | DU46059 |
| Divide and Conquer | " | Dec. 20, 1957 | DU46060 |
| The Magic Secret | " | Dec. 20, 1957 | DU46061 |
| The Mysterious Cube | " | Dec. 20, 1957 | DU46062 |
| The Superman Silver Mine | " | Dec. 20, 1957 | DU46063 |
| The Last Knight | " | Dec. 20, 1957 | DU46064 |
| The Adventures of Super Pup | " | Dec. 20, 1957 | DU46065 |

Superboy TV Series Scripts:

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| A Super Time Trap | Lawrence L. Marcheschi, Jr. | Jun. 19, 1989 (DREG) | PAu-1-245-983 |
| Wake Up | James E. Stieglitz | Dec. 11, 1989 (DREG) | PAu1-325-427 |
| Wolfboy | Todd F. Eklof (aka Frederick Fox) | Jun. 26, 1990 (DREG) | PAu-1-389-183 |
| Solomon Grundy's Revenge | Donald I. Waldo | Aug. 10, 1990 (DREG) | PAu-1-406-473 |
| Sun and Shadow | Jane M. Kahler | Jul. 26, 1989 (DREG) | PAu-1-243-446 |

**EXHIBIT 11**

**622**

000001854

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Other Scripts and Screenplays: | | | |
| Indian Boy | Superman, Inc./ D C Comics, Inc. | Aug. 20, 1954 | DU-37730 |
| Time of Battle | " | Aug. 20, 1954 | DU-37731 |
| A Friend in New York | " | Aug. 20, 1954 | DU-37732 |
| The Death of Superman (Screenplay) | Harold Robinson | DCRE: 1976 Jul. 11, 1979 (DREG) | PAu-120-985 |
| Supergirl | Elio Romano | May 29, 1979 (DREG) | PAu-108-616 |
| Superman and the Sacred Watchdogs | Randell J. Grenier | DCRE: 1982 Jan. 31, 1983 (DREG) | PAu-477-038 |
| Superman IV-Judgement:Screenplay | Gordon Thomas Ingerson | DCRE: 1983 Jun. 12, 1984 (DREG) | PAu-623-438 |
| Superman-The Confrontation | Barry E. Taff & Kenneth P. Stoller | Jul. 8, 1985 (DREG) | PAu-739-342 |
| Superman IV Screenplay-3rd Draft | Cannon Films, Inc./ Cannon International, B.V. | Dec. 4, 1986 (DREG) | PAu-909-345 |
| Superman IV Screenplay Adaptation | D C Comics, Inc. | Aug. 1, 1987 | TX-2-132-139 |
| Superman-The Spirit of America | Macy Thompson & Basil J. Beck | Dec. 7, 1987 (DREG) | PAu-1-045-687 |
| Superman 5: Luthor's Revenge | Robert Daniels/ Wendy Drinnon | 1988 1990 | PAu-1-100-662 PAu-1-424-196 |
| Superman 5 (Two Scripts) | Gabriel Emerson Gaylord (aka Phoenix) | Feb. 2, 1989 (DREG) | PAu-1-186-806 |
| Superman Becomes Lois Lane (Play) | Susan Elizabeth Kimberly | Sept. 7, 1990 (DREG) | PAu-1-413-563 |

533

**EXHIBIT 11**
**623**

000001855

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Other Scripts and Screenplays: | | | |
| Superboy vs. The Space Zombies | Karl B. Morgan | Dec. 11, 1990 (DREG) | PAu-1-472-563 |
| Superman 5: Zod's Revenge (Screenplay) | Tyrone Robinson | Nov. 8, 1990 (DREG) | PAu-1-431-414 |
| Superman, Superego (Television screenplay) | Twentieth Century Fox Film Corporation | Mar. 21, 1991 (DREG) | PAu-1-484-868 |
| Superman, The New Movie | Kandor Productions, Inc. | DCRE: 1992 Feb. 25, 1993 (DREG) | PAu-1-712-100 |
| Superman vs. Alterno Man | Linda M. Bramble | Mar. 15, 1993 (DREG) | PAu-1-723-910 |
| Superman is Dead | Dominic Orlando | Feb. 23, 1994 (DREG) | TXu-619-976 |
| Play Ball : a treatment (Lois & Clark) | Madison Johnston | Sept 16, 1994 (DREG) | PAu-911-157 |
| Rights of Power (Lois & Clark) | Sharon Jarvis/ Anne Phyllis Pinzow | Mar. 16, 1994 (DREG) | PAu-1-843-242 |
| Almost Paradise (Lois & Clark) | Carol A. Lamb/ Janice Anne Costa | July 11, 1994 (DREG) | PAu-1-898-130 |
| Follow That Dream (Lois & Clark) | Carol A. Lamb/ Janice Anne Costa | Apr. 11, 1994 (DREG) | PAu-1-850-020 |
| Man and Superman (Lois & Clark) | Madison Johnson | May 4, 1994 (DREG) | PAu-1-859-666 |
| Double Villain (Lois & Clark) | Bruce Pecho | Aug. 18, 1995 (DREG) | PAu-2-003-683 |
| I Wake Up Dreaming (Lois & Clark) | Rita M Augustine | Sept. 29, 1995 (DREG) | PAu-2-026-827 |
| Superman Meets God Television Script | Kathy Irey | May 30, 1996 (DREG) | PAu-2-093-186 |

534

EXHIBIT 11
624

000001856

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **BROADWAY MUSICAL AND OTHER MUSIC:** | | | |
| It's A Bird, It's A Plane, It's Superman | Book by David Newman & Robert Benton/ Lyrics by Lee Adams | Oct. 20, 1966 | DU67049 |
| Vocal Selections from It's A Bird, It's A Plane, It's Superman | Lee Adams/Charles Strouse/Morley Music Co. | Sep. 19, 1966 | EP221724 |
| The Superman March | Lee Adams/Charles Strouse | June 22, 1966 | EP218213 |
| Superman Theme from It's A Bird, It's A Plane, It's Superman | Lee Adams/Charles Strouse | Aug. 17, 1966 | EP222291 |
| It's a Bird, It's A Plane, It's Superman (Musical on Videocassette) | Norman Twain Productions | Feb. 21, 1975 | PA-552-357 |
| Superman Lover | Ed Townsend | Jan. 7, 1963 | EU751904 |
| Theme and Background Music for Superman Television Series | NPP Music Corporation | May 5, 1966 | EU945240 |
| Superman Theme (Piano-Conductor Score) | Joseph Lipman/ Felisa Music,Inc. | Oct. 18, 1966 | EU962673 |
| Supergirl | Bob Marcus/Peer International Corp. | Jun. 15, 1966 | EP220504 |
| Superman | Bob Maxwell/ Freddie Fisher/ Shapiro, Bernstein & Co. | May 15, 1942 | E pub. 104749 |
| Superman | Irving Gertz | Nov. 14, 1955 | EU-416547 |

535

**EXHIBIT 11**
**625**

000001857

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| Superman | Harry Vanda/ George Young/John Eyles/J. Albert and Son, Pty. Ltd. | Mar. 24, 1972 | PA-116 |
| I Found You, Love: (Streisand/Superman) | Koppelman-Bandier Music, A Division of the 57th Street Entertainment Co., Inc./Kiki Music Corporation/ Alan Gordon | DCRE:1975 Reg: 1976 Aug. 9, 1977 | EU-654425 PA-61-902 |
| Superman Theme: The Original From The Television Series Superman | Bourne Company | 1977 Apr. 11, 1978 Mar. 29, 1979 | EU-843714 PA-43-187 PA-43-185 |
| Superman | M C A Music, K.K. & Nichion, Inc./ Ternie Suset | Dec. 20, 1978 | PA-36-772 |
| Superman/ Wonderwoman | Mego Corporation | Nov. 17, 1978 | PAu-64-012 |
| Superman Theme | Counterythm Music | DCRE: 1978 Apr. 30, 1979 (DREG) | SRu-5-141 |
| The Boy Wonder (in Superman and Other Galactic Heroes) | Grin Music Publishing Corp. & Hammer Hands, Inc./Harold Wheeler/Meco Monardo | Jan. 25, 1979 | PA-36-544 |
| The Caped Crusader (in Superman and Other Galactic Heroes) | Grin Music Publishing Corp. & Hammer Hands, Inc./Harold Wheeler/Meco Monardo | Jan. 25, 1979 | PA-36-545 |

536

**EXHIBIT 11**
**626**

000001858

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| Lord of the Jungle (in Superman and Other Galactic Heroes) | Grin Music Publishing Corp. & Hammer Hands, Inc./Harold Wheeler/Meco Monardo | Jan. 25, 1979 | PA-36-546 |
| The Amazing Amazon (in Superman and Other Galactic Heroes) | Grin Music Publishing Corp. & Hammer Hands, Inc./Harold Wheeler/Meco Monardo | Jan. 25, 1979 | PA-36-547 |
| Theme from "Superman" | Warner Brothers, Inc./ Warner-Tamerlane Publishing Corp./ Warner Brothers Publications, Inc. | Sep. 6, 1978 (DREG)<br>Dec. 29, 1978<br>May 21, 1979<br>Apr. 27, 1979<br>Apr. 30, 1979<br>Feb. 21, 1979<br>Feb. 23, 1979<br>May 29, 1979<br>Feb. 27, 1979<br>Feb. 21, 1979<br>Feb. 12, 1979<br>Dec. 10, 1979<br>Feb. 27, 1979<br>Aug. 20, 1981<br>Mar. 29, 1982 | PAu-113-721<br>PA-41-956<br>PA-45-079<br>PA-45-081<br>PA-45-082<br>PA-45-089<br>PA-45-091<br>PA-45-093<br>PA-45-129<br>PA-45-131<br>PA-45-170<br>PA-107-243<br>PA-117-585<br>PA-142-639<br>PA-144-511 |
| Theme from "Superman" | Warner-Tamerlane Publishing Corp./Warner Brothers Publications, Inc. | Nov. 19, 1979<br>Nov. 18, 1982<br>Sept. 26, 1983<br>Mar. 16, 1984<br>Oct. 16, 1985 | PA-147-201<br>PA-160-319<br>PA-202-628<br>PA-232-673<br>PA-275-649 |
| Soundtrack Selections and Photos from Superman, the Movie | Warner-Tamerlane Publishing Corp./Warner Brothers Publications, Inc. | Apr. 17, 1979 | PA-98-355 |

537

EXHIBIT 11
627

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------|------------------------|--------------------|
| MUSIC: | | | |
| Superman: A Symphonic Suite | Warner Brothers, Inc./Warner-Tamerlane Publishing Corp./Warner Brothers Publications, Inc. | Mar. 1, 1979 | PA-28-471 |
| Can You Read My Mind?: Love Theme from "Superman" | A & M Records, Inc./John Williams/ Leslie Bricusse | Jan. 23, 1979 | SR-10-954 |
| Can You Read My Mind?: Love Theme from "Superman" | Warner Brothers, Inc./ Warner-Tamerlane Publishing Corp./Warner Brothers Publications, Inc. | Dec. 10, 1978 | PA-20-921 |
| | | Dec. 29, 1978 | PA-41-957 |
| | | Mar. 6, 1979 | PA-45-086 |
| | | Feb. 15, 1979 | PA-45-087 |
| | | Jun. 8, 1979 | PA-45-090 |
| | | Feb. 22, 1979 | PA-45-104 |
| | | Feb. 15, 1979 | PA-45-105 |
| | | May 21, 1979 | PA-45-127 |
| | | Feb. 21, 1979 | PA-45-134 |
| | | Feb. 12, 1979 | PA-45-135 |
| | | Nov. 29, 1979 | PA-72-034 |
| | | Jul. 24, 1979 | PA-80-497 |
| | | May 14, 1981 | PA-118-192 |
| | | Apr. 14, 1979 | PA-123-029 |
| | | Nov. 19, 1979 | PA-128-109 |
| | | Jun. 8, 1982 | PA-142-258 |
| | | Aug. 20, 1981 | PA-142-643 |
| | | Mar. 31, 1982 | PA-160-118 |
| | | Jul. 5, 1983 | PA-179-428 |
| | | Jun. 14, 1983 | PA-180-068 |
| | | Aug. 29, 1983 | PA-196-522 |
| | | Aug. 10, 1983 | PA-203-998 |
| | | Aug. 10, 1983 | PA-213-657 |
| | | Mar. 30, 1984 | PA-217-467 |
| | | Feb. 9, 1984 | PA-219-825 |
| | | Mar. 19, 1984 | PA-221-079 |
| | | Aug. 30, 1984 | PA-226-186 |
| | | Oct. 26, 1984 | PA-230-153 |
| | | Dec. 14, 1984 | PA-239-826 |

538

**EXHIBIT 11**

628

000001860

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| MUSIC: | | | |
| Suite For Concert Band | Warner Brothers, Inc./Warner-Tamerlane Publishing Corp./Warner Brothers Publications,Inc. | Mar. 12, 1979 | PA-45-142 |
| Superman, TV Theme | Bourne Company | Apr. 2, 1979 | PA-29-651 |
| Greatest Science Fiction Hits II | G N P Crescendo Record Company, Inc. | Aug. 15, 1980 | SR-21-125 |
| Superman, Batman Fly Away | Mego Corporation | Jan. 25, 1980 (DREG) | PAu-168-918 |
| Superboy | Editions Musicales Sirocco/Slim Pezin | Jul. 15, 1981 | PA-125-455 |
| Superman:Danzon | Peer International Corporation | DCRE: 1957 Jun. 23, 1981 | PA-119-788 |
| (Wish I Could Fly Like) Superman | Davray Music, Ltd./ Ray Davies (Entertainments) Ltd. | Jan. 20, 1979 | PA-142-090 |
| Superman | Bluebeard Music, Ltd. | Feb. 19, 1982 | PA-180-451 |
| Love theme from Superman III | W B Music Corp-oration/Giorgio Moroder | July 1, 1983 | PA-181-259 |
| Golden Era of Sci Fi (Superman Melody by Leon Klatzkin) | Ron Hubbard/Tamia H. Arbuckle/ Richard G. Cruzen | Dec. 23, 1982 | PA-184-939 |
| Saving the Factory-The Acid Test (Superman III) | Warner-Tamerlane Publishing Corporation/ W B Music Corporation | June 1, 1983 | PA-186-734 |

539

**EXHIBIT 11**
**629**

000001861

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| MUSIC: | | | |
| Gus Finds A Way (Superman III) | W B Music Corporation | June 1, 1983 | PA-186-735 |
| The Two Faces of Superman (Superman III) | Warner-Tamerlane Publishing Corporation/ W B Music Corporation | June 1, 1983 | PA-186-736 |
| The Struggle Within-Final Victory (Superman III) | Warner-Tamerlane Publishing Corporatin/ W B Music Corporation | June 1, 1983 | PA-186-737 |
| Rock On (Superman III) | W B Music Corporation/ Giorgio Moroder | June 1, 1983 | PA-186-738 |
| No See, No Cry (Superman III) | " | June 1, 1983 | PA-186-739 |
| The Won't Get Me (Superman III) | " | June 1, 1983 | PA-186-740 |
| Love Theme (Superman III) | " | June 1, 1983 | PA-186-741 |
| The Streets of Metropolis (Superman III) | W B Music Corporation/ Ken Thorne | June 1, 1983 | PA-193-976 |
| Superman | W B Music Corporation/Gravity Raincoat Music/ Michael Sembello | Sep. 12, 1983 | PA-195-018 |
| Love theme from Superman III | W B Music Corporation/Giorgio Moroder/Warner Brothers Publications, Inc. | Oct. 25, 1983 | PA-199-688 |

540

EXHIBIT 11
630

000001862

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| MUSIC: | | | |
| Rock On (Superman III) | W B Music Corporation/Warner Brothers Publications, Inc. | Sept. 2, 1983 | PA-202-314 |
| No See, No Cry; They Won't See Me (Superman III) | " | Sept. 2, 1983 | PA-202-315 |
| Love theme from Superman III | W B Music Corporation/Giorgio Moroder/Warner Brothers Publications, Inc. | Aug. 9, 1983 | PA-217-883 |
| Love theme from Superman III | " | Aug. 9, 1983 | PA-220-271 |
| Main Title (Supergirl) | Warner-Tamerlane Publishing Corp. | Nov. 9, 1984 | PA-259-601 |
| The Monster Tractor (Supergirl) | " | Nov. 9, 1984 | PA-259-602 |
| The Map (Supergirl) | " | Nov. 9, 1984 | PA-259-603 |
| The Flying Car (Supergirl) | " | Nov. 9, 1984 | PA-259-604 |
| A New School (Supergirl) | " | Nov. 9, 1984 | PA-259-605 |
| Monster Storm (Supergirl) | " | Nov. 9, 1984 | PA-259-606 |
| The Bracelet (Supergirl) | " | Nov. 9, 1984 | PA-259-607 |
| Where's Linda? (Supergirl) | " | Nov. 9, 1984 | PA-259-608 |
| The Butterfly (Supergirl) | " | Nov. 9, 1984 | PA-259-609 |
| First Flight (Supergirl) | " | Nov. 9, 1984 | PA-259-610 |

541

**EXHIBIT 11**
**631**

000001863

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| MUSIC: | | | |
| Black Magic (Supergirl) | Warner-Tamerlane Publishing Corp. | Nov. 9, 1984 | PA-259-611 |
| Where Is She? (Supergirl) | " | Nov. 9, 1984 | PA-259-612 |
| 9M-3 (Supergirl) | " | Nov. 9, 1984 | PA-259-613 |
| End title (Supergirl) | " | Nov. 9, 1984 | PA-259-614 |
| Superman | E M I Music Publishing, Ltd./ Dheverani Coleman | Aug. 26, 1986 | PA-343-807 |
| Superman | Warner Brothers Records, Inc. | DCRE: 1988 Dec. 19, 1988 | PA-412-680 SR-97-318 |
| Supergirl | John Sawoski & Judy Lamppu | Aug. 11, 1988 | PAu-1-137-269 |
| You've Gotta Have Rainbows (From the Musical Superboy) | Hinshaw Music, Inc. | DCRE: 1988 Feb. 22, 1990 | PA-503-321 |
| Adventures of Superboy | Anthony Figueroa | Aug. 24, 1988 | PAu-1-132-423 |
| Lost Visitor; Lois Lane | Big Plantation Music/ Joyner, Davies, Neill, Fleminger, Byars, Grogan, Allen, Sullivan, Kmack, Brown | May 1, 1990 | PA-498-337 |
| Superman; Out of Sight | James Stanley Gooch, Jr. | Dec. 21, 1991 | PA-554-072 |
| El Superman | Buenavida Music Publishing Company/ Juan Gamez/Juan Jose Vasquez | Aug. 18, 1992 | PA-604-539 |

542

**EXHIBIT 11**

632

000001864

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------|------------------------|---------------------|
| MUSIC: | | | |
| Superman | Irving Music, Inc./ Wedding Song Music/ Failsafe Music/ Richard Butler/ Tim Butler | Aug. 2, 1994 | PA-717-078 |
| Superman | De Luna Publishing/ Francisco Morales/ David Morales | Feb. 1, 1994 | PA-764-567 |
| Superman III | W B Music Corporation/ Dovemead, Ltd. | June 15, 1983 (DREG) | PAu-561-325 |
| Superman | Samuel Harrison Wooten | DCRE: 1983 | PAu-571-421 |
| Superman | Vanessa Music Corporation | DCRE: 1984 | PAu-633-743 |
| Superman | Song Yard Music/ Vogue Music/ Blaise Tosti/Danny Tate | DCRE: 1985 | PAu-734-239 |
| Superman | Francis J. Valle/ Marshall Anthony Depka | DCRE: 1985 | PAu-770-516 |
| Superman's Ghost | Benny Bird Co., Inc. | Aug. 6, 1985 | PA-262-654 |
| Superman | Red Brazos Music, Inc./Careers-BMG Music Publishing, Inc./ Urge Music | DCRE: 1987 | PAu-1-585-419 |
| Superman | Young Legend Songs/Chrysalis Music/Justin Reinhardt | DCRE: 1994 | PAu-1-954-252 |

543

**EXHIBIT 11**
**633**

000001865

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| Disco Rocket (Includes "Superman") | K-Tel Int'l, Inc | Nov. 11, 1977 | SR-14-913 |
| Disco Rocket (Includes "Superman") | K-Tel Int'l, Inc. | Nov. 18, 1977 | SR-21-285 |
| 10 Mistakes (Includes "Superman") | Ariola-Bendix, B.V. | Sept. 1, 1977 | SR-7-682 |
| Disco Party (Includes "Superman") | T.K. Productions, Inc. | Mar. 13, 1978 | SR-4-654 |
| Nina Hagen Band (Includes "Superboy") | C B S Schallplatten, G.m.b.H. | Sept. 1, 1978 | SR-25-237 |
| Donna Fargo--Her Greatest Recordings- (Includes "Superman") | A.B.C. Records,Inc. | DCRE: 1978 Mar. 15, 1978 | SR-2-837 |
| Superman | Atlantic Recording Corporation | Dec. 4, 1978 | SR-4-893 |
| Grimes Brothers Collection (Includes "Superman") | Rober Curtis McCleskey/Chris John Grimes/Doug Arthur Grimes & David Evans Namerdy | June 15, 1978 (DREG) | SRu-567 |
| Superman-The Movie: Original Sound Track | Warner Brothers Records, Inc. | Dec. 15, 1978 | SR-6-230 |
| Number One Country Hits of the 70's Includes "Superman") | C B S, Inc./ Inter-Continental Music Corporation | Oct. 30, 1978 | SR-6-685 |
| Superman | Schnickelfritz (Freddie) Fisher | Sept. 17, 1940 | E unp. 232642 |

544

**EXHIBIT 11**
**634**

000001866

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|-------|----------------|------------------------|--------------------|
| MUSIC: | | | |
| Can You Read My Mind?: Love Theme from "Superman" | Liberty/United Records, Inc. | Jan. 5, 1979 | SR-6-189 |
| Superman and Other Galactic Heroes (Themes from Superman) | Casablanca Record and FilmWorks, Inc. | Jan. 25, 1979 | SR-6-479 |
| Can You Read My Mind? : Love Theme From "Superman" | Warner Brothers Records, Inc | Jan. 26, 1979 | SR-7-573 |
| Music from Superman & Other Great Themes From Space | Alshire Int'l. | Mar. 15, 1979 | SR-7-763 |
| Andre Kostelanetz Plays The Theme From Superman etc. | C B S, Inc. | May 25, 1979 | SR-9-741 |
| Can You Read My Mind? : Love Theme From "Superman" . | A & M Records, Inc. | Jan. 23, 1979 | SR-10-954 |
| Low Budget (Includes ["Wish I Could Fly Like] Superman") | Arista Records, Inc. | June 27, 1979 | SR-11-844 |
| Greatest Science Fiction Hits (Includes "Can You Read My Mind?" and "Superman") | G N P Creshendo Record Company, Inc | Aug. 30, 1979 | SR-12-768 |
| Superman, The Record | Lyle McPheeters & Grover Miskovsky | Mar. 16, 1979 | SR-12-867 |
| Super Disco From the Movie "Superman" | Springboard Int'l Records | Jan. 31, 1979 | SR-12-934 |

545

EXHIBIT 11
635

000001867

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| Super Movie Themes: Just a Little Bit Different | 20th Century Fox Record Corporation | Feb. 23, 1979 | SR-16-110 |
| Gotta Go Disco (Includes "Superman") | Kimbo Educational | Oct. 17, 1979 | SR-20-652 |
| The Heart of Country (Includes "Superman") | C B S, Inc | DCRE: 1979 Mar. 11, 1980 | SR-20-508 |
| The Best Songs of The Year 1979 (Includes "Can You Read My Mind?") | Ardee Music Publishing, Inc | Feb. 4, 1980 | SR-16-975 |
| One For The Road | Arista Records, Inc. | June 4, 1980 | SR-18-577 |
| Mary Rice & Co. Children's Songs (Includes "Superman") | Mary Margaret Rice | June 30, 1980 | SR-22-767 |
| Superman II: Original Soundtrack | Warner Brothers Records, Inc. | Dec. 31, 1980 | SR-24-355 |
| Classic Space Themes (Includes "Superman") | Pickwick Int'l, Inc. | Aug. 15, 1980 | SR-25-457 |
| Superman E P | O R B Productions/ Craig Luckin | DCRE: 1980 | SRu-76-749 |
| You Light Up My Life (Includes "Can You Read My Mind") | Ardee Music Publishing, Inc | Jan. 2, 1981 | SR-25-268 |
| The United States Naval Academy Drum & Bugle Corps (Includes "Theme From Superman") | Richardson Records | Apr. 16, 1982 | SR-34-491 |

546

**EXHIBIT 11**
**636**

000001868

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| The Romantic Strings Play Today's Most Beautiful Music (Includes March & Love Theme from Superman) | Ardee Music Publishing, Inc. | June 24, 1982 | SR-36-420 |
| Theme From E.T., the Extra-Terrestrial, and More (Includes Themes from Superman) | M C A Records, Inc. | Aug. 27, 1982 | SR-38-779 |
| Diet Pepsi Aerobic Program (Includes "Superman II") | C B S, Inc. | DCRE: 1982 Mar. 14, 1983 | SR-52-723 |
| Piano Hits (Includes Theme from Superman) | K-Tel Int'l, Inc. | Mar. 3, 1983 | SR-44-252 |
| Gloria + 9 (Includes "Superman") | C B S, Inc. | Jan. 15, 1983 | SR-44-424 |
| Superman III: original sound track | Warner Brothers Records, Inc. | June 6, 1983 | SR-46-136 |
| Ewok Celebration (Includes Love Theme from Superman III) | Arista Records, Inc. | July 28, 1983 | SR-47-177 |
| Bossa Nova Hotel (Includes "Superman") | Warner Brothers Records, Inc. | Sept. 19, 1983 | SR-49-136 |
| Jazzercisin'-- Looking Good (Includes Theme from Superman) | M C A Records, Inc. | Aug. 26, 1983 | SR-49-202 |
| I Love Music (Includes Love theme from Superman III) | Hoctor Records, a division of Dance Records, Inc. | June 15, 1984 | SR-57-133 |

547

**EXHIBIT 11**

637

000001869

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| Time Warp (Includes "Superman") | Telarc Int'l Corporation | Dec. 15, 1984 | SR-106-844 |
| Voice of M Songbook (Includes "Superman") | Voice of M Music Company | Aug. 1, 1985 | SR-85-701 |
| 40 TV Movie Themes: Vol. 2 (Includes "Superman") | Michele Audio Corporation/ Ann Gerhart | June 24, 1985 | SR-193-530 |
| Superman | Voice of M Music Company | Aug. 1, 1985 | SR-85-702 |
| Superman | Int'l. Record Syndicate, Inc. | Nov. 3, 1986 | SR-73-334 |
| Come Dancing With The Kinks (Includes "[Wish I Could Fly Like] Superman") | Arista Records, Inc. | May 29, 1986 | SR-73-641 |
| By Request, The Best of John Williams and the Boston Pops Orchestra (Includes "Superman") | PolyGram Int'l Music, B.V. | DCRE: 1986 Dec. 15, 1987 | SR-114-164 |
| Life's Rich Pageant (Includes "Superman") | Int'l Record Syndicate, Inc. | July 28, 1986 | SR-119-213 |
| 40 TV Show & Movie Themes: Vol. 1 (Includes "Superman II") | Michele Audio Corporation/ Ann Gerhart | Apr. 10, 1986 | SR-193-527 |
| Superman Superman | Maria Rey Gonzalez Susan Carol Conte/ Steven Bogle | Oct. 14, 1986 (DREG) DCRE: 1987 Mar. 14, 1988 (DREG) | SRu-100-683 SRu-129-512 |

548

**EXHIBIT 11**

638

000001870

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| MUSIC: | | | |
| Only A Heartbeat Away (Includes "The Superman") | Star Song Records | Mar. 30, 1987 | SR-83-773 |
| Star Tracks II (Includes "Superman-The Planet Krypton") | Telarc International Corporation | Aug. 15, 1987 | SR-93-308 |
| From Out Of The Green Dawn; Superman, Man of Steel, series #1 | M P I, Inc./ Joe Raposo | DCRE: 1988 Apr. 4, 1989 | SR-107-330 |
| Superman Theme; Superman, Man of Steel, series #1 | M P I, Inc./ Joe Raposo | DCRE: 1988 Apr. 4, 1989 | PA-432-621 |
| The Story of the Century (Superman: no. 2) | MPI, Inc. | DCRE: 1988 Apr. 4, 1989 | SR-125-899 |
| One Night In Gotham City (Superman: no. 3) | MPI, Inc. | DCRE: 1988 Apr. 4, 1989 | SR-125-900 |
| Enemy Mine (Superman: no. 4) | MPI, Inc. | DCRE: 1988 Apr. 4, 1989 | SR-125-855 |
| The Mirror, Crack'd (Superman: no. 5) | MPI, Inc. | DCRE: 1988 Apr. 4, 1989 | SR-125-851 |
| The Haunting (Superman: no. 6) | MPI, Inc. | DCRE: 1988 Apr. 4, 1989 | SR-125-850 |
| Queen Elvis (Includes "Superman") | A & M Records, Inc. | Feb. 21, 1989 | SR-102-484 |
| Potion (Includes "Superman Meets Wonderwoman") | Intercon Music Corporation | Oct. 12, 1989 | SR-111-948 |

**EXHIBIT 11**
**639**

000001871

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **MUSIC:** | | | |
| The Superman Band | Redwood LaChapel/ Felix Herrada/ John Fincher | Oct. 18, 1989 | PAu-1-294-973 |
| The Very Best of the Boston Pops (Includes Love Theme From Superman) | PolyGram Int'l Music, B.V. | DCRE: 1991 May 15, 1992 | SR-186-102 |
| Award Winning Movie Themes of the 70's (Includes "Superman-the Movie") | Michele Audio Corporation | Sep. 20, 1993 | SR-198-262 |
| Super Hero Teen (Lois & Clark) | American Broad-casting Music, Inc. | DCRE: 1993 May 13, 1994 (DREG) | PAu-1-899-345 |
| Super Hero Adult (Lois & Clark) | American Broad-casting Music, Inc. | DCRE: 1993 May 13, 1994 (DREG) | PAu-1-899-346 |
| Lois & Clark (main title theme) | Warner Borthers Publications, Inc. | May 20, 1994 | PA-732-114 |
| Devotion (Includes "Superman") | Giant Records | Jan. 11, 1994 | SR-185-375 |
| Best of Sci-Fi (Includes Theme from Superman) | Dominion Entertainment, Inc. | Sept. 1, 1995 | SR-171-189 |
| Many Faces (Includes "Superman") | Johnny B./ John Wilson | Oct. 20, 1995 | SR-184-122 |
| Award Winning Movie Themes of the 80's (Includes "Superman II") | Michele Audio Corporation | DCRE: 1995 Mar. 1, 1996 | SR-219-296 |
| Oz Factor (Includes "Superman") | Sony Music Entertainment, Inc. | Mar. 27, 1996 | SR-222-651 |

550

**EXHIBIT 11**
**640**

000001872

3.    The grant to which this Notice of Termination applies is a one page agreement between Detective Comics, Inc. and Jerome Siegel and Joe Shuster, co-authors of the comic book/strip SUPERMAN, identified as follows: An Agreement executed on or about March 1, 1938, which states in part that the co-authors are selling and transferring to Detective Comics, Inc., the comic strip SUPERMAN,

"all good will attached thereto and exclusive right to the use of the characters and story, continuity and title of strip contained therein, to you [Detective] and your assigns to have and hold forever and to be your exclusive property. . . "

The Agreement included at the time all SUPERMAN works in existence up through said date (March 1, 1938), which included the above described SUPERMAN story in a form suitable for comic book publication, the thirteen page SUPERMAN comic book story and its cover, the twenty-four (24) days (i.e., four weeks) of previously unpublished SUPERMAN newspaper comic strips from which the thirteen pages were derived, a seven page synopsis of the last 18 days (i.e., weeks 2, 3, & 4) of said 24 days of strips, an untitled paragraph previewing future SUPERMAN exploits, fifteen SUPERMAN daily comic strips (12 strips & 3 scripts), and a nine page synopsis covering an additional two months of daily (at 6 days per week) comic strips of SUPERMAN.  As affirmed in Siegel v. National Periodical Pub., Inc., 508 F.2d 909 (2d Cir. 1974), said Agreement also granted Detective Comics, Inc. rights in the future, including renewal rights.

4.    The effective date of termination shall be April 16, 1999.

2-March 1, 1938 Agreement

551

**EXHIBIT 11**
**641**

000001873

5.      Jerome Siegel died on January 28, 1996.  Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel.  Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above.  To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.


Dated: March 30, 1997

                                        _____
                                        Joanne Siegel
                                        13900 Panay Way, R-115
                                        Marina del Rey, CA 90292


                                        _____
                                        Laura Siegel Larson
                                        6400 Pacific Avenue, No. 106
                                        Playa del Rey, CA 90293

552

000001874

**EXHIBIT 11**
642

## CERTIFICATE OF INVESTIGATION

I hereby certify that before serving the foregoing document described as NOTICE OF

TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM, and pursuant

to 37 C.F.R. Section 201.10(d), I caused a reasonable investigation to be made on behalf of

Joanne Siegel and Laura Siegel Larson as to the current ownership of the rights being

terminated, by commissioning a search of U.S. copyright records, including a search of the

records in the U.S. Copyright Office.

I declare under penalty of perjury that the foregoing is true and correct. Executed this

_____ day of April, 1997, at Washington, DC.


ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

2-March 1, 1938 Agreement

553

**EXHIBIT 11**

643

000001875

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the foregoing document described as NOTICE OF

TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL TERM was served

this 3 day of April, 1997, by First Class Mail, postage prepaid, upon the following:

Time Warner Inc.
c/o Gerald M. Levin
Chairman of the Board & C.E.O.
75 Rockefeller Plaza
New York, NY 10019

Time Warner
Entertainment Company, L.P.
75 Rockefeller Plaza
New York, NY 10019

Warner Communications Inc.
75 Rockefeller Plaza
New York, NY 10019

Warner Bros. Inc.
c/o Robert Daly and Terry Semel
Co-Chairmen of the Board & Co-C.E.O.
4000 Warner Boulevard
Burbank, CA 91522

DC Comics Inc.
c/o Jenette Kahn
President & Editor In Chief
1700 Broadway
New York, NY 10019

DC Comics,
a New York General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway
New York, NY 10019

Warner Bros. Television
c/o Tony Jonas, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Bros. Worldwide Licensing
c/o George Jones, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Music Group
c/o Robert Daly and Terry Semel
Co-Chairmen
75 Rockefeller Plaza
New York, NY 10019

Dark Horse Publications
c/o Michael Richardson, President
10956 S.E. Main St.
Milwaukie, OR 97222

Marvel Entertainment Group, Inc.
c/o Scott Sassa, C.E.O.
387 Park Ave. South
New York, NY 10016

Hasbro, Inc.
c/o Alan Hassenfeld, C.E.O.
1027 Newport Ave.
Pawtucket, RI 02861

Fleer/Skybox International
c/o Ed Feeley, President & C.E.O.
1120 Route 73
Mt. Laurel, NJ 08054

Golden Books Publishing
1220 Mound Ave.
Racine, WI 53404

2-March 1, 1938 Agreement

554

**EXHIBIT 11**

644

000001876

Inverse Ink
TAO Research Corporation
c/o Lingtao Wang, President
785A Castro Street
Mountain View, CA 94041


I declare under penalty of perjury that the foregoing is true and correct.

ARTHUR J. LEVINE, Esq.
FINNEGAN, HENDERSON,
FARABOW, GARRETT & DUNNER, L.L.P.
1300 "I" Street, N.W.
Washington, DC 20005
(202) 408-4000
Counsel for Joanne Siegel
and Laura Siegel Larson

**EXHIBIT 11**
**646**