# EXHIBIT 12

# GANG, TYRE, RAMER & BROWN, INC.
### ATTORNEYS AT LAW

NORMAN R. TYRE
HERMIONE K. BROWN
BRUCE M. RAMER
CHARLES A. SCOTT
DONALD S. PASSMAN
HAROLD A. BROWN
LAWRENCE D. ROSE

JEFFREY M. MANDELL
KEVIN S. MARKS
GREGG HARRISON
NANCY L. BOXWELL
BARBARA SILBERBUSCH
ONDRAUS JENKINS

TOM R. CAMP
J. EUGENE SALOMON, JR.
OF COUNSEL

MARTIN GANG (1901-1998)

132 SOUTH RODEO DRIVE
BEVERLY HILLS, CALIFORNIA 90212-2403
(310) 777-4800
FAX (310) 777-4801

October 19, 2001

**VIA TELECOPIER and U.S. MAIL**

John A. Schulman, Esq.
Executive Vice President/General Counsel
Warner Bros. Pictures
4000 Warner Boulevard
Main Administration, Room 226
Burbank, CA 91522-0022

      Re:    <u>Siegel Family – "Superman"</u>

Dear John:

      This is to confirm our telephone conversation of October 19, 2001. The Siegel Family (through Joanne Siegel and Laura Siegel Larson, the majority owners of the terminated copyright interests) has accepted D.C. Comics offer of October 16, 2001 in respect of the "Superman" and "Spectre" properties. The terms are as follows:

      A.    <u>Definitions</u>.

            1.    "The Property" means all Superman, Superboy and related properties (including, for example, Supergirl, Steel, Lois & Clark and Smallville), and the Spectre property, and includes all pre- and post-termination works (including the so-called Superman library), characters, names and trademarks relating to the Property.

            2.    "Superman/Spectre Gross Revenues" means DC Comics' worldwide gross revenues derived from the Property, excluding only revenues derived from D.C. Comic's publications.

      B.    <u>Financial Terms</u>.

            1.    A non-returnable, but recoupable advance of $2,000,000.

236172.1

**000000693**

**EXHIBIT 12**
**647**

GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.
October 19, 2001
Page 2

2.    A non-returnable, non-recoupable signing bonus of 1,000,000.

3.    D.C. Comics will forgive the $250,000 advance from last year – stated otherwise, that payment will not reduce the advance or bonus, nor shall it be recoupable (contrary to Paragraph 3 of the January 12, 2001 letter agreement).

4.    There will be an annual guarantee of $500,000 per year payable for 10 years beginning March 31, 2002. The annual guarantee is recoupable from royalty payments (under 5 and 6 below). The annual guarantee is paid March 31st of each year. If at the end of the annual guarantee period (i.e., 10 years), D.C. is unrecouped, the annual guarantee will be reduced to $100,000 or 25% of the average royalties for the previous three years (recomputed each year), whichever is greater (for so long as D.C. is unrecouped). If D.C. is recouped, then the annual guarantee will be 75% of the average royalties for the previous three years, which is recomputed each year.

5.    A royalty of 6% of Superman/Spectre Gross Revenues. This applies (without limitation) to the use of the entire Property, including the so-called Superman library , in any and all media now or hereafter known (excluding DC Comics publications), in or on merchandise and in promotional campaigns. This royalty applies when the Property is used alone or is licensed for motion picture and television projects in accordance with the "safe harbor" motion picture and television deals discussed in Paragraph C(10). This 6% royalty will be adjusted pro-rata when the Property is used in conjunction with other book characters (other than in a "cameo" type of appearance), but in no event less than 3% except that the royalty can be further reduced to (a) 1.5% in the case of Justice League of America, "Superfriends" and "Superheros" merchandise and licensing, and (b) 1% in extraordinary cases such as D.C. Comics/Warner Bros. overall license to Six Flags (which involves numerous characters, including D.C. Comic's characters and Looney Toones characters)[1].

6.    A royalty of 1% of the cover price of DC Comics' publications. This

---

[1] This reduction would not apply to a license for a "Superman" specific ride or attraction.

236172.1

000000694

EXHIBIT 12
648

# GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.
October 19, 2001
Page 3

royalty applies when the Property is used alone, and will be adjusted pro-rata when the Property is used in conjunction with other comic book characters (other than in a "cameo" type of appearance), but in no event less than 0.5%.

7.   Recoupment begins as of January 1, 2000.

8.   During the first calendar year in which advances/guaranteed payments are made there shall be no interest. Thereafter (that is, beginning January 1 of the following year), there shall be interest at the prime lending rate, and this interest is also recoupable.

9.   Annual guarantees and royalties (if D.C. is fully recouped) are paid for the duration of U.S. copyright of Action Comics No. 1. However, for motion picture and television product released near the end of the term, royalties will continue to be paid as follows: (a) for a motion picture released near the end of the term, royalties shall be paid for five years from the initial theatrical release even if some part of that five year period is after the U.S. copyright expires, (b) for television series, royalties will be paid through the full first run of the series, plus three years thereafter (so as to pick up at least the first syndication sale), even if that period is after the U.S. copyright term expires, and (c) for other substantial projects (akin to motion picture and television projects), royalties shall be paid for five years from the initial theatrical release of such project, even if some part of that five year period is after the U.S. copyright expires.

C.   <u>Other Terms.</u>

1.   The Siegel Family would transfer all of its rights in the "Superman" and "Spectre" properties (including "Superboy"), resulting in 100% ownership to D.C. Comics, as between the Siegel Family and D.C. Comics.

2.   If for any legal reason, there cannot be a transfer of all rights at this time, everything in this deal applies as a prepayment to any future transfer, except $100,000 per year would not be applicable against the compensation (if any) for a future transfer. This would <u>not</u> result in additional monies upon perfecting the "Spectre" termination. Rather, and by way of example, in the unlikely situation that the law changes, and this transfer is somehow

236172.1

000000695

**EXHIBIT 12**
**649**

# GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.
October 19, 2001
Page 4

invalidated or limited by operation of law, and there is a future court judgment against D.C. Comics, this deal would apply against the amount of such judgement, except to the extent of $100,000 per year. For the sake of clarity, this provision will not in any circumstance reduce the monies due the Siegel Family under this deal.

3.    Until the expiration of the U.S. copyright for Action Comics No. 1, there will be a credit on "Superman" comics and other publications, movies and television programs that reads: "By Special Arrangement with the Jerry Siegel Family". The size and placement of credit is to be in D.C. Comics' discretion.

4.    D.C. shall accord credit along the lines of "Superman created by Jerry Siegel and Joe Shuster", "Created by Jerry Siegel and Joe Shuster" or "Based on the characters created by Jerry Siegel and Joe Shuster" or "Superboy created by Jerry Siegel" or "The Spectre created by Jerry Siegel and Bernard Bailey" (as applicable) on motion pictures (main titles on screen, paid ads), television programs (main titles), all publications, and on all other works where credit to creators is customary.

5.    The accounting statements will be rendered March 31st, and if royalty payments are due for the previous calendar year, they will be paid at the same time (along with the annual guarantee for the then present year).

6.    In respect of the monies due under this rights deal, D.C. Comics will pay directly 47.5% to Joanne Siegel, 23.75% to Laura Siegel Larson, 23.75 % to Michael Siegel, and 5% to Gang, Tyre, Ramer & Brown, Inc. (counsel to the Siegel Family).

7.    Joanne, Laura and Michael can assign or otherwise dispose of all or part of their monetary contractual entitlements under this deal (other than insurance) up to a maximum of three times each.

8.    D.C. Comics to provide medical and dental insurance for Michael and Laura, and Laura's children for so long as they are minors. Laura is also to be reimbursed for the costs of medical and dental insurance for her and her sons since November 2000.

236172.1

000000696

**EXHIBIT 12**
**650**

# GANG, TYRE, RAMER & BROWN, INC.

John A. Schulman, Esq.
October 19, 2001
Page 5

9.   DC Comics to provide the opportunity for the Siegel Family to be informed about major developments (e.g., motion pictures, television programs, theme park attractions, major changes planned in publications), and the Siegel Family will have an opportunity to give its input, but this does not rise to the level of a consultation right. The Siegel Family will be informed of such developments early enough in the development process so that their opportunity to give input is meaningful.

10.  Siegel Family to have full audit rights. Intra-company transactions will be covered by "safe harbors" established at a level consistent with the Salkind Superman theatrical motion picture deal, the "Lois & Clark" television program deal, the WB Television Animation deal, and the existing fee arrangements with Warner Bros. Consumer Products. There will be an expedited dispute resolution procedure for challenging intra-company deals which fall outside the safe harbors. D.C. would also include in the "safe harbors" the Salkind or other deals as they may be reduced, but only (i) where another character of comparable stature to "Superman" (e.g., "Batman") is used in a comparable manner in connection with the same project, (ii) on a prorata basis with the adjustment in the other character's rights deal, and (iii) in all events, the reduction shall be no less than 50% or the original rights deal.

11.  At the end of the U.S. Copyright term, the Siegel Family agrees that it will not exploit the Property, even though it is in the public domain.

12.  The Siegel Family would agree to execute further documents, and D.C. Comics would be appointed as attorney-in-fact to execute such documents if the Siegel Family fails to do so within a reasonable period of time.

13.  Siegel Family would not make any warranties as to the nature of rights, but would represent that they have not transferred the rights to any party. The Siegel Family would agree that there will be no interference with the Superman rights, or disparagement of D.C. Comics. D.C. Comics and AOL Time Warner agree not to disparage the Siegel Family.

14.  Full E&O and general liability coverages, and full indemnities for Joanne Siegel, Laura Siegel Larson, and Michael Siegel against liability for DC or affiliate actions.

236172.1

000000697

**EXHIBIT 12**
**651**

GANG, TYRE, RAMER & BROWN, INC.
John A. Schulman, Esq.
October 19, 2001
Page 6

It is also agreed that Joanne's widow's benefits (including both payments and insurance), are to continue for her life, and will not be treated as an advance against this deal, and are not recoupable from this deal.

John, if there is any aspect of the above that is somehow misstated, please let me know by Monday at 2:00, as I will be out of the office – and likely difficult to reach – for the following four weeks.

Many thanks for help and patience in reaching this monumental accord.

Sincerely,

GANG, TYRE, RAMER & BROWN, INC.

By Kevin S. Marks

KSM:ljl

cc:    Joanne Siegel
       Laura Siegel Larson
       Bruce Ramer
       Don Bulson

236172.1

000000698

**EXHIBIT 12**
**652**

# EXHIBIT 13

Notice of Termination of Transfer
Covering Extended Renewal Term

*Superboy*

000000612

EXHIBIT 13
653

## NOTICE OF TERMINATION OF TRANSFER
## COVERING EXTENDED RENEWAL TERM

To:  AOL Time Warner Inc.
     c/o Richard D. Parsons
     Chief Executive Officer
     75 Rockefeller Plaza
     New York, NY 10019

     Time Warner
     Entertainment Company, L.P.
     c/o Barry M. Meyer
     Chairman & C.E.O.
     75 Rockefeller Plaza
     New York, NY 10019

     Warner Bros. Inc.
     c/o Barry M. Meyer
     Chairman & C.E.O
     4000 Warner Boulevard
     Burbank, CA 91522

     Warner Communications Inc.
     75 Rockefeller Plaza
     New York, NY 10019

     Warner Bros. Television
     c/o Peter Roth
     President
     4000 Warner Boulevard
     Burbank, CA 91522

     Warner Music Group
     c/o Roger Ames
     Chairman & C.E.O.
     75 Rockefeller Plaza
     New York, NY 10019

     Warner Bros. Worldwide
     Consumer Products
     c/o Dan Romanelli, President
     4000 Warner Boulevard
     Burbank, CA 91522

Warner Publisher Services, Inc.
c/o Rich Jacobsen
President
135 W. 50th Street, 7th Floor
New York, NY 10020

AOL Time Warner Book Group, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

Warner Books, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

Little, Brown and Company, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

DC Comics, Inc.
c/o Paul Levitz
President & Publisher
1700 Broadway, 7th Floor
New York, NY 10019

DC Comics, a General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway, 7th Floor
New York, NY 10019

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019

000000613

**EXHIBIT 13**
**654**

Milton Bradley Co.
Division of Hasbro Inc.
c/o David E. Wilson
President
433 Shaker Road
East Longmeadow, MA 01028

Hasbro, Inc.
c/o Alan Hassenfeld
Chief Executive Officer
1027 Newport Avenue
Pawtucket, RI 02861

Wildstorm Productions
c/o Jim Lee
Editor & Director
888 Prospect Street, Suite 240
La Jolla, CA 92037

Dark Horse Publications
c/o Michael Richardson
President
10956 S.E. Main St.
Milwaukie, OR 97222

Cantharus Productions, N.V.
c/o Ilya Salkind
8965 Bay Cove Ct.
Orlando, FL 32819

Hallmark Entertainment, Inc.
c/o Robert Halmi, Jr.
Chairman
1325 Avenue of the Americas
21st Floor
New York, NY 10019

Marvel Entertainment Group, Inc.
c/o F. Peter Cuneo
President & C.E.O.
10 East 40th Street, 9th Floor
New York, NY 10016

Golden Books Publishing
c/o Amy Jarashow
Associate Publisher
1540 Broadway
New York, NY 10036

Random House Golden Books for
Young Readers
c/o Kate Klimo
Vice President & Publisher
1540 Broadway
New York, NY 10036

Inkworks
c/o Allan Caplan
President & CEO
4320 Delta Lake Dr.
Raleigh, NC 27612

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014

Scholastic, Inc.
c/o Richard Robinson
Chairman & CEO
557 Broadway
New York, NY 10012

2

000000614

**EXHIBIT 13**
**655**

PLEASE TAKE NOTICE that pursuant to Section 304(c) of the Copyright Law (Title 17,

U.S.C.) and the regulations issued thereunder by the Register of Copyrights, 37 C.F.R.

section 201.10, the undersigned Joanne Siegel and Laura Siegel Larson, being the

persons who own an interest sufficient to terminate transfers pursuant to said statutory

provisions, hereby terminate the grant of the transfer of renewal copyright(s) made in

that certain Agreement dated May 19, 1948 between Jerome Siegel and Joe Shuster,

on the one hand, and National Comics Publications, Inc., Independent News Co., Inc.,

The McClure Newspaper Syndicate, Harry Donenfeld, Jacob S. Liebowitz, Paul H.

Sampliner and Wayne Boring, on the other hand; and in that certain Agreement dated

December 23, 1975 between Jerome Siegel and Joe Shuster, on the one hand, and

Warner Communications, Inc., on the other hand, and the undersigned set forth in

connection therewith the following:

1.      The names and addresses of the grantees and/or successors in

title whose rights are being terminated are as follows: AOL Time Warner Inc., 75

Rockefeller Plaza, New York, NY 10019; Time Warner Entertainment Company, L.P.,

75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Inc., 4000 Warner Boulevard,

Burbank, CA 91522; Warner Communications Inc., 75 Rockefeller Plaza, New York, NY

10019; Warner Bros. Television, 4000 Warner Boulevard, Burbank, CA 91522; Warner

Music Group, 75 Rockefeller Plaza, New York, NY 10019; Warner Bros. Worldwide

Consumer Products, 4000 Warner Boulevard, Burbank, CA 91522; Warner Publisher

Services, 135 W. 50th Street, 7th Floor, New York, N.Y. 10020; AOL Time Warner Book

Group, Inc., 1271 Avenue of the Americas, New York, NY 10020; Warner Books, Inc.,

1271 Avenue of the Americas, New York, NY 10020; Little, Brown, and Company, 1271

000000615

**EXHIBIT 13**
**656**

Avenue of the Americas, New York, NY 10020; DC Comics Inc., 1700 Broadway, 7th Floor, New York, NY 10019; DC Comics, A General Partnership, 1700 Broadway, 7th Floor, New York, NY 10019; DC Direct, c/o DC Comics, 1700 Broadway, 7th Floor, New York, NY 10019; Milton Bradley Co., Division of Hasbro, Inc., 433 Shaker Road, East Longmeadow, MA 01028; Hasbro, Inc., 1027 Newport Ave., Pawtucket, RI 02861; Wildstorm Productions, 888 Prospect Street, Suite 240, La Jolla, CA 92037; Dark Horse Publications, 10956 S.E. Main St., Milwaukie, OR 97222; Cantharus Productions, N.V., 8965 Bay Cove Ct., Orlando, FL 32819; Hallmark Entertainment, Inc., 1325 Avenue of the Americas, 21st Floor, New York, NY 10019; Marvel Entertainment Group, Inc., 10 East 40th Street, 9th Floor, New York, NY 10016; Golden Books Publishing, 1540 Broadway, New York, NY 10036; Random House Golden Books for Young Readers, 1540 Broadway, New York, NY 10036; Inkworks, 4320 Delta Lake Drive, Raleigh, NC 27612; DK Publishing, Inc., 375 Hudson Street, New York, NY 10014; Scholastic, Inc., 557 Broadway, New York, NY 10012. Pursuant to 37 C.F.R. Section 201.10(d), service of this notice is being made by first class mail, and additionally, by certified mail, return receipt requested, to the above grantees or successors at the addresses shown.

2.    Each work to which this Notice of Termination applies is as follows: The title of the original copyrighted work to which this Notice of Termination applies is SUPERBOY, which was published and embodied in the illustrated comic book story in More Fun Comics, No. 101, January-February, 1945 issue, for which copyright was originally secured on November 23, 1944 under Copyright Registration No. B653651 and which was published in or about November 18, 1944. SUPERBOY and this work were previously adjudicated to have been based upon and embodied in the character,

concept, script and scenario solely written and created by Jerome Siegel and to be a separate and distinct copyrighted work and character from the copyrighted work and character, SUPERMAN.[1] Renewal for the work was made July 17, 1972, in the name of National Periodical Publications, Inc., claiming as proprietor of copyright, under Copyright Renewal Registration No. R532582. SUPERBOY and the aforesaid work were based upon and embodied the following works to which this Notice of Termination also applies: (i) a three page summary or synopsis of the concept and plan for a new comic strip to be known as SUPERBOY solely originated, created, conceived and written by Jerome Siegel (c. 1938) and submitted by Jerome Siegel to Detective Comics, Inc. on or about November 30, 1938; and (ii) a complete thirteen page script containing the continuity, plan and dialogue for the first "release" or "releases" of the proposed new comic strip, SUPERBOY, the concept and character of SUPERBOY and the entire plan for the future publication of SUPERBOY, solely originated, created,

---

[1] In <u>Jerome Siegel and Joseph Shuster v. National Comic Publications, Inc. et al.</u>, Supreme Court of the State of New York, Case No. 1099-1947(1948), the Court signed findings of fact and conclusions of law on April 12, 1948 (from which neither side perfected an appeal) including, without limitation, that on or about November 30, 1938, Jerome Siegel submitted to Detective Comics, Inc. for its consideration a synopsis or summary of the conception and plan for a new comic strip entitled SUPERBOY (attached as Exhibit 16 thereto); that during December, 1940 Jerome Siegel submitted to Detective Comics, Inc. for its further consideration a complete script (attached as Exhibit 36 thereto) containing the continuity, plan and dialogue for the first "release" or "releases" of SUPERBOY, the concept and character of SUPERBOY and the entire plan for the future publication of SUPERBOY, all set forth by Jerome Siegel with detail and particularity; that the comic strip, SUPERBOY, published by Detective Comics, Inc. embodied and was based upon the idea, plan, conception and direction contained in said original material solely created by Jerome Siegel; that SUPERMAN did not contain the plan, scheme, idea or conception of the comic strip SUPERBOY and that SUPERBOY was a work different and distinct from SUPERMAN; that the publication of all such comic strip material entitled SUPERBOY by Detective Comics, Inc. was at all times without the permission of Jerome Siegel; and accordingly, that Jerome Siegel, was the originator and owner of the comic strip feature, SUPERBOY, and had the sole and exclusive right to create, sell and distribute comic strip material under the title SUPERBOY, of the type and nature theretofore published by Detective Comics, Inc. Subsequent to these court findings, the parties entered into the above referenced agreement dated May 19, 1948 wherein Jerome Siegel assigned rights in SUPERBOY to National Periodical Publications, Inc., to which assignment this Notice of Termination applies, without limitation. In <u>Jerome Siegel and Joseph Shuster v. National Comic Publications, Inc. et al.</u>, 364 F. Supp. 1032, 1033 (S.D.N.Y. 1973), aff'd in part, 508 F.2d 909 (2nd Circuit 1974), the Court held that the aforementioned findings by the Supreme Court of the State of New York in 1948 are binding and that any dispute with respect thereto is barred by the doctrines of *res judicata* and *collateral estoppal*.

5

000000617

**EXHIBIT 13**
**658**

conceived, and written by Jerome Siegel in detail and with particularity, and submitted

by Jerome Siegel to Detective Comics, Inc. on or about December, 1940. The

remaining works to which this Notice of Termination applies[2] are:

| Title | Name of Author[3] | Date Copyright Secured[4] | Copyright Reg. No. |
|---|---|---|---|
| **SUPERBOY IN[5]:** | | | |
| More Fun Comics#101 | Detective Comics, Inc. | Nov. 18, 1944 | B653651 |
| More Fun Comics#102 | " | Jan. 16, 1945 | B661073 |
| More Fun Comics#103 | " | Mar. 20, 1945 | B669959 |
| More Fun Comics#104 | " | May 28 1945 | B679484 |
| More Fun Comics#105 | " | July 23 1945 | B687306 |
| More Fun Comics#106 | " | Sept. 23, 1945 | B696308 |
| More Fun Comics#107 | " | Nov. 20, 1945 | B701661 |

---

[2] This Notice of Termination applies to each and every work (in any medium whatsoever, whenever created) that includes or embodies any character, story element, or indicia reasonably associated with SUPERBOY or the SUPERBOY stories, such as, without limitation, *Superboy, Smallville, Lana Lang* and *Pete Ross*. Every reasonable effort has been made to find and list herein every such SUPERBOY-related work ever created. Nevertheless, if any such work has been omitted, such omission is unintentional and involuntary, and this Notice also applies to each and every such omitted work.

[3]Pursuant to 37 C.F.R § 201.10(b)(1)(ii), this Notice includes the name of at least one author of each work to which this notice of termination applies. The listing of any corporation as author of any work is done per the practice shown in Copyright Office records, and is not to be construed as an admission that any given work is or was a "work made for hire;" nor is anything else herein to be construed as any such admission. Nothing contained in this Notice of Termination shall be construed to in any way limit or waive any right or remedy that the undersigned might have, at law or in equity, with respect to the subject matter hereof, all of which is hereby expressly reserved.

[4]Regarding works governed by the 1976 Copyright Act as to "Date Copyright Secured," and commencing in 1978, the records of the U.S. Copyright Office list only the year of creation, rather than the day, month, and year of creation. Accordingly, for every registered post-1977 *published work* whose year of creation is the same as its year of publication, only the specific publication date (month, day, and year) will be given, and the year therein will constitute the year of creation. For every registered post-1977 *published work* whose year of creation differs from its year of publication, the year of creation will be given (e.g., "DCRE: 1979" [i.e., "Date Created; 1979"]), followed by the specific publication date. For every registered post-1977 *unpublished work* whose year of creation is the same as its year of registration, only the specific registration date (month, day, and year) followed by the designation "(DREG)" [i.e., "Date Registered"] will be given, and the year therein will constitute the year of creation. For every registered post-1977 *unpublished work* whose year of creation differs from its year of registration, the year of creation will be given (e.g. "DCRE: 1979"), followed by the specific registration date.

[5] "SUPERBOY IN:" means any and all works as described in footnote no. 2.

000000618

**EXHIBIT 13**
**659**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #103 | Detective Comics, Inc | Feb. 25, 1946 | B10729 |
| Adventure Comics #104 | " | Mar. 26, 1946 | B16106 |
| Adventure Comics #105 | " | Apr. 23, 1946 | B18577 |
| Adventure Comics #106 | " | May 22 1946 | B24371 |
| Adventure Comics #107 | " | Jun. 19, 1946 | B26595 |
| Adventure Comics #108 | " | Jul. 22, 1946 | B30049 |
| Adventure Comics #109 | " | Aug. 19, 1946 | B34035 |
| Adventure Comics #110 | " | Sep. 23, 1946 | B40315 |
| Adventure Comics #111 | " | Oct. 21, 1946 | B50224 |
| Adventure Comics #112 | " | Nov. 20, 1946 | B50224 |
| Adventure Comics #113 | National Comics Publications, Inc | Dec. 18, 1946 | B55663 |
| Adventure Comics #114 | " | Jan. 22, 1947 | B60632 |
| Adventure Comics #115 | " | Feb. 19, 1947 | B63437 |
| Adventure Comics #116 | " | Mar. 19, 1947 | B68976 |
| Adventure Comics #117 | " | Apr. 21, 1947 | B73542 |
| Adventure Comics #118 | " | May 12 1947 | B78377 |
| Adventure Comics #119 | " | Jun. 18, 1947 | B83287 |
| Adventure Comics #120 | " | Jul. 21, 1947 | B88104 |
| Adventure Comics #121 | " | Aug. 20, 1947 | B93830 |
| Adventure Comics #122 | " | Sep. 17, 1947 | B97348 |
| Adventure Comics #123 | " | Oct. 20, 1947 | B102774 |
| Adventure Comics #124 | " | Nov. 19, 1947 | B106643 |
| Adventure Comics #125 | " | Dec. 17, 1947 | B112479 |
| Adventure Comics #126 | " | Jan. 19, 1948 | B118353 |
| Adventure Comics #127 | " | Feb. 18, 1948 | B123413 |
| Adventure Comics #128 | " | Mar. 17, 1948 | B126013 |
| Adventure Comics #129 | " | Apr. 19, 1948 | B132341 |
| Adventure Comics #130 | " | May 19 1948 | B137544 |
| Adventure Comics #131 | " | Jun. 21, 1948 | B142664 |
| Adventure Comics #132 | " | Jul. 21, 1948 | B148381 |
| Adventure Comics #133 | " | Aug. 18, 1948 | B150760 |
| Adventure Comics #134 | " | Sep. 21, 1948 | B155947 |
| Adventure Comics #135 | " | Oct. 20, 1948 | B163757 |
| Adventure Comics #136 | " | Nov. 22, 1948 | B164844 |
| Adventure Comics #137 | " | Dec. 20, 1948 | B170947 |
| Adventure Comics #138 | " | Jan. 19, 1949 | B174170 |
| Adventure Comics #139 | " | Feb. 21, 1949 | B181317 |
| Adventure Comics #140 | " | Mar. 21, 1949 | B183703 |
| Adventure Comics #141 | " | Apr. 18, 1949 | B187985 |
| Adventure Comics #142 | " | May 16 1949 | B192148 |
| Adventure Comics #143 | " | Jun. 13, 1949 | B201549 |
| Adventure Comics #144 | " | Jul. 13, 1949 | B200985 |
| Adventure Comics #145 | " | Aug. 10, 1949 | B204878 |
| Adventure Comics #146 | " | Sep. 14, 1949 | B209684 |
| Adventure Comics #147 | " | Oct. 12, 1949 | B213787 |

000000619

**EXHIBIT 13**
**660**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #148 | National Comics Publications, Inc. | Nov. 9, 1949 | B218658 |
| Adventure Comics #149 | " | Dec. 12, 1949 | B2233185 |
| Adventure Comics #150 | " | Jan. 11, 1950 | B227466 |
| Adventure Comics #151 | " | Feb. 13, 1950 | B232839 |
| Adventure Comics #152 | " | Mar. 15, 1950 | B237264 |
| Adventure Comics #153 | " | Apr. 12, 1950 | B241464 |
| Adventure Comics #154 | " | May 15 1950 | B251802 |
| Adventure Comics #155 | " | Jun. 14, 1950 | B250770 |
| Adventure Comics #156 | " | Jul. 12, 1950 | B255107 |
| Adventure Comics #157 | " | Aug. 14, 1950 | B259664 |
| Adventure Comics #158 | " | Aug. 30, 1950 | B262142 |
| Adventure Comics #159 | " | Oct. 16, 1950 | B269351 |
| Adventure Comics #160 | " | Nov. 15, 1950 | B274320 |
| Adventure Comics #161 | " | Dec. 13, 1950 | B285875 |
| Adventure Comics #162 | " | Jan. 15, 1951 | B283202 |
| Adventure Comics #163 | " | Feb. 14, 1951 | B288385 |
| Adventure Comics #164 | " | Mar. 14, 1951 | B294211 |
| Adventure Comics #165 | " | Apr. 18, 1951 | B298235 |
| Adventure Comics #166 | " | May 16 1951 | B302250 |
| Adventure Comics #167 | " | Jun. 18, 1951 | B307545 |
| Adventure Comics #168 | " | Jul. 18, 1951 | B311681 |
| Adventure Comics #169 | " | Aug. 15, 1951 | B315505 |
| Adventure Comics #170 | " | Sep. 12, 1951 | B319753 |
| Adventure Comics #171 | " | Oct. 10, 1951 | B325100 |
| Adventure Comics #172 | " | Nov. 12, 1951 | B329243 |
| Adventure Comics #173 | " | Dec. 10, 1951 | B333341 |
| Adventure Comics #174 | " | Jan. 14, 1952 | B341399 |
| Adventure Comics #175 | " | Feb. 18, 1952 | B343598 |
| Adventure Comics #176 | " | Mar. 19, 1952 | B348590 |
| Adventure Comics #177 | " | Apr. 16, 1952 | B353895 |
| Adventure Comics #178 | " | May 21 1952 | B358501 |
| Adventure Comics #179 | " | Jun. 23, 1952 | B365609 |
| Adventure Comics #180 | " | Jul. 21, 1952 | B369047 |
| Adventure Comics #181 | " | Aug. 27, 1952 | B375148 |
| Adventure Comics #182 | " | Sep. 29, 1952 | B381743 |
| Adventure Comics #183 | " | Oct. 27, 1952 | B387266 |
| Adventure Comics #184 | " | Nov. 26, 1952 | B390463 |
| Adventure Comics #185 | " | Dec. 24, 1952 | B395409 |
| Adventure Comics #186 | " | Jan. 26, 1953 | B401394 |
| Adventure Comics #187 | " | Feb. 23, 1953 | B404017 |
| Adventure Comics #188 | " | Mar. 23, 1953 | B408359 |
| Adventure Comics #189 | " | Apr. 22, 1953 | B414020 |
| Adventure Comics #190 | " | May 25 1953 | B418504 |
| Adventure Comics #191 | " | Jun. 24, 1953 | B423416 |
| Adventure Comics #192 | " | Jul. 27, 1953 | B428048 |
| Adventure Comics #193 | " | Aug. 24, 1953 | B432483 |

000000620

EXHIBIT 13
661

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #194 | National Comics Publications, Inc. | Sep. 23, 1953 | B436210 |
| Adventure Comics #195 | " | Oct. 26, 1953 | B441322 |
| Adventure Comics #196 | " | Nov. 23, 1953 | B446558 |
| Adventure Comics #197 | " | Dec. 21, 1953 | B452382 |
| Adventure Comics #198 | " | Jan. 25, 1954 | B455189 |
| Adventure Comics #199 | " | Feb. 22, 1954 | B460173 |
| Adventure Comics #200 | " | Mar. 22, 1954 | B466013 |
| Adventure Comics #201 | " | Apr. 26, 1954 | B471483 |
| Adventure Comics #202 | " | May 25 1954 | B476179 |
| Adventure Comics #203 | " | Jun. 23, 1954 | B482515 |
| Adventure Comics #204 | " | Jul. 26, 1954 | B488387 |
| Adventure Comics #205 | " | Aug. 23, 1954 | B492295 |
| Adventure Comics #206 | " | Sep. 22, 1954 | B498353 |
| Adventure Comics #207 | " | Oct. 26, 1954 | B501991 |
| Adventure Comics #208 | " | Nov. 28, 1954 | B512302 |
| Adventure Comics #209 | " | Dec. 28, 1954 | B512315 |
| Adventure Comics #210 | " | Jan. 25, 1955 | B517280 |
| Adventure Comics #211 | " | Feb. 22, 1955 | B521149 |
| Adventure Comics #212 | " | Mar. 27, 1955 | B526646 |
| Adventure Comics #213 | " | Apr. 26, 1955 | B531742 |
| Adventure Comics #214 | " | May 29 1955 | B537117 |
| Adventure Comics #215 | " | Jun. 28, 1955 | B541878 |
| Adventure Comics #216 | " | Jul. 26, 1955 | B546316 |
| Adventure Comics #217 | " | Aug. 28, 1955 | B550987 |
| Adventure Comics #218 | " | Sep. 27, 1955 | B557403 |
| Adventure Comics #219 | " | Oct. 25, 1955 | B562013 |
| Adventure Comics #220 | " | Nov. 27, 1955 | B566823 |
| Adventure Comics #221 | " | Dec. 27, 1955 | B570424 |
| Adventure Comics #222 | " | Jan. 29, 1956 | B576905 |
| Adventure Comics #223 | " | Feb. 26, 1956 | B581206 |
| Adventure Comics #224 | " | Mar. 27, 1956 | B585288 |
| Adventure Comics #225 | " | Apr. 24, 1956 | B589970 |
| Adventure Comics #226 | " | May 29 1956 | B595677 |
| Adventure Comics #227 | " | Jun. 26, 1956 | B599846 |
| Adventure Comics #228 | " | Jul. 29, 1956 | B605983 |
| Adventure Comics #229 | " | Aug. 28, 1956 | B609320 |
| Adventure Comics #230 | " | Sep. 25, 1956 | B615103 |
| Adventure Comics #231 | " | Oct. 28, 1956 | B618686 |
| Adventure Comics #232 | " | Nov. 27, 1956 | B623826 |
| Adventure Comics #233 | " | Dec. 25, 1956 | B627606 |
| Adventure Comics #234 | " | Jan. 27, 1957 | B633646 |
| Adventure Comics #235 | " | Feb. 26, 1957 | B639252 |
| Adventure Comics #236 | " | Mar. 26, 1957 | B643559 |
| Adventure Comics #237 | " | Apr. 28, 1957 | B649728 |
| Adventure Comics #238 | " | May 28 1957 | B654517 |
| Adventure Comics #239 | " | Jun. 25, 1957 | B659037 |

a

000000621

**EXHIBIT 13**
**662**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #240 | National Comics Publications, Inc. | Jul. 28, 1957 | B668843 |
| Adventure Comics #241 | " | Aug. 27, 1957 | B673667 |
| Adventure Comics #242 | " | Sep. 24, 1957 | B673647 |
| Adventure Comics #243 | " | Oct. 29, 1957 | B678211 |
| Adventure Comics #244 | Superman, Inc. | Nov. 25, 1957 | B682792 |
| Adventure Comics #245 | " | Dec. 29, 1957 | B688083 |
| Adventure Comics #246 | " | Jan. 30, 1958 | B693013 |
| Adventure Comics #247 | " | Feb. 27, 1958 | B698143 |
| Adventure Comics #248 | " | Mar. 27, 1958 | B703821 |
| Adventure Comics #249 | " | Apr. 28, 1958 | B708560 |
| Adventure Comics #250 | " | May 29 1958 | B713730 |
| Adventure Comics #251 | " | Jul. 1, 1958 | B718878 |
| Adventure Comics #252 | " | Jul. 31, 1958 | B724696 |
| Adventure Comics #253 | " | Aug. 28, 1958 | B730409 |
| Adventure Comics #254 | " | Sep. 30, 1958 | B740304 |
| Adventure Comics #255 | " | Oct. 30, 1958 | B739430 |
| Adventure Comics #256 | " | Nov. 26, 1958 | B745037 |
| Adventure Comics #257 | " | Dec. 30, 1958 | B749657 |
| Adventure Comics #258 | " | Jan. 29, 1959 | B758227 |
| Adventure Comics #259 | " | Feb. 26, 1959 | B760219 |
| Adventure Comics #260 | " | Mar. 31, 1959 | B766169 |
| Adventure Comics #261 | " | Apr. 30, 1959 | B770474 |
| Adventure Comics #262 | " | May 28 1959 | B776577 |
| Adventure Comics #263 | " | Jun. 30, 1959 | B781340 |
| Adventure Comics #264 | " | Jul.30, 1959 | B787335 |
| Adventure Comics #265 | " | Aug. 27, 1959 | B795878 |
| Adventure Comics #266 | " | Sep. 29, 1959 | B796675 |
| Adventure Comics #267 | " | Oct. 29, 1959 | B801722 |
| Adventure Comics #268 | " | Nov. 25, 1959 | B805893 |
| Adventure Comics #269 | " | Dec. 31, 1959 | B812703 |
| Adventure Comics #270 | " | Jan. 28, 1960 | B818538 |
| Adventure Comics #271 | " | Mar. 1, 1960 | B822971 |
| Adventure Comics #272 | " | Mar. 31, 1960 | B827832 |
| Adventure Comics #273 | " | Apr. 28, 1960 | B832763 |
| Adventure Comics #274 | " | May 31 1960 | B838529 |
| Adventure Comics #275 | " | Jun. 30, 1960 | B843722 |
| Adventure Comics #276 | " | Jul. 28, 1960 | B849819 |
| Adventure Comics #277 | " | Aug. 30, 1960 | B855190 |
| Adventure Comics #278 | " | Sep. 29, 1960 | B859917 |
| Adventure Comics #279 | " | Oct. 27, 1960 | B865129 |
| Adventure Comics #280 | " | Nov. 29, 1960 | B870920 |
| Adventure Comics #281 | " | Dec. 29, 1960 | B876912 |
| Adventure Comics #282 | " | Jan. 31, 1961 | B881744 |
| Adventure Comics #283 | " | Feb. 28, 1961 | B887089 |
| Adventure Comics #284 | " | Mar. 30, 1961 | B893058 |
| Adventure Comics #285 | " | Apr. 27, 1961 | B899518 |

10

000000622

EXHIBIT 13
663

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #286 | National Periodical Publications, Inc. | May 31 1961 | B904953 |
| Adventure Comics #287 | " | Jun. 29, 1961 | B910701 |
| Adventure Comics #288 | " | Jul. 27, 1961 | B916378 |
| Adventure Comics #289 | " | Aug. 31, 1961 | B921890 |
| Adventure Comics #290 | | Sep. 28, 1961 | B926549 |
| Adventure Comics #291 | " | Oct. 26, 1961 | B931900 |
| Adventure Comics #291 | " | Oct. 31, 1961 | B939730 |
| Adventure Comics #292 | " | Nov. 30, 1961 | B938476 |
| Adventure Comics #293 | " | Dec. 28, 1961 | B944584 |
| Adventure Comics #294 | " | Jan. 30, 1962 | B948551 |
| Adventure Comics #295 | " | Feb. 27, 1962 | B954826 |
| Adventure Comics #296 | " | Mar. 29, 1962 | B960971 |
| Adventure Comics #297 | " | Apr. 26, 1962 | B966922 |
| Adventure Comics #298 | " | May 29 1962 | B972533 |
| Adventure Comics #299 | " | Jun. 28, 1962 | B981037 |
| Adventure Comics #300 | " | Jul. 26, 1962 | B986175 |
| Adventure Comics #301 | " | Aug. 30, 1962 | B993475 |
| Adventure Comics #302 | " | Sep. 27, 1962 | B994958 |
| Adventure Comics #303 | " | Oct. 30, 1962 | B3776 |
| Adventure Comics #304 | " | Nov. 29, 1962 | B8387 |
| Adventure Comics #305 | " | Dec. 27, 1962 | B12168 |
| Adventure Comics #306 | " | Jan. 31, 1963 | B18251 |
| Adventure Comics #307 | " | Feb. 28, 1963 | B26147 |
| Adventure Comics #308 | " | Mar. 28, 1963 | B29886 |
| Adventure Comics #309 | " | Apr. 25, 1963 | B35690 |
| Adventure Comics #310 | | May 29 1963 | B42116 |
| Adventure Comics #311 | " | Jun. 27, 1963 | B48222 |
| Adventure Comics #312 | " | Jul. 25, 1963 | B51888 |
| Adventure Comics #313 | " | Aug. 22, 1963 | B58435 |
| Adventure Comics #314 | " | Sep. 26, 1963 | B65410 |
| Adventure Comics #315 | " | Oct. 29, 1963 | B73875 |
| Adventure Comics #316 | " | Nov. 27, 1963 | B75195 |
| Adventure Comics #317 | " | Dec. 26, 1963 | B84911 |
| Adventure Comics #318 | " | Jan. 30, 1964 | B90572 |
| Adventure Comics #319 | " | Feb. 27, 1964 | B100812 |
| Adventure Comics #320 | " | Mar. 26, 1964 | B104069 |
| Adventure Comics #321 | " | Apr. 30, 1964 | B108081 |
| Adventure Comics #322 | | May 28 1964 | B114025 |
| Adventure Comics #323 | " | Jun. 25, 1964 | B120060 |
| Adventure Comics #324 | " | Jul. 30, 1964 | B125859 |
| Adventure Comics #325 | " | Aug. 27, 1964 | B132520 |
| Adventure Comics #326 | " | Sep. 24, 1964 | B142931 |
| Adventure Comics #327 | " | Oct. 29, 1964 | B146616 |
| Adventure Comics #328 | " | Nov. 25, 1964 | B152436 |
| Adventure Comics #329 | " | Dec. 31, 1964 | B161250 |

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #330 | National Periodical Publications, Inc. | Jan. 28, 1965 | B170126 |
| Adventure Comics #331 | " | Feb. 25, 1965 | B170148 |
| Adventure Comics #332 | " | Mar. 25, 1965 | B176472 |
| Adventure Comics #333 | " | Apr. 29, 1965 | B184891 |
| Adventure Comics #334 | " | May 27 1965 | B190108 |
| Adventure Comics #335 | " | Jun. 24, 1965 | B198258 |
| Adventure Comics #336 | " | Jul. 29, 1965 | B202871 |
| Adventure Comics #337 | " | Aug. 26, 1965 | B209264 |
| Adventure Comics #338 | " | Sep. 30, 1965 | B218981 |
| Adventure Comics #339 | " | Oct. 28, 1965 | B223838 |
| Adventure Comics #340 | " | Nov. 25, 1965 | B234876 |
| Adventure Comics #341 | " | Dec. 23, 1965 | B235628 |
| Adventure Comics #342 | " | Jan. 27, 1966 | B243650 |
| Adventure Comics #343 | " | Feb. 24, 1966 | B248305 |
| Adventure Comics #344 | " | Mar. 29, 1966 | B253326 |
| Adventure Comics #345 | " | Apr. 28, 1966 | B263901 |
| Adventure Comics #346 | " | May 26 1966 | B265888 |
| Adventure Comics #347 | " | Jun. 28, 1966 | B273495 |
| Adventure Comics #348 | " | Jul. 28, 1966 | B280080 |
| Adventure Comics #349 | " | Aug. 30, 1966 | B285862 |
| Adventure Comics #350 | " | Sep. 29, 1966 | B294784 |
| Adventure Comics #351 | " | Oct. 27, 1966 | B298367 |
| Adventure Comics #352 | " | Nov. 29, 1966 | B306515 |
| Adventure Comics #353 | " | Dec. 27, 1966 | B310107 |
| Adventure Comics #354 | " | Jan. 31, 1967 ("In notice: 1966") | B318369 |
| Adventure Comics #355 | " | Feb. 28, 1967 ("In notice:1966") | B330052 |
| Adventure Comics #356 | " | Mar. 30, 1967 ("In notice: 1966") | B335619 |
| Adventure Comics #357 | " | Apr. 27, 1967 ("In notice: 1966") | B342516 |
| Adventure Comics #358 | " | May 31 1967 ("In notice: 1966") | B348769 |
| Adventure Comics #359 | " | Jun. 29, 1967 ("In notice: 1966") | B354869 |
| Adventure Comics #360 | " | Jul. 27, 1967 | B361811 |
| Adventure Comics #361 | " | Aug. 29, 1967 | B398933 |
| Adventure Comics #362 | " | Sep. 28, 1967 | B374568 |
| Adventure Comics #363 | " | Oct. 31, 1967 ("In notice: 1966") | B383108 |
| Adventure Comics #364 | " | Nov. 30, 1967 | B390998 |
| Adventure Comics #365 | " | Dec. 26, 1867 | B394722 |
| Adventure Comics #366 | " | Jan. 30, 1968 | B400390 |
| Adventure Comics #367 | " | Feb. 29, 1968 | B408488 |

12

000000624

**EXHIBIT 13**
**665**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #368 | National Periodical Publications, Inc. | Mar. 28, 1968 | B417394 |
| Adventure Comics #369 | " | Apr. 30, 1968 | B425688 |
| Adventure Comics #370 | " | May 28 1968 | B430037 |
| Adventure Comics #371 | " | Jun. 27, 1968 | B437174 |
| Adventure Comics #372 | " | Jul. 30, 1968 | B475858 |
| Adventure Comics #373 | " | Aug. 29, 1968 | B451744 |
| Adventure Comics #374 | " | Sep. 26, 1968 | B458609 |
| Adventure Comics #375 | " | Oct. 29, 1968 | B462535 |
| Adventure Comics #376 | " | Nov. 26, 1968 ("In notice: 1969") | B472911 |
| Adventure Comics #377 | " | Dec. 26, 1968 ("In notice: 1969") | B473708 |
| Adventure Comics #378 | " | Jan. 30, 1969 | B482564 |
| Adventure Comics #379 | " | Feb. 27, 1969 | B486672 |
| Adventure Comics #380 | " | Mar. 27, 1969 | B493996 |
| Adventure Comics #381 | " | Apr. 29, 1969 | B502203 |
| Adventure Comics #382 | " | May 29 1969 | B511736 |
| Adventure Comics #383 | " | Jun. 26, 1969 | B518438 |
| Adventure Comics #384 | " | Jul. 29, 1969 | B522213 |
| Adventure Comics #385 | " | Aug. 28, 1969 | B530406 |
| Adventure Comics #386 | " | Sep. 30, 1969 | B537986 |
| Adventure Comics #387 | " | Oct. 30, 1969 | B542630 |
| Adventure Comics #388 | " | Nov. 26, 1969 ("In notice: 1970") | B557515 |
| Adventure Comics #389 | " | Dec. 24, 1969 ("In notice: 1970") | B557524 |
| Adventure Comics #390 | " | Jan. 8, 1970 | B557509 |
| Adventure Comics #391 | " | Jan. 27, 1970 | B562925 |
| Adventure Comics #392 | " | Feb. 24, 1970 | B569377 |
| Adventure Comics #393 | " | Mar. 26, 1970 | B577444 |
| Adventure Comics #394 | " | Apr. 30, 1970 | B587851 |
| Adventure Comics #395 | " | May 28 1970 | B588857 |
| Adventure Comics #396 | " | Jun. 30, 1970 | B599862 |
| Adventure Comics #397 | " | Jul. 30, 1970 | B602200 |
| Adventure Comics #398 | " | Aug. 27, 1970 | B613944 |
| Adventure Comics #399 | " | Sep. 29, 1970 | B616733 |
| Adventure Comics #400 | " | Oct. 29, 1970 | B624933 |
| Adventure Comics #401 | " | Nov. 25, 1970 ("In notice: 1971") | B630123 |
| Adventure Comics #402 | " | Dec. 29, 1970 ("In notice: 1971") | B640188 |
| Adventure Comics #403 | " | Jan. 7, 1971 | B640202 |
| Adventure Comics #404 | " | Jan. 28, 1971 | B648151 |
| Adventure Comics #405 | " | Feb. 25, 1971 | B652094 |
| Adventure Comics #406 | " | Mar. 30, 1971 | B659398 |

13

000000625

**EXHIBIT 13**
**666**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #407 | National Periodical Publications, Inc. | Apr. 29, 1971 | B670614 |
| Adventure Comics #408 | " | May 27 1971 | B678468 |
| Adventure Comics #409 | " | Jun. 29, 1971 | B680475 |
| Adventure Comics #410 | " | Jul. 29, 1971 | B690077 |
| Adventure Comics #411 | " | Aug. 31, 1971 | B691761 |
| Adventure Comics #412 | " | Sep. 30, 1971 | B699768 |
| Adventure Comics #413 | " | Oct. 28, 1971 | B710258 |
| Adventure Comics #414 | " | Nov. 30, 1971 | B717458 |
| Adventure Comics #415 | " | Dec. 30, 1971 | B720641 |
| Adventure Comics #416 | " | Jan. 4, 1972 | B720023 |
| Adventure Comics #417 | " | Jan. 27, 1972 | B727692 |
| Adventure Comics #418 | " | Feb. 29, 1972 | B733654 |
| Adventure Comics #419 | " | Mar. 30, 1972 | B742461 |
| Adventure Comics #420 | " | Apr. 27, 1972 | B750643 |
| Adventure Comics #421 | " | May 30 1972 | B782812 |
| Adventure Comics #422 | " | Jun. 29, 1972 | B767134 |
| Adventure Comics #423 | " | Jul. 27, 1972 | B778670 |
| Adventure Comics #424 | " | Aug. 31, 1972 | B790588 |
| Adventure Comics #425 | " | Oct. 26, 1972 | B802438 |
| Adventure Comics #426 | " | Dec. 28, 1972 | B815934 |
| Adventure Comics #427 | " | Feb. 27, 1973 | B822526 |
| Adventure Comics #428 | " | Apr. 26, 1973 | B834408 |
| Adventure Comics #429 | " | Jun. 29, 1973 | B851864 |
| Adventure Comics #430 | " | Aug. 30, 1973 | B873769 |
| Adventure Comics #431 | " | Oct. 30, 1973 | B914925 |
| Adventure Comics #432 | " | Dec. 27, 1973 | B914926 |
| Adventure Comics #433 | " | Feb. 28, 1974 | B914868 |
| Adventure Comics #434 | " | Aug. 30, 1974 | B962461 |
| Adventure Comics #435 | " | Jun. 27, 1974 | B992457 |
| Adventure Comics #436 | " | Aug. 29, 1974 | B2526 |
| Adventure Comics #437 | " | Oct. 31, 1974 | B5605 |
| Adventure Comics #438 | " | Dec. 31, 1974 | B11245 |
| Adventure Comics #439 | " | Feb. 27, 1975 | B32766 |
| Adventure Comics #440 | " | Apr. 29, 1975 | B40473 |
| Adventure Comics #441 | " | Jun. 26, 1975 | B52025 |
| Adventure Comics #442 | " | Aug. 28, 1975 | B70950 |
| Adventure Comics #443 | " | Oct. 30, 1975 | B76450 |
| Adventure Comics #444 | " | Dec. 30, 1975 | B102063 |
| Adventure Comics #445 | " | Feb. 26, 1976 | B115743 |
| Adventure Comics #446 | " | Apr. 29, 1976 | B131339 |
| Adventure Comics #447 | " | Jun. 24, 1976 | B149557 |
| Adventure Comics #448 | " | Aug. 26, 1976 | B164178 |
| Adventure Comics #449 | " | Oct. 21, 1976 | B183445 |
| Adventure Comics #450 | " | Dec. 23, 1976 | B211121 |
| Adventure Comics #451 | " | Feb. 15, 1977 | B211098 |

14

**EXHIBIT 13**
**667**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #452 | D C Comics, Inc. | Apr. 26, 1977 | B220964 |
| Adventure Comics #453 | " | Jun. 28, 1977 | B235962 |
| Adventure Comics #454 | " | Aug. 30, 1977 | B248753 |
| Adventure Comics #455 | " | Oct. 25, 1977 | TX 17-990 |
| Adventure Comics #456 | " | Dec. 27, 1977 | TX 15-694 |
| Adventure Comics #457 | " | Feb. 16, 1978 | TX 33-342 |
| Adventure Comics #458 | " | Apr. 13, 1978 | TX 80-211 |
| Adventure Comics #459 | " | Jun. 13, 1978 | TX 91-906 |
| Adventure Comics #460 | " | Aug. 10, 1978 | TX 150-585 |
| Adventure Comics #461 | " | Oct. 12, 1978 | TX 196-697 |
| Adventure Comics #462 | " | Dec. 14, 1978 | TX 225-787 |
| Adventure Comics #463 | " | Feb. 8, 1979 | TX 242-357 |
| Adventure Comics #464 | " | Apr. 12, 1979 | TX 334-951 |
| Adventure Comics #465 | " | Jun. 21, 1979 | TX 377-279 |
| Adventure Comics #466 | " | Aug. 23, 1979 | TX 395-341 |
| Adventure Comics #467 | " | Oct. 25, 1979 | TX 421-541 |
| Adventure Comics #468 | " | Nov. 20, 1979 | TX 418-806 |
| Adventure Comics #469 | " | Dec. 20, 1979 | TX 491-450 |
| Adventure Comics #470 | " | Jan. 24, 1980 | TX 491-444 |
| Adventure Comics #471 | " | Feb. 28, 1980 | TX 492-044 |
| Adventure Comics #472 | " | Mar. 27, 1980 | TX 523-537 |
| Adventure Comics #473 | " | Apr. 24, 1980 | TX 565-545 |
| Adventure Comics #474 | " | May 22 1980 | TX 571-770 |
| Adventure Comics #475 | " | Jun. 26, 1980 | TX 584-989 |
| Adventure Comics #476 (Portions previously reg. in Adventure #61, 1941, B505851 et al.) | " | Jul. 24, 1980 | TX 649-836 |
| Adventure Comics #477 (Portions previously reg. in More Fun Comics et al., 1941, B514066 et al.) | " | Aug. 28, 1980 | TX 769-717 |
| Adventure Comics #478 (Portions previously reg. in Adventure Comics et al., 1941, B505851 et al.) | " | Sep. 25, 1980 | TX 652-018 |
| Adventure Comics #479 | " | Dec. 23, 1980 | TX 636-099 |
| Adventure Comics #480 | " | Jan. 22, 1981 | TX 636-107 |
| Adventure Comics #481 (Portions previously reg. 1965, B228826) | " | Feb. 19, 1981 | TX 771-123 |
| Adventure Comics #482 (Portions previously reg. 1965, B228826) | " | Mar. 19, 1981 | TX 772-494 |
| Adventure Comics #483 (Previously reg. 1965, B228826) | " | Apr. 23, 1981 | TX 742-687 |
| Adventure Comics #484 | " | Apr. 28, 1981 | TX 1-415-003 |
| Adventure Comics #485 | " | May 16 1981 | TX 1-415-004 |
| Adventure Comics #486 | " | Jun. 30, 1981 | TX 1-415-005 |
| Adventure Comics #487 | " | Jul. 28, 1981 | TX 1-415-006 |

13

000000627

**EXHIBIT 13**
**668**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Adventure Comics #488 | D C Comics, Inc. | Sep. 1, 1981 | TX 1-415-007 |
| Adventure Comics #489 | " | Oct. 6, 1981 | TX 1-415-166 |
| Adventure Comics #490 | " | Nov. 3, 1981 | TX 1-418-911 |
| Adventure Comics #491 | " | May 11 1982 | TX 1-424-549 |
| Adventure Comics #492 | " | Jun. 8, 1982 | TX 1-424-547 |
| Adventure Comics #493 | " | Jul. 20, 1982 | TX 1-424-555 |
| Adventure Comics #494 | " | Aug. 10, 1982 | TX 1-424-550 |
| Adventure Comics #495 | " | Sep. 14, 1982 | TX 1-424-548 |
| Adventure Comics #496 | " | Oct. 12, 1982 | TX 1-424-546 |
| Adventure Comics #497 | " | Nov. 16, 1982 | TX 1-424-554 |
| Adventure Comics #498 | " | Dec. 14, 1982 | TX 1-424-551 |
| Adventure Comics #499 | " | Jan. 11, 1983 | TX 1-424-544 |
| Adventure Comics #500 | " | Feb. 15, 1983 | TX 1-424-552 |
| Adventure Comics #501 | " | Mar. 15, 1983 | TX 1-424-553 |
| Adventure Comics #502 | " | Apr. 12, 1983 | TX 1-424-543 |
| Adventure Comics #503 | " | May 10 1983 | TX 1-424-545 |
| Adventure Comics 80-page Giant | " | Aug. 14, 1998 | TX 4-773-839 |
| Superboy #1 | National Comics Publications, Inc. | Jan. 5, 1949 | B173737 |
| Superboy #2 | " | Mar. 7, 1949 | B181824 |
| Superboy #3 | " | May 23 1949 | B193857 |
| Superboy #4 | " | Jul. 20, 1949 | B201550 |
| Superboy #5 | " | Sep. 12, 1949 | B211114 |
| Superboy #6 | " | Nov. 21, 1949 | B219741 |
| Superboy #7 | " | Jan. 23, 1950 | B230018 |
| Superboy #8 | " | Mar. 27, 1950 | B239283 |
| Superboy #9 | " | May 24 1950 | B251812 |
| Superboy #10 | " | Jul. 24, 1950 | B257075 |
| Superboy #11 | " | Sep. 20, 1950 | B265277 |
| Superboy #12 | " | Nov. 15, 1950 | B274318 |
| Superboy #13 | " | Jan. 24, 1951 | B284588 |
| Superboy #14 | " | Mar. 21, 1951 | B294458 |
| Superboy #15 | " | May 23 1951 | B304238 |
| Superboy #16 | " | Jul. 23, 1951 | B311947 |
| Superboy #17 | " | Sep. 26, 1951 | B325096 |
| Superboy #18 | " | Dec. 3, 1951 | B332223 |
| Superboy #19 | " | Feb. 4, 1952 | B341940 |
| Superboy #20 | " | Mar. 31, 1952 | B350188 |
| Superboy #21 | " | Jun. 9, 1952 | B363290 |
| Superboy #22 | " | Aug. 11, 1952 | B372323 |
| Superboy #23 | " | Oct. 6, 1952 | B381567 |
| Superboy #24 | " | Dec. 8, 1952 | B391294 |
| Superboy #25 | " | Feb. 9, 1953 | B402312 |
| Superboy #26 | " | Apr. 6, 1953 | B411445 |
| Superboy #27 | " | Jun. 3, 1953 | B419357 |
| Superboy #28 | " | Aug. 3, 1953 | B431134 |
| Superboy #29 | " | Oct. 5, 1953 | B438836 |

16

**EXHIBIT 13**
**669**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #30 | National Comics Publications, Inc. | Nov. 25, 1953 | B446774 |
| Superboy #31 | " | Jan. 6, 1954 | B453204 |
| Superboy #32 | " | Feb. 17, 1954 | B464611 |
| Superboy #33 | " | Apr. 7, 1954 | B468876 |
| Superboy #34 | " | May 26 1954 | B477595 |
| Superboy #35 | " | Jul. 7, 1954 | B487067 |
| Superboy #36 | " | Aug. 16, 1954 | B491046 |
| Superboy #37 | " | Oct. 3, 1954 | B498351 |
| Superboy #38 | " | Nov. 24, 1954 | B506503 |
| Superboy #39 | " | Jan. 4, 1955 | B514249 |
| Superboy #40 | " | Feb. 13, 1955 | B520797 |
| Superboy #41 | " | Apr. 5, 1955 | B528357 |
| Superboy #42 | " | May 24 1955 | B536039 |
| Superboy #43 | " | Jul. 5, 1955 | B543518 |
| Superboy #44 | " | Aug. 16, 1955 | B549087 |
| Superboy #45 | " | Oct. 2, 1955 | B558154 |
| Superboy #46 | " | Nov. 23, 1955 | B565833 |
| Superboy #47 | " | Jan. 3, 1956 | B572630 |
| Superboy #48 | " | Feb. 14, 1956 | B579248 |
| Superboy #49 | " | Apr. 3, 1956 | B586407 |
| Superboy #50 | " | May 22 1956 | B594588 |
| Superboy #51 | " | Jul. 3, 1956 | B601149 |
| Superboy #52 | " | Aug. 14, 1956 | B607526 |
| Superboy #53 | " | Sep. 30, 1956 | B615111 |
| Superboy #54 | " | Nov. 18, 1956 | B622470 |
| Superboy #55 | " | Jan. 1, 1957 | B629381 |
| Superboy #56 | " | Feb. 12, 1957 | B636675 |
| Superboy #57 | " | Apr. 2, 1957 | B645173 |
| Superboy #58 | " | May 21 1957 | B653566 |
| Superboy #59 | " | Jul. 1, 1957 | B659882 |
| Superboy #60 | " | Aug. 13, 1957 | B668851 |
| Superboy #61 | " | Sep. 29, 1957 | B673639 |
| Superboy #62 | Superman, Inc. | Nov. 24, 1957 | B682798 |
| Superboy #63 | " | Jan. 5, 1958 | B690528 |
| Superboy #64 | " | Feb. 18, 1958 | B698153 |
| Superboy #65 | " | Apr. 8, 1958 | B704778 |
| Superboy #66 | " | May 27 1958 | B714002 |
| Superboy #67 | " | Jul. 10, 1958 | B720665 |
| Superboy #68 | " | Aug. 21, 1958 | B730421 |
| Superboy #69 | " | Oct. 2, 1958 | B739252 |
| Superboy #70 | " | Nov. 20, 1958 | B745041 |
| Superboy #71 | " | Jan. 6, 1959 | B752627 |
| Superboy #72 | " | Feb. 19, 1959 | B758642 |
| Superboy #73 | " | Apr. 7, 1959 | B767967 |
| Superboy #74 | " | May 21 1959 | B774456 |
| Superboy #75 | " | Jul. 2, 1959 | B783299 |

17

000000629

**EXHIBIT 13**
**670**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #76 | Superman, Inc. | Aug. 20, 1959 | B789984 |
| Superboy #77 | " | Oct. 8, 1959 | B797100 |
| Superboy #78 | " | Nov. 19, 1959 | B805214 |
| Superboy #79 | " | Jan. 5, 1960 | B813554 |
| Superboy #80 | " | Feb. 18, 1960 | B829818 |
| Superboy #81 | " | Apr. 7, 1960 | B829651 |
| Superboy #82 | " | May 16 1960 | B837112 |
| Superboy #83 | " | Jul. 7, 1960 | B845515 |
| Superboy #84 | " | Aug. 11, 1960 | B851616 |
| Superboy #85 | " | Oct. 6, 1960 | B861960 |
| Superboy #86 | " | Nov. 22, 1960 | B869911 |
| Superboy #87 | " | Jan. 5, 1961 | B878453 |
| Superboy #88 | " | Feb. 16, 1961 | B885989 |
| Superboy #89 | " | Apr. 6, 1961 | B895011 |
| Superboy #90 | " | May 18 1961 | B903287 |
| Superboy #91 | " | Jul. 6, 1961 | B911589 |
| Superboy #92 | " | Aug. 17, 1961 | B918919 |
| Superboy #93 | " | Oct. 5, 1961 | B928160 |
| Superboy #94 | " | Nov. 21, 1961 | B936758 |
| Superboy #95 | " | Jan. 2, 1962 | B944852 |
| Superboy #96 | National Periodical Publications, Inc. | Feb. 15, 1962 | B952984 |
| Superboy #97 | " | Apr. 3, 1962 | B962681 |
| Superboy #98 | " | May 17 1962 | B970999 |
| Superboy #99 | " | Jul. 3, 1962 | B980702 |
| Superboy #100 | " | Aug. 14, 1962 | B986969 |
| Superboy #101 | " | Oct. 4, 1962 | B996465 |
| Superboy #102 | " | Nov. 22, 1962 | B7992 |
| Superboy #103 | " | Jan. 3, 1963 | B14684 |
| Superboy #104 | " | Feb. 14, 1963 | B22104 |
| Superboy #105 | " | Apr. 4, 1963 | B32917 |
| Superboy #106 | " | May 16 1963 | B39007 |
| Superboy #107 | " | Jul. 3, 1963 | B50036 |
| Superboy #108 | " | Aug. 15, 1963 | B61751 |
| Superboy #109 | " | Oct. 3, 1963 | B67220 |
| Superboy #110 | " | Nov. 21, 1963 | B76364 |
| Superboy #111 | " | Jan. 9, 1964 | B85829 |
| Superboy #112 | " | Feb. 20, 1964 | B100788 |
| Superboy #113 | " | Apr. 2, 1964 | B105225 |
| Superboy #114 | " | May 21 1964 | B112773 |
| Superboy #115 | " | Jul. 2, 1964 | B122379 |
| Superboy #116 | " | Aug. 20, 1964 | B132966 |
| Superboy #117 | " | Oct. 1, 1964 | B142934 |
| Superboy #118 | " | Nov. 19, 1964 | B151053 |
| Superboy #119 | " | Jan. 7, 1965 | B161262 |
| Superboy #120 | " | Feb. 18, 1965 | B169822 |

18

000000630

**EXHIBIT 13**
**671**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #121 | National Periodical Publications, Inc. | Apr. 1, 1965 | B179737 |
| Superboy #122 | " | May 20 1965 | B187858 |
| Superboy #123 | " | Jul. 1, 1965 | B198694 |
| Superboy #124 | " | Aug. 19, 1965 | B209256 |
| Superboy #125 | " | Oct. 7, 1965 | B221130 |
| Superboy #126 | " | Nov. 18, 1965 | B228824 |
| Superboy #127 | " | Jan. 6, 1966 | B239639 |
| Superboy #128 | " | Feb. 17, 1966 | B248294 |
| Superboy #129 | " | Mar. 10, 1966 | B251901 |
| Superboy #130 | " | Apr. 5, 1966 | B256180 |
| Superboy #131 | " | May 17 1966 | B265467 |
| Superboy #132 | " | Jul. 7, 1966 | B276254 |
| Superboy #133 | " | Aug. 16, 1966 | B285872 |
| Superboy #134 | " | Oct. 6, 1966 | B294785 |
| Superboy #135 | " | Nov. 17, 1966 | B303739 |
| Superboy #136 | " | Jan. 5, 1967 | B313474 |
| Superboy #137 | " | Feb. 21, 1967 | B330064 |
| Superboy #138 | " | Mar. 14, 1967 | B331303 |
| Superboy #139 | " | Apr. 6, 1967 | B335510 |
| Superboy #140 | " | May 18 1967 | B348762 |
| Superboy #141 | " | Jun. 29, 1967 | B354871 |
| Superboy #142 | " | Aug. 17, 1967 | B367174 |
| Superboy #143 | " | Oct. 5, 1967 | B378015 |
| Superboy #144 | " | Nov. 14, 1967 | B388667 |
| Superboy #145 | " | Jan. 2, 1968 | B397657 |
| Superboy #146 | " | Feb. 20, 1968 | B408484 |
| Superboy #147 (80 Page Giant) | " | Mar. 14, 1968 | B412448 |
| Superboy #148 | " | Apr. 4, 1968 | B418887 |
| Superboy #149 | " | May 21 1968 | B427881 |
| Superboy #150 | " | Jul. 2, 1968 | B437178 |
| Superboy #151 | " | Aug. 20, 1968 | B448989 |
| Superboy #152 | " | Oct. 3, 1968 | B465409 |
| Superboy #153 | " | Nov. 21, 1968 (In notice 1969 | B467754 |
| Superboy #154 | " | Jan. 7, 1969 | B482078 |
| Superboy #155 | " | Feb. 20, 1969 | B486987 |
| Superboy #156 | " | Mar. 6, 1969 | B490997 |
| Superboy #157 | " | Apr. 1, 1969 | B495722 |
| Superboy #158 | " | May 20 1969 | B508847 |
| Superboy #159 | " | Jul. 3, 1969 | B527015 |
| Superboy #160 | " | Aug. 19, 1969 | B530403 |
| Superboy #161 | " | Oct. 7, 1969 | B537993 |
| Superboy #162 | " | Nov. 20, 1969 | B555588 |
| Superboy #163 | " | Jan. 6, 1970 | B557506 |
| Superboy #164 | " | Feb. 12, 1970 | B565836 |

19

000000631

**EXHIBIT 13**
**672**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #165 | National Periodical Publications, Inc. | Mar. 5, 1970 | B577448 |
| Superboy #166 | " | Apr. 2, 1970 | B577443 |
| Superboy #167 | " | May 21 1970 | B588856 |
| Superboy #168 | " | Jul. 7, 1970 | B599867 |
| Superboy #169 | " | Aug. 20, 1970 | B613950 |
| Superboy #170 | " | Oct. 6, 1970 | B616738 |
| Superboy #171 | " | Nov. 19, 1970 ("In notice: 1971") | B630122 |
| Superboy #172 | " | Feb. 7, 1971 | B640204 |
| Superboy #173 | " | Feb. 16, 1971 | B647429 |
| Superboy #174 | " | Mar. 9, 1971 | B653110 |
| Superboy #175 | " | Apr. 6, 1971 | B663248 |
| Superboy #176 | " | May 20 1971 | B673999 |
| Superboy #177 | " | Jul. 8, 1971 | B690106 |
| Superboy #178 | " | Aug. 26, 1971 | B691691 |
| Superboy #179 | " | Sep. 28, 1971 | B699766 |
| Superboy #180 | " | Oct. 28, 1971 | B706052 |
| Superboy #181 | " | Nov. 25, 1971 | B717462 |
| Superboy #182 | " | Dec. 28, 1971 | B720643 |
| Superboy #183 | " | Jan. 25, 1972 | B725315 |
| Superboy #184 | " | Feb. 24, 1972 | B736775 |
| Superboy #185 | " | Mar. 2, 1972 | B738660 |
| Superboy #186 | " | Mar. 28, 1972 | B745406 |
| Superboy #187 | " | Apr. 25, 1972 | B750644 |
| Superboy #188 | " | May 25 1972 | B758048 |
| Superboy #189 | " | Jun. 27, 1972 | B767141 |
| Superboy #190 | " | Jul. 25, 1972 | B779259 |
| Superboy #191 | " | Aug. 24, 1972 | B788993 |
| Superboy #192 | " | Oct. 24, 1972 | B802454 |
| Superboy #193 | " | Dec. 26, 1972 | B822504 |
| Superboy #194 | " | Feb. 20, 1973 | B822531 |
| Superboy #195 | " | Mar. 20, 1973 | B832600 |
| Superboy #196 | " | Apr. 19, 1973 | B835417 |
| Superboy #197 | " | Jun. 19, 1973 | B851872 |
| Superboy #198 | " | Jul. 24, 1973 | B867562 |
| Superboy #199 | " | Aug. 28, 1973 | B876573 |
| Superboy #200 | " | Oct. 25, 1973 | B906704 |
| Superboy #201 | " | Dec. 26, 1973 | B914900 |
| Superboy #202 | " | Feb. 26, 1974 | B914911 |
| Superboy #203 | " | Apr. 25, 1974 | B962453 |
| Superboy #204 | " | Jun. 25, 1974 | B992463 |
| Superboy #205 | " | Aug. 22, 1974 | B999554 |
| Superboy #206 | " | Oct. 24, 1974 | B5609 |
| Superboy #207 | " | Dec. 26, 1974 | B11235 |
| Superboy #208 | " | Jan. 9, 1975 | B31897 |

000000632

**EXHIBIT 13**
**673**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #209 | National Periodical Publications, Inc. | Mar. 13, 1975 | B40489 |
| Superboy #210 | " | May 8 1975 | B47411 |
| Superboy #211 | " | Jun. 12, 1975 | B52032 |
| Superboy #212 | " | Jul. 15, 1975 | B57775 |
| Superboy #213 | " | Sep. 16, 1975 | B67673 |
| Superboy #214 | " | Oct. 21, 1975 | B74795 |
| Superboy #215 | " | Dec. 18, 1975 | B98967 |
| Superboy #216 | " | Jan. 22, 1976 | B110454 |
| Superboy #217 | " | Mar. 18, 1976 | B133897 |
| Superboy #218 | " | Apr. 20, 1976 | B131338 |
| Superboy #219 | D C Comics, Inc. | Jun. 22, 1976 | B150384 |
| Superboy #220 | " | Jul. 20, 1976 | B150379 |
| Superboy #221 | " | Aug. 24, 1976 | B162240 |
| Superboy #222 | " | Sep. 16, 1976 | B164192 |
| Superboy #223 | " | Oct. 19, 1976 | B183442 |
| Superboy #224 | " | Nov. 16, 1976 | B192319 |
| Superboy #225 | " | Dec. 21, 1976 | B211108 |
| Superboy #226 | " | Jan. 20, 1977 | B212293 |
| Superboy #227 | " | Feb. 17, 1977 | B211105 |
| Superboy #228 | " | Mar. 24, 1977 | B220985 |
| Superboy #229 | " | Apr. 21, 1977 | B220980 |
| Superboy #230 | " | May 19 1977 | B225592 |
| Superboy #231 | " | Jun. 21, 1977 | B235966 |
| Superboy #232 | " | Jul. 21, 1977 | B241872 |
| Superboy #233 | " | Aug. 23, 1977 | B248748 |
| Superboy #234 | " | Sep. 22, 1977 | B261459 |
| Superboy #235 | " | Oct. 20, 1977 | B274362 |
| Superboy & The Legion of Super-Heroes #236 | " | Nov. 22, 1977 | TX 5-400 |
| Superboy & The Legion of Super-Heroes #237 | " | Dec. 22, 1977 | TX 14-907 |
| Superboy & The Legion of Super-Heroes #238 | " | Jan. 24, 1978 | TX 15-688 |
| Superboy & The Legion of Super-Heroes #239 | " | Feb. 21, 1978 | TX 33-334 |
| Superboy & The Legion of Super-Heroes #240 | " | Mar. 21, 1978 | TX 34-899 |
| Superboy & The Legion of Super-Heroes #241 | " | Apr. 20, 1978 | TX 79-944 |
| Superboy & The Legion of Super-Heroes #242 | " | May 18 1978 | TX 80-237 |
| Superboy & The Legion of Super-Heroes #243 | " | Jun. 20, 1978 | TX 91-900 |
| Superboy & The Legion of Super-Heroes #244 | " | Jul. 20, 1978 | TX 134-597 |

21

000000633

**EXHIBIT 13**
**674**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy & The Legion of Super-Heroes #245 | D C Comics, Inc | Aug. 24, 1978 | TX 148-913 |
| Superboy & The Legion of Super-Heroes #246 | " | Sep. 28, 1978 | TX 175-221 |
| Superboy & The Legion of Super-Heroes #247 | " | Oct. 26, 1978 | TX 200-086 |
| Superboy & The Legion of Super-Heroes #248 | | Nov. 30, 1978 | TX 209-837 |
| Superboy & The Legion of Super-Heroes #249 | " | Dec. 28, 1978 | TX 237-536 |
| Superboy & The Legion of Super-Heroes #250 | " | Jan. 25, 1979 | TX 250-873 |
| Superboy & The Legion of Super-Heroes #251 | " | Feb. 22, 1979 | TX 257-659 |
| Superboy & The Legion of Super-Heroes #251 (On original appl.: #261; Supplementary reg. for TX 257-659) | " | Feb. 22, 1979 | TX 411-602 |
| Superboy & The Legion of Super-Heroes #252 | " | Mar. 22, 1979 | TX 311-293 |
| Superboy & The Legion of Super-Heroes #253 | " | Apr. 26, 1979 | TX 334-940 |
| Superboy & The Legion of Super-Heroes #254 | " | May 24 1979 | TX 377-282 |
| Superboy & The Legion of Super-Heroes #255 | | Jun. 21, 1979 | TX 364-589 |
| Superboy & The Legion of Super-Heroes #256 | " | Jul. 19, 1979 | TX 370-470 |
| Superboy & The Legion of Super-Heroes #257  (aka Superboy & The Legion of Super-Friends) | " | Aug. 23, 1979 | TX 395-336 |
| Superboy & The Legion of Super-Heroes #258 | | Sep. 27, 1979 | TX 410-055 |
| The Legion of Super-Heroes #259 | " | Oct. 25, 1979 | TX 421-547 |
| The Legion of Super-Heroes #260 | " | Nov. 20, 1979 | TX 418-801 |
| The Legion of Super-Heroes #261 | " | Dec. 20, 1979 | TX 443-072 |
| The Legion of Super-Heroes #262 | " | Jan. 24, 1980 | TX 491-432 |
| The Legion of Super-Heroes #263 | " | Feb. 28, 1980 | TX 491-408 |
| The Legion of Super-Heroes #264 | " | Mar. 27, 1980 | TX 523-550 |
| The Legion of Super-Heroes #265 | " | Apr. 24, 1980 | TX 565-533 |
| The Legion of Super-Heroes #266 | " | May 22 1980 | TX 571-762 |
| The Legion of Super-Heroes #267 | " | Jun. 26, 1980 | TX 584-979 |
| The Legion of Super-Heroes #268 (Portions previously reg. in Adventure Comics; 1958, B698143) | " | Jul. 24, 1980 | TX 649-823 |
| The Legion of Super-Heroes #269 | " | Aug. 28, 1980 | TX 1-636-146 |

22

000000634

**EXHIBIT 13**
**675**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Legion of Super-Heroes #270 (Portions previously reg. in Adventure Comics #247; 1958, B698143) | D C Comics, Inc | Sep. 25, 1980 | TX 661-279 |
| The Legion of Super-Heroes #271 (Portions previously reg. in Adventure Comics & Legion of Super-Heroes; 1958, B698143) | " | Oct. 23, 1980 | TX 696-167 |
| The Legion of Super-Heroes #272 (Portions previously reg. in Adventure Comics #247, Superboy & The Legion of Super-Heroes #195; 1973, B832600 & 1958, B698143) | " | Nov. 25, 1980 | TX 661-289 |
| The Legion of Super-Heroes #273 | " | Dec. 23, 1980 | TX 1-636-141 |
| The Legion of Super-Heroes #274 (Portions previously reg. in Adventure Comics #247; 1958, B698143) | " | Jan. 22, 1981 | TX 696-151 |
| The Legion of Super-Heroes #275 (Previously pub. in Adventure Comics #247; 1958, B698143) | " | Feb. 19, 1981 | TX 771-184 |
| The Legion of Super-Heroes #276 (Previously pub. in Adventure Comics #247; 1958, B698143) | " | Mar. 19, 1981 | TX 774-246 |
| The Legion of Super-Heroes #277 | " | No record | No record[6] |
| The Legion of Super-Heroes #278 | " | Apr. 28, 1981 | TX 1-330-025 |
| The Legion of Super-Heroes #279 | " | May 26 1981 | TX 1-330-024 |
| The Legion of Super-Heroes #280 | " | Jun. 30, 1981 | TX 1-330-023 |
| The Legion of Super-Heroes #281 | " | Jul. 28, 1981 | TX 1-330-022 |
| The Legion of Super-Heroes #282 | " | Sep. 1, 1981 | TX 1-330-021 |
| The Legion of Super-Heroes #283 | " | Sep. 29, 1981 | TX 1-330-020 |
| The Legion of Super-Heroes #284 | " | Oct. 27, 1981 | TX 1-330-019 |
| The Legion of Super-Heroes #285 | " | Nov. 24, 1981 | TX 1-330-018 |
| The Legion of Super-Heroes #286 | " | Dec. 29, 1981 | TX 1-330-017 |
| The Legion of Super-Heroes #287 | " | Jan. 26, 1982 | TX 1-330-016 |
| The Legion of Super-Heroes #288 | " | Feb. 23, 1982 | TX 1-330-015 |
| The Legion of Super-Heroes #289 | " | Mar. 20, 1982 | TX 1-330-014 |
| The Legion of Super-Heroes #290 | " | Apr. 27, 1982 | TX 1-330-013 |
| The Legion of Super-Heroes #291 | " | May 25 1981 | TX 1-330-012 |
| The Legion of Super-Heroes #292 | " | Jun. 22, 1982 | TX 1-330-011 |
| The Legion of Super-Heroes #293 | " | Jul. 27, 1982 | TX 1-330-010 |
| The Legion of Super-Heroes #294 | " | Aug. 24, 1982 | TX 1-330-037 |
| The Legion of Super-Heroes #295 | " | Sep. 28, 1982 | TX 1-330-036 |

---

[6] "No record" means that after a reasonable investigation of the records at the U.S. Copyright Office was conducted no record pertaining to the corresponding work was located.

26

000000635

**EXHIBIT 13**
**676**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Legion of Super-Heroes #296 | D C Comics, Inc | Oct. 26, 1982 | TX 1-330-035 |
| The Legion of Super-Heroes #297 | " | Nov. 30, 1982 | TX 1-330-034 |
| The Legion of Super-Heroes #298 | " | Dec. 28, 1982 | TX 1-330-033 |
| The Legion of Super-Heroes #299 | " | Jan. 25, 1983 | TX 1-330-032 |
| The Legion of Super-Heroes #300 (Anniversary Issue) | " | Mar. 1, 1983 | TX 1-330-031 |
| The Legion of Super-Heroes #301 | " | Mar. 29, 1983 | TX 1-330-030 |
| The Legion of Super-Heroes #302 | " | Apr. 26, 1983 | TX 1-330-029 |
| The Legion of Super-Heroes #303 | " | May 24 1983 | TX 1-330-028 |
| The Legion of Super-Heroes #304 | " | Jun. 28, 1983 | TX 1-330-038 |
| The Legion of Super-Heroes #305 | " | Jul. 26, 1983 | TX 1-330-039 |
| The Legion of Super-Heroes #306 | " | Aug. 30, 1983 | TX 1-330-046 |
| The Legion of Super-Heroes #307 | " | Sep. 27, 1983 | TX 1-330-045 |
| The Legion of Super-Heroes #308 | " | Oct. 25, 1983 | TX 1-220-040 |
| The Legion of Super-Heroes #309 | " | Nov. 29, 1983 | TX 1-330-041 |
| The Legion of Super-Heroes #310 | | Dec. 27, 1983 | TX 1-330-042 |
| The Legion of Super-Heroes #311 | " | Jan. 24, 1984 | TX 1-330-043 |
| The Legion of Super-Heroes #312 | " | Mar. 6, 1984 | TX 1-330-044 |
| The Legion of Super-Heroes #313 | " | Apr. 3, 1984 | TX 1-330-047 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #314 | " | May 8 1984 | TX 1-419-909 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #315 | " | Jun. 5, 1984 | TX 1-419-908 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #316 | " | Jul. 3, 1984 | TX 1-415-023 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #316 | " | Jul. 3, 1984 | TX 1-419-910 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #317 | " | Jul. 31, 1984 | TX 1-430-379 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #318 | " | Sep. 4, 1984 | TX 1-559-881 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #319 | " | Oct. 2, 1984 | TX 1-559-876 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #320 | " | Oct. 30, 1984 | TX 1-559-880 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #321 | | Dec. 4, 1984 | TX 1-559-879 |

24

000000636

**EXHIBIT 13**
**677**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #322 | D C Comics, Inc | Jan. 2, 1985 (DCR 1984) | TX 1-559-878 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #323 | " | Feb. 5, 1985 | TX 1-559-877 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #324 | " | Mar. 5, 1985 | TX 1-559-652 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #325 | " | Apr. 2, 1985 | TX 1-618-013 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #326 | " | May 7 1985 | TX 1-618-014 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #327 | " | Jun. 4, 1985 | TX 1-618-015 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #328 | " | Jul. 2, 1985 | TX 1-713-759 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #329 | " | Jul. 30, 1985 | TX 1-713-765 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #330 | " | Sep. 3, 1985 | TX 1-713-761 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #331 | " | Oct. 1, 1985 | TX 1-715-918 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #332 | " | Nov. 5, 1985 | TX 1-715-941 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #333 | " | Dec. 3, 1985 | TX 1-761-437 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #334 | " | Jan. 7, 1986 (DCR 1985) | TX 1-781-023 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #335 | " | Feb. 4, 1986 | TX 1-781-202 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #336 | " | Mar. 4, 1986 | TX 1-817-167 |

25

000000637

**EXHIBIT 13**
**678**

| Title | Name of Author | Date Copyright Secured | |
|---|---|---|---|
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #337 | D C Comics, Inc. | Apr. 1, 1986 | TX 1-820-196 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #338 | " | Apr. 29, 1986 | TX 1-867-855 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #339 | " | Jun. 3, 1986 | TX 1-862-718 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #340 | " | Jul. 1, 1986 | TX 1-904-335 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #341 | | Jul. 29, 1986 | TX 1-921-576 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #342 | " | Sep. 2, 1986 | TX 1-963-269 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #343 | " | Oct. 7, 1986 | TX 1-970-287 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #344 | " | Nov. 4, 1986 | TX 1-975-218 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #345 | " | Dec. 2, 1986 | TX 1-968-593 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #346 | " | Jan. 6, 1987 (DCR 1986) | TX 2-047-132 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #347 | " | Feb. 3, 1987 | TX 2-047-136 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #348 | " | Mar. 3, 1987 | TX 2-047-133 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #349 | " | Mar. 31, 1987 | TX 2-053-630 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #350 | " | May 5 1987 | TX 2-099-249 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #351 | " | Jun. 2, 1987 | TX 2-143-930 |

26

000000638

**EXHIBIT 13**
**679**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #352 | D C Comics, Inc | Jun. 30, 1987 | TX 2-170-153 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #353 | " | Aug. 4, 1987 | TX 2-174-115 |
| Tales of The Legion of Super-Heroes; The Legion of Super-Heroes #354 | " | Aug. 10, 1987 | TX 2-178-363 |
| Secrets of The Legion of Super-Heroes #1 | " | Oct. 9, 1980 | TX 1-636-083 |
| Secrets of The Legion of Super-Heroes #2 (Portions previously pub. in Adventure Comics #247 & others; reg. 1958, B698143) | " | Nov. 13, 1980 | TX 661-291 |
| Secrets of The Legion of Super-Heroes #3 (Portions previously pub. in Adventure Comics #247 & others; reg. 1958, B698143) | " | Dec. 11, 1980 | TX 696-152 |
| The Legion of Super-Heroes Annual #1 | " | Apr. 20, 1982 | TX 1-330-027 |
| The Legion of Super-Heroes Annual #2 | " | May 31 1983 | TX 1-330-026 |
| The Legion of Super-Heroes Annual #3 | " | Jun. 12, 1984 | TX 1-432-061 |
| The Legion of Super-Heroes Annual #1 | " | Jul. 2, 1985 | TX 1-715-945 |
| The Legion of Super-Heroes Annual #2 | " | Jul. 1, 1986 | TX 1-904-327 |
| The Legion of Super-Heroes Annual #3 | " | Jun. 8, 1987 | TX 2-178-362 |
| The Legion of Super-Heroes Annual #4 | " | Aug. 16, 1988 | TX 2-521-659 |
| The Legion of Super-Heroes Annual #5 | " | Jul. 17, 1987 | TX 2-186-533 |
| The Legion of Super-Heroes Annual #1 | " | Jul. 24, 1990 | TX 3-008-289 |
| The Legion of Super-Heroes Annual #2 | " | Oct. 15, 1991 | TX 3-171-316 |
| The Legion of Super-Heroes Annual #3 | " | May 12 1992 | TX 3-328-225 |
| The Legion of Super-Heroes Annual #4 | " | Aug. 3, 1993 | TX 3-662-673 |
| The Legion of Super-Heroes Annual #5 | " | Apr. 12, 1994 | TX 3-819-718 |
| The Legion of Super-Heroes Annual #6 | " | Apr. 25, 1995 | TX 4-100-516 |

000000639

**EXHIBIT 13**
**680**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Tales of The Legion of Super-Heroes Annual; The Legion of Super-Heroes #4 | D C Comics, Inc | Jul. 29, 1986 | TX 1-921-577 |
| Legion of Super-Heroes Archives | " | Sep. 7, 1993 | TX 3-693-730 |
| The Legion of Super-Heroes #1 | " | May 1 1984 | TX 1-419-857 |
| The Legion of Super-Heroes #2 | " | May 29 1984 | TX 1-419-856 |
| The Legion of Super-Heroes #3 | " | Jun. 26, 1984 | TX 1-419-855 |
| The Legion of Super-Heroes #4 | " | Jul. 24, 1984 | TX 1-430-382 |
| The Legion of Super-Heroes #5 | " | Aug. 28, 1984 | TX 1-540-307 |
| The Legion of Super-Heroes #6 | " | Sep. 25, 1984 | TX 1-540-306 |
| The Legion of Super-Heroes #7 | " | Oct. 23, 1984 | TX 1-540-309 |
| The Legion of Super-Heroes #8 | " | Nov. 20, 1984 | TX 1-540-308 |
| The Legion of Super-Heroes #9 | " | Dec. 18, 1984 | TX 1-540-312 |
| The Legion of Super-Heroes #10 | " | Jan. 22, 1985 | TX 1-540-313 |
| The Legion of Super-Heroes #11 | " | Feb. 19, 1985 | TX 1-551-381 |
| The Legion of Super-Heroes #12 | " | Mar. 19, 1985 | TX 1-551-383 |
| The Legion of Super-Heroes #13 | " | Apr. 23, 1985 | TX 1-628-407 |
| The Legion of Super-Heroes #14 | " | May 21 1985 | TX 1-618-005 |
| The Legion of Super-Heroes #15 | " | Jun. 18, 1985 | TX 1-715-922 |
| The Legion of Super-Heroes #16 | " | Jul. 16, 1985 | TX 1-715-913 |
| The Legion of Super-Heroes #17 | " | Aug. 20, 1985 | TX 1-715-921 |
| The Legion of Super-Heroes #18 | " | Sep. 17, 1985 | TX 1-703-857 |
| The Legion of Super-Heroes #19 | " | Oct. 22, 1985 | TX 1-703-861 |
| The Legion of Super-Heroes #20 | " | Nov. 19, 1985 | TX 1-715-940 |
| The Legion of Super-Heroes #21 | " | Dec. 17, 1985 | TX 1-761-415 |
| The Legion of Super-Heroes #22 | " | Jan. 21, 1986 (DCR 1985) | TX 1-786-859 |
| The Legion of Super-Heroes #23 | " | Feb. 18, 1986 (DCR 1985) | TX 1-786-854 |
| The Legion of Super-Heroes #24 | " | Mar. 18, 1986 | TX 1-830-645 |
| The Legion of Super-Heroes #25 | " | Apr. 15, 1986 | TX 1-830-646 |
| The Legion of Super-Heroes #26 | " | May 20 1986 | TX 1-888-087 |
| The Legion of Super-Heroes #27 | " | Jun. 17, 1986 | TX 1-867-854 |
| The Legion of Super-Heroes #28 | " | Jul. 15, 1986 | TX 1-904-329 |
| The Legion of Super-Heroes #29 | " | Aug. 19, 1986 | TX 1-921-582 |
| The Legion of Super-Heroes #30 | " | Sep. 16, 1986 | TX 1-914-972 |
| The Legion of Super-Heroes #31 | " | Oct. 21, 1986 | TX 1-963-266 |
| The Legion of Super-Heroes #32 | " | Nov. 18, 1986 | TX 1-975-217 |
| The Legion of Super-Heroes #33 | " | Dec. 16, 1986 | TX 1-987-061 |
| The Legion of Super-Heroes #34 | " | Jan. 20, 1987 (DCR 1986) | TX 2-046-857 |
| The Legion of Super-Heroes #35 | " | Feb. 17, 1987 | TX 2-047-134 |
| The Legion of Super-Heroes #36 (Special election issue) | " | Mar. 17, 1987 | TX 2-047-137 |
| The Legion of Super-Heroes #37 | " | Apr. 14, 1987 | TX 2-053-631 |
| The Legion of Super-Heroes #38 | " | May 19 1987 | TX 2-092-554 |
| The Legion of Super-Heroes #39 | " | Jun. 16, 1987 | TX 2-170-162 |

000000640

**EXHIBIT 13**
**681**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Legion of Super-Heroes #40 | D C Comics, Inc | Jul. 21, 1987 | TX 2-193-981 |
| The Legion of Super-Heroes #41 | " | Jul. 27, 1987 | TX 2-184-600 |
| The Legion of Super-Heroes #41 | " | Jul. 27, 1987 | TX 2-222-890 |
| The Legion of Super-Heroes #42 | " | Sep. 22, 1987 | TX 2-202-320 |
| The Legion of Super-Heroes #43 | " | Oct. 20, 1987 | TX 2-215-168 |
| The Legion of Super-Heroes #44 | " | Dec. 8, 1987 | TX 2-256-469 |
| The Legion of Super-Heroes #45 | " | Dec. 15, 1987 | TX 2-263-309 |
| The Legion of Super-Heroes #46 | " | Jan. 19, 1988 | TX 2-300-794 |
| The Legion of Super-Heroes #47 | " | Feb. 16, 1988 | TX 2-318-725 |
| The Legion of Super-Heroes #48 | " | Mar. 22, 1988 | TX 2-315-293 |
| The Legion of Super-Heroes #49 | | No record | No record |
| The Legion of Super-Heroes #50 | " | May 24 1988 | TX 2-526-601 |
| The Legion of Super-Heroes #51 | " | Jun. 21, 1988 | TX 2-526-557 |
| The Legion of Super-Heroes #52 | " | Jul. 19, 1988 | TX 2-521-663 |
| The Legion of Super-Heroes #53 | " | Aug. 30, 1988 | TX 2-553-361 |
| The Legion of Super-Heroes #54 | " | Sep. 27, 1988 | TX 2-534-743 |
| The Legion of Super-Heroes #55 | " | Nov. 8, 1988 | TX 2-558-358 |
| The Legion of Super-Heroes #56 | " | No record | No record |
| The Legion of Super-Heroes #57 | " | Jan. 3, 1989 ("In notice: 1988" DCR 1988) | TX 2-550-342 |
| The Legion of Super-Heroes #58 | " | Jan. 24, 1989 (DCR 1989) | TX 2-553-314 |
| The Legion of Super-Heroes #59 | " | Feb. 21, 1989 | TX 2-640-924 |
| The Legion of Super-Heroes #60 | " | Mar. 21, 1989 | TX 2-618-873 |
| The Legion of Super-Heroes #61 | " | Apr. 18, 1989 | TX 2-619-042 |
| The Legion of Super-Heroes #62 | " | May 23 1989 | TX 2-619-041 |
| The Legion of  Super-Heroes #63 | " | Jun. 20, 1989 | TX 2-650-467 |
| The Legion of Super-Heroes #1 | " | Sep. 12, 1989 | TX 2-695-763 |
| The Legion of Super-Heroes #2 | " | Oct. 17, 1989 | TX 2-721-691 |
| The Legion of Super-Heroes #3 | " | Nov. 14, 1989 | TX 2-719-509 |
| The Legion of Super-Heroes #4 | " | Dec. 12, 1989 | TX 2-758-524 |
| The Legion of Super-Heroes #5 | " | Jan. 16, 1990 | TX 2-774-651 |
| The Legion of Super-Heroes #6 | " | Feb. 13, 1990 | TX 2-774-235 |
| The Legion of Super-Heroes #7 | " | Mar. 13, 1990 | TX -813-796 |
| The Legion of Super-Heroes #8 | " | Apr. 10, 1990 | TX 2-840-803 |
| The Legion of Super-Heroes #9 | " | May 15 1990 | TX 2-840-805 |
| The Legion of Super-Heroes #10 | " | Jun. 12, 1990 | TX 2-963-770 |
| The Legion of Super-Heroes #11 | " | Jul. 24, 1990 | TX 3-008-303 |
| The Legion of Super-Heroes #12 | " | Aug. 28, 1990 | TX 3-008-304 |
| The Legion of Super-Heroes #13 | " | Oct. 16, 1990 | TX-008-291 |
| The Legion of Super-Heroes #14 | " | Nov. 13, 1990 | TX-008-347 |
| The Legion of Super-Heroes #15 | " | Dec. 11, 1990 | TX-024-603 |
| The Legion of Super-Heroes #16 | " | No record | No record |
| The Legion of Super-Heroes #17 | " | Feb. 12, 1991 | TX 3-178-275 |
| The Legion of Super-Heroes #18 | " | No record | No record |
| The Legion of Super-Heroes #19 | " | Apr. 16, 1991 | TX 3-125-841 |

29

000000641

**EXHIBIT 13**
**682**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Legion of Super-Heroes #20 | D C Comics, Inc | May 14 1991 | TX 3-244-627 |
| The Legion of Super-Heroes #21 | " | Jun. 18, 1991 | TX 3-099-771 |
| The Legion of Super-Heroes #22 | " | Jul. 23, 1991 | TX 3-136-471 |
| The Legion of Super-Heroes #23 | " | Sep. 10, 1991 | TX 3-154-784 |
| The Legion of Super-Heroes #24 | " | Oct. 22, 1991 | TX 3-178-281 |
| The Legion of Super-Heroes #25 | " | Nov. 19, 1991 | TX 3-218-696 |
| The Legion of Super-Heroes #26 | " | Dec. 17, 1991 | TX 3-213-850 |
| The Legion of Super-Heroes #27 | " | Jan. 21, 1992 (DCR 1991) | TX 3-244-463 |
| The Legion of Super-Heroes #28 | " | Feb. 18, 1992 | TX 3-265-515 |
| The Legion of Super-Heroes #29 | " | Mar. 24, 1992 | TX 3-278-281 |
| The Legion of Super-Heroes #30 | " | Apr. 21, 1992 | TX 3-304-798 |
| The Legion of Super-Heroes #31 | " | May 19 1992 | TX 3-328-231 |
| The Legion of Super-Heroes #32 | " | Jun. 23, 1992 | TX 3-378-662 |
| The Legion of Super-Heroes #33 | " | Jul. 21, 1992 | TX 3-378-664 |
| The Legion of Super-Heroes #34 | " | Aug. 18, 1992 | TX 3-419-394 |
| The Legion of Super-Heroes #35 | " | Sep. 22, 1992 | TX 3-396-763 |
| The Legion of Super-Heroes #36 | " | Oct. 6, 1992 | TX 3-442-089 |
| The Legion of Super-Heroes #37 | " | Oct. 27, 1992 | TX 3-434-008 |
| The Legion of Super-Heroes #38 | " | Nov. 3, 1992 | TX 3-430-500 |
| The Legion of Super-Heroes #39 | " | Dec. 1, 1992 | TX 3-447-876 |
| The Legion of Super-Heroes #40 | " | Dec. 22, 1992 | TX 3-485-309 |
| The Legion of Super-Heroes #41 | " | Jan. 19, 1993 (DCR 1992) | TX 3-485-308 |
| The Legion of Super-Heroes #42 | " | Feb. 16, 1993 | TX 3-499-857 |
| The Legion of Super-Heroes #43 | " | Mar. 23, 1993 | TX 3-531-442 |
| The Legion of Super-Heroes #44 | " | Apr. 27, 1993 | TX 3-545-489 |
| The Legion of Super-Heroes #45 | " | May 25 1993 | TX 3-596-336 |
| The Legion of Super-Heroes #46 | " | Jun. 22, 1993 | TX 3-621-369 |
| The Legion of Super-Heroes #47 | " | Jul. 20, 1993 | TX 3-621-372 |
| The Legion of Super-Heroes #48 | " | Aug. 24, 1993 | TX 3-669-231 |
| The Legion of Super-Heroes #49 | " | Sep. 28, 1993 | TX 3-615-040 |
| The Legion of Super-Heroes #50 | " | Oct. 26, 1993 | TX 3-674-678 |
| The Legion of Super-Heroes #51 | " | Nov. 2, 1993 | TX 3-726-170 |
| The Legion of Super-Heroes #52 | " | Nov. 23, 1993 | TX 3-726-434 |
| The Legion of Super-Heroes #53 | " | Dec. 7, 1993 | TX 3-746-641 |
| The Legion of Super-Heroes #54 | " | Jan. 11, 1994 (DCR 1993) | TX 3-761-738 |
| The Legion of Super-Heroes #55 | " | Feb. 1, 1994 | TX 3-755-143 |
| The Legion of Super-Heroes #56 | " | Feb. 22, 1994 | TX 3-764-216 |
| The Legion of Super-Heroes #57 | " | Mar. 22, 1994 | TX 3-831-318 |
| The Legion of Super-Heroes #58 | " | Apr. 19, 1994 | TX 3-819-712 |
| The Legion of Super-Heroes #59 | " | May 24 1994 | TX 3-841-276 |
| The Legion of Super-Heroes #60 | " | Jun. 21, 1994 | TX 3-867-773 |
| The Legion of Super-Heroes #61 | " | Aug. 2, 1994 | TX 3-890-061 |
| The Legion of Super-Heroes #0 | " | Aug. 16, 1994 | TX 3-884-180 |
| The Legion of Super-Heroes #62 | " | Sep. 13, 1994 | TX 3-917-179 |

30

000000642

**EXHIBIT 13**
**683**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Legion of Super-Heroes #63 | D C Comics, Inc | Oct. 25, 1994 | TX 3-936-628 |
| The Legion of Super-Heroes #64 | " | Nov. 15, 1994 | TX 3-947-272 |
| The Legion of Super-Heroes #65 | " | Dec. 13, 1994 | TX 3-953-038 |
| The Legion of Super-Heroes #66 | " | Jan. 24, 1995 | TX 3-974-562 |
| The Legion of Super-Heroes #67 | " | Feb. 14, 1995 | TX 3-999-870 |
| The Legion of Super-Heroes #68 | " | Mar. 14, 1995 | TX 4-020-816 |
| The Legion of Super-Heroes #69 | " | Apr. 18, 1995 | TX 4-100-524 |
| The Legion of Super-Heroes #70 | " | May 2 1995 | TX 4-044-574 |
| The Legion of Super-Heroes #71 | " | Jun. 13, 1995 | TX 4-088-404 |
| The Legion of Super-Heroes #72 | " | Jul. 11, 1995 | TX 4-116-249 |
| Legion of Super-Heroes Secret Files #2 | " | Mar. 6 1990 | TX 4-896-040 |
| Legion...#6 | " | May 30 1989 | TX 2-650-459 |
| Legion...#7 | " | Jun. 27, 1989 | TX 2-650-465 |
| Legion...#8 | " | Aug. 1, 1989 | TX 2-694-007 |
| Legion...#9 | " | Aug. 29, 1989 | TX 2-695-725 |
| Legion...#10 | " | Oct. 31, 1989 | TX 2-697-040 |
| Legion...#11 | " | Nov. 28, 1989 | TX 2-719-507 |
| Legion...#12 | " | Jan. 2, 1990 ("In notice: 1989" DCR 1989) | TX 2-758-507 |
| Legion...#13 | " | Jan. 30, 1990 ("In notice: 1989") | TX 2-774-234 |
| Legion...#14 | " | Feb. 27, 1990 | TX 2-774-217 |
| Legion...#15 | " | Mar. 27, 1990 | TX 2-845-823 |
| Legion...#16 | " | Apr. 24, 1990 | TX 2-840-806 |
| Legion...#17 | " | Jun. 5, 1990 | TX 2-873-510 |
| Legion...#18 | " | Jul. 10, 1990 | TX 2-965-524 |
| Legion...#19 | " | Aug. 7, 1990 | TX 2-963-806 |
| Legion...#20 | " | Sep. 4, 1990 | TX 3-022-094 |
| Legion...#21 | " | Oct. 2, 1990 | TX 3-008-305 |
| Legion...#22 | " | Nov. 13, 1990 | TX 3-035-311 |
| Legion...#23 | " | Nov. 27, 1990 | TX 3-024-604 |
| Legion...#24 | " | Jan. 8, 1991 | TX 3-031-346 |
| Legion...#25 | " | No record | No record |
| Legion...#26 | " | No record | No record |
| Legion...#27 | " | Mar. 26, 1991 | TX 3-186-629 |
| Legion...#28 | " | Apr. 30, 1991 | TX 3-113-328 |
| Legion...#29 | " | May 28 1991 | TX 3-106-081 |
| Legion...#30 | " | Jun. 25, 1991 | TX 3-099-770 |
| Legion...#31 | " | Aug. 6, 1991 | TX 3-136-691 |
| Legion...#32 | " | Sep. 3, 1991 | TX 3-148-915 |
| Legion...#33 | " | Sep. 24, 1991 | TX 3-154-797 |
| Legion...#34 | " | Oct. 29, 1991 | TX 3-204-198 |
| Legion...#35 | " | Dec. 2, 1991 | TX 3-200-769 |
| Legion...#36 | " | Jan. 7, 1992 | TX 3-278-274 |
| Legion...#36 | " | Jan. 7, 1992 | TX 3-304-794 |

000000643

EXHIBIT 13
684

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Legion...#37 | D C Comics, Inc | Feb. 4, 1992 | TX 3-250-741 |
| Legion...#38 | " | Feb. 25, 1992 | TX 3-265-518 |
| Legion...#39 | " | Mar. 31, 1992 | TX 3-285-766 |
| Legion...#40 | " | May 5 1992 | TX 3-305-114 |
| Legion...#41 | " | May 12 1992 | TX 3-328-218 |
| Legion...#42 | " | May 26 1992 | TX 3-331-866 |
| Legion...#43 | " | Jun. 16, 1992 | TX 3-378-423 |
| Legion...#44 | " | Jun. 30, 1992 | TX 3-366-361 |
| Legion...#45 | " | Aug. 18, 1992 | TX 3-404-678 |
| Legion...#46 | " | No record | No record |
| Legion...#47 | " | Oct. 27, 1992 | TX 3-430-256 |
| Legion Secret Files #1 | " | Nov. 14, 1997 | TX 4-661-848 |
| The New Adventures of Superboy #1 | " | Oct. 25, 1979 | TX 421-769 |
| The New Adventures of Superboy #2  (Previously reg. 1944, B653651) | " | Nov. 20, 1979 | TX 428-276 |
| The New Adventures of Superboy #3 | " | Dec. 20, 1979 | TX 443-071 |
| The New Adventures Superboy #4 | " | Jan. 24, 1980 | TX 491-427 |
| The New Adventures Superboy #5 | " | Feb. 28, 1980 | TX 491-412 |
| The New Adventures Superboy #6 | " | Mar. 27, 1980 | TX 523-544 |
| The New Adventures Superboy #7 | " | Apr. 24, 1980 | TX 565-539 |
| The New Adventures of Superboy #8 | " | May 22 1980 | TX 571-752 |
| The New Adventures of Superboy #9 | " | Jun. 26, 1980 | TX 605-057 |
| The New Adventures of Superboy #10  (Portions previously reg. in More Fun Comics & Adventure Comics; 1944, B653651 & 1955, B517280) | " | Jul. 24, 1980 | TX 649-808 |
| The New Adventures of Superboy #11 | " | Aug. 28, 1980 | TX 1-636-124 |
| The New Adventures of Superboy #12  (Portions previously reg. in Action Comics & More Fun Comics; 1938, B379787 & 1944, B653651) | " | Sep. 25, 1980 | TX 652-013 |
| The New Adventures of Superboy #13  (Portions previously reg. in More Fun Comics; 1944, B653651) | " | Oct. 23, 1980 | TX 696-171 |

32

000000644

EXHIBIT 13
685

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The New Adventures of Superboy #14 (Portions previously reg. in More Fun Comics #101 & Action Comics #1 et al.; 1938, B379787 & 1944, B653651) | D C Comics, Inc | Nov. 25, 1980 | TX 665-145 |
| The New Adventures of Superboy #15 (Portions previously reg. in More Fun Comics #101; 1944, B653651) | " | Dec. 23, 1980 | TX 696-176 |
| The New Adventures of Superboy #16 | " | Jan. 22, 1981 | TX 1-636-134 |
| The New Adventures Superboy #17 (Portions previously reg. in More Fun Comics #101 & Adventure Comics #210; 1944, B653651 & 1955, B517280) | " | Feb. 19, 1981 | TX 771-124 |
| The New Adventures of Superboy #18 (Portions previously pub. in More Fun Comics #101, reg. 1944, B653651) | " | Mar. 19, 1981 | TX 772-525 |
| The New Adventures of Superboy #19 (Previously reg. 1944, B653651 & 1950, B239283) | " | Apr. 23, 1981 | TX 742-679 |
| Superboy and The Legion of Super-Heroes; aka The New Adventures of Superboy #20 | " | Apr. 28, 1981 | TX 1-343-965 |
| The New Adventures of Superboy #21 | " | May 26 1981 | TX 1-343-966 |
| The New Adventures of Superboy #22 | " | Jun. 30, 1981 | TX 1-343-967 |
| The New Adventures of Superboy #23 | " | Jul. 28, 1981 | TX 1-343-968 |
| The New Adventures of Superboy #24 | " | Sep. 1, 1981 | TX 1-343-969 |
| The New Adventures of Superboy #25 | " | Oct. 6, 1981 | TX 1-343-970 |
| The New Adventures of Superboy #26 | " | Nov. 3, 1981 | TX 1-343-971 |
| The New Adventures of Superboy #27 | " | Dec. 1, 1981 | TX 1-343-972 |
| The New Adventures of Superboy #28 | " | Jan. 5, 1982 | TX 1-343-973 |
| The New Adventures of Superboy #29 | " | Feb. 2, 1982 | TX 1-344-378 |
| The New Adventures of Superboy #30 | " | Mar. 2, 1982 | TX 1-344-379 |

33

000000645

EXHIBIT 13
686

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The New Adventures of Superboy #31 | D C Comics, Inc | Apr. 6, 1982 | TX 1-344-380 |
| The New Adventures of Superboy #32 | " | May 4 1982 | TX 1-344-381 |
| The New Adventures of Superboy #33 | " | Jun. 1, 1982 | TX 1-344-382 |
| The New Adventures of Superboy #34 | " | Jun. 29, 1982 | TX 1-344-383 |
| The New Adventures of Superboy #35 | " | Aug. 3, 1982 | TX 1-344-384 |
| The New Adventures of Superboy #36 | " | Aug. 31, 1982 | TX 1-344-385 |
| The New Adventures of Superboy #37 | " | Oct. 5, 1982 | TX 1-344-386 |
| The New Adventures of Superboy #38 | " | Nov. 2, 1982 | TX 1-344-387 |
| The New Adventures of Superboy #39 | " | Dec. 7, 1982 | TX 1-344-388 |
| The New Adventures of Superboy #40 | " | Jan. 4, 1983 | TX 1-344-389 |
| The New Adventures of Superboy #41 | " | Feb. 1, 1983 | TX 1-343-957 |
| The New Adventures of Superboy #42 | " | Mar. 8, 1983 | TX 1-343-956 |
| The New Adventures of Superboy #43 | " | Apr. 5, 1983 | TX 1-343-955 |
| The New Adventures of Superboy #44 | " | May 3 1983 | TX 1-343-954 |
| The New Adventures of Superboy #45 | " | May 31 1983 | TX 1-343-953 |
| The New Adventures of Superboy #46 | | Jul. 5, 1983 | TX 1-343-952 |
| The New Adventures of Superboy #47 | " | Aug. 2, 1983 | TX 1-343-951 |
| The New Adventures of Superboy #48 | " | Sep. 6, 1983 | TX 1-343-964 |
| The New Adventures of Superboy #49 | " | Oct. 4, 1983 | TX 1-343-958 |
| The New Adventures of Superboy #50 | " | Nov. 1, 1983 | TX 1-343-959 |
| The New Adventures of Superboy #51 | " | Dec. 6, 1983 | TX 1-343-963 |
| The New Adventures of Superboy #52 | " | Jan. 3, 1984 | TX 1-343-961 |
| The New Adventures of Superboy #53 | " | Jan. 31, 1984 | TX 1-343-962 |

34

000000646

EXHIBIT 13
687

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The New Adventures of Superboy #54 | D C Comics, Inc | Mar. 6, 1984 | TX 1-343-960 |
| Superboy #1 | " | Dec. 12, 1989 | TX 2-845-818 |
| Superboy #2 | " | Jan. 16, 1990 | TX 2-845-819 |
| Superboy #3 | " | Feb. 13, 1990 | TX 2-845-591 |
| Superboy #4 | " | Mar. 13, 1990 | TX 2-873-287 |
| Superboy #5 | " | Apr. 10, 1990 | TX 2-840-722 |
| Superboy #6 | " | May 15 1990 | TX 2-876-806 |
| Superboy #7 | " | Jun. 19, 1990 | TX 2-873-667 |
| Superboy #8 | " | Jul. 24, 1990 | TX 2-990-850 |
| Superboy #9 | " | Aug. 14, 1990 | TX 3-020-130 |
| Superboy #10 | " | Sep. 11, 1990 | TX 2-990-812 |
| Superboy #11 | " | Oct. 16, 1990 | TX 3-035-298 |
| Superboy #12 | " | Nov. 13, 1990 | TX 3-032-952 |
| Superboy #13 | " | Dec. 11, 1990 | TX 3-031-349 |
| Superboy #14 | " | Mar. 1991 | TX 5-545-550 |
| Superboy #15 | " | Apr. 1991 | TX 5-545-549 |
| Superboy #16 | " | Mar. 12, 1991 | TX 3-140-077 |
| Superboy #17 | " | Apr. 9, 1991 | TX 3-127-082 |
| Superboy #18 | " | May 14 1991 | TX 3-113-234 |
| Superboy #19 (aka The Adventures of Superboy #19) | " | Jun. 11, 1991 | TX 3-113-320 |
| Superboy #20 | " | Aug. 13, 1991 | TX 3-140-097 |
| The Adventures of Superboy #21 | " | Oct. 15, 1991 | TX 3-205-422 |
| The Adventures of Superboy #22 | " | Dec. 10, 1991 | TX 3-243-892 |
| Superboy #1 | " | Dec. 14, 1993 | TX 3-754-911 |
| Superboy #2 | " | Jan. 11, 1994 (DCR 1993) | TX 3-761-806 |
| Superboy #3 | " | Feb. 8, 1994 | TX 3-670-949 |
| Superboy #4 | " | Mar. 15, 1994 | TX 3-823-246 |
| Superboy #5 | " | Apr. 12, 1994 | TX 3-823-922 |
| Superboy #6 | " | May 17 1994 | TX 3-883-672 |
| Superboy #7 | " | Jun. 14, 1994 | TX 3-883-666 |
| Superboy #8 | " | Jul. 12, 1994 | TX 3-884-480 |
| Superboy #0 | " | Aug. 16, 1994 | TX 3-884-188 |
| Superboy #9 | " | Sep. 13, 1994 | TX 3-914-220 |
| Superboy #10 | " | Oct. 11, 1994 | TX 3-673-097 |
| Superboy #11 | " | Nov. 15, 1994 | TX 3-947-289 |
| Superboy #12 | " | Dec. 13, 1994 | TX 3-954-869 |
| Superboy #13 | " | Jan. 17, 1995 (DCR 1994) | TX 3-982-411 |
| Superboy #14 | " | Feb. 14, 1995 | TX 4-002-690 |
| Superboy #15 | " | Mar. 14, 1995 | TX 4-005-813 |
| Superboy #16 | " | Apr. 11, 1995 | TX 4-021-153 |
| Superboy #17 | " | May 2 1995 | TX 4-062-814 |
| Superboy #18 | " | Jun. 13, 1995 | TX 4-073-692 |
| Superboy #19 | " | Jul. 11, 1995 | TX 4-116-260 |

000000647

**EXHIBIT 13**
**688**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #20 | D C Comics, Inc | Aug. 8, 1995 | TX 4-142-336 |
| Superboy #21 | " | Sep. 12, 1995 | TX 4-118-553 |
| Superboy #22 | " | Oct. 10, 1995 | TX 4-146-535 |
| Superboy #23 | " | Nov. 14, 1995 | TX 4-191-581 |
| Superboy #24 | " | Dec. 12, 1995 | TX 4-230-409 |
| Superboy #25 | " | Jan. 12, 1996 (DCR 1995) | TX 4-199-722 |
| Superboy #26 | " | Feb. 16 1996 | TX 4-327-733 |
| Superboy #27 | " | Mar. 22, 1996 | TX 4-257-398 |
| Superboy #28 | " | Apr. 12, 1996 | TX 4-275-441 |
| Superboy #29 | " | May 10 1996 | TX 4-285-789 |
| Superboy #30 | " | Jun. 14, 1996 | TX 4-304-177 |
| Superboy #31 | " | Jul. 12, 1996 | TX 4-327-834 |
| Superboy #32 | " | Aug.16, 1996 | TX 4-343-393 |
| Superboy #33 | " | Sep.13, 1996 | TX 4-353-227 |
| Superboy #34 | " | Oct.11, 1996 | TX 4-365-388 |
| Superboy #35 | " | Nov.15, 1996 | TX 4-383-808 |
| Superboy #36 | " | Dec. 20 1996 | TX 4-431-839 |
| Superboy #37 | " | Jan. 17, 1997 (DCR 1996) | TX 4-421-213 |
| Superboy #38 | " | Feb. 14, 1997 | TX 4-450-507 |
| Superboy #39 | " | Mar. 28, 1997 | TX 4-497-324 |
| Superboy #40 | " | Apr. 25, 1997 | TX 4-497-316 |
| Superboy #41 | " | May 16 1997 | TX 4-492-731 |
| Superboy #42 | " | Jun. 7, 1997 | TX 4-506-164 |
| Superboy #43 | " | Jul. 3, 1997 | TX 4-510-080 |
| Superboy #44 | " | Aug. 8, 1997 | TX 4-534-344 |
| Superboy #45 | " | Aug. 29, 1997 | TX 4-560-605 |
| Superboy #46 | " | Oct. 10, 1997 | TX 4-579-834 |
| Superboy #47 | " | Oct. 31, 1997 | TX 4-631-227 |
| Superboy #48 | " | Dec. 5, 1997 | TX 4-629-737 |
| Superboy #49 | " | Jan. 2, 1998 (DCR 1997) | TX 4-629-344 |
| Superboy #50 | " | Feb. 6, 1998 | TX 4-657-183 |
| Superboy #51 | " | Mar. 6, 1998 | TX 4-692-338 |
| Superboy #52 | " | Apr. 3, 1998 | TX 4-722-667 |
| Superboy #53 | " | May. 8, 1998 | TX 4-722-300 |
| Superboy #54 | " | Jun. 5, 1998 | TX 4-735-032 |
| Superboy #55 | " | Jul. 3, 1998 | TX 4-738-714 |
| Superboy #56 | " | Aug. 7, 1998 | TX 4-754-065 |
| Superboy Special Collector's Digiprint No. 1,000,000 | " | Sep. 4, 1998 | TX 4-773-552 |
| Superboy #57 | " | Oct.  9, 1998 | TX 4-790-694 |
| Superboy #58 | " | Nov. 13, 1998 | TX 4-811-708 |
| Superboy #59 | " | Dec. 4, 1998 | TX 4-812-114 |
| Superboy #60 | " | Jan. 8, 1999 (DCR 1998) | TX 4-840-349 |

36

000000648

**EXHIBIT 13**
**689**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Superboy #61 | D C Comics, Inc | Feb. 5, 1999 | TX 4-847-327 |
| Superboy #62 | " | Mar. 5, 1999 | TX 4-895-803 |
| Superboy #63 | " | Apr. 9, 1999 | TX 4-895-631 |
| Superboy #64 | " | May. 7, 1999 | TX 4-920-618 |
| Superboy #65 | " | Jun. 4, 1999 | TX 4-919-417 |
| Superboy #66 | " | Jul. 9, 1999 | TX 4-976-112 |
| Superboy #67 | " | No record | No record |
| Superboy #68 | " | Sep. 3, 1999 | TX 4-981-797 |
| Superboy #69 | " | Oct. 8, 1999 | TX 5-002-629 |
| Superboy #70 | " | Nov. 5, 1999 | TX 5-029-479 |
| Superboy #71 | " | Nov. 26, 1999 | TX 5-035-715 |
| Superboy #72 | " | Jan. 7, 2000 (DCR 1999) | TX 5-052-282 |
| Superboy #73 | " | Jan. 28, 2000 | TX 5-058-385 |
| Superboy #74 | " | Mar. 3, 2000 | TX 5-082-838 |
| Superboy #75 | " | Apr. 7, 2000 | TX 5-096-344 |
| Superboy #76 | " | May 12. 2000 | TX 5-123-611 |
| Superboy #77 | " | Jun. 9, 2000 (CO corres.) | TX 5-152-837 |
| Superboy #78 | " | Jun. 30, 2000 | TX 5-147-912 |
| Superboy #79 | " | Aug. 11, 2000 | TX 5-165-515 |
| Superboy #80 | " | Sep. 8, 2000 | TX 5-173-017 |
| Superboy #81 | " | Oct. 6, 2000 | TX 5-193-154 |
| Superboy #82 | " | Nov. 10, 2000 | TX 5-224-192 |
| Superboy #83 | " | Dec. 1, 2000 | TX 5-301-657 |
| Superboy #84 | " | Jan. 5, 2001 | TX 5-273-692 |
| Superboy #85 | " | Feb. 9, 2001 | TX-290-428 |
| Superboy #86 | " | Mar. 9, 2001 | TX 5-315-572 |
| Superboy #87 | " | Apr. 6, 2001 | TX 5-362-442 |
| Superboy #88 | " | May 11 2001 | TX 5-362-434 |
| Superboy #89 | " | Jun. 8, 2001 | TX 5-373-475 |
| Superboy #90 | " | Jul. 6, 2001 | TX 5-399-388 |
| Superboy #91 | " | Aug. 3, 2001 | TX 5-415-391 |
| Superboy #92 | " | Feb. 2, 2002 | TX 5-478-392 |
| Superboy #93 | " | Dec. 11, 2001 | TX 5-435-048 |
| Superboy #94 | " | Dec. 11, 2001 | TX 5-435-060 |
| Superboy #95 | " | Jan. 28, 2002 | TX 5-473-927 |
| Superboy #96 | " | Feb. 8, 2002 | TX 5-478-179 |
| Superboy #97 | " | No record | No record |
| Superboy #98 | " | No record | No record |
| Superboy #99 | " | Aug. 6, 2002 | TX 5-573-517 |
| Superboy #100 | " | Aug. 6, 2002 | TX 5-570-621 |
| Superboy #147 (Reprint of Superboy: 80 Page Giant, © 1968) | " | 2002 | No record |
| Superboy Annual #1 | " | Jul. 5, 1994 | TX 3-920-908 |
| Superboy Annual #2 | " | Sep. 5, 1995 | TX 4-133-706 |

000000649

**EXHIBIT 13**
**690**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Superboy Annual #3 | D C Comics, Inc | Jul. 5, 1996 | TX 4-320-651 |
| Superboy Annual #4 | " | May 30 1997 | TX 4-507-270 |
| Superboy Special #1 | " | May 5 1992 | TX 3-305-116 |
| Superboy Spectacular #1 (Previously reg. 1944, B653651) | " | Nov. 20, 1979 | TX 418-802 |
| Superboy Plus #1 | | No record | No record |
| Superboy Plus #2 | " | Aug. 15, 1997 | TX-4-534-383 |
| Superboy/Risk Double-Shot #1 | " | Nov. 28, 1997 | TX 4-534-383 |
| Superboy/Robin--World's Finest Three #1 | " | Oct. 30, 1996 | TX 4-365-078 |
| Superboy/Robin--World's Finest Three #2 | " | Nov. 22, 1996 | TX 4-390-576 |
| Superboy's Legion #1 | " | Feb. 9, 2001 | TX 5-270-321 |
| Superboy's Legion #2 | " | Mar. 16, 2001 | TX 5-319-214 |
| Superboy and the Ravers #1 | " | Jul. 26, 1996 | TX 4-330-580 |
| Superboy and the Ravers #2 | " | Aug. 23, 1996 | TX 4-338-013 |
| Superboy and the Ravers #3 | " | Sep. 20. 1996 | TX 4-349-371 |
| Superboy and the Ravers #4 | " | Oct. 18, 1996 | TX 4-390-599 |
| Superboy and the Ravers #5 | " | Nov. 22, 1996 | TX 4-390-578 |
| Superboy and the Ravers #6 | " | Dec. 27, 1996 | TX 4-432-159 |
| Superboy and the Ravers #7 | " | Jan. 24, 1997 (DCR 1996) | TX 4-437-054 |
| Superboy and the Ravers #8 | " | Feb. 21, 1997 | TX 4-450-506 |
| Superboy and the Ravers #9 | " | Mar. 21, 1997 | TX-4-473-821 |
| Superboy and the Ravers #10 | " | May 2 1997 | TX 4-482-254 |
| Superboy and the Ravers #11 | " | May 23 1997 | TX 4-492-735 |
| Superboy and the Ravers #12 | " | Jun. 13, 1997 | TX 4-507-271 |
| Superboy and the Ravers #13 | " | Jul. 11, 1997 | TX-4-520-371 |
| Superboy and the Ravers #14 | " | Aug. 15, 1997 | TX 4-534-328 |
| Superboy and the Ravers #15 | " | Sep. 12, 1997 | TX 4-560-554 |
| Superboy and the Ravers #16 | " | Oct. 17, 1997 | TX 4-594-984 |
| Superboy and the Ravers #17 | " | Nov. 14, 1997 | TX 4-599-959 |
| Superboy and the Ravers #18 | " | Dec. 12, 1997 | TX 4-629-735 |
| Superboy and the Ravers #19 | " | Jan. 16, 1998 | TX 4-631-524 |
| The Ray #1 | " | Dec. 31, 1991 | TX 3-244-621 |
| The Ray #2 | " | Jan. 28, 1992 (DCR 1991) | TX 3-246-282 |
| Bloodbath #1 | " | Oct. 26, 1993 | TX 3-675-232 |
| Bloodbath #2 | " | Nov. 16, 1993 | TX 3-726-432 |
| Zero Hour--Crisis In Time #0 | " | Aug. 9, 1994 | TX 3-884-161 |
| Zero Hour--Crisis In Time #1 | " | Aug. 2, 1994 | TX 3-884-160 |
| Zero Hour--Crisis In Time #2 | " | Jul. 26, 1994 | TX 3-884-159 |
| Zero Hour--Crisis In Time #3 | " | Jul. 19, 1994 | TX 3-884-158 |
| Zero Hour--Crisis In Time #4 | " | Jul. 12, 1994 | TX 3-884-157 |
| The Final Night #1 | " | Aug. 30, 1996 | TX 4-353-215 |
| The Final Night #2 | " | Sep. 6, 1996 | TX 4-353-206 |
| The Final Night #3 | " | Sep. 13, 1996 | TX 4-353-228 |

38

000000650

**EXHIBIT 13**
**691**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| The Final Night #4 | D C Comics, Inc | Sep. 20, 1996 | TX 4-353-213 |
| Genesis #1 | " | Jul. 25, 1997 | TX 4-520-095 |
| Genesis #2 | " | Aug. 1, 1997 | TX 4-531-321 |
| Genesis #3 | " | Aug. 8, 1997 | TX 4-534-348 |
| Genesis #4 | " | Aug. 15, 1997 | TX 4-534-331 |
| Secret Origins 80-page Giant | " | Sep. 25, 1998 | TX 4-793-862 |
| Stars and STRIPE #2 | " | Jul. 9, 1999 | TX 4-976-111 |
| Stars and STRIPE #5 | " | Oct. 1, 1999 | TX 4-249-638 |
| Stars and STRIPE #6 | " | Oct. 29, 1999 | TX 5-013-847 |
| Stars and STRIPE #8 | " | Dec. 31, 1999 | TX 5-052-288 |
| Supermen of America #4 | " | Mar. 31, 2000 | TX 5-093-529 |
| Supermen of America #5 | " | Apr. 28, 2000 | TX 5-093-513 |
| Supermen of America #6 | " | May 26 2000 | TX 5-123-616 |
| Sins of Youth--Superman Jr./ Superboy Sr. | " | Mar. 17, 2000 | TX 5-087-363 |
| Sins of Youth--JLA Jr. #1 | " | Mar. 10, 2000 | TX 5-082-836 |
| Sins of Youth--Kid Flash/Impulse | " | Mar. 10, 2000 | TX 5-082-834 |
| Sins of Youth Secret Files | " | Mar. 17, 2000 | TX 5-087-362 |
| Nightwing--Our Worlds At War | " | Jun. 29, 2001 | TX 5-386-456 |
| Super-Team Family #1 | National Periodical Publications, Inc | Jul. 8, 1975 | B57756 |
| Super-Team Family #2 | " | Sep. 27, 1975 | B73434 |
| Super-Team Family #3 | " | Nov. 25, 1975 | B77705 |
| Super-Team Family #4 | " | Jan. 29, 1976 | B111549 |
| Super-Team Family #5 | " | Mar. 25, 1976 | B133901 |
| Super-Team Family #6 | " | May 27 1976 | B145195 |
| Super-Team Family #7 | " | Jul. 29, 1976 | B150382 |
| Super-Team Family #8 | " | Sep. 30, 1976 | B164171 |
| Super-Team Family #9 | " | Nov. 25, 1976 | B183435 |
| Super-Team Family #10 | D C Comics, Inc. | Jan. 27, 1977 | B212284 |
| Super-Team Family #11 | " | Mar. 31, 1977 | B217149 |
| Super-Team Family #12 | " | May 26 1977 | B224182 |
| Super-Team Family #13 | " | Jul. 26, 1977 | B237972 |
| Super-Team Family #14 | " | Sep. 27, 1977 | B270796 |
| Super-Team Family #15 | " | Dec. 27, 1977 | TX 15-683 |
| Team Superman #1 | " | May 7 1999 | TX 4-923-495 |
| Team Superman Secret Files | " | Mar. 13, 1998 | TX 4-692-350 |
| Superman Versus the Terminator- Death to the Future #3 | DC Comics/Dark Horse/Canal+DA | Feb. 18, 2000 | VA 1-044-973 |
| Superman Versus the Terminator- Death to the Future #4 | DC Comics | Mar. 24, 2000 | VA 1-050-269 |
| JLA--World Without Grownups #1 | " | May 22 1998 | TX 4-734-997 |
| JLA--World Without Grownups #2 | " | Jul. 3, 1998 | TX 4-734-238 |
| Worlds Collide | DC Comics & Milestone Media | Jun. 4, 1994 | TX 3-883-676 |
| JLA #38 | D C Comics, Inc | Dec. 3, 1999 | TX 5-059-381 |

000000651

**EXHIBIT 13**
**692**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| JLA #39 | D C Comics, Inc | Jan. 14, 2000 | TX 5-059-382 |
| JLA #40 | " | Feb. 18, 2000 | TX 5-067-068 |
| JLA #41 | " | Mar. 24, 2000 | TX 5-093-508 |
| JLA Secret Files #3 | " | Oct. 13, 2000 | TX 5-193-449 |
| JLA Titans #2 | " | Nov., 1998 | No record |
| JLA Titans #3 | " | Dec. 30, 1998 | TX 4-714-564 |
| Spyboy/Young Justice #1 | Dark Horse Comics/ DC Comics | Oct. 15, 1999 | TX 5-044-696 |
| Young Justice #1 | D C Comics, Inc | Jul. 3, 1998 | TX 4-784-460 |
| Young Justice #3 | " | Sep. 25, 1998 | TX 4-794-018 |
| Young Justice #4 | " | Oct. 23, 1998 | TX 4-819-937 |
| Young Justice #5 | " | Nov. 20, 1998 | TX 4-819-943 |
| Young Justice #6 | " | Dec. 25, 1998 | TX 4-840-335 |
| Young Justice #7 | " | Jan. 22, 1999 | TX 4-832-703 |
| Young Justice #8 | " | Feb. 19, 1999 | TX 4-858-991 |
| Young Justice #9 | " | Mar. 26, 1999 | TX 4-896-041 |
| Young Justice #10 | " | Apr. 23, 1999 | TX 4-892-866 |
| Young Justice #11 | " | Jun. 4, 1999 | TX 4-919-411 |
| Young Justice #12 | " | Jun. 25, 1999 | TX 4-947-036 |
| Young Justice #13 | " | Jul. 23, 1999 | TX 5-013-865 |
| Young Justice #14 | " | Aug. 20, 1999 | TX 4-979-187 |
| Young Justice #15 | " | Oct. 8, 1999 | TX 5-002-627 |
| Young Justice #16 | " | Oct. 29, 1999 | TX 5-013-845 |
| Young Justice #17 | " | Nov. 19, 1999 | TX 5-029-421 |
| Young Justice #18 | " | Dec. 24, 1999 | TX 5-052-279 |
| Young Justice #19 | " | Jan. 21, 2000 | TX 5-058-379 |
| Young Justice #20 | " | Mar. 31, 2000 | TX 5-113-065 |
| Young Justice #21 | " | Apr. 21, 2000 | TX 5-101-019 |
| Young Justice #22 | " | May 26 2000 | TX 5-123-608 |
| Young Justice #23 | " | Jun. 23, 2000 | TX 5-147-216 |
| Young Justice #24 | " | Jul. 21, 2000 | TX 5-164-486 |
| Young Justice #25 | " | Aug. 25, 2000 | TX 5-180-221 |
| Young Justice #26 | " | Sep. 22, 2000 | TX 5-173-024 |
| Young Justice #27 | " | Oct. 27, 2000 | TX 5-224-932 |
| Young Justice #28 | " | Nov. 24, 2000 | TX 5-247-985 |
| Young Justice #29 | " | Dec. 22, 2000 | TX 5-273-686 |
| Young Justice #30 | " | Jan. 26, 2001 | TX 5-290-437 |
| Young Justice #31 | " | Feb. 23, 2001 | TX 5-290-438 |
| Young Justice #32 | " | Mar. 23, 2001 | TX 5-320-340 |
| Young Justice #33 | " | Apr. 20, 2001 | TX 5-357-274 |
| Young Justice #34 | " | May 25 2001 | TX 5-363-042 |
| Young Justice #35 | " | Jun. 22, 2001 | TX 5-373-296 |
| Young Justice #36 | " | Jul. 20, 2001 | TX 5-399-393 |
| Young Justice #37 | " | Aug. 24, 2001 | TX 5-432-349 |
| Young Justice #38 | " | Dec. 25, 2001 | TX- 5-439-726 |
| Young Justice #39 | " | Dec. 11, 2001 | TX 5-435-058 |

49

**EXHIBIT 13**
**693**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Young Justice #40 | D C Comics, Inc | No record | No record |
| Young Justice #41 | " | Feb. 6, 2002 | TX 5-478-714 |
| Young Justice #42 | " | No record | No record |
| Young Justice #43 | " | Apr. 11, 2002 | TX 5-580-879 |
| Young Justice #44 | " | No record | No record |
| Young Justice #45 | " | Aug. 30, 2002 | TX 5-581-686 |
| Young Justice #46 | " | Aug. 6, 2002 | TX 5-570-625 |
| Young Justice #47 | " | Aug. 30, 2002 | TX 5-581-684 |
| Young Justice #48 | " | No record | No record |
| Young Justice #49 | " | No record | No record |
| Young Justice #50 | " | No record | No record |
| Young Justice #51 | " | No record | No record |
| Young Justice Special Collector's Digiprint #1,000,000 | " | Aug. 21, 1998 | TX 4-773-788 |
| Young Justice-The Secret#1 | " | Apr. 29, 1998 | TX 4-718-105 |
| Young Justice-The Secret#2 | " | Jul. 24, 1998 | TX 4-773-784 |
| Young Justice Secret Files | " | Oct. 30, 1998 | TX 4-811-701 |
| Young Justice 80-Page Giant | " | Mar. 5, 1999 | TX 4-884-940 |
| Young Justice in No Man's Land | " | May 14 1999 | TX 4-920-622 |
| Young Justice-Sins of Youth #1 | " | Mar. 3, 2000 | TX 5-082-830 |
| Young Justice-Sins of Youth #2 | " | Mar. 17, 2000 | TX 5-087-359 |
| Young Justice-Sins of Youth #2 | " | Oct. 6, 2000 | TX 5-184-773 |
| Young Justice-Our Worlds At War | " | Jun. 15, 2001 | TX 5-373-292 |
| Action Comics #688 | " | May 11 1993 | TX 3-545-471 |
| Action Comics #689 | " | Jun. 8, 1993 | TX 3-573-283 |
| Action Comics #690 | " | Jul. 6, 1993 | TX 3-671-008 |
| Action Comics #691 | " | Aug. 3, 1993 | TX 3-703-357 |
| Action Comics #692 | " | Sep. 7, 1993 | TX 3-675-243 |
| Action Comics #700 | " | May 3 1994 | TX 3-819-714 |
| Action Comics #716 | " | Oct. 3, 1995 | TX 4-146-547 |
| Action Comics #717 | " | Nov. 7, 1995 | TX 4-293-375 |
| Action Comics #744 | " | Feb. 27, 1998 | TX 4-657-230 |
| Action Comics #753 | " | Feb. 5, 1999 | TX 4-847-323 |
| Action Comics #760 | " | Oct. 15, 1999 | TX 4-997-867 |
| Action Comics #767 | " | May 12 2000 | TX 5-117-760 |
| Action Comics #769 | " | Jul. 14, 2000 | TX 5-170-536 |
| Action Comics #779 | " | May 18 2001 | TX 5-363-023 |
| Superman #81 | " | Jul., 20, 1993 | TX 3-621-357 |
| Superman #82 | " | Aug. 24, 1993 | TX 3-675-237 |
| Superman #107 | " | Oct. 17, 1995 | TX 4-146-657 |
| Superman #108 | " | Nov. 21, 1995 | TX 4-198-476 |
| Superman #128 | " | Aug. 1, 1997 | TX 4-531-311 |
| Superman #155 | " | Jan. 21, 2000 | TX 5-058-386 |
| Superman #158 | " | Apr. 21, 2000 | TX 5-096-342 |
| Superman #161 | " | Jul. 28, 2000 | TX 5-164-480 |
| Superman #163 | " | Sep. 22, 2000 | TX 5-172-756 |
| Superman Annual #11 | " | May 22 1985 | TX 1-621-684 |

000000653

**EXHIBIT 13**
**694**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. |
|---|---|---|---|
| Superman Annual #11 | D C Comics, Inc | Jul. 30, 1999 | TX 4-981-806 |
| Superman-The Wedding Album | " | Oct. 4, 1996 | TX 4-365-381 |
| Superman-the Man of Tomorrow #13 | " | Feb. 12, 1999 | TX 4-854-129 |
| Superman-King of The World #1 | " | Apr. 9, 1999 | TX 4-906-080 |
| Superman-Emperor Jones #1 | " | Jul. 21, 2000 | TX 5-164-479 |
| Superman Forever | " | Mar. 27, 1998 | TX 4-662-378 |
| Adventures of Superman #500 | " | Apr. 13, 1993 | TX 3-555-156 |
| Adventures of Superman #501 | " | Apr. 27, 1993 | TX 3-570-646 |
| Adventures of Superman #502 | " | Jun. 1, 1993 | TX 3-570-513 |
| Adventures of Superman #503 | " | Jun. 29, 1993 | TX 3-671-010 |
| Adventures of Superman #504 | " | Jul. 27, 1993 | TX 3-641-070 |
| Adventures of Superman #505 | " | Aug. 31, 1993 | TX 3-662-669 |
| Adventures of Superman #506 | " | Sep. 28, 1993 | TX 3-674-684 |
| Adventures of Superman #513 | " | Apr. 26, 1994 | TX 3-823-925 |
| Adventures of Superman #529 | " | Sep. 26, 1995 | TX 4-173-995 |
| Adventures of Superman #530 | " | Oct. 24, 1995 | TX 4-193-259 |
| Adventures of Superman #531 | " | Nov. 28, 1995 | TX 4-191-584 |
| Adventures of Superman #541 | " | Oct. 11, 1996 | TX 4-367-651 |
| Adventures of Superman #551 | " | Aug. 8, 1997 | TX 4-534-342 |
| Adventures of Superman #557 | " | Feb. 13, 1998 | TX 4-657-231 |
| Adventures of Superman #558 | " | Mar. 27, 1998 | TX 4-722-671 |
| Adventures of Superman #578 | " | Feb. 25, 2000 | TX 5-067-076 |
| Adventures of Superman #580 | " | Apr. 28, 2000 | TX 5-093-532 |
| Adventures of Superman #583 | " | Aug. 4, 2000 | TX 5-164-809 |
| Superman Annual #5 | " | Aug. 17, 1993 | TX 3-669-245 |
| Supergirl #34 | " | May 14 1999 | TX 4-920-623 |
| Supergirl #36 | " | Jul. 16, 1999 | TX 4-979-148 |
| Supergirl #37 | " | Aug. 13, 1999 | TX 4-979-176 |
| Underworld Unleashed #2 | " | Oct. 3, 1995 | TX 4-118-571 |
| Blood Pack #2 | " | Feb. 14, 1995 | TX 3-999-867 |
| Detention Comics #1 | " | Aug. 9, 1996 | TX 4-333-559 |
| Teen Titans #17 | " | Dec. 12, 1997 | TX 4-629-732 |
| Titans #12 | " | Dec. 3, 1999 | TX 5-059-387 |
| Eradicator #3 | " | Aug. 3, 1996 | TX 4-349-625 |
| The Outsiders #24 | " | Jun. 9, 1987 | TX 2-170-148 |
| Unlimited Access #3 | Marvel Characters Inc. & DC Comics | Dec. 7, 1997 | TX 4-881-048 |
| Unlimited Access #4 | " | Jan. 11, 1998 (DCR 1997) | TX 4-892-247 |
| Icon #15 | DC/Milestone Media INC. | May 24 1994 | TX 3-883-673 |
| Steel #6 | DC Comics | May 31 994 | TX 3-883-671 |
| Steel #7 | " | Jul. 12, 1994 | TX 3-883-670 |
| Steel #45 | " | Oct. 3, 1997 | TX 4-579-832 |
| Steel #46 | " | Oct. 24, 1997 | TX 4-594-983 |

42

000000654

**EXHIBIT 13**
**695**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Steel #50 | D C Comics, Inc | Feb. 20, 1998 | TX 4-657-226 |
| Wonder Woman #126 | " | Aug. 15, 1997 | TX 4-534-330 |
| Wonder Woman #153 | " | Dec. 10, 1999 | TX 5-059-386 |
| Wonder Woman #172 | " | Jul. 13, 2001 | TX 5-399-362 |
| Green Lantern #46 | " | Aug. 24, 1993 | TX 3-660-903 |
| Green Lantern #69 | " | Oct. 17, 1995 | TX 4-146-568 |
| Green Lantern #81 | " | Sep. 27, 1996 | TX 4-349-368 |
| Green Lantern #94 | " | Oct. 24, 1997 | TX 4-594-973 |
| Aquaman #3 | " | Dec. 17, 1991 | TX 3-278-273 |
| Aquaman #3 | " | Dec. 17, 1991 | TX 3-301-525 |
| Aquaman #3 | " | Oct. 4, 1994 | TX 3-931-670 |
| The Flash #166 | " | Sep. 15, 2000 | TX 5-214-646 |
| Showcase #8 | " | Jun. 28, 1996 | TX 4-257-833 |
| Aztek #10 | " | Mar. 14, 1997 | TX 4-468-991 |
| Anima #9 | " | Nov. 8, 1994 | TX 3-947-272 |
| Anima #10 | " | Dec. 6, 1994 | TX 3-964-225 |
| Static #14 | " | Jul. 5, 1994 | TX 3-875-231 |
| DC 2000 | " | Jun. 30, 2000 | TX 5-170-541 |
| Superboy Annual #1 | National Periodical Publications, Inc | Apr. 23, 1964 | A 688925 |
| Secret Origins of the Super D.C. Heroes | " | May 13 1976 | TX-320-901 |
| Superboy and the Legion of Super-Heroes | D C Comics, Inc. | Dec. 15, 1977 | TX 29-890 |
| When Superman Was Superboy | " | Apr. 29, 1980 DCRE 1979 | TX-574-149 |
| How Superman Came To Earth | " | Apr. 29, 1980 DCRE 1979 | TX 574-146 |
| The Adventures of Superbaby | " " | Apr. 29, 1980 DCRE 1979 | TX-574-147 |
| The Great Darkness Saga: Legion of Super-Heroes | " | Sep. 26, 1989 | TX-2-764-544 |
| Legion of Super-Heroes Archives, Vol. 1 | " | Dec. 3, 1991 | TX-3-202-866 |
| Legion of Super-Heroes Archives, Vol. 2 | " | Oct. 20, 1992 | TX-3-446-619 |
| Legion of Super-Heroes Archives, Vol. 3 | " | Sep. 7, 1993 | TX-3-693-730 |
| Legion of Super-Heroes Archives, Vol. 4 | " | Mar. 29, 1994 | TX-3-806-855 |
| Legion of Super-Heroes Archives, Vol. 5 | " | Oct. 4, 1994 | TX-3-964-639 |
| Legion of Super-Heroes Archives, Vol. 6 | " | Nov. 8, 1996 | TX-4-498-288 |
| Legion of Super-Heroes Archives, Vol. 7 | " | Oct. 17, 1997 | TX-4-713-895 |

43

000000655

**EXHIBIT 13**
**696**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Legion of Super-Heroes Archives, Vol. 8 | D C Comics, Inc | Oct. 16, 1998 | TX-4-905-4... |
| Legion of Super-Heroes Archives, Vol. 9 | " | Oct. 15, 1999 | TX-5-098-941 |
| Legion of Super-Heroes Archives, Vol. 10 | " | Oct. 20, 2000 | TX-5-284-502 |
| Legion of Super-Heroes Archives, Vol. 11 | " | Aug. 17, 2001 | TX-5-437-580 |
| A Superboy/Supergirl Anthology | Scholastic, Inc. | Sep. 27, 1971 | A279502 |
| Supercard (1-36) To Accompany Superboy/Supergirl Anthology | " | Sep. 27, 1971 | A279504 |
| The Golden Age: Different Look at a Different Era | D C Comics, Inc | Jul. 25, 1995 | TX-4-132-559 |
| D C Comics: 60 Years of the Favorite Comic Book Heroes | " | Sep. 18, 1995 | TX-4-260-019 |
| The Adventures of Superboy (Animated—Super Powers Collection) | " | Jul. 22, 1985 | PA-274-631 |
| Super Heroes and Comic Books | Mego Corporation & DC Comics Inc. | Jun. 30, 1979 DCRE 1978 | SR-10-291 |
| Superboy Plus The Power of Shazam | D C Comics Inc. | 1996 | No record |
| World of Smallville #1 | " | Dec. 8, 1987 | TX 2-263-311 |
| World of Smallville #2 | " | Jan. 12, 1988 | TX 2-304-757 |
| World of Smallville #3 | " | Feb. 9, 1988 | TX 2-349-112 |
| World of Smallville #4 | " | Mar. 15, 1988 | TX 2-319-964 |
| Smallville: An Original Screenplay | Gina Freschet | Dec. 5, 1994 | PAu-1-932-685 |
| Legion of Super-Heroes, Vol.1, #1 | National Periodical Publications, Inc. | Dec. 19, 1972 | B815932 |
| Legion of Super-Heroes, Vol. 1, #2 | " | Jan. 23, 1973 | B822491 |
| Legion of Super-Heroes, Vol. 1, #3 | " | Feb. 13, 1973 | B822533 |
| Legion of Super-Heroes, Vol. 1, #4 | " | Apr. 12, 1973 | B835406 |
| D C Super-Stars Society: Legion of Super-Heroes Chapter | D C Comics, Inc. | Jul. 13, 1978 | TX-83-688 |
| Superboy: Spies from Outer Space (CD-ROM/Comic Book) | " | 1996 | No record |
| Smallville: The Comic | " | Nov. 1, 2002 | No record |
| Superman/Darkside:Apokolips | " | 2002 | No record |
| Superman: The Ultimate Guide To The Man of Steel | DK Publishing, Inc. | 2002 | No record |

44

000000656

**EXHIBIT 13**
**697**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| JLA: The Ultimate Guide To The Justice League of America | DK Publishing, Inc. | 2002 | No record |

**ACTION FIGURES and ACCESSORIES:**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Superboy Action Figure | DC Comics/ Hasbro Inc. | 1995 | No record |
| Superboy VTOL Cycle | " | 1995 | No record |
| Superboy with Mammoth Claw | " | 1995 | No record |
| Superboy vs. King Shark (With exclusive DC Comic Book) | " | 1995 | No record |
| Smallville PVC Set | DC Comics from DC Direct | 2002 | No record |
| Silver Age Supergirl & Superboy Deluxe Action Figure Set | " | 2002 | No record |
| Smallville: Clark Kent Action Figure | " | 2002 | No record |
| Smallville: Lana Lang Action Figure | " | 2002 | No record |
| Smallville: Lex Luthor Action Figure | " | 2002 | No record |
| Smallville: Clark Kent Trading Cards | Inkworks | 2002 | No record |
| Smallville: Lana Lang Trading Cards | Inkworks | 2002 | No record |
| Smallville: Lex Luthor Trading Cards | " | 2002 | No record |

**OTHER MERCHANDISE**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Superboy Coloring Book | National Periodical Publications, Inc. /Jason Studios | Sep. 22, 1967 | A 950764 |
| Superboy Frame Tray Puzzle [Saving Dog] #4554- | National Periodical Publications, Inc. | Jun. 24, 1968 | K83539 |
| Superboy Game; Superman Game [Volcanic Island, Kryptonite Generator] 4725-X--4725-X1 | Milton Bradley Co./National Periodical Publications, Inc. | Jan. 30, 1967 | K79292 |
| Superman and Superboy Game | Milton Bradley Co. | Jan. 30, 1967 | A897191 |
| Superboy All Plastic Assembly Kit (Aurora Comic Scenes) | Aurora Products Corporation | Mar. 22, 1974 | A531417 |
| Superboy & Superpup: The Lost Videos | Charles W. Harter | Jun. 6, 1991 | TXu-509-427 |

000000657

**EXHIBIT 13**
**698**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Super Heroes Sticker Fun #2190-46 | DC Comics, Inc. | Sep. 21, 1983 | VA-147-658 |
| Super Heroes: A Coloring Book | " | Feb. 9, 1983 | VA-149-515 |
| D C Super Heroes Poster Book | " | 5/22/1978 DCRE: 1977 | VA-11-410 |
| D C Comics Super Heroes: A Giant Coloring Book | " | Apr. 1, 1996 | VA-776-450 |
| D C Comics Super Heroes: A Giant Coloring Book | " | May 15 1996 | VA-777-593 |
| D C Comics Super Heroes: Paint and Marker Book | " | Mar. 1, 1996 | VA-777-441 |
| D C Comics Super Heroes: 16 Crayons #8968 | " | Aug. 15, 1996 | VA-791-036 |
| D C Comics Super Heroes: Sticker Fun | " | Aug. 6, 1996 | VA-795-718 |
| Superboy Artwork | Linn Cohen-Cole | Jun. 28, 1982 | VAu-40-278 |
| Smallville T-Shirt | AOL Time Warner, Inc. | 2002 | No record |
| Smallville Backpack w/ MP3 Pocket | " | 2002 | No record |
| Smallville Backpack w/ Crow Design | " | 2002 | No record |
| Smallville Cap | " | 2002 | No record |
| Smallville Pen/Pencil Set | " | 2002 | No record |
| Smallville Notebook | " | 2002 | No record |
| Smallville Varsity Jacket | " | 2002 | No record |
| Smallville Binder | " | 2002 | No record |
| Red Smallville Pennant | " | 2002 | No record |
| Tom Welling 2003 Calendar | " | 2002 | No record |
| Smallville 2003 Calendar (16 Month) | AOL Time Warner, Inc. | 2002 | |

**MUSIC:**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| Superboy | Editions Musicales Sirocco/Slim Pezin | Jul. 15, 1981 | PA-125-455 |
| You've Gotta Have Rainbows (From the Musical Superboy) | Hinshaw Music, Inc. | Feb. 22, 1990 DCRE:1988 | PA-503-321 |
| Adventures of Superboy | Anthony Figueroa | Aug. 24, 1988 | PAu-1-132-423 |
| Nina Hagen Band (Includes "Superboy") | C B S Schallplatten, G.m.b.H. | Sep.1, 1978 | SR-25-237 |

46

000000658

**EXHIBIT 13**
**699**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| **TELEPLAYS:** | | | |
| A Super Time Trap | Lawrence L. Marcheschi, Jr. | Jun. 19, 1989 (DREG) | PAu-1-245-983 |
| Wake Up | James E. Stieglitz | Dec. 11, 1989 (DREG) | PAu-1-325-427 |
| Wolfboy | Todd F. Eklof (aka Frederick Fox) | Jun. 26, 1990 (DREG) | PAu-1-389-183 |
| Solomon Grundy's Revenge | Donald I Waldo | Aug. 10, 1990 (DREG) | PAu-1-406-473 |
| Sun and Shadow | Jane M. Kahler | Jul. 26, 1989 (DREG) | PAu-1-243-446 |
| Superboy vs. The Space Zombies | Karl Morgan | Dec. 11, 1990 (DREG) | PAu-1-472-563 |
| **"SUPERBOY" TV SERIES EPISODES:** | | | |
| #8801: Countdown To Nowhere (aka Superboy #5) | Superboy Productions, Inc./ Cantharus Prod., N.V. | Nov. 5, 1988 | PA-434-385 |
| #8802: Jewel of Techecal (aka Superboy #1) | " | Oct. 8, 1988 | PA-434-383 |
| #8803: A Kind of Princess (aka Superboy #2) | " | Oct. 15, 1988 | PA-403-786 |
| #8804: Back to Oblivion (aka Superboy #3 | " | Oct. 22, 1988 | PA-434-461 |
| #8805: The Russian (aka Superboy #1) | " | Oct. 29, 1988 | PA-403-709 |
| #8806: Bringing Down the House (aka Superboy #6) | Superboy Productions, Inc./ Cantharus Prod., N.V. | Nov. 12, 1988 | PA-434-381 |
| #8807: The Beast and Beauty (aka Superboy #7) | " | Nov. 19, 1988 | PA-417-387 |
| #8808: The Fixer (aka Superboy #8) | " | Nov. 26, 1988 | PA-417-080 |
| #8809: The Alien Solution (aka Superboy #10) | " | Dec. 3, 1988 | PA-434-382 |
| #8810: Troubled Waters (aka Superboy #12) | " | Dec. 10, 1988 | PA-434-384 |
| #8811: The Invisible People (aka Superboy #13) | " | Jan. 16, 1989 | PA-417-089 |
| #8812: Kryptonite Kills (aka Superboy #12) | " | Jan. 28, 1989 DCRE: 1988 | PA-434-418 |

47

000000659

**EXHIBIT 13**

**700**

| Title | Name of Author | Date Copyright Secured | |
|---|---|---|---|
| #8813: Birdwoman of the Swamps (aka Superboy #14) | Superboy Productions, Inc./ Cantharus Prod., N.V. | Feb. 4, 1989 DCRE: 1988 | PA |
| #8914: Revenge of the Alien, Pt. 1 (aka Superboy #15) | " | Feb. 4, 1989 | PA-4 |
| #8915: Revenge of the Alien, Pt. 2 (aka Superboy #15) | " | Feb. 11, 1989 | PA-416 |
| #8816: Stand Up and Get Knocked Down | " | Feb. 18, 1989 | PA-411-7 90 |
| #8927: Metallo | " | Oct. 21, 1989 | PA-446-926 |
| #17: Meet Mr. Mxyzptlk | " | Feb. 25, 1989 | PA-416-772 |
| #18: Terror from the Blue | " | Mar. 11, 1989 | PA-416-745 |
| #19: War of the Species | " | Mar. 18, 1989 | PA-416-749 |
| #20: The Phantom of the Third Division | " | Apr. 29, 1989 | PA-418-794 |
| #21: Mutant | " | Apr. 22, 1989 | PA-417-277 |
| #22: Succubus | " | May 20 1989 | PA-417-326 |
| #23: Little Hercules | " | Apr. 15, 1989 | PA-417-297 |
| #24: Hollywood | " | May 13 1989 | PA-420-995 |
| #25: Black Flamingo | " | May 6 1989 | PA-418-798 |
| #26: Luthor Unleashed | " | May 27 1989 | PA-418-793 |
| #28: With This Ring, I Thee Kill | " | Oct. 7, 1989 | PA-447-330 |
| #29: Lex Luthor, Sentenced to Death | " | Oct. 14, 1989 | PA-447-350 |
| #30: Young Dracula | " | Oct. 28, 1989 | PA-455-011 |
| #31: Mr. & Mrs. Superboy | " | Nov. 25, 1989 | PA-438-415 |
| #32: Nightmare Island | " | Nov. 4, 1989 | PA-455-010 |
| #33: Bizarro, The Thing of Steel | " | Nov. 11, 1989 | PA-441-010 |
| #34: The Battle with Bizarro | " | Nov. 18, 1989 | PA-431-466 |
| #35: Superstar | " | Mar. 3, 1990 | PA-453-369 |
| #36: Programmed for Death | " | Dec. 2, 1989 | PA-439-401 |
| #37: Superboy's Deadly Touch | " | Dec. 9, 1989 | PA-439-400 |
| #38: Power of Evil | " | Dec. 16, 1990 | PA-439-402 |
| #39: Run, Dracula, Run | " | Feb. 3 1990 | PA-452-620 |
| #42: Yellow Peri's Spell of Doom | " | Jan. 20, 1990 | PA-439-399 |
| #43: Microboy | " | Jan. 27, 1990 | PA-439-428 |
| #44: Brimstone | " | Feb. 10, 1990 | PA-452-892 |
| #45: Abandon Earth | " | Feb. 17, 1990 | PA-453-134 |
| #46: Escape to Earth | " | Feb. 24, 1990 | PA-453-135 |
| #47: Nick Knack | " | May 12 1990 | PA-468-090 |
| #48: Revenge from the Deep | " | Apr. 28, 1990 | PA-465-929 |
| #49: Johnny Casanova and the Case of the Secret Serum | " | May 26 1990 | PA-467-905 |
| #50: The Woman Called Tiger Eye | " | Apr. 21, 1990 | PA-459-800 |

48

000000660

**EXHIBIT 13**
**701**

| Title | Name of Author | Date Copyright Secured | Copyright |
|---|---|---|---|
| #51: The Haunting of Andy McAlister | Superboy Productions, Inc./ Cantharus Prod., N.V. | May 5 1990 | PA-467-906 |
| #52: The Secrets of Superboy | " | May 19 1990 | PA-467-907 |
| #53: The Bride of Bizzaro, Pt. 1 | Lowry Productions, Inc, Cantharus Prod., N.V. | Dec. 6, 1990 | PA-496-483 |
| #54: The Bride of Bizzaro, Pt. 2 | " | Oct. 11, 1990 | PA-496-480 |
| #4: The Lair (In description #55) | " | Oct. 18, 1990 | PA-496-482 |
| #5: Nella (In description #56) | " | Oct. 25, 1990 | PA-496-481 |
| #57: Roads Not Taken, Pt. 1 | " | Nov. 1, 1990 | PA-496-487 |
| #58: Roads Not Taken,  Pt. 2 | " | Nov. 8, 1990 | PA-496-486 |
| #9:  Sons of Icarus (On container: #59) | " | Nov. 15, 1990 | PA-496-485 |
| #10: Carnival (On container: #60) | " | Nov. 22, 1990 | PA-496-484 |
| #3: Test of Time (Application Title: Superboy #61) | " | Nov. 29, 1990 | PA-496-488 |
| #62: Mindscape | " | Dec. 3, 1990 | PA-507-852 |
| #63: Superboy Lost | " | Dec. 10, 1990 | PA-507-851 |
| #64: Special Effects | " | Dec. 31, 1991 | PA-507-853 |
| #65: Nelia and the Beast | " | Jan. 7, 1991 DCRE 1990 | PA-507-854 |
| #66: Golem | " | Jan. 14, 1991 DCRE 1990 | PA-507-855 |
| #67: A Day in the Double Life | " | Jan. 21, 1991 DCRE 1990 | PA-507-858 |
| #68: Bodyswap | " | Jan. 28, 1991 DCRE 1990 | PA-507-856 |
| #69: Rebirth, Pt.1 | " | Feb. 4, 1991 | PA-525-776 |
| #70: Rebirth, Pt. 2 | " | Feb. 18, 1991 | PA-501-893 |
| #71: Werewolf | " | Feb. 18, 1991 | PA-501-894 |
| #26: People versus Metallo (aka Superboy #72) | " | Apr. 8, 1991 | PA-521-794 |
| #22: Jackson and Hyde (aka Superboy #73) | " | Apr. 15, 1991 | PA-521-791 |
| #25: Mine Games (aka Superboy #74) | " | Apr. 22, 1991 | PA-521-792 |
| #21: Wish for Armageddon (aka Superboy #75) | " | Apr. 29, 1991 | PA-521-793 |
| #20: Standoff (aka Superboy #76) | " | May 6 1991 | PA-521-788 |
| #23: Road to Hell, Pt. 1 (aka Superboy #77) | " | May 13 1991 | PA-521-790 |
| #24: Road to Hell, Pt. 2 (aka Superboy #78) | " | May 20 1991 | PA-521-789 |
| #79: A Change of the Heart, Pt. 1 | " | Sep. 30, 1991 | PA-573-457 |

000000661

**EXHIBIT 13**
**702**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| #80: A Change of the Heart, Pt. 2 | Lowry Productions, Inc, Cantharus Prod., N.V. | Oct. 7, 1991 | PA-573-458 |
| #81: Kryptonite Kid | " | Oct. 14, 1991 | PA-573-459 |
| #82: The Basement | " | Oct. 21, 1991 | PA-573-460 |
| #83: Darla Goes Ballistic | " | Oct. 28, 1991 | PA-573-461 |
| #84: Paranoia | " | Nov. 4, 1991 | PA-573-462 |
| #85: Know Thine Enemy, Pt. 1 | " | Nov. 11, 1991 | PA-573-463 |
| #86: Know Thine Enemy, Pt. 2 | " | Nov. 18, 1991 | PA-573-464 |
| #87: Hell Breaks Loose | " | Nov. 25, 1991 | PA-573-465 |
| #88: Into the Mystery | " | Dec. 2, 1991 | PA-573-466 |
| #89: To Be Human, Pt. 1 | " | Jan. 13, 1992 DCRE 1991 | PA-573-467 |
| #90: To Be Human, Pt. 2 | " | Jan 20, 1992 DCRE 1991 | PA-573-468 |
| #91: West of Alpha Centauri | " | Jan. 27, 1992 DCRE 1001 | PA-573-469 |
| #92: Threesome, Pt. 1 | " | Feb. 3, 1992 DCRE 1991 | PA-573-470 |
| #93: Threesome, Pt. 2 | " | Feb. 10, 1992 DCRE 1991 | PA-573-471 |
| #94: Out of Luck | " | Feb. 17, 1992 DCRE 1991 | PA-573-472 |
| #95: Who is Superboy? | " | Feb. 24, 1992 DCRE 1991 | PA-573-473 |
| #96: Cat and Mouse | " | Apr. 13, 1992 DCRE 1991 | PA-573-474 |
| #97: Obituary for a Super-Hero | " | Apr. 20, 1992 DCRE 1991 | PA-573-475 |
| #98: Metamorphosis | " | Apr. 27, 1992 DCRE 1991 | PA-573-476 |
| #99: Rites of Passage, Pt. 1 | " | 5/4/1992 DCRE 1991 | PA-573-477 |
| #100: Rites of Passage, Pt. 2 | " | 5/11/1992 DCRE1991 | PA-573-478 |

**"SMALLVILLE" TV SERIES EPISODES:**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| #475165: Pilot (aka Smallville # 101) | Warner Bros. Television | 2001 | No record |
| #227601: Metamorphosis (aka Smallville # 102) | " | 2001 | No record |
| #227603: Hothead (aka Smallville # 103) | " | 2001 | No record |
| #227604: X-Ray (aka Smallville # 104) | " | 2001 | No record |

000000662

**EXHIBIT 13**

**703**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| #227605: Cool (aka Smallville # 105) | Warner Bros. Television | 2001 | No record |
| #227606: Hourglass (aka Smallville # 106) | " | 2001 | No record |
| #227607: Craving (aka Smallville # 107) | " | 2001 | No record |
| #227602: Jitters (aka Smallville # 108) | " | 2001 | No record |
| #227608: Rogue (aka Smallville # 109) | " | 2002 | No record |
| #227609: Shimmer (aka Smallville # 110) | " | 2002 | No record |
| #227610: Hug (aka Smallville # 111) | " | 2002 | No record |
| #227611: Leech (aka Smallville # 112) | " | 2002 | No record |
| #227612: Kinetic (aka Smallville # 113) | " | 2002 | No record |
| #227613: Zero (aka Smallville # 114) | " | 2002 | No record |
| #227614: Nicodemus (aka Smallville # 115) | " | 2002 | No record |
| #227615: Stray (aka Smallville # 116) | " | 2002 | No record |
| #227616: Reaper (aka Smallville # 117) | " | 2002 | No record |
| #227617: Drone (aka Smallville # 118) | " | 2002 | No record |
| #227618: Crush (aka Smallville # 119) | " | 2002 | No record |
| #227619: Obscura (aka Smallville # 120) | " | 2002 | No record |
| #227620: Tempest (aka Smallville # 121) | " | 2002 | No record |
| #175051: Vortex (aka Smallville # 201) | " | 2002 | No record |
| #175052: Heat (aka Smallville # 202) | " | 2002 | No record |
| #175053: Duplicity (aka Smallville # 203) | " | 2002 | No record |
| #175054: Red (aka Smallville # 204) | " | 2002 | No record |
| Nocturne (aka Smallville # 205) | " | 2002 | No record |
| #227621: Redux (aka Smallville # 206) | " | 2002 | No record |
| Lineage (aka Smallville # 207) | " | 2002 | No record |
| Ryan (aka Smallville # 208) | " | 2002 | No record |

51

000000663

**EXHIBIT 13**
**704**

| Title | Name of Author | Date Copyright Secured | Copyright Reg. No. |
|---|---|---|---|
| Dichotic (aka Smallville # 209) | Warner Bros. Television | 2002 | No record |
| Skinwalker (aka Smallville # 210) | " | 2002 | No record |
| Visage (aka Smallville # 211) | " | 2002 | No record |
| Smallville DVD (Episode #101: "Pilot" and Episode #102: "Metamorphosis") | " | 2002 | No record |

**SMALLVILLE NOVELIZATIONS**

| | | | |
|---|---|---|---|
| Smallville #1: Arrival | D C Comics, Inc. and AOL Time Warner, Inc. | 2002 | In progress |
| Smallville #2: See No Evil | " | Oct. 17, 2002 | In progress |
| Smallville #2: Dragon | " | Oct., 2002 | In progress |
| Smallville: Strange Visitors | " | Oct. 7, 2002 | In progress |
| Smallville #3: Flight | " | Dec., 2002 | In progress |
| Smallville #3: Hauntings | " | Dec., 2002 | In progress |
| Smallville #3: Pet Peeves | " | Dec., 2002 | In progress |
| Smallville #4: Whodunnit | " | Mar., 2003 | In progress |

3.      The grant(s) to which this Notice of Termination applies is(are) made in that certain Agreement dated May 19, 1948 between Jerome Siegel and Joe Shuster, on the one hand, and National Comics Publications, Inc., Independent News Co., Inc., The McClure Newspaper Syndicate, Harry Donenfeld, Jacob S. Liebowitz, Paul H. Sampliner and Wayne Boring, on the other hand; and in that certain Agreement dated December 23, 1975 between Jerome Siegel and Joe Shuster, on the one hand, and Warner Communications, Inc., on the other hand.[7]

4.      The effective date of termination shall be November 17, 2004.

_____

[7] To the extent the following agreements are found or claimed to contain a grant(s) of, pertaining to or affecting SUPERBOY, in whole or in part, this Notice of Termination shall apply to such agreements as well: Agreement dated December 4, 1937 between Jerome Siegel and Joe Shuster, on the one hand, and Detective Comics, Inc., on the other had; Agreement dated March 1, 1938 between Jerome Siegel and Joe Shuster, on the one hand, and Detective Comics, Inc., on the other hand; Agreement dated September 22, 1938 between Jerome Siegel and Joe Shuster, on the one hand, and Detective Comics, Inc., on the other hand; Agreement dated September 22, 1938 between Jerome Siegel and Joe Shuster, on the one hand, and Detective Comics, Inc. and The McClure Newspaper Syndicate, on the other hand; and Agreement dated December 19, 1939 between Jerome Siegel and Joe Shuster, on the one hand, and Detective Comics, Inc., on the other hand.

000000664

**EXHIBIT 13**
**705**

5.    Jerome Siegel died on January 28, 1996. Mr. Siegel is survived by his widow, Joanne Siegel, and two children: Jerome and Joanne Siegel's daughter Laura Siegel Larson, and Mr. Siegel's son by a previous marriage, Michael Siegel. Joanne Siegel and Laura Siegel Larson, who own and constitute more than one-half of author Jerome Siegel's termination interest, are executing this notice and constitute a 75% majority interest of those persons entitled to exercise the termination interest of Jerome Siegel as to the grant of the transfer described herein-above. To the best knowledge and belief of the undersigned, this notice has been signed by all persons whose signature is necessary to terminate said grant under Section 304(c) of Title 17, United States Code.

Dated: November _8_, 2002

_Joanne Siegel_
Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292


_Laura Siegel Larson_
Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

000000665

**EXHIBIT 13**
**706**

## CERTIFICATE OF INVESTIGATION

We hereby certify that before serving the foregoing document described as

NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED RENEWAL

TERM, and pursuant to 37 C.F.R. Section 201.10(d), we caused a reasonable

investigation to be made on our behalf as to the current ownership of the rights being

terminated, by commissioning a search of U.S. copyright records, including a search of

the records in the U.S. Copyright Office.

We declare under penalty of perjury that the foregoing is true and correct.

Executed this ___8th___ day of November, 2002, at Los Angeles, California.

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA  90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

54

000000666

**EXHIBIT 13**
**707**

## CERTIFICATE OF SERVICE

We hereby certify that we caused a true copy of the foregoing document

described as NOTICE OF TERMINATION OF TRANSFER COVERING EXTENDED

RENEWAL TERM to be served this 8th day of November, 2002, by First Class Mail,

postage prepaid, upon the following:

To:  AOL Time Warner Inc.
     c/o Richard D. Parsons
     Chief Executive Officer
     75 Rockefeller Plaza
     New York, NY 10019

     Time Warner
     Entertainment Company, L.P.
     c/o Barry M. Meyer
     Chairman & C.E.O.
     75 Rockefeller Plaza
     New York, NY 10019

     Warner Bros. Inc.
     c/o Barry M. Meyer
     Chairman & C.E.O
     4000 Warner Boulevard
     Burbank, CA 91522

     Warner Communications Inc.
     75 Rockefeller Plaza
     New York, NY 10019

     Warner Bros. Television
     c/o Peter Roth
     President
     4000 Warner Boulevard
     Burbank, CA 91522

     Warner Music Group
     c/o Roger Ames
     Chairman & C.E.O.
     75 Rockefeller Plaza
     New York, NY 10019

Warner Bros. Worldwide
Consumer Products
c/o Dan Romanelli, President
4000 Warner Boulevard
Burbank, CA 91522

Warner Publisher Services, Inc.
c/o Rich Jacobsen
President
135 W. 50th Street, 7th Floor
New York, NY 10020

AOL Time Warner Book Group, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

Warner Books, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

Little, Brown and Company, Inc.
c/o Laurence J. Kirshbaum, CEO
1271 Avenue of the Americas
New York, NY 10020

DC Comics, Inc.
c/o Paul Levitz
President & Publisher
1700 Broadway, 7th Floor
New York, NY 10019

55

000000667

**EXHIBIT 13**
**708**

DC Comics, a General Partnership
c/o Paul Levitz
Executive V.P. & Publisher
1700 Broadway, 7th Floor
New York, NY 10019

DC Direct
c/o DC Comics
1700 Broadway, 7th Floor
New York, NY 10019

Milton Bradley Co.
Division of Hasbro Inc.
c/o David E. Wilson
President
433 Shaker Road
East Longmeadow, MA 01028

Hasbro, Inc.
c/o Alan Hassenfeld
Chief Executive Officer
1027 Newport Avenue
Pawtucket, RI 02861

Wildstorm Productions
c/o Jim Lee
Editor & Director
888 Prospect Street, Suite 240
La Jolla, CA 92037

Dark Horse Publications
c/o Michael Richardson
President
10956 S.E. Main St.
Milwaukie, OR 97222

Cantharus Productions, N.V.
c/o Ilya Salkind
8965 Bay Cove Ct.
Orlando, FL 32819

Hallmark Entertainment, Inc.
c/o Robert Halmi, Jr.
Chairman
1325 Avenue of the Americas
21st Floor
New York, NY 10019

Marvel Entertainment Group, Inc.
c/o F. Peter Cuneo
President & C.E.O.
10 East 40th Street, 9th Floor
New York, NY 10016

Golden Books Publishing
c/o Amy Jarashow
Associate Publisher
1540 Broadway
New York, NY 10036

Random House Golden Books for
Young Readers
c/o Kate Klimo
Vice President & Publisher
1540 Broadway
New York, NY 10036

Inkworks
c/o Allan Caplan
President & CEO
4320 Delta Lake Dr.
Raleigh, NC 27612

DK Publishing, Inc.
375 Hudson Street
New York, NY 10014

Scholastic, Inc.
c/o Richard Robinson
Chairman & CEO
557 Broadway
New York, NY 10012

000000668

EXHIBIT 13
709

We declare under penalty of perjury that the foregoing is true and correct.

Executed this 8th day of November, 2002, at Los Angeles, California.

Joanne Siegel
13929 Marquesas Way, Apt. 201A
Marina Del Rey, CA 90292

Laura Siegel Larson
6400 Pacific Avenue, No. 106
Playa del Rey, CA 90293

57

000000669

**EXHIBIT 13**
**710**

# EXHIBIT 14

1  Marc Toberoff (CA State Bar No. 188547)
   Nicholas C. Williamson (CA State Bar No. 231124)
2  LAW OFFICES OF MARC TOBEROFF, PLC
   1999 Avenue of the Stars, Suite 1540
3  Los Angeles, CA 90067
   Telephone: (310) 246-3333
4  Facsimile: (310) 246-3101

5  Attorneys for Plaintiffs and Counterclaim Defendants
   JOANNE SIEGEL and LAURA SIEGEL LARSON

6

**ORIGINAL**

CLERK, U.S. DISTRICT COURT
OCT 1 8 2005
CENTRAL DISTRICT OF CALIFORNIA
BY                           DEPU

Priority
Send
Enter
Closed
JS-5/JS-6
JS-2/JS-3
Scan Only

7              **UNITED STATES DISTRICT COURT**

8              **CENTRAL DISTRICT OF CALIFORNIA**

9  JOANNE SIEGEL, an individual; and      Case No. **CV 04-08776 RSWL (RZx)**

10 LAURA SIEGEL LARSON, an

11 individual,

12              Plaintiffs,                 **FIRST AMENDED**
                                            **SUPPLEMENTAL COMPLAINT**
13       vs.                                **FOR:**

14 TIME WARNER INC., a corporation;        [1] COPYRIGHT INFRINGEMENT,
   WARNER COMMUNICATIONS                        17 U.S.C. §§ 101 *ET SEQ.*;
15 INC., a corporation; WARNER BROS.       [2] DECLARATORY RELIEF RE:
   ENTERTAINMENT INC., a                        TERMINATION,
16 corporation; WARNER BROS.                    17 U.S.C. § 304(c);
   TELEVISION PRODUCTION INC., a          [3] VIOLATION OF LANHAM ACT,
17 corporation; DC COMICS, a general           15 U.S.C. § 1125;
   partnership; and DOES 1-10,            [4] VIOLATION OF CALIFORNIA
18                                             BUSINESS AND
19              Defendants.                    PROFESSIONAL CODE
                                               §§ 17200 *ET SEQ.*; and
20                                         [5] INJUNCTIVE RELIEF.

21

22

23                                         DEMAND FOR JURY TRIAL

24

25

26 DOCKETED ON CM
   OCT 1 9 2005
27 BY          009

28

                              1

DC COMICS,

               Counterclaimant,

    vs.

JOANNE SIEGEL, an individual; and
LAURA SIEGEL LARSON, an
individual,

               Counterclaim Defendants.

Plaintiffs JOANNE SIEGEL and LAURA SIEGEL LARSON (hereinafter the "Plaintiffs"), by and through their attorneys of record, hereby allege as follows:

## JURISDICTION AND VENUE

    1.    This is a civil action for copyright infringement, declaratory relief, violations of the Lanham Act and violations of the California unfair competition laws arising out of Plaintiffs' termination of prior grants of copyright in and to the original character and work created by Jerome Siegel known as "Superboy" and subsequent "Superboy" works pursuant to the United States Copyright Act of 1976, 17 U.S.C. § 304(c), and defendants' willful misconduct with respect thereto.

    2.    This Court has original subject matter jurisdiction over the claims set forth in this Complaint pursuant to the United States Copyright Act (hereinafter, the "Copyright Act"), 17 U.S.C. § 101 *et al.*, pursuant to the Lanham Act, 15 U.S.C. §§ 1121 and 1125(a) and (c) and 28 U.S.C. §§ 1331, 1332 and 1338(a).

    3.    This Court has supplemental jurisdiction over the related state claims herein under 18 U.S.C. § 1367 in that these claims form part of the same case and controversy as the federal claims herein.

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**
**712**

4.  This Court has personal jurisdiction over the defendants in that defendants are regularly doing business in the State of California and in this District, and because a substantial portion of the relevant acts complained of herein occurred in the State of California and this District.

5.  Venue is proper in the United States District Court for the Central District of California pursuant to 28 U.S.C. §§ 1391(b) and (c) and 1400(a) because a substantial part of the wrongful acts that give rise to the claims herein below occurred in this district and because WARNER BROS. ENTERTAINMENT INC. and WARNER BROS. TELEVISION PRODUCTION INC. have principal places of business in this district.

## PARTIES

6.  Plaintiff JOANNE SIEGEL (hereinafter "Joanne Siegel") is an individual and citizen of, and resides in, the State of California, in the County of Los Angeles, and is and at all times has been a citizen of the United States. Joanne Siegel is the widow of famed comic book creator Jerome (a.k.a. "Jerry") Siegel.

7.  Plaintiff LAURA SIEGEL LARSON (hereinafter "Laura Siegel") is an individual and a citizen of, and resides in, the State of California, in the County of Los Angeles, and is and at all times has been a citizen of the United States.  Laura Siegel is the daughter of Jerome Siegel.

8.  Plaintiffs are informed and believe and based thereon allege that defendant WARNER COMMUNICATIONS INC. (hereinafter "WCI") is a corporation organized and existing under the laws of the State of Delaware, which has its principal place of business in the State of New York; that WCI is the general partner of the Defendant DC Comics partnership; and that WCI is a wholly owned subsidiary of Defendant TIME WARNER INC.

9.  Plaintiffs are informed and believe and based thereon allege that defendant WARNER BROS. ENTERTAINMENT INC. (hereinafter "Warner

3

**EXHIBIT 14**
**713**

1   Bros.") is a corporation organized and existing under the laws of the State of

2   Delaware, which has its principal place of business in Los Angeles County,

3   California; and that Warner Bros. is a wholly owned subsidiary of Defendant

4   TIME WARNER INC.

5           10.    Plaintiffs are informed and believe and based thereon allege that

6   defendant WARNER BROS. TELEVISION PRODUCTION INC. (hereinafter

7   "WBTV") is a corporation organized and existing under the laws of the State of

8   Delaware, which has its principal place of business in Los Angeles County,

9   California; and that WBTV is a wholly owned subsidiary of Defendant Warner

10  Bros.

11          11.    Plaintiffs are informed and believe and based thereon allege that

12  Defendant DC COMICS (hereinafter "DC") is a general partnership organized

13  and existing under the laws of the State of New York, which has its principal

14  place of business in the State of New York; that DC regularly conducts

15  significant business in the State of California and in the County of Los Angeles;

16  that DC is wholly co-owned by Warner Bros. and WCI, but Warner Bros.

17  exercises day to day *de facto* control over DC.

18          12.    Plaintiffs are informed and believe and based thereon allege that on

19  or about September 30, 1946, the New York corporations, Detective Comics,

20  Inc., Superman, Inc., All American Comics, Inc., Jolaine Publications, Inc.,

21  Wonderwoman Publishing, Inc., Hop Harrigan Enterprise, Inc., Gainlee

22  Publishing Co., Inc., J.R. Publishing Co., Inc., Worlds Best Comics, Inc. and

23  Trafalgar Printing Co., Inc. were consolidated into the New York corporation

24  National Comics Publications, Inc., the name of which was later changed to

25  National Periodical Publications, Inc., and eventually to DC Comics; and further

26  that DC, Warner Bros. and Time Warner, and/or each of them, are the alleged

27  successor(s)-in-interest to National Periodical Publications, Inc.

28

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**714**

1      13.    Plaintiffs are informed and believe and based thereon allege that

2  Defendant TIME WARNER INC. (hereinafter "Time Warner") is a corporation

3  organized and existing under the laws of the State of Delaware, which has its

4  corporate headquarters in the State of New York, and that Time Warner

5  regularly conducts significant ongoing business in the State of California and in

6  the County of Los Angeles.  Time Warner is the parent company of WCI,

7  Warner Bros., WBTV and DC. (Time Warner, WCI, Warner Bros., WBTV and

8  DC are sometimes collectively referred to hereinafter as the "Defendants;" and

9  each reference to Defendants shall also refer to each Defendant).

10      14.    Plaintiffs are informed and believe and based thereon allege that

11  Defendant DC never, or rarely, exploits "Superboy," independently of its

12  controlling parent company, Warner Bros.; that even relatively linear functions

13  such as "Superboy" licensing are not handled directly by DC, but are exploited

14  exclusively through Warner Bros.; that the agreements and other arrangements

15  between Defendants WCI, Warner Bros., WBTV and DC regarding "Superboy"

16  are not "arm's length" agreements, serve primarily Warner Bros.' and WBTV'S

17  interests, and thus, do not reflect the appropriate market values of the copyrights

18  to "Superboy," at issue herein.

19      15.    Plaintiffs are informed and believe and based thereon allege that

20  Defendants Time Warner, WCI, Warner Bros., WBTV and DC are, and at all

21  times material hereto were, the alter-egos of each other and there exists and has

22  existed at all times material hereto a unity of interest and ownership among such

23  Defendants such that any separateness has ceased to exist in that Defendants,

24  and/or each of them, used assets of the other Defendants, and/or each of them,

25  for its and/or their separate, individual purposes, and caused valuable assets,

26  property, rights and/or interests to be transferred to each other without adequate

27  consideration.

28

5

16.    Plaintiffs are informed and believe and based thereon allege that the fictitiously named Defendants captioned hereinabove as Does 1 through 10, inclusive, and each of them, were in some manner responsible or legally liable for the actions, damages, events, transactions and circumstances alleged herein. The true names and capacities of such fictitiously named defendants, whether individual, corporate, associate, or otherwise are presently unknown to Plaintiffs, and Plaintiffs will amend this Complaint to assert the true names and capacities of such fictitiously named Defendants when the same have been ascertained.  For convenience, each reference herein to a named Defendant shall also refer to the Doe Defendants and each of them.

17.    Plaintiffs are informed and believe and based thereon allege that each of the Defendants was the agent, partner, servant, employee, or employer of each of the other Defendants herein, and that at all times herein mentioned, each of the Defendants was acting within the course and scope of such employment, partnership and/or agency and that each of the Defendants is jointly and severally responsible for the damages hereinafter alleged.

### FACTS COMMON TO ALL CLAIMS FOR RELIEF

18.    In or about 1938, Jerome Siegel conceived of a new comic strip series entitled "Superboy."  On November 30, 1938 he submitted to Detective Comics for its consideration, and its acceptance or rejection for publication, a written summary of the character, conception and plan for his "Superboy" comic strip series, which Mr. Siegel suggested could run as a Sunday syndicated comic strip and/or in Detective Comics' magazines, "More Fun Comics" or "New Adventure Comics."

19.    By letter dated December 2, 1938, Detective Comics rejected and did not elect to publish Mr. Siegel's "SUPERBOY" character and concept.

20.    At the time, Detective Comics was publishing the now famous "Superman" comic books written by Jerome Siegel and drawn by artist, Joseph

6

Shuster (hereinafter, "Siegel and Shuster"). "Superman" had been originally conceived by Mr. Siegel in or about 1933.

21.    Plaintiffs are informed and believe and thereon allege that at all times relevant to the within action Jerome Siegel acted as an independent contractor and not as a traditional employee of Detective Comics; that, without limitation, Mr. Siegel was not paid a salary, but was consistently paid on a "per page" basis, and only for materials actually delivered by him and published. Plaintiffs are further informed and believe and thereon allege that in compensating Mr. Siegel, Detective Comics did not withhold or deduct payroll, social security and other taxes normally deducted from employee salaries; Detective Comics did not provide employee benefits to Mr. Siegel; Mr. Siegel worked from his own premises (not Detective Comics' premises); determined his own hours and days of work; supplied, used and paid for his own instrumentalities, tools and materials; and hired and paid for his own assistants.

22.    On or about December, 1940, Jerome Siegel, on his own, authored a complete original "Superboy" story (hereinafter referred to as the "Siegel Superboy Story"). The Siegel Superboy Story together with all other material created by Jerome Siegel relating to "SUPERBOY" is hereinafter sometimes referred to as the "Siegel Superboy Material."

23.    The Siegel Superboy Material contained in detail and with particularity the unique conception and character of "Superboy," the continuity and dialogue for the first "release" or "releases" of "Superboy," and the plan for the future publication of a "Superboy" comic book series.

24.    No other person, nor entity, aside from Jerome Siegel, authored or contributed to the Siegel Superboy Material.

25.    The Siegel Superboy Material sets forth the following: "Superboy's" character, origins, family and social life as a youth growing up in a small-town in the rural American heartland; while grappling with the

7

1    challenges of growing up, "Superboy" must face the challenges and

2    responsibilities of his extraordinary strength and developing powers and of

3    concealing that he is very different from others; "Superboy" is raised in his

4    small town by foster parents, the "Kents," humble, moral people who are

5    sensitive to their "son's" uniqueness, keep his secret and gently guide him; after

6    describing "Superboy's" origins and his antics as a baby who is taught by the

7    Kents to restrain or conceal his tremendous strength, Mr. Siegel's "Superboy"

8    series starts with the youth at age eleven or twelve, while he attends junior high

9    school in the hometown where his crime fighting adventures take place;

10   "Superboy" protects his small town and its inhabitants, including his classmates,

11   from accidents and evil doers; "Superboy's" central dilemma, while facing

12   adolescence, school cliques, bullies and "bad guys" alike is to conceal his true

13   self while using his great powers to help those in need.

14        26.    By comparison, in Action Comics No. 1, where "Superman"

15   debuted in 1938, we see "Superman" as an infant in only one panel on page one.

16   By the next panel on page one he has already become an adult with fully

17   developed superpowers.

18        27.    On or about December, 1940, Mr. Siegel submitted the Siegel

19   Superboy Story to Detective Comics for its further consideration; however,

20   Detective Comics continued to reject and did not elect to publish the "Superboy"

21   comic book series.

22        28.    Thereafter, by letters dated February 6, 1941, July 1, 1941 and

23   January 1, 1942, Jerome Siegel again wrote to Detective Comics in an attempt to

24   pique their interest in his new "Superboy" comic book series.

25        29.    Detective Comics, however, consistently purported to reject Mr.

26   Siegel's proposals and material regarding a new "Superboy" comic book series.

27        30.    Jerome Siegel entered the U.S. Army in July 1943 to serve his

28   country during World War II.

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**718**

31.     While Mr. Siegel was stationed in the Pacific, Detective Comics, without notice to Jerome Siegel and without his consent, illegally used and published the Siegel Superboy Material as an illustrated comic book story in the body of the January-February, 1945 issue of More Fun Comics, No. 101, which was published and issued for sale on November 18, 1944.  The copyright to More Fun Comics No. 101 was renewed on July 17, 1972, in the name of Detective Comics' successor, National Periodical Publications, Inc., claiming as proprietor of copyright.

32.     Defendant DC states in its book, <u>DC Comics: A Celebration of the World's Favorite Comic Book Heroes</u>, Copyright 1995, 2003 DC Comics: "MORE FUN COMICS # 101 [incorporating the Siegel Superboy Material] ...la[id] the groundwork for countless stories and new directions to come. Superboy's learning experiences and the gentle guidance of Ma and Pa Kent become important touchstones in the character's development..."

33.     In or about 1947, Siegel and Shuster filed an action in the Supreme Court of the State of New York, County of Westchester against National Comics Publications, Inc. (hereinafter, the "1947 Action") to determine the origin and ownership of "Superboy;" and to determine the validity of various "Superman" contracts between Siegel and Shuster and National Comics Publications, Inc.'s predecessors–in–interest (including Detective Comics).  Pursuant to stipulation of the parties the action was referred for decision to an official referee of the New York Supreme Court (hereinafter, the "Official Referee").  After trial of the action the Official Referee rendered an opinion dated November 1, 1947.  On April 12, 1948, the Official Referee signed detailed findings of fact and conclusions of law and entered an interlocutory judgment.  The Official Referee found that Jerome Siegel was the originator and sole owner of the comic strip feature, "Superboy."  None of said parties perfected an appeal of the Official Referee's opinion, findings of fact and conclusions of law.  Settlement

9

EXHIBIT 14
719

1   negotiations ensued, resulting in a stipulation of settlement between said parties

2   executed on or about May 19, 1948 (hereinafter, the "1948 Stipulation"), and the

3   entry in the New York Supreme Court of a final consent judgment dated May

4   21, 1948.

5          34.     In the 1947 Action, the Official Referee found, after reviewing

6   considerable documentary and testimonial evidence regarding "Superboy" (and

7   Plaintiffs reiterate and allege herein):  (i) that the original "Superboy" material

8   created solely by Jerome Siegel contained with detail and particularity the

9   continuity, plan and dialogue for the first "release" or "releases" of "Superboy,"

10  the conception and character of "Superboy" and the entire plan for the future

11  publication of "Superboy"; (ii) that all of the comic strip material published

12  under the title "Superboy" by Detective Comics and later by its successor,

13  National Comics Publications, Inc., up until trial of the 1947 Action, on or about

14  April 12, 1948, copied, embodied and was based upon the conception,

15  expression, plan and direction contained in Jerome Siegel's original November

16  30, 1938 letter to Detective Comics and in the Siegel Superboy Story, solely

17  created by Jerome Siegel; (iii) that "Superman" did not contain the plan, scheme

18  or conception of Jerome Siegel's comic strip, "Superboy" and that "Superboy"

19  was a work different and distinct from "Superman"; (iv) that the publication of

20  all such comic strip material entitled "Superboy" by Detective Comics was at all

21  times illegal and without the permission of Jerome Siegel; and (v) that Jerome

22  Siegel, was the originator and sole owner of the comic strip feature, "Superboy,"

23  and had the sole and exclusive right to create, sell and distribute comic strip

24  material under the title "Superboy," of the type and nature published by

25  Detective Comics.

26         35.     Subsequent to these court findings, Mr. Siegel assigned rights in

27  "Superboy" to National Periodical Publications, Inc in the 1948 Stipulation.

28

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

EXHIBIT 14
720

36.    In <u>Jerome Siegel and Joseph Shuster v. National Periodical Publications, Inc. et al.</u>, 509 F.2d 909 (2nd Cir., 1974), the Second Circuit held that the Official Referee's findings of fact and conclusions of law in the 1947 Action, to which no appeals were taken, were binding on the parties under the doctrine of *res judicata*.

37.    "Superboy's" small town adventures were published in "More Fun Comics," Nos. 101-107 (1944-1945), "Adventure Comics" Nos. 103-503 (1946-1983), "Superboy" Nos. 1-235 (1949-1977), "The New Adventures of Superboy" Nos. 1-54 (1979-1984), and another series of comics entitled "Superboy" (sometimes also known as "The Adventures of Superboy") Nos. 1-100 (1989-2002), which were published at regular intervals and in numerous other comic book publications (these series of comic books featuring "Superboy" are hereinafter sometimes referred to, in whole or in part, as the "Superboy Comic Books"). "Superboy" has also been exploited in several television series, including the animated "The Adventures of Superboy" (1966), the live action series "The Adventures of Superboy" (1988-1992) and "Smallville" (2001 - ongoing) and in considerable merchandising over the years.

38.    The aforesaid Superboy Comic Books, television programs and merchandising are substantially similar to and derivative of the Siegel Superboy Material.

39.    As originally conceived by Jerome Siegel, "Superboy" was to naturally mature from an eleven or twelve year old in junior high school to a teenager in high school. Mr. Siegel wrote in the Siegel Superboy Story: "And so was launched the career of SUPERBOY, youthful Champion of Righteousness!  In later years he was to become the mighty figure known as Superman!  But the story of SUPERBOY'S amazing and often humorous adventures is a series of astonishing narratives in itself!"  The adventures were to take place in the same small rural American town in which he grew up with

11

1   his foster parents, the Kents, who named him Clark.  This fictional town was

2   named "Smallville" early on in "Superboy No. 2," published in 1949.  In the

3   Superboy Comic Books and in the animated and live action "The Adventures of

4   Superboy" television series, "Superboy's" crime fighting adventures, throughout

5   the years, for the most part have taken place in "Smallville," the hometown he

6   protects.  For more than 50 years in this large body of published and broadcast

7   material and thus, in the public's mind, the town of "Smallville" has been

8   associated with "Superboy."

9          40.    Defendant WBTV's television series, "Smallville" (hereinafter

10   referred to as the "Smallville Series") which debuted in October, 2001 and is

11   currently in its fifth season, is derivative of the Siegel Superboy Material.  The

12   Smallville Series is set in "Superboy's" small rural hometown from which the

13   series takes its name.  The Smallville Series focuses on a youth with

14   extraordinary powers raised in the American heartland, who, while grappling

15   with the challenges of growing up, must face the responsibilities of his emerging

16   powers and conceal that he is very different from others.  Like the Siegel

17   Superboy Material, the Smallville Series follows the anonymous crime fighting

18   adventures of its superhero in the small town he protects, while examining the

19   character's social and family life.  In the Smallville Series, as in the Siegel

20   Superboy Story, the main character, Clark, is raised by his humble, earnest and

21   understanding foster parents, the Kents, who keep his secret and to whom he

22   turns for guidance as he faces daily challenges due to his differences

23   /superpowers of which he gradually becomes aware.  Warner Bros.' own

24   marketing materials for the Smallville Series state:  "Between the boy Clark

25   Kent thought he was and the man he is destined to become lie the compelling

26   stories of 'Smallville'" -- a premise and expression derivative of the Siegel

27   Superboy Materials.

28

12

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**722**

41.     The Siegel Superboy Story and the Siegel Superboy Material are wholly original with author Jerome Siegel and constitute copyrightable subject matter under the laws of the United States.

42.     The Siegel Superboy Material was published in the serialized magazine, More Fun Comics, No. 101, for which copyright was secured on November 23, 1944 with the Register of Copyrights under copyright registration number B653651 and renewed on July 17, 1972 in the name of National Periodicals Publications, claiming as proprietor of copyright, under copyright renewal registration number R532582.  The Siegel Superboy Material was also published in subsequent "Superboy" publications for which copyright was secured through registration with the United States Register of Copyrights prior to November 17, 1948 and renewed with the Register of Copyrights.

43.     Jerome Siegel was the sole proprietor of all right, title and interest in and to the copyrights in the Siegel Superboy Material prior to granting rights in "Superboy" to National Comics Publications, Inc. in the 1948 Stipulation.

44.     As the sole proprietor of such copyrights, Jerome Siegel had the exclusive right to, among other things, prepare or authorize the preparation of derivative works based on the Siegel Superboy Material.

45.     The main character, conception, story, continuity and other elements in More Fun Comics No. 101 and subsequent Superboy Comic Books and television programs, including the Smallville Series are substantially similar to the protected expression in the Siegel Superboy Story and Siegel Superboy Material.

46.     On November 8, 2002, Plaintiffs, Joanne Siegel and Laura Siegel, served by first class mail and by certified mail, return receipt requested, both postage prepaid, a notice of termination, as permitted by the Copyright Act, 17 U.S.C. § 304(c) (hereinafter, the "Termination Notice") on each of the Defendants and a number of their subsidiaries, licensees and affiliates, which

13

1 terminates, effective November 17, 2004 (hereinafter, the "Termination Date"),

2 Jerome Siegel's alleged grant in the 1948 Stipulation (and in any other alleged

3 prior grants) of the renewal copyrights to the "Superboy" character(s),

4 conceptions, stories, continuity, setting, themes and other copyrightable

5 "Superboy" element or aspects originally created and owned by Jerome Siegel

6 (hereinafter sometimes referred to collectively as the "Recaptured Copyrights").

7 The Termination Notice was duly recorded with the Library of Congress and the

8 United States Copyright Office.

9     47.    The Siegel Superboy Material was published in (i) More Fun

10 Comics Nos. 101 -107 (statutory copyright to More Fun Comics No. 107 was

11 secured on November 20, 1945), (ii) Adventure Comics No. 103-135 (statutory

12 copyright to Adventure Comics No. 135 was secured on October 20, 1948) and

13 (iii) subsequent works involving "Superboy," all for which copyright was

14 registered and renewed with the United States Register of Copyrights, as set

15 forth in the Notice of Termination.

16     48.    The Notice of Termination was drafted, served on Defendants and

17 filed with the United States Copyright Office, all in full compliance with the

18 Copyright Act, 17 U.S.C. 304(c), and the regulations promulgated thereunder by

19 the United States Register of Copyrights, 37 C.F.R. § 201.10 (2003). (Plaintiffs'

20 aforesaid exercise of their termination rights under 17 U.S.C. § 304(c) regarding

21 "Superboy" is sometimes hereinafter referred to as the "Termination").

22     49.    As the sole creator and author of "Superboy," Jerome Siegel owned

23 all rights in "Superboy," including the copyrights to "Superboy" prior to the

24 alleged transfer or assignment of "Superboy" pursuant to the 1948 Stipulation.

25     50.    The Notices of Termination terminated on November 17, 2004

26 (hereinafter, the "Termination Date") all prior grants or purported grants of the

27 renewal copyrights in and to "Superboy" for the extended renewal term

28

14

**EXHIBIT 14**

**724**

1  (hereinafter, sometimes referred to individually and collectively as the

2  "Recaptured Copyrights"), including all such grants in the 1948 Stipulation.

3       51.    On November 17, 2004, the Termination Date, Plaintiffs recovered

4  ownership to the Recaptured Copyrights for their extended renewal terms.  In

5  accordance with 17 U.S.C. 304(c), and as set forth in the Notice of Termination,

6  Jerome Siegel's surviving son, Michael Siegel, is also entitled to share in the

7  proceeds from this recaptured interest.

8       52.    Notwithstanding the clear findings of fact in the 1947 Action that

9  Jerome Siegel had solely created "Superboy," Defendants continue to publicly

10  distribute false and misleading representations as to the origins and creation of

11  "Superboy."

12       53.    For instance, in Defendant DC's book alleged hereinabove, DC

13  Comics: A Celebration of the World's Favorite Comic Book Heroes, *supra*, DC

14  states "Editor Jack Schiff is credited with the original suggestion for the

15  "Superboy" series…The initial scripts were by writer Don Cameron…One

16  reader who didn't care for "Superboy" was another returning soldier, Jerry

17  Siegel…"  In the introduction to Defendant DC's November 2000 reprint of

18  More Fun Comics No. 101 in which "Superboy" made his first appearance in

19  1944, DC gives the following credit: "'Superboy' Story by Unknown," even

20  though it had been held in the 1947 Action that the "Superboy" story appearing

21  in More Fun Comics No. 101 was directly "lifted" from the Siegel Superboy

22  Story.

23       54.    On August 27, 2004, over twenty-one months after the Termination

24  Notice had been served on Defendants, Defendant DC, by its attorneys (Fross

25  Zelnick, *et al*) sent a letter to the Plaintiffs' attorneys of record (hereinafter the

26  "August 27, 2004 Letter"), stating in relevant part:

27          "DC Comics hereby rejects the Superboy Notice [of

28          Termination] to the extent it seeks to terminate any

15

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**725**

matter beyond such novel plot and dialogue additions,
to the extent copyrightable, that may exist in Superboy
based upon the script and scenario submitted by Mr.
Siegel to DC in 1940."

55.    Nonetheless, DC asserts in its August 27, 2004 Letter:

"DC Comics will vigorously oppose any attempt by
Mrs. Siegel and Mrs. Siegel Larson...to exploit or
authorize the exploitation of any copyrights, or indeed
any rights at all, based on the Superboy Notice [of
Termination]."

56.    Defendants further indicated in the August 27, 2004 Letter that,
notwithstanding the Termination, DC and its licensees, including but not limited
to Warner Bros. and Time Warner, would, after the Termination Date, continue
to prepare, produce, copy, distribute and exploit new episodes of the derivative
Smallville Series, in addition to other new "Superboy" works.

57.    Defendants also implied in the August 27, 2004 Letter that if
Plaintiffs continue to assert their rights in "Superboy" under the Copyright Act,
Defendants might take away Plaintiff Joanne Siegel's widow's pension and
medical benefits on which the elderly Mrs. Siegel heavily relies, even though
such benefits are payable pursuant to a written commitment by Defendant WCI
which has nothing to do with the "Superboy" Termination. DC's August 27,
2004 Letter states:

"This letter... is written without prejudice to any of
our client's rights or remedies, including with respect
to the parties' continuing rights and obligations under
their agreements providing, among other things,
compensation and other benefits to Mrs. Siegel..."

16

58.    Defendant DC's August 27, 2004 Letter constitutes a thinly veiled threat that if Plaintiffs persist with the assertion of their statutory rights under the Copyright Act, 17 U.S.C. § 304(c) and/or attempt to exploit *any* of their Recaptured Copyrights in "Superboy," Defendants would launch a campaign of intimidation, including, but not limited to, withholding widow's pension and medical benefits that Defendants had promised in writing to provide to Joanne Siegel, instituting retaliatory litigation against Plaintiffs; and wielding Defendants' enormous market power to constrict Plaintiffs' ability to exploit their Recaptured Copyrights.  Given that Time Warner is one of the largest media companies in the world, with over $38 billion in annual revenues, Defendants' threats wrongfully encumbered and will continue to encumber the bona fide copyright interests that Plaintiffs regained on November 17, 2004 under 17 U.S.C. § 304(c).

59.    Subsequent to the Termination Date, Defendants have continued to prepare, produce, copy, distribute or exploit, and/or authorize others to prepare, produce, copy, distribute or exploit, new derivative works which copy and are based on the Siegel Superboy Material in willful violation of the Copyright Act.

60.    As a direct and proximate result of Defendants' actions Plaintiffs have suffered and will continue to suffer irreparable harm and damages, much of which cannot be reasonably or adequately measured or compensated in damages.

## FIRST CLAIM FOR RELIEF

(Copyright Infringement, 17 U.S.C. §§ 101 *et seq.* - Against All Defendants)

61.    Plaintiffs re-allege and incorporate by reference paragraphs 1 through 60 inclusive, as though fully set forth herein.

62.    The Siegel Superboy Material is wholly original and copyrightable subject matter under the laws of the United States.

17

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**727**

63.     The Siegel Superboy Material was initially published in More Fun
Comics No. 101, which was registered for copyright on November 18, 1944
under registration number B653651, and such copyright was renewed on July
17, 1972 under registration number R532582.

64.     The Siegel Superboy Material was also published, in whole or in
part, in subsequent comic books, including but not limited to, More Fun Comics
No. 102, which was registered for copyright on January 16, 1945 under
registration number B661073, and such copyright was renewed on July 17, 1972
under registration number R532589; More Fun Comics No. 103, which was
registered for copyright on March 20, 1945 under registration number B669959,
and such copyright was renewed on November 1, 1972 under registration
number R538883; More Fun Comics No. 104, which was registered for
copyright on May 28, 1945 under registration number B679484, and such
copyright was renewed on January 10, 1973 under registration number
R544129; More Fun Comics No. 105, which was registered for copyright on
July 23, 1945 under registration number B687306, and such copyright was
renewed on May 10, 1973 under registration number R552083; More Fun
Comics No. 106, which was registered for copyright on  September 23, 1945
under registration number B696308, and such copyright was renewed on May
10, 1973 under registration number R552091; More Fun Comics No. 107, which
was registered for copyright on November 20, 1945 under registration number
B701661, and such copyright was renewed on May 10, 1973 under registration
number R552094; Adventure Comics No. 103, which was registered for
copyright on February 25, 1946 under registration number B10729, and such
copyright was renewed on November 9, 1973 under registration number
R562273; Adventure Comics No. 104, which was registered for copyright on
March 26, 1946 under registration number B16106, and such copyright was
renewed on November 9, 1973 under registration number R562278; Adventure

18

1  Comics No. 105, which was registered for copyright on April 23, 1946 under

2  registration number B18577, and such copyright was renewed on November 9,

3  1973 under registration number R562282; Adventure Comics No. 106, which

4  was registered for copyright on May 22, 1946 under registration number

5  B24371, and such copyright was renewed on November 9, 1973 under

6  registration number R562286; Adventure Comics No. 107, which was registered

7  for copyright on June 19, 1946 under registration number B26595, and such

8  copyright was renewed on November 9, 1973 under registration number

9  R562290; Adventure Comics No. 108, which was registered for copyright on

10  July 22, 1946 under registration number B30049, and such copyright was

11  renewed on November 9, 1973 under registration number R562294; Adventure

12  Comics No. 109, which was registered for copyright on August 19, 1946 under

13  registration number B34035, and such copyright was renewed on November 9,

14  1973 under registration number R562298; Adventure Comics No. 110, which

15  was registered for copyright on September 23, 1946 under registration number

16  B40315, and such copyright was renewed on November 9, 1973 under

17  registration number R562302; Adventure Comics No. 111, which was registered

18  for copyright on October 21, 1946 under registration number B50223, and such

19  copyright was renewed on November 9, 1973 under registration number

20  R562306; Adventure Comics No. 112, which was registered for copyright on

21  November 20, 1946 under registration number B50224, and such copyright was

22  renewed on July 10, 1974 under registration number R580544; Adventure

23  Comics No. 113, which was registered for copyright on December 18, 1946

24  under registration number B55663, and such copyright was renewed on July 10,

25  1974 under registration number R580554; Adventure Comics No. 114, which

26  was registered for copyright on January 22, 1947 under registration number

27  B60632, and such copyright was renewed on July 10, 1974 under registration

28  number R580562; Adventure Comics No. 115, which was registered for

19

EXHIBIT 14
729

1  copyright on February 19, 1947 under registration number B63437, and such

2  copyright was renewed on July 10, 1974 under registration number R580567;

3  Adventure Comics No. 116, which was registered for copyright on March 19,

4  1947 under registration number B68976, and such copyright was renewed on

5  July 10, 1974 under registration number R580577; Adventure Comics No. 117,

6  which was registered for copyright on April 27, 1947 under registration number

7  B73542, and such copyright was renewed on July 10, 1974 under registration

8  number R580584; Adventure Comics No. 118, which was registered for

9  copyright on May 21, 1947 under registration number B78377, and such

10  copyright was renewed on September 16, 1974 under registration number

11  R585271; Adventure Comics No. 119, which was registered for copyright on

12  June 18, 1947 under registration number B83287, and such copyright was

13  renewed on September 16, 1974 under registration number R585272; Adventure

14  Comics No. 120, which was registered for copyright on July 21, 1947 under

15  registration number B88104, and such copyright was renewed on September 16,

16  1974 under registration number R585273; Adventure Comics No. 121, which

17  was registered for copyright on August 20, 1947 under registration number

18  B93830, and such copyright was renewed on September 16, 1974 under

19  registration number R585274; Adventure Comics No. 122, which was registered

20  for copyright on September 17, 1947 under registration number B97348, and

21  such copyright was renewed on January 23, 1975 under registration number

22  R596253; Adventure Comics No. 123, which was registered for copyright on

23  October 20, 1947 under registration number B102774, and such copyright was

24  renewed on January 23, 1975 under registration number R596260; Adventure

25  Comics No. 124, which was registered for copyright on November 19, 1947

26  under registration number B106643, and such copyright was renewed on June

27  20, 1975 under registration number R608028; Adventure Comics No. 125,

28  which was registered for copyright on December 17, 1947 under registration

20

1  number B112479, and such copyright was renewed on June 20, 1975 under

2  registration number R608045, Adventure Comics No. 126, which was registered

3  for copyright on January 19, 1948 under registration number B118353, and such

4  copyright was renewed on June 20, 1975 under registration number R608071;

5  Adventure Comics No. 127, which was registered for copyright on February 18,

6  1948 under registration number B123413, and such copyright was renewed on

7  June 20, 1975 under registration number R608091; Adventure Comics No. 128,

8  which was registered for copyright on March 17, 1948 under registration number

9  B126013, and such copyright was renewed on June 20, 1975 under registration

10 number R608106; Adventure Comics No. 129, which was registered for

11 copyright on April 19, 1948 under registration number B132341, and such

12 copyright was renewed on June 20, 1975 under registration number R608849;

13 Adventure Comics No. 130, which was registered for copyright on May 19,

14 1948 under registration number B137544, and such copyright was renewed on

15 December 24, 1975 under registration number R620946; Adventure Comics No.

16 131, which was registered for copyright on June 21, 1948 under registration

17 number B142664, and such copyright was renewed on December 24, 1975 under

18 registration number R620950; Adventure Comics No. 132, which was registered

19 for copyright on July 21, 1948 under registration number B148381, and such

20 copyright was renewed on December 24, 1975 under registration number

21 R620954; Adventure Comics No. 133, which was registered for copyright on

22 August 18, 1948 under registration number B150760, and such copyright was

23 renewed on December 24, 1975 under registration number R620956, Adventure

24 Comics No. 134; which was registered for copyright on September 21, 1948

25 under registration number B155947, and such copyright was renewed on

26 December 24, 1975 under registration number R620961; Adventure Comics No.

27 135, which was registered for copyright on October 20, 1948 under registration

28

21

number B163757, and such copyright was renewed on December 24, 1975 under

registration number R620966.

65.    Plaintiffs' Notices of Termination terminated on November 17, 2004 all prior grants or purported grants of the renewal copyrights in and to the Siegel Superboy Material; and Plaintiffs thereby recovered on said date exclusive ownership of the Recaptured Copyrights in "Superboy" for their extended renewal terms.

66.    As the sole proprietor of the Recaptured Copyrights, Plaintiffs have the rights, among other things, to prepare and exploit derivative works based on the Recaptured Copyrights and/or to license to others the rights to do so.

67.    Defendants ongoing exploitations of the "Superboy" mythology, including but not limited to the Superboy Comic Books and other publications, "Superboy" merchandising, animated and live action television programming (e.g., the Smallville Series) copy and are derivative of the Siegel Superboy Material and the Recaptured Copyrights.

68.    The preparation, production, reproduction, distribution and/or exploitation by Defendants, their licensees and/or assigns, on or after November 17, 2004, of *new* derivative works or products based on the "Superboy" mythology, including, but not limited to, new publications, merchandising, motion pictures, new episodes of the Smallville Series and/or other new derivative television programs infringes Plaintiffs' Recaptured Copyrights.

69.    Plaintiffs placed Defendants on notice of such infringements, yet Defendants knowingly and willfully continue to infringe Plaintiffs' Recaptured Copyrights in total disregard of and indifference to Plaintiffs' rights under the Copyright Act.

70.    As a direct and proximate result of Defendants' copyright infringements, Plaintiffs have suffered and will continue to suffer severe injuries and harm, much of which cannot be reasonably or adequately measured or

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**732**

1   compensated in money damages if such wrongful conduct is allowed to continue

2   unabated.  The ongoing harm this wrongful conduct will continue to cause

3   Plaintiffs is both imminent and irreparable.  Plaintiffs' injuries and damages

4   include, but are not limited to loss of customers, dilution of goodwill, injury to

5   their business reputation, and diminution of the value of their intellectual

6   property.  Such damages are particularly acute given that the Recaptured

7   Copyrights are of limited duration.

8       71.     Pursuant to 17 U.S.C. § 502, Plaintiffs are entitled to a preliminary

9   injunction, during the pendency of this action, and to a permanent injunction,

10  enjoining Defendants, their officers, agents and employees, and all persons

11  acting in concert with them, from engaging in such further violations of the

12  Copyright Act.

13      72.     Pursuant to 17 U.S.C. § 503 (a) and (b), Plaintiffs are entitled to

14  impound and to have destroyed all such infringing works, copies and materials,

15  including but not limited to all masters, digital and video tapes, film negatives,

16  computer discs or other articles by means of which such infringing copies are

17  being reproduced, as justice requires.

18      73.     Plaintiffs are further entitled to recover from Defendants the

19  damages, including pre-judgment interest it sustained and will sustain, and any

20  income, gains, compensation, profits, and advantages obtained by Defendants as

21  a result of their wrongful acts alleged hereinabove (hereinafter referred to as

22  "Proceeds"); in an amount which cannot yet be fully ascertained, but which shall

23  be assessed at the time of trial.

24      74.     Plaintiffs are entitled to the restitution of all such Proceeds; and by

25  reason of the foregoing and Defendants' resultant unjust enrichment, Plaintiffs

26  are entitled to the imposition of a constructive trust for the benefit of Plaintiffs

27  on all such Proceeds.

28

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**733**

75.    Plaintiffs are further entitled to their attorney's fees and full costs pursuant to 17 U.S.C. § 505.

### SECOND CLAIM FOR RELIEF

(Declaratory Relief Re:  Termination, 17 U.S.C. § 304(c)

- Against All Defendants)

76.    Plaintiffs re-allege and incorporate by reference paragraphs 1 through 75 inclusive, as though fully set forth herein.

77.    By reason of the foregoing facts, an actual and justiciable controversy has arisen and now exists between Plaintiffs and Defendants under Federal copyright law, 17 U.S.C. §§ 101 *et seq.*, concerning their respective rights and interests in and to the copyrights to "Superboy," for which Plaintiffs desires a declaration of rights.

78.    Plaintiffs contend and Defendants deny that:

a.    Jerome Siegel was the sole proprietor of the copyright(s) in and to the unique character and literary conception of "Superboy," prior to his granting rights in "Superboy" to National Comics Publications, Inc. in the 1948 Stipulation;

b.    As of the effective Termination Date, November 17, 2004, the Notice of Termination terminated any prior grant(s) by Jerome Siegel of his wholly owned copyrights in and to "Superboy," for the copyrights extended renewal term, to any of the Defendants, their predecessors-in-interest and additional parties served with the Notices of Termination, including, but not limited to, such grant(s) in the 1948 Stipulation;

c.    As of November 17, 2004, Plaintiffs exclusively own all right, title and interest in and to the Recaptured Copyrights to "Superboy" for their extended renewal terms.

d.    The preparation, production, reproduction, distribution and/or exploitation, by Defendants, their licensees and/or assigns of *new* derivative

24

1 works or products based on the "Superboy" mythology, including, but not

2 limited to, new publications, merchandising, motion pictures, new episodes of

3 the Smallville Series and/or other new derivative television programs, on or after

4 November 17, 2004, without Plaintiffs' authorization, is prohibited under the

5 Copyright Act.

6      79.    A declaration of the Court is necessary pursuant to the Declaratory

7 Judgment Act, 28 U.S.C. §§ 2201 et seq., so that the parties may know their

8 respective rights and obligations with respect to the Termination and the

9 copyright interests thereby recaptured by Plaintiffs.

10                    **THIRD CLAIM FOR RELIEF**

11           (Violation of the Lanham Act § 43(a)(1)(B), 15 U.S.C. § 1125,

12                Unfair Competition – Against All Defendants)

13      80.    Plaintiffs re-allege and incorporate by reference paragraphs 1

14 through 79 inclusive, as though fully set forth herein.

15      81.    Plaintiffs are informed and believe and thereon allege that

16 Defendants have in connection with tangible goods and products embodying

17 and/or derived from the original "Superboy" elements owned by Plaintiffs

18 ("Superboy Goods") misrepresented in commercial advertising and promotion,

19 to third parties, after and notwithstanding their service with the Termination

20 Notice and the binding findings of fact and conclusions in the 1947 Action, that

21 Defendants own such goods and/or all rights underlying such goods and

22 willfully omitted disclosure of the Termination Notice to such third parties, and

23 that based upon such false claims, representations and wrongful omissions

24 Defendants have induced others to enter into improper agreements with them.

25      82.    Defendant DC and Warner Bros. Consumer Products (a wholly

26 owned division of Defendant Warner Bros.) regularly render licensing services

27 with respect to Superboy Goods. Plaintiffs are informed and believe and thereon

28 allege that Defendants have misrepresented in their commercial advertising and

25

---

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**735**

1  promotion of such services to third parties that they have the right to grant

2  licenses to "Superboy" in the United States and have willfully omitted disclosure

3  of the Termination Notice to such third parties, and that based upon such false

4  claims, representations and wrongful omissions have induced such third parties

5  to enter into improper agreements with them.

6      83.   Plaintiffs are informed and believe and thereon allege such false

7  claims, representations and wrongful omissions misrepresented in commercial

8  advertising and promotion the nature, characteristics and qualities of such

9  Superman Goods, Defendants' licensing services or commercial activities.

10     84.   Plaintiffs are informed and believe and thereon allege such false

11  claims, representations and wrongful omissions were conducted by Defendants

12  or each of them with a willful intention to mislead buyers or potential buyers.

13     85.   Plaintiffs are informed and believe and thereon allege that

14  Defendants used such false or misleading descriptions, representations and

15  omissions of fact regarding such Superboy Goods, Defendants' licensing

16  services or commercial activities in interstate commerce to induce others to enter

17  into improper contracts or other forms of business arrangements with

18  Defendants to exploit Superboy Goods in the United States.

19     86.   Such use of false or misleading descriptions or representations of

20  fact in interstate commerce is in opposition to the protection of the public

21  interest.

22     87.   Defendants wrongful conduct has proximately caused and will

23  continue to cause Plaintiffs substantial injury and damage including, without

24  limitation, loss of customers, dilution of goodwill, injury to their business

25  reputation, lost profits and diminution of the value of their interests in

26  "Superboy" and related commercial activities.

27     88.   The ongoing harm this wrongful conduct will cause to Plaintiffs is

28  both imminent and irreparable, and the amount of damage sustained by Plaintiffs

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**736**

1  will be difficult to ascertain if such wrongful conduct is allowed to continue

2  unabated.

3       89.    By reason of the foregoing, Defendants have violated and continue

4  to violate the Lanham Act, 15 U.S.C. § 1125(a)(1)(B).

5       90.    Plaintiffs are entitled to an injunction, during the pendency of this

6  action, and permanently, restraining Defendants, their officers, agents and

7  employees, and all persons acting in concert with them, from misrepresenting in

8  connection with Superboy Goods, Defendants' licensing services and

9  commercial activities that they continue to own all rights to "Superboy" and

10  from engaging in any further violations of the Lanham Act.

11      91.    Plaintiffs have no adequate remedy at law with respect to these

12  ongoing violations.

13      92.    Plaintiffs are further entitled to recover from Defendants under 15

14  U.S.C. § 1117(a) up to three times the damages they sustained and will sustain

15  and any income, gains, profits, and advantages obtained by Defendants as a

16  result of their wrongful acts and omissions alleged hereinabove, plus reasonable

17  attorneys' fees and costs, in an amount which cannot yet be fully ascertained,

18  but which shall be assessed at the time of trial.

19                       **FOURTH CLAIM FOR RELIEF**

20      (Violation of California Business and Professions Code, §§ 17200 *et seq.*;

21                  Unfair Competition - Against All Defendants)

22      93.    Plaintiffs re-allege and incorporate herein by reference the

23  allegations set forth in paragraphs 1 through 92, inclusive, as though fully set

24  forth herein.

25      94.    Plaintiffs are informed and believe and thereon allege that in

26  addition to the wrongful acts and omissions alleged hereinabove and

27  incorporated herein, despite being served with the Termination Notice,

28  Defendant Warner Bros.' and its parent, Defendant Time Warner, have

27

1   intentionally omitted from Time Warner's Annual Reports on Form 10-K,

2   Quarterly Reports on Form 10-Q, Current Reports on Form 8-K and other

3   publicly reported documents any and all mention of the Termination, even

4   though the Termination drastically curtails Defendants' ability to continue to

5   exploit "Superboy" -- one of their more valuable intellectual properties.  Such

6   systematic public misrepresentations by omission are likely to deceive, cause

7   confusion and mistake and run counter to the public interest.

8        95.    In addition to the wrongful acts and omissions alleged hereinabove

9   and incorporated herein, Defendants wrongful conduct amounts to the bodily

10  appropriation of the Siegel Superboy Material and to "reverse passing off,"

11  depriving Plaintiffs of the full use and value of the "Superboy" property and of

12  attendant goodwill, and resulting in likely confusion of and a fraud on the

13  public.  Defendants, unless restrained, will likely continue to misrepresent and

14  pass off "Superboy" to be their sole property and creation.

15       96.    Plaintiffs are further informed and believe and thereon allege that

16  Defendants' attempts to pass off "Superboy" as Defendants' sole property for a

17  much longer duration than Defendants controlled the property are calculated to

18  deceive Plaintiffs' potential licensors and/or customers and members of the

19  public.

20       97.    Defendants' wrongful conduct, acts, and omissions alleged

21  hereinabove constitute unlawful, unfair business practices and unfair

22  competition under California Business and Professions Code §§ 17500 *et seq.*,

23  and under the common law.

24       98.    As a direct and proximate result of Defendants' unfair business

25  acts, practices and omissions as alleged hereinabove, Plaintiffs are entitled to

26  recover their share of any income, gains, compensation, profits and advantages

27  obtained, received or to be received by Defendants, or any of them, arising from

28  the exploitation after the Termination Date of any element of the "Superboy"

First Amended Suppl. Complaint for Copyright Infringement, Decl. Relief, Lanham Act and Unfair Comp.

**EXHIBIT 14**

**738**

1  mythology protected by the Recaptured Copyrights, excluding derivative works

2  produced prior to the Termination Date; and are entitled to an order requiring

3  Defendants, jointly and severally, to render an accounting to ascertain the

4  amount of such proceeds.

5       99.   As a direct and proximate result of Defendants' wrongful conduct,

6  acts and omissions pleaded hereinabove, Plaintiffs have been damaged, and

7  Defendants will be unjustly enriched during the pendency of this action, in an

8  amount that shall be assessed at trial for which damages and/or restitution and

9  disgorgement is appropriate. Such damages and/or restitution and disgorgement

10  should include a declaration by this Court that Defendants are jointly and

11  severally the constructive trustee for the benefit of Plaintiffs and an order that

12  Defendants convey to Plaintiffs all Proceeds received by Defendants that are

13  attributable to the wrongful exploitation of "Superboy," excluding derivative

14  works produced prior to the Termination Date.

15       100.   Defendants' wrongful conduct, acts and omissions have

16  proximately caused and will continue to cause Plaintiffs substantial injury and

17  damage including, without limitation, loss of customers, dilution of goodwill,

18  injury to Plaintiffs' reputation, and diminution of the value of Plaintiffs'

19  Recaptured Copyrights. The harm this wrongful conduct causes to Plaintiffs is

20  ongoing and irreparable, and the amount of damage sustained by Plaintiffs will

21  be difficult to ascertain if such wrongful conduct is allowed to continue without

22  restraint.

23       101.   Plaintiffs are entitled to an injunction, during the pendency of this

24  action, and permanently (i) enjoining Defendants, their officers, agents and

25  employees, and all persons acting in concert with them, from engaging in such

26  further unfair business practices and unfair competition under California

27  Business and Professions Code §§ 17500 *et seq.*, and under the common law;

28  and (ii) requiring Defendants, their licensees, assigns and all persons acting in

29

1  concert with them, to properly designate Jerome Siegel on all "Superboy"

2  publications, products, derivative motion picture and television productions,

3  advertising and promotional materials as the creator of "Superboy."

4       102.   Plaintiffs have no adequate remedy at law with respect to such

5  ongoing unlawful conduct.

6                         **FIFTH CLAIM FOR RELIEF**

7                   (Injunctive Relief – Against All Defendants)

8       103.   Plaintiffs re-allege and incorporate herein by reference the

9  allegations set forth in paragraphs 1 through 102, inclusive, as though fully set

10 forth herein.

11      104.   Unless enjoined and restrained by order of the Court, Defendants'

12 conduct will continue to infringe Plaintiffs' Recaptured Copyrights.

13      105.   By reason of Defendants' blatant copyright infringement and

14 Defendants' unfair trade practices and unfair competition against Plaintiffs,

15 Plaintiffs have sustained and, unless and until Defendants are enjoined, will

16 continue to sustain substantial and irreparable injury, loss and damage, including

17 repeated infringement of their copyrights, diminution of the value of their

18 copyrights, loss of customers, dilution of goodwill, and injury to their business

19 reputation.

20      106.   Plaintiffs have no adequate remedy at law for many of their

21 ongoing injuries in that such injuries cannot be reasonably, adequately or

22 precisely measured or compensated in damages if such wrongful conduct is not

23 restrained and allowed to continue unabated.

24      107.   Plaintiffs are entitled to a preliminary injunction during the

25 pendency of this action and a permanent injunction ordering that Defendants,

26 their agents, employees, licensees and assigns (i) be enjoined from producing,

27 reproducing and exploiting or authorizing the production, reproduction or

28 exploitation, after the Termination Date, of new "Superboy" derivative works

30

including, but not limited to, new "Superboy" merchandising, motion pictures, new episodes of the Smallville Series and/or other derivative television programs; and (ii) be required to credit Jerome Siegel as the creator of "Superboy" on all "Superboy" publications, products, derivative motion picture and television productions, advertising and promotional materials.

WHEREFORE, Plaintiffs pray for relief as follows:

**PRAYER FOR RELIEF**

<u>ON THE FIRST CLAIM FOR RELIEF</u>

108.   For an order preliminarily during the pendency of this action and thereafter, permanently, enjoining Defendants, their officers, agents, employees, licensees and assigns, and all persons acting in concert with them, (i) from infringing the Recaptured Copyrights in "Superboy" in any manner, and (ii) from engaging in or authorizing the production, reproduction, distribution and/or exploitation of new "Superboy" derivative works, on or after November 17, 2004, including, but not limited to, new "Superboy" publications, merchandising, motion pictures, new episodes of the Smallville Series and other derivative television programs, without Plaintiffs' express written consent;

109.   For an order, pursuant to 17 U.S.C. § 503(a) and (b), impounding and requiring the destruction of all such infringing works, copies and materials produced on or after November 17, 2004, including but not limited to all masters, digital and video tapes, film negatives, computer discs or other articles by means of which such infringing copies are being reproduced, as justice requires;

110.   For compensatory and consequential damages, according to proof in an amount determined at trial, together with interest thereon as provided by law;

111.   For an accounting and restitution to Plaintiffs of all gains, compensation, profits and advantages Defendants have derived from their

31

1 | infringement of the Recaptured Copyrights, including, but not limited to, their

2 | production, distribution and exploitation on or after November 17, 2004 of new

3 | derivative works based thereon;

4 |     112.   For the imposition of a constructive trust for the benefit of Plaintiffs

5 | on any and all such unlawful gains, compensation, profits and advantages

6 | received and to be received by Defendants;

7 |     113.   For Plaintiffs' attorney's fees and full costs pursuant to 17 U.S.C. §

8 | 505; and

9 |     114.   For such other and further relief and remedies available under the

10 | Copyright Act, 17 U.S.C. §§ 101 *et seq.*, which the Court may deem just and

11 | proper.

12 | <u>ON THE SECOND CLAIM FOR RELIEF</u>

13 |     115.   For a declaration as follows:

14 |         a.    That pursuant to the Copyright Act, 17 U.S.C. § 304(c),

15 | Plaintiffs validly terminated, effective November 17, 2004, all prior grants,

16 | assignments or transfers, to any of the Defendants and any of their predecessors-

17 | in-interest, of the renewal copyrights in and to the Siegel Superboy Material and

18 | the Recaptured Copyrights;

19 |         b.    That, as of November 17, 2004, Plaintiffs exclusively own

20 | the Recaptured Copyrights; and that on or after that date all pertinent copyright

21 | notices shall bear their names;

22 |         c.    That Defendants' exploitations of the "Superboy"

23 | mythology, including but not limited to the Superboy Comic Book,

24 | merchandising, animated and live action television programming, including the

25 | Smallville Series, are derivative of the Siegel Superboy Material;

26 |         d.    That the preparation, production, reproduction, distribution

27 | and/or exploitation, by Defendants, their licensees and/or assigns of *new*

28 | derivative works or products based on or using the "Superboy" mythology in

32

1   any and all media, including, but not limited to, new publications,

2   merchandising, motion pictures, new episodes of the Smallville Series and/or

3   other new derivative television programs, on or after November 17, 2004,

4   without Plaintiffs' authorization, is prohibited under the Copyright Act.

5   ON THE THIRD CLAIM FOR RELIEF

6   116.    For an order preliminarily and thereafter permanently enjoining

7   Defendants from making such false or misleading descriptions, representations

8   and omissions of fact in connection with Superboy Goods, Defendants' services

9   and commercial activities and from engaging in any further violations of the

10   Lanham Act;

11   117.    For up to three times the damages Plaintiffs sustained and will

12   sustain and any income, gains, profits, and advantages obtained by Defendants

13   as a result of their violations of the Lanham Act in an amount which cannot yet

14   be fully ascertained, but which shall be assessed at the time of trial; and

15   118.    For such other and further relief and remedies available under the

16   Lanham Act, 15 U.S.C. §§ 1125 and 1117 which the Court may deem just and

17   proper.

18   ON THE FOURTH CLAIM FOR RELIEF

19   119.    For an accounting of any and all Proceeds;

20   120.    For the imposition of a constructive trust for the benefit of Plaintiffs

21   on any and all unlawful Proceeds received and to be received by Defendants;

22   121.    For restitution and disgorgement to Plaintiffs of any and all

23   unlawful Proceeds;

24   122.    For an order preliminarily during the pendency of this action and

25   thereafter, permanently, (i) enjoining Defendants, their officers, agents,

26   employees, licensees and assigns, and all persons acting in concert with them,

27   from engaging in such further unfair business practices and unfair competition

28   under California Business and Professions Code §§ 17500 *et seq.*, and/or under

33

1  the common law, as alleged hereinabove; and (ii) requiring them to properly

2  designate Jerome Siegel as the creator of "Superboy" on all "Superboy"

3  publications, products, derivative motion picture and television productions,

4  advertising and promotional materials;

5      123.  For compensatory and consequential damages according to proof as

6  shall be determined at trial;

7      124.  For such other and further relief and remedies available under

8  California Business and Professions Code, §§ 17200 *et seq.* and/or the common

9  law which the Court may deem just and proper.

10                ON THE FIFTH CLAIM FOR RELIEF

11      125.  For an order preliminarily during the pendency of this action and

12  thereafter, permanently, (i) enjoining Defendants, their officers, agents,

13  employees, licensees and assigns, and all persons acting in concert with them,

14  from producing, exploiting or authorizing the production or exploitation of new

15  derivative works based on the "Superboy" mythology, on or after November 17,

16  2004, including, but not limited to, new "Superboy" publications,

17  merchandising, motion pictures, new episodes of the Smallville Series and other

18  derivative television programs; and (ii) requiring Defendants to credit Jerome

19  Siegel as the creator of "Superboy" on all "Superboy" publications, products,

20  derivative motion picture and television productions, advertising and

21  promotional materials.

22                ON ALL CLAIMS FOR RELIEF

23      126.  For Plaintiffs' costs of suit;

24      127.  For interest at the highest lawful rate on all sums awarded Plaintiffs

25  other than punitive damages;

26      128.  For reasonable attorneys' fees; and

27      129.  For such other and further relief as the Court deems just and

28  appropriate.

34

1    DATED: October 17, 2005      LAW OFFICES OF MARC TOBEROFF, PLC

2

3                        By: _____

4                               Marc Toberoff

5                 Attorneys for Plaintiffs and Counterclaim
                Defendants JOANNE SIEGEL and
6                 LAURA SIEGEL LARSON

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

35

## JURY TRIAL DEMANDED

Plaintiffs hereby request a trial by jury on each claim for relief alleged in the Complaint.

DATED:  October 17, 2005          LAW OFFICES OF MARC TOBEROFF, PLC

By: _____

Marc Toberoff

Attorneys for Plaintiffs and Counterclaim
Defendants JOANNE SIEGEL and
LAURA SIEGEL LARSON

36

**PROOF OF SERVICE**

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am employed in the County of Los Angeles, State of California. I am over the age of eighteen years and not a party to the within action; my business address is: 1999 Avenue of the Stars, Suite 1540, Los Angeles, California 90067.

On October 17, 2005, I served the attached documents described as **FIRST AMENDED SUPPLEMENTAL COMPLAINT** on all interested parties in this action by placing __ the original _X_ a true copy thereof enclosed in sealed envelope(s) addressed as follows:

David L. Burg
Weissmann Wolff Bergman Coleman Grodin & Evall
9665 Wilshire Blvd., Ninth Floor
Beverly Hills, CA 90212

[X] :BY MAIL:

As follows: I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice it would be deposited with the U.S. postal service on that same day with postage thereon fully prepaid at Los Angeles California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing an affidavit.

I declare that I am employed in the office of a member of the bar of this court at whose direction the service was made.

I declare under penalty of perjury that the foregoing is true and correct.

EXECUTED on October 17, 2005, in Los Angeles, California.

Nicholas C. Williamson

**EXHIBIT 14**
747

# EXHIBIT 15

ORIGINAL

FROSS ZELNICK LEHRMAN & ZISSU, P.C.
Roger L. Zissu (Admitted *pro hac vice*)
James D. Weinberger (*Admitted pro hac vice*)
866 United Nations Plaza
New York, New York 10017
Telephone: 212-813-5900
Fax:         212-813-5901

WEISSMANN WOLFF BERGMAN
  COLEMAN GRODIN & EVALL LLP
Michael Bergman (SBN 37797)
David L. Burg (SBN 130403)
Adam Hagen (SBN 218021)
9665 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212
Telephone: 310-858-7888
Fax:         310-550-7191

PERKINS LAW OFFICE, P.C.
Patrick T. Perkins (Admitted *pro hac vice*)
1711 Route 9D
Cold Spring, New York 10516
Telephone: 845-265-2820
Fax:         845-265-2819

Attorneys for Defendants and Counterclaimants

FILED
CLERK, U.S. DISTRICT COURT

OCT 18 2005

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

Priority _____
Send _____
Enter _____
Closed _____
JS-5/JS-6 _____
JS-2/JS-3 _____
Scan Only _____

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOANNE SIEGEL, an individual; and LAURA SIEGEL LARSON, an individual, | Case No. CV 04-08776 RSWL (RZx) Honorable Ronald S.W. Lew |
| Plaintiffs, | Related To Case No. CV 04-8400 RSWL (RZx) |
| vs. | |
| TIME WARNER INC., a corporation; WARNER COMMUNICATIONS INC., a corporation; WARNER BROS. ENTERTAINMENT INC., a corporation; WARNER BROS. TELEVISION PRODUCTION INC., a corporation; DC COMICS, a general partnership; and DOES 1-10, | **FIRST AMENDED COUNTERCLAIMS** |
| Defendants. | |
| AND RELATED COUNTERCLAIMS. | |

DOCKETED ON CM

OCT 19 2005

BY                009

1

FIRST AMENDED COUNTERCLAIMS

314290v1 02231.0811

**EXHIBIT 15**

1       Defendant/Counterclaimant DC Comics, for its First Amended

2  Counterclaims against Plaintiff/Counterclaim Defendants Joanne Siegel and Laura

3  Siegel Larson, alleges:

4

5                       **PARTIES**

6       1.       Defendant/Counterclaimant DC Comics ("DC" or "DC Comics") is a

7  New York General Partnership engaged in the business of, *inter alia*, creating,

8  exploiting, and licensing comic book stories and characters. DC is the successor in

9  interest to all rights under copyright and other rights, including trademark rights

10  and the good will in and to the first Superman story and all other works and

11  products relating to the Superman character.

12       2.       Upon information and belief, Plaintiff/Counterclaim Defendant

13  Joanne Siegel is an individual and citizen of the State of California, in the County

14  of Los Angeles. Upon further information and belief, Joanne Siegel is the widow

15  of Jerome Siegel, the individual credited as a co-creator of the first Superman

16  stories.

17       3.       Upon information and belief, Plaintiff/Counterclaim Defendant Laura

18  Siegel Larson is an individual and citizen of the State of California, in the County

19  of Los Angeles. Upon further information and belief, Laura Siegel Larson is a

20  daughter of Jerome Siegel. Plaintiff/Counterclaim Defendants Joanne Siegel and

21  Laura Siegel Larson are referred to herein as "the Siegels."

22             **JURISDICTION AND VENUE**

23       4.       This Court has jurisdiction of the subject matter hereof under the

24  provisions of the U.S. Copyright Act, 17 U.S.C. § 101 *et seq.*, relating to copyright

25  ownership, under sections 39 and 43 (a) and (c) of the U.S. Trademark Act, also

26  known as the Lanham Act, 15 U.S.C. §§ 1121 and 1125 (a) and (c), and sections

27  1331, 1332, 1338 (a) and 1338 (b) of the Judicial Code, 28 U.S.C. §§ 1331, 1332,

28

314290v1 02231.0811      FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**749**

1  1338 (a) and 1338 (b), as well as under principles of supplemental jurisdiction, 18

2  U.S.C. § 1367.

3       5.     Venue is proper under 28 U.S.C. § 1391 (b) in that, upon information

4  and belief, a substantial part of the events giving rise to DC's claims occurred or a

5  substantial part of the properties that are the subject of these counterclaims are

6  situated in this District and/or the Plaintiffs/Counterclaim Defendants may be

7  found in this District.

8                     **FACTS COMMON TO ALL COUNTERCLAIMS**

9                             **Background And History**

10       6.     Upon information and belief, in or about 1933, Jerome Siegel

11  ("Siegel") and his friend and co-creator, Joseph Shuster ("Shuster") collaborated

12  on creating a number of stories, including a story entitled "The Reign of the

13  Superman," which was published in a magazine put out by Siegel and Shuster

14  themselves entitled "Science Fiction." Upon further information and belief, other

15  than the same name, the "Superman" character in this story shared very little, if

16  any, similarity with the character that would later become known as Superman.

17       7.     Upon information and belief, in early 1933, Siegel and Shuster began

18  collaborating on "comic strips," initially for syndication and eventually for

19  publication in "comic books," a new and growing medium. Among their work

20  together were a number of comic strips featuring a character they named

21  Superman. This Superman character bore virtually no resemblance to the character

22  of the same name that had previously appeared in the "Science Fiction" magazine.

23  Upon further information and belief, those works, which were never published,

24  included: (a) twenty four (24) days of Superman comic strips intended for

25  newspapers; (b) a seven page synopsis of the last eighteen days (weeks 2-4) of

26  such strips; (c) a paragraph previewing Superman exploits; (d) a nine-page

27  synopsis covering an additional two months of daily comic strips; and (e) fifteen

28  daily comic strips (collectively the "Unpublished Superman Works").

3

314290v1 022310811                    FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**750**

8.      Upon information and belief, between 1933 and 1937 Siegel and Shuster submitted the Unpublished Superman Works to a number of prospective publishers and newspaper syndicates, but the work was rejected by them all.

9.      Meanwhile, between 1935 and 1937, Siegel and Shuster created a number of comics strips that were published, including such titles as "Dr. Occult," "Henri Duval," and "Spy."

10.     On December 4, 1937, Siegel and Shuster entered into an "Agreement of Employment" (the "December 4, 1937 Agreement") with Detective Comics, Inc. ("DCI"), a predecessor in interest to DC.  Under the Agreement, Siegel and Shuster agreed to "give their exclusive services" in producing comic features entitled "Slam Bradley" and "The Spy" for a period of two years.  Under the Agreement, Siegel and Shuster were required to submit any new comics to DCI first, which reserved the right to accept or reject the work for a period of sixty (60) days.

11.     Early in 1938, DCI was looking for materials for a new comic book it was intending to publish under the name "Action Comics."  In that connection, upon information and belief, DCI was provided with the twenty four (24) days of Superman comic strips from the Unpublished Superman Works for review.  At the instance and expense of DCI and subject to its right to control, Siegel and Shuster cut and pasted the comic strips, and added certain additional material, to create a thirteen page comic book story which was accepted for publication by DCI.

12.     In an agreement with DCI dated March 1, 1938 (the "March 1, 1938 Agreement"), Siegel and Shuster, among other things, transferred to DCI "the strip entitled 'Superman' . . . all good will attached thereto and exclusive right to the use of the characters and story, continuity and title of strip . . ." and agreed not to employ Superman and other characters in the strip "by their names contained therein."

4

FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
751

13.    DCI advertised the publication of the new comic story Superman and the new title "Action Comics No. 1" in others of its publications, including but not limited to, "More Fun Comics No. 31," "Detective Comics No. 15," and "New Adventure Comics No. 26," all of which are cover dated May 1938 and, upon information and belief, were distributed in copies to the public on or before April 1, 1938.  These advertisements (the "Superman Ads"), which depict the Superman character in his costume, exhibiting super-strength, show almost the entirety of what would become the cover of "Action Comics No. 1."

14.    Upon information and belief, sometime prior to April 16, 1938, but after the Superman Ads, DCI published the thirteen page Superman comic book comprising the first Superman story in "Action Comics No. 1," bearing the "cover" date June 1938 (hereinafter "Action Comics No. 1").  However, Action Comics No. 1 was not comprised entirely of the pre-existing Unpublished Superman Works.  Rather, upon information and belief, in response to DCI's instruction that the Unpublished Superman Works be presented as a thirteen page comic book and subject to DCI's right to control, Siegel and Shuster created additional materials to complete Action Comics No. 1 (the "Additional Action Comics No. 1 Materials").

15.    After the publication of Action Comics No. 1, upon information and belief, Siegel and Shuster supplied further original Superman stories at DCI's instance and expense and subject to its right to control.  On September 22, 1938, Siegel and Shuster entered into another employment agreement (the "DCI September 22, 1938 Agreement"), confirming that Siegel and Shuster had "been doing the art work and continuity for said comics [including Superman comics] for us.  We wish you to continue to do said work and hereby employ and retain you for said purposes . . . ."  The DCI September 22, 1938 Agreement also contained an acknowledgement that DCI was the "exclusive" owner of Superman.

16.    Also on September 22, 1938, Siegel and Shuster entered into an agreement with DCI and with the McClure Newspaper Syndicate (the "McClure

5

FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**752**

1    September 22, 1938 Agreement") concerning the use of Superman in newspaper

2    strips.

3         17.    All of Siegel and Shuster's contributions to Superman comic books

4    and comic strips published subsequent to Action Comics No. 1 as well as the

5    Additional Action Comics No. 1 Materials, were made either under the DCI March

6    1, 1938 Agreement, the DCI September 22, 1938 Agreement, the McClure

7    September 22, 1938 Agreement, or contemporaneous oral agreements confirmed

8    by one or more of these Agreements, or certain subsequent agreements affirming

9    those agreements, as employees of DCI or its successors or at DCI's instance and

10   expense and subject to DCI's right of control, with the result that the copyrights to

11   all Superman materials created by them after preparation of materials included in

12   Action Comics No. 1 and to the Additional Action Comics No. 1 Materials are

13   owned exclusively by DC Comics as works made for hire under the then applicable

14   1909 Copyright Act.

15        18.    On November 30, 1938, Siegel wrote to DCI (the "November 1938

16   Letter") suggesting that it do a comic book named Superboy, "which would relate

17   to the adventures of Superman as a youth." The November 30, 1938 Letter does

18   not contain any discussion of plot, dialogue, appearance, or any other

19   copyrightable material relating to Superboy. DCI decided not to publish a

20   "Superboy" comic at that time.

21        19.    In 1939, among the Superman comics prepared by Siegel and Shuster

22   at the instance and expense of DCI and subject to its right of control, was

23   Superman No. 1, with a cover date of Summer 1939. In Superman No. 1, Clark

24   Kent was depicted as a youth with super powers.

25        20.    On December 19, 1939, Siegel and Shuster entered into a new

26   agreement with DCI (the "December 19, 1939 Agreement"), which agreement

27   modified the DCI September 22, 1938 Agreement by, *inter alia*, doubling Siegel

28   and Shuster's compensation for Superman comic books and newspaper strips. In

**EXHIBIT 15**
**753**

1   addition, the December 19, 1939 Agreement provided for payment for Siegel and

2   Shuster for uses of Superman beyond comic books and newspaper strips, such as

3   radio, motion pictures, and toys.  Under the December 19, 1939 Agreement, Siegel

4   and Shuster again acknowledged DCI's sole ownership of Superman.

5         21.    Upon information and belief, in approximately December 1940,

6   Siegel, on behalf of himself and Joe Shuster, submitted to DCI a thirteen-page

7   script of continuity for Superboy (the "Unpublished 1940 Superboy Script"),

8   renewing his suggestion to DCI that it publish a comic book about Superman as a

9   youth.  The December 1940 Superboy Script, which sets forth a credit line of "By

10   Jerry Siegel and Joe Shuster," states, in part, "[s]o many faithful followers of

11   today's leading adventure comic strip, SUPERMAN, wrote in demanding the

12   adventures of Clark Kent as a youth . . .And so here he is at last...the answer to

13   your requests...America's outstanding boy hero: SUPERBOY!"  The Unpublished

14   1940 Superboy Script goes on to say about Superboy that "[i]n later years he was

15   to become the might [sic] figure known as SUPERMAN!"  Again, DCI decided

16   not to publish a "Superboy" comic at that time.

17         22.    Upon information and belief, on a date prior to November 18, 1944,

18   DCI published its first comic book containing the adventures of Superboy, who

19   was Superman as a youth, in "More Fun Comics No. 101" with a "cover" date of

20   January-February 1945 (hereinafter "More Fun Comics No. 101").  Upon

21   information and belief, DCI employed Shuster or an artist from Shuster's art studio

22   (with Shuster's knowledge and under his supervision) to create the artwork and

23   writer Don Cameron to write the Superboy story contained in "More Fun Comics

24   No. 101."  The Superboy story in "More Fun Comics No. 101" bears little if any

25   resemblance to anything contained in the Unpublished 1940 Superboy Script, and

26   such similarities as may exist are common to earlier Superman related material

27   owned by DCI.

28

7

**EXHIBIT 15**

**754**

1      23.    In 1947, Siegel and Shuster brought suit against, *inter alia,* DCI's

2  successor in interest, National Comics Publications, Inc. ("National") in the New

3  York Supreme Court in Westchester County (the "Westchester Action"). The

4  Westchester Action was, in part, the culmination of a dispute between Siegel and

5  Shuster and National over what Siegel and Shuster claimed was DCI's

6  unauthorized publication of Superboy.  In the Westchester Action, in addition to

7  seeking redress in connection with Superboy, Siegel and Shuster sought to

8  invalidate the March 1, 1938 Agreement, argued that the DCI September 22, 1938

9  Agreement was obtained by duress, and sought to recapture all rights in Superman.

10      24.    On November 21, 1947, the Court in the Westchester Action issued

11  an opinion (the "Westchester Opinion") after trial in which it found that the March

12  1, 1938 Agreement transferred to DCI all rights in Superman and that the DCI

13  September 22, 1938 Agreement was valid and not obtained under duress.  The

      also held that in publishing Superboy, DCI had acted "illegally."

15      25.    At the Court's request, the parties to the Westchester Action

16  submitted proposed fact findings and conclusions of law.  On April 12, 1948, the

      adopted fact findings and conclusions of law and issued an interlocutory

18  judgment (collectively the "Westchester Action Interlocutory Judgment").  The

19  defendants in the Westchester Action filed a notice of appeal, and the Westchester

20  Action Interlocutory Judgment was stayed pending appeal.

21      26.    Shortly thereafter, the parties to the Westchester Action entered into

22  two separate agreements: (a) a stipulation dated May 19, 1948 (the "May 19, 1948

23  Stipulation") and (b) a consent judgment dated May 21, 1948 (the "May 21, 1948

24  Consent Agreement").  Under both documents, *inter alia,* Siegel and Shuster: (a)

25  agreed to vacate the Westchester Action Interlocutory Judgment; (b) acknowledged

26  that, pursuant to the March 1, 1938 Agreement, they transferred to DCI all rights in

27  and to Superman, including "the title, names, characters, concept and formula" as

28  set forth in Action Comics No. 1; (c) acknowledged National was sole and

**EXHIBIT 15**
**755**

1  exclusive owner of Superman, the conception, idea, continuity, pictorial

2  representation and formula thereof in all media; (d) agreed that they were enjoined

3  from creating, publishing or distributing any Superman work or any imitation

4  thereof, and from using the title Superman or title that contained the word "Super";

5  (e) acknowledged that National was the sole owner of and owned exclusive rights

6  in Superboy; (f) agreed that they were enjoined from creating, publishing or

7  distributing Superboy or any imitation thereof; (g) agreed they were prohibited

8  from representing their past connection with Superman and Superboy in such a

9  way to confuse the public that such connection still existed; and (h) agreed they

10 were prohibited from using any coloring, lettering or printing in referring to

11 Superman or Superboy that was imitative of that used by National.

12      27.    In the 1960s, Siegel and Shuster again brought suit against National,

13 this time in the United States District Court for the Southern District of New York

14 for a declaration that they (and not National) owned the copyright in the renewal

15 copyright term for Action Comics No. 1.  In a decision published in *Siegel v.*

16 *National Periodical Publications, Inc.*, 364 F. Supp. 1032 (S.D.N.Y. 1973), the

17 district court held, *inter alia*, that the agreements between Siegel and Shuster on

18 the one hand and DCI (and later National) on the other, intended to assign all rights

19 in Superman to DCI and National, including renewal copyright rights.

20      28.    In a decision published in *Siegel v. National Periodical Publications,*

21 *Inc.*, 508 F.2d 909 (2d Cir. 1974), the Court of Appeals affirmed that portion of the

22 lower court's ruling relating to National's ownership of all rights in Superman.

23 Siegel and Shuster did not further appeal the ruling.

24      29.    On December 23, 1975, Siegel and Shuster entered into an agreement

25 with Warner Communications, Inc., then National's parent company (the

26 "December 23, 1975 Agreement").  Under this agreement, Siegel and Shuster

27 again acknowledged that Warner Communications, Inc. was the sole and exclusive

28 owner of "all right, title and interest in and to the 'Superman' concept, idea,

9

314290v1 02231.0811           FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
756

1    continuity, pictorial representation, formula, characters, cartoons and comic strips,

2    title, logo, copyrights·and trademarks, including any and all renewals and

3    extensions of such rights, in the United States and throughout the world, in any and

4    all forms of publication, reproduction and presentation, whether now in existence

5    or hereafter devised . . . ."

6        30.    Under the December 23, 1975 Agreement, Siegel and Shuster each

7    were to and did receive throughout their lives annual payments as well as medical

8    insurance coverage.  Upon Siegel's death, annual payments were to be made to

9    Plaintiff/Counterclaim Defendant Joanne Siegel for the remainder of her life.  The

10    amount of the annual payment pursuant to the December 23, 1975 Agreement was

11    increased over the years.  Since Siegel's passing in 1996, Joanne Siegel has

12    continuously received and accepted annual payments and health insurance under

13    that agreement.

14                    **DC Comics' Development And Licensing**

15                    **Of Superman Works And Products**

16        31.    The initial graphic representations of the Superman character in 1938,

17    now stylistically dated, presented his adventures with a limited number of

18    characters in settings that had the look and feel of that particular period.  From the

19    portrayal of the Superman character in "Action Comics No. 1," we only know that

20    he is an upright hero who was sent as an infant to Earth aboard a space ship from

21    an unnamed distant planet destroyed by old age.  Superman is also depicted as

22    secretly possessed of extraordinary physical abilities, including superhuman

23    strength and the ability to leap $1/8^{th}$ of a mile, hurdle a twenty-story building and

24    run faster than an express train.  In his ordinary life, the character is depicted as a

25    mild-mannered newspaper reporter for The Daily Star known as Clark Kent, and in

26    his alter ego, Superman is a costumed heroic figure using his extraordinary

27    physical abilities to fight against crime.

28

                                    10

EXHIBIT 15
757

1    32.    Since the publication of "Action Comics No. 1," DC Comics has

2  authored, published and distributed several thousand other comic books containing

3  the adventures of Superman throughout the United States and abroad in many

4  millions of copies, adding more than 60 years worth of material to further define,

5  update and improve upon the Superman character and presenting an ongoing new

6  flow of Superman exploits and characters resulting in the creation of an entire

7  fictional Superman "universe."

8    33.    In addition to the publication of new comic books containing the

9  Superman comic strip character, DC Comics has over the last 66 years participated

10  in the creation, development and licensing of numerous Superman live action and

11  animated feature length motion pictures, motion picture serials, radio and

12  television serials and live theatrical presentations.  These works have also

13  significantly contributed to the modernizing and evolution of the Superman

14  character from his 1938 appearance.

15    34.    Over the years since Action Comics No. 1, the presentations of

16  Superman provided first by DCI and then DC Comics did not present a static

17  depiction but an ever-evolving portrayal of Superman continuously, featuring new

18  super powers, new villains, new components to the Superman universe, new

19  elements in the Superman back story, and changes in the appearance of Superman.

20  Most notably, many of Superman's powers that are among his most famous today

21  did not appear in Action Comics No. 1 but only appeared in later publications.

22  These include: his ability to fly; his super-vision which enables him to see through

23  walls ("X-ray" vision) and across great distances ("telescopic" vision); his super-

24  hearing which enables him to hear conversations at great distances; his

25  invulnerability to injury which is most often shown as bullets bouncing off his

26  chest and/or arms.

27    35.    One notable part of the evolution of the appearance of the Superman

28  character undertaken by DC Comics and its predecessors, has been the

11

EXHIBIT 15
758

Case 2:04-cv-08400-ODW-RZ    Document 720-5    Filed 04/04/13    Page 117 of 144
Page ID #:17000
Case 2:04-cv-08776-ODW-RZ    Document 44    Filed 10/18/2005    Page 12 of 39

1   transformation of the emblem on the chest of Superman's costume.  In Action

2   Comics No. 1, the emblem was comprised of a small yellow inverted triangle

3   bearing the letter "S" shown in yellow and sometimes in red (the "Action Comics

4   No. 1 Crest").  Thereafter, in changing the appearance of Superman and his

5   costume, DC Comics and/or its predecessors significantly changed the Action

6   Comics No. 1 Crest.  Bearing little if any resemblance to the original, it is now a

7   large yellow five-sided shield, outlined in the color red, and bearing the letter "S"

8   in the middle, also in the color red (the "S in Shield Device").  The S in Shield

9   Device, as transformed by DC Comics and its predecessors, has become a strong

10  symbol, standing alone, of all goods and services relating to Superman and his sole

11  source, DC Comics and its predecessors.

12      36.    At all relevant times, DC Comics, its predecessors in interest and

13  licensees have duly complied with the provisions of the 1976 Copyright Act and its

14  1909 predecessor statute with respect to securing copyright protection for the

15  numerous works in which the Superman character has appeared and establishing

16  DC Comics' copyright ownership thereof, including the original and all works

17  based upon and derived therefrom, and have received from the Register of

18  Copyrights, valid and subsisting certificates of copyright registration and renewal

19  with respect thereto.

20      37.    DC Comics and its predecessors have, since 1938, continuously held

21  themselves out as the exclusive owners of all rights under copyright in Superman.

22      38.    DC Comics has over many decades adopted and made long,

23  continuous and exclusive use of (a) the name and mark Superman and (b) certain

24  key symbols and indicia of origin in connection with and to identify all authorized

25  uses of the Superman character in print and all other media (sometimes hereinafter

26  the "Superman symbols and indicia of origin").  The Superman name and mark

27  and Superman symbols and indicia of origin include, *inter alia*, Superman's

28  characteristic outfit, comprised of a full length blue leotard with red cape, a yellow

12

1   belt, the S in Shield Device, as well as certain key identifying phrases.  Most

2   notable among the latter is "Look!...Up in the sky!...It's a bird!...It's a

3   plane!...It's Superman!" first used in the introduction to the 1940 radio program

4   The Adventures of Superman, and thereafter continuously repeated in Superman

5   television programming and various Superman publications.  All of these

6   Superman symbols and indicia of origin have been used on and in connection with

7   a wide variety of publications and licensed goods and services, as they have been

8   added to the Superman character and mythology under DC Comics' and/or its

9   predecessors' supervision and direction, but, in any event, for the earliest symbols,

10  since as early as 1938.

11          39.     As a result of the above-described continuous and exclusive use by

12  DC Comics of the Superman name and mark, as well as the Superman symbols and

13  indicia of origin for over sixty years, the names, marks and symbols and the

14  appearance of the Superman character have become famous and the public has

15  come to recognize that all publications, entertainment and products featuring

16  Superman or bearing such marks all come from the same source, namely, DC

17  Comics, and that DC Comics is the exclusive source of the Superman character

18  and all uses of the character on and in connection with any goods and services.

19          40.     DC Comics owns dozens of federal trademark registrations for

20  Superman related indicia across a broad array of goods and services.  Those

21  registrations include, but are not limited to the following for the following marks:

22  (a) SUPERMAN (in block letters) Reg. Nos. 2,419,510, 2,204,195, 1,278,177,

23  1,221,718, 1,209,668, 1,175,907, 1,183,841, 1,248,822, 1,216,976, 1,186,803,

24  1,189,393, 1,180,068, 1,184,822, 1,181,536, 1,182,947, 1,070,290; (b)

25  SUPERMAN (in the well-known "telescopic" lettering) Reg. Nos. 2,226,026,

26  1,278,175, 1,200,394, 1,185,526, 1,185,853, 1,209,863, 1,220,896, 1,183,809,

27  1,182,226, 1,181,537, 1,189,355, 1,218,552, 1,108,577, 391,821, 371,803; (c) the

28  "S in Shield" Device (either alone or as part of a rendering of Superman)

13

EXHIBIT 15
760

1  2,211,378, 2,226,415, 1,262,572, 1,179,537, 1,197,814, 1,200,387, 1,200,233,
2  1,209,743, 1,201,167, 1,201,149, 1,229,321, 1,199,690, 1,199,552, 1,199,630,
3  1,184,881, 1,182,172, 1,189,376, 1,180,292, 1,178,048, 1,182,041, 1,173,150,
4  1,140,418, 1,235,769, 411,871; (d) SUPERMAN RIDE OF STEEL Reg. No.
5  2,485,624; (e) MAN OF STEEL Reg. Nos. 2,226,436, 1,433,864; (f) SUPERBOY
6  Reg. Nos. 394,923 (telescopic lettering), 1,221,719 (block letters); (g)
7  SUPERGIRL (stylized and in block letters) Reg. Nos. 987,395, 414,623,
8  1,238,334; (h) SUPERWOMAN (in telescopic lettering) Reg. No. 394,922; (i)
9  SMALLVILLE Reg. Nos. 2,626,700, 2,809,352, 2,768,213, 2,765,711, 2,882,881;
10  (j) KRYPTONITE Reg. Nos. 2,656,1,239,506; (k) KRYPTO Reg. No. 1,168,306;
11  (l) LOOK, UP IN THE SKY, IT'S A BIRD, IT'S A PLANE Reg. No. 1,527,304;
12  (m) LEX LUTHOR Reg. Nos. 2,802,600, 1,634,007; (n) LOIS LANE Reg. No.
13  1,184,702; (o) PERRY WHITE Reg. No. 1,184,703; (p) JIMMY OLSEN Reg. No.
14  1,190,637; (q) LOIS AND CLARK Reg. No. 1,990,231; and (r) ACTION
15  COMICS (stylized) 360,765 (collectively with the SUPERMAN symbols and
16  indicia of origin, the "Superman Marks").
17     41.  These registrations alone suffice to show the unusual breadth and
18  scope of the use of such marks related to Superman by DC Comics or its licensees
19  on or in connection with a broad range of goods and services, all of which have
20  come to be seen over six decades by countless consumers as indicating an
21  exclusive authorization or sponsorship thereof by plaintiff DC Comics, the
22  publisher and source of all Superman comic books and other Superman
23  productions and products.

24              **The Superman Notices Of Termination**

25     42.  On April 8, 1997, DC Comics received from Plaintiffs' Counterclaim
26  Defendants Joanne Siegel and Laura Siegel Larson, through their then-counsel,
27  Finnegan, Henderson, Farabow, Garrett & Dunner, seven documents entitled
28  Notice of Termination of Transfer Covering Extended Renewal. Those documents

14

1   purport, under 17 U.S.C. § 304 (c), to terminate, effective April 16, 1999, the

2   Siegels' share in the following grants of copyright: (a) the December 4, 1937

3   Agreement; (b) the March 1, 1938 Agreement; (c) the DCI September 22, 1938

4   Agreement; (d) the McClure September 22, 1938 Agreement; (e) the December 19,

5   1939 Agreement; (f) the May 19, 1948 Stipulation; (g) the December 23, 1975

6   Agreement (collectively the "Superman Notices").  However, the Siegels served no

7   notice terminating their share of the copyright grant in the May 21, 1948 Consent

8   Agreement.

9        43.    The Superman Notices purport to terminate the Siegels' share of the

10  above grants listed therein in the Unpublished Superman Works, Action Comics

11  No. 1, and in excess of 15,000 additional works (the "Post-Action Comics No. 1

12  Works").  However, in none of the seven Superman Notices, or anywhere else, do

13  the Siegels purport to terminate their share of any copyright grant in the Superman

14  Ads.

15       44.    In the Superman Notices, the Siegels expressly recognize and

16  acknowledge that the character Superboy is a derivative work based on Superman.

17  The Superman Notices expressly identify Superboy as part of the Superman

18  "family" of characters in which the Siegels are purporting to terminate their grants.

19  Indeed, the more than 15,000 works listed in the Superman Notices include

20  hundreds of publications and other works that feature *only* Superboy (as opposed

21  to Superman), and also Superman No. 1 with a cover date of Summer 1939, in

22  which Superman is depicted as a youth.

23       45.    In late November, 1998, DC Comics received from Plaintiffs/

24  Counterclaim Defendants Joanne Siegel and Laura Siegel Larson, through their

25  then-counsel, Finnegan, Henderson, Farabow, Garrett & Dunner, four documents

26  entitled Notice of Termination of Transfer Covering Extended Renewal.  Those

27  documents purport to terminate, effective November 27, 2000, the Siegels' share in

28  the following grants of copyright relating to the character known as "The Spectre":

314290v1 02231.0811          FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
762

Case 2:04-cv-08400-ODW-RZ    Document 720-5    Filed 04/04/13    Page 121 of 144
Page ID #:17004
Case 2:04-cv-08776-ODW-RZ    Document 44    Filed 10/18/2005    Page 16 of 39

1   (a) the December 4, 1937 Agreement; (b) a September 22, 1938 Agreement; (c)

2   and October 10, 1939 Agreement and (d) a second October 10, 1939 Agreement

3   (collectively the "Spectre Notices").

4        46.   The Spectre Notices purport to terminate the Siegels' share of the

5   above grants in: (a) the Spectre character appearing in costume in an ad in issue

6   No. 51 of "More Fun Comics" with a cover date of January 1940; (b) the first

7   Spectre comic book story published in issue No. 52 of "More Fun Comics" with a

8   cover date of February 1940; (c) part 2 of the first Spectre comic book story

9   published in issue No. 53 of "More Fun Comics" with a cover date of March 1940,

10  and hundreds of additional works listed the Spectre Notices (collectively the

11  "Spectre Works").

**The Parties' Negotiations**

**And The Agreement Reached**

14       47.   On April 17, 1997, less than ten days after DC Comics received the

15  Superman Notices, its counsel wrote to the Siegels' counsel inviting negotiation.

16  The Siegels requested that DC Comics make an initial settlement proposal.  But

17  prior to making such proposal, DC Comics requested that the parties enter into a

18  confidentiality agreement.  Frustrated by the Siegels' delay in responding to its

19  proposed form confidentiality agreement, on November 5, 1997, DC Comics'

20  counsel wrote the Siegels' counsel and stated, *inter alia*, "[a]s we had advised you

21  in the past, our client has elected, for settlement purposes only, not to respond to

22  the [Superman Notices] served upon them by challenging their validity or scope *at*

23  *this time*." (Emphasis added.)

24       48.   On December 17, 1997, DC Comics and the Siegels finally entered

25  into a confidentiality agreement.  On December 18, 1997, DC Comics forwarded

26  its first substantive proposal with respect to the copyrights at issue, and in

27  connection therewith also raised certain defects in the termination notice, stating

28  "that there is a substantial legal issue as to the effectiveness of your clients'

16

**EXHIBIT 15**
**763**

1   termination of DC's interest in the Superman Comic." For more than six months,

2   despite repeated requests for feedback, DC Comics heard no response to its

3   December 18, 1997 proposal. Finally, on June 19, 1998, the Siegels' counsel sent

4   a letter to DC Comics' counsel that did not respond to the proposal but only

5   requested more information.

6       49.     On July 23, 1998, DC Comics provided the Siegels with the answers

7   to the questions posed in their counsel's letter of June 19, 1998. Despite requests

8   for feedback for another several months, DC Comics again received no response to

9   its proposal.

10      50.     Having heard no response from the Siegels, on April 15, 1999, one

11  day before the purported "Effective Date" set forth in the Superman Notices, DC

12  Comics provided a more comprehensive written notice to Plaintiffs/Counterclaim

13  Defendants Joanne Siegel and Laura Siegel Larson detailing, among other things,

14  the reasons it considered the Superman Notices to be invalid.

15      51.     On April 30, 1999, DC Comics received a letter from the firm of

16  Gang, Tyre, Ramer & Brown, Inc. ("Gang, Tyre") indicating it now represented

17  the Siegels in negotiations with DC Comics. Thereafter, the parties engaged in

18  extensive negotiations with their respective lawyers attending meetings in

19  California and New York, and exchanging proposals. During that time period, at

20  the Siegels' request, DC Comics provided a payment of $250,000 (the "Advance

21  Payment") to the Siegels which payment was agreed to be an advance against any

22  future sums provided under an agreement to be entered into between the parties.

23      52.     On October 16, 2001, a legal representative for DC Comics made an

24  offer to the Siegels through Gang, Tyre by telephone. On October 19, 2001, Kevin

25  Marks of Gang, Tyre, on behalf of the Siegels, accepted the October 16, 2001

26  offer. That day, Mr. Marks wrote a letter confirming that the Siegels had

27  "accepted D.C. Comics offer of October 16, 2001" and outlined all of the material

28  terms in detail. Those terms included, *inter alia,* that the Siegels transferred or

17

314290v1 02231.0811     FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
764

1   would transfer all of their rights in the Superman property (which was defined in

2   the letter as Superman, Superboy and related properties including but not limited to

3   Supergirl, Steel, Lois & Clark, and Smallville) and in "The Spectre." In exchange,

4   the Siegels were to receive: (a) a sizeable non-returnable advance; (b) a sizeable

5   non-recoupable and non-returnable signing bonus; (c) "forgiveness" of the

6   Advance Payment; (d) significant guaranteed minimum payments as advances

7   against royalties; and (e) percentage royalties from DC Comics' exploitations of

8   Superman across all media, worldwide.

9       53.    By return letter of October 26, 2001, DC Comics' representative

10   wrote back providing a "more fulsome outline" of the agreed upon points.  Neither

11   the Siegels nor any of their representatives in any way disputed the October 26,

12   2001 confirmatory outline from DC Comics.  On February 1, 2002, DC Comics

13   forwarded a draft of a more formal written agreement memorializing the terms

14   agreed to in the October 19 and 26, 2001 correspondence.

15       54.    After the October 2001 agreement, DC Comics entered into a written

16   Option Purchase Agreement with Warner Bros., A Division of Time Warner

17   Entertainment Company, L.P. (now known as defendant Warner Bros.

18   Entertainment Inc.) dated as of November 6, 1999, pursuant to which DC Comics

19   granted to Warner Bros. the option to license certain exclusive rights in Superman,

20   and Warner Bros. has commenced photography of a feature-length motion picture

21   based on the property.

22       55.    On May 9, 2002, Plaintiff/Counterclaim Defendant Joanne Siegel

23   wrote a letter to the Co-Chief Operating Officer of DC Comics' parent company

24   acknowledging that the Siegels had accepted DC Comics' proposal of October 16,

25   2002, but purporting to object to unspecified provisions of the formal written draft

26   and repudiating the agreement reached by the parties in October 2001.  To this day,

27   the Siegels have not identified a single provision of the February 1, 2002 formal

28

314270v1 02231.0811          FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
765

Case 2:04-cv-08400-ODW-RZ    Document 720-5    Filed 04/04/13    Page 124 of 144
Page ID #:17007
Case 2:04-cv-08776-ODW-RZ    Document 44    Filed 10/18/2005    Page 19 of 39

1  draft that was inconsistent with the provisions in the Siegels' October 19, 2001

2  acceptance of DC Comics' proposal.

3      56.    On September 30, 2002, however, DC Comics received a letter from

4  the Siegels stating they were breaking off all discussions with DC Comics and

5  again repudiating the agreement reached by the parties in October 2001.

6                    **The Superboy Termination Notices**

7      57.    Notwithstanding the fact that the Siegels had already purported to

8  terminate grants with respect to the Superboy character effective April 16, 1999,

9  on November 8, 2002, the Siegels mailed to DC Comics another Notice of

10 Termination of Transfer purporting to relate solely to Superboy (the "Superboy

11 Notice"). The Superboy Notice purports to terminate, effective November 17,

12 2004, only two grants of copyright: (a) the May 19, 1948 Stipulation and (b) the

13 December 23, 1975 Agreement, and identifies many of the same works identified

14 in the Superman Notices. As was the case with the Superman Notices, the Siegels

15 served no notice terminating the copyright grant in the May 21, 1948 Consent

16 Agreement.

17     58.    The Superboy Notice purports to terminate the above grants

18 regarding the following works: (a) the unpublished November 30, 1938 Letter; (b)

19 the unpublished 1940 Superboy Script; (c) More Fun Comics No. 101; and (d)

20 approximately 1,600 additional titles. However, the Superboy Notice lists and

21 purports to terminate grants of rights under copyright relating to hundreds of the

22 same works already purportedly terminated by the earlier Superman Notices. The

23 Superboy Notice does not purport to terminate the 1939 depiction of Superman as

24 a youth in Superman No. 1.

25     59.    In the Superboy Notice, the Siegels make the claim that Superboy is a

26 "separate and distinct copyrighted work and character from the copyrighted work

27 and character Superman." This contention is erroneous.

28

                                    19
314270v1 02231 0811    FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**766**

Case 2:04-cv-08400-ODW-RZ    Document 720-5    Filed 04/04/13    Page 125 of 144
Page ID #:17008
Case 2:04-cv-08776-ODW-RZ    Document 44    Filed 10/18/2005    Page 20 of 39

1       60.    In the Superboy Notices, the Siegels also claim that Jerome Siegel

2     was the sole author of Superboy. This contention is also erroneous.

3       61.    Among the works listed in the Superboy Notice that the Siegels claim

4     are terminated by such notice of termination (as well as by the Superman Notices),

5     is the WB television series entitled "Smallville." "Smallville" is a modern, teen-

6     oriented drama about the life and relationships of Clark Kent and his circle of

7     friends during Clark's high school years; it features numerous characters not

8     created or developed by Siegel and story lines wholly original to the series.

9       62.    On June 17, 2004, talent agent Ari Emanuel, representing the Siegels,

10    sent a letter to DC Comics' licensee and affiliated company, Warner Bros., stating,

11    *inter alia,* that as of the effective date of the Superboy Notice, November 17, 2004,

12    DC Comics and its licensees would be cut off from making any further episodes of

13    "Smallville"

14      63.    On August 4, 2004, the Siegels' new counsel and attorney of record

15    in this case, Marc Toberoff, contacted Warner Bros. and reiterated the Siegels'

16    position that, as of November 17, 2004, DC Comics and its licensees would be cut

17    off from making any further episodes of "Smallville."

18      64.    On August 27, 2004, DC Comics' counsel herein, Fross Zelnick

19    Lehrman & Zissu, P.C., sent a letter to the Siegels' counsel rejecting the

20    interpretation of the effect of the Superboy Notice and unequivocally informing the

21    Siegels that DC Comics and its licensees would proceed with their planned

22    production, copying, distribution, and exploitation of new episodes of "Smallville."

23         **The Siegels' Filing Of Two Related Cases**

24      65.    On October 8, 2004, the Siegels filed the instant action and on

25    October 22, 2004, they filed a second action, Civil Case No. 04-08776, which case

26    was assigned to Judge Lew in this Court.

27

28

314270v1 02231.0811         FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**767**

1
2
3

## FIRST COUNTERCLAIM FOR DECLARATION
## THAT THE SUPERMAN NOTICES AND THE
## SUPERBOY NOTICE ARE INEFFECTIVE

4      66.    DC Comics repeats and realleges paragraphs 1 - 65 above as if fully

5    set forth herein.

6      67.    DC Comics contends that the Superman Notices and/or the Superboy

7    Notice are ineffective, *inter alia*, for any or all of the following five independent

8    reasons:

9    **#1  The May 21, 1948 Consent Agreement Has Not Been Terminated**

10      68.    The May 21, 1948 Consent Agreement is a written agreement entered

11    into by Jerome Siegel and Joseph Shuster with DC Comics' predecessor in interest

12    and includes a grant of all rights in Superman and Superboy by Siegel and Shuster

13    to DC Comics' predecessor in interest, including all rights under copyright therein.

14      69.    As a result of the Siegels' failure to send a Notice of Termination

15    with respect to  the May 21, 1948 Consent Agreement, the grant contained therein

16    to all copyrights related to Superman remains in full force and effect.  Thus, DC

17    Comics is and continues to be the sole owner of all rights of any kind, including

18    rights under copyright, in Superman (including its derivative work Superboy)

19    pursuant to the May 21, 1948 Consent Agreement.

20              **#2 The December 23, 1975 Agreement**

21      70.    Through both the Superman Notices and the Superboy Notice, the

22    Siegels purport to terminate their share of the grant of copyright in Superman and

23    Superboy contained in the December 23, 1975 Agreement.

24      71.    By letter dated April 15, 1999, the day before the Superman Notice

25    purported to become effective, DC Comics rejected the scope and validity of the

26    Superman Notices, including but not limited to, that Superman Notice purporting

27    to terminate the grant in the December 23, 1975 Agreement.

28

314290v1 02231.0811                FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
768

1    72.    By letter dated August 29, 2004, DC Comics rejected the scope and

2    validity of the Superboy Notice, including but not limited to the Siegels' claim that

3    such notice terminated the December 23, 1975 Agreement.

4    73.    Notwithstanding the Siegels having, by virtue of the Superman

5    Notices, purportedly terminated the grant of copyright contained in the December

6    23, 1975 Agreement, and with full knowledge of DC Comics' rejection of the

7    Superman Notice, after April 16, 1999, the purported effective date of such notices

8    of termination, DC Comics continued to perform under the December 23, 1975

9    Agreement and Plaintiff/Counterclaim Defendant Joanne Siegel continued to

10   accept the benefits under that agreement.  DC Comics has relied upon Joanne

11   Siegel's continued acceptance of benefits under the December 23, 1975 Agreement

12   and has continued to perform under that Agreement without accounting to the

13   Siegels and without making any other change in the manner in which it has

14   exploited Superman.

15   74.    Notwithstanding the Siegels having, by virtue of the Superboy

16   Notice, purportedly terminated the grant of copyright contained in the December

17   23, 1975 Agreement, and with full knowledge of DC Comics' August 29, 2004

18   rejection of the notice of termination, DC Comics has continued to perform under

19   the December 23, 1975 Agreement.  DC Comics has relied upon Joanne Siegel's

20   continued acceptance of benefits under the December 23, 1975 Agreement and has

21   continued to perform under that Agreement without accounting to the Siegels and

22   without making any other change in the manner in which it has exploited

23   Superboy.

24   75.    Because of DC Comics' continued performance under the December

25   23, 1975 Agreement and Plaintiff/Counterclaim Defendant Joanne Siegel's

26   continued acceptance of the benefits of such agreement after she purportedly

27   terminated it in both the Superman Notices and the Superboy Notice, the

28

314290v1 02231.0811        FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**

Case 2:04-cv-08400-ODW-RZ    Document 720-5    Filed 04/04/13    Page 128 of 144
Page ID #:17011
Case 2:04-cv-08776-ODW-RZ    Document 44    Filed 10/18/2005    Page 23 of 39

1  December 23, 1975 Agreement, and the grant of copyright therein, remains in full

2  force and effect.

3      76.    Thus, DC Comics is and continues to be the sole owner of all rights

4  of any kind, including rights under copyright, in Superman (and its derivative work

5  Superboy), rendering the Superman Notices and the Superboy Notice ineffective.

6         **#3  The Unpublished Superboy Works**

7      77.    In the Superboy Notice, the Siegels purport to terminate copyright

8  grants of rights in the November 1938 Letter and the Unpublished 1940 Superboy

9  Script and approximately 1,600 additional published titles purportedly relating to

10  Superboy (the "Published Superboy Works").

11      78.    Upon information and belief, as of January 1, 1978, both the

12  November 1938 Letter and the Unpublished 1940 Superboy Script (the "Siegel

13  Superboy Proposals") remained unpublished and thus were neither in their first nor

14  their second term of copyright as of that date.

15      79.    Copyright in the Published Superboy Works is owned exclusively by

16  DC Comics by virtue of their having been prepared as works made for hire for DC

17  Comics' and/or its predecessors, or by virtue of other copyright grants that remain

18  in full force and effect.

19      80.    Pursuant to the requirements set forth by section 304 (c) of the 1976

20  Copyright Act, 17 U.S.C. § 304 (c), only copyright grants in works that were in

21  their first or second term of copyright as of January 1, 1978, could be terminated

22  under that provision.  As a result, the Superboy Notice is ineffective as to the

23  Siegel Superboy Proposals or any portion of any derivative works containing any

24  copyrightable material therefrom and DC Comics remains the sole owner thereof.

25  Therefore, the Superboy Notice is ineffective.

26

27

28

#### #4  Siegel Owned No Copyright In Superboy

81.    The Siegel Superboy Proposals are derivative works based upon the pre-existing copyrighted Superman character and stories owned by DC Comics' predecessors.

82.    Upon information and belief, Siegel, in collaboration with Shuster, prepared the Siegel Superboy Proposals without the prior knowledge or consent of DC Comics' predecessors.

83.    Upon further information and belief, Siegel developed the contents of the Siegel Superboy Proposals within the scope of his employment contracts with DC Comics' predecessors and/or at their instance and expense and subject to their right to control.

84.    As a result of the foregoing, the Siegel Superboy Proposals were derivative works based upon Superman, prepared without the authorization of the copyright owner, and/or were works made for hire, owned *ab initio* by the copyright owner in Superman.

85.    Whether the Siegel Superboy Proposals were derivative works prepared without the prior authorization of the copyright owner, or were works made for hire, Siegel could not and did not own any copyright interest therein that would be subject to copyright termination pursuant to 17 U.S.C. § 304 (c).  Thus, the Superboy Notice is ineffective.

#### #5  The Superman Notices Were Not Timely Served

86.    Upon information and belief, DC Comics' predecessor in interest first secured copyright in Action Comics No. 1 by publication with copyright notice prior to April 16, 1938.

87.    All grants made by Siegel and Shuster or rights in Action Comics No. 1 are still in effect, and all rights under copyright granted therein are still owned exclusively by DC Comics, because the Superman Notices served by the Siegels are ineffective for failure to comply with the legal requirements therefore

24

314290v1 02231.0811    FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**771**

1   prescribed by section 304 (c) of the U.S. Copyright Act of 1976, 17 U.S.C. § 304

2   (c), in that: the "Effective date" of the Superman Notices, namely April 16, 1999,

3   was too late to fall within the required period specified in 17 U.S.C. § 304 (c) (3)

4   and such notices of termination were served less than two years before the

5   allowable effective date in violation of 17 U.S.C. § 304 (c) (4) (A).

6       88.    On information and belief, plaintiffs deny DC Comics' contentions

7   and/or the legal effect ascribed thereto as set forth in paragraphs 66 – 87 above.

8   Accordingly, an actual controversy has arisen and now exists between

9   Plaintiffs/Counterclaim Defendants and DC Comics concerning the above issues.

10      89.    A justiciable controversy exists concerning the above issues and a

11  judicial declaration is necessary and appropriate to determine the parties'

12  respective rights with regard thereto.

13          **SECOND ALTERNATIVE COUNTERCLAIM FOR**

14      **DECLARATION THAT ANY CLAIM BY THE SIEGELS FOR**

15      **CO-OWNERSHIP OF SUPERMAN (INCLUDING ITS DERIVATIVE**

16      **SUPERBOY) IS BARRED BY THE STATUTE OF LIMITATIONS**

17      90.    DC Comics repeats and realleges paragraphs 1 - 89 above as if fully

18  set forth herein.

19      91.    Since as early as 1998, Plaintiffs/Counterclaim Defendants were on

20  notice of DC Comics' position that the Superman Notices contained legal defects.

21  Moreover, effective at least as early as April 15, 1999, Plaintiffs/Counterclaim

22  Defendants were on notice that DC Comics rejected the Superman Notices and

23  asserted exclusive ownership of all copyright in Superman.

24      92.    Since April 16, 1999, the purported effective date of the Superman

25  Notices, Plaintiffs/Counterclaim Defendants have been deprived of the benefits of

26  their purported co-ownership of copyright in Action Comics No. 1.

27      93.    In response to DC Comics' above actions and assertion and such

28  deprivation to the Siegels of the benefits of their alleged copyright co-ownership,

314290v1 02231.0811          FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**772**

1   Plaintiffs/Counterclaim Defendants took no action until filing the instant action on

2   October 8, 2004, more than six years after DC Comics advised

3   Plaintiffs/Counterclaim Defendants in writing of defects in the Superman Notices

4   and more than five years after being placed on notice by DC Comics of its claim of

5   exclusive ownership of copyright in Superman and that it rejected and repudiated

6   the Superman Notices and during which time period the Siegels were deprived of

7   benefits to which they claim they are entitled.

8       94.    Because Plaintiffs/Counterclaim Defendants' claim of partial

9   ownership of copyright accrued more than three years prior to

10  Plaintiffs/Counterclaim Defendants bringing the instant action, even taking into

11  consideration any purported agreements to toll the statute of limitations, any claim

12  of ownership of copyright in Superman by Plaintiffs/Counterclaim Defendants is

13  barred by the three-year statute of limitations of the Copyright Act.

14      95.    On information and belief, plaintiffs deny DC Comics' contentions

15  and/or the legal effect ascribed thereto as set forth in paragraphs 90 – 94 above.

16  Accordingly, an actual controversy has arisen and now exists between

17  Plaintiffs/Counterclaim Defendants and DC Comics concerning the above issues.

18      96.    A justiciable controversy exists concerning the above issues and a

19  judicial declaration is necessary and appropriate to determine the parties'

20  respective rights with regard thereto.

21               **THIRD ALTERNATIVE COUNTERCLAIM**

22                    **FOR BREACH OF CONTRACT**

23      97.    DC Comics repeats and realleges paragraphs 1 - 96 above as if fully

24  set forth herein.

25      98.    In or about October 2001, Plaintiffs/Counterclaim Defendants entered

26  into a written agreement with DC Comics memorialized by the authorized agent of

27  Plaintiffs/Counterclaim Defendants, Kevin Marks, and by the authorized agent of

28  DC Comics, John Schulman, which subsequently was confirmed and ratified in

26

**EXHIBIT 15**
**773**

1    writing by Plaintiff/Counterclaim Defendant Joanne Siegel (the "Agreement"),
2    pursuant to which, among other things, Plaintiffs/Counterclaim Defendants (1)
3    transferred to DC Comics, worldwide and in perpetuity, or, alternatively, agreed to
4    transfer to DC Comics, worldwide and in perpetuity, any and all rights, title, and
5    interest, including all United States copyrights, which they may have in any and all
6    past, present, and future Superman and Superboy-related properties, works,
7    characters, names, and trademarks (collectively, the "Superman Works"), (2)
8    agreed to accept certain compensation from DC Comics in consideration of any
9    and all rights, title, and interest which they may have in the Superman Works (the
10   "Financial Terms"), and (3) covenanted never to sue DC Comics for any claim
11   related to the Superman Works other than for breach of the Agreement (the
12   "Covenant Not To Sue").

13        99.    DC Comics has performed all of its obligations under the Agreement,
14   except to the extent such performance has been prevented or excused by the acts or
15   omissions of Plaintiffs/Counterclaim Defendants.  Specifically, and without
16   limiting the foregoing, DC Comics established a reserve account of the moneys
17   due to Plaintiffs/Counterclaim Defendants based upon the Financial Terms, which
18   DC Comics would have paid to Plaintiffs/Counterclaim Defendants pursuant to the
19   Agreement but for their repudiation and breach of the Agreement as herein alleged.
20   DC Comics always has been and remains ready, willing, and able to perform all of
21   its obligations under the Agreement, and will resume doing so upon either a
22   withdrawal by Plaintiffs/Counterclaim Defendants of their repudiation of the
23   Agreement or a final adjudication that the Agreement is enforceable and binding
24   on the parties.

25        100.   Plaintiffs/Counterclaim Defendants have repudiated and otherwise
26   breached the Agreement by, among other things:

27             a.    Claiming, including in this action, that they have not transferred
28   and are not contractually obligated to transfer to DC Comics, worldwide and in

27

**EXHIBIT 15**
**774**

1    perpetuity, all of their rights, title, and interest, including all United States

2    copyrights, which they may have in the Superman Works, and refusing to execute

3    a formal written transfer thereof to DC Comics;

4           b.    Repudiating the Financial Terms and claiming, including in this

5    action, that they are entitled to additional compensation for the Superman Works;

6    and

7           c.    Initiating this action in violation of the Covenant Not To Sue.

8         101.   As a direct and foreseeable result of the contractual breaches on the

9    part of Plaintiffs/Counterclaim Defendants herein alleged, DC Comics has been

10    damaged in an amount to be proven at trial.

11    **FOURTH ALTERNATIVE COUNTERCLAIM FOR**

12    **DECLARATORY RELIEF REGARDING THE AGREEMENT**

13         102.   DC Comics repeats and realleges paragraphs 1 - 101 above as if fully

14    set forth herein.

15         103.   An actual controversy now exists between DC Comics and

16    Plaintiffs/Counterclaim Defendants, in that DC Comics contends the Agreement is

17    binding and enforceable and, therefore, that:

18           a.    Plaintiffs/Counterclaim Defendants either have transferred or

19    are contractually obligated to transfer to DC Comics, worldwide and in perpetuity,

20    any and all rights, title, and interest, including all United States copyrights, which

21    they may have in the Superman Works;

22           b.    If for any reason Plaintiffs/Counterclaim Defendants are

23    adjudged not to have transferred or not to be contractually obligated to transfer to

24    DC Comics, worldwide and in perpetuity, all rights, title, and interest, including all

25    United States copyrights, which they may have in the Superman Works, then the

26    remaining terms of the Agreement are valid and enforceable and

27    Plaintiffs/Counterclaim Defendants are not entitled to any compensation for any

28

FIRST AMENDED COUNTERCLAIMS

314290v1 02231.0811

**EXHIBIT 15**
**775**

1    past, present, or future exploitation of the Superman Works by or upon license from

2    DC Comics other than pursuant to the Financial Terms; and

3                c.    If for any reason Plaintiffs/Counterclaim Defendants are

4    adjudged not to have transferred or not to be contractually obligated to transfer to

5    DC Comics, worldwide and in perpetuity, all rights, title, and interest, including all

6    United States copyrights, which they may have in the Superman Works, then

7    Plaintiffs/Counterclaim Defendants nevertheless are not entitled to license or

8    otherwise exploit the Superman Works in any manner.

9         104.    DC Comics is informed and believes, and on that basis alleges, that

10    Plaintiffs/Counterclaim Defendants dispute these contentions.

11         105.    DC Comics seeks a judicial determination of the parties' respective

12    rights and obligations, which is necessary and appropriate to allow them to

13    properly govern their future conduct.

14              **FIFTH ALTERNATIVE COUNTERCLAIM FOR**

15         **DECLARATION OF LIMITATIONS ON THE SCOPE OF THE**

16           **SUPERMAN NOTICES AND THE SUPERBOY NOTICE**

17         106.    DC Comics repeats and realleges paragraphs 1 - 65 above as if fully

18    set forth herein.

19         107.    In the event the Superman Notices and/or the Superboy Notice are

20    deemed effective and the settlement agreement between the parties is not enforced,

21    DC Comics asserts the following alternative counterclaim for a declaration limiting

22    the scope and reach of the Superman Notices and the Superboy Notice in six

23    separate and independent ways.

24         108.    DC Comics contends that:

25              **#1 The Superman Ads**

26         109.    The regulations governing the contents of notices of termination

27    promulgated by the U.S. Copyright Office under authority of the 1976 Copyright

28    Act require, in relevant part, that a notice of termination served pursuant to section

314290v1 02231.0811                    **FIRST AMENDED COUNTERCLAIMS**

**EXHIBIT 15**
**776**

1   304 (c) of the 1976 Copyright Act name "each work to which the notice of

2   termination applies."

3       110.    Upon information and belief, all of the Superman Ads first secured

4   copyright protection by publication with copyright notice prior to April 16, 1938

5   and prior to publication of Action Comics No. 1.

6       111.    The Superman Ads contain and show the appearance of Superman,

7   his costume, and his super-strength.

8       112.    The grants made by Siegel and Shuster as to the appearance of

9   Superman, his costume, and his super-strength, are still in effect, and all rights

10  under copyright granted therein are still owned exclusively by DC Comics,

11  because the Superman Notices served by the Siegels do not list the works in which

12  the Superman Ads were first published.

13      113.    Thus, DC Comics is the exclusive owner of all copyright in and to the

14  Superman Ads and thereby retains exclusive ownership of copyright in the

15  appearance of Superman therein, including but not limited to, the appearance of the

16  Superman costume.

17      **#2  Use Of Superman And Superboy Derivative Works**

18      **Prepared Prior To The Purported Effective Dates Of The**

19      **Superman Notices And The Superboy Notice**

20      114.    The Superman Notices purport to terminate the Siegels' share in the

21  copyright grant of Jerome Siegel in all Superman-related works thereafter derived

22  from Action Comics No. 1, including but not limited to the more than 15,000

23  Superman related works (in addition to Action Comics No. 1) listed in the

24  Superman Notices (the "Superman Derivative Works").  Included among the

25  Superman Derivative Works is the image of the "S in Shield Device" that has

26  become a strong trademark of Superman and his single source, DC Comics.

27

28

314290v1 02231.0811    FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**777**

1    115.    The Superboy Notice purports to terminate the Siegels' share in the

2    copyright grant of Jerome Siegel in the approximately 1,600 of the Published

3    Superboy Works.

4    116.    The Superman Derivative Works and the Published Superboy Works

5    are all based upon pre-existing works and were prepared under the authority of the

6    grants of copyright entered into by Siegel and Shuster to DC Comics and/or its

7    predecessors.

8    117.    Regardless of whether the Superman Notices and the Superboy

9    Notice are legally effective, under the Copyright Act, 17 U.S.C. § 304 (c)(6)(A),

10    DC Comics retains the right to make use of the Superman Derivative Works and

11    the Superboy Published Works under the terms of the original grants under which

12    they were prepared without any duty to account to the Siegels for any such use.

13    **#3  DC Comics Owns All Superman Derivative Works**

14    118.    All copyright rights in any of the works listed in the Superman

15    Notices, or any other derivative works based upon and that post-date Action

16    Comics No. 1 (the "Post Action Comics No. 1 Works") are owned exclusively by

17    DC Comics.  DC Comics' ownership of such copyrights is not subject to

18    termination pursuant to the Copyright Act.

19    119.    The Post Action Comics No. 1 Works contain many copyrightable

20    elements not present in Action Comics No. 1 (the "Post Action Comics No. 1

21    Elements").  These include, but are not limited to, new super powers, new villains,

22    new components to the Superman universe, new elements in the Superman back

23    story, and changes in the appearance of Superman.  Notably, many of Superman's

24    powers that are among his most famous today did not appear in Action Comics No.

25    1 but only appeared later in the Post Action Comics No. 1 Works.

26    120.    Regardless of whether the Superman Notices and the Superboy

27    Notice are valid and effective, DC Comics remains the sole owner of the Post

28

314290v1 022310811    FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**778**

1  Action Comics No. 1 Works and in the Post Action Comics No. 1 Elements.

2  Moreover, the Siegels can make no use of the Post Action Comics No. 1 Elements.

3  #4 **Superboy Is A Derivative Work Based On Superman**

4  121.   In the November 1938, Letter suggesting the idea for a Superboy

5  comic strip, Siegel stated such comic "would relate to the adventures of Superman

6  as a youth."  In the Unpublished 1940 Superboy Script, Siegel wrote "[s]o many

7  faithful followers of today's leading adventure comic strip, SUPERMAN, wrote in

8  demanding the adventures of Clark Kent as a youth . . .And so here he is at

9  last...the answer to your requests...America's outstanding boy hero:

10  SUPERBOY!"

11  122.   As demonstrated by the foregoing, the Siegel Superboy Proposals

12  were based upon the pre-existing Superman character and stories and are thus

13  derivative works based thereon, and were not made at the instigation of Siegel.

14  123.   Thus, even if the Superboy Notice were effective, any recapture of

15  copyright rights would be limited to any new copyrightable subject matter added

16  by Siegel and Shuster to the pre-existing Superman character and stories

17  exclusively owned by DC Comics and its predecessors.

18  124.   The new copyrightable subject matter contained in the Siegel

19  Superboy Proposals is *de minimis* and thus, even if the Siegels could recapture

20  U.S. Copyrights therein, such recapture could not affect DC Comics' continuing

21  right to create and exploit new derivative works that do not include such new

22  copyrightable subject matter, including but not limited to, the television series

23  "Smallville."

24  #5 **The Derivative Work Superboy Is A Joint Work Of Authorship**

25  125.   Upon information and belief, the Siegel Superboy Proposals were

26  joint works of authorship as they were prepared jointly with Shuster and because it

27  was intended that their contents would be merged with artwork to create a comic

28  book or comic strip.

32

314290v1 02231.0811       FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**779**

1    126.    As eventually published, the works containing the Superboy character

2    included both artwork and storyline.

3    127.    The joint author's share in the Siegel Superboy Proposals is owned

4    by DC Comics and cannot be terminated either by the Superman Notices or the

5    Superboy Notice.

6    128.    As a result of the foregoing, DC Comics right to continue to exploit

7    the Siegel Superboy Proposals and any derivative works based thereon cannot be

8    affected by either the Superman Notices or the Superboy Notice.

9    #6 "Smallville" Is Not Derived From Superboy

10    129.    Among the derivative works based upon Superman and authorized by

11    DC Comics is the weekly television series, "Smallville."

12    130.    Regardless of whether the Superboy Notice is effective and further

13    regardless of whether Superboy is a derivative work based upon Superman,

14    "Smallville" was derived from and based upon Superman and is not a derivative

15    work based upon the Siegel Superboy Proposals or any succeeding Superboy

16    comic or Superboy work exploited by DC Comics and/or its predecessors prior to

17    May 21, 1948.  Beyond sharing the idea of depicting Superman as a youth,

18    Smallville is not substantially similar to the Siegel Superboy Works.

19    131.    Thus, irrespective of any accounting issues relating to the Siegels'

20    purported right to receive compensation with respect to new episodes of

21    "Smallville," DC Comics' right to continue to authorize production, distribution,

22    and airing of "Smallville" television episodes remains unaffected by the Superman

23    Notices and the Superboy Notice.

24    #7  The Additional Action Comics No. 1 Materials

25    132.    The Additional Action Comics No. 1 Materials created in 1938 were

26    prepared at the instance and expense of DCI and subject to its right to control.

27    Thus, under the 1909 Copyright Act, the Additional Action Comics No. 1

28

33

**EXHIBIT 15**
**780**

1   Materials were "works made for hire" and copyright therein was owned by DCI *ab*
2   *initio*.
3        133.   Because the Additional Action Comics No. 1 Materials were works
4   made for hire, the grant of U.S. Copyright therein cannot be terminated pursuant to
5   17 U.S.C. § 304 (c).  As a result, DC Comics remains the sole owner of the
6   Additional Action Comics No. 1 Materials.
7        134.   On information and belief, plaintiffs deny DC Comics' contentions
8   and/or the legal effect ascribed thereto as set forth in paragraphs 106 - 133 above.
9   Accordingly, an actual controversy has arisen and now exists between
10  Plaintiffs/Counterclaim Defendants and DC Comics concerning the above issues.
11       135.   A justiciable controversy exists concerning the above issues and a
12  judicial declaration is necessary and appropriate to determine the parties'
13  respective rights with regard thereto.

**SIXTH ALTERNATIVE COUNTERCLAIM FOR**

**DECLARATION REGARDING THE PRINCIPLES**

**TO BE APPLIED IN AN ACCOUNTING**

17       136.   DC Comics repeats and realleges paragraphs 1 - 65 and 106 - 135
18  above as if fully set forth herein.
19       137.   DC Comics contends that in the event the Superman Notices and/or
20  the Superboy Notice were deemed valid and effective, any accounting to which the
21  Siegels would be entitled relating to Superman (including its derivative work
22  Superboy, collectively for this Counterclaim "Superman") would be subject to the
23  following limitations and reductions:
24            a.   The Siegels would not be entitled to any revenues derived from
25                 exploitation of Superman outside of the United States because
26                 termination pursuant to 17 U.S.C. § 304 (c) cannot affect any grant of
27                 non-United States copyrights.  17 U.S.C. § 304 (c) (6) (E).
28

34

314290v1 02231.0811        FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**

**781**

1    b. The Siegels would not be entitled to any revenues derived from

2    exploitation of the Superman Derivative Works and the Superboy

3    Derivative Works.  17 U.S.C. § 304 (c) (6) (A).

4    c. Any accounting of profits for exploitation of Superman would be

5    reduced to account for the value of the appearance of Superman based

6    upon the Siegels' failure to terminate the Superman Ads.

7    d. Any accounting of recoverable profits for exploitation of Superman

8    would be reduced to that portion of such profits that are attributable to

9    the copyrightable elements from Action Comics No. 1 less the

10    Additional Action Comics No. 1 Materials (if any), actually present in

11    the Superman works subject to accounting.

12    e. Any accounting of recoverable profits would be limited to profits of

13    DC Comics, the sole owner of rights under any purportedly

14    terminated grants and the sole owner of copyright in Action Comics

15    No. 1, and the Siegels would not be entitled to any share of revenues

16    earned by any third party licensees of DC Comics, including but not

17    limited to, any of the other defendants.

18    f. The Siegels would not be entitled to any accounting for profits

19    attributable to DC Comics' continuing exercise of its rights to use all

20    other rights other than rights under copyright with respect to

21    Superman and Superboy, including but not limited to, any trademark

22    rights.  As a result, any accounting of profits would be further reduced

23    by the value in Superman and the Superman Marks that have been

24    built up by DC Comics and its predecessors over the last six decades

25    by virtue of, *inter alia*, the Post Action Comics No. 1 Works and

26    Elements, and the Superman Marks

27    g. Any accounting of profits would be further reduced by additional

28    factors, including but not limited to, DC Comics' direct and indirect

35

314290v1 02231.0811    FIRST AMENDED COUNTERCLAIMS

EXHIBIT 15
782

1    expenses, taxes, and DC Comics' independent role as a publisher of

2    Superman.

3        h.    Subject to all reductions aforesaid and otherwise determined by the

4            Court to be applicable, the Siegels would be entitled to an accounting

5            of only one-half of the copyright co-owner's profits.

6        138.    On information and belief, plaintiffs deny DC Comics' contentions

7    and/or the legal effect ascribed thereto as set forth above. Accordingly, an actual

8    controversy has arisen and now exists between Plaintiffs/Counterclaim Defendants

9    and DC Comics as to the above issues.

10        139.    A justiciable controversy exists concerning the above issues and a

11    judicial declaration is necessary and appropriate to determine the parties'

12    respective rights with regard thereto.

13        WHEREFORE, DC Comics demands judgment as follows:

14        1.    Declaring that the Superman Notices and the Superboy Notice are

15    ineffective for one or more of the reasons set forth in DC Comics' First

16    Counterclaim;

17        2.    In the event that the Superman Notices and/or the Superboy Notice

18    are deemed effective, for damages according to proof at trial on DC Comics' Third

19    Alternative Counterclaim;

20        3.    In the event that the Superman Notices and/or the Superboy Notice

21    are deemed effective, declaring on DC Comics' Fourth Alternative Counterclaim

22    that, pursuant to the Agreement:

23        a.    Plaintiffs/Counterclaim Defendants have transferred or are

24    contractually obligated to transfer to DC Comics, worldwide and in perpetuity, any

25    and all rights, title, and interest, including all United States copyrights, which they

26    may have in the Superman Works;

27        b.    In the event that Plaintiffs/Counterclaim Defendants are

28    adjudged not to have transferred or not to be contractually obligated to transfer to

36

EXHIBIT 15
783

1   DC Comics, worldwide and in perpetuity, all rights, title, and interest, including all

2   United States copyrights, which they may have in the Superman Works, then the

3   remaining terms of the Agreement are valid and enforceable and

4   Plaintiffs/Counterclaim Defendants are not entitled to any compensation for any

5   past, present, or future exploitation of the Superman Works by or upon license from

6   DC Comics other than pursuant to the Financial Terms; and

7           c.    In the event that Plaintiffs/Counterclaim Defendants are

8   adjudged not to have transferred or not to be contractually obligated to transfer to

9   DC Comics, worldwide and in perpetuity, all rights, title, and interest, including all

10  United States copyrights, which they may have in the Superman Works, then

11  Plaintiffs/Counterclaim Defendants nevertheless are not entitled to license or

12  otherwise exploit the Superman Works in any manner;

13      4.   In the event that the Superman Notices and/or the Superboy Notice

14  are deemed effective, and DC Comics is not granted the relief sought on its Fourth

15  Alternative Counterclaim, declaring that the scope and effect of the Superman

16  Notices and the Superboy Notice are limited as set forth in DC Comics' Fifth

17  Alternative Counterclaim;

18      5.   In the event that the Superman Notices and/or the Superboy Notice

19  are deemed effective, and DC Comics is not granted the relief sought on its Fourth

20  Alternative Counterclaim, declaring that any accounting to which

21  Plaintiffs/Counterclaim Defendants may be entitled will be limited by all

22  applicable principles, including but not limited to, those set forth in DC Comics'

23  Sixth Alternative Counterclaim;

24      6.   Awarding DC Comics its costs and reasonably attorneys' fees

25  incurred in connection with DC Comics' defenses and claims herein seeking

26  declarations with respect to copyright ownership; and

27

28

37

314290v1 02231.0811          FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**

**784**

Case 2:04-cv-08776-ODW-RZ     Document 44     Filed 10/18/2005     Page 38 of 39

1       7.    Awarding DC Comics such other and further relief as may be just.

2

3    DATED:    October 14, 2005

4                            FROSS ZELNICK LEHRMAN & ZISSU, P.C.
                        Roger L. Zissu
5                            James D. Weinberger

6                                    -and-

7                            WEISSMANN WOLFF BERGMAN
                        COLEMAN GRODIN & EVALL LLC
8                            Michael Bergman
                        David L. Burg
9                            Adam Hagen

10                                   -and-

11                           PERKINS LAW OFFICE, P.C.
                        Patrick T. Perkins

12

13                     By:    

14                           David L. Burg

15                           Attorneys for Defendants Time Warner Inc.,
                        Warner Communications Inc., Warner Bros.
16                           Entertainment Inc., and Warner Bros. Television
                        Production Inc., and Defendant and
17                           Counterclaimant DC Comics

18

19

20

21

22

23

24

25

26

27

28

                                38

314290v1 02231.0811        FIRST AMENDED COUNTERCLAIMS

**EXHIBIT 15**
**785**

1

2

PROOF OF SERVICE
1013A(3) C.C.P. Revised 5/1/88

STATE OF CALIFORNIA                    )

3                                       ) ss.

COUNTY OF LOS ANGELES                  )

4

5        I am employed in the County of Los Angeles, State of California; I am over the age of 18
and not a party to the within action; my business address is 9665 Wilshire Blvd, Suite 900,

6    Beverly Hills, CA 90212.  On the date shown below, I served the foregoing document described
as **FIRST AMENDED COUNTERCLAIMS** on the interested parties in said action9, by

7    placing a true copy thereof enclosed in a sealed envelope, addressed as follows:

8

Marc Toberoff

9    Law Offices of Marc Toberoff, PLC
1999 Avenue of the Stars, Suite 1540

10   Los Angeles, CA 90067

11

12   __XX__    **(BY MAIL)**   I am "readily familiar" with the firm's practice of collection and processing
correspondence for mailing.  Under that practice it would be deposited with the U.S. postal

13            service on that same day with postage thereon fully prepaid at Beverly Hills, California.  I
am aware that on motion of the party served, service is presumed invalid if postal

14            cancellation date or postage meter date is more than one day after date of deposit for

15            mailing in affidavit.

16   ___    **(FACSIMILE SERVICE)**  I caused such document to be transmitted via facsimile to the
offices of the addressees at the numbers listed above.

17

18   ___    **(BY FEDERAL EXPRESS)** I caused a copy of such document(s) to be delivered to the
offices of the addressee(s) via Federal Express, next business day delivery service.

19

20        Executed on **October 17, 2005**, at Beverly Hills, California.

21   ___    **STATE**    I declare under penalty of perjury under the laws of the State of California
that the foregoing is true and correct.

22

23   __XX__    **FEDERAL**    I declare that I am employed in the office of a member of the bar of this
court at whose direction the service was made.

24

25                                    Adrienne Crayton-Sarpy

26

27

28

**EXHIBIT 15**
**786**