# EXHIBIT 59












EXHIBIT 59
1777



EXHIBIT 59
1778










Case 2:04-cv-08400-ODW-RZ  Document 720-11  Filed 04/04/13  Page 5 of 15  Page ID #:18064

EXHIBIT 59
1779










EXHIBIT 59
1780









EXHIBIT 59
1781










EXHIBIT 59
1782










EXHIBIT 59
1783

















EXHIBIT 59
1785










EXHIBIT 59
1786










**EXHIBIT 59**
**1787**







EXHIBIT 59
1788









EXHIBIT 59
1789