# EXHIBIT 60

# Part 1 of 2















EXHIBIT 60
1792



AS THE LAD GREW OLDER, HE LEARNED TO HIS DELIGHT THAT HE COULD HURDLE SKYSCRAPERS . . .



... HEIGHT OF A MILE . . .



. . . RAISE TREMENDOUS WEIGHTS . . .



. . . RUN FASTER THAN A STREAMLINE TRAIN —



. . . AND NOTHING LESS THAN A BURSTING SHELL COULD PENETRATE HIS SKIN!

WHAT TH' — ? THIS IS THE SIXTH HYPODERMIC NEEDLE I'VE BROKEN ON YOUR SKIN!

TRY AGAIN, DOC!



THE PASSING AWAY OF HIS FOSTER-PARENTS GREATLY GRIEVED CLARK KENT. BUT IT STRENGTHENED A DETERMINATION THAT HAD BEEN GROWING IN HIS MIND.



CLARK DECIDED HE MUST TURN HIS TITANIC STRENGTH INTO CHANNELS THAT WOULD BENEFIT MANKIND . AND SO WAS CREATED—

## SUPERMAN

CHAMPION OF THE OPPRESSED. THE PHYSICAL MARVEL WHO HAD SWORN TO DEVOTE HIS EXISTENCE TO HELPING THOSE IN NEED !

EXHIBIT 60
1793

















EXHIBIT 60
1794











EXHIBIT 60
1795















EXHIBIT 60
1796












EXHIBIT 60
1797










EXHIBIT 60
1798

















EXHIBIT 60

1799