# EXHIBIT 60

# Part 2 of 2










EXHIBIT 60
1800



EXHIBIT 60
1801










EXHIBIT 60
1802











EXHIBIT 60
1804








EXHIBIT 60
1805












EXHIBIT 60
1807







EXHIBIT 60
1808









EXHIBIT 60
1809