# EXHIBIT 61

# The Sunday Herald-Press

PALESTINE, TEXAS

COMIC SECTION

COMIC SECTION

## SUNDAY, MAY 31, 1942























**EXHIBIT 61**
**1810**

# EXHIBIT 62



EXHIBIT 62
1811

This book would not have been possible without these professionals who were, in one way or another, originally involved with the Superman comic strip:

Jerry Siegel, Joe Shuster, Paul Cassidy, Wayne Boring, John Sikela, Jack Schiff, Whitney Ellsworth, and Harry Donenfeld and Vincent Sullivan.

The editors would like to thank the following individuals for lending rare source material, without which this collection would not have been possible:

Mitch Itknowitz, Bill Blackbeard (Director) and the San Francisco Academy of Comic Art, Rick Norwood, Jeffrey Lindenblatt.

## Kitchen Sink Press

Denis Kitchen
Publisher

Peter Poplaski, Dave Schreiner, Christopher Couch
Editors

Peter Poplaski
Cover Art, Cover Color Design

C. Evan Metcalf
Art Director

Chris Shedalan
Book Design, Cover Colorist

Ali Karasic
Assistant Designer

Tom Martin
Art Intern

James Kitchen
Vice President

Jamie Riehle
Senior Director, Sales and Marketing

Ryan D. Fagan
National Sales Director

Karen Lowman
Director of Customer Service

Robert Boyd
Managing Editor

John Wills
Production Manager

Dwight Jackson
Warehouse Manager

## DC Comics

Jenette Kahn
President & Editor-in-Chief

Paul Levitz
Executive Vice President & Publisher

Bob Kahan and Rick Taylor
Consulting Editors

Jim Spivey
Associate Editor

Georg Brewer
Design Director

Anne Brockway
Art Director

Richard Bruning
VP-Creative Director

Patrick Caldon
VP-Finance & Operations

Dorothy Crouch
VP-Licensed Publishing

Terri Cunningham
VP-Managing Editor

Joel Ehrlich
Senior VP-Advertising & Promotions

Lillian Laserson
VP & General Counsel

Bob Rozakis
Executive Director-Production

Bob Wayne
VP – Direct Sales

Library of Congress Cataloging-in-Publication Data

Siegel, Jerry, 1914-
    Superman : The Dailies : featuring strips 1 through 966, January 16, 1939 to February 4, 1942 / created by Jerry Siegel and Joe Shuster.
        p.       cm.
    ISBN 1-56389-471-3
    I. Shuster, Joe.  II. Superman (Comic strip)  III. Title.
PN6728.5.S54475 1998
741.5'973—dc21                                    98-38770
                                                     CIP

First Printing: 1998     Printed in Canada.     Visit the KSP and DC Comics Web sites at: www.kitchensink.com & www.dccomics.com/

SUPERMAN: The Dailies 1939-1942. Copyrighted by DC Comics, 1700 Broadway, New York, NY 10019, and Kitchen Sink Press, 76 Pleasant Street, Northampton, MA 01060. The covers, introduction, chapter break, and this compilation copyright © 1939, 1995 DC Comics. All strips in this volume were originally reproduced and copyrighted by DC Comics in 1939-1942. Superman and all related characters, their distinctive likenesses, and all related indicia are trademarks of DC Comics. Kitchen Sink Press is an imprint of Kitchenpublishing Inc.™ Kitchen Sink Press and the Kitchen Sink Press logo are registered trademarks of Kitchenpublishing Inc. All Rights Reserved. The publishers have endeavored to identify and locate all authors, pencillers and inkers of the comic strips featured in this volume; however, this information was not always readily available and the publishers apologize to any persons misidentified or not identified and seeks such persons to inform the publishers of the error.

**EXHIBIT 62**
**1812**

**Superman**—By Jerry Siegel and Joe Shuster          *The Superman Is Born*          (Copyright, 1939.)

   

**Superman**—By Jerry Siegel and Joe Shuster          *Destruction Menaces*          (Copyright, 1939.)

    

13

**EXHIBIT 62**
**1813**

Superman—By Jerry Siegel and Joe Shuster                    *Safe!*                    (Copyright, 1939.)

   

Superman—By Jerry Siegel and Joe Shuster            *The Terrible Truth!*            (Copyright, 1939.)

   

14

**EXHIBIT 62**
**1814**

Superman—By Jerry Siegel and Joe Shuster                    *Krypton Doomed!*                    (Copyright, 1939.)






Superman—By Jerry Siegel and Joe Shuster                    *A Solution*                    (Copyright, 1939.)






15

EXHIBIT 62
1815

Superman—By Jerry Siegel and Joe Shuster          *No One Believes Him*          (Copyright, 1939.)

   

Superman—By Jerry Siegel and Joe Shuster          *A Strange Ship*          (Copyright, 1939.)

   

16

**EXHIBIT 62**
**1816**

Superman—By Jerry Siegel and Joe Shuster                    *Destruction!*                    (Copyright, 1939.)

   

Superman—By Jerry Siegel and Joe Shuster              *Speeding Towards Earth*              (Copyright, 1939.)

    

**EXHIBIT 62**
**1817**

Superman—By Jerry Siegel and Joe Shuster

*A Perilous Arrival*

(Copyright, 1939.)






Superman—By Jerry Siegel and Joe Shuster

*The Superman Is Here!*

(Copyright, 1939.)






**EXHIBIT 62**
**1818**

# EXHIBIT 63



EXHIBIT 63
1819







EXHIBIT 63
1820





EXHIBIT 63
1821

MORE FUN COMICS













EXHIBIT 63
1822













EXHIBIT 63
1823

MORE FUN COMICS















EXHIBIT 63
1824

# EXHIBIT 64



**EXHIBIT 64**
**1825**











**EXHIBIT 64**
**1826**

















**EXHIBIT 64**
**1827**

















**EXHIBIT 64**
**1828**

















**EXHIBIT 64**
**1829**

















**EXHIBIT 64**
**1830**







**EXHIBIT 64**
**1831**

















**EXHIBIT 64**
**1832**



















**EXHIBIT 64**
**1833**









**EXHIBIT 64**
**1834**





















**EXHIBIT 64**
**1835**

















**EXHIBIT 64**
**1836**



CATCHING A LEDGE **SUPERMAN** FLEXES HIS WRIST, SENDING HIMSELF CATAPULTING UP IN MOSELY'S WAKE...



SEIZING THE COWERING FINANCIER, **SUPERMAN** RENDERS HIM UNCONSCIOUS BY PRESSING A CERTAIN NERVE AT THE REAR OF HIS NECK



THAT DOES IT!



STUDYING MOSELY'S FIGURE CLOSELY, **SUPERMAN** CONTORTS HIS FEATURES SO THAT THEY ARE IDENTICAL TO THOSE OF THE LEADER OF INDUSTRY...

FINE! NOW TO DON YOUR CLOTHES!



SOMEWHAT LATER— **SUPERMAN**, DISGUISED AS MOSELY, RISES TOWARD THE TOP OF GARRISTON TOWER...

SOON--MY OLD ENEMY AND MYSELF -- FACE-TO-FACE!



ENTERING THE ROOM IN WHICH THE MEETING IS TO BE HELD, **SUPERMAN** SEATS HIMSELF AT THE TABLE WITH THE OTHERS...

("-ALL OF THEM, PROMINENT MEN, ENSLAVED BY LUTHOR! I'VE GOT TO RELEASE THEM FROM THAT MONSTER'S CLUTCHES!")



FINALLY, LUTHOR HIMSELF ENTERS...

REPORT!

YOU WILL BE PLEASED TO LEARN THAT I HAVE CLOSED EIGHT OF MY FACTORIES, THROWING THOUSANDS OF MEN OUT OF WORK!



MAN AFTER MAN SPEAKS..THEN...

BORDEN MOSELY .... IT IS YOUR TURN TO REPORT!



BUT AS SUPERMAN STANDS..LUTHOR SIGNALS AND GUARDS ARMED WITH RAY-GUNS STEP INTO THE ROOM FROM BOTH SIDES...!

COVER EVERYONE -- EXCEPT MOSELY!

**EXHIBIT 64**
**1837**











**EXHIBIT 64**
**1838**