# EXHIBIT 67



**EXHIBIT 67**
**1914**







**EXHIBIT 67**
**1915**









**EXHIBIT 67**
**1916**



















**EXHIBIT 67**
**1917**










**EXHIBIT 67**
**1918**










**EXHIBIT 67**
**1919**










**EXHIBIT 67**
**1920**










**EXHIBIT 67**
**1921**










**EXHIBIT 67**
**1922**

**EXHIBIT 67**

**1923**










WITHIN THE WAYSIDE INN . . .
WHAT'S THIS I HEAR ABOUT YOU TWO?
WE WANT MORE DOUGH! WE DO ALL THE WORK, AND YOU TRY TO HOG THE CASH!
YOU CAN'T GET AWAY WITH IT, POWERS!

LISTEN, YOU CHISELING SMALLTIMERS! I COULD HAVE YOU RUN OUT OF TOWN SO FAST. .!
WHY YOU. .!
DON'T, BENNY-- DON'T!

DRAW ON ME, WILL YOU!
70

YOU'RE NEXT!
NO! NO!--- NO, GENE!
71

LOWER THAT GUN!
SUPERMAN!
72

AS SUPERMAN LEAPS FORWARD TO WRENCH AWAY THE GUN, IT GOES OFF...
GIVE ME THAT!
I'LL---!
73

...AND THE BULLET CAREENS OFF SUPERMAN'S SUPER-TOUGH SKIN!
HUH?
SURPRISED?
74

IF EVER ANYONE HAD THIS COMING-- IT'S YOU!
75

**EXHIBIT 67**










**EXHIBIT 67**
**1925**



**EXHIBIT 67**
**1926**










**EXHIBIT 67**
**1927**