# EXHIBIT 68



**EXHIBIT 68**
**1928**

# SUPERMAN

### BY GEORGE LOWTHER

Based on the cartoon character created by
**JERRY SIEGEL** and **JOE SHUSTER**

Illustrations by **JOE SHUSTER**
Foreword by **JOSETTE FRANK**
Staff Advisor, Children's Book Committee, Child Study
Association of America



### RANDOM HOUSE · NEW YORK

**EXHIBIT 68**
**1929**

TO KEVIN

COPYRIGHT, 1942, by SUPERMAN, INC.

Printed in the United States of America by
Artists and Writers Guild, Inc.

The name and character "Superman" is a
Registered Trade Mark filed in the U. S. Patent
Office under an Act of Congress of March 19th,
1920.

Reproduction in whole or in part is strictly
forbidden without prior permission of the pub-
lishers.

**EXHIBIT 68**
**1930**

26          SUPERMAN

Shakespeare's plays. He had shown remarkable
talent in composition and had the highest marks
in English Literature. He had even begun to
have thoughts of making his living later on as a
writer—a novelist, perhaps, or a playwright, or
what was even more exciting, a reporter.

As he returned to his desk, carrying the book
Mr. Jellicoe had just given him, he heard Miss
Lang say, "That's strange, Mr. Jellicoe. I'm sure
it was here."

"I don't see it," Mr. Jellicoe said.

"Then it must still be in the desk," Miss Lang
answered. "I'll get it."

She opened the drawer of her desk and began
searching for something. Mr. Jellicoe went on
handing out the awards, occasionally casting an
anxious glance in Miss Lang's direction.

It was at this moment that the strange thing
happened.

Clark watched the teacher as she poked about
in the desk drawer, and as he did so he became
slowly aware that he was also looking at the in-
side of the desk, that his eyes had pierced the

**EXHIBIT 68**
**1931**

wood, and that the interior of the desk was quite plain to him. Caught behind the top drawer where Miss Lang could not see it was a blue ribbon.

"Are you looking for a blue ribbon?" Clark asked.

Miss Lang looked up in surprise. "Yes, Clark," she said.

"It's a ribbon for General Excellence," said Mr. Jellicoe. "It's for Lucy Russell. But it doesn't appear to be on the table here. Do you know where it is, Clark?"

"Why, yes," Clark answered. "It's caught behind the top drawer of Miss Lang's desk. If you'll pull the drawer out, you'll—you'll——" He paused and began to falter. The eyes of everyone were upon him, eyes filled with a growing amazement. He realized suddenly that what had seemed to him a natural and ordinary thing was actually most remarkable.

Miss Lang lost no time in pulling out the top drawer of her desk. A moment later she was holding the blue ribbon in her hand. She looked at

**EXHIBIT 68**
**1932**

28          SUPERMAN

Mr. Jellicoe, then at Clark, and then back to Mr.
Jellicoe again.

The silence that filled the classroom was al-
most more than Clark could bear, and he was
relieved when Miss Lang said, finally, "How
did you know the ribbon was at the back of that
drawer, Clark?"

Clark tried to answer but the words would
not come. He was as startled as anyone else at
what had happened. The simple truth was that
he *had looked through the desk* as though the
wood were transparent. He was about to say as
much when he realized that he would not be be-
lieved.

"I—I just knew," he said at last. "I had a—a
feeling that—that was the only place the ribbon
*could* be."

There were another few moments of silence
in which everyone looked at him queerly. Then
Mr. Jellicoe frowned and cleared his throat.

"Very strange," he said. *"Very* strange."

The cold, unfriendly tone of Mr. Jellicoe's
voice could mean only one thing. Clark looked

**EXHIBIT 68**
**1933**

at Miss Lang. Her mouth was set in a hard, thin
line. Even his classmates seemed to shrink away
from him. All at once he realized what they were
thinking—that he had rummaged through Miss
Lang's desk—that he had done a dishonest thing.
And there was no way of clearing himself.

When he arrived home puzzled and confused
he found a surprise waiting for him. Greeting
Eben and Sarah as he came in, he showed them
the book he had won.

Eben rose from his chair and put an arm
around the boy.

"Son," said old Eben, "ye've done a fine job—
a mighty fine job. That book—that book of plays
—why, shucks, boy, that's one o' the finest things
that's ever happened to yer ma and me. We're
proud o' ye!"

Clark looked up at them and felt everything
going soft inside him. He loved these two, loved
them as nothing else on earth.

Old Eben cleared his throat.

"Yer ma's got a—well, a kinda present fer
ye, son. Ye know the masquerade thet's bein'

**EXHIBIT 68**
**1934**

given up to Judge Marlow's place tonight——"

"Yes, I know," said young Clark. "But we decided I couldn't go."

" 'Course ye kin!" cried Eben, slapping him on the back. "It's bein' given in honor of all them young students that won prizes! Ye got t' go!"

"But we talked this all over, Dad!" said Clark. "You said we couldn't afford to rent a costume from the city——"

"That's right, son," Sarah Kent said. "We couldn't afford to rent a costume, but there was nothin' stoppin' me from makin' one—now was there?"

"Get the costume, ma, and let him see it," Eben said.

When Sarah Kent returned with the costume and draped it over Clark's arm, he felt he had never seen anything quite so exciting. There was a tight-fitting suit of blue, a wide belt of leather, knee-length boots, and—most thrilling of all—a scarlet cape. He could hardly wait till he reached his room to try it on.

It took him but a few moments to slip out of

**EXHIBIT 68**
**1935**

his clothes and into the costume. Arrayed in the
blue suit, with the scarlet cape draped from his
shoulders, he stood before the mirror and sur-
veyed himself. It was a wonderful costume! And
to think that he had not expected to go to the
party at all——! He whooped suddenly with de-
light and leaped into the air, spreading the cape
for effect.

The shock of what happened next was almost
more than he could bear. He had merely started
to jump up and down in his boyish happiness
over the costume. When his feet touched the
floor again, he was standing *at the other end of
the room!*

He stood motionless, staring about him in ut-
ter amazement. He could not believe that he had
actually flown across the room, and yet——. He de-
cided to try it again. He bent his knees and push-
ed upward. And then—he was in the air, flying
about the room!

He was frightened at first and his heart beat
like a triphammer. Just as his eyes could pierce
the wood of Miss Lang's desk, so he could fly.
What was the answer? How could he do these

**EXHIBIT 68**
**1936**



## CHAPTER VI
## CLARK KENT, REPORTER

Y EARS PASSED before Clark Kent took advantage of the invitation given him by the newspaperman, Perry White. During that time he became more and more aware of his miraculous powers. Soon he realized that he was indeed a superman, and that he was capable of doing things no other person on earth could do.

59

**EXHIBIT 68**
**1937**

60          SUPERMAN

The realization carried with it great responsibility. He told himself that he must not let these marvelous powers go to waste, that he must put them to their fullest use. He pondered over Eben's last words to him and reached the conclusion that the old man had been right. The one way in which he might best use his superhuman talents was in service to mankind. Having decided on this, he dedicated himself to combating evil and injustice in all their forms and wherever they appeared.

It was not as Superman, however, that he presented himself one morning at the offices of the *Daily Planet* newspaper in the city of Metropolis. Although he had adopted as his Superman costume the blue suit and flowing red cape that Sarah Kent had once made for him, he was careful to keep it well concealed under his ordinary business clothes. Remembering Eben Kent's advice, he made certain that no human being ever became aware of his double identity.

So it was that a tall, handsome, but rather quiet-mannered young man wearing horn-rimmed spectacles walked into the offices of the

**EXHIBIT 68**
**1938**

*Daily Planet,* introduced himself as Clark Kent, and inquired mildly if he might see Perry White. He was surprised to learn that Perry White was now editor of the *Daily Planet,* one of the greatest newspapers in the country.

"No, Mr. White isn't expecting me," he replied in answer to a secretary's questioning, "but just tell him that Clark Kent is here. I'm sure he'll remember me and want to see me."

The girl motioned him to a seat and disappeared through a door marked *Private.* As the door opened and closed a voice blasted forth briefly.

"Who's running this paper, Lois—you or I? By Harry, I tell you——!"

Kent had heard enough to recognize Perry White's gruff, perpetually angry voice. He might have heard more, possessing, as he did, the ability to hear through walls and across vast distances —but he was careful to keep his strange talents in check and never listened or looked when he felt he should not.

As he waited, the door from the hallway opened and a man entered.

**EXHIBIT 68**
**1939**

# EXHIBIT 69

## Comparison of Script, *More Fun #101*, and Pre-Existing Superman Material

| Full Text of Draft Script, PD Ex. 5 | Was this Portion of Script Published in *More Fun #101*? | Is this Portion of Script Copyrightable? |
|---|---|---|
| (Panel occupies full page. Contains the titles SUPERBOY, the by-line, By Jerry Siegel and Joe Shuster, a script box, and an illustration showing SUPERBOY leaping high over the city at great speed alongside SUPERMAN)<br><br>It has to happen!  So many faithful followers of today's leading adventure comic strip, SUPERMAN, wrote in demanding the adventures of Clark Kent as a youth that the creation of this newest and most promising magazine comic strip character was inevitable!  And so here it is at last…the answer to your requests…America's outstanding boy hero: SUPERBOY! | No—this text does not appear in *More Fun #101*. | No—this caption explicitly draws on the pre-existing Superman comics, and as DC argued in prior briefing, does not add any original expression warranting copyright protection. Exs. 16 at 797-98, 814-16; 18 at 876-82; 23) (citing, *e.g.*, 17 U.S.C. § 102 (a)-(b); *Entm't Research Grp., Inc. v. Genesis Creative Grp., Inc.*, 122 F.3d 1211, 1220 (9th Cir. 1997)). |
| You will recall that as the distant planet Krypton, burst into fragments, superscientist Jor-L and his wife Lora, launched their infant son toward the planet Earth in a trial space-ship…!<br>Shows the space-ship hurtling up from the surface of Krypton into space as the planet blows to bits)<br> As the solitary vessel hurtled thru interplanetary space, it narrowly dodged oblivion in the form of comets, meteors, and other stellar obstacles.… | No—while the story of Superman's origins and his launch to Earth appears in *More Fun #101*, the language the script uses to express this story does not.<br><br><br>Ex. 63 at 1820 | No—this caption admittedly draws on the origin story in the pre-existing Superman comics ("[y]ou will recall…"), and adds no original expression.<br><br><br>Ex. 59 at 1777 |

**EXHIBIT 69**
**1940**



Ex. 63 at 1822



Ex. 63 at 1822



Ex. 60 at 1792



**EXHIBIT 69**
**1941**





Ex. 63 at 1822



Ex. 62 at 1818

Alighting upon earth, it burst into flames.  Its tiny passenger was save from a fiery death by a passing motorist….

Man (lifting the child from flaming vessel in horror):
Why – it's a BABY!

He immediately turned it over to the officials of the Crestwood Orphanage….

Man:          You'll see that it's – er – well taken care of?

Strict Woman Attendant in Charge:  As well as can be expected!

Caption:          But the motorist – Charles Kent – finds he can't forget the infant….

Charles (at home, in armchair, to wife):
I can't get that little rascal out of my mind, Mary!

Mary Kent (his wife):  Then why not adopt him, Charles?

No—while the stories of Superman's landing on Earth, his rescue by a motorist who turns out to be Mr. Kent, and his adoption by the Kents appear in *More Fun #101*, the dialogue and language the script uses to express these stories does not.



No—the stories of Superman's landing on Earth in a vessel that bursts into flames, his rescue by a motorist who turns out to be Mr. Kent, and his adoption by the Kents are taken from pre-existing Superman material.



Ex. 59 at 1777

**EXHIBIT 69**
**1942**

You know we've always wanted a son of our own!

Ex. 63 at 1822



Ex. 63 at 1823





Ex. 60 at 1792



Ex. 60 at 1792

**EXHIBIT 69**
**1943**



Ex. 63 at 1823

BUT DUE TO FRICTION WITH THE AIR, THE SHIP TAKES FIRE UPON LANDING -- HUNGRY FLAMES CREEP GREEDILY TOWARD THE TINY SLEEPING PASSENGER...!

Ex. 62 at 1818

THE SLEEPING BABE IS RESCUED FROM THE BURNING SPACE SHIP BY A PASSING MOTORIST, AND TURNED OVER TO AN ORPHAN ASYLUM...

GOOD HEAVENS! IT'S A CHILD

Ex. 62 at 1818

| | | |
|---|---|---|
| Meanwhile – at the Crestwood Orphanage.... <br><br> Woman Attendant (running from room into hall, screaming):      EEEEeeee! <br><br> Woman Attendant (pointing in terror at room): | No—while the story of an infant Superman in an orphanage lifting a chair above his head appears in *More Fun #101*, the dialogue and language the script uses to express this story does not. | No—the story of infant Superman displaying his super-strength in the orphanage by lifting a chair above his head is taken from pre-existing Superman material. |

**EXHIBIT 69**
**1944**

In the nursery, Doctor! IN THERE!

Doctor:          What can be ailing you?

Doctor (entering, pince-nes glasses falling from

nose in amazement as sights

baby lifting armchair overhead in one hand:   ULP!!

Woman Attendant (triumphantly):

NOW what do you say!

Doctor (advancing toward child):
This is amazing — incredible!  A child —
possessed of such strength!  I still can't believe it!



Ex. 63 at 1823



Ex. 59 at 1777



Ex. 60 at 1792

**EXHIBIT 69**
**1945**

ATTENDANTS, UNAWARE THE CHILD'S PHYS-ICAL STRUCTURE IS MILLIONS OF YEARS ADVANCED OF THEIR OWN, ARE ASTOUNDED AT HIS FEATS OF STRENGTH!

Ex. 62 at 1818

| | | |
|---|---|---|
| Nurse:      Don't go near him, Doctor!<br><br>Doctor (as baby drops armchair on his foot): OUCH! …My foot!<br><br>Nurse:      See!  I warned you!<br><br>Caption:      Puzzled at his surroundings, the infant lifts empty metal cribs, smashes them together in thoughtful contemplation….<br><br>Doctor:      He's wrecked the iquipment!<br><br>Nurse:      This is TOO MUCH!  I'm going to the Director of the Orphanage!<br><br>Director      (suspiciously):  A child — smashing up the contents of the nursery?<br><br>Nurse Jacobs —- are you sure you —- er — haven't imbibed? | No—this text and vignette do not appear in *More Fun #101*. | Superman as an infant displaying super-strength and being adopted by the Kents (who brought him to the orphanage) is taken from pre-existing Superman material (see above). |

EXHIBIT 69<br>1946

Nurse (indignantly): Come see for yourself!

Sound from nursery): CRASH!

Director (as he and nurse hurry toward it): What's THAT?

Nurse (grimly): You'll see!

Director (amazed to see doctor up on chandelier):
Doctor Calvin! What are you doing
up there on that chandelier? Come down here at once!

Doctor (upon chandelier, gasping):
At once — right away — but keep that little
savage away from me!

Director (as Doctor stands besides him):
And now — your explanation, please!

Doctor (pointing to baby playing on floor):
That infant threw me up there!

Director (heatedly): Pardon my saying so,
my dear Doctor Calvin, but I think you're a
cockeyed liar! Surely, you don't
expect me to BELIEVE that!

Nurse (shouting): LOOK OUT!

(SCENE:   Baby is waddling toward the director)

Director (as seized, lifted by baby): Hey! Wha —?

Baby:          Da!

(SCENE:   Shows the Director being hurled
up toward the chandelier)

Director (hanging from chandelier):     HELP!
Get me down from here!

Doctor (triumphantly): Still think it's impossible?

Director (on floor again, gazing at baby
astonished as it whirls crib overhead):

**EXHIBIT 69**
**1947**

| | | |
|---|---|---|
| Amazing — beyond all belief! This infant actually possesses the strength of many men!<br><br>Nurse:<br>But you've got to get rid of the little monster at once! He'll wreck the establishment! There'll be nothing left of the Orphanage, then where'll WE be!<br><br>Doctor:        There's a lot in what the nurse says!<br><br>Another Nurse (coming into room):<br>A Mr. and Mrs. Charles Kent to see you, Director.<br><br>Director: Kent…Kent. Say, that's the fellow who wished this miniature hurricane on us! I'll see him at once.<br><br>Doctor:        Do you think he's come to….<br><br>Nurse:        If only he HAS! | | |
| Director (rubbing hands delightedly):<br>And what can I do for you, please?<br><br>Charles:        Eer — we've come about the youngster I brought here.<br><br>Mary:        You see — we'd like to….<br><br>Director (holding out **pen and form-sheet**):<br>…adopt the infant? Why, **nothing could be simpler!** Just sign this paper, and he's yours!<br><br>Charles (reaching for pen, jubilantly):<br>You hear that, Mary?<br><br>Mary:        Oh! — Oh! — OH-HH!!!! | No—while the story of the Kents adopting Clark appears in *More Fun #101*, the script's dialogue and language expressing the story does not. | No—the Kents' adoption of infant Superman is taken from pre-existing Superman material.<br><br><br><br>Ex. 60 at 1792 |

**EXHIBIT 69**
**1948**



Ex. 63 at 1823

| | | |
|---|---|---|
| Several minutes later, the Kents depart with the newly acquired member of their family…. <br><br> Mary (holding child, as they walk toward their car): Doesn't it seem strange that we secured custody of the child so quickly? I always thought there was a lot of red tape attached to adopting a child. <br><br> Charles: So did I.  But let's not look a gift horse in the mouth! | No—this text and vignette do not appear in *More Fun #101*. | No—the Kents' adoption of infant Superman is taken from pre-existing Superman material (see above). |
| Mary (as they drive along, baby asleep in her arms): Fast asleep! Isn't he adorable? I still can't believe our wonderful luck! He's all ours! <br><br> Charles:        The car…we're not moving! <br><br> Charles (out of car, looking at it in dismay, | No—this text and vignette do not appear in *More Fun #101*.  While *More Fun #101* includes a panel where school-aged Clark lifts a car, it is in the context of a different story, where Clark saves a man who was trapped under his car when his jack broke.  This story does not appear in the script. | No—Superman's ability to lift a car is taken from pre-existing Superman material. |

**EXHIBIT 69**
**1949**

wheel is stuck in muddy ditch): Talk about your bad luck! Here we are stuck in a ditch, and miles from a service station, or a telephone!

Mary (out of car, baby left in car): Here comes an auto. Maybe they'll help!

Charles (a car speeds swiftly by): They wouldn't stop!

Mary:          Let's try to push it!

Together, husband and wife shove, and pant, and strain — but without any luck!

Charles:          (Puff!)          Can't budge it!

Mary:          I'm exhausted!

Within the car...the tiny passenger awakens in the midst of a yawn...

(SCENE:     Shows the baby awakening, sleepily)

...then...clambers out and thoughtfully observes his foster-parents' labor....

(SCENE:     illustrates, baby is unnoticed)

The infant acts. Stepping in, it calmly lifts the auto out of the ditch and sets it back on the road....

Charles: (not noting child):    It's moving!

Mary: (ditte):          We've done it!!

Charles (abruptly noting child holding rear end of car off of road):          Mary—L-LOOK!

Mary:          I am! –- And I still don't believe my eyes!

Charles (closeup of the two, gasping): The baby — lifted the car off the road — with one hand....IMPOSSIBLE!

Mary: .          But — we can't be dreaming







Ex. 59 at 1785



Ex. 60 at 1792

**EXHIBIT 69**
**1950**

— because — we BOTH SAW IT!!

Charles:        Careful, Mary! Keep away from it!

Mary (avoiding his restraining hands, approaching child): Put it down!

In response to Mary's command, the child obediently lowers the car, then toddles toward her….

Mary:        You see, it did as I said!

Charles:        The strength of a dozen elephants — and yet, it still possesses
the instincts of a normal child!





Ex. 60 at 1793



Ex. 63 at 1824

| | | |
|---|---|---|
| Shortly after….as they proceed on their way….<br><br>Mary        (Holding sleeping baby): See…he's fallen asleep again.<br><br>Charles:        Mary! I'm just beginning to realize! We've a problem child on our hands! And in more ways than one! | No—this text and vignette does not appear in *More Fun #101*. | No—the characters of the Kents as loving parents, who wish to protect Clark by convincing him to keep his super-strength a secret are taken from pre-existing Superman material. |

**EXHIBIT 69**
**1951**

| | | |
|---|---|---|
| Mary:         I see what you mean.<br>Our boy's extraordinary strength may make him the object of everyone's envy and fear…<br>cause him to become an outcast.<br><br>We mustn't let THAT happen!<br><br>Charles:    Only one way to safeguard against it.<br><br>No one must learn of his super-strength! | | <br><br>Ex. 60 at 1792 |
| Mary:         But how can we train an infant, who doesn't understand a word of English, what to do and what not to do?<br><br>Charles:       That's up to us to figure out!<br>And somehow, I've a feeling that we'll succeed!<br><br>That evening….<br><br>Mary (in home, before fireplace, watching infant playing on floor):  I wonder what his history is, Charles?  Where he cam from?  Where he gets his tremendous strength?<br><br>Charles:      We may never know, Mary.<br>But one thing we DO know.  He's our son, now and forever!<br><br>Mary:        Our son — and we haven't even named him!<br><br>Charles:      You know what name we'd always planned to give our boy — if we ever had one! — Clark!<br><br>Mary:        Then — "Clark" it is!<br><br>Charles (lifting infant):  You hear that, Clark?<br>Clark Kent!  How do you like | No—this text and vignette do not appear in *More Fun #101*. | No—the characters of the Kents as loving parents are taken from pre-existing Superman material (see above), as is Superman's name, "Clark."<br><br><br><br>Ex. 59 at 1777 |

**EXHIBIT 69**
**1952**

| | | |
|---|---|---|
| the sound of your new name?<br><br>Clark:    Da! Da! | | |
| The task of teaching the infant Clark to conceal his tremendous strength proceeds….<br><br>Mary (working in kitchen, to Clark, as he tries to lift refrigerator):  No, Clark! You mustn't do that!  — Or we won't have any nice ice cream for desert!<br><br>(SCENE:    Shows question marks over Clark's head)<br><br>Charles (to Mary):   Well, how are the lessons in will-power coming along?<br><br>Mary (discouraged):   I'm very discouraged, Charles. It's hard — but — I think I'm making slight progress. — Answer the doorbell.<br><br>(SCENE:    Clark is playing on floor with electric train)<br><br>Mrs. Doyle (entering with Mickey, her brattish eight year old son):  I've heard so much about your adopted child, I just HAD to come and see him. And I've brought Mickey along to play with him!<br><br>Mickey:       Aw, who wants to play with a baby?<br><br>Mary:        Mrs. Doyle!  I haven't seen you in AGES!<br><br>Mrs. Doyle (pinching Clark's check): Cute little fellow!  My, how hard his cheeks are!<br><br>Charles (whispering to Mary): Ps-st! Get her away from Clark before she dis- covers something!<br><br>Mary (to Mrs. Doyle): Would you care to come upstairs and see my new sewing-machine?<br><br>Mrs. Doyle (as climbs upstairs, shouting back to Mickey as Charles and Mary | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's super-strength at a young age is taken from pre-existing Superman material, as are the characters of the Kents as loving parents who wish to protect Clark by convincing him to keep his super-strength a secret (see above). |

**EXHIBIT 69**
**1953**

accompany her): Play with Clark, Mickey dear!

Mickey:        Me play with that infant?  Not on your life!

Mickey (when they are alone): Toy trains!  Phooey!
I outgrew that long ago!

(SCENE:    Mickey is kicking the train off the track.
Clark grimaces in displeasure)

Mickey (leaning down to Clark, smirking):
 Well, diaper-pants!  Wettaya say to THAT?

(SCENE:    Clark's wrath is rising)

(SCENE:    Shows Clark striking up at Mickey
with terrific right that knocks him off his feet.)

Shout:        MA-AAAaaaa!

Mrs. Doyle (turning, startled, as hears about):
That's Mickey!

Mary:        What can be the matter?

Mrs. Doyle (taking Mickey's arm, shaking him):
What happened?

Mickey (bawling, pointing at black eye):
All I did was kick his train — an' — an' he HIT ME!

Mrs. Doyle (dragging Mickey out thru
front door by ear): Telling me such a ridiculous story!
When we get home, your dad will warm the seat of
your trousers!

Mickey:        But he DID hit me!!

Mary (shouting anxiously after them):
Don't be too harsh on him, Mrs. Doyle!

Mary (lifting Clark):  Shame on you, Clark!
Picking on a boy four years older than yourself!

Charles (chuckling, Clark is grinning):

**EXHIBIT 69**
**1954**

| | | |
|---|---|---|
| Sorry, Mary — but I can't help being proud of MY SON! He sure gave that brat what he deserved! | | |
| One day — the inevitable occurs.... Mary:          Charles, I've been dreading this for a long time, but…I believe the time has come when we're obliged to place Clark in school! Charles:          We've tried to teach him to control his strength, but what happens from here on is in the hands of fate alone! Mary  (to teacher, as takes Clark to kindergarten): You'll take good care of him, won't you, Miss Lemon? Miss Lemon   (sourpuss kindergarten teacher): Have no fear, Mrs. Kent.  Clark's personality will be developed in this class. You'll be surprised how it blooms! Charles: ("—You may be in for some surprises yourself, Old Gal! —") No sooner does Clark seat himself in the kindergarten class, then… Brat (aiming spitball in rubber band at Clark from rear, to little girl seated beside him):   WATCH THIS! Girl beside him:          Tee Hee! The serenity of Clark's features changes not one whit as the spitball bounces, unnoticed, off the rear of his neck…. (SCENE:    illustrates). | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's super-strength at a young age is taken from the pre-existing Superman material, as are the depiction of the Kents as loving parents, and Clark seeking to hide his power (see above). |

**EXHIBIT 69**
**1955**

| | | |
|---|---|---|
| Girl:         Tee Hee! He didn't even feel it! <br><br> Brat:         Yeah! Well, he'll feel this TACK! <br><br> (NOTE: Brat raises tack meaningly) <br><br> Surreptitiously, the class brat slips the tack beneath Clark… <br><br> Brat (to himself, as does so): ("—Ha! Ha! — When he moves back in the chair, this will be FUNNY! —") <br><br> But again, Clark's expression is maddeningly impassive! <br><br> Tee Hee! It doesn't even bother him! <br><br> Brat (face darkening): It don't, eh? Well, I'll fix him during recess! <br><br> Recess time… <br><br> Brat (stopping Clark): Wait a minute, you! I don't like your face! <br><br> Girl:         Aw! — Let him alone! <br><br> Brat (socking Clark): I'll show you! <br><br> Brat (dancing with pain, holding fist): Ouch! My fist! My fist! <br><br> Girl:         Let that be a lesson to you! | | |
| After that, Clark is left alone. <br> But when he reaches the fifth grade… <br> the members of the <u>Thick and Thin Club</u> hold a conference in which he is vitally concerned… <br><br> Tom:         This kid Clark Kent always keeps off by himself. Let's pretend we want him to join the club an' give him th' works. It xxxxx be a lot of fun. | No—this text and vignette do not appear in *More Fun #101*. | |

**EXHIBIT 69**
**1956**

| | | |
|---|---|---|
| Bob: Sounds like a good idea!<br><br>Dick: All in favor, says aye!<br><br>Others (meeting in garage): AYE!<br><br>Tom (to Clark, in school): Want to join the Thick and Thin Club?<br><br>Clark (pleased): Oh, yes!<br><br>Dick: Good! The come to the meeting tonight in Tom's father's garage!<br><br>Mary (as Clark leaves house): Where are you going, Clark?<br><br>Clark: Just out to see some fellows.<br><br>Charles (reading newspaper): Be back early, son. | | |
| Tom (to the others): Here's the set-up!<br><br>We get Clark to enter the old haunted house. Then we scare the dickens out of him. Good idea?<br><br>Bob: Swell!<br><br>Dick: This ought to be a riot!<br><br>Tom (to Clark, as he enters): So you want to be a member of the Thick-and-Thin Club, eh? You realize that you can't join our club unless you've got the courage of a lion and always help your friends?<br><br>Clark: I realize that!<br><br>Bob: Then you're gong to have a chance to prove if you qualify!<br><br>Tom: You're to bater the old haunted house on Judson Street and stay there for a full hour.<br><br>Clark: Is that all? It'll be a cinch! | No—this text and vignette do not appear in *More Fun #101*. | |

**EXHIBIT 69**
**1957**

Bob:          ("—HE thinks! But he doesn't
know what we got planned for him! —")

Pacing swiftly, the members of the club
reach the house before Clark…

Tom (as they enter thru rear door;
they're carrying sheets, etc.): Got everything?

Bob:          Yeah.  Hurry.
He'll be here any minute!

The boys hide, chuckling in anticipation
of the fun that lies ahead…

Tom (on floor): Sh-hh!  Lay low!

Bob:          I hear someone coming!

Dick:          Boy!  Wait'll I put on my spook outfit!

The front door opens and closes with a slam.
But instead of Clark,
several hard-faced individuals enter….

Croy (thug in lead):  Remember where you hid
the stolen jewelry?

Jim:          Naturally.  In the cupboard.
Think I'd be dumb enough to forget where
I salted away fifty grand!

Tom (gasping, looking thru slightly ajar door):
Gee!  It ain't Clark!

Bob:          It's some men!

Dick:          And they look like
DESPERATE CROOKS!

Jim (opening cupboard, taking out bag):  Here they are!

Croy (whirling, snatching out gun):
A noise — from the next room!

**EXHIBIT 69**
**1958**

| | | |
|---|---|---|
| Croy (throwing open door, sighting cowering boys): It's some kids!<br><br>Jim:      They heard everything! Cover 'em!<br><br>Tom: (quaking):  D-don't sh-shoot us!<br><br>Bob:      W-we won't squeal on you!<br><br>Jim (as Croy ties them up):  Too bad for you kids, but you know what we look like<br><br>and we can't risk a rap right now!<br><br>Croy:   If we was turned in, it would mean life for us. —· There!  That fixes 'em!<br>Shall I take them out to the car? | No—this text and vignette do not appear in *More Fun #101*. | |
| In the darkness outside the house, Clark pauses alert as his keen<br>eyes penetrate the blackness to reveal<br>his bound friends being placed  in the rear....<br><br>Clark:      The boys...in trouble...<br><br>As the car drives off, Clark takes a flying leap after it...<br><br>Clark:      Maybe I can help them!<br><br>...that lands him noiselessly atop the rear-tire!<br><br>Clark:      Made it!<br><br>The thieves stop the car at the top of a steep incline. Clark leaps to hiding behind a nearby rock....<br><br>Croy (standing beside):  But the kids will be killed!<br><br>Jim (shoving at rear of car):  It's either them or us!<br><br>Propelled by the criminals, the auto commences to speed down the<br>mountainside with its helpless captives....<br><br>(SCENE:   illustrates car speeding down mountain road haphazardly at terrific speed) | No—this text and vignette do not appear in *More Fun #101*. | Superman's ability to leap long distances, even as a youth, was established in pre-existing Superman material.<br><br><br><br>Ex. 60 at 1793 |

**EXHIBIT 69**<br>**1959**

Clark (springing to top of rock):  Got to act — now!

Croy (looking up, amazed):  Hey Lookut the kid!

Jim (firing at Clark): Get him!



Ex. 59 at 1777

Superman's "keen eyes" are taken from pre-existing material.



Ex. 65

**EXHIBIT 69**
**1960**



Ex. 67 at 1919

Superman leaping onto a car as it races down a mountainside is also taken from pre-existing material.

Ex. 59 at 1783

EXHIBIT 69
1961



Ex. 59 at 1784

Ex. 59 at 1784

**EXHIBIT 69**
**1962**

Ex. 60 at 1804

| | | |
|---|---|---|
| Down springs Clark in the very face of the firing weapons<br><br>The<br>bullets careen harmlessly off his super-tough skin, but due to<br>the darkness the crocks believe they have missed…. | No—this text and vignette do not appear in *More Fun #101*. | Superman's ability to repel bullets is taken from pre-existing material.<br><br><br><br>Ex. 59 at 1779 |
| Clark        (cracking their heads together | No—this text and vignette do not appear in | No—Superman cracking criminals' skulls |

EXHIBIT 69
1963

| | | |
|---|---|---|
| as he strokes down):  Let's see how thick-skulled you are! | *More Fun #101*. | together is taken from the pre-existing Superman material.<br><br><br><br>Ex. 64 at 1831 |
| Leaving the unconscious thugs behind his, Clark races down the incline after the rocketing car…<br><br>Clark (**running at terrific speed**): Another few seconds, and they're done for!<br><br>….**overtaking** it in a few moments! He leaps to the **running board**! | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's ability to run at terrific speeds, and leap long distances, even as a youth, was established in pre-existing Superman material. |

**EXHIBIT 69**
**1964**

Ex. 60 at 1793



Ex. 60 at 1793



**EXHIBIT 69**
**1965**

| | | Ex. 59 at 1777 |
|---|---|---|
| | | More specifically, Superman running after a speeding car and leaping onto it to save passengers is taken from pre-existing material, as shown above. |
| Clark:        How to get in!<br><br>Climbing in, Clark desperately applies the brakes….<br><br>Tom (shouting): It's Clark!<br><br>Clark:        Pray, boys — pray!!<br><br>….so that the auto skids to a stop x bare inches from a cliff's brink!<br><br>(SCENE:   illustrates) | No—this text and vignette do not appear in *More Fun #101*. | |
| Clark unties his friends…<br><br>Tom (emerging from car): Whew! That was a close call!<br><br>Bob (to Clark): How did you happen to show up in time?<br><br>Clark:        I saw those crooks take you fellows into the car and hid on the running board! But let's drive back up the incline and tie up those crooks before they come to. I saw them lying unconscious! | No—this text and vignette do not appear in *More Fun #101*. | |
| Newspaper Headline:        BOYS CAPTURE CRIMINALS!!<br><br>(SCENE:   Pictures of boys on front page)<br><br>Clark is made a permanent member of the Thick-and-Thin Club….<br><br>Tom  (at meeting): The crooks claimed a young kid jumped at them out of the | No—this text and vignette do not appear in *More Fun #101*. | |

**EXHIBIT 69**
**1966**

| | | |
|---|---|---|
| darkness. But it was too dark to see who he was.<br><br>Bob:        Probably a made-up story. | | |
| Dick:        Wouldn't it be strange if there was young kid like us playing at being<br><br>Robin Hood and helping people in trouble?<br><br>Clark:        ("—That's an IDEA! —") | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's desire to use his super-strength for good is taken from pre-existing Superman material.<br><br><br><br>Ex. 59 at 1777 |

**EXHIBIT 69**
**1967**

Ex. 59 at 1777



Ex. 60 at 1793

**EXHIBIT 69**
**1968**



| | | |
|---|---|---|
| | | Ex. 60 at 1793 |
| Mary (to Clark): You're quite a hero, Clark, aren't you, since that writeup in the paper?<br><br>Clark:     I didn't do much.<br><br>Charles:     ("—I WONDER—") | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's desire to use his super-strength for good is taken from pre-existing Superman material (see above). |
| Caption:     That evening…<br><br>Clark (on his bed in bedroom):  A young kid — venturing out to help people in need …gee…that sounds like a grand idea…! I could put my hidden **strength** to work for a good purpose!<br><br>Clark:     But I'd have to hide my true identity from everybody while I was out playing at being ???? Hood. — I get it! A masquerade costume!<br><br>Surreptitiously, the lad designs a strange costume of his own origin…<br><br>(SCENE:     Shows Clark making costume) | No—while the storyline of Clark deciding to use his super-strength for good, and fashioning his own costume appears in *More Fun #101*, the dialogue and specific expression from the script does not. | No—Superman's dual identity and his desire to use his super-strength for good is taken from pre-existing Superman material (see above). Superman's unique costume, and the fact he constructed it himself, are also taken from pre-existing material.<br><br>Ex. 64 at 1834 |

**EXHIBIT 69**
**1969**

| | | |
|---|---|---|
| |   Ex. 63 at 1824 |   Ex. 60 at 1794; *see also* Ex. 68 at 1935-36 |
| As he tires it on for the first time, he feels a strange premonition come over him…. Clark (wearing costume): Strange –– but I feel almost as tho I were MADE to wear this costume — always….! That night he springs out into the darkness in search of adventure, and someone to help… | No—this text and vignette do not appear in *More Fun #101*. | No—Superman's dual identity and his desire to use his super-strength for good is taken from pre-existing Superman material, (see above). Superman's unique costume, and the fact he constructed it himself, are also taken from pre-existing material (see above). |
| (SCENE: Shows SUPERBOY streaking over city at night) And so was launched the career of SUPERBOY, youthful Champion of Righteousness! In later years he was to become the night figure known as SUPERMAN! But the story of SUPERBOY's amazing and often humorous adventures is a series of astonishing narratives in itself… Don't miss a single adventure of the comic page's newest sensation: SUPERBOY!! | No—this text does not appear in *More Fun #101*. | No—Superman's dual identity and his desire to use his super-strength for good is taken from pre-existing Superman material (see above). Superman's unique costume, and the fact he constructed it himself, are also taken from pre-existing material (see above). |

**EXHIBIT 69**
**1970**

| | | |
|---|---|---|
| (SCENE:    Shows portrait of SUPERBOY)<br><br>Small script box in lower right hand corner of panel: The End. | | <br>Ex. 59 at 1777<br><br><br>Ex. 60 at 1794 |

**EXHIBIT 69**
**1971**

Ex. 60 at 1793

**EXHIBIT 69**
**1972**