Marc Toberoff (State Bar No. 188547)
 *mtoberoff@toberoffandassociates.com*
Keith G. Adams (State Bar No. 240497)
 *kadams@toberoffandassociates.com*
TOBEROFF & ASSOCIATES, P.C.
22337 Pacific Coast Highway, #348
Malibu, California, 90265
Telephone: (310) 246-3333
Fax:         (310) 246-3101

Attorneys for Plaintiff-Counterclaim Defendant, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA - WESTERN DIVISION

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br><br>Plaintiff,<br>v.<br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br><br>Defendants and Counterclaimants. | District Court Case No. 04 - 08400<br><br>Appellate Case No. 13-56243, 13-56257<br><br>**NOTICE OF APPELLANT'S INTENT RE: DESIGNATION AND ORDERING OF TRANSCRIPTS** |

1 | TO ALL PARTIES AND THEIR COUNSEL OF RECORD:

2 | PLEASE TAKE NOTICE, PURSUANT TO CIRCUIT RULE 10-3.1, THAT

Plaintiff and Appellant, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel, hereby designates the following transcripts from the District Court in the above-captioned action:

Transcript of the April 30, 2007 hearing before the Honorable Ralph Zarefsky, United State District Court Magistrate Judge, on the parties' cross-motions to compel.

Transcript of the September 17, 2007 hearing before the Honorable Stephen G. Larson, United State District Judge, on the parties' cross-motions for summary judgment.

Transcript of the September 16, 2008 hearing before the Honorable Stephen G. Larson, United State District Judge, on the parties' cross-briefs re: additional issues.

Transcript of the September 21, 2009 hearing before the Honorable Stephen G. Larson, United State District Judge.

Transcript of the October 19, 2009 hearing before the Honorable Stephen G. Larson, United State District Court Judge, on the parties' cross-motions for reconsideration.

It is our understanding and belief that such transcripts were previously ordered from and obtained from the court reporter in the District Court in the above-captioned action in connection with the proceedings. No additional transcripts will therefore be ordered. Should it be necessary for the court reporter to prepare any of the above-listed transcripts, as retained counsel, I request a copy of the transcript and guarantee payment to the reporter of the cost thereof upon demand. I further agree to pay for work done prior to cancellation of this order.

| | | |
|---|---|---|
| 1 | Dated: August 9, 2013 | RESPECTFULLY SUBMITTED, |
| 2 | | /s/ Marc Toberoff |
| 3 | | TOBEROFF & ASSOCIATES, P.C. |
| 4 | | Attorney for Plaintiff, Laura Siegel Larson, individually and as personal representative of the Estate of Joanne Siegel |

2
NOTICE OF INTENT RE: DESIGNATION AND ORDERING TRANSCRIPTS

| UNITED STATES DISTRICT COURT<br>CENTRAL DISTRICT OF CALIFORNIA | | | FOR COURT USE ONLY<br>DUE DATE: | |
|---|---|---|---|---|
| TRANSCRIPT DESIGNATION AND ORDERING FORM | | | | |
| 1. NAME<br>Marc Toberoff | | 2. PHONE NUMBER<br>310 246-3333 | 3. DATE<br>8/9/2013 | |
| 4. FIRM NAME: Toberoff & Associates | | 5. E-MAIL ADDRESS: mtoberoff@toberoffandassociates.com | | |
| 6. MAILING ADDRESS<br>22337 Pacific Coast Highway #348 | | 7. CITY<br>Malibu | 8. STATE<br>CA | 9. ZIP CODE<br>90265 |
| 10. CASE NUMBER<br>04-8400 | 11. CASE NAME<br>Laura Siegel Larson v. Warner Bros. Entertainment | | 12. JUDGE | |
| 13. APPEAL CASE NUMBER<br>13-56243, 13-56257 | 14. ORDER FOR  ☑ APPEAL  ☐ NON-APPEAL  ☐ CRIMINAL JUSTICE ACT<br>☐ IN FORMA PAUPERIS  ☐ AUSA  ☐ FPD  ☐ OTHER | | | |

15. TRANSCRIPT REQUESTED (Specify portion(s) and date(s) of proceeding(s) for which transcript is requested)
Attach additional page for designations if necessary.

| HEARING DATE | COURT REPORTER | PROCEEDINGS |
|---|---|---|
| April 30, 2007 | Walter Ledge | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Pre-trial hearing; transcript completed |
| September 17, 2007 | Theresa Lanza | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Pre-trial hearing; transcript completed |
| September 16, 2008 | Theresa Lanza | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Pre-trial hearing; transcript completed |
| September 21, 2009 | Theresa Lanza | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Pre-trial hearing; transcript completed |
| October 19, 2009 | Theresa Lanza | ☐ VOIR DIRE  ☐ OPENING STATEMENTS  ☐ SETTLEMENT INSTRUCTIONS  ☐ CLOSING ARGUMENTS  ☐ JURY INSTRUCTIONS<br>☐ PRE-TRIAL PROCEEDINGS  ☑ OTHER (PLEASE SPECIFY): Pre-trial hearing; transcript completed |

16. ORDER: IF ORDERING BOTH PAPER AND ELECTRONIC COPIES, THERE WILL BE AN ADDITIONAL CHARGE.

| CATEGORY | ORIGINAL + 1<br>(original to Court, copy to ordering party) | FORMAT | |
|---|---|---|---|
| ORDINARY | ☐ | PAPER COPY | ☐ |
| 14 DAYS | ☐ | PDF FORMAT | ☐ |
| 7 DAYS | ☐ | ASCII FORMAT | ☐ |
| DAILY | ☐ | OTHER | ☐ |
| HOURLY | ☐ | FOR ADDITIONAL COPIES, CONTACT COURT REPORTER OR TRANSCRIPTION AGENCY | |
| REAL TIME | ☐ | 19. Transcription agency for digitally recorded proceedings: | |

(CERTIFICATION 17 & 18)
By signing the below, I certify that I will pay all charges
(deposit plus additional).

20. Month:   Day:   Year:
Transcript payment arrangements were made with:

17. DATE: 8/9/2013

NAME OF OFFICIAL: _____
Payment of estimated transcript fees were sent on the following date:

18. SIGNATURE: /s/ Marc Toberoff

Month:   Day:   Year:

G-120 (09/12)

# PROOF OF SERVICE

STATE OF CALIFORNIA, COUNTY OF LOS ANGELES

I am over the age of eighteen years and not a party to the within action; my business address is: 22337 Pacific Coast Highway, #348, Malibu, California 90265.

On August 9, 2013, I served the foregoing documents, described as **Notice of Appellant's Intent Re: Designation and Ordering of Transcripts**, on the interested parties in this action as follows:

DANIEL M. PETROCELLI (S.B. #097802)
dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA 90067-6035
Telephone: (310) 553-6700
Facsimile: (310) 246-6779

*Via ECF*

THERESA A. LANZA
csr11457@sbcglobal.net
Official U.S. Court Reporter
United States District Court,
Central District of California
3470 12th Street
Riverside, California 92501
Telephone: (951) 274-0844

WALTER LEDGE
wledge@msn.com
Contract Court Reporter
United States District Court,
Central District of California
255 East Temple Street
Los Angeles, CA 90012
Telephone: 626-804-3361

*Via E-Mail*

**BY CM/ECF NOTICE OF ELECTRONIC FILING:** I certify that the foregoing documents are being filed electronically by using the CM/ECF system. As such, the documents will be served electronically on all interested parties whose attorneys are registered CM/ECF users and have consented to electronic service.

**BY E-MAIL:** I certify that the foregoing documents are being served electronically via e-mail.

1  I declare under penalty of perjury under the laws of the United States of
2  America that the foregoing is true and correct and that I am employed in the office of
3  a member of the bar of this court at whose direction the service was made.
4  Executed on August 9, 2013, at Malibu, California.

          /s/ Justin Gomes
          Justin Gomes