UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT



FILED

MAY 09 2014

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel, AKA Joanne Siegel,

      Plaintiff-counter-defendant – Appellant/Cross-Appellee,

 v.

WARNER BROS ENTERTAINMENT, INC., a corporation,

      Defendant – Appellee/Cross-Appellant,

 and

DC COMICS, a New York General Partnership,

      Defendant-counter-claimant – Appellee/Cross-Appellant.

Nos. 13-56243, 13-56244
      13-56257, 13-56259

D.C. No. 2:04-cv-08400-ODW-RZ
U.S. District Court for Central California, Los Angeles

**ORDER**



RECEIVED
CLERK, U.S. DISTRICT COURT

5/9/2014

CENTRAL DISTRICT OF CALIFORNIA
BY: _____DLM_____ DEPUTY

The second brief on cross-appeal submitted on May 5, 2014 is filed.

Within 7 days of this order, appellees/cross-appellants are ordered to file 7 copies of the brief in paper format, with a red cover, accompanied by certification (attached to the end of each copy of the brief) that the brief is identical to the

version submitted electronically. A sample certificate is available on the Court's website, www.ca9.uscourts.gov, at the Electronic Filing - ECF link.

The paper copies shall be printed from the PDF version of the brief created from the word processing application, not from PACER or Appellate ECF.

The Court has reviewed the supplemental excerpts of record submitted on May 5, 2014. Within 7 days of this order, appellees/cross-appellants are ordered to file 4 copies of the excerpts in paper format, with a white cover. The paper copies must be in the format described in 9th Circuit Rule 30-1.6.

The paper copies shall be submitted to the principal office of the Clerk. For regular U.S. mail, the address is P.O. Box 193939, San Francisco, CA 94119-3939. For overnight mail, the address is 95 Seventh Street, San Francisco, CA 94103-1526.

FOR THE COURT:
Molly C. Dwyer
Clerk of Court

Liora Anis
Deputy Clerk