**FILED**

**NOT FOR PUBLICATION**

FEB 18 2016

UNITED STATES COURT OF APPEALS

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel, AKA Joanne Siegel, | No. 13-56243 |
| | D.C. No. 2:04-cv-08400-ODW-RZ |
| Plaintiff-counter-defendant - Appellant, | ORDER |
| v. | |
| WARNER BROS ENTERTAINMENT, INC., a corporation, | |
| Defendant - Appellee, | |
| and | |
| DC COMICS, a New York General Partnership, | |
| Defendant-counter-claimant - Appellee. | |
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel, AKA Joanne Siegel, | No. 13-56244 |
| | D.C. No. 2:04-cv-08776-ODW-RZ |
| Plaintiff-counter-defendant - Appellant, | |
| v. | |

TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC., a corporation; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROTHERS TELEVISION PRODUCTION, INC., a corporation,

  Defendants - Appellees,

and

DC COMICS, a general partnership,

  Defendant-counter-claimant - Appellee.

LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel, AKA Joanne Siegel,

  Plaintiff-counter-defendant - Appellee,

v.

WARNER BROS. ENTERTAINMENT, INC., a corporation,

  Defendant - Appellant,

DC COMICS, a New York General Partnership,

  Defendant-counter-claimant - Appellant.

No. 13-56257

D.C. No. 2:04-cv-08400-ODW-RZ

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the Estate of Joanne Siegel, AKA Joanne Siegel,<br><br>         Plaintiff-counter-defendant - Appellee,<br><br>v.<br><br>TIME WARNER, INC., a corporation; WARNER COMMUNICATIONS, INC., a corporation; WARNER BROS. ENTERTAINMENT, INC.; WARNER BROTHERS TELEVISION PRODUCTION, INC., a corporation,<br><br>         Defendants - Appellants,<br><br>DC COMICS, a general partnership,<br><br>         Defendant-counter-claimant - Appellant. | No. 13-56259<br><br>D.C. No. 2:04-cv-08776-ODW-RZ |

Before: SCHROEDER, PREGERSON, and FRIEDLAND, Circuit Judges.

Plaintiff-Appellant's request to designate the memorandum disposition filed on February 10, 2016 as an opinion and publish is DENIED.