DANIEL M. PETROCELLI (S.B. #097802)
  dpetrocelli@omm.com
MATTHEW T. KLINE (S.B. #211640)
  mkline@omm.com
CASSANDRA L. SETO (S.B. #246608)
  cseto@omm.com
O'MELVENY & MYERS LLP
1999 Avenue of the Stars, 7th Floor
Los Angeles, CA  90067-6035
Telephone:  (310) 553-6700
Facsimile:   (310) 246-6779

Attorneys for the DC Comics Parties

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br><br>   Plaintiff,<br><br>   v.<br><br>WARNER BROS. ENTERTAINMENT INC., DC COMICS, and DOES 1-10,<br><br>   Defendants and Counterclaimants. | Case No.  CV 04-8400 ODW (RZx)<br>Case No.  CV 04-8776 ODW (RZx)<br><br>**NOTICE OF WITHDRAWAL OF APPLICATIONS TO TAX COSTS** |
| LAURA SIEGEL LARSON, individually and as personal representative of the ESTATE OF JOANNE SIEGEL,<br><br>   Plaintiff,<br><br>   v.<br><br>TIME WARNER INC., WARNER COMMUNICATIONS INC., WARNER BROS. ENTERTAINMENT INC., WARNER BROS. TELEVISION PRODUCTION INC., DC COMICS, and DOES 1-10,<br><br>   Defendants and Counterclaimants. | |

**TO THE COURT, ALL PARTIES, AND THEIR RESPECTIVE ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, the parties having reached a resolution, the DC Comics parties (DC Comics, Warner Bros. Entertainment Inc., Warner Communications Inc., Warner Bros. Television, a division of WB Studio Enterprises Inc., and Time Warner Inc.) (collectively, "DC") hereby withdraw, with prejudice, their Applications to Tax Costs (Dkt. No. 246 in Case No. CV-04-8776; Dkt. No. 725 in Case No. CV-04-8400) in the above-captioned cases, which were submitted to the Clerk of the Court on May 2, 2013.

Dated: June 27, 2016

O'MELVENY & MYERS LLP

By: /s/ Daniel M. Petrocelli
Daniel M. Petrocelli
Attorneys for DC